UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FERNANDO HERNANDEZ, KENNETH CHOW,
BRYANT WHITE, DAVID WILLIAMS,
MARQUIS ACKLIN, CECILIA JACKSON,
TERESA JACKSON, MICHAEL LATTIMORE,
and JUANY GUZMAN, each individually, and on
behalf of all other persons similarly situated,

                        Plaintiffs,

   -against-

THE FRESH DIET, INC., LATE NIGHT EXPRESS
COURIER SERVICES, INC. (FL), FRESH DIET
EXPRESS CORP. (NY), THE FRESH DIET – NY
INC. (NY), FRESH DIET GRAB & GO, INC. (FL)
a/k/a YS CATERING HOLDINGS, INC. (FL) d/b/a
YS CATERING, INC. (FL), FRESH DIET
EXPRESS CORP. (FL), SYED HUSSAIN,
Individually, JUDAH SCHLOSS, Individually, and
ZALMI DUCHMAN, Individually,

                        Defendants.
-----------------------------------------------------------X

Case No. 12-CV-4339 (ALC)

**DEFENDANTS' RULE 7.1 STATEMENT**

     Defendants THE FRESH DIET, INC., LATE NIGHT EXPRESS COURIER SERVICES, INC. (FL), FRESH DIET EXPRESS CORP. (NY), THE FRESH DIET – NY INC. (NY), FRESH DIET GRAB & GO, INC. (FL) a/k/a YS CATERING HOLDINGS, INC. (FL) d/b/a YS CATERING, INC. (FL), FRESH DIET EXPRESS CORP. (FL) (collectively "Defendants"), by and through undersigned counsel, Kaufman Dolowich Voluck & Gonzo LLP, set forth the following:

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants certify that: (i) Defendants have no parent corporations or publicly held companies that own ten percent (10%) or more of their stock; and (ii) that the Defendants are not a publicly held company.

Dated: Woodbury, New York
       November 19, 2012

                                            Kaufman Dolowich Voluck & Gonzo LLP
                                            *Attorneys for Defendants*

By: /s/ Jeffery A. Meyer
Jeffery A. Meyer (JM-4468)
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

4851-8233-8577, v. 1

2