UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FERNANDO HERNANDEZ, et al.,　　　　　　　　　:

　　　　　　　　　　Plaintiffs,　　　　　　　　　　　:

　　　　　- v.-　　　　　　　　　　　　　　　　　　　:

THE FRESH DIET INC., et al.,　　　　　　　　　:

　　　　　　　　　　Defendants.　　　　　　　　　　:
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/12

ORDER

12 Civ. 4339 (ALC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

　　On November 21, 2012, the Court issued a Memorandum Order resolving several disputes relating to the proposed collective action notice ("the Notice") (Dkt. No. 49). Among other things, the Court ordered the parties to amend the Notice to provide that opt-in Plaintiffs should send their consent forms to the Clerk of Court rather than to Plaintiffs' counsel (Id. at 5).

　　On November 30, 2012, Plaintiffs' counsel advised the Court that the parties were in the process of finalizing the Notice pursuant to the Court's November 21st Memorandum Order. To that end, Plaintiffs' counsel requested clarification regarding the process for docketing any consent forms submitted by opt-in Plaintiffs. To address the issue presented by counsel, the process for docketing the consent forms shall be as follows:

　　Upon receipt of the consent forms, the Clerk of Court shall make a copy of each consent form and sent the copy to Peter J. Andrews, Esq., The Harman Firm, P.C., 200 West 57th Street, Suite 900, New York, New York 10019. The Clerk of Court shall then redact from each consent form any addresses, telephone numbers, email addresses, and other personal identifying information provided on the form; file the redacted consent forms in the public record; and place

1

USDC SDNY
DATE SCANNED 12/4/12

the original forms under seal pending further order of the Court.

**SO ORDERED.**

Dated: December 4, 2012
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge