

# Hernandez v. Fresh Diet

**Yale Pollack** <ypollack@kdvglaw.com>  Fri, Dec 21, 2012 at 6:22 PM
To: "Walker G. Harman, Jr." <wharman@theharmanfirm.com>, "Peter Andrews (pandrews@theharmanfirm.com)" <pandrews@theharmanfirm.com>
Cc: Jeffery Meyer <jmeyer@kdvglaw.com>

Please see the attached revised list of drivers as requested. These are the most updated addresses in our clients' possession.


Yale Pollack

*Attorney at Law*

ypollack@kdvglaw.com | www.kdvglaw.com
Kaufman Dolowich Voluck & Gonzo LLP



516-283-8743    516-445-1234

516-681-1100    516-681-1101


NEW YORK | PENNSYLVANIA | NEW JERSEY | SAN FRANCISCO | LOS ANGELES | FLORIDA




P Please consider the environment before printing





**Driver List (revised).pdf**
14K

| Payroll Name | Address Line 1 | Address Line 2 | City | State/Province | Zip/Postal Code |
|---|---|---|---|---|---|
| Acklin, Marquis P | 3236 Seymour | | Bronx | NY | 10469 |
| Alexander, Banite | 45b Birch Rd | | Cedar Grove | NJ | 07009 |
| Alvarez, Julian | 1245 Stratford Ave | Apt B-4 | Bronx | NY | 10472 |
| Au, Vinh V | 2069 E 14th St | | Brooklyn | NY | 11229 |
| Banite, Chimeye Z | 45 Birch Rd | | Cedar Grove | NJ | 07009 |
| Barnett, Antione Tony | 220 WOODWOLPH AV. | APT 1 | Yonkers | NY | 10701 |
| Barrett, Michael A | 6994 136th St | | Flushing | NY | 11367 |
| Bermejo, Maria | 95 Vanderveer St | | Brooklyn | NY | 11207 |
| Bloomfield, Leonard S | 280 Parkside Ave | Apt D1w | Brooklyn | NY | 11226 |
| Bonillia, Gladys M | 4 River Rd | Apt 3k | Roosevelt | NY | 10044 |
| Brito, Rafael A | 86-13 101 St | | Richmond Hill | NY | 11418 |
| Britt, Jai | 800 Soundview Ave | | Bronx | NY | 10473 |
| Brown, William W | 282 E 29th St | | Brooklyn | NY | 11203 |
| Burgos, Angel L | 252 Osborn St | Apt #2c | Brooklyn | NY | 11212 |
| Byrd, Shantel | 112 Hoyt St | #2J | Brooklyn | NY | 11201 |
| Castillo, Nelson | 66 Elm St | | Staten Island | NY | 10310 |
| Castro, Omar R | 1296 Sheridan Ave | 2c | Bronx | NY | 10456 |
| Chow, Kenneth | 3137 Coney Island Ave | | Brooklyn | NY | 11235 |
| Chowdhury, Syed A | 134-01 86th Road | | Richmond Hill | NY | 11418 |
| Cines, Keyla | 122 Tribow St | Apt #1 | Brockton | MA | 02301 |
| Coleman, Boyce | 24 Fairview St | | Waterbury | CT | 06710 |
| Collado, Irving E | Po Box 560192 | | College Point | NY | 11356 |
| Colon, Carlos | 1725 Randall Ave | #2C | Bronx | NY | 10473 |
| Correa, Juan C | 247 Woodbine St | | Brooklyn | NY | 11221 |
| Crespo, Jessica Y | 4 River Road | Roosevelt Island | New York | NY | 10044 |
| Cruz, Adolfo | 808 Park Ave | #1F | Brooklyn | NY | 11206 |
| Cynthia, Fincher M | 5800 Arlington Ave | Apt 5s | Bronx | NY | 10471 |
| Dacres, Owen A | 1003 Willmohr St | Apt B2 | Brooklyn | NY | 11212 |
| Dardaine, Wilton A | 342 Fenimore ave | | Uniondale | NY | 11553 |
| Datilus, David E | 1283 Brooklyn Ave | Apt #1 | Brooklyn | NY | 11203 |
| Deandre, Harris L | 197 Drake Ave. | 1D | Yonkers | NY | 10805 |
| DeLarosa, Denny M | 2405 1st Ave | #86 | New York | NY | 10035 |
| Dionicio, Julio | 442 160th St | #4d | New Yourk | NY | 10032 |
| Ezequiel, Ortiz | 3760 Notch St | | Macugie | PA | 18062 |
| Fenton, Damian C | 550 Cauldwell Ave | #15E | Bronx | NY | 10455 |
| Figeroux, David | 347 Bedford Ave | | Uniondale | NY | 11553 |

