Member Log In  |  Join  |  Contact Us

Your Zip Code Is **?**. Not your zip code?

**Home**  |  **Get Started**  |  **Sample Menu**  |  **How It Works**          Questions? Call Us at 1-866-373-7450

## DAILY DELIVERY



It's simple to start losing weight now. Just select your plan and then your meals are cooked fresh daily using garden fresh premium ingredients. Our meals will arrive in our temperature controlled thermally insulated refrigerated cooler bags so your food is guaranteed fresh and cold when you receive it. Every day our little green bag will be waiting for you at your doorstep.

**SERVICE AREAS** – The Fresh Diet has state of the art kitchens in NY, LA, Miami, Chicago, Dallas and Toronto. Our daily delivery service is currently available in the NY Tri-State area, Boston, Philadelphia, Washington DC, Chicago, South and West Florida, Dallas / Ft. Worth, Houston, Los Angeles, San Diego, San Francisco and Toronto. We are always adding new daily delivery zones, so please contact a Personal Concierge at 866-FRESH-50 (866-373-7450) for more information.

## WEEKLY DELIVERY



It's simple to start losing weight now. Just select your plan to start receiving meals that are cooked fresh daily by our executive chefs using only quality premium ingredients. Our meals are packaged with the highest standards of food safety and are delivered twice weekly via Fed-Ex right to your doorstep in our temperature controlled boxes to ensure your week's feast is consistently fresh and delicious. Ice packs are placed on the top and the bottom of the box to keep your food at the optimal temperature until you are able to refrigerate your meals. Our food containers are microwave safe, so just follow the instructions for heating and enjoy!

**SERVICE AREAS** – The Fresh Diet Weekly Delivery Plan is currently available in all 50 states, however additional delivery charges may apply for clients in certain zip codes. Please contact a Personal Concierge at 866-FRESH-50 (866-373-7450) for more information.



Home -  Join -  How It Works -  Sample Menu -  Member Log In -  Testimonials -  Promotions -  Daily Deals -  Press
Corporate -  About -  Our Team -  Our Mission -  Contact Us -  Daily FAQ -  Express FAQ -  Blog -  Contest News
Allergen Information -  Cancellation Policy -  Notice -  www.TheFreshDiet.com 2010  -  Privacy Policy

  

Member Log In  |  Join  |  Contact Us

Your Zip Code Is **UNKNOWN**. Not your zip code?

Home  |  Get Started  |  Sample Menu  |  How It Works

Questions? Call Us at 1-866-373-7450

**Where does The Fresh Diet deliver?**

**What is The Fresh Diet all about?**

**How does the Fresh Diet system work?**

**When will I receive my food?**
We deliver anywhere from 7pm to 5am. Your food will be packed in an insulated cooler with ice packs and placed by your front door unless instructed otherwise.

**How do I stop delivery for a particular day?**

**Can I do the program 5 days a week?**

**How many calories am I consuming per day?**

**How do I reheat my food?**

**How do I continue getting meals without any interruptions?**

**What do I do with my empty bag?**

**Can I purchase extra cooler bags?**

**What can I do to maximize the program's effectiveness?**

**What makes TheFreshDiet's program more effective than all other diets?**

**What makes The Fresh Diet America's freshest daily diet delivery service?**

**Can I afford this program?**

**How will you deliver if I don't have a doorman?**

**What if I don't need to lose weight?**

**How long before I can expect results?**

**Do you have a referral program?**

**What if I have high cholesterol?**

**Can The Fresh Diet help diabetes?**

**What if I am pregnant or nursing?**

**Can I drink alcohol?**

**What attitude should I have towards food?**

**Should I eat three meals and two snacks even if I am not hungry?**

**Should I eat before working out?**

**Isn't having 30% fat in my diet too much?**

Member Log In  |  Join  |  Contact Us

Your Zip Code Is **UNKNOWN**. Not your zip code?

Home  |  Get Started  |  Sample Menu  |  How It Works

Questions? Call Us at 1-866-373-7450

Where does The Fresh Diet deliver?

What is The Fresh Diet all about?

How does the Fresh Diet system work?

When will I receive my food?

How do I stop delivery for a particular day?

Can I do the program 5 days a week?

How many calories am I consuming per day?

How do I reheat my food?

How do I continue getting meals without any interruptions?

What do I do with my empty bag?
Leave it outside your door and your driver will pick it up when he drops off your new one.

Can I purchase extra cooler bags?

What can I do to maximize the program's effectiveness?

What makes TheFreshDiet's program more effective than all other diets?

What makes The Fresh Diet America's freshest daily diet delivery service?

Can I afford this program?

How will you deliver if I don't have a doorman?

What if I don't need to lose weight?

How long before I can expect results?

Do you have a referral program?

What if I have high cholesterol?

Can The Fresh Diet help diabetes?

What if I am pregnant or nursing?

Can I drink alcohol?

What attitude should I have towards food?

Should I eat three meals and two snacks even if I am not hungry?

Should I eat before working out?

Isn't having 30% fat in my diet too much?

Is it okay to eat rice, bagels, or pasta?

**Should I drink milk for beneficial calcium?**

**What if I am on medication?**

**Will I gain weight back once I complete the program?**

**What if I am going out of town & want the delivery to a different address?**

**I am on the Premium Choice but I did not choose my meals for the day, will I still get a delivery?**

**Are there ever times that The Fresh Diet might not be able to deliver my meals?**

The Fresh Diet's goal is to deliver the freshest prepared gourmet meals daily to your home. To accomplish this we have developed a meal preparation and driver delivery service that is highly sophisticated. We have a very strong, dedicated management team and drivers who are extremely committed to your health and well-being. Most of the time, our delivery operation runs smoothly. However, there are rare occurrences during extreme weather conditions such as snow storms, blizzards, hurricanes and tropical storms when your delivery may not be possible. In emergency weather conditions, we will do everything possible to reach you with your meals. Our drivers go out to deliver in all but the most extreme weather conditions. At some point, we might have to make the decision not to put our drivers in harm's way. Whenever an extreme weather situation occurs and we need to change or modify our deliveries, you will receive notification from us via email, and oftentimes you will also receive a phone call. In addition, our Facebook page is regularly (**www.facebook.com/thefreshdiet**) updated with pertinent information for our clients- so make sure to "LIKE US" on Facebook and stay updated with the most current Fresh Diet information. In the near future we will be able to communicate with you via text messaging (opt-in will be required). In preparation for extreme weather conditions, we strongly recommend that you keep extra food in your house in case we are not able to reach you. It is likely that you never will have to use it, but please keep extra canned or frozen food in your home just in case.

**What is the best way to keep my Fresh Diet meals cool?**

Home -  Join -  How It Works -  Sample Menu -  Member Log In -  Testimonials -  Promotions -  Daily Deals -  Press
Corporate -  About -  Our Team -  Our Mission -  Contact Us -  Daily FAQ -  Express FAQ -  Blog -  Contest News
Allergen Information -  Cancellation Policy -  Notice -  www.TheFreshDiet.com 2010  -  Privacy Policy


