UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Fernandez Hernandez, et al.,

                       Plaintiff(s)

              -against-

The Fresh Diet Inc., et al.,
                     Defendant(s)
--------------------------------------------------------X

**ORDER**

**12-CV-4339 (ALC)(JLC)**

**ANDREW L. CARTER, JR., United States District Judge:**

    A Status Conference is scheduled for July 29, 2013 at 11:00 a.m. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306.

        **SO ORDERED.**

Dated: New York, New York
       July 8, 2013

                                  **ANDREW L. CARTER, JR.**
                                  **UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-8-13