UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FERNANDO HERNANDEZ, KENNETH CHOW, :
BRYANT WHITE, DAVID WILLIAMS,
MARQUIS ACKLIN, CECILIA JACKSON, :
TERESA JACKSON, MICHAEL LATTIMORE
and JUANY GUZMAN, Each Individually, And :
On Behalf Of All Other Persons Similarly Situated,
                                                                          :
               *Plaintiffs*,
                                                                          :     12 CV 4339 (ALC)(JLC)
-against-
                                                                          :     ORDER
THE FRESH DIET INC., LATE NIGHT
EXPRESS COURIER SERVICES, INC. (FL),       :
FRESH DIET EXPRESS CORP. (NY), THE
FRESH DIET - NY INC. (NY), FRESH DIET      :
GRAB & GO, INC. (FL) a/k/a YS CATERING
HOLDINGS, INC. (FL) d/b/a YS CATERING,    :
INC. (FL), FRESH DIET EXPRESS CORP. (FL),
SYED HUSSAIN, Individually, JUDAH          :
SCHLOSS, Individually, and ZAIMI
DUCHMAN, Individually                              :

               *Defendants*.                                 :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-16-13

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to the conference held on July 29, 2013, Plaintiffs' motions for preliminary class certification (Dkt. No. 76, 93) are denied without prejudice.

SO ORDERED.

Dated:     August 15, 2013
               New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge