UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FERNANDO HERNANDEZ, et al.,

                Plaintiffs,

      - v.-

THE FRESH DIET INC., et al.,

                Defendants.
-------------------------------------------------------X

ORDER

12 Civ. 4339 (ALC) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/13

**JAMES L. COTT, United States Magistrate Judge.**

As stated during a telephone conference in this matter today, the Court directs that the deposition of Defendant Zalmi Duchman take place either the week of September 16, 2013, or during the first two weeks of October, whichever Mr. Duchman and his counsel prefer. If the October time period is selected, the Court will extend the fact discovery deadline of September 25, 2013 for the sole purpose of allowing the Duchman deposition to proceed during that time. All other fact discovery must be completed by September 25, 2013. The deposition is to take place at the offices of counsel for plaintiffs in New York City.

The Court will not entertain any further applications with respect to the scheduling of the Duchman deposition.

      **SO ORDERED.**

Dated: New York, New York
       August 20, 2013

_____
JAMES L. COTT
United States Magistrate Judge

USDC SDNY
DATE SCANNED 8/20/13