UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FERNANDO HERNANDEZ, et al., :
: ORDER
Plaintiffs, :
: 12 Civ. 4339 (ALC) (JLC)
- v.- :
:
THE FRESH DIET INC., et al., :
:
Defendants. :
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/13
```

**JAMES L. COTT, United States Magistrate Judge.**

Following a status conference held today, the parties are directed to meet and confer by this Friday, October 18, 2013, about all outstanding document requests, including tax returns to the extent that they are available from individual plaintiffs and any related confidentiality concerns. All documents must be produced within ten days after the meet and confer. Should the parties be unable to reach agreement about the terms of this production, they are directed to write letters to me, each no longer than two pages, during the week of October 21 outlining the dispute.

Additionally, the three Plaintiffs identified at the conference who have yet to be produced for deposition are directed to make themselves available to be deposed by Defendants' counsel, either in person or by any other means permitted by the Federal Rules of Civil Procedure, no later than October 31, 2013.

Finally, given that Defendants have indicated that they intend to move for summary judgment, they are directed to contact Judge Carter by letter no later than October 31, 2013 to request a pre-motion conference in accordance with his Individual Rules of Practice. In proposing a briefing schedule to Judge Carter, the parties should keep in mind that the Court is

USDC SDNY
DATE SCANNED 10/16/13

available to hold a renewed settlement conference in the latter half of November 2013. The parties should contact my chambers with mutually agreeable dates if they believe that such a conference would be useful.

**SO ORDERED.**

Dated: New York, New York
       October 15, 2013

JAMES L. COTT
United States Magistrate Judge