USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FERNANDO HERNANDEZ, et al., :
                   Plaintiffs, :
        - v.- :
THE FRESH DIET INC., et al., :
                   Defendants. :
------------------------------------------------------------X

ORDER

12 Civ. 4339 (ALC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      As discussed during the telephone conference held yesterday, counsel for Plaintiffs is directed to put in writing the status of Plaintiffs' responses to the outstanding discovery requests identified today (and previously at the October 15, 2013 conference) no later than November 22, 2013. All production of the outstanding documents must be made to Defendants by December 4, 2013.

      Finally, Defendants are directed to contact Judge Carter by letter no later than November 22, 2013 to request a pre-motion conference in advance of their motion for summary judgment.

**SO ORDERED.**

Dated: New York, New York
       November 19, 2013

_____
JAMES L. COTT
United States Magistrate Judge

USDC SDNY
DATE SCANNED 11/19/13