UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FERNANDO HERNANDEZ, KENNETH CHOW,
BRYANT WHITE, DAVID WILLIAMS, MARQUIS
ACKLIN, CECILIA JACKSON, TERESA JACKSON,
MICHAEL LATTIMORE, and JUANY GUZMAN, each
individually, and on behalf of all other persons similarly
situated,

                  Plaintiffs,

-against-

THE FRESH DIET, INC., LATE NIGHT EXPRESS
COURIER SERVICES, INC. (FL), FRESH DIET
EXPRESS CORP. (NY), THE FRESH DIET – NY INC.
(NY), FRESH DIET GRAB & GO, INC. (FL) a/k/a YS
CATERING HOLDINGS, INC. (FL) d/b/a YS
CATERING, INC. (FL), FRESH DIET EXPRESS CORP.
(FL), SYED HUSSAIN, Individually, JUDAH SCHLOSS,
Individually, and ZALMI DUCHMAN, Individually,

                  Defendants.
------------------------------------------------------------------X

Case No.:
12-CV-4339 (ALC)(JLC)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Jeffery A. Meyer, the exhibits attached thereto, Defendants' Rule 56.1 Statement of Undisputed Facts, the accompanying Memorandum of Law, and upon the pleadings and proceedings had herein, Defendants will move this Court on February 28, 2014, or as soon thereafter as counsel can be heard, before the Honorable Andrew L. Carter, Jr., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, for an Order, pursuant to Fed. R. Civ. P. 56, dismissing Plaintiffs' Complaint against them, with prejudice, or, if such motion is denied, decertifying the collective action, and granting such other and further relief that the Court deems necessary and proper.

**PLEASE TAKE FURTHER NOTICE**, that, opposition briefs, if any, must be served on or before February 14, 2014 as set forth in the Court's Order dated January 8, 2014, unless otherwise directed by the Court.

**PLEASE TAKE FURTHER NOTICE** that Defendants intend to file and serve a reply to Plaintiffs' opposition answering papers, if any, on or before February 28, 2014, as set forth in the Court's Order dated January 8, 2014, unless otherwise directed by the Court.

Dated: Woodbury, New York
       January 24, 2014

>                    Respectfully submitted,
>                    KAUFMAN DOLOWICH & VOLUCK, LLP
>
>                    By: _____
>                    Jeffery A. Meyer, Esq.
>                    Yale Pollack, Esq.
>                    *Attorneys for Defendants*
>                    135 Crossways Park Drive, Suite 201
>                    Woodbury, New York 11797
>                    Phone: (516) 681-1100

To:  The Harman Firm, P.C.
     *Attorneys for Plaintiffs*
     1776 Broadway, Suite 2030
     New York, New York 10019
     (212) 425-2600

4823-0945-2568, v. 1