Sprint 1:31 AM 68%

Messages (51) **Group MMS** Edit

To: Syed, Owen Details

DEFENDANT'S
EXHIBIT
35
9/24/13

Text Message

Oct 28, 2011, 7:32 PM

I will be at the kitchen by 9

Nov 14, 2011, 6:55 PM

I will be at the kitchen by 8:15p

Nov 15, 2011, 4:43 AM

59 bags

Nov 21, 2011, 10:12 AM

I will be at the kitchen by 1 0 pm tonight.

Nov 23, 2011, 3:40 PM

No manifest send from me tonight bcuz short amt of

Text Message

Send


To: Syed, Owen

Details

Nov 23, 2011, 5:58 PM

I will be at the kitchen by 10 pm

Dec 8, 2011, 2:21 PM

I will not be able to attend the meeting tonight

Dec 9, 2011, 6:38 PM

I will be at the kitchen by 9

Dec 11, 2011, 7:04 PM

I will be at the kitchen by 9

Dec 14, 2011, 5:46 PM

I will be at 615

Dec 18, 2011, 7:43 PM

Text Message

To: Syed, Owen Details

Text Message Send

To: Syed, Owen Details

Which client

Name kenny

[redacted]

Jan 13, 2012, 7:45 PM

I will be at the kitchen by 9

Jan 20, 2012, 8:02 PM

I will be at the kitchen by 930

Jan 26, 2012, 7:23 PM

The VIP of nutritious life, [redacted] has a delivery to be made tomorrow for an event with no specific

Text Message

Sprint
1:30 AM
68%
Messages (51)
Group MMS
Edit

To: Syed, Owen Details

Mar 21, 2012, 11:19 PM

DEFENDANT'S
EXHIBIT
36
9/24/13 MK

missing bag/cooler

Mar 27, 2012, 8:30 PM

Also - no bags for 7 deliveries.

Mar 30, 2012, 8:31 PM

I will be running late and will be at the kitchen by midnight.

Apr 3, 2012, 8:20 PM

I will be at the kitchen by 930

Apr 3, 2012, 9:06 PM

Text Message

Send

D000102

Sprint 1:30 AM 68%

Messages (51) **Group MMS** Edit

To: Syed, Owen Details

Apr 3, 2012, 9:06 PM

Nobody got last day boxes from last night instead the last day clients were given regular bags.

Apr 4, 2012, 8:44 PM

I will be at the kitchen by 10.

Apr 6, 2012, 7:11 PM

I will be at the kitchen by midnight.

Apr 23, 2012, 1:07 AM

Missing bag for [redacted] and [redacted]

Text Message Send

P000403





FD000576



FD000577



Sprint
2:11 PM
100%
Messages (53)
Syed
Edit
Ny p 23 bags
Apr 25, 2012, 4:50 AM
Ny h 60 bags, 70 stops
Issues:
Following client's bag left with relief doorman:
Bag left wirh doorman (bldg policy)-
Apr 25, 2012, 6:01 AM
- driver does not have a key,
Text Message
Send

Sprint
2:11 PM
100%
Messages (53)
Syed
Edit
picked up 4 empties in the lobby vestibule and left bag at the vestibule as well.
Apr 25, 2012, 6:40 AM
TODAY'S MENU
Driver unable to find the key, left bag outside lobby door.
22 bags ny r, 17 stops
Make sure drew cleans his
Text Message

Send



Sprint
2:10 PM
100%
Messages (53)
Syed
Edit
key because some keys are missing and he does not report to let you know what keys are missing. It took myself time to search the keys.
Apr 26, 2012, 4:56 AM
73 bags
78 stops
Apr 27, 2012, 5:08 AM
63 bags
Bag left with relief doorman:
Text Message
Send

FD000580

Sprint
2:10 PM
100%
Messages (53)
Syed
Edit
Bag left with doorman due to bldg policy:
Apr 27, 2012, 6:40 PM
U taking care of s tonite?
Yup
Apr 28, 2012, 3:53 AM
- 0 bah
Apr 28, 2012, 5:24 AM
Ny h 27 bags, 36 stops
Ny s 48 bags, 45 stops
- advise client to leave empties with doorman
Apr 28, 2012, 6:42 AM
Text Message
Send

FD000581

