1
2      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
3      ----------------------------------------x
       FERNANDO HERNANDEZ, KENNETH CHOW,
4      BRYANT WHITE, DAVID WILLIAMS, MARQUIS ACKLIN,
       CECILIA JACKSON, TERESA JACKSON,
5      MICHAEL LATTIMORE, and JUANY GUZMAN, Each
       Individually, And On Behalf Of All Other
6      Persons Similarly Situated,
7                         Plaintiffs,
8              -against-          Index No:
                                  12 CV 4339 (ALC)(JLC)
9
       THE FRESH DIET, INC., LATE NIGHT EXPRESS
10     COURIER SERVICES, INC. (FL), FRESH DIET EXPRESS
       CORP. (NY), THE FRESH DIET - NY INC. (NY),
11     FRESH DIET GRAB & GO, INC. (FL) a/k/a
       YS CATERING HOLDINGS, INC. (FL) d/b/a
12     YS CATERING, INC. (FL), FRESH DIET EXPRESS
       CORP. (FL), SYED HUSSAIN, Individually,
13     JUDAH SCHLOSS, Individually, and ZAIMI DUCHMAN,
       Individually,
14                        Defendants.
15     ----------------------------------------x
16
17              EXAMINATION BEFORE TRIAL of the
18     Plaintiff, MARQUIS ACKLIN, taken by the
19     Defendant, pursuant to Notice, held at the
20     offices of Kaufman, Dolowich, Voluck & Gonzo
21     LLP, 100 William Street, Suite 215, New York,
22     New York 10038, on October 2, 2013, at 10:50
23     a.m., before a Notary Public of the State of
24     New York.
25

```
 1    A P P E A R A N C E S:
 2
 3
 4    THE HARMAN FIRM, PC
 5            Attorney for Plaintiffs
 6            200 West 57th Street, Suite 900
 7            New York, New York 10019
 8
 9    BY:   PETER J. ANDREWS, ESQ.
10
11
12    KAUFMAN, DOLOWICH, VOLUCK & GONZO LLP
13            Attorneys for Defendants
14            135 Crossways Park Dr., Suite 201
15            Woodbury, New York 11797
16
17    BY:   YALE POLLACK, ESQ.
18
              FILE #: 055611-0002
19
20
21    ALSO PRESENT:
22    TERESA JACKSON
23
24
25
```

```
 1
 2            S T I P U L A T I O N S
 3
 4            IT IS HEREBY STIPULATED AND AGREED by and
 5     between the attorneys for the respective parties
 6     herein, that filing, sealing and certification,
 7     and the same are, hereby waived.
 8
 9            IT IS FURTHER STIPULATED AND AGREED that
10     all objections except as to the form of the
11     question, shall be reserved to the time of the
12     trial.
13
14            IT IS FURTHER STIPULATED AND AGREED that
15     the within deposition may be signed and sworn to
16     by an officer authorized to administer an oath,
17     with the same force and effect as if signed and
18     sworn to before the Court.
19
20
21
22
23
24
25
```

```
 1                        M. Acklin
 2        to the summertime of 2011 you were working in
 3        the kitchen in Siegel Street for The Fresh
 4        Diet?
 5                    MR. ANDREWS:  Objection.
 6        A.    Can you repeat that?
 7        Q.    Is it fair to say that from about
 8        March 2011 until the summertime of 2011,
 9        whenever --
10        A.    Yeah.
11        Q.    -- the location moved, that you worked
12        in the kitchen for The Fresh Diet?
13        A.    Yeah.
14        Q.    After the move to Baltic until you ended
15        your employment with The Fresh Diet in or about
16        September or October 2011, you said you worked
17        in the warehouse?
18        A.    Yeah.
19        Q.    What were you doing in the warehouse?
20        A.    Packing bags, like putting ice in bags
21        and bringing it to the packers.
22        Q.    Bringing it to packers?
23        A.    Yeah.
24        Q.    What do the packers do?
25        A.    They pack the food, put the food in the
```

```
 1                         M. Acklin
 2     bags.
 3     Q.    Do you know what would happen to the
 4     food after the packers put it in the bags?
 5                  MR. ANDREWS:  Objection.
 6     A.    Then the delivery drivers deliver --
 7     deliver the bags, pick the bags up.
 8     Q.    Was it put in a certain area for the
 9     delivery drivers to pick it up?
10                  MR. ANDREWS:  Objection.
11     A.    I don't know.  I didn't stay that long
12     for that part.
13     Q.    How did your employment end?  Why did it
14     cease in or about September or October 2011?
15     A.    I moved -- because I moved to
16     Mount Kisco, and the train cost too much.
17     Q.    You resigned?
18     A.    Yeah.
19     Q.    After you resigned, you filed for
20     unemployment?
21     A.    Yes.
22                  MR. ANDREWS:  Objection.
23     Q.    Was there any type of hearing for the
24     unemployment?
25     A.    I don't remember.
```

1                          M. Acklin

2        A.    Yeah, but it was usually the same thing.

3        Q.    Do you remember how many it usually was?

4        A.    I think around -- like around fifteen to

5   twenty-five.

6        Q.    Do you remember how you were paid at

7   that time?

8        A.    I think it was $0.53 a mile.

9        Q.    Anything per stop?

10       A.    A dollar for each stop.

11       Q.    What was the earliest you would be done

12   performing deliveries when it was in the

13   New Jersey location?

14                    MR. ANDREWS:  Objection.

15       A.    I think around -- around 3:00.

16       Q.    3:00 a.m.?

17       A.    Yeah.

18       Q.    What would be the latest you would be

19   done?

20       A.    6:00.

21       Q.    6:00 a.m.?

22       A.    (Witness nods head.)

23       Q.    Just to be clear, you'd start delivering

24   on the evening of one night and end the morning

25   of the next day?

1                        M. Acklin

2        A.      Yeah.

3        Q.      When The Fresh Diet was in the New

4    Jersey location, you were performing deliveries

5    only in New Jersey and New York?

6        A.      Yeah.

7        Q.      Would you travel between New Jersey and

8    New York on the same night?

9        A.      Sometimes on the same night, sometimes

10    like in the morning.

11        Q.      Sometimes it was only in New Jersey?

12        A.      Wait.  Can you repeat that?

13        Q.      When you were given a route --

14        A.      Yeah.

15        Q.      -- was it always in New Jersey and

16    New York --

17        A.      Yeah.

18        Q.      -- on the same night?

19        A.      Yeah, on the same night.

20        Q.      You may start the deliveries in

21    New Jersey and end in New York?

22        A.      Yeah.

23        Q.      When you were done, what would you do?

24                MR. ANDREWS:  Objection.

25        A.      Go home.

```
 1                          M. Acklin
 2        Q.    Did you call anyone?
 3              Did you call Syed after you were done
 4        performing deliveries?
 5        A.    Sometimes.
 6        Q.    When would you call him?
 7              What would cause you to call him --
 8                    MR. ANDREWS:  Objection.
 9        Q.    -- sometimes but not all times?
10        A.    Sometimes he told us to call him when we
11        finished.
12        Q.    You didn't always call him?
13        A.    No.
14        Q.    You said the, I think, facility moved to
15        Connecticut at some point; is that correct?
16        A.    Yeah.
17        Q.    Do you remember where in Connecticut?
18        A.    In Stamford.
19        Q.    Stamford?
20        A.    Yeah.
21        Q.    Do you remember when that was?
22        A.    I don't remember.
23        Q.    Did your duties change when it moved
24        from New Jersey to Stamford?
25        A.    Yeah.
```

```
 1                        M. Acklin
 2    A.    I picked up the bags.  Sometimes I
 3    helped them pack, but usually I picked up the
 4    bags, put them in my car.
 5    Q.    Would you start making deliveries as
 6    early as 3:00 p.m.?
 7    A.    No.
 8    Q.    When was --
 9    A.    Yeah, like sometimes like I would leave
10    about 3:00 something or around 6:00, sometimes
11    8:00.
12    Q.    The food was sometimes ready by
13    3:00 p.m.?
14    A.    Yeah.  Sometimes around 6:00, sometimes
15    8:00, later.
16    Q.    Sometimes later than 8:00?
17    A.    Yeah.
18          Usually, it was around -- they finished
19    around -- I think around 4:00 to 6:00.
20    Q.    How would you know when to show up?
21    A.    Sometimes -- sometimes -- sometimes he
22    tell us, or sometimes we just show up around a
23    certain time he give us.
24    Q.    Were you expected to show up at a
25    certain time when it was at the Brooklyn
```

```
 1                        M. Acklin
 2       you started?
 3       A.     Before I started.
 4       Q.     Other than where the customer may want
 5       the food placed, did you receive any other
 6       instructions?
 7       A.     No.  We just leave it at the front door.
 8       Q.     These are stand-alone residences that
 9       we're talking about?
10              MR. ANDREWS:  Objection.
11       A.     Yeah.  Some are houses, some are
12       buildings.
13       Q.     If you went to a building, where would
14       you leave the meal?
15       A.     Sometimes in the lobby or at their front
16       door.
17       Q.     Going on in that paragraph, the last
18       sentence of paragraph three says, "After
19       completing my meal deliveries, I would have to
20       return to the Fresh Diet's Brooklyn facilities
21       to report back, complete required paperwork,
22       and return empty bags".
23              Do you see that sentence?
24       A.     Yes.
25       Q.     When did you have to start reporting
```

1                           M. Acklin

2           back to the facility after you were done

3           performing your deliveries?

