UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FERNANDO HERNANDEZ, KENNETH CHOW,
BRYANT WHITE, DAVID WILLIAMS,
MARQUIS ACKLIN, CECILIA JACKSON,
TERESA JACKSON, MICHAEL LATTIMORE
and JUANY GUZMAN, Each Individually, And On Behalf Of
All Other Persons Similarly Situated,

                      *Plaintiffs*,

        -against-

THE FRESH DIET INC.,
LATE NIGHT EXPRESS COURIER SERVICES, INC. (FL),
FRESH DIET EXPRESS CORP. (NY),
THE FRESH DIET - NY INC. (NY),
FRESH DIET GRAB & GO, INC. (FL) a/k/a
YS CATERING HOLDINGS, INC. (FL) d/b/a
YS CATERING, INC. (FL),
FRESH DIET EXPRESS CORP. (FL),
SYED HUSSAIN, Individually,
JUDAH SCHLOSS, Individually,
and ZAIMI DUCHMAN, Individually

                      *Defendants*.
------------------------------------------------------------------------X

**DECLARATION OF WALKER G. HARMAN, JR.**

      WALKER G. HARMAN, JR., hereby declares pursuant to 28 U.S.C. § 1746, the following statements are true and correct:

      1.    I am an attorney duly licensed to practice law in the Southern District of New York.

      2.    I am the managing partner of The Harman Firm, PC, which is counsel to Plaintiffs in the above-captioned matter.

      3.    I submit this declaration in opposition to Defendants' Motion for Summary Judgment and in opposition to Defendants' Motion for Decertification of the Collective Action.

4. Attached hereto as *Exhibit A* is a true and correct copy of the relevant portion of Defendant Fresh Diet Inc.'s website.

5. Attached hereto as *Exhibit B* is a true and correct copy of Plaintiff Juan Correa's deposition.

6. Attached hereto as *Exhibit C* is a true and correct copy of Plaintiff Fernando Hernandez's deposition.

7. Attached hereto as *Exhibit D* is a true and correct copy of Plaintiff Juany Guzman's deposition.

8. Attached hereto as *Exhibit E* is a true and correct copy of Plaintiff Kenneth Chow's deposition.

9. Attached hereto as *Exhibit F* is a true and correct copy of Defendant Syed Hussain's deposition.

10. Attached hereto as *Exhibit G* is a true and correct copy of Defendant Judah Schloss's deposition.

11. Attached hereto as *Exhibit H* is a true and correct copy of Plaintiff Fernando Hernandez's agreement with Defendants.

12. Attached hereto as *Exhibit I* is a true and correct copy of Plaintiff Denny DeLarosa's deposition.

13. Attached hereto as *Exhibit J* is a true and correct copy of Plaintiff David A. Williams.

14. Attached hereto as *Exhibit K* is a true and correct copy of Plaintiff Marquis Acklin's deposition.

15. Attached hereto as *Exhibit L* is a true and correct copy of Plaintiff Teresa Jackson's deposition.

Dated: New York, New York
February 14, 2014

By:    s/   Walker G. Harman, Jr.
Walker G. Harman, Jr., Esq. [WH-8044]
THE HARMAN FIRM, P.C.
*Attorneys for Plaintiffs*
1776 Broadway, Suite 2030
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com

3