Member Login   |   Sign up   |   Call us at 1-866-FRESH-50        Join Us On

AMERICA'S #1 GOURMET MEAL DELIVERY

HOME    HOW IT WORKS    SAMPLE MENU    TESTIMONIALS    FAQ    GET STARTED



### What is Fresh Diet?



Fresh Diet is America's #1 Gourmet Meal Delivery service. It is the easiest way to have FRESH, nutritionally balanced, gourmet meals delivered to your door.

read more

### Success Stories



Deciding to take control and adopt a healthier lifestyle takes courage, determination and will power. The results are astonishing and our clients couldn't be happier.

read more

### IN THE NEWS



### STAY CONNECTED ›

Sign Up Today to receive Exclusive Special Offers and the Latest News on Fresh Diet!

First Name

Last Name

Email

Zip

SUBMIT

     

| Home | Privacy Policy | Affiliate Program |
| --- | --- | --- |
| About Us | Terms & Conditions | Corporate Wellness |
| How It Works | Cancellation/ Refund Policy | Ambassador Program |
| Sample Menu | Allergen Information | Partnerships |

### Testimonials

"It teaches you how to eat. It's not a diet, it's a way of life!"

— Peter Amato

|  Testimonials |  FAQs    |  Press       |
| Get Started   |  Sitemap |  Contact Us  |

©copyright 2013 Fresh Diet    |    All Right Reserved.

To find out which Fresh Diet Plans are available in your area, please
enter your zip code below.

GO Promo Code: ( Optional )