1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   ----------------------------------------x
    FERNANDO HERNANDEZ, KENNETH CHOW,
4   BRYANT WHITE, DAVID WILLIAMS, MARQUIS ACKLIN,
    CECILIA JACKSON, TERESA JACKSON,
5   MICHAEL LATTIMORE, and JUANY GUZMAN, Each
    Individually, And On Behalf Of All Other
6   Persons Similarly Situated,

7                           Plaintiffs,

8        -against-           Index No:
                             12 CV 4339 (ALC)(JLC)
9
    THE FRESH DIET, INC., LATE NIGHT EXPRESS
10  COURIER SERVICES, INC. (FL), FRESH DIET EXPRESS
    CORP. (NY), THE FRESH DIET - NY INC. (NY),
11  FRESH DIET GRAB & GO, INC. (FL) a/k/a
    YS CATERING HOLDINGS, INC. (FL) d/b/a
12  YS CATERING, INC. (FL), FRESH DIET EXPRESS
    CORP. (FL), SYED HUSSAIN, Individually,
13  JUDAH SCHLOSS, Individually, and ZAIMI DUCHMAN,
    Individually,
14                          Defendants.
    ----------------------------------------x
15          EXAMINATION BEFORE TRIAL of a Non-Party

16  Witness, JUAN CORREA, taken by the Defendant,

17  pursuant to Notice, held at the offices of

18  Kaufman, Dolowich, Voluck & Gonzo LLP, 100

19  William Street, Suite 215, New York, New York

20  10038, on September 20, 2013, at 2:26 p.m.,

21  before a Notary Public of the State of New

22  York.
    **********************************************
23          AMERICAN STENOGRAPHIC, LLC
             8900 Sutphin Boulevard, Suite 305
24               Jamaica, N.Y. 11435
                  Tel-718-291-6600
25                Fax-718-291-6603

[Page 2]

```
 1
 2   A P P E A R A N C E S:
 3   THE HARMAN FIRM, PC
         Attorney for Plaintiffs
 4       200 West 57th Street, Suite 900
         New York, New York 10019
 5
     BY:  PETER J. ANDREWS, ESQ.
 6
 7
 8   KAUFMAN, DOLOWICH, VOLUCK & GONZO LLP
         Attorneys for Defendants
 9       135 Crossways Park Dr., Suite 201
         Woodbury, New York 11797
10
     BY:  YALE POLLACK, ESQ.
11
         FILE #: 055611-0002
12
13
     ALSO PRESENT:
14
     STEVEN MALDONADO, Spanish Interpreter,
15   Languages R Us
16   FERNANDO HERNANDEZ, Plaintiff
17
18
19
20
21
22
23
24
25
```

[Page 3]

```
 1
 2          S T I P U L A T I O N S
 3          IT IS HEREBY STIPULATED AND AGREED by
 4   and between the attorneys for the respective
 5   parties herein, that filing, sealing and
 6   certification be and the same are hereby
 7   waived.
 8          IT IS FURTHER STIPULATED AND AGREED
 9   that all objections, except as to the form of
10   the question shall be reserved to the time of
11   the trial.
12          IT IS FURTHER STIPULATED AND AGREED
13   that the within deposition may be signed and
14   sworn to before any officer authorized to
15   administer an oath, with the same force and
16   effect as if signed and sworn to before the
17   Court.
18
19
20
21
22
23
24
25
```

[Page 4]

```
 1
 2          S T E V E N   M A L D O N A D O, called as the
 3   interpreter in this matter, was duly sworn by a
 4   Notary Public of the State of New York to
 5   accurately and faithfully translate the
 6   questions propounded to the witness from
 7   English into Spanish and the answers given by
 8   the witness from Spanish into English.
 9                    -oOo-
10          J U A N   C O R R E A, the witness herein,
11   having been first duly sworn by a Notary Public
12   of the State of New York, was examined and
13   testified through the interpreter as follows:
14   EXAMINATION BY
15   MR. POLLACK:
16   Q.   State your name for the record, please.
17   A.   Juan Correa.
18   Q.   State your address for the record,
19   please.
20   A.   231 Troutman Street, Apartment 3A,
21   Brooklyn, New York 11237.
22   Q.   Good afternoon, Mr. Correa.
23   A.   Good afternoon.
24   Q.   My name is Yale Pollack.  I represent
25   the defendants in this action.
```

[Page 5]

```
 1          J. Correa
 2   A.   Nice to meet you (English).
 3   Q.   Today I'm going to be asking you a
 4   series of questions concerning your claims in
 5   this action.
 6          If you don't understand any of the
 7   questions that I ask, please let me know, and I
 8   will rephrase the question.  Please let me
 9   finish my question before answering.  The
10   reporter can't take us both down while we're
11   both talking.
12   A.   Okay.
13   Q.   If you need to take a break, please let
14   me know.
15   A.   Okay.
16   Q.   If there's a question pending at that
17   time, please answer the question before
18   requesting the break.
19   A.   Okay.
20   Q.   Do you understand these instructions?
21   A.   Yes.
22   Q.   Are you under any medications today?
23   A.   No.
24   Q.   Are you under the influence of any drugs
25   or alcohol today?
```

J. Correa

1
2  A.   No.
3  Q.   Is there anything else that may impair
4  your ability to truthfully respond to the
5  questions I'm going to ask today?
6  A.   No.
7  Q.   Are you currently employed?
8  A.   No.
9  Q.   Where was the last place that you
10 worked?
11 A.   Fresh Diet.  At Fresh Diet.  Fresh Diet.
12 Q.   Was it Fresh Diet or Late Night?
13 A.   Fresh Diet.
14 Q.   Can you describe your educational
15 background?
16 A.   Yes.  I am automotive technician
17 professionally for auto diesel.
18 Q.   You said auto diesel?
19 A.   Automotive and gasoline and diesel.
20 Q.   Where did you get your training?
21 A.   Dominican Republic.
22 Q.   Do you have a degree?
23 A.   I graduated as a professional
24 technician.  I finished the studies.
25 Q.   When?

J. Correa

1
2  A.   In 2003.
3  Q.   Are you a United states citizen?
4  A.   No.
5  Q.   Do you have a work visa?
6  A.   Yes.  I have a resident visa.  I am a
7  resident.  How do you say?  Permanent,
8  permanent resident.
9  Q.   Permanent resident visa?
10 A.   Ten years.  Ten-year visa.
11 Q.   Are you married?
12 A.   Yes.
13 Q.   What's your wife's name?
14 A.   First name is Katiuska, K-A-T-I-U-S-K-A,
15 last name Cabral, C-A-B-R-A-L.
16 Q.   How long have you been married?
17 A.   Ten years.
18 Q.   Were you married in the Dominican
19 Republic?
20 A.   Yes.
21 Q.   Do you have any children?
22 A.   One.
23 Q.   Boy or a girl?
24 A.   Boy.
25 Q.   What's his name?

J. Correa

1
2         MR. ANDREWS:  Objection.
3  A.   My same name.
4  Q.   Junior?
5  A.   Yes.
6  Q.   How old is he?
7  A.   He was born February 5, 2012.
8  Q.   What's your date of birth?
9  A.   November 4, '83.
10 Q.   What's your wife's date of birth?
11 A.   April 11, '86.
12        MR. POLLACK:  Let's mark these
13 as 13 and 14.
14        (Whereupon, Complaint was marked
15 as Defendant's Exhibit 13, for
16 identification, as of this date.)
17        (Whereupon, EBT notice was
18 marked as Defendant's Exhibit 14, for
19 identification, as of this date.)
20 Q.   I'm now showing you a document that's
21 been marked for identification as Defendant's
22 Exhibit 13 (handing).
23        I'm going to ask, have you seen that
24 document before today?
25 A.   Yes.

J. Correa

1
2  Q.   When did you first see that document?
3         MR. ANDREWS:  Objection.
4         I just want to remind the
5  witness that the attorney client
6  privilege applies to any communications
7  he's had with attorneys or in the
8  presence of attorneys, and if any of the
9  questions asked require you to disclose
10 communications you had in the presence
11 of attorneys, you are not to answer
12 because the attorney client privilege
13 applies.
14        THE WITNESS:  Can you -- can you
15 repeat again?
16        MR. POLLACK:  I don't think that
17 that's necessary.
18        MR. ANDREWS:  Are you asking me
19 to repeat what I said, or are you asking
20 Mr. Pollack to repeat what he said?  Oh,
21 you want me to repeat what I said.
22 Okay.
23        You are protected by the
24 attorney client privilege.  If
25 Mr. Pollack asks you any questions that

[Page 10]

J. Correa

1
2  require you to answer by disclosing
3  conversations you have had with your
4  attorneys or in the presence of your
5  attorneys, you should not answer those
6  questions because the attorney client
7  privilege applies, and this applies to
8  any questions in this deposition.
9      However, if Mr. Pollack asks you
10  questions about events that took place
11  that did not involve communications with
12  your lawyers, then you should try to
13  answer to the best of your ability.
14      THE WITNESS:  Okay.
15  Q.   When did you first see that document?
16  A.   The exact date, I don't remember.
17  Q.   Approximately?
18  A.   Approximately since Fresh Diet received
19  this.
20  Q.   Do you know what year that was?
21  A.   2012.
22  Q.   You did not receive it from your
23  attorney?
24  A.   I don't remember because I had to send
25  it to the address at the house, and I changed

[Page 11]

J. Correa

1
2  my address, my home, two times.
3  Q.   Were you working at Fresh Diet when you
4  first saw that?
5  A.   Yes.
6  Q.   Are you still working at The Fresh Diet?
7      MR. ANDREWS:  Objection, asked
8      and answered.
9  A.   If I am working -- if I'm still working
10  Fresh Diet (English)?
11  Q.   Yes.
12  A.   No.
13  Q.   Now I'm going to show you what's been
14  marked as Defendant's Exhibit 14 (handing).
15      Have you seen that document before
16  today?
17      MR. ANDREWS:  I'd like to just
18      advise --
19      MR. POLLACK:  There's a question
20      pending.
21      MR. ANDREWS:  Yes.  I just want
22      to make sure the witness understands
23      that he should answer to his
24      recollection, yes, no, I don't remember.
25  A.   I don't remember.

[Page 12]

J. Correa

1
2      (Whereupon, Collective notice
3      was marked as Defendant's Exhibit 15,
4      for identification, as of this date.)
5  Q.   I'm now showing you what's been marked
6  for identification as Defendant's Exhibit 15
7  (handing).
8      Have you seen that document before
9  today?
10  A.   I don't remember.
11      (Whereupon, Consent by
12      Mr. Correa was marked as Defendant's
13      Exhibit 16, for identification, as of
14      this date.)
15  Q.   I'm now showing you what's been marked
16  for identification as Defendant's Exhibit 16
17  (handing).
18  A.   Okay.
19  Q.   I'm going to ask if you've ever seen
20  that document before today?
21  A.   Yes.
22  Q.   Is that your name on the document?
23  A.   I filled it out.
24  Q.   Do you remember when you filled it out?
25  A.   Not the exact date.

[Page 13]

J. Correa

1
2  Q.   Do you know what that document is?
3  A.   Yes.
4  Q.   What is your understanding of that
5  document?
6  A.   With this document, we are claiming our
7  rights, our rights that have been violated by
8  the Fresh Diet company.
9  Q.   What rights do you believe have been
10  violated by the Fresh Diet company?
11      MR. ANDREWS:  Objection.
12  Q.   You can answer.
13  A.   They violated -- the company has us like
14  contractors and violating the extra hours.
15  The -- our taxes, paying us like 1099.  Had us
16  working with our own vehicle so they wouldn't
17  have any responsibility over their work.  We
18  had to pay everything including our personal
19  medical insurance, which at the end, left
20  nothing else in our salaries to sustain
21  ourselves.
22  Q.   What did you do when you received the
23  document marked as Defendant's Exhibit 16?
24  A.   I met with Fernando, Juany Guzman, and
25  we gave it in to the attorney.

[4]  (Pages 10 to 13)

[Page 14]

J. Correa

1
2  Q.   What did you discuss with Fernando and
3  Juany Guzman when you met with them?
4  A.   I don't remember.
5  Q.   Are you aware of the company Late Night
6  Express?
7  A.   I became aware that -- of that company
8  when I received my first check and it did not
9  say Fresh Diet, but all my documents and
10 Syed Hussain offered me work for Fresh Diet.
11 Q.   What documents are you referring to?
12 A.   They only asked of me for my license on
13 record, which was very clean, and my residency
14 card and Social Security to be a driver of
15 Fresh Diet.
16 Q.   Who asked you for those documents?
17 A.   Syed Hussain.
18 Q.   You gave those documents to him?
19 A.   Yes.
20      MR. POLLACK:  I'm going to
21      request production of those documents.
22 Q.   What on those documents indicated The
23 Fresh Diet?
24      MR. ANDREWS:  Objection.
25 A.   When I was given the job, they gave me

[Page 15]

J. Correa

1
2  the card, driver card, that states that I work
3  for Fresh Diet (indicating).
4       MR. POLLACK:  Plaintiff's
5       indicating a card right now, and I'd
6       like to make a copy of that just to mark
7       it as evidence.
8       MR. ANDREWS:  During the break
9       we can have it photocopied.
10      Just leave it there.  We'll have
11      it photocopied.
12      THE WITNESS:  Okay.
13      MR. POLLACK:  I want to take the
14      break now to have that into evidence.
15      MR. ANDREWS:  That's fine.
16      (Whereupon, a recess was taken
17      at this time.)
18      (Whereupon, Mr. Correa's driver
19      identification card was marked as
20      Defendant's Exhibit 17, for
21      identification, as of this date.)
22 Q.   I'm now showing you what's been marked
23 for identification as Defendant's 17 (handing).
24      Is that a copy of the card that you just
25 showed to me?

