1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   ----------------------------------------x
    FERNANDO HERNANDEZ, KENNETH CHOW,
4   BRYANT WHITE, DAVID WILLIAMS, MARQUIS ACKLIN,
    CECILIA JACKSON, TERESA JACKSON,
5   MICHAEL LATTIMORE, and JUANY GUZMAN, Each
    Individually, And On Behalf Of All Other
6   Persons Similarly Situated,

7                        Plaintiffs,

8        -against-            Index No:
                              12 CV 4339 (ALC)(JLC)
9
    THE FRESH DIET, INC., LATE NIGHT EXPRESS
10  COURIER SERVICES, INC. (FL), FRESH DIET EXPRESS
    CORP. (NY), THE FRESH DIET - NY INC. (NY),
11  FRESH DIET GRAB & GO, INC. (FL) a/k/a
    YS CATERING HOLDINGS, INC. (FL) d/b/a
12  YS CATERING, INC. (FL), FRESH DIET EXPRESS
    CORP. (FL), SYED HUSSAIN, Individually,
13  JUDAH SCHLOSS, Individually, and ZAIMI DUCHMAN,
    Individually,
14                       Defendants.
    ----------------------------------------x
15            EXAMINATION BEFORE TRIAL of the

16  Plaintiff, FERNANDO HERNANDEZ, taken by the

17  Defendant, pursuant to Stipulation, held at the

18  offices of Kaufman, Dolowich, Voluck & Gonzo

19  LLP, 100 William Street, Suite 215, New York,

20  New York 10038, on September 17, 2013, at 10:15

21  a.m., before a Notary Public of the State of

22  New York.
    **********************************************
23            AMERICAN STENOGRAPHIC, LLC
              8900 Sutphin Boulevard, Suite 305
24                 Jamaica, N.Y. 11435
                   Tel-718-291-6600
25                 Fax-718-291-6603

[Page 2]

APPEARANCES:

THE HARMAN FIRM, PC
    Attorney for Plaintiffs
    200 West 57th Street, Suite 900
    New York, New York 10019

    BY:  BRIAN M. MOSS, ESQ.

KAUFMAN, DOLOWICH, VOLUCK & GONZO LLP
    Attorneys for Defendants
    135 Crossways Park Dr., Suite 201
    Woodbury, New York 11797

    BY:  JEFFERY A. MEYER, ESQ.

    FILE #: 055611-0002

ALSO PRESENT:

BEATRICE VUDUARTE, Spanish Interpreter,
Languages R Us

[Page 3]

STIPULATIONS

    IT IS HEREBY STIPULATED AND AGREED by
and between the attorneys for the respective
parties herein, that filing, sealing and
certification be and the same are hereby
waived.

    IT IS FURTHER STIPULATED AND AGREED
that all objections, except as to the form of
the question shall be reserved to the time of
the trial.

    IT IS FURTHER STIPULATED AND AGREED
that the within deposition may be signed and
sworn to before any officer authorized to
administer an oath, with the same force and
effect as if signed and sworn to before the
Court.

[Page 4]

BEATRICE VUDUARTE, called as
the interpreter in this matter, was duly sworn
by a Notary Public of the State of New York to
accurately and faithfully translate the
questions propounded to the witness from
English into Spanish and the answers given by
the witness from Spanish into English.
    -oOo-
FERNANDO HERNANDEZ, the
witness herein, having been first duly sworn by
a Notary Public of the State of New York, was
examined and testified through the interpreter
as follows:

EXAMINATION BY
MR. MEYER:
    (Whereupon, Notebook Bates
stamped FD000103 was marked as
Defendant's Exhibit 1, for
identification, as of this date.)
    (Whereupon, Notebook Bates
stamped FD000104 was marked as
Defendant's Exhibit 2, for
identification, as of this date.)
    (Whereupon, Verification was

[Page 5]

F. Hernandez

marked as Defendant's Exhibit 3, for
identification, as of this date.)
    (Whereupon, Plaintiff's
interrogatory responses were marked as
Defendant's Exhibit 4, for
identification, as of this date.)
    (Whereupon, Plaintiff's
responses to Defendant's document
requests were marked as Defendant's
Exhibit 5, for identification, as of
this date.)
    (Whereupon, Retaliation
affidavit was marked as Defendant's
Exhibit 6, for identification, as of
this date.)
    (Whereupon, Collective affidavit
was marked as Defendant's Exhibit 7, for
identification, as of this date.)
    (Whereupon, Class action
affidavit was marked as Defendant's
Exhibit 8, for identification, as of
this date.)
    (Whereupon, Manifests
FD001609-1700 were marked as Defendant's

[Page 6]

1    F. Hernandez
2    Exhibit 9, for identification, as of
3    this date.)
4        (Whereupon, 2010 1099 form was
5    marked as Defendant's Exhibit 10, for
6    identification, as of this date.)
7        (Whereupon, 2011 1099 form was
8    marked as Defendant's Exhibit 11, for
9    identification, as of this date.)
10        (Whereupon, 2012 1099 form was
11    marked as Defendant's Exhibit 12, for
12    identification, as of this date.)
13  Q.   State your name for the record, please.
14  A.   Fernando Hernandez.
15  Q.   State your address for the record,
16  please.
17  A.   225 South 3rd Street, Apartment 4,
18  Brooklyn, New York 11211.
19  Q.   Good afternoon.
20  A.   Good afternoon.
21  Q.   Mr. Hernandez, my name's Jeff Meyer.
22  We've actually, I think, met before at a prior
23  hearing on this case when you were under oath,
24  and I asked you some questions before
25  Judge Carter, I believe.

[Page 7]

1    F. Hernandez
2  A.   Yes.
3  Q.   I'm going to be asking you some more
4  questions about the lawsuit that you have
5  commenced against The Fresh Diet and Late Night
6  Express.
7        Do you have a question?
8  A.   No.
9  Q.   Before we get started, I just want to
10  set a few ground rules.
11        If there's a question I ask you that you
12  don't understand or you don't understand the
13  format in which I've asked it, just say so, and
14  I will repeat or rephrase the question.
15  A.   Okay.
16  Q.   If you need to take a break at any time,
17  just let me know.  This is not an endurance
18  test.  This is not a marathon.  The one thing I
19  do ask is that if I asked you a question that
20  you answer it before we take that break.
21  A.   Okay.
22  Q.   Before we get started, are there any
23  questions you have?
24  A.   No.
25        MR. MOSS:  I don't have any

[Page 8]

1    F. Hernandez
2  questions, no.
3        MR. MEYER:  Fair enough.
4  Q.   Mr. Hernandez, is there anything that
5  would inhibit your ability today to tell the
6  truth at this deposition, whether it be any
7  prescription drugs or drugs you've taken or
8  alcohol or anything?
9  A.   No, none.
10  Q.   Very good.
11        Are you currently employed?
12  A.   No.
13  Q.   Who was your last employer?
14  A.   Fresh Diet.
15  Q.   When was your last day working with
16  Fresh Diet?
17  A.   It seems to me it was approximately
18  around July 4th or 5th, I believe.
19  Q.   Of what year?
20  A.   2012.
21  Q.   Since early July of 2012, have you
22  collected unemployment insurance?
23  A.   Yes.
24  Q.   When did you start collecting
25  unemployment insurance?

[Page 9]

1    F. Hernandez
2  A.   It seems to me I started to collect
3  around July.  Hold on.  Wait a minute.  Around
4  June or July.
5  Q.   It was soon after you stopped working
6  with Fresh Diet?
7  A.   Of course.  I submitted my application.
8  Q.   Are you still collecting unemployment
9  insurance?
10  A.   Yes.
11  Q.   Have you collected unemployment
12  insurance --
13  A.   Wait.  It was a mistake.  I started in
14  July, and it -- it started receiving in
15  February.  I lost my job in February.  No, in
16  July.  I started to collect in February because
17  they gave me retroactive.
18  Q.   You're saying your last day of work was
19  in early July 2012?
20  A.   Uh-huh.
21  Q.   You're saying you've been collecting
22  unemployment insurance since February 2012
23  retroactively?
24  A.   Of course, since they approve it in
25  July.

F. Hernandez

1
2  Q.   From February to July of 2012, you were
3  working with The Fresh Diet, and you were also
4  collecting unemployment benefits at the same
5  time?
6  A.   At that time, I wasn't working for Fresh
7  Diet.
8  Q.   Who were you working for?
9  A.   I wasn't working at that time.
10 Q.   You said your last date that you worked
11 with The Fresh Diet was July 4th or 5th of
12 2012.
13 A.   Yeah, but they approved the unemployment
14 -- around February 2013 is when they approve
15 it.
16 Q.   2013 not 2012?
17 A.   2013.
18 Q.   Thank you.
19     From July of 2012 until February of
20 2013, what income did you have?
21 A.   No income.
22 Q.   Were you working anywhere off-the-books?
23 A.   No.
24 Q.   Once you started collecting unemployment
25 insurance, how much were you receiving?  Would

F. Hernandez

1
2  it be per week?
3  A.   Approximately, 395.
4  Q.   You're still collecting those benefits?
5  A.   Yes.  They gave me an extension.
6  Q.   How long does that extension run?
7  A.   I don't know.
8  Q.   At no point since your relationship with
9  The Fresh Diet ended have you worked anywhere
10 else?
11     THE INTERPRETER:  What?
12 Q.   Since your relationship with The Fresh
13 Diet ended in July of 2012, you have not worked
14 anywhere else; is that correct?
15     MR. MOSS:  Objection to the
16     form.
17     You can answer.
18 A.   No.
19 Q.   Nowhere?
20 A.   No.
21 Q.   Have you had any other earnings outside
22 of employment with another company?
23     MR. MOSS:  Objection.
24     He's answered that, but you can
25     answer.

F. Hernandez

1
2     MR. MEYER:  I asked if he was
3     working anywhere else.  He may have
4     additional income from another source.
5  A.   No.  I already said it previously.  I
6  had no income, no other income.
7  Q.   When did you start working for The Fresh
8  Diet?
9  A.   The middle of April 2010.
10 Q.   When you received your check, did you
11 receive it weekly or biweekly, your pay stub?
12 A.   By week.
13 Q.   What company's name was on that
14 paycheck?
15 A.   Late Night Courier.
16 Q.   Wouldn't then Late Night Express or Late
17 Night Express Courier be your employer if they
18 were on your paycheck?
19     MR. MOSS:  Objection to the
20     form.
21     You can answer.
22 A.   Can you repeat, it please?
23 Q.   You stated that Late Night Express was
24 on the pay stubs you received, right, your
25 earning statement?

F. Hernandez

1
2  A.   Yes.
3  Q.   That was the entity that paid you,
4  correct?
5  A.   The one who made the check was Fresh
6  Diet.
7  Q.   But the check says Late Night Express
8  Courier, correct?
9  A.   Yes, the check, but I represented Fresh
10 Diet.
11 Q.   Did you ever receive an earnings
12 statement or a pay stub from The Fresh Diet?
13 A.   No.
14 Q.   What was your title?
15     What was your job title with, we'll call
16 it the defendants here, Late Night
17 Express/Fresh Diet?
18     I don't want to get into a back and
19 forth from now on what entity it is.
20     What was your job when you worked with
21 these entities?
22 A.   A driver for the company.
23 Q.   Did you use your own vehicle?
24 A.   Yes.
25 Q.   Explain to me just what your job was.

[Page 14]

F. Hernandez

1               F. Hernandez
2      What did you do as a driver?
3  A.   What I had to do as a driver was to
4  pickup the food and bring it to the client for
5  Fresh Diet.
6  **Q.**   What time of the day would you report to
7  the building to pickup these meals?
8  A.   At that time, I don't -- sometimes
9  before because if they needed me to go
10  somewhere else.
11  **Q.**   Starting in April of 2010, let's start
12  over here, you started working for, we'll just
13  call it the company?
14  A.   Yes.
15  **Q.**   What time would you show up to work?
16  A.   At 4:00 p.m. or before if they needed me
17  because I started as a substitute.
18  **Q.**   As a substitute driver?
19  A.   Yes.
20  **Q.**   What does that mean?
21      What is a substitute driver?
22  A.   That's the opportunity they gave me to
23  start.  There was a missing driver, and I would
24  cover the route.
25  **Q.**   If somebody didn't show up that day or

[Page 15]

F. Hernandez

1               F. Hernandez
2  somebody didn't report to work, you would take
3  that route?
4  A.   Whatever they give me.
5  **Q.**   Do you know what time the meals would
6  normally be ready and packaged, ready to leave
7  the building?
8  A.   Most of the times, the meals were not
9  ready.  Sometimes, they weren't ready until
10  7:00, 8:00 at night.  Usually, the meal that
11  they prepare first was the one that had to be
12  taken outside of the state.
13  **Q.**   When you say "outside of the state,"
14  where would they be going to?
15  A.   Pennsylvania, Baltimore, Boston,
16  Philadelphia, New Jersey.
17  **Q.**   Did you ever make deliveries to
18  Pennsylvania?
19  A.   Yes.
20  **Q.**   How often?
21  A.   That's how I started.  That's how I
22  started, couriering for a couple of times.
23  **Q.**   How many times?
24  A.   Seems to me it was like two times.
25  **Q.**   The whole duration of your employment

[Page 16]

F. Hernandez

1               F. Hernandez
2  with the companies, you went to Pennsylvania
3  twice, made deliveries in Pennsylvania twice?
4  A.   Yes.
5  **Q.**   Did you ever make deliveries to Boston?
6  A.   No, not in Boston.
7  **Q.**   Did you ever make deliveries to
8  Baltimore?
9  A.   Yes.
10  **Q.**   How many times?
11  A.   Two times.
12  **Q.**   In the entirety of your employment, of
13  your relationship, you made two deliveries?
14  A.   I made two deliveries to Boston because
15  the route was to get to Philadelphia, Boston.
16  **Q.**   You went to Philadelphia and Boston in
17  the same day?
18  A.   No, not Boston (English).  On the same
19  day, we had to do the deliveries to bring it to
20  those states.  I didn't mention Boston
21  (Spanish).
22  **Q.**   When you went to Baltimore, you'd go to
23  Philly on the same trip?  That would be the
24  same loop?
25  A.   Yes.

[Page 17]

F. Hernandez

1               F. Hernandez
2  **Q.**   When you said Pennsylvania, did that
3  mean this Philadelphia trip, or was there a
4  separate Pennsylvania trip?
5  A.   Philadelphia and Baltimore.
6  **Q.**   You said you went to Pennsylvania twice
7  and Philadelphia twice.
8      Those are the two same trips?
9  A.   On the same day.
10  **Q.**   Twice you made a loop?
11      You went to Baltimore, Philly and back
12  around or Philly, Baltimore and back around?
13      You did that twice, correct?
14  A.   No.  The route started in Philadelphia,
15  continued to Philadelphia, and then we come
16  back to return the bags and everything.
17  **Q.**   You would leave from Brooklyn, correct?
18  A.   Yes.
19  **Q.**   You did that twice?
20      In the whole term of your relationship
21  with the companies, you did that twice?
22  A.   That's what I have done.
23  **Q.**   How many times?  You said twice before.
24  A.   Yes, two times (Spanish).  Two times
25  (English).

American Stenographic
Telephone:718-291-6600                    www.Americansteno.com

[Page 18]

F. Hernandez

1
2  Q.   How many years did you work for the
3  company?
4  A.   Two and a half years.  It was
5  approximately two and a half years (English).
6  Q.   Besides those two trips to the
7  Philly/Baltimore loop, did you travel anywhere
8  else out of New York?
9  A.   Of course.
10  Q.   Where else?
11  A.   After that route, I cover the route to
12  Connecticut getting close to Upstate New York,
13  all Upstate New York, New Jersey.  Also, almost
14  getting to Albany.
15  Q.   How many times did you make the
16  Connecticut route?
17      Was it one route in Connecticut, or was
18  it multiple?
19  A.   Several times.
20  Q.   Could you quantify that?
21      Do you know how many times, once a week?
22  A.   More than two or three weeks.
23  Q.   Total?
24  A.   Yes.
25  Q.   You went a total of --

[Page 19]

F. Hernandez

1
2  A.   Until they gave me my regular route.
3  Q.   For two or three weeks, you went to
4  Connecticut?
5  A.   Yes.
6  Q.   What about the Upstate New York route?
7  A.   That was the route they assigned me and
8  New Jersey.
9  Q.   Is that the same route, Upstate New York
10  and New Jersey?
11  A.   Yes.
12  Q.   How often would you make that route?
13  A.   Approximately, for one year and
14  something.
15  Q.   Every day for one year?
16  A.   Every day, yes.
17  Q.   Did you ever have a route in Brooklyn or
18  Queens or Manhattan, in Metropolitan New York?
19  A.   After I did that route, I also did the
20  route in Manhattan and also Brooklyn, all Long
21  Island.
22  Q.   How long did you handle those, we'll
23  call those Metropolitan New York, routes?
24  A.   Since I started, for about two years
25  (Spanish).  Two and a half years (English).

[Page 20]

F. Hernandez

1
2  Q.   You worked for the company for a total
3  of two and a half years you said, right?
4  A.   Yes (English).
5  Q.   If you spent one of those years running
6  the Upstate New York and New Jersey route, that
7  would only leave about a year and a half of
8  other routes, correct?
9  A.   Yes.
10  Q.   For that other year and a half, how much
11  time did you spend in Metropolitan New York and
12  Long Island?
13  A.   And Brooklyn.
14  Q.   And Brooklyn.
15  A.   All the time.  Whenever they assign me.
16  Q.   You said previously that you report to
17  the building around 4:00 p.m. but that the
18  meals wouldn't be ready, maybe some of the
19  meals traveling further would be ready at an
20  earlier time.
21      What time would the Philadelphia or
22  Baltimore meals be ready?
23  A.   Around 5:00 to 6:00 in the afternoon,
24  sometimes even later.
25  Q.   From 4:00 until 5:00 at the absolute

[Page 21]

F. Hernandez

1
2  earliest or until 6:00 or 7:00, whenever the
3  Philadelphia/Baltimore meals would be ready,
4  what would you be doing?
5  A.   We had to wait there.  Also, help with
6  the food that wasn't ready most of the time.
7  Q.   By helping with the food, what do you
8  mean?
9  A.   Pack the food.
10  Q.   By "pack the food," what do you mean?
11  A.   You had to pack the food, put it inside
12  the box for Fresh Diet, see the menus, where
13  they had to be delivered.
14  Q.   The manifests or menus?
15  A.   The menu.
16  Q.   Would you ever work in the kitchen?
17  A.   No.
18  Q.   Did you ever do any food preparation?
19  A.   Yes.  We help in a couple occasions.
20  Q.   How often?
21  A.   Three or four times.
22  Q.   Would you always have to pack the food,
23  or were there people who worked for one of
24  these companies who would pack it on a daily
25  basis?