| Figueroa, Jesus K | 139-16 232nd St | | Laurelton | NY | 11413 |
|---|---|---|---|---|---|
| Folkes, Christopher K | 135-36 229th St | | Lauretton | NY | 11413 |
| Freeman, Anthony K | 4230 Hill Avenue | | Bronx | NY | 10466 |
| Gorrin, Daniel J | 279 Plateau Ave | | Fort Lee | NJ | 07024 |
| Graham, Errol | 130-32 236th St | | Laurelton | NY | 11422 |
| Graham, Errol | 130-32 236th St | | Laurelton | NY | 11422 |
| Green, Eric D | 150 Lefferts Ave | #5B | Brooklyn | NY | 11225 |
| Guerrero, Yajaira | 17 Hill St | 2l | Brooklyn | NY | 11208 |
| Guzman, Juany D | 3760 Notch Street | | Macungie | PA | 18062 |
| Heaven, Rohan | 1587 Carrol St | 3d | Brooklyn | NY | 11213 |
| Hernandez, Fernando J | 225 South 3rd St | Apt #4 | Brooklyn | NY | 11211 |
| Hood, Katrina M | 93 William St | APT #4F | Yonkers | NY | 10701 |
| Hunter, Joseph M | 472 Franklin Ave | Apt 22 | Mount Vernon | NY | 10550 |
| Hussain, Syed A | 149-03 85th ST | | Jamaica | NY | 11435 |
| Jackson, Cecilia | 3236 Seymour Ave | 2nd Floor | Bronx | NY | 10469 |
| Jackson, Theresa | 55 School St | 7c | Yonkers | NY | 10701 |
| James, Darryl | 1803 Union St | #5B | Brooklyn | NY | 11213 |
| Justiniano, Emanuel | 533 Bushwick Ave | | Brooklyn | NY | 11206 |
| Khalil, Mohammed | 92-16 Whitney Ave, Apt 203 | | Elmhurst | NY | 11373 |
| Kimble, Eugene | P.O. Box 1818 | | White Plains | NY | 10602 |
| Konate, Bengaly | 1195 Anderson Ave | Apt 2b | Bronx | NY | 10452 |
| Lattimore, Michael K | PO Box 335 | | Yonkers | NY | 10704 |
| Lau, Alexander | 24 Hansen Rd | | Old Bridge | NJ | 08857 |
| Ledezma, Christian N | 427 Baltic St | Apt 4a | Brooklyn | NY | 11217 |
| Li And Lyn Inc | 20 Oliver St | Apt #3r | New York | NY | 10038 |
| Lopez, Joseph A | 1944 Union Port Rd | N43 | Bronx | NY | 10462 |
| Martina Jr, Evaristo | 96 Lander St | | Newburgh | NY | 12550 |
| McClinton, Mitchell W | 21 St James Pl | #1M | Brooklyn | NY | 11205 |
| Nazrul, Islam | 167-10 Highland Ave | #3 | Jamaica | NY | 11432 |
| Ore, Oscar | 6333 98th Place | | Rego Park | NY | 11374 |
| Paredes, William F | 87-27 169th St | #1A | Jamaica | NY | 11432 |
| Patrick, Paul H | 184 Keeler Ave | | Bridgeprot | CT | 06606 |
| Paulino, Kenny | 260-14 E. Williston AVe | | Floral Park | NY | 11001 |
| Perez, Edwin | 625 Jeffreson PL | #1A | Bronx | NY | 10456 |
| Perez, Jimmi | 526 S 19th St | | Newark | NJ | 07103 |
| Pichardo, Oscarlim T | 316 E 184th St | | Bronx | NY | 10458 |
| Ram, Brijesh T | 177 Morse Pl | | Englewood | NJ | 07631 |

| Ramirez, Luis B | 165 Nagle Ave | #61 | New York | NY | 10040 |
|---|---|---|---|---|---|
| Rijos Jr, Carlos | 1711 Lacombe Ave | Apt 2c | Bronx | NY | 10473 |
| Rivas, Reginald | 183 Sedgwick Ave | 2nd Flr | Yonkers | NY | 10705 |
| Rodriguez, Michael J | 351 E 21 St | Apt 4a | Brooklyn | NY | 11226 |
| Rosado, Jose | 2039 Cruger Ave | #6a | Bronx | NY | 10462 |
| Rose, Alquon | 141-54 184th St | | Sprigfield Gard | NY | 11415 |
| Rose, Brandon | 3546 Corsa Ave | | Bronx | NY | 10469 |
| Ruiz, Jose A | 63-17 83rd Pl | | Middle Village | NY | 11379 |
| Ruiz, Josue | 474 Suydam St | | Brooklyn | NY | 11237 |
| Salas, Andres | 322 Rodney St | | Brooklyn | NY | 11211 |
| Salazar, Diana | 35-63 79th St | #4d | JAckson Heights | NY | 11372 |
| Shamsuzzoha, Nafis | 1604 Metropolitan Ave | Apt 6f | Bronx | NY | 10462 |
| Soohoo, Wendy | 32-22 Murray Lane | | Flushing | NY | 11354 |
| Spence, Andrew O | 121 So 14th Ave | Apt 2 | Mount Vernon | NY | 10550 |
| Syed, Tabish | 149-03 85th Rd | | Jamaica | NY | 11435 |
| Tate, Joseph L | 138-53 Sprigfield | Blvd | Sprigfield Gard | NY | 11413 |
| Tavares, Maria | 316 E 184th St | Apt #1 | Bronx | NY | 10458 |
| Torres, Barron | 80 School St | | Yonkers | NY | 10701 |
| Traverzo, Drew | 17 Van Siclen | #3d | Brooklyn | NY | 11207 |
| Velez, Claudia M | 1735 Madison Ave | #3A | New York | NY | 10029 |
| Vines, Donald M | 13602 Tree Leaf Ct | | Upper Marlboro | NY | 20774 |
| White, Bryant | 41 Hawthorne Ave | Apt 3a | Yonkers | NY | 10701 |
| Wiilliam, Still P | 39 Winfred Ave | Apt #2 | Yonkers | NY | 10704 |
| Williams, David | 39 Convent Ave | | Yonkers | NY | 10703 |
| Wright, Leanora P | 1587 Carrol St | #3D | Brooklyn | NY | 11213 |
| Zapata Abrey, Alexander | 555 Fdr Drive | 1b | New York | NY | 10002 |