4           A.    In -- the next day when I returned to

5           work.

6           Q.    When you returned to work to deliver

7           meals the next day?

8           A.    Yeah.

9           Q.    You didn't have to report back at the

10          end of the deliveries?

11          A.    No, but -- no.

12          Q.    When would you complete required

13          paperwork?

14          A.    When I was on my route and when I

15          finished my route.

16          Q.    Did you ever have to hand that in?

17          A.    Yeah, when I came in.  Sometimes I would

18          hand it in when I came in.

19          Q.    The following day?

20          A.    Yeah, sometimes.

21          Q.    What about other times?

22          A.    Sometimes I keep it.

23          Q.    And you didn't hand it in?

24          A.    No.

25          Q.    How would Syed know what to pay if you

```
 1                        M. Acklin
 2      as I got there, sometimes when I was leaving.
 3      Q.    You would fill it out either before or
 4      after you performed that delivery?
 5      A.    Yeah.
 6      Q.    Did you ever fill it out at the end of
 7      the night?
 8      A.    No, at my last stop.
 9      Q.    At the last stop?
10      A.    Yeah.
11      Q.    Did you ever get a warning if you didn't
12      hand in the paperwork the next day?
13                   MR. ANDREWS:  Objection.
14      A.    Yeah.
15      Q.    When?
16      A.    A warning for what?
17      Q.    For not handing in the paperwork the
18      following day.
19      A.    No.
20      Q.    You never got a warning for that?
21      A.    Yeah.
22      Q.    Yes, you never got a warning for that?
23      A.    No.
24      Q.    You were never warned for not handing in
25      paperwork; is that correct?
```

                              M. Acklin

1
2      A.      My aunt.
3      Q.      Any others?  You can list them all.
4      A.      I don't remember the rest other than
5      Kenneth.
6      Q.      Kenneth Chow?
7      A.      Yeah.
8      Q.      How do you know that your experiences
9      were typical of their experiences?
10             MR. ANDREWS:  Objection.
11     A.      I don't know.
12     Q.      Do you know if your duties, tasks, and
13     responsibilities were the same as the other
14     drivers?
15     A.      Yes.
16     Q.      How do you know that?
17     A.      Because sometimes I did stops for other
18     drivers.
19     Q.      Like who?
20     A.      I don't remember.
21     Q.      How would that come about?
22             MR. ANDREWS:  Objection.
23     A.      They asked me to do a favor for them.
24     Like Syed asked me to do bags like if they left
25     a bag or something.

```
 1                        M. Acklin
 2        location?
 3        A.    The Nissan Versa.
 4        Q.    What about from the Connecticut
 5        location?
 6        A.    The Nissan Versa, and then -- and then I
 7        used a van from the job.
 8        Q.    What about from Brooklyn?
 9        A.    From Brooklyn, I used a company van, and
10        then I was using my car.
11        Q.    Which car?
12        A.    The Versa, the Sienna, and the Passat.
13        Q.    You used all three of those cars when
14        you were performing deliveries from the
15        Brooklyn facility?
16        A.    Yeah.
17        Q.    When you say "company van," what do you
18        mean?
19        A.    It was a van that they gave to me to do
20        the route.
21        Q.    How often would you get a van?
22        A.    When I -- when I started delivering the
23        bags to the Philly drivers, to Princeton,
24        New Jersey.
25        Q.    Did you have insurance for the cars that
```

```
 1                        M. Acklin
 2      you used when you were performing deliveries?
 3      A.     Yeah.
 4      Q.     Did you pay for that insurance?
 5      A.     Sometimes.
 6      Q.     Who else would pay for it on other
 7      times?
 8      A.     My mother.
 9      Q.     Did you ever get reimbursed by
10      The Fresh Diet for the insurance payments?
11      A.     No.
12      Q.     Who was the insurance through?
13      A.     I don't remember.
14                   (Whereupon, Manifest was marked
15                   as Defendant's Exhibit 44, for
16                   identification, as of this date.)
17      Q.     I'm now showing you what's been marked
18      for identification as Defendant's Exhibit 44
19      and Bate stamp numbered FD004193 to FD004264,
20      and I'm going to ask if, before today, you've
21      ever seen the documents in Defendant's
22      Exhibit 44 (handing).
23      A.     Yes.
24      Q.     What are those documents?
25      A.     This is a manifest we use to do the
```

```
 1                            M. Acklin
 2        Q.    A physical copy of it?
 3        A.    Yeah.
 4                    MR. ANDREWS:  Objection.
 5        Q.    You refer to Defendant's Exhibit 44 as a
 6     manifest, correct?
 7        A.    Yes.
 8        Q.    When would you receive this document?
 9        A.    When I got to the kitchen.
10        Q.    Before you started performing
11     deliveries?
12        A.    Yeah.
13        Q.    This would contain a date, the number of
14     miles, and the number of stops you were to make
15     for that night?
16        A.    Yes.
17                    MR. ANDREWS:  Objection.
18        Q.    Did you take any breaks during the time
19     you performed deliveries?
20        A.    Sometimes.
21        Q.    What would you take a break for?
22        A.    To eat.
23        Q.    Anything else?
24        A.    That's it.
25        Q.    Ever to get gas or go to the restroom?
```

```
 1                            M. Acklin
 2      A.      Yeah.  Gas, yeah.
 3      Q.      Go to the restroom?
 4      A.      Yeah.
 5      Q.      Did you ever keep receipts of the food
 6      you bought or the gas you purchased during the
 7      deliveries?
 8      A.     I have some -- I have some gas receipts.
 9      Q.      Some gas receipts?
10      A.      Yeah.
11      Q.      Did you ever submit them to Syed to seek
12      reimbursement for the gas?
13      A.      No.
14      Q.      Did you pay for your own maintenance of
15      your car?
16      A.      Yes.
17      Q.      Did you pay for your own repairs for the
18      car?
19      A.      Yes.
20      Q.      Did you ever seek reimbursement from
21      Fresh Diet for those expenses?
22      A.      No.
23              I had gas for when I was driving the
24      company van, but for my own car, I paid my own
25      gas.
```

1               M. Acklin

2     Q.    Where would you take a break to eat

3     during deliveries?

4               MR. ANDREWS:  Objection.

5     A.    Fast food or drive-through.

6     Q.    Would you ever go into a restaurant?

7     A.    No.

8     Q.    Only drive-through?

9     A.    Yeah.

10    Q.    Did you ever go into a grocery or 711?

11    A.    Yeah, 711.

12    Q.    Did you ever tell Syed or anyone else at

13    The Fresh Diet or Late Night that you were

14    taking a break to eat?

15              MR. ANDREWS:  Objection.

16    A.    No.

17    Q.    Did you ever say if you were taking a

18    break to get gas?

19              MR. ANDREWS:  Objection.

20    A.    No.

21    Q.    Did you ever take any vacations at any

22    point during the time you performed meal

23    deliveries?