[Page 16]

J. Correa

1
2  A.   Yes.  It looks a little burly, but
3  that's it.
4  Q.   Understood.
5  A.   They also gave me, despite this badge,
6  magnetic things that I had to put on my vehicle
7  that says "Fresh Diet" on both sides, both
8  doors, and the front of the vehicle, Fresh
9  Diet.
10 Q.   Those were magnetic decals you said?
11 A.   Yes (Spanish).  Something like that
12 (indicating)(English).  And you would put it
13 against the door.  It would stick (Spanish).
14      MR. ANDREWS:  Just as far as the
15      deposition, the witness has to
16      understand that he has to answer audibly
17      because the court reporter can only take
18      down what you say.  She cannot take down
19      gestures.
20 A.   Like this magnetic decal, three of them
21 that were given to us so that we would put it
22 in the front and on both sides.
23 Q.   They would come off easily?
24 A.   I stopped using them because they would
25 fall off because of the snow.

[Page 17]

J. Correa

1
2  Q.   Before you received the decals or the
3  card marked as Defendant's 17, did you receive
4  anything else saying that you were going to be
5  working for Fresh Diet?
6  A.   Yes.
7  Q.   What?
8  A.   All the bags of food had the Fresh Diet
9  logo just like the manifestations.
10 Q.   You said you received your paycheck from
11 Late Night, right?
12      MR. ANDREWS:  Objection.
13 A.   Yes.
14 Q.   Did you ever enter into a contract with
15 Late Night?
16      MR. ANDREWS:  Objection.
17 A.   I don't remember ever filling out a
18 contract with Late Night.
19      (Whereupon, Late Night Express
20      Courier Services documents were marked
21      as Defendant's Exhibit 18, for
22      identification, as of this date.)
23 Q.   I'm now showing you what's been marked
24 for identification as Defendant's Exhibit 18
25 (handing).

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

J. Correa

1
2     I'm going to ask, have you ever seen a
3  document like that before today?
4     A.    I don't remember.
5     Q.    You say that you performed work for
6  The Fresh Diet, correct?
7     A.    Yes.
8     Q.    Do you remember when you started
9  performing work for The Fresh Diet?
10    A.    Yes.
11    Q.    When?
12    A.    The 4th of January of 2011.
13    Q.    How did you learn of the position?
14    A.    Through a friend.
15    Q.    What was the name of the friend?
16    A.    Jojairo.  Jojairo.  I don't know how his
17 name is written.
18        THE INTERPRETER:  Phonetically,
19    J-O-J-A-I-R-O.
20    Q.    What did your friend tell you?
21    A.    That Fresh Diet was looking for drivers.
22    Q.    What did you do when you learned of that
23 information?
24    A.    I immediately went with him to the
25 company.

J. Correa

1
2     Q.    Do you know if he ever worked for
3  The Fresh Diet?
4     A.    Yes, he was working for Fresh Diet.
5     Q.    Where did you go?
6     A.    I went to -- I was at Seigel, on Seigel
7  Street.  Let me see if I remember the number
8  (Spanish).  I don't remember the number, but it
9  was on Seigel and Bushwick (English).  The old
10 company (Spanish).
11    Q.    What did you do when you arrived there?
12    A.    I went to the office.  I told Syed
13 that -- that I was in the company because of
14 the add for drivers.
15    Q.    What did Syed say?
16    A.    I need to see your license on record.
17 It has to be clean for you to be able to work
18 here.  Your residency and your Social Security.
19    Q.    You provided those documents?
20    A.    Yes.
21    Q.    That same night?
22    A.    Not that same night.  I had to go to
23 motor vehicle to go look for them.
24    Q.    Then you returned with them?
25    A.    Yes.

J. Correa

1
2     Q.    Did you fill out any paperwork the first
3  time you went there?
4     A.    I don't remember.
5     Q.    Do you remember filling out paperwork
6  when you returned?
7     A.    I had to -- I don't remember.
8     Q.    You started working on January 4, 2011,
9  correct?
10    A.    Let me check on my cell phone.
11        Can I check my calendar on my cell phone
12 to be sure?
13    Q.    Yes.
14    A.    Thank you.
15        Yes, 4.
16    Q.    What kind of calendar do you have on
17 your phone?
18    A.    The calendar that comes with the cell
19 phone (indicating).
20    Q.    What kind of phone is that?
21    A.    It's an HTC One.
22    Q.    Have you had that same phone since you
23 started work at Fresh Diet?
24    A.    Every time a new one comes out, I buy
25 it.

J. Correa

1
2     Q.    But you had the same calendar?
3     A.    The calendar is the same one in all the
4  phones.
5        I'm just checking because I know I
6  started on a Tuesday, and now it's confirming
7  that Tuesday was the 4th.
8     Q.    Does the calendar have that that was
9  your first day of work with The Fresh Diet?
10    A.    The calendar does not say it, but I know
11 it was because I went on a Monday, and I had to
12 return Tuesday with the documents.
13    Q.    Did you keep any schedule during the
14 time you worked with Fresh Diet?
15    A.    They required to give all the documents.
16    Q.    Can you repeat that?
17    A.    Fresh Diet required -- Syed required us
18 to give all the documents every time we finish
19 working.
20    Q.    Did that have a schedule?
21    A.    Syed would call us at different hours,
22 different schedules, that the food was ready or
23 they needed help.  They would call us to do the
24 job.
25    Q.    Did you ever text with Syed?

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

[Page 22]

J. Correa

1        J. Correa
2  A.   Yes, Syed would send us texts.
3  Q.   Did you keep those text messages?
4  A.   No, because I've also changed companies,
5  so it's erased.
6  Q.   When did you change companies?
7  A.   All the time.
8  Q.   When was the last time you changed
9  companies?
10  A.   Since this telephone came out.
11  Q.   Do you remember, approximately, when
12  that was?
13  A.   Maybe two months ago.
14  Q.   This year?
15  A.   Uh-huh.
16  Q.   What did you do with your prior phone?
17  A.   I sent it or give it as a gift.
18  Q.   You didn't keep it?
19  A.   No, because they no longer work. Every
20  time a new one comes out, the software is too
21  slow, so it's no good for me.
22  Q.   Do you have any text messages with Syed
23  still in your possession?
24  A.   I don't have anything here.
25  Q.   Did you ever give anything to your

[Page 23]

J. Correa

1        J. Correa
2  attorney?
3  A.   Something like what?
4  Q.   Like prior text messages from a
5  different phone.
6  A.   No.
7  Q.   Were you ever asked to keep that
8  information?
9  A.   I don't remember.
10  Q.   What did you do the first night that you
11  performed work with Fresh Diet?
12  A.   I went to the kitchen. No. First, I
13  went to the office. They gave me the list of
14  stops with addresses of the clients. Then I
15  went to the kitchen. I had to wait for them to
16  finish packing the bags, and then I took the
17  bags, I organized them in the vehicle the way
18  they were placed on the list, and I left to
19  make the deliveries.
20  Q.   Was that the same thing that happened
21  the entire time you worked with Fresh Diet?
22  A.   I wouldn't always get the same thing
23  because sometimes they would call us earlier
24  because they needed help with the packing, to
25  pack up the food, because they would always

[Page 24]

J. Correa

1        J. Correa
2  call everyone because a lot of the other
3  coworkers had empty bags, and they needed them.
4  Q.   Where were the bags the first night you
5  arrived at the facility?
6  A.   Where would they keep the bags?
7  Q.   Yes.
8  A.   They would prepare the bags in a cold
9  room, and while they would finish packing the
10  bags, they kept taking them out next to where
11  the vehicles were at, and then we would have to
12  organize it ourselves and put them in the
13  vehicle and -- and when they gave us the order
14  stating that we could leave, we would go.
15  Q.   You packed the bag into your car?
16  A.   Yes.
17        MR. ANDREWS: Objection.
18  Q.   The bag had the meal in it when you
19  arrived?
20        MR. ANDREWS: Objection.
21  A.   Not always. Sometimes we had to help
22  pack it up as well.
23  Q.   But other times, the bag was ready with
24  the meal inside?
25        MR. ANDREWS: Objection.

[Page 25]

J. Correa

1        J. Correa
2  A.   Yes.
3  Q.   Would you say most of the time that you
4  didn't have to do the packing?
5        MR. ANDREWS: Objection.
6  A.   I would say yes.
7  Q.   You used your own car to perform the
8  deliveries?
9  A.   Yes.
10  Q.   You have your own insurance for the car?
11  A.   Yes.
12  Q.   Who was your insurance with?
13  A.   GEICO.
14  Q.   What kind of car did you have?
15  A.   Honda CRV 2005.
16     That was my first vehicle. The
17  transmission got damaged, and I had to buy
18  another. I bought another one, a Honda CRV
19  2008 -- '98. I had to sell it because it had
20  way too many miles on it. I always bought a
21  Honda CRV because I would have to go to the
22  mountains, and I needed a four-by-four vehicle.
23     Then I had to sell that one also because
24  it had a lot of miles, and I got a Honda CRV
25  2008, but I was also giving it a lot of miles,

[Page 26]

J. Correa

1
2 and I had to then buy a 2003, but I had to sell
3 it immediately because I couldn't anymore with
4 the insurances.
5 Q. Which of the cars did you have when you
6 started in 2011?
7 A. The 2005.
8 Q. 2005 Honda CRV?
9 A. Yes.
10 Q. How long had you had that car before you
11 started in January of 2011?
12 A. I don't remember.
13 Q. More than a year?
14 A. I don't think so.
15 Q. You didn't buy the car in order to
16 perform work for The Fresh Diet, correct?
17     MR. ANDREWS: Objection.
18 Objection.
19 A. I had to buy the vehicles to be able to
20 work at Fresh Diet.
21 Q. You didn't know you were going to work
22 with The Fresh Diet when you bought the 2005
23 Honda CRV, correct?
24 A. Yes. That one, yes. That's why I
25 bought the '98.

[Page 27]

J. Correa

1
2 Q. You owned the car when you started work
3 in 2011, January 2011?
4 A. That was one of the requirements, having
5 a car.
6 Q. Did you own a car before that without --
7 A. A few months before.
8 Q. You didn't know you were going to be
9 working with The Fresh Diet a few months
10 before, correct?
11     MR. ANDREWS: Objection.
12 A. No.
13 Q. What did you do before you worked with
14 The Fresh Diet?
15 A. Porter (Spanish). Cleaning the garbage
16 for our building. Shoveling show, cleaning
17 the garbage, cleaning the building (English).
18 Q. Where was that?
19 A. Brooklyn.
20     Washington -- 475 Washington Avenue,
21 that's the name of the company.
22 Q. Where was the building located?
23 A. Exactly on 475 Washington Avenue.
24 Q. Is that a residential building?
25 A. Yes.

[Page 28]

J. Correa

1
2 Q. People live there?
3 A. Yes.
4     I feel like that question, the majority,
5 don't have to do the with the case.
6     MR. ANDREWS: It's okay. Just
7     listen to the questions.
8 Q. When you started working with
9 The Fresh Diet, how did you know where you were
10 going to be delivering meals?
11 A. How did I know where I had to bring the
12 meals?
13 Q. Correct.
14 A. Syed would give us a list with
15 addresses.
16 Q. Was this a route?
17 A. It wasn't always the same one. I would
18 do many -- Syed would give me two to three
19 routes. They were always different.
20 Q. What was one of the routes that you had?
21 A. New Jersey/Upstate New York.
22 Q. Would you go into New Jersey and
23 New York in the same night?
24 A. I would start at night at one day, and
25 then I would finish the morning, the following

[Page 29]

J. Correa

1
2 morning.
3 Q. Where in New Jersey would you deliver?
4 A. Bergen County and Upstate New York and
5 also Connecticut.
6 Q. Where in Upstate New York would you
7 deliver?
8 A. There were many places, many. I would
9 do close to fifty, sixty stops. A lot of
10 places, a lot.
11 Q. You would perform deliveries in
12 New Jersey and New York on the same night?
13     MR. ANDREWS: Objection.
14 A. On one night -- yeah. I would start at
15 night, and I had to finish before 5:00 in the
16 morning the following day.
17 Q. When would you arrive at the facility?
18 A. At which facility?
19 Q. At Seigel Street.
20 A. At the time that Syed would tell us to
21 be there. We had to be available all the time.
22 Q. Starting at what time did you have to be
23 available?
24     MR. ANDREWS: Objection.
25 A. It would vary. Whenever Syed would say.