American Stenographic
Telephone:718-291-6600                    www.Americansteno.com

[Page 22]

F. Hernandez

1  A.   Yeah, there were people, but sometimes
2  the stuff was not enough for the people to be
3  very on time for the food.
4  Q.   To narrow this down, there were people
5  who their job was to pack the food; is that
6  correct?
7        MR. MOSS:  Objection to the
8        form, but you can answer.
9  A.   Yes.
10 Q.   Your title was not packer, correct?
11 A.   No.
12 Q.   How often would you have to pack the
13 food if there were people who were already
14 supposed to be doing this?
15 A.   Most of the times, we had to do it.
16 Q.   What were the packers doing?
17       THE INTERPRETER:  Say it again.
18 Q.   The people who their job titles were
19 packers, what were they doing if you were doing
20 the packing yourself?
21       MR. MOSS:  Objection to the
22       form, but you can answer it.
23 A.   I said it again that there was not
24 enough employees because they had different

[Page 23]

F. Hernandez

1  schedules.
2  Q.   What do you mean by "different
3  schedules"?
4  A.   There was people who start early in the
5  morning, and there was people who started in
6  the afternoon, and they make us, they force us,
7  to pack the food if we wanted to leave on time.
8  Q.   Again, my question is, what were the
9  packers doing when you were packing your own
10 food?
11       MR. MOSS:  Objection again.
12       MR. MEYER:  He's never answered
13       the question.
14       What's the objection?
15       MR. MOSS:  To the form.
16       You can answer.
17 A.   I answered the question (English).
18 Q.   What were the packers doing?
19 A.   Doing the same thing that we was doing
20 (English).
21 Q.   They were packing alongside you?
22 A.   Packing, yeah, preparing the food,
23 waiting for the kitchen to finish, you know,
24 the meal and to pack it up (English).

[Page 24]

F. Hernandez

1  Q.   You're saying they weren't doing their
2  job, or they weren't doing it fast enough?
3        MR. MOSS:  Objection to the
4        form.
5        That's not what he said.
6        MR. MEYER:  He can clarify.
7        MR. MOSS:  I just want to object
8        to the form.
9        That's a mischaracterization of
10       his testimony.
11 A.   You want me -- I can answer the same
12 thing.  The food, the meals, were not, most of
13 the times, ready, so the packers had to wait
14 for the meals to be ready, so then we pack it
15 in the box.
16 Q.   The food wasn't ready yet when you got
17 there at 4:00?
18       MR. MOSS:  Asked and answered.
19       MR. MEYER:  That's a different
20       question.  I never asked that before.
21 A.   Yes.  Most of the times, the food wasn't
22 ready.
23 Q.   If the food wasn't ready and your job
24 was a driver to deliver the food, why would you

[Page 25]

F. Hernandez

1  show up at 4:00 to work when there was nothing
2  for you to do?
3  A.   Because that was what my manager asked
4  me or requested me to do.  He forced me.
5  Otherwise, I would lose my job.
6  Q.   Who told you that?
7  A.   Syed Hussain.
8  Q.   How did he tell you that?
9  A.   He told you over the phone, verbally
10 when you showed up one day?
11       How did he tell you?
12 A.   He always said it in person.  Sometimes
13 he call you on the phone.
14       He always said it, that he needed us at
15 that time, and that was not our problem that
16 the food wasn't ready.
17       MR. MEYER:  Can you just repeat
18       that answer?
19       (Whereupon, the record was read
20       by the reporter.)
21 A.   But he also said it in person (English).
22 Q.   You get there at 4:00 every day?
23       MR. MOSS:  Asked and answered.
24       Asked and answered.

[Page 26]

F. Hernandez

1
2  Q.   How many days a week did you work?
3  A.   Seven days, every day.
4  Q.   You worked seven days a week?
5  A.   Of course.
6  Q.   Did you always work seven days a week?
7  A.   Yes.
8  Q.   If we went back and looked at your
9  manifest and your notes, it would show you
10  working seven days a week for two and a half
11  years?
12  A.   Except when I started at the beginning,
13  but otherwise, I always went there working
14  almost every day.
15  Q.   You said "almost".
16  A.   Most of the time, yes.
17  Q.   At the beginning, you were a substitute
18  driver, correct?
19  A.   Yeah.
20  Q.   Did you work seven days a week as a
21  substitute?
22  A.   No.  When I started, no.
23  Q.   How many days a week did you work as a
24  substitute driver?
25       THE INTERPRETER:  Excuse me.

[Page 27]

F. Hernandez

1
2  Could I ask something, please?  Could
3  you tell him to stop --
4       MR. MEYER:  He understands what
5  I'm saying.  He could answer it English.
6       MR. MOSS:  Is there a question
7  pending right now?
8  Q.   How many days a week did you work as a
9  substitute?
10  A.   You repeated the same thing again.
11  Q.   We never got an answer.
12       MR. MOSS:  You can answer.
13  A.   Four or five days.
14  Q.   For how long did you work as a
15  substitute driver for the company?
16  A.   Seems to me like a month or less.
17  Q.   From mid April 2010, that's when you
18  said you started, until when?
19  A.   Up until July.
20  Q.   What point in July?
21  A.   What is it that you want to know?
22  Q.   What day in July did you stop working as
23  a substitute driver?
24  A.   I wasn't as a substitute up to that
25  time.

[Page 28]

F. Hernandez

1
2  Q.   You just said you worked as a substitute
3  through July of 2010.  I asked you what day in
4  July did you stop working as a substitute.
5  A.   I wasn't covering up to July.  After
6  May, I started my regular route (Spanish).  I
7  didn't say July (English).
8  Q.   What time in May?
9  A.   I don't remember that.
10  Q.   Was it the beginning, middle, end?
11  A.   I don't remember.
12  Q.   At some point in May 2010, you were no
13  longer a substitute.
14       Did you have a different title?
15       Were you called a full-time driver or
16  just a driver?
17  A.   Yes, I was a regular driver.
18  Q.   How many days a week would you work
19  starting in May 2010?
20       MR. MOSS:  Asked and answered.
21  Objection, asked and answered.
22       MR. MEYER:  Not in May 2010.
23       MR. MOSS:  You can answer.
24  A.   Seven days a week.
25  Q.   We can go through every month from

[Page 29]

F. Hernandez

1
2  May 2010 until the end of your time with the
3  company, but you're saying you worked about
4  seven days a week from there until you stopped
5  working, correct?
6  A.   Of course, unless I was sick a day or
7  something.
8  Q.   How many days were you sick?
9  A.   Not many times.
10  Q.   Was there any reason why the company
11  wouldn't make a delivery on certain days?
12  A.   When there was a holiday, maybe once,
13  but most of the time, they were working all the
14  time.
15  Q.   There was no set day of the week where
16  the company would not make deliveries; is that
17  correct?
18  A.   Every day, we have to do it.
19  Q.   Would you make deliveries on
20  Thanksgiving Day?
21  A.   I don't remember.  It seems to me that
22  we did, but some -- in Thanksgiving, it seems
23  to me it was the next day we start to do the
24  deliveries early.  On Thanksgiving Day.
25  Q.   What about Christmas?

[Page 30]

F. Hernandez

1  A.   Also, on Christmas.
2  Q.   So yes, you make deliveries on
3  Christmas?
4  A.   Yes.
5  Q.   Christmas Eve?
6  A.   I don't remember.
7  Q.   What about New Year's Eve?
8  A.   No.
9  Q.   Were there any other holidays that you
10 can recall that you would not make deliveries?
11 A.   I think something like July 4th or the
12 5th.  The 4th we had to do it early, to report
13 early to do it.
14 Q.   When you would leave the building, we'll
15 call it the building for now, in Brooklyn to
16 handle the New York and Upstate runs, or the
17 Connecticut runs for that matter, what time
18 would you leave the facility?
19 A.   There was not a specific time because
20 the food wasn't ready most of the times every.
21 Q.   If the food wasn't ready early, what
22 time would the food normally be ready?
23 A.   After 7:00, 8:00, 9:00 p.m.  Depends.
24 Q.   If you were doing the New Jersey or

[Page 31]

F. Hernandez

1  Connecticut runs, we'll say all the runs
2  excluding the two times you went to Baltimore
3  and Philly and excluding the Long Island,
4  Metro New York boroughs, the five boroughs, you
5  would leave somewhere between 7:00 and
6  9:00 p.m., correct?
7  A.   Yes.
8       Can you repeat about Connecticut?
9  Q.   If you were driving to Upstate New York
10 or Connecticut or New Jersey --
11 A.   With Connecticut was temporary.
12 Q.   Connecticut, you said, I think was two
13 to three weeks or so?
14 A.   Yeah.
15 Q.   Would you leave for the Connecticut run
16 the same time you would leave for the New
17 Jersey/Upstate New York runs?
18 A.   Yes (English).
19 Q.   That was somewhere between 7:00 and
20 9:00, correct?
21 A.   Yes (English).
22 Q.   If you left at 7:00, what time would the
23 food be ready?
24 A.   I repeat to you that it depend of the

[Page 32]

F. Hernandez

1  packers and us taking it.
2  Q.   How many bags would you have on average
3  on that Upstate New York/New Jersey run?
4  A.   Approximately, thirty to forty bags it
5  seems to me.
6  Q.   When they were in your car, would they
7  be in your trunk or the backseat?  Where would
8  you put them?
9  A.   In the front seat and the seat, on the
10 rear seat, nothing in the trunk.
11 Q.   Would you put the bags actually in your
12 car?
13 A.   Of course.
14 Q.   How long would it take you to put thirty
15 to forty bags in your car?
16 A.   You had to be careful with the bags, and
17 you take time to do it and check the manifest
18 with the names of the clients.
19 Q.   My question still is, how long would it
20 take you to pack the car with thirty to forty
21 bags?
22 A.   Approximately, two to three hours.
23 Q.   Say it took you three hours to put forty
24 bags in.

[Page 33]

F. Hernandez

1       You're talking it would take you one
2  hour to put twelve to thirteen bags in your
3  car?
4  A.   Sometimes they were missing boxes, and
5  you had to wait.  So how would you do it?
6  Q.   What do you mean by "boxes"?
7  A.   I didn't mention boxes (English).
8       THE INTERPRETER:  Did I say
9  boxes?
10      MR. MEYER:  You said boxes.
11      THE INTERPRETER:  I'm sorry.
12 Bags, I meant.  I'm sorry.  That was my
13 mistake.
14 Q.   If a bag was missing, that would take
15 additional time is what you're telling me,
16 correct?
17 A.   Of course.
18 Q.   If you had a run or a route in Queens or
19 Brooklyn, Manhattan or Long Island for that
20 matter, would it still be about thirty to forty
21 bags?
22 A.   Most of the times when you go to the
23 boroughs, it was more bags.
24 Q.   Approximately, how many?

[Page 34]

F. Hernandez

1
2    A.    Forty to seventy or eighty bags.
3    Q.    How long would it take you to pack your
4    car with eighty bags?
5    A.    Took me a long time.
6    Q.    How many hours?
7          How many minutes?
8          How many hours?
9    A.    About four hours.
10   Q.    If you had a --
11   A.    Four and a half hours.
12   Q.    If you had a New York City run with
13   eighty bags in your car, what time would the
14   food be ready?
15   A.    The same.  The same.  There was no time.
16         Most of the time, they finish it -- most
17   of the time, they had that problem with the
18   food, that it wasn't on time.
19   Q.    It was late?
20   A.    Yes.
21   Q.    It could be 9:00, sometimes later?
22   A.    After I went, you know, I was assigned
23   to Manhattan or the boroughs.  Most of the
24   time, it wasn't ready (English).
25   Q.    If you don't get the food until 9:00,

[Page 35]

F. Hernandez

1
2    which is pretty common, correct?
3    A.    Yes.
4    Q.    You're saying the food wasn't cooked
5    until 9:00 or wasn't packed in the bags until
6    9:00?
7    A.    I said it was not packed most of the
8    times.
9    Q.    When we're talking that 7:00 to 9:00
10   window, that's the window I'm using for when
11   you're saying the food was ready generally.
12         You're saying that the food was prepared
13   then, but it wasn't packed until somewhere
14   between 7:00 and 9:00; is that correct?
15   A.    Yes.  Sometimes the kitchen was not --
16   most of the times, it wasn't -- and the food
17   wasn't ready.
18   Q.    Physically not ready?
19         It was still being cooked, correct?
20   A.    Yes.
21         And after that, you had to pack it, to
22   finish packing.
23   Q.    When you say "packing," you mean pack it
24   in containers that would then go into the bags
25   or --

[Page 36]

F. Hernandez

1
2    A.    Yes.  They had to put it in bags, yes.
3    Q.    Say the food's not cooked, finished,
4    done being cooked, until 7:00.
5          Is that possible?
6    A.    Of course, yes.
7    Q.    Once it's done, we'll say 7:00.  The
8    food's done being prepared in the kitchen,
9    physically being cooked.
10         It then has to be put in some sort of
11   container, right, to be shipped?
12   A.    Yes (English).
13   Q.    That takes some time, correct?
14   A.    Yeah (English).
15   Q.    Who would do that?
16   A.    The employees of Fresh Diet.
17   Q.    The employees of the kitchen?
18   A.    Yeah (English).
19   Q.    It would then be in those containers,
20   which then would be put into the bags that you
21   deliver; is that correct?
22   A.    Yes.
23   Q.    If the food is not physically ready, the
24   food's sitting on a plate right here, it's not
25   ready until 7:00 p.m., and then it has to be

[Page 37]

F. Hernandez

1
2    put into a container by somebody in the
3    kitchen, into a tray?
4    A.    Can you repeat the question?
5    Q.    If the food is being prepared in the
6    kitchen, being cooked, right, and it's not
7    ready, literally being taken out of a pot or
8    out of the oven at 7:00 p.m., which you said
9    was possible, correct?
10   A.    Most of the time, they're always, not
11   every day.
12   Q.    But sometimes, correct?  That's what you
13   said.
14   A.    Yeah.
15   Q.    If it's coming out of the oven at 7:00,
16   it has to be put into some sort of a container,
17   right, into a tray with a lid or a plate with a
18   cover on it?
19         It has to be put into something,
20   correct?
21   A.    Yes.
22   Q.    And that takes time?
23   A.    Yes.
24   Q.    Those are done by employees in the
25   kitchen, correct?

American Stenographic
Telephone:718-291-6600                 www.Americansteno.com

[Page 38]

F. Hernandez

1
2   A.   Yes.
3   Q.   Once the food is cooked and then put
4   into a container, onto a plate or a tray, those
5   are then moved to a bag, correct?
6   A.   Yes.
7   Q.   If you know, once the food is physically
8   cooked, from the second it comes out of the
9   oven until the time it's in the bag ready to be
10  put into your car, how much time is that?
11       MR. MOSS:  I'm going to object
12  to that because it calls for
13  speculation.
14       MR. MEYER:  He knows the
15  process.  He knows.
16       THE WITNESS:  Can I respond
17  (English)?
18       MR. MOSS:  If you know.
19  Q.   How much time does it take, you know how
20  the operation works, from the minute the food
21  comes out of the oven, or out of whatever
22  machine it's coming out of, until the time that
23  it's packaged and then placed into the bags?
24  How much time is that?
25       MR. MOSS:  Same objection.