24    A.    No.

25    Q.    Were you ever sick?

```
 1                          M. Acklin

 2       A.    No.  No.

 3       Q.    Did you hold any other jobs during the

 4    time you were performing deliveries for

 5    Late Night?

 6       A.    In the beginning, but I had to quit in

 7    the beginning so I could do this job.

 8       Q.    What were you doing in the beginning?

 9       A.    I had a paper route too.

10       Q.    When was that?

11       A.    In 2007.

12       Q.    What were the hours of that job?

13       A.    Around -- around 3:00 to 6:00.

14       Q.    3:00 p.m. to 6:00 p.m.?

15       A.    Yeah.

16       Q.    What was the name of that company?

17       A.    At the beginning, I was helping them do

18    some stops.  Then I quit my job, and I got my

19    own route.

20       Q.    What was the name of the company you

21    were performing the paper route for?

22       A.    PCF.

23       Q.    PCF?

24       A.    Yeah.

25       Q.    The company you're currently --
```

```
 1                              M. Acklin
 2                    MR. ANDREWS:  Objection.
 3        A.    Can you repeat the question?
 4        Q.    Did you receive compensation for the
 5   deliveries you performed as a driver --
 6        A.    Yeah.
 7        Q.    -- for the beginning of 2011?
 8        A.    Did I -- can you repeat it again?
 9                    MR. POLLACK:  Can you repeat it?
10                    (Whereupon, the record was read
11              by the reporter.)
12        A.    Yes.
13        Q.    Do you know how much you --
14        A.    I think this is from the driver
15   (indicating).  I don't remember which one it's
16   from.
17        Q.    Did you file tax returns in 2007?
18        A.    No.
19        Q.    Did you file tax returns in 2008?
20        A.    What's the tax returns for?
21        Q.    What's that?
22        A.    What's the tax returns for?
23        Q.    To pay taxes.
24        A.    Yeah.  Yeah.
25        Q.    In 2008?
```

```
 1                            M. Acklin
 2                    MR. ANDREWS:  Objection.
 3          A.    I think it -- yeah, I think in 2008 or
 4          2009.
 5          Q.    Do you know what tax forms you filled
 6          out?
 7          A.    I don't remember.
 8          Q.    Did you file tax returns in 2009?
 9          A.    I don't remember.
10          Q.    Did you file tax returns in 2010?
11          A.    I don't remember.
12          Q.    Did you file tax returns in 2011?
13          A.    No.
14          Q.    Do you ever go to an accountant to
15          discuss taxes?
16          A.    Yes.
17          Q.    When?
18                    MR. ANDREWS:  Objection.
19          A.    I think it was -- I think it was 2009.
20          Q.    Was this an individual you went to or a
21          firm?
22          A.    I don't remember.
23          Q.    If I left a space in the record for you
24          to insert that information, do you have
25          anything you can go back to to find that
```

1                              M. Acklin
2          information?
3          A.     I think so.
4          Q.     I'm going to leave a space in the
5          record, and when you get a copy of the
6          transcript, if you can remember the name of
7          that accountant --
8          A.     All right.
9          Q.     -- just insert it in the record.
10              Okay?
11         A.     All right.
12         (INSERT)
13         Q.     To the extent you can locate any tax
14         returns you may have filed between 2007 and
15         2011, I'm going to ask for the production of
16         those tax returns.
17              Okay?
18         A.     All right.
19         Q.     Did you have health insurance during the
20         time you were performing work as a driver for
21         Fresh Diet?
22         A.     No.
23         Q.     Did you receive any other benefits or
24         any benefits from The Fresh Diet for the period
25         you were performing deliveries?

```
 1                          M. Acklin
 2                    MR. ANDREWS:  Objection.
 3        A.    No.
 4        Q.    No?
 5        A.    (Witness shakes head.)
 6        Q.    If you can, just verbally answer.
 7        A.    No.
 8        Q.    Do you know the name Judah Schloss?
 9        A.    Yes.
10        Q.    Who do you know Judah Schloss to be?
11        A.    One of the owners.
12        Q.    Of what?
13        A.    Of Fresh Diet.
14        Q.    Did you ever have any personal
15   interaction with him?
16        A.    Yeah, I spoke to him before.
17        Q.    When?
18        A.    I think 2011.
19        Q.    Was this when you were in the kitchen?
20        A.    Yeah.
21        Q.    Did you speak to him on more than one
22   occasion?
23        A.    Yeah.
24        Q.    How often?
25        A.    Not that much.
```

1                           I N D E X

2

3        WITNESS                 EXAMINATION BY          PAGE

4        Marquis Acklin          Yale Pollack             4

5

6                          E X H I B I T S

7

8        DEFENDANT'S             DESCRIPTION             PAGE

9        41      Notice of EBT                           15

10       42      Verification                            17

11       43      Class action affidavit                  28

12       44      Manifest                                62

13       45      2010 1099                               73

14       46      2010 1099                               73

15       47      2011 1099                               73

16

17                       REQUESTS FOR PRODUCTION

18       DESCRIPTION                                     PAGE

19       Tax returns filed between 2007-2011             79

20

21                              INSERTS

22       DESCRIPTION                                     PAGE

23       Name of accountant                              79

24

25

1
2                        C E R T I F I C A T E
3
4              I, MELISSA KAHANE, hereby certify that
5        the Examination Before Trial of Marquis Acklin
6        was held before me on the 2nd day of October,
7        2013; that said witness was duly sworn before
8        the commencement of his testimony; that the
9        testimony was taken stenographically by myself
10       and then transcribed by myself; that the party
11       was represented by counsel as appears herein;
12             That the within transcript is a true
13       record of the Examination Before Trial of said
14       witness;
15             That I am not connected by blood or
16       marriage with any of the parties; that I am not
17       interested directly or indirectly in the
18       outcome of this matter; that I am not in the
19       employ of any of the counsel.
20             IN WITNESS WHEREOF, I have hereunto set
21       my hand this 2nd day of October, 2013.
22
23             _____
24                        MELISSA KAHANE
25

1
2                            ERRATA SHEET
3       PAGE/LINE                          CORRECTION
4       _____        _____
5       _____        _____
6       _____        _____
7       _____        _____
                             _____
8       _____        _____
                             _____
9       _____        _____
                             _____
10      _____        _____
                             _____
11      _____        _____
                             _____
12      _____        _____
                             _____
13      _____        _____
                             _____
14      _____        _____
                             _____
15      _____        _____
                             _____
16      _____        _____
                             _____
17      _____        _____
                             _____
18      _____        _____
                             _____
19      _____        _____
                             _____
20      _____        _____
21      _____        _____
22      _____        _____
23      _____        _____
24      _____        _____
25      _____        _____

**A**

ability 5:16
accountant
  78:14 79:7
  84:23
accurately 74:8
Acklin 1:4,18
  4:9,14 5:1 6:1
  7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1
  64:1 65:1 66:1
  67:1 68:1 69:1
  70:1 71:1 72:1
  73:1 74:1 75:1
  76:1 77:1 78:1
  79:1 80:1 81:1
  82:1 83:1,18
  83:21 84:4
  85:5
action 4:20
  13:24 14:19,23
  15:22 19:4,7
  28:14 66:19
  84:11
additional 83:16
address 4:10
  11:20 12:4
  22:25 23:2
  32:11
administer 3:16

affidavit 28:15
  84:11
agency 75:21
AGREED 3:4,9
  3:14
agreement 27:16
  28:8
agreements 7:9
ALC 1:8
alcohol 5:13
amount 7:21,23
  8:5 40:9 53:7
ANDREWS 2:9
  7:4,7 8:19,23
  14:12 16:16,23
  18:13,18,22
  20:3,10 22:15
  22:18 23:24
  24:5 25:5,10
  25:22 28:2,9
  28:22 29:14
  30:2,24 31:10
  33:10 34:15
  35:9,19,25
  36:14 37:24
  38:8 39:14,18
  40:12,20 41:19
  41:22,25 42:4
  42:7 43:9 45:4
  46:7,15 47:18
  49:11,15,25
  50:18 51:10
  54:13 56:16,19
  57:11,20 58:9
  59:10,22 63:5
  64:3,19,23
  65:11,23 66:2
  66:14 67:4,17
  69:4,15,19
  71:15 72:9
  74:12,25 75:11
  75:15 77:2
  78:2,18 80:2
  82:2,14,22
  83:5,9,13
answer 4:25 5:6
  7:8 39:22

44:19 80:6
answers 5:3
apartment 4:12
  11:22,23 12:9
  32:13,15
appears 14:15
  85:11
application
  27:19
April 10:20
  17:16
area 25:8
arrival 34:5
arrive 33:8,18
  40:14
arrived 34:4
  47:24 53:22
asked 13:20
  59:23,24
asking 4:19
  65:11
asserting 14:22
assigned 55:16
attorney 2:5
  66:19
attorneys 2:13
  3:5 15:21
aunt 13:9 19:19
  26:22 58:24
  59:2
authorized 3:16
avenue 12:6
  32:17
aware 18:11
a.m 1:23 8:17,18
  8:20,24 9:8,8
  21:21,21 36:16
  36:21 44:12,17
  66:12
a/k/a 1:11

**B**

B 84:6
back 15:14
  23:10 50:6
  51:21 52:2,9
  53:16 65:16

74:17,21 78:25
  82:24
background
  12:14
bag 15:2 33:3
  41:10,12,13,17
  41:18 49:22
  55:22 56:2,4
  59:25
bags 24:20,20
  25:2,4,7,7 33:2
  33:3 34:6,8,9
  34:13 39:3,4
  39:12,15,17,20
  39:25 41:5,5
  42:9 48:2,4
  49:21,22 51:22
  53:15,17,18
  59:24 61:23
  82:23
Baltic 23:3,6,10
  23:13,16 24:14
  30:21,23 31:2
  31:5
based 7:18
basically 26:8
basis 58:17
Bate 62:19 63:12
beginning 70:6,7
  70:8,17 77:7
Behalf 1:5
believe 39:19
benefits 26:2
  79:23,24
big 41:16
birth 12:11
bit 53:6
biweekly 6:17
  6:18
blood 85:15
boroughs 47:13
bottom 41:9
bought 60:20
  68:6
break 5:3,7
  22:16 46:8
  49:25 50:2