[8] (Pages 26 to 29)

[Page 30]

J. Correa

1
2  **Q.**   What was the earliest you would ever
3  arrive?
4  **A.**   Like 3:00 in the afternoon.
5  **Q.**   What was the latest you would ever
6  arrive?
7  **A.**   That I would have to arrive?  That I
8  would have to be at the company?
9  **Q.**   Yes.
10 **A.**   I had to be there whatever time Syed
11 told me.
12 **Q.**   You said the earliest was 3:00 p.m.,
13 right?
14 **A.**   Uh-huh.
15 **Q.**   What would be the latest?
16 **A.**   I couldn't say.
17 **Q.**   Do you remember a day in particular that
18 you showed up at 3:00 p.m.?
19 **A.**   No.  It was way too many days.
20 **Q.**   You had two routes you said?
21         MR. ANDREWS:  Objection.
22 **A.**   I -- Syed had me for like personally
23 doing various routes.  All the time I was doing
24 various routes.
25 **Q.**   How would you know what route you were

[Page 31]

J. Correa

1
2  going to do that night?
3  **A.**   Syed would let me know.
4  **Q.**   Would he give you a piece of paper?
5  **A.**   Yes.
6  **Q.**   It always changed or --
7         MR. ANDREWS:  Objection.
8  **A.**   Yes.
9  **Q.**   Was there an order you were required to
10 deliver the meals?
11 **A.**   I had to package them so they wouldn't
12 open.  I had to put a box type on the bags, and
13 whatever mistake we would make, they would
14 discount $25.
15 **Q.**   What mistake are you talking about where
16 you were discounted $25?
17 **A.**   Like if I gave in a bag to a client
18 without a box type.
19 **Q.**   What's a box type?
20 **A.**   Like the thing that the police use.
21 They put it in the hands of the people because
22 it's plastic but smaller, like this
23 (indicating).
24 **Q.**   What did the box type indicate?
25 **A.**   That the bag was closed.

[Page 32]

J. Correa

1
2  **Q.**   Did you get to choose the manner in
3  which you delivered the meals?
4  **A.**   What do you mean?
5  **Q.**   Can you go to New Jersey and then
6  Upstate if you wanted to?
7         MR. ANDREWS:  Objection.
8  **A.**   You could do it however you -- but you
9  had to finish before 5:00 in the morning.
10 **Q.**   The only requirement that you had was to
11 deliver the meals in your car by 5:00 a.m. the
12 next morning?
13         MR. ANDREWS:  Objection.
14         Objection.
15 **A.**   No.
16     We had a list.  At the beginning, we
17 even had the names and the phone numbers of the
18 person.  We had to call the person to ask for
19 information, and we had to have keys because we
20 were going late at night and some clients did
21 not want to be bothered, but they would give us
22 keys to be able to open the homes and enter and
23 drop-off the bags where they wanted because
24 each client had -- each client would state
25 where and how they wanted their bags to be

[Page 33]

J. Correa

1
2  dropped off.
3  **Q.**   Were those instructions on the sheet, on
4  the route sheet, that you were given?
5  **A.**   Yes.
6  **Q.**   Did you ever speak with a customer?
7  **A.**   Yes, many times.
8  **Q.**   What would you speak about with a
9  customer?
10 **A.**   No, just when -- like first time, since
11 they were constantly changing and getting new
12 clients, in the really far areas, sometimes the
13 GPS don't understand the address and you have
14 to ask the client how to get there.  That's it.
15 **Q.**   You delivered these meals overnight,
16 correct?
17         MR. ANDREWS:  Objection.
18 **A.**   How was that?
19 **Q.**   You delivered the meals overnight?
20         MR. ANDREWS:  Objection.
21 **A.**   If you started early because it was way
22 too many stops, you don't know if you're going
23 to get to the house early or late.
24 **Q.**   When were all the meals ready to go out
25 of the facility at Seigel Street?

[9] (Pages 30 to 33)

[Page 34]

1               J. Correa
2        MR. ANDREWS:  Objection.
3   A.    Sometimes we even had to -- even at
4   10:00 at night.
5   **Q.**    Sometimes you'd leave at 10:00 at night
6   with all the meals?
7        MR. ANDREWS:  Objection.
8   A.    Yes, but we would have to be there
9   earlier working in the kitchen, working with
10   the rest of the workers to make sure the job
11   was done.
12   **Q.**    What were you required to do in the
13   kitchen?
14   A.    To help package.
15   **Q.**    After you left with the meals in your
16   car, you could deliver them in any order you
17   wanted, correct?
18        MR. ANDREWS:  Objection.
19   A.    Syed would give us each one, a list with
20   a number of each in order, in order, and we
21   would have to put the time down that you
22   arrived, the time you dropped it off at that
23   house, and how many empty bags you picked up.
24   He would give us the order.
25      If you wanted to do it different from

[Page 35]

1               J. Correa
2   that, it would be your problem if you got to
3   the house late.
4   **Q.**    You didn't check-in after each meal you
5   delivered?
6        MR. ANDREWS:  Objection.
7   A.    If I had checked in how?
8   **Q.**    Did you get in touch with the office
9   after you delivered each meal?
10        MR. ANDREWS:  Objection.
11   A.    No.
12   **Q.**    After you left --
13   A.    They gave us -- they wanted to implement
14   that, but it would be way too many workers
15   calling at the same time to say that they
16   dropped something off at a stop, so they
17   eliminated that.  You always had to put it down
18   on a paper.
19   **Q.**    After you left with the meals, you
20   weren't in touch with the office until you
21   returned to the facility at the end of your
22   route?
23        MR. ANDREWS:  Objection,
24   mischaracterizes his testimony.
25   A.    Yes.  Syed would be constantly calling

[Page 36]

1               J. Correa
2   us, and he would tell us -- I'm sorry.  I have
3   to pick this up.
4        MR. ANDREWS:  Should we just
5   take a break while he checks his
6   message?  Is there a question pending?
7        THE WITNESS:  It's okay.  I want
8   to continue (English).
9        MR. ANDREWS:  I'm sorry.  We can
10   continue.
11        MR. POLLACK:  Okay.
12   A.    Syed would call us to give us
13   information about the route, if something
14   happened with a client, if a client would
15   change the place, position, where he wanted the
16   bag to be dropped off.  Or if the client would
17   cancel the delivery that night, they would let
18   you know don't do that delivery.
19   **Q.**    Otherwise, you were free to deliver them
20   however you wanted?
21        MR. ANDREWS:  Objection.
22        MR. POLLACK:  What's the basis
23   for the objection?
24        MR. ANDREWS:  Mischaracterizes
25   his testimony.

[Page 37]

1               J. Correa
2        MR. POLLACK:  I'm asking a
3   question.
4        MR. ANDREWS:  He's testified to
5   that previously.
6        He can answer if he can.
7   **Q.**    You were free to deliver --
8   A.    No.  Everything had to be done the way
9   Syed said.
10   **Q.**    Syed would not know if you delivered to
11   Upstate and then New Jersey instead of New
12   Jersey then Upstate?
13   A.    He knew everything.  He had everything
14   in the computer, everything.
15   **Q.**    You didn't check-in overnight telling
16   him when you made each delivery?
17        MR. ANDREWS:  Objection.
18   A.    Everything was written down.  You had to
19   write everything down on the sheet because all
20   workers at the same time were not going to be
21   able to call in, so we had to write down
22   everything on the sheet.  Once we would finish,
23   we had to give it to Syed.
24      If it was 5:00 in the morning and there
25   were still some clients missing, you, one,

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

[Page 38]

J. Correa

1  J. Correa
2  would have to call Syed, give him the number of
3  the client, and explain to him why -- that
4  night why you did not have enough time to get
5  to that client by 5:00 in the morning.
6          MR. ANDREWS:  I just want to
7      remind the witness, as long as there's
8      no question pending, you can take a
9      break as long as you want to, as long as
10     there's no question pending.
11 Q.    Did you receive any training on how to
12 deliver the meals?
13 A.    No.
14 Q.    Yes or no, did Syed ever tell you to
15 deliver the meals in a certain order?
16 A.    Yes.
17 Q.    How?
18 A.    The paper would state it.  Just like
19 this is in order, that's how it had to be done
20 (indicating).  Syed would say look, I'm going
21 to give you the list ready, that is the best
22 manner for you to do the route.
23 Q.    Did you ever vary from the route on the
24 list?
25 A.    Only when you had to do more than one

[Page 39]

1  J. Correa
2  route.
3  Q.    Then you got to choose how you wanted to
4  deliver it?
5          MR. ANDREWS:  Objection.
6  A.    Syed would show us with the computer the
7  map for us to see how to start and where to
8  end.
9  Q.    Did you take any breaks during the
10 deliveries?
11 A.    No.  You couldn't take a break.
12 Q.    Did you ever eat?
13 A.    I would eat while I was driving.
14 Q.    Where would you get the food?
15 A.    I would stop at a 711.
16 Q.    You would stop during the route to get
17 food?
18 A.    Everyone had to stop to do pee pee.
19 Q.    Did you ever tell Syed that you're
20 taking a stop to go to the bathroom?
21 A.    He informed us that we could do it.
22 Q.    Did you ever take a break during the
23 deliveries because you were tired?
24 A.    No.
25 Q.    You were driving straight the whole

[Page 40]

1  J. Correa
2  entire night?
3  A.    I was getting in problems because I was
4  drinking too many Monsters and 5-hour ENERGY.
5  Q.    You were always done by 5:00 a.m. with
6  the deliveries, correct?
7          MR. ANDREWS:  Objection.
8  A.    No, not always.
9  Q.    Generally, you were expected to be done
10 with your deliveries by 5:00 a.m.?
11         MR. ANDREWS:  Objection.
12 A.    If you had more than one route and you
13 couldn't finish it, at that time, you would
14 have to inform him, everything to Syed,
15 everything that was happening.
16 Q.    What would you do when you were done
17 delivering the meals?
18 A.    I would go to the company to bring the
19 empty bags where I would have to go to
20 prepare the ice and put it in the freezer and
21 put the empty bags -- hang the empty bags so
22 that the one who cleans them has the ability to
23 grab them.
24 Q.    You always returned the bags at the end
25 of your routes?

[Page 41]

1  J. Correa
2  A.    Always.  Always.  Always.
3      Syed told me that I was the best driver
4  that he had, that I did everything the way he
5  asked.
6  Q.    Did other drivers not return the bags?
7          MR. ANDREWS:  Objection.
8  A.    Whatever they did not give in, Syed
9  would tell them if they could do it or not.
10 Q.    Did the facility change locations during
11 the time you were working with The Fresh Diet?
12 A.    Yes.
13 Q.    When?
14 A.    They changed -- it's all written when
15 they changed over to 588 Baltic, Baltic street,
16 11217.
17 Q.    Those were the only two facilities that
18 you would pickup meals from, correct?
19 A.    Yes.
20 Q.    Seigel Street and Baltic Street?
21 A.    (Witness nods head.)
22 Q.    I need a verbal answer.
23 A.    Yes.
24         MR. ANDREWS:  You can't shake
25     your head.  You have to say yes.

[Page 42]

J. Correa

1
2    A.   Yes. I'm sorry. Yes.
3    Q.   Did the hours change when it was moved
4    to Baltic?
5    A.   It continues the same. Syed would call
6    us, let us know. By phone, he would call us
7    and let us know.
8    Q.   Generally, when did you show up to the
9    facility to pickup the meals?
10         MR. ANDREWS: Objection.
11   A.   I can't say an exact time because it
12   would vary.
13   Q.   Did you always deliver on the same days
14   of the week?
15   A.   I always worked.
16   Q.   How many days a week?
17   A.   Seven days a week.
18   Q.   Fresh Diet was open seven days a week?
19         MR. ANDREWS: Objection.
20   A.   It would start Monday, finish Tuesday.
21   I would start Tuesday, finish Wednesday. I
22   would start Wednesday, finish Thursday. I
23   would start Friday, and I would finish
24   Saturday. I would start Sunday, I would finish
25   Monday. I was working all seven days, seven

[Page 43]

J. Correa

1
2    days.
3    Q.   Did you ever deliver on Saturday nights,
4    from Saturday into Sunday?
5    A.   No, not Saturday at night, but yes,
6    Saturday in the morning.
7    Q.   Your hours varied every day?
8         MR. ANDREWS: Objection.
9    A.   It always varied because Syed had me
10   doing double routes, triple routes.
11   Q.   What's a double route?
12   A.   More than one manifest.
13   Q.   You're supposed to finish a double route
14   in one night?
15   A.   Supposedly, yes.
16         He would prepare it with the computer so
17   I could finish, more or less, 5:00, 6:00, 7:00
18   in the morning, but I would finish. Sometimes
19   I would end up way too far, and I would get
20   back to the company like around 10:00. I would
21   work a lot of hours, a lot.
22   Q.   Do you understand that this lawsuit
23   concerns the hours that you worked?
24   A.   Yes.
25   Q.   I need an understanding of how many

[Page 44]

J. Correa

1
2    hours you claim you worked.
3         MR. ANDREWS: Objection.
4    Q.   Can you provide that?
5    A.   More than twelve hours every day.
6    Q.   Can you give me an example of when you
7    would work more than twelve hours?
8    A.   I always had to be like 3:00, 4:00, 5:00
9    in the afternoon, and I would leave the company
10   like at 8:00 in the morning, already having
11   finished with the ice and the bags.
12   Q.   You'd be there between 3:00 and
13   5:00 p.m. and return by 8:00 a.m.?
14         MR. ANDREWS: Objection.
15   A.   Sometimes.
16   Q.   Is it fair to say that sometimes you'd
17   show up later than 5:00 p.m.?
18   A.   Sometimes I would arrive later.
19         I would finish -- sometimes I would get
20   later than 8:00 in the morning to the company
21   because I would end up finishing really far,
22   and then I would run into the morning traffic,
23   and if you take two hours -- you could take two
24   hours in traffic and not arrive at the company.
25   Q.   Sometimes you would arrive at the

[Page 45]

J. Correa

1
2    facility later than 5:00 p.m., correct?
3         MR. ANDREWS: Objection.
4    A.   Syed only -- when Syed would tell us at
5    what time I had to arrive.
6    Q.   Would that ever be after 5:00 p.m.?
7    A.   Yes.
8    Q.   Would that ever be after 6:00 p.m.?
9    A.   Many times, I had to -- I had to be
10   there either way to help him -- to help the
11   rest of the workers to speed up the job.
12   Q.   Did you ever arrive after 6:00 p.m.?
13   A.   Yes. Yes.
14         I would have to communicate to Syed that
15   I was going to get there a little later.
16   Sometimes I have to do things, but I would do
17   it early enough so I wouldn't have to -- so I
18   wouldn't have to take the day, miss the day.
19   Q.   When during the day would you first
20   learn when to show up?
21   A.   Syed would send out a message.
22   Q.   What time?
23   A.   It would vary. It would vary.
24   Q.   Before 12:00 p.m.?
25         MR. ANDREWS: Objection.