[Page 39]

F. Hernandez

1
2       You can answer.
3   A.   I don't know that.  I don't know the
4   time.  It depends on them.
5       Sometimes there is not even enough bags
6   to bag the food.  Sometimes there was not even
7   enough bags.
8   Q.   When the food comes out of the kitchen,
9   it's placed into bags.
10      At what time of the day or night are all
11  those bags ready to go to be moved into your
12  car, not packed yet, moved into your car,
13  loaded into your car?
14      What time are the bags all ready to go?
15  A.   Sometimes even 7:00, 8:00 at night.
16  6:00 to 7:00 at night.  It depends.
17  Q.   We were talking about 7:00 to 9:00.
18      You're saying all the bags are
19  physically ready to be loaded into your car
20  somewhere between 7:00 and 9:00?
21  A.   More or less.
22  Q.   If you have eighty bags to be loaded in
23  your car if you're running a New York City
24  route with eighty deliveries or eighty bags and
25  the food's ready at 9:00, the bags are ready,

[Page 40]

F. Hernandez

1
2   it could take you up to four and a half hours
3   to pack your car.
4       That's what you said, correct?
5   A.   It all depends on when they have
6   finished.  Also, you had to be careful.
7   Q.   I understand.  You don't want to stack
8   the bags.
9   A.   Because there was always a problem.
10  They was always threatening you that they will
11  fire us and things like that.  They also charge
12  us.
13  Q.   If you have eighty bags in your car, you
14  could have a pickup truck or a suburban, and
15  fitting eighty bags is still going to be a
16  tight squeeze, correct?  It's a lot of bags.
17  A.   It depend on the type of vehicle that
18  you have.  Sometime when I have eighty bags, I
19  had to rent a vehicle.
20  Q.   If you have eighty bags, how long does
21  it take you to deliver those eighty bags, on
22  average?
23  A.   It would take me approximately five to
24  six hours, five and a half to six hours.
25  Q.   Was there a time that you were told or

[Page 41]

F. Hernandez

1
2   was there a time that was basically company
3   policy that all deliveries had to be made by?
4   A.   5:00 a.m.  Sometime the manager allow us
5   to finish a little bit later, depend of the
6   circumstances.
7       MR. MOSS:  Can we take a quick
8   restroom break?
9       MR. MEYER:  Sure.
10      (Whereupon, a recess was taken
11  at this time.)
12  Q.   I just want to go back and touch on the
13  Philadelphia and Baltimore runs you said you
14  did a couple times, about two times.
15      How many bags would you have on those
16  runs?
17  A.   Approximately, more than -- there were
18  many bags.  More than eighty approximately.
19  Maybe one hundred.
20  Q.   Eighty to one hundred is a good
21  estimate?
22  A.   Probably more than one hundred
23  (English).
24  Q.   Would you deliver those to homes and
25  residences in Baltimore and Philadelphia, or

American Stenographic
Telephone:718-291-6600                    www.Americansteno.com

[Page 42]

F. Hernandez

1 would you just drop them off at a central
2 location and they would be taken from there?
3 A.   At the place they assign me where there
4 were drivers waiting.
5 **Q.**   You just, in effect, transferred the
6 bags from the Brooklyn facility to a meeting
7 point in Baltimore/Philly, and that was your
8 job?
9 A.   Yeah (English).
10 **Q.**   You said you go to Baltimore first then
11 Philly or Philly then Baltimore?
12 A.   First Philadelphia.
13 **Q.**   Baltimore would be the last stop.
14 Once you made your drop-off in
15 Baltimore, you would drive back to New York?
16 A.   Yes, to take the bags again, empty them
17 and hang them.
18 **Q.**   The used bags?
19 A.   They need it for the next day (English).
20 **Q.**   These would be the bags you would pick
21 up at the drop-off point --
22 A.   The bags, yeah (English).
23 **Q.**   -- from the drivers that day?
24 A.   Yeah (English).
25

[Page 43]

F. Hernandez

1 MR. MOSS:  I want you to wait
2 until he's done asking his question
3 before you answer.  The stenographer
4 can't get two voices at once.
5 THE WITNESS:  Okay (English).
6 **Q.**   If you were delivering eighty bags, say
7 a New York City run, how many bags would you
8 pickup on that route?
9 A.   Fifty or so.  Depend on the clients.
10 **Q.**   What do you mean?
11 By "depend on the clients," what does
12 that mean?
13 A.   The clients from Fresh Diet leave the
14 bags outside.
15 **Q.**   If they didn't leave them outside,
16 obviously, you couldn't return them, correct?
17 A.   Exactly, or they leave it with the --
18 depends on who was at the building or the
19 doorman.
20 **Q.**   Sometimes the client just would fail to
21 leave the bags for the delivery guy, so you
22 wouldn't have any bags to take back, correct?
23 A.   Yes (English).
24 **Q.**   When you would deliver and drop those
25

[Page 44]

F. Hernandez

1 bags back in Brooklyn, would you do that
2 after every run, after every day?
3 A.   Every day (English).
4 **Q.**   To your knowledge, would all the other
5 drivers do the same?
6 MR. MOSS:  Objection to the
7 extent it calls for conjecture, but you
8 can answer.
9 THE INTERPRETER:  Excuse me.  Do
10 you want me to translate, or they going
11 to continue without the translator
12 because they not allowing me to
13 translate?  Do they want to continue in
14 English, and if they need me, I can
15 address or what?
16 MR. MEYER:  I don't think it's
17 necessary.
18 THE INTERPRETER:  Excuse me?
19 MR. MEYER:  I don't think it's
20 necessary for a translator.
21 MR. MOSS:  Is there a question
22 pending?
23 **Q.**   The question is, to your knowledge --
24 MR. MOSS:  Answer the question,
25

[Page 45]

F. Hernandez

1 and then if we can go off the record,
2 we'll discuss whether or not we want to
3 continue with a translator.
4 **Q.**   To your knowledge, based upon speaking
5 with other drivers, do you know if those
6 drivers at the end of those routes would also
7 drop their bags off at the Brooklyn facility?
8 THE INTERPRETER:  Can you repeat
9 the question, please?
10 (Whereupon, the record was read
11 by the reporter.)
12 A.   Yes.
13 **Q.**   They would do this every day?
14 A.   Yes.
15 **Q.**   Were you ever notified by anyone who you
16 would call Manager or Supervisor that employees
17 or drivers, whatever you want to call them,
18 were not returning the bags at the end of the
19 day and that this is something that must be
20 done?
21 MR. MOSS:  I'm going to object
22 to the form.
23 You can answer.
24 A.   I was not a boss.
25

[Page 46]

F. Hernandez

1
2  **Q.**   That's not my question.
3       My question was, do you recall receiving
4  a notice from the companies that the drivers
5  were not dropping their bags at the end of
6  the day and that that must be done on a daily
7  basis?
8       MR. MOSS:  Same objection.
9       You can answer.
10  **A.**   The manager didn't request to return all
11  of the bags to all of the drivers.
12  **Q.**   The managers did or did not?
13  **A.**   Yes, he request, and he required.  Yes,
14  he did require.  Otherwise, we would be in
15  problem.  We would be in trouble.
16  **Q.**   My question remains the same.
17       Do you remember receiving a notice from
18  someone at the companies advising you that all
19  drivers were required to drop-off the bags at
20  the end of the day because the drivers were not
21  doing that?
22  **A.**   Yes.
23  **Q.**   When was that?
24  **A.**   I don't remember.
25  **Q.**   Mr. Hernandez, I'm going to show you

[Page 47]

F. Hernandez

1
2  what's marked, this was from your attorney's
3  production, as -- it's Bates stamped as
4  FD000101 (handing).
5       MR. MEYER:  I don't have copies,
6  I apologize.
7  **Q.**   If you could, take a look at that.  Once
8  you reviewed it, let me know.
9       Does that look familiar to you?
10  **A.**   Of course (English).
11  **Q.**   What is it?
12       Please, explain what it is.
13  **A.**   That's my route, the stops that I made,
14  and my deductible.  I made notes on the bottom
15  that I was missing, that I was lacking.
16  **Q.**   For what week is this?
17       What period of time are we talking
18  about?
19  **A.**   3/9 to 3/15/2012.
20  **Q.**   That's a full week, correct?
21  **A.**   Yes.
22  **Q.**   The days of the week are written down
23  the right-hand side of that page?
24  **A.**   Can you repeat the question?
25  **Q.**   There's a right-hand column there with

[Page 48]

F. Hernandez

1
2  words.
3       Is that your handwriting down this
4  column right here (indicating)?
5  **A.**   Yes.
6  **Q.**   That your handwriting?
7  **A.**   Yes (English).
8  **Q.**   That's in English, correct?
9  **A.**   Of course, yes.
10  **Q.**   Can you read off those days?
11  **A.**   Friday, Sunday, Monday, Tuesday,
12  Wednesday, and Thursday.
13  **Q.**   Is that six or seven days?
14  **A.**   Six days, but I want to explain to you
15  why seven days.
16  **Q.**   Feel free.
17  **A.**   The delivery on Friday, it was a double
18  delivery for the clients for Fresh Diet for the
19  next day, and they needed you to return the
20  empty bags.  We started on Friday, and we were
21  held on Saturday in the morning to return to
22  bags and hang them and to take out the ice
23  packs at the company, and that take time.
24  **Q.**   Did you make any deliveries, based upon
25  that sheet, on Saturday evening?

[Page 49]

F. Hernandez

1
2  **A.**   No, Friday night, but I always ended
3  like Saturday morning.
4  **Q.**   I asked about Saturday night.
5       Did you make any deliveries on Saturday
6  night?
7  **A.**   No Saturday night.
8  **Q.**   Did you ever make any deliveries on
9  Saturday nights?
10  **A.**   No.
11  **Q.**   So you only worked six days a week?
12       MR. MOSS:  Objection to the
13  form.
14       You can answer.
15  **A.**   You consider that six days a week
16  (English)?
17  **Q.**   Yes.
18  **A.**   That's not six days a week (English).
19  **Q.**   I don't see Saturday on there.
20  **A.**   You don't see Saturday because the
21  payroll is on -- you have to put the payroll on
22  Thursday, make the payroll.  But from my
23  understanding, you know, if I'm working on
24  Friday, right, and I have to make double
25  delivery for the clients on the next day, that

[Page 50]

F. Hernandez

1 means that I return back to work, so I'm saying
2 to the facility, to return the bags and hang
3 the bags and fill out the paper and do
4 paperwork that they need. And that's
5 considered another day, right (English)?
6 Q. How many shifts would you work in a
7 given week?
8 A. More than seventy hours.
9 Q. Would you make deliveries Monday night
10 into Tuesday morning?
11 A. Yes.
12 Q. Would you make deliveries on Tuesday
13 night into Wednesday morning?
14 A. Yes.
15 Q. Would you make deliveries on Wednesday
16 night into Thursday morning?
17 A. Yes.
18 Q. Would you make deliveries on Thursday
19 night into Friday morning?
20 A. Yes.
21 Q. That's four days, I think, as of right
22 now, correct?
23 That's four shifts?
24 A. But you missed Sunday (English).

[Page 51]

F. Hernandez

1 Q. I didn't ask you a question yet.
2 Did you make deliveries on Friday nights
3 into Saturday mornings?
4 A. Yes.
5 Q. Did you make deliveries on Saturday
6 nights into Sunday mornings?
7 A. No, no Saturdays.
8 Q. No Saturdays.
9 So there was a shift you didn't work?
10 MR. MOSS: Objection to the
11 form.
12 You can answer.
13 A. You consider that that's not working?
14 Q. I'm not getting into a semantics game
15 with you. I'm asking you if you worked six or
16 seven shifts a week.
17 MR. MOSS: Let's not badger the
18 witness. Okay?
19 MR. MEYER: I'm asking for an
20 honest answer and not a semantics game.
21 A. I'm being honest with you (English).
22 MR. MOSS: Don't engage either.
23 Okay?
24 THE WITNESS: I'm sorry.

[Page 52]

F. Hernandez

1 Q. If you give me an honest answer, we'll
2 move on past this.
3 A. For me, seven days.
4 Q. Let's back up again.
5 You said this is your record, correct?
6 A. Yes.
7 Q. When did you put this together?
8 A. Every time. Most of the times I had to
9 do a route.
10 Q. You would keep this contemporaneously or
11 at the same time as you were making your
12 deliveries?
13 A. Most of the time, yes, but sometimes no.
14 Q. When you say "sometimes no," would you
15 do it after, a couple weeks after?
16 A. All depends how I was feeling, and I
17 trusted the company.
18 Q. This is from a notebook, correct?
19 A. Yes.
20 Q. It has a spiral binding on it?
21 A. No. I don't understand.
22 Q. I'll show you another one.
23 It's marked 104, same thing, FD000104.
24 MR. MOSS: This is Exhibit 2?

[Page 53]

F. Hernandez

1 MR. MEYER: We'll call it 2.
2 I'm just showing him for reference
3 purposes. I'm not admitting them,
4 putting them in evidence.
5 MR. MOSS: Then it's not
6 Exhibit 2.
7 Q. Do you see the bottom right-hand side
8 where there's a spiral there?
9 Are these pages part of a notebook, or
10 are they individual loose pieces of paper?
11 A. Yes, for a notebook.
12 MR. MEYER: I call for the
13 production of the original notebook.
14 MR. MOSS: Please put your
15 requests in writing pursuant to the
16 Federal rules, and we will deal with it
17 accordingly.
18 Q. Did you put any of this together,
19 meaning this notebook and these notes that you
20 kept, after your employment with the companies
21 ended?
22 A. What do you mean, I ended?
23 Q. After when you said your last day was,
24 around July of 2012.

[Page 54]

F. Hernandez

1
2  A.    No.
3  Q.    You didn't make any of these notes after
4  July of 2012?
5  A.    No.
6  Q.    Let me show you this again. I'll show
7  the first one, 103. This is the first document
8  I showed you (handing).
9      Can you just explain to me what
10 information is on there?
11     What does each input mean?
12     Let's start with this line right here
13 (indicating).
14 A.    These are the hours.
15 Q.    The first column is the hours?
16 A.    Yes, that I worked.
17 Q.    Then there's an annotation. I think it
18 says "New York 5" or "New York --
19 A.    No, New York S (English).
20 Q.    New York S.
21     What is that?
22 A.    That's the code that the company have
23 for the route.
24 Q.    That's the route name, the code for the
25 route name?

[Page 55]

F. Hernandez

1
2  A.    Yes.
3  Q.    Then there's a number after that.
4      What is that number?
5  A.    That was the stop.
6  Q.    The number of deliveries you had to
7  make?
8  A.    On that day, on Friday, the route was
9  lower.
10 Q.    That's why it says forty and then stops.
11     There's sixty-seven stops? That's what
12 that means?
13 A.    We also had to sometime look for the key
14 for the clients. That was not included in the
15 stop. You have to go to get the key first.
16 Otherwise, they would fire us (Spanish). It
17 was always threats (English).
18 Q.    Then the last column is the day of week,
19 which you read off already.
20     Is this when the route would start or
21 when it would end?
22 A.    It ended Friday night but, they started
23 early Saturday morning.
24 Q.    When you say "Friday" on this, it means
25 you started on Friday and went into Saturday

[Page 56]

F. Hernandez

1
2  morning?
3  A.    We started Sunday.
4  Q.    We'll go to the next one where it says
5  Sunday NY S, which is New York S, that's the
6  route, sixty-seven stops; is that correct?
7      And then it says Sunday.
8      That means starting Sunday evening into
9  Monday morning you made sixty-seven stops?
10 A.    Yes.
11 Q.    You started on the Sunday?
12     That day started on a Sunday and rolled
13 over to a Monday?
14 A.    Yes, but we didn't start on Friday. We
15 didn't start on Friday.
16 Q.    Up here, you had started on Friday.
17     This one was a Friday (indicating).
18 A.    This is because there was not enough
19 space. I put it up there.
20 Q.    I'm not saying it went in that order.
21     These are all the days you worked
22 between March 9th and March 16th or 15th?
23 A.    Yes.
24 Q.    Whatever date is in this last column,
25 that means you started on that Friday between

[Page 57]

F. Hernandez

1
2  7:00 and 9:00 p.m., or that's when your bags
3  were ready was on a Friday night, and then you
4  would go until Saturday morning (indicating)?
5      MR. MOSS: Objection to the
6  form, but you can answer.
7  A.    Most of the time on a Friday because it
8  was less deliveries, the food was most of the
9  time ready.
10 Q.    That's just when the day would start
11 would be on Friday?
12 A.    No. We started on Sunday.
13 Q.    I'm not talking about the week. I'm
14 talking about any one of these (indicating).
15 Isolate one of these.
16     See, this one just says Tuesday
17 (indicating). Okay?
18     Would you start your day, on that
19 specific line, at Tuesday between 7:00 and
20 9:00 p.m. loading the bags into your car?
21     MR. MOSS: Objection.
22 Q.    I'm not saying start time.
23     I'm just saying loading the cars on a
24 Tuesday afternoon/evening, you would then
25 finish on a Wednesday?

[15] (Pages 54 to 57)

[Page 58]

1           F. Hernandez
2   A.   I don't understand.
3   Q.   What does the Tuesday mean there?
4   A.   Tuesday.
5   Q.   Is that when you would start work that
6   day?
7        Would you start on a Tuesday?
8   A.   It did not start on Tuesday.
9   Q.   You didn't work on a Tuesday?
10  A.   I work on Tuesday (English).
11  Q.   What time did you start work on Tuesday?
12  A.   I don't want to --
13       MR. MEYER:  I don't want to get
14       into a semantics game.  He knows exactly
15       what I'm saying.
16       MR. MOSS:  Okay.  Is there a
17       question pending?
18  Q.   The question is, isolate any one of
19  these.  It says Tuesday right here
20  (indicating).  Okay?
21       I'm not saying that's the day of the
22  week you started working, but on this day, you
23  ran the New York S route and made ninety-five
24  stops.
25       Did you start those ninety-five stops on

[Page 59]

1           F. Hernandez
2   Tuesday?
3   A.   Yes.
4   Q.   Thank you.  That's all I wanted.
5   A.   But I didn't start on a Tuesday.
6        MR. MOSS:  Let's take a break.
7        I'm going to speak with my client
8        outside.
9        MR. MEYER:  Please.
10       (Whereupon, a recess was taken
11       at this time.)
12  Q.   Let's change courses a little bit here.
13       I'm going to show you a couple of
14  documents, and again, it's just to confirm your
15  signature or your knowledge of certain
16  documents.
17       I'm going to show you what's titled a
18  verification which purportedly has your
19  signature on it (handing).
20       Is that your signature (indicating)?
21  A.   Yes.
22  Q.   Do you recall signing this document?
23  A.   I don't remember.
24       MR. MOSS:  Is this an exhibit,
25       Jeff?