67:21 69:2,14
  69:18
breakfast 41:14
breaks 67:18
Bridge 47:9
bring 39:4
bringing 24:21
  24:22
Bronx 11:25
  32:5 74:7
Brooklyn 22:24
  30:11,18 31:3
  31:12 35:3
  43:24 44:3
  47:14 48:25
  51:20 61:8,9
  61:15
BRYANT 1:4
building 51:13
buildings 51:12

**C**

C 2:1 4:2 85:2,2
call 33:25 38:2,3
  38:6,7,10,12
  82:7
called 34:2,2,3
calls 82:8
caption 14:16
car 10:21 41:6
  42:23 48:4
  49:21,23 60:12
  60:15,17,19,20
  60:21,24 61:10
  61:11 68:15,18
  68:24
Carmel 47:8
cars 33:4 61:13
  61:25
case 33:18
catering 1:11,12
  27:15 31:20,22
cause 38:7
caveat 5:4
cease 25:14
Cecilia 1:4 13:3
  13:11 32:21

**cell** 81:14,16,20
81:24 82:10
**certain** 7:21 25:8
34:17 48:23,25
50:15,21
**certification** 3:6
**certify** 85:4
**change** 38:23
40:9 42:12
43:14 44:22
46:12,16,20
**check** 6:16 18:24
56:7 72:19
74:18,22
**checks** 18:25
19:2 22:12
**children** 12:24
**Chow** 1:3 59:6
**cities** 43:13
**city** 31:24 43:11
47:11,11
**claim** 19:4,7
**claims** 4:20
14:22 15:21
**Class** 28:14
84:11
**clear** 36:23
**clients** 4:18
**close** 43:7,10
**column** 65:15,17
**come** 58:11
59:21
**commenced** 4:18
**commencement**
85:8
**communicate**
81:23 82:6
**company** 18:11
61:9,17 68:24
70:16,20,25
**compared** 40:6
**compensated**
42:12 58:19
**compensation**
56:25 74:9,9
76:23 77:4
**complain** 56:5

**complete** 51:21
52:12
**completed** 53:12
**completing**
51:19
**complex** 32:14
**computer** 42:21
53:4 66:24
75:25
**concerning** 4:20
15:21
**connected** 85:15
**Connecticut**
4:13 6:4 9:14
11:8,10,12,15
11:19 29:20
31:15 38:15,17
40:6 42:14
43:18,24 44:8
46:18 47:2,3,5
61:4
**connection** 7:10
**considered** 6:25
**consist** 65:24
**consisted** 30:9
30:16
**contain** 67:13
**contained** 63:21
**contents** 17:22
**contractor** 7:2
28:8
**convenience**
46:9
**cooked** 41:7
**Cooler** 65:14,15
**coordinate**
39:10
**coordinated**
39:8
**copy** 66:23 67:2
75:16 79:5
**CORP** 1:10,12
**correct** 26:10,16
29:10 30:23
31:17 38:15
49:14 54:25
65:8 67:6

71:24 76:21
**CORRECTION**
86:3
**cost** 25:16
**counsel** 85:11,19
**Courant** 9:15
**Courier** 1:10
18:12,21 76:16
**course** 46:11
**court** 1:2 3:18
5:2
**Crossways** 2:14
**current** 10:16
**currently** 5:25
12:22 13:10
70:25
**customer** 50:17
50:20 51:4
53:19 56:4
**customers** 30:14
50:15
**CV** 1:8

**D**

**D** 84:1
**daily** 9:13 58:17
**date** 12:11 15:7
17:7 28:17
62:16 67:13
73:4,7,10
**DAVID** 1:4
**day** 8:6,6,12
33:16 35:15,16
36:25 52:4,7
52:19 54:12,18
55:8 83:23
85:6,21
**days** 8:10 21:2,3
21:5,7 49:21
**daytime** 10:13
21:11,12
**declare** 29:9
**Defendant** 1:19
**defendants** 1:14
2:13 4:17
14:22 29:22,24
30:9 58:16

**Defendant's**
14:3 15:6,10
15:14 16:2,10
17:3,6,9,19,21
18:4,8 27:23
28:15,19 50:7
56:22 62:15,18
62:21 63:22
64:16 66:18
67:5 73:3,6,9
73:12 75:4,10
75:18 76:8
84:8
**deliver** 6:10,24
7:13,17,19 8:5
9:12,16,20
25:6,7 31:5
33:4 34:7 39:3
39:7,15,23
41:2 52:6
**delivered** 20:4
30:22,25 31:4
39:19,25 43:20
50:21
**deliveries** 10:22
32:9,25 36:12
37:4,20 38:4
40:19 42:25
43:15 44:8
45:2,13 46:13
46:18,19 47:10
47:22 48:5
51:19 52:3,10
55:24 60:13,25
61:14 62:2
67:11,19 68:7
69:3,23 70:4
72:8,13,17
76:20,24 77:5
79:25 81:17,21
**delivering** 21:24
22:3 30:13
34:12 36:23
61:22
**delivery** 6:6 25:6
25:9 26:12,15
26:19 27:3,18

29:21 30:8,12
44:10,15 49:20
50:10,14,24
53:11,23 54:4
58:4,17 66:7
66:11
**deposed** 13:15
13:17
**deposition** 3:15
5:20,23 18:16
**describe** 12:13
14:21
**DESCRIPTION**
84:8,18,22
**designated**
34:18
**Dickerman** 4:12
**Diet** 1:9,10,10,11
1:12 19:3,5,8
19:11,18 20:2
22:14 24:4,12
24:15 26:8
27:17 30:5,23
37:3 57:19
62:10 63:4
68:21 69:13
71:24 79:21,24
80:13 81:10,24
82:13
**Diet's** 30:10,14
30:17 51:20
**different** 10:5
40:5 43:12
46:22 50:15
57:22 60:9
**dinner** 41:14
**directly** 85:17
**discuss** 78:15
**discussion** 6:7
**DISTRICT** 1:2
1:2
**document** 13:25
14:5 15:8,12
15:15,24 16:5
16:8,13 17:10
17:13,21,25
18:8 27:21,25

28:4,21,25
29:4,16 30:7
50:6 56:21
63:13,16 66:17
66:21 67:8
73:11,15,17
75:7,20 76:7,9
76:12
documents 5:19
15:20 62:21,24
63:21,24 64:14
65:8,20 83:16
doing 24:19
53:11 70:8
dollar 7:25 8:3
36:10
Dolowich 1:20
2:12
door 51:7,16
Dr 2:14
driver 26:12,15
26:19,22 27:3
27:18 35:5
58:4 60:2
72:17 76:21
77:5,14 79:20
82:11
drivers 25:6,9
39:4,6,13,20
39:24 58:22
59:14,18 60:5
60:8 61:23
drivers/food
58:16
driver/food
29:21 30:8
drive-through
69:5,8
driving 68:23
drove 43:15
drugs 5:12
Duchman 1:13
81:5,7,12
duly 4:3 85:7
duties 32:24
38:23 44:22
59:12

d/b/a 1:11
_____
E
E 2:1,1 84:1,6
85:2,2
earliest 36:11
44:9
early 26:20,21
33:17,21 48:6
eat 67:22 69:2
69:14
EBT 15:5 84:9
educational
12:13
effect 3:17
either 7:16 13:10
17:2 54:3
Elmsford 71:6,8
71:9
employ 85:19
employed 5:25
6:3
employee 29:21
30:9
employees 58:17
58:19
employment
24:15 25:13
56:23 58:15
empty 34:6
51:22
ended 24:14
entered 53:21
entire 65:24
entry 66:10
ERRATA 86:2
ESQ 2:9,17
evening 36:24
exact 43:20
Examination
1:17 4:6 84:3
85:5,13
examined 4:5
example 82:20
excess 56:24
57:6,9,13
exclusively 22:3