[12] (Pages 42 to 45)

```
1              J. Correa
2    A.   Before 12:00? No.
3         Before 12:00 noon you mean?
4    Q.   Correct.
5    A.   No.
6    Q.   After noon?
7    A.   Yes.
8    Q.   After 1:00 p.m.?
9    A.   Yes.
10   Q.   After 2:00 p.m.?
11   A.   Yes.
12   Q.   After 3:00 p.m.?
13   A.   Yes.
14   Q.   How far did you live from the facility
15   at Seigel Street?
16   A.   I lived like two miles away. I lived.
17   Q.   How long would it take you to drive from
18   your home to Seigel Street?
19   A.   Not long.
20   Q.   Ten minutes?
21   A.   Something like that.
22   Q.   How far did you live from Baltic Street?
23   A.   Like half an hour or more depending on
24   the traffic.
25   Q.   How long after you received a call from
```

```
1              J. Correa
2    Syed would you have to leave to go to the
3    facility?
4    A.   I would have to be ready. After 3:00 in
5    the afternoon, I had to be ready.
6    Q.   Were you ever late?
7    A.   Always I was one of the firsts at the
8    company. It's always been that way. My whole
9    life, I've been that way.
10   Q.   Were you ever late ever?
11   A.   If I was getting there late, I would let
12   him know.
13   Q.   You were late at certain times?
14        MR. ANDREWS: Objection.
15   A.   I don't remember, but I think. I don't
16   remember.
17   Q.   If you were ever late, did anything
18   happen to you?
19   A.   Something? Can you repeat the question?
20   Q.   Were you ever disciplined if you showed
21   up late?
22   A.   If at some time? Can you repeat the
23   question again?
24   Q.   Were you ever disciplined if you showed
25   up late?
```

```
1              J. Correa
2    A.   They wouldn't discipline you if you let
3    them know with anticipation. You always had to
4    let them know with an anticipation.
5    Q.   You would still get the route for that
6    night?
7         MR. ANDREWS: Objection.
8    A.   If I said I was going to get there late,
9    they would let me, but if I was not going to be
10   able to arrive, they would give it to someone
11   else.
12   Q.   Did that ever happen?
13   A.   I think maybe one time when I was sick.
14   Q.   Did you ever refuse to do deliveries
15   because you were sick?
16        MR. ANDREWS: Objection.
17   A.   No.
18        Either way, I didn't have medical
19   insurance, so I couldn't go to the doctor.
20   Q.   Did you ever submit an expense report?
21   A.   To Fresh Diet?
22   Q.   Yes.
23   A.   Fresh Diet did not -- they would say we
24   had to pay our gas and everything.
25   Q.   You paid?
```

```
1              J. Correa
2         MR. ANDREWS: Objection.
3    A.   I always paid everything. I had nothing
4    leftover for myself.
5    Q.   You weren't reimbursed for gas?
6    A.   No.
7    Q.   For tolls?
8    A.   For the tolls, yes.
9    Q.   How would you be reimbursed for tolls?
10   A.   Through the E-ZPass.
11   Q.   Did you pay for your own maintenance of
12   your car during the time you worked?
13   A.   Yes.
14   Q.   Your own repairs?
15   A.   Yes.
16   Q.   You were paid for the work that you did,
17   correct?
18        MR. ANDREWS: Objection.
19   A.   They would pay fifty cents and a dollar
20   per stop. That wasn't really much. That
21   wasn't enough for anything.
22   Q.   How were you paid?
23   A.   Per miles and per stops.
24   Q.   Do you remember how much you were paid
25   per mile?
```

[Page 50]

J. Correa

1
2  A.   Fifty cents. Fifty cents.
3  Q.   Do you know how much you were paid per
4  stop?
5  A.   A dollar.
6  Q.   How did Late Night know how much to pay
7  you?
8       MR. ANDREWS:  Objection.
9  A.   Syed would give -- the manifest would
10 already say how many miles I would have to
11 drive, and Syed would present it. Syed was the
12 one who did it. I don't know. I just know
13 that I would get my check. Syed would do
14 everything.
15 Q.   Was the check the same every time you
16 got paid?
17 A.   Always varied.
18 Q.   Were you paid once a week?
19 A.   Yes.
20 Q.   What day of the week?
21 A.   Wednesdays.
22      First, when I started at Seigel, they
23 would give us the checks on Tuesday, but they
24 would tell us to cash them on Wednesday, and
25 then they started giving it to us on

[Page 51]

J. Correa

1
2  Wednesdays. At Seigel, they started giving
3  them to us.
4  Q.   The checks said Late Night on them?
5       MR. ANDREWS:  Objection.
6  A.   Yes.
7  Q.   Did you receive any other compensation
8  from Late Night or Fresh Diet?
9  A.   No.
10      As a matter of fact, I had many
11 accidents, and they never gave me anything for
12 -- to repair the car or anything.
13 Q.   You paid for your own repairs?
14 A.   Yes.
15 Q.   Did you ever give anyone else the bags
16 to deliver for you?
17 A.   No. You can't do that.
18 Q.   How do you know you can't do that?
19 A.   Because that person -- how are you going
20 to give the bags to someone who is not working
21 for the company?
22 Q.   Would Syed ever know if that happened?
23      MR. ANDREWS:  Objection.
24      Objection.
25 A.   I would imagine so.

[Page 52]

J. Correa

1
2  Q.   How?
3  A.   Because I had to constantly communicate
4  with him, and he was going to realize.
5  Q.   Did he ever tell you that you could not
6  give the bags to others to deliver?
7  A.   He was the one who did everything. He
8  told you what to do. If he said give five bags
9  to someone so they can do it, I would do what
10 he told me. I couldn't do anything I wanted
11 to. I had to do everything Syed said.
12 Q.   Did he ever tell you that you could not
13 give the bags to others to deliver?
14 A.   Yes.
15 Q.   When?
16 A.   I don't remember.
17 Q.   Do you remember specifically what he
18 said?
19 A.   No.
20      MR. ANDREWS:  It's 4:00 p.m.
21 Could we take a five-minute break since
22 there's no question pending? I need to
23 make a quick call to my office, and I
24 think it's a good time, a very short
25 break.

[Page 53]

J. Correa

1
2       MR. POLLACK:  That's fine.
3       (Whereupon, a recess was taken
4  at this time.)
5  Q.   When did you stop working with
6  Fresh Diet?
7  A.   My last day was the on 14th, March of
8  this year.
9  Q.   March 14, 2013?
10 A.   Yes.
11 Q.   What happened?
12 A.   The last day was a Thursday. That
13 Friday, I was waiting, as always, for Syed's
14 phone call, and Syed told me not to come to
15 work, and I asked him why. He told me to call
16 Caesar. I called Caesar, and Caesar told me
17 that they no longer needed my services.
18 Q.   Did you ask why?
19 A.   Yes. He told me you're an independent
20 contractor, and he no longer needed my
21 services.
22 Q.   Were you ever given a phone from
23 Late Night?
24      MR. ANDREWS:  Objection.
25 A.   Yes.

[Page 54]

J. Correa

1
2  **Q.**   For what reason?
3  **A.**   For the reason that Syed wanted each
4  person -- like a walkie-talkie.  It was a
5  walkie-talkie.  Every time you made a stop, to
6  press the button and state the stop you'd made,
7  but that project never worked, and the phones
8  were given back to the company.
9  **Q.**   How long did that happen?
10  **A.**   Like maybe a week.
11  **Q.**   Were you ever given anything else by
12  Fresh Diet or Late Night to perform the
13  deliveries except for the bags --
14      MR. ANDREWS:  Objection.
15  **Q.**   -- and the meals?
16  **A.**   The magnetic decals and the card, badge.
17  **Q.**   What was the card used for?
18  **A.**   So if the police stopped or you were
19  going enter into a residential area, you would
20  show that you were working for Fresh Diet.
21      I was stopped lots of times by the
22  police to investigate what I was doing so late
23  at night in those residential areas.
24  **Q.**   What did you do during the day when you
25  were going to be performing deliveries that

[Page 55]

J. Correa

1
2  night?
3  **A.**   What would I do during the day?
4  **Q.**   Yes.
5  **A.**   Get ready, to be ready, eat, bathe.  To
6  be ready so when Syed called me, to go over to
7  the company.
8  **Q.**   Did you ever sleep?
9  **A.**   Once I finished the job, I would go
10  straight to sleep.
11  **Q.**   Were you ever told that you couldn't
12  work for anyone else?
13  **A.**   I don't remember.  I think so because we
14  always had to be available for twenty-four
15  hours.  Yes.  Yes.  He told us we had to be
16  available.  We had to be available always, and
17  even if you wanted to, you couldn't do it
18  because if you arrived, you did not know what
19  time you had to get to the company.
20  **Q.**   I need to get back to the hours because
21  if this were to go further and to go to,
22  perhaps, a jury, you're going to have to state
23  the hours that you worked.
24      MR. ANDREWS:  Objection.
25      Can the counsel please ask a

[Page 56]

J. Correa

1
2  question?
3  **Q.**   Can you tell me how many hours per week
4  you worked performing deliveries for
5  The Fresh Diet?
6  **A.**   Can I calculate with my phone?
7  **Q.**   Yes.  Please just tell us what you're
8  calculating so she can take it down.
9  **A.**   I'm going to calculate the hours I would
10  work daily to give you the weekly result.
11  **Q.**   What numbers are you punching in?
12      MR. ANDREWS:  Just describe how
13      you're doing this verbally so she can
14      take it down.
15  **A.**   I'm looking for the calculator to
16  calculate the daily hours.
17      Around seventy-two hours.  I calculated
18  to the minimum of twelve, but many times, it
19  was more than that.
20  **Q.**   Why did you use twelve?
21  **A.**   Because it's more than that but to give
22  an average.
23  **Q.**   What is the earliest time in a day that
24  you would leave with bags in your car to
25  deliver meals?

[Page 57]

J. Correa

1
2  **A.**   I would get to the company about 3:00.
3  I would leave to make deliveries around 5:00 or
4  6:00.
5  **Q.**   Meals were ready at 5:00 or 6:00?
6      MR. ANDREWS:  Objection.
7  **A.**   No.
8      You asked what was one of the earliest
9  days, so I'm giving you the answer, one of the
10  earliest days.
11  **Q.**   What is the latest?
12  **A.**   I remember one day that we were called
13  to help the people in the kitchen because they
14  burned some food and everything had to be
15  cooked all over again, and we left at like
16  11:00 at night from the company.
17  **Q.**   When were meals ready to be delivered?
18      MR. ANDREWS:  Objection.
19  **A.**   It always varied.  With Fresh Diet,
20  everything varied.
21  **Q.**   Were they ever ready at 5:00 p.m.?
22  **A.**   Yes.
23  **Q.**   Did you ever leave to deliver meals at
24  5:00 p.m.?
25  **A.**   Yes.