[Page 60]

1           F. Hernandez
2        MR. MEYER:  We can call it
3   Exhibit 1.
4        Can we go off for a second?
5        (Whereupon, a discussion was
6   held off the record.)
7   Q.   Here's what we'll call Exhibit 4, which
8   is Plaintiff's interrogatory responses, and
9   Exhibit 5, which is Plaintiff's document
10  responses without the documents (handing).
11       MR. MEYER:  We can go off.
12       (Whereupon, a discussion was
13  held off the record.)
14  Q.   That is your signature, Mr. Hernandez?
15  A.   Yes (English).
16  Q.   Do you understand what that verification
17  says?
18  A.   Yes.
19       MR. MEYER:  I'll make copies,
20       and I'll e-mail them.  Everybody has
21       these already, but I'll e-mail them back
22       around.
23  Q.   I'm going to show you another now,
24  Mr. Hernandez, another affidavit, titled
25  "Affidavit of Plaintiff Fernando Hernandez in

[Page 61]

1           F. Hernandez
2   Support of Motion for Injunctive Relief
3   Retaliation".
4        If you could, just review that, and
5   confirm that's your signature on the last page
6   (handing).
7   A.   Yes.
8   Q.   Here's another affidavit titled
9   "Affidavit of Plaintiff Fernando Hernandez in
10  Support of Preliminary or Conditional
11  Collective Action Certification."
12       If you could, look at the document, and
13  just confirm that it's your signature on the
14  last page as well (handing).
15  A.   Yes.
16  Q.   With regard to both of the affidavits
17  you have in front of you, do you recall reading
18  these and signing these?
19  A.   Yes (English).
20  Q.   Finally, another affidavit entitled
21  "Affidavit of Fernando Hernandez in Support of
22  Plaintiff's Motion For Preliminary Class Action
23  Certification."
24       Can you just take a look at that, and
25  confirm that that's your signature as well

American Stenographic
Telephone:718-291-6600                    www.Americansteno.com

[Page 62]

1          F. Hernandez
2  (handing)?
3  A.    (Witness nods head.)
4  Q.    Is that a yes?
5  A.    Yes (English).
6  Q.    Thank you.
7  A.    You're welcome (English).
8  Q.    As part of your document production in
9  this case through your attorneys, documents
10 that you've produced that have been sent to us
11 as defense counsel, there were a number of gas
12 receipts or receipts for repairs to
13 automobiles.
14      Do you recall submitting those documents
15 to your attorneys for production?
16 A.    Yes.
17 Q.    Did you ever submit those receipts to
18 anyone at The Fresh Diet or Late Night Express?
19 A.    Not that I remember.  Not that I recall.
20 Q.    I guess this is just a sampling, but
21 there were also, what I'll call right now,
22 manifests that your attorneys produced.  This
23 starts with the Bates stamp of FD001609 and
24 runs through 1700.
25      If you could, take a look at those for a

[Page 63]

1          F. Hernandez
2  moment, and let me know if those look familiar
3  to you (handing).
4  A.    Yes.
5       MR. MOSS:  I just want the
6       record to reflect that this is
7       approximately one hundred documents, and
8       my client can't --
9       MR. MEYER:  We'll refer
10      specifically to the first page for now.
11      MR. MOSS:  He can't reasonably
12      look at all these right now.
13      MR. MEYER:  Understood.
14 Q.    You can keep those in front of you for
15 now.
16      You said, Mr. Hernandez, that those
17 documents look familiar to you, at least the
18 first one?
19 A.    Yes.
20 Q.    Just so we're clear, I think close to
21 1,200, I believe, documents similar to this
22 were produced by your counsel to us.  I'm not
23 asking you to review every one of them.
24      MR. MOSS:  I don't know the
25      number of documents produced either,

[Page 64]

1          F. Hernandez
2  so --
3       MR. MEYER:  Just roughly.
4  Q.    Do you have, Mr. Hernandez, this
5  document or any similar manifests in your
6  possession?
7  A.    Most of the copies, my lawyers have
8  them.  I have some a home from other days.
9  Q.    You said the other case?
10      THE INTERPRETER:  Other days.
11 Q.    Have you produced all the manifests to
12 your attorneys for production to us?
13 A.    Yes, most of them.  All of them.
14      MR. MEYER:  Please confirm that
15      we do have all of the manifests.
16      MR. MOSS:  I will.
17 Q.    Mr. Hernandez, the manifests you still
18 have in your possession, how did you obtain
19 those?
20 A.    I had them because if they expire --
21 when they ask for them, to take them to my
22 lawyers.  Maybe it's a couple of them.
23 Q.    Again, your attorneys and I will figure
24 out what ones have and haven't been produced.
25      In terms of how they ended up in your

[Page 65]

1          F. Hernandez
2  apartment in your possession, how did you come
3  to keep those, these documents?
4  A.    They were my personal copies.
5  Q.    Does the company still have a copy of
6  those?
7  A.    I don't know.  Most of the time, they
8  had it, but they throw it away.
9  Q.    How do you know the company threw them
10 away?
11 A.    Because most of the time, they did.
12 Q.    Who told you that?
13 A.    I saw it.
14 Q.    When?
15 A.    I don't remember.
16 Q.    Before or after you left the facility to
17 make your deliveries?
18 A.    Can you repeat the question?
19 Q.    Did you see the company or anybody from
20 the company throw them away, the manifests,
21 prior to you leaving to make your deliveries or
22 once you returned at the end of it?
23 A.    After I got there or the next day when I
24 saw my manager.
25 Q.    There were two copies of every one of

[17] (Pages 62 to 65)

[Page 66]

1              F. Hernandez
2   these manifests?
3        You kept one, and the company had one?
4              MR. MOSS:  Objection to the
5        form.
6              You can answer.
7   A.    I made the copies right there for my
8   own, and the assistant that he had provide me
9   one copy or another driver that help him a lot.
10  Q.   Let's back up.
11             MR. MEYER:  Can you repeat that
12       answer?
13             (Whereupon, the record was read
14       by the reporter.)
15  Q.   Another driver would give you these
16  copies, or you made the copies yourself?
17  A.    Sometimes I did it.  Sometimes the
18  assistant also did it for me or (Spanish) -- he
19  have another driver that help them a lot
20  (English).
21  Q.   Why would you make copies?
22  A.    For my own protection (English).
23  Q.   Protection for what?
24  A.    Because I see that it was not fair, what
25  he was doing to us (English).

[Page 67]

1              F. Hernandez
2   Q.   When did you start making copies of
3   these manifests?
4   A.    Whenever I could, but he asked me
5   afterward, but I always made my copies anyway
6   when I could, whenever I could, because I know
7   that they didn't give the important that they
8   supposed to because something or another thing
9   with the stop, and I also -- they took away
10  money from me, that's why.
11  Q.   Does it show money on there anywhere?
12       Is there any indication as to money on
13  these manifests?
14  A.    No.
15  Q.   The sum and substance of the manifests
16  are basically the client names, addresses, and
17  where to make the deliveries; is that correct?
18             MR. MOSS:  Objection to the
19       form.
20             You can answer.
21  A.    Can you repeat the question?
22  Q.   The substance of these manifests sitting
23  in front of you, the content, the info, is the
24  client names, their addresses, and where the
25  deliveries are supposed to be made; is that

[Page 68]

1              F. Hernandez
2   correct?
3   A.    Yes.
4              MR. MOSS:  Same objection.
5              You can answer.
6   A.    There's some instructions that they
7   didn't write down.
8   Q.   But there are some instructions on there
9   obviously?
10  A.    Yes.
11  Q.   Why would you keep lists of client
12  names, addresses, and delivery instructions for
13  your own protection?
14  A.    Because I did not consider the manager
15  of the company was being fair with me, and I
16  had to protect my interest, my own interest,
17  because he was taking away money.
18  Q.   What interest do you have in maintaining
19  names and addresses of the company's clients?
20             MR. MOSS:  Objection to the
21       form.
22  A.    I have no interest in the clients.  It
23  was my own protection as an employee.
24  Q.   What were you going to use these for?
25  A.    As proof of what's going on right now.

[Page 69]

1              F. Hernandez
2   Q.   If there's nothing else on there
3   substantively other than client names,
4   addresses, and delivery instructions, how would
5   that help you?
6              MR. MOSS:  Objection.
7              Don't answer that because it
8        calls for legal advice.
9   Q.   Why'd you keep them?
10             MR. MOSS:  You asked, and he
11       asked.
12             MR. MEYER:  He said for
13       protection.  I said for protection from
14       what, and he said to use them in the
15       future.
16  Q.   I want to know why you kept them.
17             MR. MOSS:  He said he wasn't
18       being treated fairly.  That was his
19       answer.
20             MR. MEYER:  To keep client names
21       and addresses?
22             MR. MOSS:  The record reflects
23       the answers.
24  Q.   Is there any other reason why you kept
25  these documents in your personal possession?

[Page 70]

F. Hernandez

1   A.   None. None. For my own.
2   Q.   The record may have stated it, but I
3   don't think it did.
4        When did you start keeping these
5   manifests?
6   A.   I don't remember. When I recently
7   started, for months, I didn't keep them. I
8   also didn't write it down in my notebook
9   because I trusted the company.
10  Q.   When did you start keeping that
11  handwritten notebook with your daily
12  deliveries?
13  A.   I don't remember. When I notice that
14  money was being missing.
15       They started with one payment, and one
16  month or two after they started, they changed
17  it, and I consider them was supposed to pay me
18  the same salary as all the employees that were
19  in the same route that I was (Spanish). They
20  didn't treat me fair (English).
21  Q.   Let me show you what we'll mark as, I
22  think, Exhibit 9.
23       MR. MOSS: I think it's 12
24  because of the --

[Page 71]

F. Hernandez

1        MR. MEYER: This was 9
2        (indicating).
3        I believe this is Bates stamped
4        as FD000493.
5   Q.   I'm going to show you, Mr. Hernandez,
6   what purports to be a 2010 1099 form (handing).
7        Does that look familiar to you?
8   A.   Supposedly. I lost my copy.
9   Q.   I think there was a copy that was
10  produced from your counsel as well. I think
11  you did provide it. I think it was 2010.
12       Either way, does that document look
13  familiar to you?
14  A.   Yeah.
15  Q.   Is that your name and address on that
16  document?
17  A.   Yes.
18  Q.   Do you see in this box, which is titled
19  "Non-Employee Compensation" (indicating)?
20       To the best of your knowledge, was that
21  your earnings from Late Night Express in 2010?
22  A.   Those were my earnings, yes.
23       When I started to work, he used to pay
24  me my check in another account's name.

[Page 72]

F. Hernandez

1   Q.   What other name?
2   A.   For example, on the employee that I
3   recommended for the job.
4   Q.   You're saying under oath right now that
5   all your earnings are not reflected on that
6   form?
7   A.   Yes (English).
8   Q.   You're saying all your 2010 earnings
9   from Late Night Express are not reflected on
10  that document?
11  A.   No, because when I started with some
12  type of money, they were paying me $4 per bag
13  for Brooklyn. When the next month, he start to
14  reduce it to $3 per delivery, and he said it to
15  me in my face.
16  Q.   We have two different things here.
17       You're saying there's a dispute about
18  your per bag rate, correct?
19  A.   (Witness nods head.)
20  Q.   Regardless of whether you challenged
21  what the number was, but what you actually took
22  home per check every week, when you added those
23  up, would it be that number?
24  A.   I never counted the checks at the end of

[Page 73]

F. Hernandez

1   the year.
2        Was it supposed to? This is what they
3   would pay me. This is what they would pay me.
4   Q.   When you got this form, on your 2010 tax
5   returns, did you report all of that income?
6        MR. MOSS: Objection.
7        Don't answer that.
8        MR. MEYER: What's the
9        objection?
10       MR. MOSS: This is a civil case.
11  I want him not to answer that.
12  Can we go off the record?
13       MR. MEYER: Let me finish the
14       question first, and then you let him
15       plead the Fifth.
16  Q.   Did you report that income as
17  non-employee compensation on your 2010 tax
18  return, or did you put it in the box for wages
19  on your 2010 tax return?
20       MR. MOSS: Objection.
21       I'm telling you not to answer
22       that question.
23       MR. MEYER: On what basis?
24       MR. MOSS: Can we go off the

[Page 74]

1          F. Hernandez
2    record?
3          MR. MEYER:  Let's go outside.
4          (Whereupon, a discussion was
5    held off the record.)
6    Q.    Mr. Hernandez, I'm now going to show you
7    what we'll call Exhibit 11 (handing).  It's two
8    copies of it, but it's a 2011 1099 form from
9    Late Night Express to you.
10        Is that your name and address on the
11   document?
12   A.    Yes (English).
13   Q.    Did you receive this document from Late
14   Night Express?
15   A.    Yes.
16         MR. MEYER:  I'm going to ask the
17   question, you're going to object, and
18   we'll go from there.
19   Q.    On your 2011 tax return, the number
20   that's indicated in box number seven entitled
21   "Non-Employee Compensation," did you report
22   that as wages, or did you report that as
23   non-employee compensation?
24         MR. MOSS:  Same objection.
25         Don't answer it.

[Page 75]

1          F. Hernandez
2          MR. MEYER:  That's fine.
3    Q.    Now I'm going to show you a 2012 1099
4    form from Late Night Express to you,
5    Mr. Hernandez.
6          Just confirm that that's your address
7    again (indicating).
8    A.    Yes.
9    Q.    With regard to the figure in box number
10   seven, do you recall in which box on your 2012
11   tax return that you included this in, being
12   either wages or non-employee compensation?  Do
13   you remember?
14         MR. MOSS:  Objection.  Same
15   objection.
16         Don't answer that.  Don't answer
17   anything.
18         MR. MEYER:  Let's go off the
19   record for a minute.
20         (Whereupon, a discussion was
21   held off the record.)
22         (Whereupon, a recess was taken
23   at this time.)
24         MR. MEYER:  I'm just going to
25   clarify, not the content of our

[Page 76]

1          F. Hernandez
2    discussion but what we're going to do
3    procedurally going forward in terms of
4    the tax returns.
5          Plaintiff's counsel and I had an
6    off-the-record discussion.  As defense
7    counsel, we're going to reserve the
8    right to continue Mr. Hernandez's
9    deposition on this issue of the tax
10   returns if necessary after further
11   discussion with Plaintiff's counsel.  We
12   reserve to right to continue this.
13         MR. MOSS:  I'm going to reserve
14   my right to object to it.
15         MR. MEYER:  I just want that
16   noted on the record, and we'll move
17   forward.
18         MR. MOSS:  Ditto.
19   Q.    Mr. Hernandez, you talked about multiple
20   threats or comments from managers that you or
21   other employees had received throughout the
22   course of your employment with the company.
23   You mentioned threats a couple times in terms
24   of returning bags.
25         What were some of the specific threats

[Page 77]

1          F. Hernandez
2    that were made to you in terms of your job?
3    A.    They always try to intimidate us every
4    day, either do your job or we going to fire
5    you, and many times, I was affected.  I was
6    mostly affected on that situation because some
7    reason they were not happy, the manager.
8    Q.    When did you start receiving these
9    threats?  I don't want to say threats.  The
10   intimidation.
11   A.    Intimidations are also threats to fire
12   me.
13   Q.    Was that soon after you started working
14   for the company?
15   A.    He used those terms with everyone, with
16   everybody.  I saw that since the beginning.
17   Then he started with me the same way.
18   Q.    How long ago?
19   A.    Almost all the time I was there.
20   Q.    The "he" that you're referring to is
21   who?
22   A.    I am referring to Syed Hussain.
23   Q.    You said there was intimidation and
24   threat of losing your job, or do your job or
25   you'll be fired.

F. Hernandez

1
2    Were there any other types of threats or
3    intimidation directed to you or other
4    employees?
5        What else did Syed say to you that you
6    thought was intimidating or threatening?
7    A.   If we did not finish on time.  If we
8    didn't bring the bags back.  If we didn't go to
9    work.  I had to go to -- they make me work even
10   sick.  Otherwise, they would fire me.  We did
11   not have the company to pack the bags.  For
12   everything, they try to do to fire you.
13   Q.   How many times did you report to work
14   sick but continue to work?
15   A.   A few times.
16   Q.   How long ago?
17       When was the first time?
18   A.   I don't remember.
19   Q.   2010?
20   A.   2010, 2011, 2012.
21   Q.   Let me ask you this.
22       Was Syed working for the company when
23   you started?
24   A.   Yes.
25   Q.   You started after him?

F. Hernandez

1
2    A.   Yes.
3    Q.   Were there any specific statements that
4    Syed made to you that you thought were
5    intimidating or threatening?
6    A.   He always threaten me.
7        And I ask him why they reduce my salary,
8    and he was taking money for my check for any
9    reason or any mistake, and every time, I
10   complain about my rights as a citizen, as a
11   human being, as an employee too.
12   Q.   When was the first time you complained
13   to Syed about your reduction in salary?
14   A.   Since the situation occurred, I talk to
15   him.
16   Q.   When was that?  Was it 2010?
17   A.   Since 2010.
18   Q.   You had spoken briefly about you thought
19   there was an issue about the rate per bag you
20   were supposed to receive, $4 versus $3.
21       MR. MOSS:  Objection to the
22   form.
23       You can answer.
24   Q.   When did that issue first come up?
25   A.   Since 2010, that was my problem with

F. Hernandez

1
2    him.  He didn't let me talk.  He didn't let us
3    talk with the bigger bosses.  Otherwise, we
4    would have problems.
5    Q.   Would it be fair to say that you and
6    Syed do not get along?
7        MR. MOSS:  Objection to the
8    form.
9    A.   I did get along with him.  I had nothing
10   personal with him (Spanish).
11       It wasn't fair what he was doing with me
12   and other employees too (English), but mostly,
13   for me.  He told me my face that he pay $4.
14   Then he was not paying to me $4, he was not.
15   $3 (Spanish).
16   Q.   $3 or $4 per bag, that's what you're
17   referring to?
18   A.   $3.
19   Q.   Per bag, that's what you're referring
20   to?
21   A.   Yeah (English).
22   Q.   Would it be fair to say you and Syed had
23   multiple conversations about the rate you
24   should have been paid?
25   A.   Yes.

F. Hernandez

1
2        He got upset, and he didn't speak to me
3    (Spanish).  Reducing my routes the next day, or
4    here, another driver, take -- take half of this
5    route (English).
6    Q.   This goes back to when you raised the
7    issue about the value of the bags, $4 versus
8    $3?
9        MR. MOSS:  Objection to the
10   form.
11       You can answer.
12       I apologize for cutting you off.
13   A.   When I first started, per bag and per
14   mile.  The driver will drive the miles.
15   Q.   As far back as 2010 really, when you
16   started, you and Syed have had an ongoing,
17   we'll call it a dispute, about the proper rate
18   you should be paid per bag?
19       MR. MOSS:  Objection to the
20   form.
21       You can answer.
22   A.   I never had any verbal or physical
23   dispute with him.
24   Q.   A disagreement.
25   A.   Yes, because he get upset (Spanish).