30:10,17
Excuse 19:6
Exhibit 14:3
15:6,10,14
16:2,10 17:3,6
17:9 27:23
28:16,19 50:7
62:15,18,22
63:22 64:17
66:18 67:5
73:3,6,9,13
75:4,10,14
expected 48:24
49:4,6
expenses 68:21
experiences
58:18 59:8,9
explain 7:15
Express 1:9,10
1:12 18:12,20
76:16
extent 79:13
extra 39:4
e-mail 50:23,25
_____
F
F 85:2
facilities 30:11
30:18,18 31:11
31:12 51:20
facility 31:3
38:14 40:6,7
42:13 43:23
49:2 52:2
61:15
failing 55:17
fair 23:25 24:7
53:8
far 43:8,10
Fast 69:5
favor 59:23
FD00 64:20
FD004193 62:19
FD004251 65:4
65:6
FD004254 63:13
FD004260 64:5

64:15 65:6,10
FD004264 62:19
FERNANDO
1:3
fifteen 36:4
40:11 42:11
47:19
fifty 58:8
file 2:18 75:20
77:17,19 78:8
78:10,12
filed 25:19 79:14
84:19
filing 3:6
fill 27:19 54:3,6
filled 53:10 78:5
filling 53:12
find 78:25
finish 71:21
finished 21:18
34:13 38:11
40:21 48:18
52:15 53:23
83:2,8,12
firm 2:4 78:21
first 4:3 14:16
17:19,21 18:4
18:8 23:4
29:19 42:24
49:20 50:9
66:4,7
five 41:21,24
42:2 45:25
50:2 56:15
five-minute 46:8
FL 1:10,11,11,12
1:12
flip 16:14
floor 12:10
focusing 58:3
72:16
following 52:19
54:18
follows 4:5
food 15:2 20:4,5
20:6,15,17
24:25,25 25:4

26:19 27:3
32:9,25 33:2
33:17,20 34:7
34:12 40:19,22
40:24 41:2,3,4
48:12 49:23
51:5 68:5 69:5
foods 20:15
force 3:17
forgoing 29:10
forgot 7:24 23:2
31:25 32:12
56:9
form 3:10
former 29:21
forms 78:5
forty 14:24
20:24 56:24
57:6,9,14
four 45:23
Fresh 1:9,10,10
1:11,12 19:3,5
19:8,11,18
20:2 22:14
24:3,12,15
26:7 27:17
30:5,10,14,17
30:22 37:3
51:20 57:19
62:10 63:4
68:21 69:13
71:24 79:21,24
80:13 81:10,24
82:13
Fridays 9:6 10:5
10:10 35:7,8
front 51:7,15
functions 26:8
further 3:9,14
7:15 83:17
_____
G
gas 67:25 68:2,6
68:8,9,12,23
68:25 69:18
generally 9:4
32:24

getting 19:2
  71:21 72:5
give 22:15 42:22
  48:23 64:3
  74:20 82:20
given 33:16
  37:13 42:19
  63:9
go 1:11 37:25
  41:13 67:25
  68:3 69:6,10
  78:14,25
goes 8:8 10:7
going 4:18,24
  5:5 14:4 15:11
  16:4,8,12 17:8
  17:9 27:24
  28:20 33:21
  51:17 62:20
  73:14 75:6
  76:8 79:4,15
Gonzo 1:20 2:12
good 4:14,15
  46:9
GRAB 1:11
graduated 12:15
Greenwich 47:6
grocery 69:10
GUZMAN 1:5

H

H 84:6
half 6:12,13
  11:14,18 56:25
hall 31:20
Hamden 6:4
hand 52:16,18
  52:23 53:2
  54:12 55:17
  85:21
handing 14:5
  15:10,16 16:3
  16:11 17:11
  27:25 28:21
  54:17,24 55:20
  62:22 73:13
  75:5 76:9

handwriting
  63:15,18,20
  64:6,15,24
  65:2,7
happen 25:3
  56:6
happening 56:10
hard 66:23
HARMAN 2:4
Hartford 9:15
  47:6
Haven 4:13 9:13
head 6:14 7:6
  14:9 32:10
  35:12 36:22
  44:18 45:9
  80:5
health 79:19
hear 8:20
heard 39:21
hearing 25:23
heat 20:19
heater 20:19
held 1:19 6:8
  26:9 85:6
helped 15:2 20:4
  48:3 49:22
helping 70:17
hereunto 85:20
HERNANDEZ
  1:3
high 12:15,18,19
hired 10:18
hold 70:3
HOLDINGS
  1:11
home 37:25
hour 22:11
hourly 6:19,22
hours 8:15 9:2
  14:24 20:22,24
  21:8 56:24
  57:6,9,9,13,16
  58:12 63:3
  70:12
house 50:16,21
  66:22,25

houses 51:11
HUSSAIN 1:12

I

ice 24:20 33:3
  34:6,7 41:5,9
  53:15,18 65:16
identification
  14:2 15:7,9,25
  16:10 17:7
  27:22 28:16,19
  62:16,18 73:4
  73:7,10,12
  74:2 75:4,14
impair 5:16
income 10:15
  72:6,11
increase 10:6
independent 7:2
  28:8
Index 1:8
indicate 63:3
  65:15,18,21
indicating 16:25
  63:23,25 64:2
  64:7,18,22,25
  65:3,13 74:14
  76:2 77:15
indirectly 85:17
individual 78:20
Individually 1:5
  1:12,13,13
influence 5:12
information
  78:24 79:2
insert 78:24 79:9
  79:12
INSERTS 84:21
instruction
  50:17
instructions 5:8
  30:11 50:10,13
  51:6
insurance 61:25
  62:4,10,12
  79:19
interacted 58:16

interaction
  80:15 81:12
interested 85:17
interject 64:5
interrogatories
  17:20 18:5
involved 13:21
Island 35:3
  47:15
issued 22:13
  72:22

J

J 2:9
Jackson 1:4,4
  2:22 13:3,8
  19:21
January 29:6
Jersey 27:10,12
  31:15,17,24
  32:3,23 33:5,9
  34:19,23,24
  35:14 36:13
  37:4,5,7,11,15
  37:21 38:24
  39:7,16 40:2,3
  40:7,8 42:13
  42:25 43:3,5
  43:16 60:25
  61:24
JLC 1:8
job 30:7 61:7
  70:7,12,18
jobs 70:3
JUANY 1:5
Judah 1:13 80:8
  80:10
June 10:19

K

K 4:2
KAHANE 85:4
  85:24
Kaufman 1:20
  2:12
keep 52:22 68:5
Kenneth 1:3

59:5,6
kind 7:9 60:21
Kisco 11:16,17
  11:24 25:16
kitchen 20:6,7
  20:14,23 21:24
  22:4,9,10,21
  22:22 23:8,9
  23:12 24:3,12
  26:13 27:10,11
  30:20 44:24
  58:2 67:9
  76:14 80:19
kitchens 23:7
knew 71:14
know 4:22 5:4
  6:19,25 7:25
  9:20 16:5
  17:22 18:16,20
  22:12 23:3,15
  23:18 25:3,11
  27:13,14 28:25
  29:12,24 32:13
  42:18 45:12
  48:20 50:20
  52:25 56:2
  58:13,17 59:8
  59:11,12,16
  60:5 66:17
  72:15 74:4,19
  74:23 76:23
  77:13 78:5
  80:8,10 81:5,7

L

L 3:2 4:2
late 1:9 18:12,15
  18:20 26:19,21
  40:23 69:13
  70:5 72:5,8,23
  73:20 74:10,24
  76:15,24 81:24
  82:12
latest 36:18
  44:14
LATTIMORE
  1:5

lawsuit 13:21
learn 19:17
learned 19:19
lease 60:17
leave 48:9 51:7
  51:14 79:4
leaving 41:2
  54:2
left 11:23 40:21
  59:24 78:23
list 59:3
litigation 4:17
little 53:6
live 32:19
lived 32:16
living 32:2
LLP 1:21 2:12
lobby 51:15
locate 79:13
located 22:21
  31:16,24 32:23
  43:11
location 23:15
  24:11 32:4
  33:6,9 35:14
  36:13 37:4
  40:15 43:2
  44:9,22 45:14
  46:14,23 47:21
  47:25 61:2,5
long 6:11 11:4
  11:12 12:2
  25:11 41:18
  45:10 71:20
look 16:4 28:22
looking 15:14
  30:6 50:7
  56:21 65:10
  66:10 76:7
lost 75:23 76:3
lunch 41:14

_____
        M
_____

M 4:2 5:1 6:1
  7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1

16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1
maintain 81:14
maintenance
  68:14
making 44:10,15
  47:17 48:5
manager 27:6
Manhattan
  47:14 60:8
manifest 62:14
  62:25 63:9
  67:6 84:12
March 10:20
  20:12 22:6,23
  23:18,25 24:8
  26:16 43:23
  44:25 45:11
  75:18
marked 14:2
  15:6,9,25 16:9
  17:6,9 27:22
  28:15,18 50:6
  62:14,17 63:12
  64:14 66:18
  73:2,5,8,12