J. Correa

1   J. Correa
2   **Q.**   6:00 p.m.?
3   A.   Yes.
4        I am saying it varied a lot.
5   **Q.**   It would be later?
6        They'd be ready later than 6:00 p.m.
7   sometimes?
8        MR. ANDREWS:  Objection.
9   **Q.**   Is that a fair statement?
10       MR. ANDREWS:  Objection.
11  A.   No.
12       The question you said was the earliest
13  day.  At Fresh Diet, it always varied.  You
14  can't give an exact number for Fresh Diet
15  because everything varied.  You can't ask for
16  that to be done.
17  **Q.**   To the best of your knowledge, were
18  meals ready to be delivered by 7:00 p.m. for
19  locations outside of New York City?
20       MR. ANDREWS:  Objection.
21  A.   At 7:00?  No.  Many times -- the
22  majority of the time, it was not ready by 7:00.
23  **Q.**   The majority of the time, when was it
24  ready by?
25  A.   It's that it would vary.  I can't give a

1   J. Correa
2   number.  It varied a lot, but we did have to
3   arrive to help.
4   **Q.**   You said the majority of the time it was
5   not ready by 7:00, correct?
6   A.   No, I did not say that.  I said that it
7   varied a lot.
8        MR. POLLACK:  The record will
9        say what it says.
10  **Q.**   You're aware that you were considered an
11  independent contractor?
12       MR. ANDREWS:  Objection.
13  A.   I did not know that they were going to
14  take me down, take me as an independent
15  contractor.
16  **Q.**   You were paid per stop and per mile,
17  correct?
18  A.   Yes.
19  **Q.**   The entire time you did work with the
20  Fresh Diet?
21  A.   Yes.
22  **Q.**   Were taxes ever withheld from your
23  compensation?
24  A.   No.
25       (Whereupon, 2011 1099 form was

1   J. Correa
2   marked as Defendant's Exhibit 19, for
3   identification, as of this date.)
4        (Whereupon, 2012 1099 form was
5   marked as Defendant's Exhibit 20, for
6   identification, as of this date.)
7   **Q.**   I'm going to show you what's been marked
8   for identification as Defendant's Exhibit 19
9   and ask if you've ever seen that document
10  before today (handing).
11  A.   Yes.
12  **Q.**   How did you receive that document?
13  A.   The -- Syed gave it to us.
14  **Q.**   Do you know what that document is?
15  A.   The document is for the taxes.
16  **Q.**   Is that your name on the document?
17  A.   Yes.
18  **Q.**   Is that your Social Security number?
19  A.   Yes.
20  **Q.**   Do you see on there where it says
21  "Non-Employee Compensation"?
22  A.   Yes.
23  **Q.**   Do you see underneath it says "52,000"?
24  A.   Yes.
25  **Q.**   Did you receive $52,000 from Late Night

1   J. Correa
2   in 2011?
3   A.   Yes.
4   **Q.**   Now I'm going to show you what's been
5   marked for identification as Defendant's
6   Exhibit 20 and ask the same question, if you've
7   seen that document before today (handing).
8   A.   Yes.
9   **Q.**   That's your name on the document?
10  A.   Yes.
11  **Q.**   And your Social Security number?
12  A.   Yes.
13  **Q.**   Did Syed give you this document?
14  A.   Yes.
15  **Q.**   Do you see that it says "$48,785.35" on
16  the non-employee compensation?
17       MR. ANDREWS:  Objection.
18  A.   Yes.
19  **Q.**   Did you receive $48,785.35 in 2012 from
20  Late Night?
21  A.   Yes.
22       MR. ANDREWS:  Objection.
23  **Q.**   Did you file tax returns with the
24  government?
25  A.   I went to declare them at H&R Block, and

[Page 62]

1              J. Correa
2  the people told me they wouldn't dare do it
3  because I was going to have problems because
4  the company says -- it says here that I'm a
5  contractor, I'm not an employee.
6  Q.   Which H&R Block did you go to?
7  A.   To a representative of H&R Block that's
8  nearby to us.
9  Q.   To your home address?
10  A.   In the area, yes.
11  Q.   Do you know the address of that
12  H&R Block?
13  A.   (Witness shakes head.)
14          MR. ANDREWS:  Say no.
15  A.   No.
16  Q.   Do you know the name of the person you
17  spoke with?
18  A.   No.
19  Q.   What did you do after you left H&R Block
20  with this document?
21  A.   I don't remember.
22  Q.   Did you file tax returns in 2011?
23  A.   Yes.
24  Q.   Did you file tax returns in 2012?
25  A.   No.

[Page 63]

1              J. Correa
2          MR. POLLACK:  I'm going to
3      request the production of the tax
4      returns filed in 2011.
5  Q.   In 2011, did you file quarterly or at
6  the end of the year?
7  A.   At the end of the year.
8  Q.   Did you file jointly or on your own?
9  A.   I think I did it jointly.  I don't
10  remember too well.
11  Q.   Do you remember if you declared $52,000
12  as income on a tax return?
13          MR. ANDREWS:  Objection.
14  A.   I don't remember.
15  Q.   Do you remember if you deducted any
16  expenses on your tax return?
17  A.   I don't remember.
18  Q.   Do you know if you have access to those
19  tax returns?
20  A.   No.
21  Q.   What did you do with them?
22  A.   With the 2011 taxes?
23  Q.   Yes.
24  A.   I went to a tax representative with my
25  wife, but I don't remember anything else.

[Page 64]

1              J. Correa
2  Q.   Did you ever receive any benefits from
3  Late Night when you were performing work for
4  it?
5          MR. ANDREWS:  Objection.
6  A.   No.
7  Q.   Never received health insurance?
8  A.   No.
9  Q.   Taxes were never deducted from your
10  compensation?
11          THE INTERPRETER:  I'm sorry.
12      Can you read that back?
13          (Whereupon, the record was read
14      by the reporter.)
15  A.   No.
16  Q.   Have you provided any documents to your
17  attorney regarding your claims in this action?
18  A.   I don't remember.
19  Q.   Did you ever keep a record of the
20  deliveries you made for Late Night?
21  A.   Syed required us to return the paper.
22  Q.   You never kept a record?
23  A.   No.
24  Q.   Did you ever keep a record of the hours
25  you worked for Late Night?

[Page 65]

1              J. Correa
2          MR. ANDREWS:  Objection.
3  A.   Syed had everything written down.
4  Q.   Did you ever keep a record of the hours
5  you worked for Late Night?
6  A.   Syed has it in his computer.
7  Q.   Did you ever keep a record?
8  A.   No.
9  Q.   Do you know the name Judah Schloss?
10          MR. ANDREWS:  I think it's
11      sometimes Judah.
12  A.   Yes.
13  Q.   How do you know Mr. Schloss?
14  A.   I always maintain myself.  I try not to
15  meet people in the company.  I just interacted
16  with Syed, and I did my job.
17  Q.   Do you know the name Zaimi Duchman?
18  A.   Duchman?
19  Q.   Sure.
20  A.   Yes, I've heard the name.
21  Q.   Do you know what his relationship is to
22  The Fresh Diet?
23  A.   Attorney.  No.  I don't remember.
24          MR. POLLACK:  Can we just take a
25      five-minute break?  I think I may be

[Page 66]

```
 1                    J. Correa
 2    done.
 3              MR. ANDREWS:  Okay.
 4              (Whereupon, a recess was taken
 5    at this time.)
 6              MR. POLLACK:  I have no further
 7    questions.
 8              MR. ANDREWS:  I don't have any
 9    further questions.
10              MR. POLLACK:  I'm just going to
11    reserve the right to keep it open
12    pending production of the documents
13    requested.
14    Q.    Also, to the extent that you have any other
15    documents that may be relevant to this action, I'm
16    going ask that you produce those as well.
17    A.    Okay.
18              MR. ANDREWS:  That's fine.
19              (Time Noted:  4:39 p.m.)
20
                    _____
21
                    JUAN CORREA
22
      Subscribed and sworn to before me
23
      this ___ day of _____, 2013.
24
                    _____
25    Notary Public
```

[Page 67]

```
 1
 2              I N D E X
 3    WITNESS       EXAMINATION BY     PAGE
 4    Juan Correa      Yale Pollack        4
 5
 6
 7              E X H I B I T S
 8    DEFENDANT'S     DESCRIPTION     PAGE
 9    13     Complaint            8
10    14     EBT Notice           8
11    15     Collective Notice       12
12    16     Consent by Mr. Correa       12
13    17     Mr. Correa's driver      15
14           identification card
15    18     Late Night Express Courier     17
16           Services documents
17    19     2011 1099 form        60
18    20     2012 1099 form        60
19           REQUESTS FOR PRODUCTION
20    DESCRIPTION              PAGE
21    Driver's license, residency card,      14
22    and Social Security card
23    Tax returns filed in 2011       63
24    Any relevant documents to this action    66
25
```

[Page 68]

```
 1
 2              C E R T I F I C A T E
 3
 4         I, MELISSA KAHANE, hereby certify that
 5    the Examination Before Trial of JUAN CORREA was
 6    held before me on the 20th day of September,
 7    2013; that said witness was duly sworn before
 8    the commencement of his testimony; that the
 9    testimony was taken stenographically by myself
10    and then transcribed by myself; that the party
11    was represented by counsel as appears herein;
12         That the within transcript is a true
13    record of the Examination Before Trial of said
14    witness;
15         That I am not connected by blood or
16    marriage with any of the parties; that I am not
17    interested directly or indirectly in the
18    outcome of this matter; that I am not in the
19    employ of any of the counsel.
20              IN WITNESS WHEREOF, I have hereunto set
21    my hand this 20th day of September, 2013.
22
23
24                    _____
25                    MELISSA KAHANE
```