American Stenographic
Telephone:718-291-6600                    www.Americansteno.com

[Page 82]

F. Hernandez

1 He was avoiding to talk to me (English).
2
3 **Q.** You said as far back as 2010 he changed
4 your schedule as well or gave somebody else one
5 of your routes?
6 **A.** Yeah (English).
7 **Q.** That's happened --
8 **A.** That's happened a lot (English).
9 **Q.** Since 2010, it's happened multiple
10 times?
11 **A.** Yes.
12 He didn't do it only with me, but he did
13 it with other drivers too, but he was picking
14 apart me. I don't know why (English).
15 **Q.** Again, this is from the start of your
16 employment that you guys have had this back and
17 forth about changing routes because of the
18 dispute of the bag rate and whether or not
19 you're fairly compensated?
20 MR. MOSS: Objection to the
21 form.
22 You can answer.
23 **A.** There's a dispute that all of the
24 drivers had with him because of the miles and
25 expenses.

[Page 83]

F. Hernandez

1
2 **Q.** If there was one route that you had that
3 you would call yours that was your general
4 route, what was that?
5 **A.** Whichever he wanted.
6 For example, Route R, when you grow, the
7 route grow. He gave that to me until he wasn't
8 upset anymore.
9 **Q.** When you had the R Route, New York R?
10 **A.** New York R Route was more than six
11 months. I don't know (English).
12 **Q.** There was no route you had that was
13 consistently the same route?
14 You never had one that was consistent
15 throughout your employment?
16 **A.** It varies many times. Also, not only
17 that route. He also send me all the routes.
18 **Q.** I'm going to go back for a second to
19 when you said you would come in at 4:00 or so
20 and you would do the packing of the bags.
21 What percentage of your bags that you
22 were taking out for delivery that day would you
23 pack on your own?
24 MR. MOSS: Objection to the form
25 and to the extent it calls for

[Page 84]

F. Hernandez

1
2 speculation.
3 **A.** I don't remember. I did to help the
4 company because they forced us to do it.
5 **Q.** Was there ever a time when you would
6 show up to work and all your bags would already
7 be packed and you would just load them into
8 your car?
9 **A.** Yes.
10 **Q.** How often?
11 **A.** Don't remember.
12 **Q.** Two times a week?
13 **A.** Two or three times.
14 **Q.** Those two or three times a week --
15 MR. MOSS: Objection.
16 He didn't say a week.
17 MR. MEYER: I asked him how many
18 times a week, and he said two or three.
19 **A.** Two or three days.
20 You said week (English)?
21 **Q.** In any given week.
22 You're saying two or three times in the
23 course of your employment that your bags were
24 packed?
25 **A.** A week. A week. I'm saying days in the

[Page 85]

F. Hernandez

1
2 week (English).
3 **Q.** Up to half the days you would work in
4 the week, two to three days, your bags would be
5 packed already waiting for you, sitting there?
6 **A.** Yes, but most of the time, it was
7 something with the manifest, you know, not
8 accurate.
9 The company has some issues with the --
10 he had issues with the program, or there was
11 something always -- or a meeting to attend
12 (English).
13 **Q.** If these bags were packed and they'd be
14 packed somewhere between 7:00 and 9:00, right,
15 you wouldn't do anything?
16 MR. MOSS: Objection.
17 That was asked and answered.
18 **Q.** If you didn't pack any of these bags on
19 these two or three days a week when you didn't
20 have to pack anything, what time would those
21 bags be ready?
22 **A.** I had to stay there. I couldn't leave.
23 **Q.** That's not my question.
24 The question is, on the days, the two or
25 three days a week, when you did not pack any of

[Page 86]

F. Hernandez

1  the bags, what time would those bags be ready
2  for you?
3  A.    After 5:30 or 6:00 in the afternoon.
4  Q.    From 4:00 to 5:30 or 6:00, what would
5  you do?
6        MR. MOSS:  Objection.
7        That was asked and answered
8  already.
9        MR. MEYER:  Not between 4:00 and
10 5:30 or 6:00.
11       MR. MOSS:  He can answer it
12 again.
13       MR. MEYER:  When you did not
14 have to pack the bags, that's more
15 specific.
16 Q.    When you did not have to pack the bags
17 and the bags were ready for you, did you still
18 get to work at 4:00?
19 A.    Of course.  That's when we went in the
20 old kitchen.
21 Q.    What do you mean by the "old kitchen"?
22 A.    It was on Siegel Downtown, and they
23 transferred themselves to Baltic Street to a
24 bigger kitchen (English).

[Page 87]

F. Hernandez

1  Q.    Let's go back to Siegel, the old
2  location.
3        Bags are packed for you.  You don't have
4  to do any packing two to three days a week.
5  You're coming in at 4:00.  You're saying
6  the bags would be ready between 5:30 and 6:00.
7        What would you do between 4:00 and 5:30
8  or 6:00 at the old kitchen?
9  A.    I had to take out my manifest, check out
10 the food in order.
11       So then they send us over to the office.
12 They send us to look for a key for some of the
13 clients in Manhattan.
14 Q.    A key for what?
15 A.    To get into the building or the house.
16 Q.    Where you were making a delivery?
17 A.    In Manhattan.  Wherever they send me.
18 Wherever the route was.
19 Q.    The key would be to the location for
20 wherever you're making the delivery, wherever
21 it may be?
22 A.    Yes, so we wouldn't bother the clients.
23 Q.    If the bags were ready for you at 5:30
24 or 6:00, what time would you get on the road

[Page 88]

F. Hernandez

1  after you loaded up your car to start making
2  deliveries?
3  A.    When everything was in order, the
4  manifest.  Most of the time, it was not in
5  order, so you had to wait for a bag.  They
6  don't have a specific time.  Before 12:00.
7  Q.    Some point before midnight you'd be on
8  the road?
9  A.    Yeah (English).
10 Q.    For eight hours, approximately eight
11 hours potentially, you would review the
12 manifests, fix any bags that had issues, and
13 load your car; is that correct?
14 A.    I didn't get that (English).
15 Q.    You said you'd hopefully be on the road
16 before midnight, correct?
17 A.    Yes.
18 Q.    You were getting in at 4:00, correct?
19 A.    That was for only some time only.
20 Q.    What times were you getting into work at
21 4:00?
22 A.    More than eight months.
23 Q.    Was that the first eight months you
24 worked there?

[Page 89]

F. Hernandez

1  A.    I didn't get it (English).
2  Q.    You said for about eight months you got
3  in at 4:00.
4  A.    At 4:00 or maybe before (Spanish).
5        Because there was a meeting called by
6  the company, by Syed, report this time, you
7  know, we missing bags.  It was always an issue
8  (English).
9  Q.    When was this?
10       You said for an eight-month period you
11 would come in at 4:00.
12       Was it the beginning of your employment,
13 towards the end of your employment?
14 A.    Beginning of my employment (English).
15 Q.    After those four months were up --
16       And you started in April?
17       MR. MOSS:  It was eight months,
18 not four.
19       MR. MEYER:  I'm saying he
20 started in April.
21 Q.    For about eight months, you came in
22 around 4:00?
23 A.    4:00, or earlier (English).
24 Q.    That gets you almost into 2011.

[Page 90]

F. Hernandez

1
2  A.  Yeah.
3  Q.  What time would you come in when 2011
4  came around?
5  A.  Like at 5:00 or 6:00, no more than that.
6  Q.  Somewhere between 5:00 and 6:00, is that
7  your answer?
8  A.  He wanted to do a schedule.  Until he
9  wanted to do a schedule for the company.
10  Q.  That 4:00 starting time, was that at the
11  same time you were a substitute driver?
12  A.  Of course.
13  Q.  Connecticut was only a couple-week
14  period, but if you were in New Jersey or
15  Upstate, what time would you make your last
16  delivery?
17  A.  It depends on the situation (Spanish).
18  Whether condition, police officers up there.
19  It was pulling over, you know, because it's an
20  unrecognized vehicle coming to this
21  neighborhood, this town.  So it was a lot of
22  times that I got to wait for the clients to --
23  to open the door.  So there's no specific time
24  (English).
25  Q.  Before 5:00 in the morning?

[Page 91]

F. Hernandez

1
2  A.  After 5:00.
3  Q.  Wasn't it company policy that all
4  deliveries be made by 5:00?
5  A.  Not necessarily.
6  Q.  What was the latest you ever made a
7  delivery?
8  A.  Until 8:00 a.m.  It depend on the
9  circumstances.
10  Q.  Do you recall when that 8:00 time was?
11  A.  I don't remember (English).
12  Q.  Was there any special circumstance?
13  Was it a holiday or --
14  A.  No (English).
15  Q.  -- weather related?
16  A.  Weather related and other stuff
17  (English).
18  Q.  You don't know when that was?
19  A.  (Witness shakes head.)
20  Q.  Would your handwritten notebook reflect
21  that?
22  A.  I don't remember.  I don't know.
23  It was a lot of information that I
24  didn't put down, like I said, from the
25  beginning of my term when I first started

[Page 92]

F. Hernandez

1
2  working for Syed (English).
3  Q.  Did you keep that notebook from when you
4  started working, or was that --
5  A.  No.  That was later on when I see that
6  -- what was going on (English).
7  Q.  Once you started keeping that notebook,
8  did you keep it consistently until your job
9  ended?
10  A.  I missed weeks, and I have -- I missed,
11  you know, a lot of weeks too to put down, a
12  month (English).
13  Q.  Why would you keep it for certain weeks
14  but not others?
15  A.  I'm tired.  It was times that I didn't
16  have the roster (English).
17  Q.  What roster?
18  A.  The manifest.  I'm sorry (English).
19  Q.  With the client names and addresses?
20  We're talking about the same thing?
21  Is that the manifest you're talking
22  about?
23  A.  That's the manifest (English).
24  MR. MEYER:  Subject to the
25  reservation of rights to reopen him, I'm

[Page 93]

F. Hernandez

1
2  done.
3  MR. MOSS:  I have no questions.
4  MR. MEYER:  Thank you.
5  (Time Noted:  12:42 p.m.)
6
7
8      _____
9        FERNANDO HERNANDEZ
10  Subscribed and sworn to before me
11  this ___ day of _____, 2013.
12  _____
13  Notary Public
14
15
16
17
18
19
20
21
22
23
24
25

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

[Page 94]

```
 1
 2                    I N D E X
 3   WITNESS          EXAMINATION BY        PAGE
 4   Fernando Hernandez  Jeffery A. Meyer       4
 5
 6
 7                 E X H I B I T S
 8   DEFENDANT'S        DESCRIPTION        PAGE
 9   1     Notebook Bates stamped FD000103    4
10   2     Notebook Bates stamped FD000104    4
11   3     Verification            5
12   4     Plaintiff's interrogatory       5
13         responses
14   5     Plaintiff's responses to        5
15         Defendant's document requests
16   6     Retaliation affidavit       5
17   7     Collective affidavit        5
18   8     Class action affidavit      5
19   9     Manifests FD001609-1700         5
20   10    2010 1099 form          6
21   11    2011 1099 form          6
22   12    2012 1099 form          6
23         REQUESTS FOR PRODUCTION
24   DESCRIPTION            PAGE
25   Original notebook          51
```

[Page 95]

```
 1
 2            C E R T I F I C A T E
 3
 4       I, MELISSA KAHANE, hereby certify that
 5   the Examination Before Trial of
 6   FERNANDO HERNANDEZ was held before me on the
 7   17th day of September, 2013; that said witness
 8   was duly sworn before the commencement of his
 9   testimony; that the testimony was taken
10   stenographically by myself and then transcribed
11   by myself; that the party was represented by
12   counsel as appears herein;
13       That the within transcript is a true
14   record of the Examination Before Trial of said
15   witness;
16       That I am not connected by blood or
17   marriage with any of the parties; that I am not
18   interested directly or indirectly in the
19   outcome of this matter; that I am not in the
20   employ of any of the counsel.
21       IN WITNESS WHEREOF, I have hereunto set
22   my hand this 17th day of September, 2013.
23
24   _____
25       MELISSA KAHANE
```

[Page 96]

```
 1
 2            ERRATA SHEET
 3   PAGE/LINE          CORRECTION
 4   _____  _____
 5   _____  _____
 6   _____  _____
 7   _____  _____
 8   _____  _____
 9   _____  _____
10   _____  _____
11   _____  _____
12   _____  _____
13   _____  _____
14   _____  _____
15   _____  _____
16   _____  _____
17   _____  _____
18   _____  _____
19   _____  _____
20   _____  _____
21   _____  _____
22   _____  _____
23   _____  _____
24   _____  _____
25   _____  _____
```

**A**

ability 8:5
absolute 20:25
account's 71:25
accurate 85:8
accurately 4:5
ACKLIN 1:4
action 5:20
  61:11,22 94:18
added 72:23
additional 12:4
  33:16
address 6:15
  44:16 71:16
  74:10 75:6
addresses 67:16
  67:24 68:12,19
  69:4,21 92:19
administer 3:15
admitting 53:4
advice 69:8
advising 46:18
affidavit 5:14,17
  5:21 60:24,25
  61:8,9,20,21
  94:16,17,18
affidavits 61:16
afternoon 6:19
  6:20 20:23
  23:7 86:4
afternoon/eve...
  57:24
afterward 67:5
ago 77:18 78:16
AGREED 3:3,8
  3:12
Albany 18:14
ALC 1:8
alcohol 8:8
allow 41:4
allowing 44:13
alongside 23:22
AMERICAN
  1:23
annotation
  54:17
answer 7:20

11:17,25 12:21
22:9,23 23:17
24:12 25:19
27:5,11,12
28:23 39:2
43:4 44:9,25
45:24 46:9
49:14 51:13,21
52:2 57:6 66:6
66:12 67:20
68:5 69:7,19
73:8,12,22
74:25 75:16,16
79:23 81:11,21
82:22 86:12
90:7
answered 11:24
  23:13,18 24:19
  25:24,25 28:20
  28:21 85:17
  86:8
answers 4:7
  69:23
anybody 65:19
anymore 83:8
anyway 67:5
apart 82:14
apartment 6:17
  65:2
apologize 47:6
  81:12
appears 95:12
application 9:7
approve 9:24
  10:14
approved 10:13
approximately
  8:17 11:3 18:5
  19:13 32:5,23
  33:25 40:23
  41:17,18 63:7
  88:11
April 12:9 14:11
  27:17 89:17,21
asked 6:24 7:13
  7:19 12:2
  24:19,21 25:4

25:24,25 28:3
28:20,21 49:4
67:4 69:10,11
84:17 85:17
86:8
asking 7:3 43:3
  51:16,20 63:23
assign 20:15
  42:4
assigned 19:7
  34:22
assistant 66:8,18
attend 85:11
Attorney 2:3
attorneys 2:8 3:4
  62:9,15,22
  64:12,23
attorney's 47:2
authorized 3:14
automobiles
  62:13
average 32:3
  40:22
avoiding 82:2
a.m 1:21 41:4
  91:8
a/k/a 1:11

**B**

B 4:2 94:7
back 13:18
  17:11,12,16
  26:8 41:12
  42:16 43:23
  44:2 50:2 52:5
  60:21 66:10
  78:8 81:6,15
  82:3,16 83:18
  87:2
backseat 32:8
badger 51:18
bag 33:15 38:5,9
  39:6 72:13,19
  79:19 80:16,19
  81:13,18 82:18
  88:6
bags 17:16 32:3

32:5,12,16,17
32:22,25 33:3
33:13,22,24
34:2,4,13 35:5
35:24 36:2,20
38:23 39:5,7,9
39:11,14,18,22
39:24,25 40:8
40:13,15,16,18
40:20,21 41:15
41:18 42:7,17
42:19,21,23
43:7,8,15,22
43:23 44:2
45:8,19 46:5
46:11,19 48:20
48:22 50:3,4
57:2,20 76:24
78:8,11 81:7
83:20,21 84:6
84:23 85:4,13
85:18,21 86:2
86:2,15,17,18
87:4,7,24
88:13 89:8
Baltic 86:24
Baltimore 15:15
  16:8,22 17:5
  17:11,12 20:22
  31:3 41:13,25
  42:11,12,14,16
Baltimore/Phi...
  42:8
based 45:5 48:24
basically 41:2
  67:16
basis 21:25 46:7
  73:24
Bates 4:17,21
  47:3 62:23
  71:4 94:9,10
BEATRICE
  2:14
beginning 26:12
  26:17 28:10
  77:16 89:13,15
  91:25

Behalf 1:5
believe 6:25 8:18
  63:21 71:4
benefits 10:4
  11:4
best 71:21
bigger 80:3
  86:25
binding 52:21
bit 41:5 59:12
biweekly 12:11
blood 95:16
boroughs 31:5,5
  33:24 34:23
boss 45:25
bosses 80:3
Boston 15:15
  16:5,6,14,15
  16:16,18,20
bother 87:23
bottom 47:14
  53:8
Boulevard 1:23
box 21:12 24:16
  71:19 73:19
  74:20 75:9,10
boxes 33:5,7,8
  33:10,11
break 7:16,20
  41:8 59:6
BRIAN 2:5
briefly 79:18
bring 14:4 16:19
  78:8
Brooklyn 6:18
  17:17 19:17,20
  20:13,14 30:16
  33:20 42:7
  44:2 45:8
  72:14
BRYANT 1:4
building 14:7
  15:7 20:17
  30:15,16 43:19
  87:16