75:3,9,13 76:7
Marquis 1:4,18
  4:9 83:21 84:4
  85:5
marriage 85:16
married 12:22
matter 85:18
meal 41:7 45:2
  46:13 47:21
  51:14,19 69:22
  72:12,16
meals 21:24 22:3
  30:13,22,25
  31:4 35:4
  41:13,15,16
  52:7
mean 61:18 66:7
  66:11 71:19
  72:3
meant 29:12
medications
  5:10
meet 27:5,9 39:6
MELISSA 85:4
  85:24
met 27:6 40:2
MICHAEL 1:5
mile 36:8 42:16
  60:7
miles 42:18,23
  67:14
minutes 16:17
  22:16 41:21,24
  42:2,3,6 50:2
Monday 8:13
  9:4,7,21 35:20
Mondays 8:7
  9:10 35:20,20
money 56:7
  74:16
month 26:20
  45:17
months 6:12,13
  45:12,19,21,23
  45:25 46:3,5
morning 4:14,15
  36:24 37:10

mother 13:6
  32:20 60:20
  62:8
Mount 11:16,17
  11:24 25:16
move 24:14
moved 23:9,15
  24:11 25:15,15
  32:5 38:14,23
  42:13 43:24
  44:21,24
multiple 55:11

_____
        N
_____

N 2:1 3:2 4:2
  84:1
name 4:8,16
  14:15 18:23
  27:11 31:19,21
  31:25 32:12
  70:16,20 73:17
  76:17 79:6
  80:8 81:5
  84:23
nature 14:21
near 23:6
need 5:3 16:14
  49:25 76:5
never 28:11
  30:22 45:2
  54:20,22,24
  56:24
new 1:2,21,22,24
  2:7,7,15 4:4,13
  9:13,14 11:7,9
  11:16,17,25
  12:21 27:10,12
  31:15,17,24
  32:3,23 33:5,9
  34:8,19,23,23
  34:24 35:2,14
  36:13 37:3,5,5
  37:7,8,11,15
  37:16,21,21
  38:24 39:7,16
  40:2,3,7,8,8
  42:13,25 43:3

43:5,16 47:2,3
  47:7,8,11
  60:25 61:24
  71:4,5
News 9:13
newspaper
  71:16,22,23
newspapers 6:10
night 1:9 9:21
  10:3 18:12,15
  18:20 34:10
  35:5,23,24
  36:24 37:8,9
  37:18,19 42:19
  47:16 54:7
  55:24 65:21,25
  67:15 69:13
  70:5 72:8,23
  73:20 74:10,24
  76:15,24 81:24
  82:12
nights 35:13
nighttime 21:12
Nissan 60:22
  61:3,6
nods 6:14 7:6
  14:9 32:10
  35:12 36:22
  44:18 45:9
non-employee
  74:9
noon 21:13 46:7
Notary 1:23 4:4
  83:25
Noted 83:19
Notice 1:19 15:5
  84:9
number 7:18
  12:7,9 35:23
  64:4 67:13,14
  74:2
numbered 62:19
numbers 65:14
  65:17

_____
        O
_____

**O** 3:2
**Oakridge** 11:21
**oath** 3:16
**object** 7:7
**objection** 7:4
  16:23 18:13,18
  18:22 20:3,10
  23:24 24:5
  25:5,10,22
  28:2,9 29:14
  30:2,24 31:10
  33:10 34:15
  35:9,19,25
  36:14 37:24
  38:8 39:14,18
  40:12,20 41:19
  41:22,25 42:4
  42:7 43:9 45:4
  46:15 47:18
  49:11,15 50:18
  51:10 54:13
  56:16,19 57:11
  57:20 58:9
  59:10,22 63:5
  65:23 66:2,14
  67:4,17 69:4
  69:15,19 71:15
  72:9 74:12,25
  75:11,15 77:2
  78:2,18 80:2
  82:2,14,22
  83:5,9,13
**objections** 3:10
**obtain** 27:4
**obtaining** 30:12
**occasion** 56:11
  80:22
**occasions** 55:11
**occupation**
  10:12
**October** 1:22
  19:16 23:9
  24:16 25:14
  85:6,21
**officer** 3:16
**offices** 1:20
**Oh** 71:17

**Okay** 50:3 79:10
  79:17
**old** 34:6,9 39:17
**once** 83:14
**opposed** 33:16
**order** 32:25
  43:21
**original** 75:24
**outcome** 85:18
**overtime** 20:25
  21:22 56:25
  58:12
**owners** 80:11
  81:8

**P**
**P** 2:1,1 3:2
**pack** 20:4,15
  24:25 34:7
  41:4,18 42:10
  48:3
**packed** 20:6
**packers** 24:21
  24:22,24 25:4
**packing** 24:20
  34:13 40:21,24
  41:2
**packs** 65:16
**page** 14:16 29:3
  50:8 64:4 84:3
  84:8,18,22
**pages** 28:23
  64:16
**PAGE/LINE**
  86:3
**paid** 6:15 7:12
  7:16,16,21
  22:8,10 36:6
  56:25 60:5,6,9
  60:10 68:24
  71:13,14,16
**Palmer** 12:21
**paper** 6:6 7:21
  42:22 50:22
  70:9,21
**papers** 6:23 7:12
  7:17,18 8:5

9:12,20,24
  66:25
**paperwork**
  51:21 52:13
  53:11,21 54:12
  54:17,25 55:17
  55:20
**paragraph**
  29:19,25 30:6
  50:8 51:17,18
  56:22 58:14,14
  58:23
**Park** 2:14
**part** 8:20 25:12
  50:21 66:19
  76:20
**particular** 65:21
**parties** 3:5 85:16
**party** 85:10
**Passat** 60:23
  61:12
**pay** 52:25 53:5
  57:2 62:4,6
  68:14,17 72:18
  74:17,23 77:23
**payer's** 76:16
**payments** 62:10
**PC** 2:4
**PCF** 6:4,5,9,11
  6:15 7:2,10
  8:11 10:24
  70:22,23 71:13
**pending** 5:5
  83:15
**percentage** 6:23
  7:12
**perform** 10:21
  19:10 32:25
  47:10,21 60:3
**performed** 19:5
  19:8 45:2,13
  46:19 54:4
  67:19 69:22
  76:20,25 77:5
  82:11
**performing**
  19:15 20:23

21:23 27:17
  32:3,7 36:12
  37:4 38:4
  40:19 42:25
  43:15 44:8
  46:13,17 52:3
  55:23 58:4
  60:13,25 61:14
  62:2 67:10
  70:4,21 72:7
  72:12,16 79:20
  79:25 81:17,21
**period** 26:23
  79:24
**perjury** 29:9
**personal** 22:16
  80:14 81:11
**personally** 30:13
**Persons** 1:6
**PETER** 2:9
**Philadelphia**
  39:20,23
**Philly** 39:3,13
  61:23
**phone** 81:14,16
  81:20,25 82:10
**phonetic** 73:23
**physical** 67:2
**pick** 25:7,9
**picked** 48:2,3
  53:17,18
**place** 27:15
  31:22 32:16
  46:9 73:23
**placed** 51:5
**places** 50:16
**Plains** 71:12
**plaintiff** 1:18
  14:19
**Plaintiffs** 1:7 2:5
**plaintiff's** 17:19
  17:20 18:3,7
**plastic** 20:18
**please** 4:8,11,22
  5:4
**point** 26:3,12
  38:15 69:22

**Pollack** 2:17 4:7
  4:16 22:17
  46:11 50:3
  77:9 83:15
  84:4
**position** 19:17
  26:24 27:4
**Post** 9:14,14
**preparation**
  5:20,22
**prepared** 30:12
**PRESENT** 2:21
**previous** 34:10
**previously** 14:2
  15:25 16:9
  27:22 76:19
**Princeton** 40:4
  61:23
**printed** 75:23,25
**produced** 66:17
**production**
  79:15 83:16
  84:17
**provide** 32:25
**provided** 15:20
**Public** 1:23 4:4
  83:25
**purchased** 68:6
**pursuant** 1:19
**put** 20:15,18
  24:25 25:4,8
  33:2,2,3,4 41:5
  41:5,6,9 42:20
  42:21 48:4
  49:21,22 53:14
  55:22 56:2
  74:13,17,17,21
**putting** 24:20
  55:21
**p.m** 8:17 21:16
  33:13,13,15,16
  34:4 48:6,13
  49:7,10,14
  66:8 70:14,14
  83:19

**Q**

question 3:11
  4:21,24 5:5,6
  16:12 75:12
  77:3
questions 4:19
  4:25 5:17
  13:20 83:17
quit 70:6,18
  71:18