[Page 69]

```
 1
 2              ERRATA SHEET
 3    PAGE/LINE          CORRECTION
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**A**

**ability** 6:4 10:13
  40:22
**able** 19:17 26:19
  32:22 37:21
  48:10
**access** 63:18
**accidents** 51:11
**accurately** 4:5
**ACKLIN** 1:4
**action** 4:25 5:5
  64:17 66:15
  67:24
**add** 19:14
**address** 4:18
  10:25 11:2
  33:13 62:9,11
**addresses** 23:14
  28:15
**administer** 3:15
**advise** 11:18
**afternoon** 4:22
  4:23 30:4 44:9
  47:5
**ago** 22:13
**AGREED** 3:3,8
  3:12
**ALC** 1:8
**alcohol** 5:25
**AMERICAN**
  1:23
**ANDREWS** 2:5
  8:2 9:3,18 11:7
  11:17,21 13:11
  14:24 15:8,15
  16:14 17:12,16
  24:17,20,25
  25:5 26:17
  27:11 28:6
  29:13,24 30:21
  31:7 32:7,13
  33:17,20 34:2
  34:7,18 35:6
  35:10,23 36:4
  36:9,21,24
  37:4,17 38:6
  39:5 40:7,11

41:7,24 42:10
42:19 43:8
44:3,14 45:3
45:25 47:14
48:7,16 49:2
49:18 50:8
51:5,23 52:20
53:24 54:14
55:24 56:12
57:6,18 58:8
58:10,20 59:12
61:17,22 62:14
63:13 64:5
65:2,10 66:3,8
66:18
**answer** 5:17
  9:11 10:2,5,13
  11:23 13:12
  16:16 37:6
  41:22 57:9
**answered** 11:8
**answering** 5:9
**answers** 4:7
**anticipation**
  48:3,4
**anymore** 26:3
**Apartment** 4:20
**appears** 68:11
**applies** 9:6,13
  10:7,7
**approximately**
  10:17,18 22:11
**April** 8:11
**area** 54:19 62:10
**areas** 33:12
  54:23
**arrive** 29:17
  30:3,6,7 44:18
  44:24,25 45:5
  45:12 48:10
  59:3
**arrived** 19:11
  24:5,19 34:22
  55:18
**asked** 9:9 11:7
  14:12,16 23:7
  41:5 53:15

57:8
**asking** 5:3 9:18
  9:19 37:2
**asks** 9:25 10:9
**attorney** 2:3 9:5
  9:12,24 10:6
  10:23 13:25
  23:2 64:17
  65:23
**attorneys** 2:8 3:4
  9:7,8,11 10:4,5
**audibly** 16:16
**authorized** 3:14
**auto** 6:17,18
**automotive** 6:16
  6:19
**available** 29:21
  29:23 55:14,16
  55:16
**Avenue** 27:20,23
**average** 56:22
**aware** 14:5,7
  59:10
**a.m** 32:11 40:5
  40:10 44:13
**a/k/a** 1:11

**B**

**B** 67:7
**back** 43:20 54:8
  55:20 64:12
**background**
  6:15
**badge** 16:5
  54:16
**bag** 24:15,18,23
  31:17,25 36:16
**bags** 17:8 23:16
  23:17 24:3,4,6
  24:8,10 31:12
  32:23,25 34:23
  40:19,21,24
  41:6 44:11
  51:15,20 52:6
  52:8,13 54:13
  56:24
**Baltic** 41:15,15

**41:20** 42:4
  46:22
**basis** 36:22
**bathe** 55:5
**bathroom** 39:20
**beginning** 32:16
**Behalf** 1:5
**believe** 13:9
**benefits** 64:2
**Bergen** 29:4
**best** 10:13 38:21
  41:3 58:17
**birth** 8:8,10
**Block** 61:25 62:6
  62:7,12,19
**blood** 68:15
**born** 8:7
**bothered** 32:21
**bought** 25:18,20
  26:22,25
**Boulevard** 1:23
**box** 31:12,18,19
  31:24
**Boy** 7:23,24
**break** 5:13,18
  15:8,14 36:5
  38:9 39:11,22
  52:21,25 65:25
**breaks** 39:9
**bring** 28:11
  40:18
**Brooklyn** 4:21
  27:19
**BRYANT** 1:4
**building** 27:16
  27:17,22,24
**burly** 16:2
**burned** 57:14
**Bushwick** 19:9
**button** 54:6
**buy** 20:24 25:17
  26:2,15,19

**C**

**C** 2:2 4:10 68:2
  68:2
**Cabral** 7:15

**Caesar** 53:16,16
  53:16
**calculate** 56:6,9
  56:16
**calculated** 56:17
**calculating** 56:8
**calculator** 56:15
**calendar** 20:11
  20:16,18 21:2
  21:3,8,10
**call** 21:21,23
  23:23 24:2
  32:18 36:12
  37:21 38:2
  42:5,6 46:25
  52:23 53:14,15
**called** 4:2 53:16
  55:6 57:12
**calling** 35:15,25
**cancel** 36:17
**car** 24:15 25:7
  25:10,14 26:10
  26:15 27:2,5,6
  32:11 34:16
  49:12 51:12
  56:24
**card** 14:14 15:2
  15:2,5,19,24
  17:3 54:16,17
  67:14,21,22
**cars** 26:5
**case** 28:5
**cash** 50:24
**CATERING**
  1:11,12
**CECILIA** 1:4
**cell** 20:10,11,18
**cents** 49:19 50:2
  50:2
**certain** 38:15
  47:13
**certification** 3:6
**certify** 68:4
**change** 22:6
  36:15 41:10
  42:3
**changed** 10:25

changing 33:11
check 14:8 20:10
  20:11 50:13,15
checked 35:7
checking 21:5
checks 36:5
  50:23 51:4
check-in 35:4
  37:15
children 7:21
choose 32:2 39:3
CHOW 1:3
citizen 7:3
City 58:19
claim 44:2
claiming 13:6
claims 5:4 64:17
clean 14:13
  19:17
cleaning 27:15
  27:16,17
cleans 40:22
client 9:5,12,24
  10:6 31:17
  32:24,24 33:14
  36:14,14,16
  38:3,5
clients 23:14
  32:20 33:12
  37:25
close 29:9
closed 31:25
cold 24:8
Collective 12:2
  67:11
come 16:23
  53:14
comes 20:18,24
  22:20
commencement
  68:8
communicate
  45:14 52:3
communications
  9:6,10 10:11

22:4,8 31:6
41:14,15

companies 22:4
  22:6,9
company 13:8
  13:10,13 14:5
  14:7 18:25
  19:10,13 27:21
  30:8 40:18
  43:20 44:9,20
  44:24 47:8
  51:21 54:8
  55:7,19 57:2
  57:16 62:4
  65:15
compensation
  51:7 59:23
  60:21 61:16
  64:10
Complaint 8:14
  67:9
computer 37:14
  39:6 43:16
  65:6
concerning 5:4
concerns 43:23
confirming 21:6
connected 68:15
Connecticut
  29:5
Consent 12:11
  67:12
considered
  59:10
constantly 33:11
  35:25 52:3
continue 36:8,10
continues 42:5
contract 17:14
  17:18
contractor 53:20
  59:11,15 62:5
contractors
  13:14
conversations
  10:3
cooked 57:15
copy 15:6,24
CORP 1:10,12

Correa 1:16
  4:17,22 5:1 6:1
  7:1 8:1 9:1
  10:1 11:1 12:1
  12:12 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1,21
  67:4,12 68:5
Correa's 15:18
  67:13
correct 18:6
  20:9 26:16,23
  27:10 28:13
  33:16 34:17
  40:6 41:18
  45:2 46:4
  49:17 59:5,17
CORRECTION
  69:3
counsel 55:25
  68:11,19
County 29:4
Courier 1:10
  17:20 67:15
court 1:1 3:17
  16:17
coworkers 24:3
Crossways 2:9
CRV 25:15,18
  25:21,24 26:8
  26:23

currently 6:7
customer 33:6,9
CV 1:8
C-A-B-R-A-L
  7:15

—————
**D**
D 4:2,2 67:2
daily 56:10,16
damaged 25:17
dare 62:2
date 8:8,10,16
  8:19 10:16
  12:4,14,25
  15:21 17:22
  60:3,6
DAVID 1:4
day 21:9 28:24
  29:16 30:17
  43:7 44:5
  45:18,18,19
  50:20 53:7,12
  54:24 55:3
  56:23 57:12
  58:13 66:23
  68:6,21
days 30:19 42:13
  42:16,17,18,25
  43:2 57:9,10
decal 16:20
decals 16:10
  17:2 54:16
declare 61:25
declared 63:11
deducted 63:15
  64:9
Defendant 1:16
defendants 1:14
  2:8 4:25
Defendant's
  8:15,18,21
  11:14 12:3,6
  12:12,16 13:23
  15:20,23 17:3
  17:21,24 60:2
  60:5,8 61:5
  67:8

degree 6:22
deliver 29:3,7
  31:10 32:11
  34:16 36:19
  37:7 38:12,15
  39:4 42:13
  43:3 51:16
  52:6,13 56:25
  57:23
delivered 32:3
  33:15,19 35:5
  35:9 37:10
  57:17 58:18
deliveries 23:19
  25:8 29:11
  39:10,23 40:6
  40:10 48:14
  54:13,25 56:4
  57:3 64:20
delivering 28:10
  40:17
delivery 36:17
  36:18 37:16
depending 46:23
deposition 3:13
  10:8 16:15
describe 6:14
  56:12
DESCRIPTION
  67:8,20
despite 16:5
diesel 6:17,18,19
Diet 1:9,10,10,11
  1:12 6:11,11
  6:11,12,13
  10:18 11:3,6
  13:8,10
  14:9,10,15,23
  15:3 16:7,9
  17:5,8 18:6,9
  18:21 19:3,4
  20:23 21:9,14
  21:17 23:11,21
  26:16,20,22
  27:9,14 28:9
  41:11 42:18
  48:21,23 51:8

53:6 54:12,20
56:5 57:19
58:13,14 59:20
65:22
**different** 21:21
21:22 23:5
28:19 34:25
**directly** 68:17
**discipline** 48:2
**disciplined**
47:20,24
**disclose** 9:17
**disclosing** 10:2
**discount** 31:14
**discounted**
31:16
**discuss** 14:2
**DISTRICT** 1:1
1:2
**doctor** 48:19
**document** 8:20
8:24 9:2 10:15
11:15 12:8,20
12:22 13:2,5,6
13:23 18:3
60:9,12,14,15
60:16 61:7,9
61:13 62:20
**documents** 14:9
14:11,16,18,21
14:22 17:20
19:19 21:12,15
21:18 64:16
66:12,15 67:16
67:24
**doing** 30:23,23
43:10 54:22
56:13
**dollar** 49:19
50:5
**Dolowich** 1:18
2:8
**Dominican** 6:21
7:18
**door** 16:13
**doors** 16:8
**double** 43:10,11

43:13
**Dr** 2:9
**drinking** 40:4
**drive** 46:17
50:11
**driver** 14:14
15:2,18 41:3
67:13
**drivers** 18:21
19:14 41:6
**Driver's** 67:21
**driving** 39:13,25
**dropped** 33:2
34:22 35:16
36:16
**drop-off** 32:23
**drugs** 5:24
**Duchman** 1:13
65:17,18
**duly** 4:3,11 68:7
**d/b/a** 1:11

――――――
**E**
**E** 2:2,2 4:2,2,10
67:2,7 68:2,2
**earlier** 23:23
34:9
**earliest** 30:2,12
56:23 57:8,10
58:12
**early** 33:21,23
45:17
**easily** 16:23
**eat** 39:12,13
55:5
**EBT** 8:17 67:10
**educational** 6:14
**effect** 3:16
**either** 45:10
48:18
**eliminated** 35:17
**employ** 68:19
**employed** 6:7
**employee** 62:5
**empty** 24:3
34:23 40:19,21
40:21

**ENERGY** 40:4
**English** 4:7,8 5:2
11:10 16:12
19:9 27:17
36:8
**enter** 17:14
32:22 54:19
**entire** 23:21 40:2
59:19
**erased** 22:5
**ERRATA** 69:2
**ESQ** 2:5,10
**events** 10:10
**evidence** 15:7,14
**exact** 10:16
12:25 42:11
58:14
**Exactly** 27:23
**Examination**
1:15 4:14 67:3
68:5,13
**examined** 4:12
**example** 44:6
**Exhibit** 8:15,18
8:22 11:14
12:3,6,13,16
13:23 15:20
17:21,24 60:2
60:5,8 61:6
**expected** 40:9
**expense** 48:20
**expenses** 63:16
**explain** 38:3
**Express** 1:9,10
1:12 14:6
17:19 67:15
**extent** 66:14
**extra** 13:14
**E-ZPass** 49:10

――――――
**F**
**F** 68:2
**facilities** 41:17
**facility** 24:5
29:17,18 33:25
35:21 41:10
42:9 45:2

46:14 47:3
**fact** 51:10
**fair** 44:16 58:9
**faithfully** 4:5
**fall** 16:25
**far** 16:14 33:12
43:19 44:21
46:14,22
**Fax-718-291-6...**
1:25
**February** 8:7
**feel** 28:4
**Fernando** 1:3
2:16 13:24
14:2
**fifty** 29:9 49:19
50:2,2
**file** 2:11 61:23
62:22,24 63:5
63:8
**filed** 63:4 67:23
**filing** 3:5
**fill** 20:2
**filled** 12:23,24
**filling** 17:17
20:5
**fine** 15:15 53:2
66:18
**finish** 5:9 21:18
23:16 24:9
28:25 29:15
32:9 37:22
40:13 42:20,21
42:22,23,24
43:13,17,18
44:19
**finished** 6:24
44:11 55:9
**finishing** 44:21
**FIRM** 2:3
**first** 4:11 7:14
9:2 10:15 11:4
14:8 20:2 21:9
23:10,12 24:4
25:16 33:10
45:19 50:22
**firsts** 47:7

**five** 52:8
**five-minute**
52:21 65:25
**FL** 1:10,11,11,12
1:12
**following** 28:25
29:16
**follows** 4:13
**food** 17:8 21:22
23:25 39:14,17
57:14
**force** 3:15
**form** 3:9 59:25
60:4 67:17,18
**four-by-four**
25:22
**free** 36:19 37:7
**freezer** 40:20
**Fresh** 1:9,10,10
1:11,12 6:11
6:11,11,12,13
10:18 11:3,6
11:10 13:8,10
14:9,10,15,23
15:3 16:7,8
17:5,8 18:6,9
18:21 19:3,4
20:23 21:9,14
21:17 23:11,21
26:16,20,22
27:9,14 28:9
41:11 42:18
48:21,23 51:8
53:6 54:12,20
56:5 57:19