**C**

**C** 2:2 4:2 95:2,2
**call** 13:15 14:13
  19:23 25:14
  30:16 45:17,18
  53:2,13 60:2,7
  62:21 74:7
  81:17 83:3
**called** 4:2 28:15
  89:6
**calls** 38:12 44:8
  69:8 83:25
**car** 32:7,13,16
  32:21 33:4
  34:4,13 38:10
  39:12,12,13,19
  39:23 40:3,13
  57:20 84:8
  88:2,14
**careful** 32:17
  40:6
**cars** 57:23
**Carter** 6:25
**case** 6:23 62:9
  64:9 73:11
**CATERING**
  1:11,12
**CECILIA** 1:4
**central** 42:2
**certain** 29:11
  59:15 92:13
**certification** 3:6
  61:11,23
**certify** 95:4
**challenged**
  72:21
**change** 59:12
**changed** 70:17
  82:3
**changing** 82:17
**charge** 40:11
**check** 12:10 13:5
  13:7,9 32:18
  71:25 72:23
  79:8 87:10
**checks** 72:25
**CHOW** 1:3
**Christmas** 29:25

30:2,4,6
**circumstance**
  91:12
**circumstances**
  41:6 91:9
**citizen** 79:10
**City** 34:12 39:23
  43:8
**civil** 73:11
**clarify** 24:7
  75:25
**Class** 5:20 61:22
  94:18
**clear** 63:20
**client** 14:4 43:21
  59:7 63:8
  67:16,24 68:11
  69:3,20 92:19
**clients** 32:19
  43:10,12,14
  48:18 49:25
  55:14 68:19,22
  87:14,23 90:22
**close** 18:12
  63:20
**code** 54:22,24
**collect** 9:2,16
**collected** 8:22
  9:11
**collecting** 8:24
  9:8,21 10:4,24
  11:4
**Collective** 5:17
  61:11 94:17
**column** 47:25
  48:4 54:15
  55:18 56:24
**come** 17:15 65:2
  79:24 83:19
  89:12 90:3
**comes** 38:8,21
  39:8
**coming** 37:15
  38:22 87:6
  90:20
**commenced** 7:5
**commencement**

95:8
**comments** 76:20
**common** 35:2
**companies** 16:2
  17:21 21:24
  46:4,18 53:21
**company** 11:22
  13:22 14:13
  18:3 20:2
  27:15 29:3,10
  29:16 41:2
  48:23 52:18
  54:22 65:5,9
  65:19,20 66:3
  68:15 70:10
  76:22 77:14
  78:11,22 84:4
  85:9 89:7 90:9
  91:3
**company's**
  12:13 68:19
**compensated**
  82:19
**compensation**
  71:20 73:18
  74:21,23 75:12
**complain** 79:10
**complained**
  79:12
**condition** 90:18
**Conditional**
  61:10
**confirm** 59:14
  61:5,13,25
  64:14 75:6
**conjecture** 44:8
**connected** 95:16
**Connecticut**
  18:12,16,17
  19:4 30:18
  31:2,9,11,12
  31:13,16 90:13
**consider** 49:15
  51:14 68:14
  70:18
**considered** 50:6
**consistent** 83:14

**consistently**
  83:13 92:8
**container** 36:11
  37:2,16 38:4
**containers** 35:24
  36:19
**contemporane...**
  52:11
**content** 67:23
  75:25
**continue** 44:12
  44:14 45:4
  76:8,12 78:14
**continued** 17:15
**conversations**
  80:23
**cooked** 35:4,19
  36:3,4,9 37:6
  38:3,8
**copies** 47:5
  60:19 64:7
  65:4,25 66:7
  66:16,16,21
  67:2,5 74:8
**copy** 65:5 66:9
  71:9,10
**CORP** 1:10,12
**correct** 11:14
  13:4,8 17:13
  17:17 20:8
  22:7,11 26:18
  29:5,17 31:7
  31:21 33:17
  35:2,14,19
  36:13,21 37:9
  37:12,20,25
  38:5 40:4,16
  43:17,23 47:20
  48:8 50:23
  52:6,19 56:6
  67:17 68:2
  72:19 88:14,17
  88:19
**CORRECTION**
  96:3
**counsel** 62:11
  63:22 71:11

76:5,7,11
  95:12,20
**counted** 72:25
**couple** 15:22
  21:19 41:14
  52:16 59:13
  64:22 76:23
**couple-week**
  90:13
**Courier** 1:10
  12:15,17 13:8
**couriering** 15:22
**course** 9:7,24
  18:9 26:5 29:6
  32:14 33:18
  36:6 47:10
  48:9 76:22
  84:23 86:20
  90:12
**courses** 59:12
**Court** 1:1 3:17
**cover** 14:24
  18:11 37:18
**covering** 28:5
**Crossways** 2:9
**currently** 8:11
**cutting** 81:12
**CV** 1:8

-----
**D**
**D** 4:2,10,10 94:2
**daily** 21:24 46:6
  70:12
**date** 4:20,24 5:3
  5:7,12,16,19
  5:23 6:3,6,9,12
  10:10 56:24
**DAVID** 1:4
**day** 8:15 9:18
  14:6,25 16:17
  16:19 17:9
  19:15,16 25:11
  25:23 26:3,14
  27:22 28:3
  29:6,15,18,20
  29:23,24 37:11
  39:10 42:20,24

44:3,4 45:14
45:20 46:6,20
48:19 49:25
50:6 53:24
55:8,18 56:12
57:10,18 58:6
58:21,22 65:23
77:4 81:3
83:22 93:11
95:7,22
**days** 26:2,3,4,6
26:10,20,23
27:8,13 28:18
28:24 29:4,8
29:11 47:22
48:10,13,14,15
49:11,15,18
50:22 52:4
56:21 64:8,10
84:19,25 85:3
85:4,19,24,25
87:5
**deal** 53:17
**deductible** 47:14
**Defendant** 1:17
**defendants** 1:14
2:8 13:16
**Defendant's**
4:19,23 5:2,6,9
5:10,14,18,21
5:25 6:5,8,11
94:8,15
**defense** 62:11
76:6
**deliver** 24:25
36:21 40:21
41:24 43:25
**delivered** 21:13
**deliveries** 15:17
16:3,5,7,13,14
16:19 29:16,19
29:24 30:3,11
39:24 41:3
48:24 49:5,8
50:10,13,16,19
51:3,6 52:13
55:6 57:8

65:17,21 67:17
67:25 70:13
88:3 91:4
**delivering** 43:7
**delivery** 29:11
43:22 48:17,18
49:25 68:12
69:4 72:15
83:22 87:17,21
90:16 91:7
**depend** 31:25
40:17 41:5
43:10,12 91:8
**depends** 30:24
39:4,16 40:5
43:19 52:17
90:17
**deposition** 3:13
8:6 76:9
**DESCRIPTION**
94:8,24
**Diet** 1:9,10,10,11
1:12 7:5 8:14
8:16 9:6 10:3,7
10:11 11:9,13
12:8 13:6,10
13:12,17 14:5
21:12 36:16
43:14 48:18
62:18
**different** 22:25
23:3 24:20
28:14 72:17
**directed** 78:3
**directly** 95:18
**disagreement**
81:24 83:11
**discuss** 45:3
**discussion** 60:5
60:12 74:4
75:20 76:2,6
76:11
**dispute** 72:18
81:17,23 82:18
82:23
**DISTRICT** 1:1
1:2

**Ditto** 76:18
**document** 5:9
54:7 59:22
60:9 61:12
62:8 64:5
71:13,17 72:11
74:11,13 94:15
**documents**
59:14,16 60:10
62:9,14 63:7
63:17,21,25
65:3 69:25
**doing** 21:4 22:15
22:17,20,20
23:10,19,20,20
24:2,3 30:25
46:21 66:25
80:11
**Dolowich** 1:18
2:8
**door** 90:23
**doorman** 43:20
**double** 48:17
49:24
**Downtown**
86:23
**Dr** 2:9
**drive** 42:16
81:14
**driver** 13:22
14:2,3,18,21
14:23 24:25
26:18,24 27:15
27:23 28:15,16
28:17 66:9,15
66:19 81:4,14
90:11
**drivers** 42:5,24
44:6 45:6,7,18
46:4,11,19,20
82:13,24
**driving** 31:10
**drop** 42:2 43:25
45:8
**dropping** 46:5
**drop-off** 42:15
42:22 46:19

**drugs** 8:7,7
**DUCHMAN**
1:13
**duly** 4:3,11 95:8
**duration** 15:25
**d/b/a** 1:11

**E**
**E** 2:2,2 4:2,2,2
4:10,10,10
94:2,7 95:2,2
**earlier** 20:20
89:24
**earliest** 21:2
**early** 8:21 9:19
23:5 29:24
30:13,14,21,22
55:23
**earning** 12:25
**earnings** 11:21
13:11 71:22,23
72:6,9
**effect** 3:16 42:6
**eight** 88:11,11
88:23,24 89:3
89:18,22
**eighty** 34:2,4,13
39:22,24,24
40:13,15,18,20
40:21 41:18,20
43:7
**eight-month**
89:11
**either** 51:23
63:25 71:13
75:12 77:4
**employ** 95:20
**employed** 8:11
**employee** 68:23
72:3 79:11
**employees** 22:25
36:16,17 37:24
45:17 70:19
76:21 78:4
80:12
**employer** 8:13
12:17

**employment**
11:22 15:25
16:12 53:21
76:22 82:16
83:15 84:23
89:13,14,15
**empty** 42:17
48:20
**ended** 11:9,13
49:2 53:22,23
55:22 64:25
92:9
**endurance** 7:17
**engage** 51:23
**English** 4:7,8
16:18 17:25
18:5 19:25
20:4 23:18,21
23:25 25:22
27:5 28:7
31:19,22 33:8
34:24 36:12,14
36:18 38:17
41:23 42:10,20
42:23,25 43:6
43:24 44:4,15
47:10 48:7,8
49:16,18 50:6
50:25 51:22
54:19 55:17
58:10 60:15
61:19 62:5,7
66:20,22,25
70:21 72:8
74:12 80:12,21
81:5 82:2,6,8
82:14 83:11
84:20 85:2,12
86:25 88:10,15
89:2,9,15,24
90:24 91:11,14
91:17 92:2,6
92:12,16,18,23
**entirety** 16:12
**entities** 13:21
**entitled** 61:20
74:20

**entity** 13:3,19
**ERRATA** 96:2
**ESQ** 2:5,10
**estimate** 41:21
**Eve** 30:6,8
**evening** 48:25
  56:8
**everybody** 60:20
  77:16
**evidence** 53:5
**exactly** 43:18
  58:14
**Examination**
  1:15 4:15 94:3
  95:5,14
**examined** 4:13
**example** 72:3
  83:6
**excluding** 31:3,4
**Excuse** 26:25
  44:10,19
**exhibit** 4:19,23
  5:2,6,11,15,18
  5:22 6:2,5,8,11
  52:25 53:7
  59:24 60:3,7,9
  70:23 74:7
**expenses** 82:25
**expire** 64:20
**explain** 13:25
  47:12 48:14
  54:9
**Express** 1:9,10
  1:12 7:6 12:16
  12:17,23 13:7
  62:18 71:22
  72:10 74:9,14
  75:4
**Express/Fresh**
  13:17
**extension** 11:5,6
**extent** 44:8
  83:25
**e-mail** 60:20,21

---
**F**
---

**F** 4:10 5:1 6:1

7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
95:2
**face** 72:16 80:13
**facility** 30:19
  42:7 45:8 50:3
  65:16
**fail** 43:21
**fair** 8:3 66:24
  68:15 70:21
  80:5,11,22
**fairly** 69:18
  82:19
**faithfully** 4:5
**familiar** 47:9
  63:2,17 71:8
  71:14
**far** 81:15 82:3
**fast** 24:3
**Fax-718-291-6...**

1:25
**FD000101** 47:4
**FD000103** 4:18
  94:9
**FD000104** 4:22
  52:24 94:10
**FD000493** 71:5
**FD001609** 62:23
**FD001609-1700**
  5:25 94:19
**February** 9:15
  9:15,16,22
  10:2,14,19
**Federal** 53:17
**Feel** 48:16
**feeling** 52:17
**Fernando** 1:3,16
  6:14 60:25
  61:9,21 93:8
  94:4 95:6
**Fifth** 73:16
**Fifty** 43:10
**figure** 64:23
  75:9
**FILE** 2:11
**filing** 3:5
**fill** 50:4
**Finally** 61:20
**fine** 75:2
**finish** 23:24
  34:16 35:22
  41:5 57:25
  73:14 78:7
**finished** 36:3
  40:6
**fire** 40:11 55:16
  77:4,11 78:10
  78:12
**fired** 77:25
**FIRM** 2:3
**first** 4:11 15:11
  42:11,13 54:7
  54:7,15 55:15
  63:10,18 73:15
  78:17 79:12,24
  81:13 88:24
  91:25

**fitting** 40:15
**five** 27:13 31:5
  40:23,24
**fix** 88:13
**FL** 1:10,11,11,12
  1:12
**follows** 4:14
**food** 14:4 21:6,7
  21:9,10,11,18
  21:22 22:4,6
  22:14 23:8,11
  23:23 24:13,17
  24:22,24,25
  25:17 30:21,22
  30:23 31:24
  34:14,18,25
  35:4,11,12,16
  36:23 37:5
  38:3,7,20 39:6
  39:8 57:8
  87:11
**food's** 36:3,8,24
  39:25
**force** 3:15 23:7
**forced** 25:5 84:4
**form** 3:9 6:4,7
  6:10 11:16
  12:20 22:9,23
  23:16 24:5,9
  45:23 49:13
  51:12 57:6
  66:5 67:19
  68:21 71:7
  72:7 73:5 74:8
  75:4 79:22
  80:8 81:10,20
  82:21 83:24
  94:20,21,22
**format** 7:13
**forth** 13:19
  82:17
**forty** 32:5,16,21
  32:24 33:21
  34:2 55:10
**forward** 76:3,17
**four** 21:21 27:13
  34:9,11 40:2

50:22,24 89:16
89:19
**free** 48:16
**Fresh** 1:9,10,10
  1:11,12 7:5
  8:14,16 9:6
  10:3,6,11 11:9
  11:12 12:7
  13:5,9,12 14:5
  21:12 36:16
  43:14 48:18
  62:18
**Friday** 48:11,17
  48:20 49:2,24
  50:20 51:3
  55:8,22,24,25
  56:14,15,16,17
  56:25 57:3,7
  57:11
**front** 32:10
  61:17 63:14
  67:23
**full** 47:20
**full-time** 28:15
**further** 3:8,12
  20:19 76:10
**future** 69:15

---
**G**
---

**game** 51:15,21
  58:14
**gas** 62:11
**general** 83:3
**generally** 35:11
**getting** 18:12,14
  51:15 88:19,21
**give** 15:4 52:2
  66:15 67:7
**given** 4:7 50:8
  84:21
**go** 1:11 14:9
  16:22 28:25
  33:23 35:24
  39:11,14 41:12
  42:11 45:2
  55:15 56:4
  57:4 60:4,11

73:13,25 74:3
74:18 75:18
78:8,9 83:18
87:2
**goes** 81:6
**going** 7:3 15:14
38:11 40:15
44:11 45:22
46:25 59:7,13
59:17 60:23
68:24,25 71:6
74:6,16,17
75:3,24 76:2,3
76:7,13 77:4
83:18 92:6
**Gonzo** 1:18 2:8
**good** 6:19,20
8:10 41:20
**GRAB** 1:11
**ground** 7:10
**grow** 83:6,7
**guess** 62:20
**guy** 43:22
**guys** 82:16
**GUZMAN** 1:5

**H**

**H** 4:10 94:7
**half** 18:4,5 19:25
20:3,7,10
26:10 34:11
40:2,24 81:4
85:3
**hand** 95:22
**handing** 47:4
54:8 59:19
60:10 61:6,14
62:2 63:3 71:7
74:7
**handle** 19:22
30:17
**handwriting**
48:3,6
**handwritten**
70:12 91:20
**hang** 42:18
48:22 50:3

**happened** 82:7,8
82:9
**happy** 77:7
**HARMAN** 2:3
**head** 62:3 72:20
91:19
**hearing** 6:23
**held** 1:17 48:21
60:6,13 74:5
75:21 95:6
**help** 21:5,19
66:9,19 69:5
84:3
**helping** 21:7
**hereunto** 95:21
**Hernandez** 1:3
1:16 5:1 6:1,14
6:21 7:1 8:1,4
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1,25
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1,14
60:24,25 61:1
61:9,21 62:1
63:1,16 64:1,4
64:17 65:1
66:1 67:1 68:1
69:1 70:1 71:1
71:6 72:1 73:1
74:1,6 75:1,5
76:1,19 77:1
78:1 79:1 80:1
81:1 82:1 83:1

84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1,8 94:4
95:6
**Hernandez's**
76:8
**Hold** 9:3
**HOLDINGS**
1:11
**holiday** 29:12
91:13
**holidays** 30:10
**home** 64:8 72:23
**homes** 41:24
**honest** 51:21,22
52:2
**hopefully** 88:16
**hour** 33:3
**hours** 32:23,24
34:6,8,9,11
40:2,24,24
50:9 54:14,15
88:11,12
**house** 87:16
**human** 79:11
**hundred** 41:19
41:20,22 63:7
**Hussain** 1:12
25:8 77:22

**I**

**ice** 48:22
**identification**
4:20,24 5:3,7
5:11,15,19,22
6:2,6,9,12
**important** 67:7
**included** 55:14
75:11
**income** 10:20,21
12:4,6,6 73:6
73:17
**Index** 1:8
**indicated** 74:20
**indicating** 48:4
54:13 56:17

57:4,14,17
58:20 59:20
71:3,20 75:7
**indication** 67:12
**indirectly** 95:18
**individual** 53:11
**Individually** 1:5
1:12,13,13
**info** 67:23
**information**
54:10 91:23
**inhibit** 8:5
**Injunctive** 61:2
**input** 54:11
**inside** 21:11
**instructions**
68:6,8,12 69:4
**insurance** 8:22
8:25 9:9,12,22
10:25
**interest** 68:16,16
68:18,22
**interested** 95:18
**interpreter** 2:14
4:3,13 11:11
22:18 26:25
33:9,12 44:10
44:19 45:9
64:10
**interrogatory**
5:5 60:8 94:12
**intimidate** 77:3
**intimidating**
78:6 79:5
**intimidation**
77:10,23 78:3
**Intimidations**
77:11
**Island** 19:21
20:12 31:4
33:20
**isolate** 57:15
58:18
**issue** 76:9 79:19
79:24 81:7
89:8
**issues** 85:9,10