_____ R _____

R 2:1 4:2 85:2
rate 57:2
read 17:18 29:16
  77:10
ready 48:12
recall 17:24 18:3
  18:7 31:19
receipts 68:5,8,9
receive 6:19,22
  50:13,25 51:5
  55:19 67:8
  72:6,11 77:4
  79:23
received 50:9
  73:19 74:10,15
  74:23 75:18
  76:23
receiving 11:4
  26:2 30:11
recess 22:19
  50:4
Recipient's
  73:25
recognize 65:7
record 4:8,10
  6:8 7:8 42:23
  77:10 78:23
  79:5,9 85:13
refer 18:15 67:5
referring 18:17
  18:25 29:25
  30:19 58:22
  64:19 65:4
reflect 74:8
regarding 50:14
Register 9:13

regular 57:2
reimbursed 62:9
reimbursement
  68:12,20
relationship
  13:2,7
remainder 18:16
remember 11:20
  12:4,7 14:10
  16:18,19,24
  17:2 18:6,10
  19:14 20:8
  21:5,8 22:25
  23:17 25:25
  26:5,6,18,20
  27:20 28:5,7
  28:11,13 31:21
  31:23 34:16,25
  35:4,13 36:3,6
  38:17,21,22
  39:9 40:3,18
  41:20 42:8,9
  43:4,6 44:5,7
  45:15,16 46:6
  49:12 55:9,15
  56:10,14,20
  59:4,20 62:13
  65:9 72:22
  75:2 77:15
  78:7,9,11,22
  79:6 81:4
repairs 68:17
repeat 24:6
  37:12 72:10
  75:12 77:3,8,9
rephrase 4:23
report 51:21
  52:9 83:11
reported 71:23
reporter 5:2
  77:11
reporting 51:25
represent 4:16
represented
  85:11
requested 76:3
  83:17

requesting 5:6
requests 17:22
  18:9 84:17
required 51:21
  52:12
reserved 3:11
reside 11:15,24
  13:10
residence 11:22
  12:5
residences 9:16
  9:18 51:8
resident 11:10
  11:13 29:20
residing 73:22
  74:6
resigned 25:17
  25:19
respective 3:5
respond 5:16
responses 17:19
  17:21 18:4,8
responsibilities
  30:8 59:13
rest 59:4
restaurant 27:14
  69:6
restroom 67:25
  68:3
return 34:6
  51:20,22
returned 52:4,6
returns 77:17,19
  77:20,22 78:8
  78:10,12 79:14
  79:16 84:19
review 5:19
right 63:23,25
  64:7 79:8,11
  79:18
Road 11:21
  12:21
Robbabins
  73:23
rocks 20:19
room 13:18
route 34:17,22

37:13 40:5
  42:22 43:14
  46:12,16,20,22
  46:25 52:14,15
  55:16 61:20
  63:2,10 65:21
  65:24 70:9,19
  70:21 83:2,3,6
  83:8,12
routes 30:12
  50:10,14
row 66:4

_____ S _____

S 2:1 3:2,2 4:2
  84:6
sat 13:18
Saunders 12:19
saw 14:10 16:24
  17:2,24 55:8
says 17:18 29:9
  29:20 30:7
  50:9 51:18
  56:22 57:5
  58:15 66:4
  73:25 75:17
  76:15
Schloss 1:13
  80:8,10
school 12:15,18
  12:19
sealing 3:6
second 12:10
  50:8
see 14:15 17:18
  29:8,19 30:7
  50:11 51:23
  57:3,7 58:20
  63:13,20 64:15
  73:25 75:17
  76:15
seeing 18:3,7
seek 68:11,20
seen 14:4,8,13
  15:11 16:6,13
  16:19,22 17:10
  27:24 28:4,6

28:20 62:21
  73:14 75:6
  76:9
send 82:24
sentence 50:9
  51:18,23 58:20
September 14:3
  16:2,11 19:16
  23:19 24:16
  25:14 27:23
series 4:19
Services 1:10
  18:12,21 76:16
set 17:20,21 18:4
  18:8 85:20
seven 46:5 58:14
seventy 57:16
Seymour 12:6
  32:17
shakes 80:5
SHEET 86:2
show 16:8 17:8
  21:13 33:15
  47:20 48:20,22
  48:24 49:4,6,9
  49:13,18
showing 13:25
  15:8,24 27:21
  28:18 30:10,17
  62:17 73:11
  75:3
sick 69:25
side 11:23
Siegel 23:3,5,16
  24:3 30:20
  31:4 44:3,21
  44:23 45:3,14
  46:14,16,19,23
  47:21,25
Sienna 60:22
  61:12
sign 7:9 17:15
  27:16 29:6
signature 17:13
  29:3,8
signed 3:15,17
  17:25 29:13,17

**significantly**
56:23 57:5
**signing** 28:7
**similar** 27:25
**similarly** 1:6
71:13
**Situated** 1:6
**six** 9:2 21:3
41:16 46:3
56:22
**sixty** 57:16,24
58:6
**sole** 10:15
**somebody** 82:15
**soon** 40:21 53:25
**sorry** 8:19,23
14:12 64:23
**source** 10:15
72:7,12
**SOUTHERN**
1:2
**space** 78:23 79:4
**speak** 5:22 80:21
81:2
**specific** 56:11
**spent** 74:21
**spoke** 80:16 81:3
**Stamford** 38:18
38:19,24 40:14
**stamp** 62:19
63:12
**stand-alone** 51:8
**start** 26:2 34:12
36:23 37:20
40:18,24 48:5
51:25
**started** 19:23
26:18 27:2,17
31:16 32:3,7
41:2 51:2,3
55:23 60:24
61:22 67:10
81:17,21
**State** 1:23 4:4,8
4:10 11:7,9
**statement** 53:8
**Staten** 35:3

47:14
**STATES** 1:2
**stay** 25:11
**stenographica...**
85:9
**STIPULATED**
3:4,9,14
**stop** 36:9,10
42:16,24 53:13
54:8,9 60:11
82:19,23
**stopped** 19:14
**stops** 35:23 39:5
40:9 42:19
43:4 47:16
59:17 60:3
67:14 70:18
**street** 1:21 2:6
4:12 22:25
24:3 30:20,23
31:2,4 32:12
44:3,21 45:3
45:14 46:14,19
46:23 47:21,25
**submit** 68:11
**Subscribed**
83:22
**Suite** 1:21 2:6,14
**summer** 20:5
**summertime**
23:21 24:2,8
**Sunday** 8:9,13
9:5
**Sundays** 9:6
10:6,10 35:18
35:22
**supervised**
58:19
**sure** 55:22
**switched** 20:6,9
22:2 57:25
**sworn** 3:15,18
4:3 83:22 85:7
**Syed** 1:12 27:8
33:23 38:3
39:10 49:8
50:19,23,25

52:25 55:6
59:24 68:11
69:12 76:2
82:17,18
**S-A-U-N-D-E-...**
12:19

**T**

**T** 3:2,2 84:6 85:2
85:2
**take** 5:2,3 14:6
16:4,17 41:18
46:8 50:2 56:7
67:18,21 69:2
69:21 72:19
**taken** 1:18 22:19
50:4 85:9
**talking** 33:6
51:9
**Tappan** 47:9
**tasks** 59:12
**tax** 72:19 77:17
77:19,20,22
78:5,8,10,12
79:13,16 84:19
**taxes** 72:17 76:6
77:23 78:15
**Telephone** 82:8
**tell** 33:20,24
39:12 48:22
49:9 50:23
69:12
**tells** 74:20
**ten** 35:7,8 56:18
**Teresa** 1:4 2:22
13:8,11,12,13
19:21
**testified** 4:5
39:19 76:19
**testimony** 85:8,9
**text** 82:4,15,17
82:18,21 83:7
**texted** 82:12
**Thank** 22:18
**thereof** 17:22
**thing** 36:2
**think** 5:15 9:22

10:20 11:18
12:3 18:23
19:12,16 20:11
20:11 21:3,15
22:10 23:4,5
23:20 26:21
27:15 31:5,20
31:21 33:11
35:21 36:4,8
36:15 38:14
40:4 44:11
46:4 48:19
53:3 56:17
57:12 60:11
64:24 65:2
66:3 71:12
75:16,22,22,24
75:25 76:13
77:14 78:3,3
78:19,19 79:3
80:18 82:17
83:14
**third** 29:3 30:6
**thirty** 35:6 40:13
42:11 57:12,13
58:12
**thirty-five** 47:19
**thought** 39:21
**three** 6:12,13
9:22 26:8 31:6
41:15 42:3
45:21 50:8
51:18 61:13
**Thursday** 8:8
9:7,21
**Thursdays** 9:10
**tie** 56:4
**ties** 33:3 55:22
56:2
**time** 3:11 5:4
10:16 14:6
22:2,20 32:2,6
33:8 34:14,18
36:7 40:16
44:9,14 46:17
46:18 47:20
48:23,25 49:20