58:13,14 59:20
65:22
**Friday** 42:23
53:13
**friend** 18:14,15
18:20
**front** 16:8,22
**further** 3:8,12
55:21 66:6,9

――――――
**G**
**garbage** 27:15

27:17
**gas** 48:24 49:5
**gasoline** 6:19
**GEICO** 25:13
**Generally** 40:9
42:8
**gestures** 16:19
**getting** 33:11
40:3 47:11
**gift** 22:17
**girl** 7:23
**give** 21:15,18
22:17,25 28:14
28:18 31:4
32:21 34:19,24
36:12 37:23
38:2,21 41:8
44:6 48:10
50:9,23 51:15
51:20 52:6,8
52:13 56:10,21
58:14,25 61:13
**given** 4:7 14:25
16:21 33:4
53:22 54:8,11
**giving** 25:25
50:25 51:2
57:9
**go** 1:11 19:5,22
19:23 24:14
25:21 28:22
32:5 33:24
39:20 40:18,19
47:2 48:19
55:6,9,21,21
62:6
**going** 5:3 6:5
8:23 11:13
12:19 14:20
17:4 18:2
26:21 27:8
28:10 31:2
32:20 33:22
37:20 38:20
45:15 48:8,9
51:19 52:4
54:19,25 55:22

56:9 59:13
60:7 61:4 62:3
63:2 66:10,16
**Gonzo** 1:18 2:8
**good** 4:22,23
22:21 52:24
**government**
61:24
**GPS** 33:13
**grab** 1:11 40:23
**graduated** 6:23
**Guzman** 1:5
13:24 14:3

———— **H** ————

**H** 67:7
**half** 46:23
**hand** 68:21
**handing** 8:22
11:14 12:7,17
15:23 17:25
60:10 61:7
**hands** 31:21
**hang** 40:21
**happen** 47:18
48:12 54:9
**happened** 23:20
36:14 51:22
53:11
**happening** 40:15
**HARMAN** 2:3
**head** 41:21,25
62:13
**health** 64:7
**heard** 65:20
**held** 1:17 68:6
**help** 21:23 23:24
24:21 34:14
45:10,10 57:13
59:3
**hereunto** 68:20
**HERNANDEZ**
1:3 2:16
**HOLDINGS**
1:11
**home** 11:2 46:18
62:9

**homes** 32:22
**Honda** 25:15,18
25:21,24 26:8
26:23
**hour** 46:23
**hours** 13:14
21:21 42:3
43:7,21,23
44:2,5,7,23,24
55:15,20,23
56:3,9,16,17
64:24 65:4
**house** 10:25
33:23 34:23
35:3
**HTC** 20:21
**Hussain** 1:12
14:10,17
**H&R** 61:25 62:6
62:7,12,19

———— **I** ————

**ice** 40:20 44:11
**identification**
8:16,19,21
12:4,6,13,16
15:19,21,23
17:22,24 60:3
60:6,8 61:5
67:14
**imagine** 51:25
**immediately**
18:24 26:3
**impair** 6:3
**implement**
35:13
**including** 13:18
**income** 63:12
**independent**
53:19 59:11,14
**Index** 1:8
**indicate** 31:24
**indicated** 14:22
**indicating** 15:3
15:5 16:12
20:19 31:23
38:20

**indirectly** 68:17
**Individually** 1:5
1:12,13,13
**influence** 5:24
**inform** 40:14
**information**
18:23 23:8
32:19 36:13
**informed** 39:21
**inside** 24:24
**instructions**
5:20 33:3
**insurance** 13:19
25:10,12 48:19
64:7
**insurances** 26:4
**interacted** 65:15
**interested** 68:17
**interpreter** 2:14
4:3,13 18:18
64:11
**investigate**
54:22
**involve** 10:11

———— **J** ————

**J** 2:5 4:10 5:1
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1

**JACKSON** 1:4,4
**Jamaica** 1:24
**January** 18:12
20:8 26:11
27:3
**Jersey** 28:22
29:3,12 32:5
37:11,12
**Jersey/Upstate**
28:21
**JLC** 1:8
**job** 14:25 21:24
34:10 45:11
55:9 65:16
**jointly** 63:8,9
**Jojairo** 18:16,16
**Juan** 1:16 4:17
66:21 67:4
68:5
**Juany** 1:5 13:24
14:3
**Judah** 1:13 65:9
65:11
**Junior** 8:4
**jury** 55:22
**J-O-J-A-I-R-O**
18:19

———— **K** ————

**KAHANE** 68:4
68:25
**Katiuska** 7:14
**Kaufman** 1:18
2:8
**keep** 21:13 22:3
22:18 23:7
24:6 64:19,24
65:4,7 66:11
**KENNETH** 1:3
**kept** 24:10 64:22
**keys** 32:19,22
**kind** 20:16,20
25:14
**kitchen** 23:12,15
34:9,13 57:13
**knew** 37:13
**know** 5:7,14

10:20 13:2
18:16 19:2
21:5,10 26:21
27:8 28:9,11
30:25 31:3
33:22 36:18
37:10 42:6,7
47:12 48:3,4
50:3,6,12,12
51:18,22 55:18
59:13 60:14
62:11,16 63:18
65:9,13,17,21
**knowledge**
58:17
**K-A-T-I-U-S-...**
7:14

**L**

**L** 3:2 4:2
**Languages** 2:15
**late** 1:9 6:12
14:5 17:11,15
17:18,19 32:20
33:23 35:3
47:6,10,11,13
47:17,21,25
48:8 50:6 51:4
51:8 53:23
54:12,22 60:25
61:20 64:3,20
64:25 65:5
67:15
**latest** 30:5,15
57:11
**LATTIMORE**
1:5
**lawsuit** 43:22
**lawyers** 10:12
**learn** 18:13
45:20
**learned** 18:22
**leave** 15:10
24:14 34:5
44:9 47:2
56:24 57:3,23
**left** 13:19 23:18

34:15 35:12,19
57:15 62:19
**leftover** 49:4
**Let's** 8:12
**license** 14:12
19:16 67:21
**life** 47:9
**list** 23:13,18
28:14 32:16
34:19 38:21,24
**listen** 28:7
**little** 16:2 45:15
**live** 28:2 46:14
46:22
**lived** 46:16,16
**LLC** 1:23
**LLP** 1:18 2:8
**located** 27:22
**locations** 41:10
58:19
**logo** 17:9
**long** 7:16 26:10
38:7,9,9 46:17
46:19,25 54:9
**longer** 22:19
53:17,20
**look** 19:23 38:20
**looking** 18:21
56:15
**looks** 16:2
**lot** 24:2 25:24,25
29:9,10 43:21
43:21 58:4
59:2,7
**lots** 54:21

**M**

**M** 4:2
**magnetic** 16:6
16:10,20 54:16
**maintain** 65:14
**maintenance**
49:11
**majority** 28:4
58:22,23 59:4
**MALDONADO**
2:14

**manifest** 43:12
50:9
**manifestations**
17:9
**manner** 32:2
38:22
**map** 39:7
**March** 53:7,9
**mark** 8:12 15:6
**marked** 8:14,18
8:21 11:14
12:3,5,12,15
13:23 15:19,22
17:3,20,23
60:2,5,7 61:5
**MARQUIS** 1:4
**marriage** 68:16
**married** 7:11,16
7:18
**matter** 4:3 51:10
68:18
**meal** 24:18,24
35:4,9
**meals** 28:10,12
31:10 32:3,11
33:15,19,24
34:6,15 35:19
38:12,15 40:17
41:18 42:9
54:15 56:25
57:5,17,23
58:18
**mean** 32:4 46:3
**medical** 13:19
48:18
**medications**
5:22
**meet** 5:2 65:15
**MELISSA** 68:4
68:25
**message** 36:6
45:21
**messages** 22:3
22:22 23:4
**met** 13:24 14:3
**MICHAEL** 1:5
**mile** 49:25 59:16

**miles** 25:20,24
25:25 46:16
49:23 50:10
**minimum** 56:18
**minutes** 46:20
**mischaracteri...**
35:24 36:24
**missing** 37:25
**mistake** 31:13
31:15
**Monday** 21:11
42:20,25
**Monsters** 40:4
**months** 22:13
27:7,9
**morning** 28:25
29:2,16 32:9
32:12 37:24
38:5 43:6,18
44:10,20,22
**motor** 19:23
**mountains** 25:22
**moved** 42:3

**N**

**N** 2:2 3:2 4:2,2
4:10 67:2
**name** 4:16,24
7:13,14,15,25
8:3 12:22
18:15,17 27:21
60:16 61:9
62:16 65:9,17
65:20
**names** 32:17
**nearby** 62:8
**necessary** 9:17
**need** 5:13 19:16
41:22 43:25
52:22 55:20
**needed** 21:23
23:24 24:3
25:22 53:17,20
**never** 51:11 54:7
64:7,9,22
**new** 1:2,19,19,21
2:4,4,9 4:4,12

4:21 20:24
22:20 28:21,21
28:22,23 29:3
29:4,6,12,12
32:5 33:11
37:11,11 58:19
**Nice** 5:2
**night** 1:9 6:12
14:5 17:11,15
17:18,19 19:21
19:22 23:10
24:4 28:23,24
29:12,14,15
31:2 32:20
34:4,5 36:17
38:4 40:2 43:5
43:14 48:6
50:6 51:4,8
53:23 54:12,23
55:2 57:16
60:25 61:20
64:3,20,25
65:5 67:15
**nights** 43:3
**nods** 41:21
**non-employee**
60:21 61:16
**Non-Party** 1:15
**noon** 46:3,6
**Notary** 1:21 4:4
4:11 66:25
**Noted** 66:19
**notice** 1:17 8:17
12:2 67:10,11
**November** 8:9
**number** 19:7,8
34:20 38:2
58:14 59:2
60:18 61:11
**numbers** 32:17
56:11
**NY** 1:10,10,10
**N.Y** 1:24

**O**

**O** 3:2 4:2,2,10
**oath** 3:15

**objection** 8:2 9:3
  11:7 13:11
  14:24 17:12,16
  24:17,20,25
  25:5 26:17,18
  27:11 29:13,24
  30:21 31:7
  32:7,13,14
  33:17,20 34:2
  34:7,18 35:6
  35:10,23 36:21
  36:23 37:17
  39:5 40:7,11
  41:7 42:10,19
  43:8 44:3,14
  45:3,25 47:14
  48:7,16 49:2
  49:18 50:8
  51:5,23,24
  53:24 54:14
  55:24 57:6,18
  58:8,10,20
  59:12 61:17,22
  63:13 64:5
  65:2
**objections** 3:9
**offered** 14:10
**office** 19:12
  23:13 35:8,20
  52:23
**officer** 3:14
**offices** 1:17
**Oh** 9:20
**okay** 5:12,15,19
  9:22 10:14
  12:18 15:12
  28:6 36:7,11
  66:3,17
**old** 8:6 19:9
**once** 37:22 50:18
  55:9
**oOo** 4:9
**open** 31:12
  32:22 42:18
  66:11
**order** 24:13
  26:15 31:9

34:16,20,20,24
  38:15,19
**organize** 24:12
**organized** 23:17
**outcome** 68:18
**outside** 58:19
**overnight** 33:15
  33:19 37:15
**owned** 27:2

―――――――

**P**

**P** 2:2,2 3:2
**pack** 23:25
  24:22
**package** 31:11
  34:14
**packed** 24:15
**packing** 23:16
  23:24 24:9
  25:4
**PAGE** 67:3,8,20
**PAGE/LINE**
  69:3
**paid** 48:25 49:3
  49:16,22,24
  50:3,16,18
  51:13 59:16
**paper** 31:4
  35:18 38:18
  64:21
**paperwork** 20:2
  20:5
**Park** 2:9
**particular** 30:17
**parties** 3:5 68:16
**party** 68:10
**pay** 13:18 48:24
  49:11,19 50:6
**paycheck** 17:10
**paying** 13:15
**PC** 2:3
**pee** 39:18,18
**pending** 5:16
  11:20 36:6
  38:8,10 52:22
  66:12
**people** 28:2

31:21 57:13
  62:2 65:15
**perform** 25:7
  26:16 29:11
  54:12
**performed** 18:5
  23:11
**performing** 18:9
  54:25 56:4
  64:3
**permanent** 7:7,8
  7:9
**person** 32:18,18
  51:19 54:4
  62:16
**personal** 13:18
**personally** 30:22
**Persons** 1:6
**PETER** 2:5
**phone** 20:10,11
  20:17,19,20,22
  22:16 23:5
  32:17 42:6
  53:14,22 56:6
**phones** 21:4
  54:7
**Phonetically**
  18:18
**photocopied**
  15:9,11
**pick** 36:3
**picked** 34:23
**pickup** 41:18
  42:9
**piece** 31:4
**place** 6:9 10:10
  36:15
**placed** 23:18
**places** 29:8,10
**Plaintiff** 2:16
**Plaintiffs** 1:7 2:3
**Plaintiff's** 15:4
**plastic** 31:22
**please** 4:16,19
  5:7,8,13,17
  55:25 56:7
**police** 31:20

54:18,22
**Pollack** 2:10
  4:15,24 8:12
  9:16,20,25
  10:9 11:19
  14:20 15:4,13
  36:11,22 37:2
  53:2 59:8 63:2
  65:24 66:6,10
  67:4
**Porter** 27:15
**position** 18:13
  36:15
**possession** 22:23
**prepare** 24:8
  40:20 43:16
**presence** 9:8,10
  10:4
**present** 2:13
  50:11
**press** 54:6
**previously** 37:5
**prior** 22:16 23:4
**privilege** 9:6,12
  9:24 10:7
**problem** 35:2
**problems** 40:3
  62:3
**produce** 66:16
**production**
  14:21 63:3
  66:12 67:19
**professional**
  6:23
**professionally**
  6:17
**project** 54:7
**propounded** 4:6
**protected** 9:23
**provide** 44:4
**provided** 19:19
  64:16
**Public** 1:21 4:4
  4:11 66:25
**punching** 56:11
**pursuant** 1:17
**put** 16:6,12,21

24:12 31:12,21
  34:21 35:17
  40:20,21
**p.m** 1:20 30:12
  30:18 44:13,17
  45:2,6,8,12,24
  46:8,10,12
  52:20 57:21,24
  58:2,6,18
  66:19

―――――――

**Q**

**quarterly** 63:5
**question** 3:10
  5:8,9,16,17
  11:19 28:4
  36:6 37:3 38:8
  38:10 47:19,23
  52:22 56:2
  58:12 61:6
**questions** 4:6
  5:4,7 6:5 9:9
  9:25 10:6,8,10
  28:7 66:7,9
**quick** 52:23

―――――――

**R**

**R** 2:2,15 4:10,10
  68:2
**read** 64:12,13
**ready** 21:22
  24:23 33:24
  38:21 47:4,5
  55:5,5,6 57:5