88:13

**J**

**JACKSON** 1:4,4
**Jamaica** 1:24
**Jeff** 6:21 59:25
**Jeffery** 2:10
94:4
**Jersey** 15:16
18:13 19:8,10
20:6 30:25
31:11 32:4
90:14
**Jersey/Upstate**
31:18
**JLC** 1:8
**job** 9:15 13:15
13:20,25 22:6
22:19 24:3,24
25:6 42:9 72:4
77:2,4,24,24
92:8
**JUANY** 1:5
**JUDAH** 1:13
**Judge** 6:25
**July** 8:18,21 9:3
9:4,14,16,19
9:25 10:2,11
10:19 11:13
27:19,20,22
28:3,4,5,7
30:12 53:25
54:4
**June** 9:4

**K**

**KAHANE** 95:4
95:25
**Kaufman** 1:18
2:8
**keep** 52:11
63:14 65:3
68:11 69:9,20
70:8 92:3,8,13
**keeping** 70:5,11
92:7
**KENNETH** 1:3

kept 53:21 66:3
  69:16,24
key 55:13,15
  87:13,15,20
kitchen 21:16
  23:24 35:15
  36:8,17 37:3,6
  37:25 39:8
  86:21,22,25
  87:9
know 7:17 11:7
  15:5 18:21
  23:24 27:21
  34:22 38:7,18
  38:19 39:3,3
  45:6 47:8
  49:23 63:2,24
  65:7,9 67:6
  69:16 82:14
  83:11 85:7
  89:8 90:19
  91:18,22 92:11
knowledge 44:5
  44:24 45:5
  59:15 71:21
knows 38:14,15
  58:14

## L

L 3:2
lacking 47:15
Languages 2:15
late 1:9 7:5
  12:15,16,16,23
  13:7,16 34:19
  62:18 71:22
  72:10 74:9,13
  75:4
latest 91:6
LATTIMORE
  1:5
lawsuit 7:4
lawyers 64:7,22
leave 15:6 17:17
  20:7 23:8
  30:15,19 31:6
  31:16,17 43:14

43:16,18,22
  85:22
leaving 65:21
left 31:23 65:16
legal 69:8
let's 14:11 51:18
  52:5 54:12
  59:6,12 66:10
  74:3 75:18
  87:2
lid 37:17
line 54:12 57:19
lists 68:11
literally 37:7
little 41:5 59:12
LLC 1:23
LLP 1:19 2:8
load 84:7 88:14
loaded 39:13,19
  39:22 88:2
loading 57:20,23
location 42:3
  87:3,20
long 11:6 19:20
  19:22 20:12
  27:14 31:4
  32:15,20 33:20
  34:3,5 40:20
  77:18 78:16
longer 28:13
look 47:7,9
  55:13 61:12,24
  62:25 63:2,12
  63:17 71:8,13
  87:13
looked 26:8
loop 16:24 17:10
  18:7
loose 53:11
lose 25:6
losing 77:24
lost 9:15 71:9
lot 40:16 66:9,19
  82:8 90:21
  91:23 92:11
lower 55:9

## M

M 2:5
machine 38:22
maintaining
  68:18
making 52:12
  67:2 87:17,21
  88:2
manager 25:4
  41:4 45:17
  46:10 65:24
  68:14 77:7
managers 46:12
  76:20
Manhattan
  19:18,20 33:20
  34:23 87:14,18
manifest 26:9
  32:18 85:7
  87:10 88:5
  92:18,21,23
manifests 5:24
  21:14 62:22
  64:5,11,15,17
  65:20 66:2
  67:3,13,15,22
  70:6 88:13
  94:19
marathon 7:18
March 56:22,22
mark 70:22
marked 4:18,22
  5:2,5,10,14,18
  5:21,25 6:5,8
  6:11 47:2
  52:24
MARQUIS 1:4
marriage 95:17
matter 4:3 30:18
  33:21 95:19
meal 15:10
  23:25
meals 14:7 15:5
  15:8 20:18,19
  20:22 21:3
  24:13,15
mean 14:20 17:3

21:8,10 23:3
  33:7 35:23
  43:11,13 53:23
  54:11 58:3
  86:22
meaning 53:20
means 50:2
  55:12,24 56:8
  56:25
meant 33:13
meeting 42:7
  85:11 89:6
MELISSA 95:4
  95:25
mention 16:20
  33:8
mentioned 76:23
menu 21:15
menus 21:12,14
met 6:22
Metro 31:5
Metropolitan
  19:18,23 20:11
Meyer 2:10 4:16
  6:21 8:3 12:2
  23:13 24:7,20
  25:18 27:4
  28:22 33:11
  38:14 41:9
  44:17,20 47:5
  51:20 53:2,13
  58:13 59:9
  60:2,11,19
  63:9,13 64:3
  64:14 66:11
  69:12,20 71:2
  73:9,14,24
  74:3,16 75:2
  75:18,24 76:15
  84:17 86:10,14
  89:20 92:24
  93:4 94:4
MICHAEL 1:5
mid 27:17
middle 12:9
  28:10
midnight 88:8

88:17
mile 81:14
miles 81:14
  82:24
minute 9:3 38:20
  75:19
minutes 34:7
mischaracteri...
  24:10
missed 50:25
  92:10,10
missing 14:23
  33:5,15 47:15
  70:15 89:8
mistake 9:13
  33:14 79:9
moment 63:2
Monday 48:11
  50:10 56:9,13
money 67:10,11
  67:12 68:17
  70:15 72:13
  79:8
month 27:16
  28:25 70:17
  72:14 92:12
months 70:8
  83:11 88:23,24
  89:3,16,18,22
morning 23:6
  48:21 49:3
  50:11,14,17,20
  55:23 56:2,9
  57:4 90:25
mornings 51:4,7
MOSS 2:5 7:25
  11:15,23 12:19
  22:8,22 23:12
  23:16 24:4,8
  24:19 25:24
  27:6,12 28:20
  28:23 38:11,18
  38:25 41:7
  43:2 44:7,22
  44:25 45:22
  46:8 49:12
  51:11,18,23

52:25 53:6,15
57:5,21 58:16
59:6,24 63:5
63:11,24 64:16
66:4 67:18
68:4,20 69:6
69:10,17,22
70:24 73:7,11
73:21,25 74:24
75:14 76:13,18
79:21 80:7
81:9,19 82:20
83:24 84:15
85:16 86:7,12
89:18 93:3
**Motion** 61:2,22
**move** 52:3 76:16
**moved** 38:5
  39:11,12
**multiple** 18:18
  76:19 80:23
  82:9

### N

**N** 2:2 3:2 4:10
  4:10,10,10
  94:2
**name** 6:13 12:13
  54:24,25 71:16
  71:25 72:2
  74:10
**names** 32:19
  67:16,24 68:12
  68:19 69:3,20
  92:19
**name's** 6:21
**narrow** 22:5
**necessarily** 91:5
**necessary** 44:18
  44:21 76:10
**need** 7:16 42:20
  44:15 50:5
**needed** 14:9,16
  25:15 48:19
**neighborhood**
  90:21
**never** 23:13

24:21 27:11
72:25 81:22
83:14
**New** 1:2,19,20
  1:22 2:4,4,9
  4:4,12 6:18
  15:16 18:8,12
  18:13,13 19:6
  19:8,9,10,18
  19:23 20:6,6
  20:11 30:8,17
  30:25 31:5,10
  31:11,17,18
  32:4 34:12
  39:23 42:16
  43:8 54:18,18
  54:19,20 56:5
  58:23 83:9,10
  90:14
**night** 1:9 7:5
  12:15,16,17,23
  13:7,16 15:10
  39:10,15,16
  49:2,4,6,7
  50:10,14,17,20
  55:22 57:3
  62:18 71:22
  72:10 74:9,14
  75:4
**nights** 49:9 51:3
  51:7
**ninety-five**
  58:23,25
**nods** 62:3 72:20
**non-employee**
  71:20 73:18
  74:21,23 75:12
**normally** 15:6
  30:23
**Notary** 1:21 4:4
  4:12 93:13
**notebook** 4:17
  4:21 52:19
  53:10,12,14,20
  70:9,12 91:20
  92:3,7 94:9,10
  94:25

**noted** 76:16 93:5
**notes** 26:9 47:14
  53:20 54:3
**notice** 46:4,17
  70:14
**notified** 45:16
**number** 55:3,4,6
  62:11 63:25
  72:22,24 74:19
  74:20 75:9
**NY** 1:10,10,10
  56:5
**N.Y** 1:24

### O

**O** 3:2 4:10
**oath** 3:15 6:23
  72:5
**object** 24:8
  38:11 45:22
  74:17 76:14
**objection** 11:15
  11:23 12:19
  22:8,22 23:12
  23:15 24:4
  28:21 38:25
  44:7 46:8
  49:12 51:11
  57:5,21 66:4
  67:18 68:4,20
  69:6 73:7,10
  73:21 74:24
  75:14,15 79:21
  80:7 81:9,19
  82:20 83:24
  84:15 85:16
  86:7
**objections** 3:9
**obtain** 64:18
**obviously** 43:17
  68:9
**occasions** 21:19
**occurred** 79:14
**office** 87:12
**officer** 3:14
**officers** 90:18
**offices** 1:18

**off-the-books**
  10:22
**off-the-record**
  76:6
**Okay** 7:15,21
  43:6 51:19,24
  57:17 58:16,20
**old** 86:21,22
  87:2,9
**once** 10:24 18:21
  29:12 36:7
  38:3,7 42:15
  43:5 47:7
  65:22 92:7
**ones** 64:24
**ongoing** 81:16
**oOo** 4:9
**open** 90:23
**operation** 38:20
**opportunity**
  14:22
**order** 56:20
  87:11 88:4,6
**original** 53:14
  94:25
**outcome** 95:19
**outside** 11:21
  15:12,13 43:15
  43:16 59:8
  74:3
**oven** 37:8,15
  38:9,21

### P

**P** 2:2,2 3:2
**pack** 21:9,10,11
  21:22,24 22:6
  22:13 23:8,25
  24:15 32:21
  34:3 35:21,23
  40:3 78:11
  83:23 85:18,20
  85:25 86:15,17
**packaged** 15:6
  38:23
**packed** 35:5,7
  35:13 39:12

84:7,24 85:5
85:13,14 87:4
**packer** 22:11
**packers** 22:17
  22:20 23:10,19
  24:14 32:2
**packing** 22:21
  23:10,22,23
  35:22,23 83:20
  87:5
**packs** 48:23
**page** 47:23 61:5
  61:14 63:10
  94:3,8,24
**pages** 53:10
**PAGE/LINE**
  96:3
**paid** 13:3 80:24
  81:18
**paper** 50:4
  53:11
**paperwork** 50:5
**Park** 2:9
**part** 53:10 62:8
**parties** 3:5 95:17
**party** 95:11
**pay** 12:11,24
  13:12 70:18
  71:24 73:4,4
  80:13
**paycheck** 12:14
  12:18
**paying** 72:13
  80:14
**payment** 70:16
**payroll** 49:21,21
  49:22
**PC** 2:3
**pending** 27:7
  44:23 58:17
**Pennsylvania**
  15:15,18 16:2
  16:3 17:2,4,6
**people** 21:23
  22:2,3,5,14,19
  23:5,6
**percentage**

83:21
**period** 47:17
  89:11 90:14
**person** 25:13,22
**personal** 65:4
  69:25 80:10
**Persons** 1:6
**Philadelphia**
  15:16 16:15,16
  17:3,5,7,14,15
  20:21 41:13,25
  42:13
**Philadelphia/...**
  21:3
**Philly** 16:23
  17:11,12 31:4
  42:12,12
**Philly/Baltimo...**
  18:7
**phone** 25:10,14
**physical** 81:22
**physically** 35:18
  36:9,23 38:7
  39:19
**pick** 42:21
**picking** 82:13
**pickup** 14:4,7
  40:14 43:9
**pieces** 53:11
**place** 42:4
**placed** 38:23
  39:9
**Plaintiff** 1:16
  60:25 61:9
**Plaintiffs** 1:7 2:3
**Plaintiff's** 5:4,8
  60:8,9 61:22
  76:5,11 94:12
  94:14
**plate** 36:24
  37:17 38:4
**plead** 73:16
**please** 6:13,16
  12:22 27:2
  45:10 47:12
  53:15 59:9
  64:14

**point** 11:8 27:20
  28:12 42:8,22
  88:8
**police** 90:18
**policy** 41:3 91:3
**possession** 64:6
  64:18 65:2
  69:25
**possible** 36:5
  37:9
**pot** 37:7
**potentially**
  88:12
**Preliminary**
  61:10,22
**preparation**
  21:18
**prepare** 15:11
**prepared** 35:12
  36:8 37:5
**preparing** 23:23
**prescription** 8:7
**PRESENT** 2:13
**pretty** 35:2
**previously** 12:5
  20:16
**prior** 6:22 65:21
**Probably** 41:22
**problem** 25:16
  34:17 40:9
  46:15 79:25
**problems** 80:4
**procedurally**
  76:3
**process** 38:15
**produced** 62:10
  62:22 63:22,25
  64:11,24 71:11
**production** 47:3
  53:14 62:8,15
  64:12 94:23
**program** 85:10
**proof** 68:25
**proper** 81:17
**propounded** 4:6
**protect** 68:16
**protection** 66:22

66:23 68:13,23
  69:13,13
**provide** 66:8
  71:12
**Public** 1:21 4:4
  4:12 93:13
**pulling** 90:19
**purportedly**
  59:18
**purports** 71:7
**purposes** 53:4
**pursuant** 1:17
  53:16
**put** 21:11 32:9
  32:12,15,24
  33:3 36:2,10
  36:20 37:2,16
  37:19 38:3,10
  49:21 52:8
  53:15,19 56:19
  73:19 91:24
  92:11
**putting** 53:5
**p.m** 14:16 20:17
  30:24 31:7
  36:25 37:8
  57:2,20 93:5

**———— Q ————**

**quantify** 18:20
**Queens** 19:18
  33:19
**question** 3:10
  7:7,11,14,19
  23:9,14,18
  24:21 27:6
  32:20 37:4
  43:3 44:22,24
  44:25 45:10
  46:2,3,16
  47:24 51:2
  58:17,18 65:18
  67:21 73:15,23
  74:17 85:23,24
**questions** 4:6
  6:24 7:4,23 8:2
  93:3

**quick** 41:7

**———— R ————**

**R** 2:2,15 4:2,2,10
  4:10 83:6,9,9
  83:10 95:2
**raised** 81:6
**ran** 58:23
**rate** 72:19 79:19
  80:23 81:17
  82:18
**read** 25:20 45:11
  48:10 55:19
  66:13
**reading** 61:17
**ready** 15:6,6,9,9
  20:18,19,22
  21:3,6 24:14
  24:15,17,23,24
  25:17 30:21,22
  30:23 31:24
  34:14,24 35:11
  35:17,18 36:23
  36:25 37:7
  38:9 39:11,14
  39:19,25,25
  57:3,9 85:21
  86:2,18 87:7
  87:24
**really** 81:15
**rear** 32:11
**reason** 29:10
  69:24 77:7
  79:9
**reasonably**
  63:11
**recall** 30:11 46:3
  59:22 61:17
  62:14,19 75:10
  91:10
**receipts** 62:12
  62:12,17
**receive** 12:11
  13:11 74:13
  79:20
**received** 12:10
  12:24 76:21

**receiving** 9:14
  10:25 46:3,17
  77:8
**recess** 41:10
  59:10 75:22
**recommended**
  72:4
**record** 6:13,15
  15:20 45:2,11
  52:6 60:6,13
  63:6 66:13
  69:22 70:3
  73:13 74:2,5
  75:19,21 76:16
  95:14
**reduce** 72:15
  79:7
**Reducing** 81:3
**reduction** 79:13
**refer** 63:9
**reference** 53:3
**referring** 77:20
  77:22 80:17,19
**reflect** 63:6
  91:20
**reflected** 72:6,10
**reflects** 69:22
**regard** 61:16
  75:9
**Regardless**
  72:21
**regular** 19:2
  28:6,17
**related** 91:15,16
**relationship**
  11:8,12 16:13
  17:20
**Relief** 61:2
**remains** 46:16
**remember** 28:9
  28:11 29:21
  30:7 46:17,24
  59:23 62:19
  65:15 70:7,14
  75:13 78:18
  84:3,11 91:11
  91:22

rent 40:19
reopen 92:25
repairs 62:12
repeat 7:14
  12:22 25:18
  31:9,25 37:4
  45:9 47:24
  65:18 66:11
  67:21
repeated 27:10
rephrase 7:14
report 14:6 15:2
  20:16 30:13
  73:6,17 74:21
  74:22 78:13
  89:7
reporter 25:21
  45:12 66:14
represented
  13:9 95:11
request 46:10,13
requested 25:5
requests 5:10
  53:16 94:15,23
require 46:14
required 46:13
  46:19
reservation
  92:25
reserve 76:7,12
  76:13
reserved 3:10
residences 41:25
respective 3:4
respond 38:16
responses 5:5,9
  60:8,10 94:13
  94:14
restroom 41:8
Retaliation 5:13
  61:3 94:16
retroactive 9:17
retroactively
  9:23
return 17:16
  43:17 46:10
  48:19,21 50:2