50:5 53:14,21
55:12 57:18
58:3 65:18,19
67:18 69:22
70:4 71:22,22
72:2,3,4,7,12
72:16 73:22
79:20 82:11
83:2,19
**times** 9:14 31:6
31:6 38:9
52:21 53:13
55:14 56:13
57:2 62:7
**today** 4:18 5:10
5:17 14:5
15:12 16:6,13
16:20,22 17:11
28:21 62:20
73:15 75:7
76:9
**today's** 5:20,23
**told** 26:23 38:10
**tolls** 74:13,16,21
**top** 41:11
**total** 74:15
**Toyota** 60:22
**train** 25:16
**transcribed**
85:10
**transcript** 79:6
85:12
**travel** 37:7
**trays** 20:15,16
**trial** 1:17 3:12
85:5,13
**true** 29:10 43:25
85:12
**truthfully** 5:16
**try** 4:22 7:8
**Tuesdays** 35:17
**Turning** 50:6
63:12
**twenty** 35:6
57:12,13 58:11
**twenty-five** 36:5
40:11

twice 83:14
two 9:22,24 12:3
  21:7 22:16
  23:7 31:6,6
  42:6 45:19
type 9:12 25:23
  27:16
typical 58:18
  59:9

**U**
U 3:2 4:2
understand 4:21
  5:8 14:18
  15:15,17,19
understanding
  4:24 76:11
unemployment
  10:25 11:3,5
  25:20,24
UNITED 1:2
use 10:21 60:12
  62:25
usually 36:2,3
  43:12 48:3,18
  49:3,17

**V**
vacations 69:21
van 61:7,9,17,19
  61:21 68:24
varied 35:23
vary 8:6 53:5
verbally 4:25
  44:19 80:6
Verification
  17:5 84:10
Versa 60:22 61:3
  61:6,12
Volkswagen
  60:23
Voluck 1:20
  2:12

**W**
wage 6:20,22
wait 37:12 49:23
waived 3:7

want 16:16 51:4
  64:4
wanted 50:15,20
warehouse
  23:11 24:17,19
  26:13 31:8
warned 54:24
  55:2,3
warning 54:11
  54:16,20,22
warnings 55:19
  55:21
wasn't 33:17
  53:7 56:4
way 42:12
Wednesdays 8:8
week 8:10 14:24
  20:24 21:2,4
  35:15,21 53:5
  53:5,8 56:24
  57:6,10,16,18
  58:12
weekends 10:8
weekly 6:17
went 11:19
  44:24 51:13
  78:20
West 2:6
we're 33:6 51:9
  72:15
WHEREOF
  85:20
White 1:4 71:12
William 1:21
WILLIAMS 1:4
withheld 72:17
witness 4:2 6:14
  7:6 8:22 14:9
  14:14 32:10
  35:12 36:22
  44:18 45:9
  64:21 80:5
  84:3 85:7,14
  85:20
Woodbury 2:15
work 7:10 8:10
  10:24 19:5,8

19:10,15,19
  20:23 21:23
  23:7,12 27:17
  32:3 52:5,6
  57:10 79:20
  82:11
worked 14:24
  19:23 20:13
  21:3 23:10
  24:11,16 56:23
  57:5,19 63:4
working 6:11
  19:24 20:22
  21:2,9 22:3,8
  22:22 24:2
  26:7 31:7
  35:14,17 71:3
  76:13
wouldn't 49:13
wrap 20:18

**X**
x 1:3,15 84:1,6

**Y**
Yale 2:17 4:16
  84:4
yeah 6:6 7:3,20
  7:22 8:4,7,14
  8:25 9:3,9,11
  9:17,19 10:4,7
  10:11,17,23
  11:21 12:6
  13:12,14 14:7
  14:14,17,20
  17:4,12,14
  19:25 21:12,17
  21:22,22 23:4
  23:23 24:10,13
  24:18,23 25:18
  26:4 27:6
  30:25 31:5,9
  32:8,15 33:14
  33:20 34:11,21
  36:2,17 37:2,6
  37:14,17,19,22
  38:16,20,25

39:11 40:13
  41:3,8,11,16
  42:2,17 43:22
  44:2,4,13 45:5
  45:7,18,20,22
  45:24 46:2,21
  46:24 47:4,12
  48:9,14,17
  49:3,3,5 50:19
  51:11 52:8,17
  52:20 53:9,15
  53:18,20 54:5
  54:10,14,21
  55:2,4,21,25
  56:12 57:15,17
  57:23 58:5,7
  59:7 60:8
  61:16 62:3
  63:25 64:9,11
  64:13 65:5
  66:3 67:3,12
  68:2,2,4,10
  69:9,11 70:15
  70:24 71:2,4
  71:10,17,25
  72:24 73:16
  74:3 75:19,25
  76:4,18,22
  77:6,24,24
  78:3 80:16,20
  80:23 82:3,9
  83:4
year 11:6,14,18
  72:23 74:10,24
years 12:3
Yonkers 12:21
  32:5,6,11
  73:23
York 1:2,21,22
  1:24 2:7,7,15
  4:4 9:14 11:7,9
  11:16,17,25
  12:21 34:23
  35:2 37:5,8,16
  37:21 40:8
  47:2,3,7,8,11
  71:4,5

YS 1:11,12

**Z**
Zaimi 1:13 81:5
  81:7
Zee 47:9

**$**
$0.53 36:8 42:16
  60:7
$1 42:16
$3 60:11
$5 60:11
$51,786 74:11

**0**
055611-0002
  2:18
06511 4:13

**1**
1 17:16
1:05 83:19
10/23/89 12:12
10:50 1:22
100 1:21
10019 2:7
10038 1:22
1099 72:22 73:2
  73:5,8,19
  84:13,14,15
11-2764745 74:4
11797 2:15
12 1:8
12:00 21:19,19
  21:20,21
13 14:3 15:14
135 2:14
15 84:9
17 16:2,11 84:10
18 27:23

**2**
2 1:22
2nd 85:6,21
2:00 40:17,23,25
2:25 66:12
2:30 8:16,17,20

9:8 40:17
**20** 14:3 27:23
**200** 2:6 9:25
**2007** 12:17
  19:12 26:9,19
  26:21 70:11
  77:17 79:14
  81:18,21
**2007-2011** 84:19
**2007/2008** 26:16
**2008** 19:13
  26:20,21 77:19
  77:25 78:3
**2009** 78:4,8,19
**201** 2:14
**2010** 73:2,5,20
  74:6,10,24
  78:10 84:13,14
**2011** 19:13,14
  20:5,8 22:6,23
  23:18,19,22,25
  24:2,8,8,16
  25:14 26:9,16
  43:23 73:8
  75:18 76:20,25
  77:7 78:12
  79:15 80:18
  84:15
**2013** 1:22 14:3
  16:2,11 17:16
  27:23 29:6
  83:23 85:7,21
**21** 4:12 75:18
**215** 1:21
**25** 29:6
**28** 84:11

___
**3**

**3** 4:12
**3:00** 21:17,20,21
  33:11,13,15
  34:4 36:15,16
  40:16 47:23
  48:6,10,13
  49:3,4,7,10,18
  49:19 70:13,14
  72:5

**300** 9:25
**3236** 12:8
**33** 11:21

___
**4**

**4** 16:2 17:3 84:4
**4:00** 21:15,16,17
  44:11,12 48:19
  49:18,19
**400** 10:9,9
**41** 15:6,10 84:9
**42** 17:6,9 84:10
**4260** 65:20 66:4
**4261** 64:6
**4262** 64:10
**4263** 64:12,15
  65:7,10,20
  66:10
**43** 28:16,19 50:7
  56:22 84:11
**4339** 1:8
**44** 62:15,18,22
  63:22 64:17
  66:18 67:5
  84:12
**45** 73:3,13 75:10
  75:14 84:13
**46** 73:6 75:4,18
  84:14
**47** 73:9 76:8
  84:15

___
**5**

**5** 16:10 17:3
**57th** 2:6

___
**6**

**6:00** 33:12,13,16
  36:20,21 40:16
  40:17,23,25
  44:16 47:23
  48:10,14,19
  70:13,14
**6:30** 9:7,8
**62** 84:12

___
**7**

**7** 73:23

**7:13** 66:8
**711** 69:10,11
**713** 66:5
**73** 84:13,14,15
**79** 84:19,23

___
**8**

**8.50** 22:10
**8:00** 48:11,15,16
  49:14
**8:30** 8:16,22,24

___
**9**

**900** 2:6