  57:17,21 58:6
  58:18,22,24
  59:5
**realize** 52:4
**really** 33:12
  44:21 49:20
**reason** 54:2,3
**receive** 10:22
  17:3 38:11
  51:7 60:12,25
  61:19 64:2
**received** 10:18
  13:22 14:8

17:2,10 46:25
64:7
**recess** 15:16
53:3 66:4
**recollection**
11:24
**record** 4:16,18
14:13 19:16
59:8 64:13,19
64:22,24 65:4
65:7 68:13
**referring** 14:11
**refuse** 48:14
**regarding** 64:17
**reimbursed** 49:5
49:9
**relationship**
65:21
**relevant** 66:15
67:24
**remember** 10:16
10:24 11:24,25
12:10,24 14:4
17:17 18:4,8
19:7,8 20:4,5,7
22:11 23:9
26:12 30:17
47:15,16 49:24
52:16,17 55:13
57:12 62:21
63:10,11,14,15
63:17,25 64:18
65:23
**remind** 9:4 38:7
**repair** 51:12
**repairs** 49:14
51:13
**repeat** 9:15,19
9:20,21 21:16
47:19,22
**rephrase** 5:8
**report** 48:20
**reporter** 5:10
16:17 64:14
**represent** 4:24
**representative**
62:7 63:24

**represented**
68:11
**Republic** 6:21
7:19
**request** 14:21
63:3
**requested** 66:13
**requesting** 5:18
**REQUESTS**
67:19
**require** 9:9 10:2
**required** 21:15
21:17,17 31:9
34:12 64:21
**requirement**
32:10
**requirements**
27:4
**reserve** 66:11
**reserved** 3:10
**residency** 14:13
19:18 67:21
**resident** 7:6,7,8
7:9
**residential** 27:24
54:19,23
**respective** 3:4
**respond** 6:4
**responsibility**
13:17
**rest** 34:10 45:11
**result** 56:10
**return** 21:12
41:6 44:13
63:12,16 64:21
**returned** 19:24
20:6 35:21
40:24
**returns** 61:23
62:22,24 63:4
63:19 67:23
**right** 15:5 17:11
30:13 66:11
**rights** 13:7,7,9
**room** 24:9
**route** 28:16
30:25 33:4

35:22 36:13
38:22,23 39:2
39:16 40:12
43:11,13 48:5
**routes** 28:19,20
30:20,23,24
40:25 43:10,10
**run** 44:22

___

**S**

**S** 2:2 3:2,2 4:2
67:7
**salaries** 13:20
**Saturday** 42:24
43:3,4,5,6
**saw** 11:4
**saying** 17:4 58:4
**says** 16:7 59:9
60:20,23 61:15
62:4,4
**schedule** 21:13
21:20
**schedules** 21:22
**Schloss** 1:13
65:9,13
**sealing** 3:5
**Security** 14:14
19:18 60:18
61:11 67:22
**see** 9:2 10:15
19:7,16 39:7
60:20,23 61:15
**seen** 8:23 11:15
12:8,19 18:2
60:9 61:7
**Seigel** 19:6,6,9
29:19 33:25
41:20 46:15,18
50:22 51:2
**sell** 25:19,23
26:2
**send** 10:24 22:2
45:21
**sent** 22:17
**September** 1:20
68:6,21
**series** 5:4

**services** 1:10
17:20 53:17,21
67:16
**set** 68:20
**seven** 42:17,18
42:25,25
**seventy-two**
56:17
**shake** 41:24
**shakes** 62:13
**sheet** 33:3,4
37:19,22 69:2
**short** 52:24
**Shoveling** 27:16
**show** 11:13
27:16 39:6
42:8 44:17
45:20 54:20
60:7 61:4
**showed** 15:25
30:18 47:20,24
**showing** 8:20
12:5,15 15:22
17:23
**sick** 48:13,15
**sides** 16:7,22
**signed** 3:13,16
**Similarly** 1:6
**Situated** 1:6
**sixty** 29:9
**sleep** 55:8,10
**slow** 22:21
**smaller** 31:22
**snow** 16:25
**Social** 14:14
19:18 60:18
61:11 67:22
**software** 22:20
**sorry** 36:2,9
42:2 64:11
**SOUTHERN**
1:2
**Spanish** 2:14 4:7
4:8 16:11,13
19:8,10 27:15
**speak** 33:6,8
**specifically**

52:17
**speed** 45:11
**spoke** 62:17
**start** 28:24 29:14
39:7 42:20,21
42:22,23,24
**started** 18:8 20:8
20:23 21:6
26:6,11 27:2
28:8 33:21
50:22,25 51:2
**Starting** 29:22
**state** 1:21 4:4,12
4:16,18 32:24
38:18 54:6
55:22
**statement** 58:9
**states** 1:1 7:3
15:2
**stating** 24:14
**STENOGRAP...**
1:23
**stenographica...**
68:9
**STEVEN** 2:14
**stick** 16:13
**STIPULATED**
3:3,8,12
**stop** 35:16 39:15
39:16,18,20
49:20 50:4
53:5 54:5,6
59:16
**stopped** 16:24
54:18,21
**stops** 23:14 29:9
33:22 49:23
**straight** 39:25
55:10
**street** 1:19 2:4
4:20 19:7
29:19 33:25
41:15,20,20
46:15,18,22
**studies** 6:24
**submit** 48:20
**Subscribed**

66:22
**Suite** 1:19,23 2:4
  2:9
**Sunday** 42:24
  43:4
**supposed** 43:13
**Supposedly**
  43:15
**sure** 11:22 20:12
  34:10 65:19
**sustain** 13:20
**Sutphin** 1:23
**sworn** 3:14,16
  4:3,11 66:22
  68:7
**Syed** 1:12 14:10
  14:17 19:12,15
  21:17,21,25
  22:2,22 28:14
  28:18 29:20,25
  30:10,22 31:3
  34:19 35:25
  36:12 37:9,10
  37:23 38:2,14
  38:20 39:6,19
  40:14 41:3,8
  42:5 43:9 45:4
  45:4,14,21
  47:2 50:9,11
  50:11,13 51:22
  52:11 53:14
  54:3 55:6
  60:13 61:13
  64:21 65:3,6
  65:16
**Syed's** 53:13

——————————
        **T**
——————————
**T** 3:2,2 4:2 67:7
  68:2,2
**take** 5:10,13
  15:13 16:17,18
  36:5 38:8 39:9
  39:11,22 44:23
  44:23 45:18
  46:17 52:21
  56:8,14 59:14

59:14 65:24
**taken** 1:16 15:16
  53:3 66:4 68:9
**talking** 5:11
  31:15
**tax** 61:23 62:22
  62:24 63:3,12
  63:16,19,24
  67:23
**taxes** 13:15
  59:22 60:15
  63:22 64:9
**technician** 6:16
  6:24
**telephone** 22:10
**tell** 18:20 29:20
  36:2 38:14
  39:19 41:9
  45:4 50:24
  52:5,12 56:3,7
**telling** 37:15
**Tel-718-291-6...**
  1:24
**Ten** 7:10,17
  46:20
**Ten-year** 7:10
**TERESA** 1:4
**testified** 4:13
  37:4
**testimony** 35:24
  36:25 68:8,9
**text** 21:25 22:3
  22:22 23:4
**texts** 22:2
**Thank** 20:14
**They'd** 58:6
**thing** 23:20,22
  31:20
**things** 16:6
  45:16
**think** 9:16 26:14
  47:15 48:13
  52:24 55:13
  63:9 65:10,25
**three** 16:20
  28:18
**Thursday** 42:22

53:12
**time** 3:10 5:17
  15:17 20:3,24
  21:14,18 22:7
  22:8,20 23:21
  25:3 29:20,21
  29:22 30:10,23
  33:10 34:21,22
  35:15 37:20
  38:4 40:13
  41:11 42:11
  45:5,22 47:22
  48:13 49:12
  50:15 52:24
  53:4 54:5
  55:19 56:23
  58:22,23 59:4
  59:19 66:5,19
**times** 11:2 24:23
  33:7 45:9
  47:13 54:21
  56:18 58:21
**tired** 39:23
**today** 5:3,22,25
  6:5 8:24 11:16
  12:9,20 18:3
  60:10 61:7
**told** 19:12 30:11
  41:3 52:8,10
  53:14,15,16,19
  55:11,15 62:2
**tolls** 49:7,8,9
**touch** 35:8,20
**traffic** 44:22,24
  46:24
**training** 6:20
  38:11
**transcribed**
  68:10
**transcript** 68:12
**translate** 4:5
**transmission**
  25:17
**trial** 1:15 3:11
  68:5,13
**triple** 43:10
**Troutman** 4:20

**true** 68:12
**truthfully** 6:4
**try** 10:12 65:14
**Tuesday** 21:6,7
  21:12 42:20,21
  50:23
**twelve** 44:5,7
  56:18,20
**twenty-four**
  55:14
**two** 11:2 22:13
  28:18 30:20
  41:17 44:23,23
  46:16
**type** 31:12,18,19
  31:24

——————————
        **U**
——————————
**U** 3:2 4:10
**Uh-huh** 22:15
  30:14
**underneath**
  60:23
**understand** 5:6
  5:20 16:16
  33:13 43:22
**understanding**
  13:4 43:25
**understands**
  11:22
**Understood** 16:4
**United** 1:1 7:3
**Upstate** 29:4,6
  32:6 37:11,12
**use** 31:20 56:20

——————————
        **V**
——————————
**V** 4:2
**varied** 43:7,9
  50:17 57:19,20
  58:4,13,15
  59:2,7
**various** 30:23,24
**vary** 29:25 38:23
  42:12 45:23,23
  58:25
**vehicle** 13:16

16:6,8 19:23
  23:17 24:13
  25:16,22
**vehicles** 24:11
  26:19
**verbal** 41:22
**verbally** 56:13
**violated** 13:7,10
  13:13
**violating** 13:14
**visa** 7:5,6,9,10
**Voluck** 1:18 2:8

——————————
        **W**
——————————
**wait** 23:15
**waiting** 53:13
**waived** 3:7
**walkie-talkie**
  54:4,5
**want** 9:4,21
  11:21 15:13
  32:21 36:7
  38:6,9
**wanted** 32:6,23
  32:25 34:17,25
  35:13 36:15,20
  39:3 52:10
  54:3 55:17
**Washington**
  27:20,20,23
**wasn't** 28:17
  49:20,21
**way** 23:17 25:20
  30:19 33:21
  35:14 37:8
  41:4 43:19
  45:10 47:8,9
  48:18
**Wednesday**
  42:21,22 50:24
**Wednesdays**
  50:21 51:2
**week** 42:14,16
  42:17,18 50:18
  50:20 54:10
  56:3
**weekly** 56:10

19:12 20:3
21:11 23:12,13
23:15 61:25
63:24
**weren't** 35:20
49:5
**West** 2:4
**We'll** 15:10
**we're** 5:10
**WHEREOF**
68:20
**WHITE** 1:4
**wife** 63:25
**wife's** 7:13 8:10
**William** 1:19
**WILLIAMS** 1:4
**withheld** 59:22
**witness** 1:16 4:6
4:8,10 9:5,14
10:14 11:22
15:12 16:15
36:7 38:7
41:21 62:13
67:3 68:7,14
68:20
**Woodbury** 2:9
**work** 7:5 13:17
14:10 15:2
18:5,9 19:17
20:23 21:9
22:19 23:11
26:16,20,21
27:2 43:21
44:7 49:16
53:15 55:12
56:10 59:19
64:3
**worked** 6:10
19:2 21:14
23:21 27:13
42:15 43:23
44:2 49:12
54:7 55:23
56:4 64:25
65:5
**workers** 34:10
35:14 37:20

45:11
**working** 11:3,6
11:9,9 13:16
17:5 19:4 20:8
21:19 27:9
28:8 34:9,9
41:11 42:25
51:20 53:5
54:20
**wouldn't** 13:16
23:22 31:11
45:17,18 48:2
62:2
**write** 37:19,21
**written** 18:17
37:18 41:14
65:3

**X**

**x** 1:3,14 67:2,7

**Y**

**Yale** 2:10 4:24
67:4
**yeah** 29:14
**year** 10:20 22:14
26:13 53:8
63:6,7
**years** 7:10,17
**York** 1:2,19,19
1:22 2:4,4,9
4:4,12,21
28:21,23 29:4
29:6,12 58:19
**YS** 1:11,12

**Z**

**Zaimi** 1:13
65:17

**$**

**$25** 31:14,16
**$48,785.35** 61:15
61:19
**$52,000** 60:25
63:11

**0**

**055611-0002**
2:11

**1**

**1:00** 46:8
**10:00** 34:4,5
43:20
**100** 1:18
**10019** 2:4
**10038** 1:20
**1099** 13:15
59:25 60:4
67:17,18
**11** 8:11
**11:00** 57:16
**11217** 41:16
**11237** 4:21
**11435** 1:24
**11797** 2:9
**12** 1:8 67:11,12
**12:00** 45:24 46:2
46:3
**13** 8:13,15,22
67:9
**135** 2:9
**14** 8:13,18 11:14
53:9 67:10,21
**14th** 53:7
**15** 12:3,6 67:11
67:13
**16** 12:13,16
13:23 67:12
**17** 15:20,23 17:3
67:13,15
**18** 17:21,24
67:15
**19** 60:2,8 67:17

**2**

**2:00** 46:10
**2:26** 1:20
**20** 1:20 60:5
61:6 67:18
**20th** 68:6,21
**200** 2:4
**2003** 7:2 26:2
**2005** 25:15 26:7

26:8,22
**2008** 25:19,25
**201** 2:9
**2011** 18:12 20:8
26:6,11 27:3,3
59:25 61:2
62:22 63:4,5
63:22 67:17,23
**2012** 8:7 10:21
60:4 61:19
62:24 67:18
**2013** 1:20 53:9
66:23 68:7,21
**215** 1:19
**231** 4:20

**3**

**3A** 4:20
**3:00** 30:4,12,18
44:8,12 46:12
47:4 57:2
**305** 1:23

**4**

**4** 8:9 20:8,15
67:4
**4th** 18:12 21:7
**4:00** 44:8 52:20
**4:39** 66:19
**4339** 1:8
**475** 27:20,23

**5**

**5** 8:7
**5-hour** 40:4
**5:00** 29:15 32:9
32:11 37:24
38:5 40:5,10
43:17 44:8,13
44:17 45:2,6
57:3,5,21,24
**52,000** 60:23
**57th** 2:4
**588** 41:15

**6**

**6:00** 43:17 45:8
45:12 57:4,5

58:2,6
**60** 67:17,18
**63** 67:23
**66** 67:24

**7**

**7:00** 43:17 58:18
58:21,22 59:5
**711** 39:15

**8**

**8** 67:9,10
**8:00** 44:10,13,20
**83** 8:9
**86** 8:11
**8900** 1:23

**9**

**900** 2:4
**98** 25:19 26:25