50:3 73:19,20
  74:19 75:11
returned 65:22
returning 45:19
  76:24
returns 73:6
  76:4,10
review 61:4
  63:23 88:12
reviewed 47:8
right 12:24 20:3
  27:7 36:11,24
  37:6,17 48:4
  49:24 50:6,22
  54:12 58:19
  62:21 63:12
  66:7 68:25
  72:5 76:8,12
  76:14 85:14
rights 79:10
  92:25
right-hand
  47:23,25 53:8
road 87:25 88:9
  88:16
rolled 56:12
roster 92:16,17
roughly 64:3
route 14:24 15:3
  16:15 17:14
  18:11,11,16,17
  19:2,6,7,9,12
  19:17,19,20
  20:6 28:6
  33:19 39:24
  43:9 47:13
  52:10 54:23,24
  54:25 55:8,20
  56:6 58:23
  70:20 81:5
  83:2,4,6,7,9,10
  83:12,13,17
  87:19
routes 19:23
  20:8 45:7 81:3
  82:5,17 83:17
rules 7:10 53:17

run 11:6 31:16
  32:4 33:19
  34:12 43:8
  44:3
running 20:5
  39:23
runs 30:17,18
  31:2,2,18
  41:13,16 62:24

——————
S
S 2:2 3:2,2 54:19
  54:20 56:5,5
  58:23 94:7
salary 70:19
  79:7,13
sampling 62:20
Saturday 48:21
  48:25 49:3,4,5
  49:7,9,19,20
  51:4,6 55:23
  55:25 57:4
Saturdays 51:8
  51:9
saw 65:13,24
  77:16
saying 9:18,21
  24:2 27:5 29:3
  35:4,11,12
  39:18 50:2
  56:20 57:22,23
  58:15,21 72:5
  72:9,18 84:22
  84:25 87:6
  89:20
says 13:7 54:18
  55:10 56:4,7
  57:16 58:19
  60:17
schedule 82:4
  90:8,9
schedules 23:2,4
SCHLOSS 1:13
sealing 3:5
seat 32:10,10,11
second 38:8 60:4
  83:18

see 21:12 49:19
  49:20 53:8
  57:16 65:19
  66:24 71:19
  92:5
semantics 51:15
  51:21 58:14
send 83:17 87:12
  87:13,18
sent 62:10
separate 17:4
September 1:20
  95:7,22
SERVICES 1:10
set 7:10 29:15
  95:21
seven 26:3,4,6
  26:10,20 28:24
  29:4 48:13,15
  51:17 52:4
  74:20 75:10
seventy 34:2
  50:9
shakes 91:19
sheet 48:25 96:2
shift 51:10
shifts 50:7,24
  51:17
shipped 36:11
show 14:15,25
  25:2 26:9
  46:25 52:23
  54:6,6 59:13
  59:17 60:23
  67:11 70:22
  71:6 74:6 75:3
  84:6
showed 25:11
  54:8
showing 53:3
sick 29:6,8 78:10
  78:14
side 47:23 53:8
Siegel 86:23
  87:2
signature 59:15
  59:19,20 60:14

61:5,13,25
signed 3:13,16
signing 59:22
  61:18
similar 63:21
  64:5
Similarly 1:6
sitting 36:24
  67:22 85:5
Situated 1:6
situation 77:6
  79:14 90:17
six 40:24,24
  48:13,14 49:11
  49:15,18 51:16
  83:10
sixty-seven
  55:11 56:6,9
somebody 14:25
  15:2 37:2 82:4
soon 9:5 77:13
sorry 33:12,13
  51:25 92:18
sort 36:10 37:16
source 12:4
South 6:17
SOUTHERN
  1:2
space 56:19
Spanish 2:14 4:7
  4:8 16:21
  17:24 19:25
  28:6 55:16
  66:18 70:20
  80:10,15 81:3
  81:25 89:5
  90:17
speak 59:7 81:2
speaking 45:5
special 91:12
specific 30:20
  57:19 76:25
  79:3 86:16
  88:7 90:23
specifically
  63:10
speculation

38:13 84:2
**spend** 20:11
**spent** 20:5
**spiral** 52:21 53:9
**spoken** 79:18
**squeeze** 40:16
**stack** 40:7
**stamp** 62:23
**stamped** 4:18,22
47:3 71:4 94:9
94:10
**start** 8:24 12:7
14:11,23 23:5
29:23 54:12
55:20 56:14,15
57:10,18,22
58:5,7,8,11,25
59:5 67:2 70:5
70:11 72:14
77:8 82:15
88:2
**started** 7:9,22
9:2,13,14,16
10:24 14:12,17
15:21,22 17:14
19:24 23:6
26:12,22 27:18
28:6 48:20
55:22,25 56:3
56:11,12,16,25
57:12 58:22
70:8,16,17
71:24 72:12
77:13,17 78:23
78:25 81:13,16
89:17,21 91:25
92:4,7
**starting** 14:11
28:19 56:8
90:10
**starts** 62:23
**state** 1:21 4:4,12
6:13,15 15:12
15:13
**stated** 12:23
70:3
**statement** 12:25

13:12
**statements** 79:3
**states** 1:1 16:20
**stay** 85:22
**stenographer**
43:4
**STENOGRAP...**
1:23
**stenographica...**
95:10
**STIPULATED**
3:3,8,12
**Stipulation** 1:17
**stop** 27:3,22
28:4 42:14
55:5,15 67:9
**stopped** 9:5 29:4
**stops** 47:13
55:10,11 56:6
56:9 58:24,25
**Street** 1:19 2:4
6:17 86:24
**stub** 12:11 13:12
**stubs** 12:24
**stuff** 22:3 91:16
**Subject** 92:24
**submit** 62:17
**submitted** 9:7
**submitting**
62:14
**Subscribed**
93:10
**substance** 67:15
67:22
**substantively**
69:3
**substitute** 14:17
14:18,21 26:17
26:21,24 27:9
27:15,23,24
28:2,4,13
90:11
**suburban** 40:14
**Suite** 1:19,23 2:4
2:9
**sum** 67:15
**Sunday** 48:11

50:25 51:7
56:3,5,7,8,11
56:12 57:12
**Supervisor**
45:17
**Support** 61:2,10
61:21
**supposed** 22:15
67:8,25 70:18
73:3 79:20
**Supposedly** 71:9
**Sure** 41:9
**Sutphin** 1:23
**sworn** 3:14,16
4:3,11 93:10
95:8
**Syed** 1:12 25:8
77:22 78:5,22
79:4,13 80:6
80:22 81:16
89:7 92:2

---

**T**

**T** 3:2,2 4:2,2
94:7 95:2,2
**take** 7:16,20
15:2 32:15,18
32:21 33:2,15
34:3 38:19
40:2,21,23
41:7 42:17
43:23 47:7
48:22,23 59:6
61:24 62:25
64:21 81:4,4
87:10
**taken** 1:16 8:7
15:12 37:7
41:10 42:3
59:10 75:22
95:9
**takes** 36:13
37:22
**talk** 79:14 80:2,3
82:2
**talked** 76:19
**talking** 33:2

35:9 39:17
47:17 57:13,14
92:20,21
**tax** 73:5,18,20
74:19 75:11
76:4,9
**tell** 8:5 25:9,12
27:3
**telling** 33:16
73:22
**Tel-718-291-6...**
1:24
**temporary**
31:12
**TERESA** 1:4
**term** 17:20
91:25
**terms** 64:25 76:3
76:23 77:2,15
**test** 7:18
**testified** 4:13
**testimony** 24:11
95:9,9
**Thank** 10:18
59:4 62:6 93:4
**Thanksgiving**
29:20,22,24
**they'd** 85:13
**thing** 7:18 23:20
24:13 27:10
52:24 67:8
92:20
**things** 40:11
72:17
**think** 6:22 30:12
31:13 44:17,20
50:22 54:17
63:20 70:4,23
70:24 71:10,11
71:12
**thirteen** 33:3
**thirty** 32:5,15,21
33:21
**thought** 78:6
79:4,18
**threat** 77:24
**threaten** 79:6

**threatening**
40:10 78:6
79:5
**threats** 55:17
76:20,23,25
77:9,9,11 78:2
**three** 18:22 19:3
21:21 31:14
32:23,24 84:13
84:14,18,19,22
85:4,19,25
87:5
**threw** 65:9
**throw** 65:8,20
**Thursday** 48:12
49:22 50:17,19
**tight** 40:16
**time** 3:10 7:16
10:5,6,9 14:6,8
14:15 15:5
20:11,15,20,21
21:6 22:4 23:8
25:16 26:16
27:25 28:8
29:2,13,14
30:18,20,23
31:17,23 32:18
33:16 34:5,13
34:15,16,17,18
34:24 36:13
37:10,22 38:9
38:10,19,22,24
39:4,10,14
40:25 41:2,11
47:17 48:23
52:9,12,14
57:7,9,22
58:11 59:11
65:7,11 75:23
77:19 78:7,17
79:9,12 84:5
85:6,20 86:2
87:25 88:5,7
88:20 89:7
90:3,10,11,15
90:23 91:10
93:5

**times** 15:8,22,23
  15:24 16:10,11
  17:23,24,24
  18:15,19,21
  21:21 22:16
  24:14,22 29:9
  30:21 31:3
  33:23 35:8,16
  41:14,14 52:9
  76:23 77:5
  78:13,15 82:10
  83:16 84:12,13
  84:14,18,22
  88:21 90:22
  92:15
**tired** 92:15
**title** 13:14,15
  22:11 28:14
**titled** 59:17
  60:24 61:8
  71:19
**titles** 22:19
**today** 8:5
**told** 25:7,10
  40:25 65:12
  80:13
**total** 18:23,25
  20:2
**touch** 41:12
**town** 90:21
**transcribed**
  95:10
**transcript** 95:13
**transferred** 42:6
  86:24
**translate** 4:5
  44:11,14
**translator** 44:12
  44:21 45:4
**travel** 18:7
**traveling** 20:19
**tray** 37:3,17
  38:4
**treat** 70:21
**treated** 69:18
**trial** 1:15 3:11
  95:5,14

**trip** 16:23 17:3,4
**trips** 17:8 18:6
**trouble** 46:15
**truck** 40:14
**true** 95:13
**trunk** 32:8,11
**trusted** 52:18
  70:10
**truth** 8:6
**try** 77:3 78:12
**Tuesday** 48:11
  50:11,13 57:16
  57:19,24 58:3
  58:4,7,8,9,10
  58:11,19 59:2
  59:5
**twelve** 33:3
**twice** 16:3,3 17:6
  17:7,10,13,19
  17:21,23
**two** 15:24 16:11
  16:13,14 17:8
  17:24,24 18:4
  18:5,6,22 19:3
  19:24,25 20:3
  26:10 31:3,13
  32:23 41:14
  43:5 65:25
  70:17 72:17
  74:7 84:12,13
  84:14,18,19,22
  85:4,19,24
  87:5
**type** 40:17 72:13
**types** 78:2

**U**

**U** 3:2 4:2,2
**Uh-huh** 9:20
**understand** 7:12
  7:12 40:7
  52:22 58:2
  60:16
**understanding**
  49:23
**understands**
  27:4

**Understood**
  63:13
**unemployment**
  8:22,25 9:8,11
  9:22 10:4,13
  10:24
**UNITED** 1:1
**unrecognized**
  90:20
**upset** 81:2,25
  83:8
**Upstate** 18:12,13
  19:6,9 20:6
  30:17 31:10
  32:4 90:15
**use** 13:23 68:24
  69:14
**Usually** 15:10

**V**

**V** 4:2
**value** 81:7
**varies** 83:16
**vehicle** 13:23
  40:17,19 90:20
**verbal** 81:22
**verbally** 25:10
**verification** 4:25
  59:18 60:16
  94:11
**versus** 79:20
  81:7
**voices** 43:5
**Voluck** 1:18 2:8
**VUDUARTE**
  2:14

**W**

**wages** 73:19
  74:22 75:12
**wait** 9:3,13 21:5
  24:14 33:6
  43:2 88:6
  90:22
**waiting** 23:24
  42:5 85:5
**waived** 3:7

**want** 7:9 13:18
  24:8,12 27:21
  40:7 41:12
  43:2 44:11,14
  45:3,18 48:14
  58:12,13 63:5
  69:16 73:12
  76:15 77:9
**wanted** 23:8
  59:4 83:5 90:8
  90:9
**wasn't** 10:6,9
  21:6 24:17,22
  24:24 25:17
  27:24 28:5
  30:21,22 34:18
  34:24 35:4,5
  35:13,16,17
  69:17 80:11
  83:7 91:3
**way** 71:13 77:17
**weather** 91:15
  91:16
**Wednesday**
  48:12 50:14,16
  57:25
**week** 11:2 12:12
  18:21 26:2,4,6
  26:10,20,23
  27:8 28:18,24
  29:4,15 47:16
  47:20,22 49:11
  49:15,18 50:8
  51:17 55:18
  57:13 58:22
  72:23 84:12,14
  84:16,18,20,21
  84:25,25 85:2
  85:4,19,25
  87:5
**weekly** 12:11
**weeks** 18:22
  19:3 31:14
  52:16 92:10,11
  92:13
**welcome** 62:7
**went** 16:2,16,22

  17:6,11 18:25
  19:3 26:8,13
  31:3 34:22
  55:25 56:20
  86:20
**weren't** 15:9
  24:2,3
**West** 2:4
**we'll** 13:15
  14:12 19:22
  30:15 31:2
  36:7 45:3 52:2
  53:2 56:4 60:7
  63:9 70:22
  74:7,18 76:16
  81:17
**we're** 35:9 63:20
  76:2,7 92:20
**We've** 6:22
**WHEREOF**
  95:21
**Whichever** 83:5
**WHITE** 1:4
**Why'd** 69:9
**William** 1:19
**WILLIAMS** 1:4
**window** 35:10
  35:10
**witness** 4:6,8,11
  38:16 43:6
  51:19,25 62:3
  72:20 91:19
  94:3 95:7,15
  95:21
**Woodbury** 2:9
**words** 48:2
**work** 9:18 14:15
  15:2 18:2
  21:16 25:2
  26:2,6,20,23
  27:8,14 28:18
  50:2,7 51:10
  58:5,9,10,11
  71:24 78:9,9
  78:13,14 84:6
  85:3 86:19
  88:21

worked 10:10
  11:9,13 13:20
  20:2 21:23
  26:4 28:2 29:3
  49:11 51:16
  54:16 56:21
  88:25
working 8:15
  9:5 10:3,6,8,9
  10:22 12:3,7
  14:12 26:10,13
  27:22 28:4
  29:5,13 49:23
  51:14 58:22
  77:13 78:22
  92:2,4
works 38:20
wouldn't 12:16
  20:18 29:11
  43:23 85:15
  87:23
write 68:7 70:9
writing 53:16
written 47:22

**X**

x 1:3,14 94:2,7

**Y**

yeah 10:13 22:2
  23:23 26:19
  31:15 36:14,18
  37:14 42:10,23
  42:25 71:15
  80:21 82:6
  88:10 90:2
year 8:19 19:13
  19:15 20:7,10
  73:2
years 18:2,4,5
  19:24,25 20:3
  20:5 26:11
Year's 30:8
York 1:2,19,20
  1:22 2:4,4,9
  4:4,12 6:18
  18:8,12,13

19:6,9,18,23
20:6,11 30:17
31:5,10,18
34:12 39:23
42:16 43:8
54:18,18,19,20
56:5 58:23
83:9,10
York/New 32:4
YS 1:11,12

**Z**

Z 4:10
ZAIMI 1:13

**$**

$3 72:15 79:20
  80:15,16,18
  81:8
$4 72:13 79:20
  80:13,14,16
  81:7

**0**

055611-0002
  2:11

**1**

1 4:19 60:3 94:9
1,200 63:21
10 6:5 94:20
10:15 1:20
100 1:19
10019 2:4
10038 1:20
103 54:7
104 52:24
1099 6:4,7,10
  71:7 74:8 75:3
  94:20,21,22
11 6:8 74:7
  94:21
11211 6:18
11435 1:24
11797 2:9
12 1:8 6:11
  70:24 94:22
12:00 88:7

12:42 93:5
135 2:9
15th 56:22
16th 56:22
17 1:20
17th 95:7,22
1700 62:24

**2**

2 4:23 52:25
  53:2,7 94:10
200 2:4
201 2:9
2010 6:4 12:9
  14:11 27:17
  28:3,12,19,22
  29:2 71:7,12
  71:22 72:9
  73:5,18,20
  78:19,20 79:16
  79:17,25 81:15
  82:3,9 94:20
2011 6:7 74:8,19
  78:20 89:25
  90:3 94:21
2012 6:10 8:20
  8:21 9:19,22
  10:2,12,16,19
  11:13 53:25
  54:4 75:3,10
  78:20 94:22
2013 1:20 10:14
  10:16,17,20
  93:11 95:7,22
215 1:19
225 6:17

**3**

3 5:2 94:11
3rd 6:17
3/15/2012 47:19
3/9 47:19
305 1:23
395 11:3

**4**

4 5:6 6:17 60:7
  94:4,9,10,12

4th 8:18 10:11
  30:12,13
4:00 14:16 20:17
  20:25 24:18
  25:2,23 83:19
  86:5,10,19
  87:6,8 88:19
  88:22 89:4,5
  89:12,23,24
  90:10
4339 1:8

**5**

5 5:11 54:18
  60:9 94:11,12
  94:14,14,16,17
  94:18,19
5th 8:18 10:11
  30:13
5:00 20:23,25
  41:4 90:5,6,25
  91:2,4
5:30 86:4,5,11
  87:7,8,24
51 94:25
57th 2:4

**6**

6 5:15 94:16,20
  94:21,22
6:00 20:23 21:2
  39:16 86:4,5
  86:11 87:7,9
  87:25 90:5,6

**7**

7 5:18 94:17
7:00 15:10 21:2
  30:24 31:6,20
  31:23 35:9,14
  36:4,7,25 37:8
  37:15 39:15,16
  39:17,20 57:2
  57:19 85:14

**8**

8 5:22 94:18
8:00 15:10 30:24

39:15 91:8,10
8900 1:23

**9**

9 6:2 70:23 71:2
  94:19
9th 56:22
9:00 30:24 31:7
  31:21 34:21,25
  35:5,6,9,14
  39:17,20,25
  57:2,20 85:14
900 2:4