STATES UNITED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------x

FERNANDO HERNANDEZ, KENNETH CHOW, BRYANT WHITE, DAVID WILLIAMS, MARQUIS ACKLIN, CECILIA JACKSON, TERESA JACKSON, MICHAEL LATTIMORE, and JUANY GUZMAN, Each Individually, And On Behalf Of All Other Persons Similarly Situated,

Plaintiffs,

-against-

Index No:
12 CV 4339 (ALC)(JLC)

THE FRESH DIET, INC., LATE NIGHT EXPRESS COURIER SERVICES, INC. (FL), FRESH DIET EXPRESS CORP. (NY), THE FRESH DIET - NY INC. (NY), FRESH DIET GRAB & GO, INC. (FL) a/k/a YS CATERING HOLDINGS, INC. (FL) d/b/a YS CATERING, INC. (FL), FRESH DIET EXPRESS CORP. (FL), SYED HUSSAIN, Individually, JUDAH SCHLOSS, Individually, and ZAIMI DUCHMAN, Individually,

Defendants.

-----------------------------------------------x

EXAMINATION BEFORE TRIAL of the Plaintiff, DENNY DELAROSA, taken by the Defendant, pursuant to Notice, held at the offices of Kaufman, Dolowich, Voluck & Gonzo, LLP, 100 William Street, Suite 215, New York, New York 10038, on October 28, 2013, at 1:55 p.m., before a Notary Public of the State of New York.

A P P E A R A N C E S:

THE HARMAN FIRM, PC
Attorney for Plaintiffs
200 West 57th Street, Suite 900
New York, New York 10019

BY: PETER J. ANDREWS, ESQ.

KAUFMAN, DOLOWICH, VOLUCK & GONZO LLP
Attorneys for Defendants
100 William Street, Suite 215
New York, New York 10038

BY: YALE POLLACK, ESQ.

FILE #: 055611-0002

ALSO PRESENT:

PAUL KROMPIERE, Spanish Interpreter

F E D E R A L  S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties hereto, that the filing, sealing, and certification of the within deposition shall be and the same are hereby waived;.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before this Court.

P A U L  K R O M P I E R E, called as the interpreter in this matter, was duly sworn by a Notary Public of the State of New York to accurately and faithfully translate the questions propounded to the witness from English into Spanish and the answers given by the witness from Spanish into English.

-oOo-

D E N N Y  D E L A R O S A, the witness herein, having been first duly sworn by a Notary Public of the State of New York, was examined and testified through the interpreter as follows:

EXAMINATION BY
MR. POLLACK:

**Q.** State your name for the record, please.
A. Denny DeLarosa.
**Q.** State your address for the record, please.
A. 2405 1st Avenue, Apartment AG, New York, New York 10035.
**Q.** Good afternoon, Mr. DeLarosa. My name is Yale Pollack, and I represent the defendants in this action. Today I'm going to be asking

you a series of questions concerning your claims in this action.

If you don't understand any question I ask, let me know, and I'll rephrase it to the best of my ability. Please wait until I finish asking my question before providing an answer. Please answer all questions verbally.

MR. ANDREWS: That means no nodding the head. You have to say yes or no or whatever you say.

A. Yeah.
**Q.** If you need to take a break at any point, just let me know. The only condition is that if there's a question pending, I'm going to ask you to answer the question before taking the break.
A. Okay.
**Q.** Do you understand all those instructions?
A. Yes.
**Q.** Are you taking any medications today?
A. No.
**Q.** Are you under the influence of drugs or alcohol?

[Page 6]

D. DeLarosa

A. No.

Q. Can you think of anything else that may impair your ability to truthfully respond to my questions today?

A. I could answer any question you want.

Q. Truthfully?

A. Truthfully.

Q. Did you review anything to prepare for today's deposition?

A. No.

Q. Did you speak with anyone in preparation for today's deposition?

A. No, I haven't spoken to anybody. I just spoke with Fernando for ten minutes. With Fernando.

Q. When?

A. Half an hour ago. Forty minutes ago.

Q. Did he call you, or did you call him?

A. I called him because I wanted to confirm that I had to come here.

Q. What did you speak about with Mr. Hernandez?

A. I asked him that I was going to come here to find out what was going to happen. He

[Page 7]

D. DeLarosa

said you have to go.

Q. Anything else?

A. We spoke about the case. He just told me tell the truth, just tell the truth.

Q. Did he tell you anything else in terms of how you should testify today?

A. No. He just said tell the truth about the time, the taxes, and all of that stuff.

Q. Did you speak about the time?

Did he tell you what time to tell me that you were working?

A. What do you mean? I don't understand it.

Q. Did you discuss the times that you worked with Mr. Hernandez?

A. No. It was about the case that we were talking about.

Q. What, specifically, about the case?

A. That the hours and about what happened to my friend, that he uses his own vehicle the other day, and he had an accident with it.

Q. Who?

A. Zapata.

Q. Alex Zapata?

[Page 8]

D. DeLarosa

A. Oh, you know him, right? Alexander Zapata, yeah. When he was doing his route, coming from the route, because he's a driver, someone hit him in the back, and we were talking about that if he can -- if he could get involved in the case because we could almost win because it was a bus, so -- he was in Jersey about a year ago, and somebody stole his truck over there, his bus.

Q. Alex's?

A. Alex's, yeah, because this is what happened.

Look, the company pays him to use the car, his car, so they pay for his gas, and they pay him a salary.

Q. Is Alex a driver right now?

A. Uh-huh.

Q. Are you a driver right now?

A. Yes, but I use their vehicles.

Let's see. Currently, there's two vehicles, right. The kid that works at 5:00, he starts at 5:00, finishes at 10:00, and my shift is from 10:00 until 5:00 or 6:00. It depends, I mean, when you've done the route,

[Page 9]

D. DeLarosa

so --

Q. I'm just looking for clarification on some of the things you just said, so I'm just going to follow up.

Let's get into some background, and then we'll get to some of the things you just said.

Are you currently employed?

A. Yes. Yes. Sorry. Yes.

Q. Where are you employed?

A. You mean a side job or what?

Q. Do you consider yourself a full-time employee?

A. Yes.

I work with that company for, let's say -- I think it's -- Owen calls me at the time that I start my job shift because the bags of food are not ready yet. So as I told you, the kid starts at 5:00 and finishes at 10:00, and then I begin my route after that. I've done all the routes for the company, all the routes, except B because he never misses work.

Q. Do you know the kid's name?

A. No, because this is another thing here. There's only two vehicles, right, that are

[Page 10]

D. DeLarosa

working right now. So Bobby and Drew, they begin from 5:00 to 10:00, and then William and I begin after that.

**Q.** When you say "Bobby and Drew," 5:00 p.m. to 10:00 p.m.?

A. Even later. Sometimes 11:00 or 12:00. Depends on the time that they're done, and we have to wait until they're done.

**Q.** I'm just going to, again, take us back a little bit. I just want you to listen to the question, and just answer the question I'm asking. We're going to get into the duties, the hours, all that stuff, so I just need you to listen and answer.

Okay?

You're currently a driver, correct?

A. Exactly.

**Q.** Is this for The Fresh Diet?

A. Yes, for Fresh Diet, that's it.

**Q.** Do you know the company Late Night Express?

A. That's where I work, at that company.

I got the checks here. This is a new check, like a month ago, and this is an old one

[Page 11]

D. DeLarosa

(handing). I couldn't find a better one, so this is an old one (indicating). This is my ID (handing).

**Q.** Do you have any other documents on your person regarding Late Night or The Fresh Diet?

A. I don't have any more documents. This is everything I have, and I did have an accident. I had one in Brooklyn, and I have the documents for it if you need them.

**Q.** Yes.

MR. POLLACK: I'm going to request the documents for the accident in Brooklyn.

MR. ANDREWS: What is the relevancy of an accident to the issues in this case?

MR. POLLACK: I'm not answering that. I'm making the request. It's related to his job. It's relevant.

MR. ANDREWS: You can put those away.

**Q.** What are those?

A. This is my license (indicating). This is what I was given downstairs (indicating).

[Page 12]

D. DeLarosa

MR. POLLACK: I'm going to make copies of this. I'll be right back.

(Whereupon, a recess was taken at this time.)

**Q.** You had said that your current employer's Late Night --

MR. ANDREWS: Objection.

**Q.** -- is that correct?

MR. ANDREWS: Objection.

A. Yes.

**Q.** How long have you been a driver for Late Night?

A. Almost -- close to three years.

**Q.** Do you remember when you started, the month and year?

A. Don't remember. It's been three years now. I think it was February.

**Q.** 2010?

A. Something like that. I think so. I'm not exactly sure, but I got all the checks at home.

**Q.** You do?

A. All of them. I could check if you want.

**Q.** Yes, if you can.

[Page 13]

D. DeLarosa

You have the pay stubs, is that what it is?

A. Yes. I have everything. I put it away.

MR. POLLACK: I'm going to make a request for those documents as well.

A. I got all the checks. I have the accident and two points that I got and I had to go to court for. Moving violation. I got two points because of that, doing the route. I have everything. I got all those documents.

MR. POLLACK: I'm making a request. I want you to look for all those documents, and then give them to your attorney, and we'll deal with it accordingly.

MR. ANDREWS: We'll take it under advisement.

We object to the relevance of the two points for a moving violation and accident, but we will take it under advisement. There's no reason to discuss it further here now. We will take it under advisement.

MR. POLLACK: I agree.

[Page 14]

D. DeLarosa

Q. I'm giving you back the documents that you had shown to me (handing). I just want to go over them real quickly.

You had said that you had given me a recent check and an older check?

A. Yes.

This one, the one that I just gave you (indicating)?

MR. ANDREWS: Why don't you mark them as exhibits? That way, there will be less confusion. That's my suggestion. I won't tell you what to do.

(Whereupon, Copies of pay stubs and related document were marked as Defendant's Exhibits 71 through 73, for identification, as of this date.)

Q. Now showing you what's been marked for identification as Defendant's Exhibit 71 (handing).

I'm just going to ask, is that a copy of one of the checks you provided me today?

A. Yes. Yes, a copy.

Q. Is this the most recent check you

[Page 15]

D. DeLarosa

received from Late Night?

A. I got more checks because this is from the month nine, so --

MR. ANDREWS: I'm just objecting to the extent it's not a check. It's an earnings statement.

Q. How often do you get paid?

A. It's here. These are six dates that I work. It's a salary, $79, so -- let's say, if I do more routes, they pay me double. It depends, you know.

Q. Looking at Defendant's Exhibit 72, is that another copy of a pay stub you gave me today?

A. Yes, but this is the new checks that they just came out because they don't withdraw taxes or anything, nothing. This is what you earn, and that's it.

Q. Defendant's 72 is newer than 71?

A. Yes. This is the latest one, latest checks that came out. I think they came out about a month ago.

Q. Looking at Defendant's 73, is that connected, in any way, with Defendant's 71 or

[Page 16]

D. DeLarosa

72?

A. With this one (indicating).

Q. With 72?

A. Yeah, with the latest ones that came out. This is an old one (indicating).

Q. You've been working as a driver for Late Night for about three years, correct?

MR. ANDREWS: Objection.

A. Exactly.

Q. Have you had any other jobs while you've been working for Late Night?

A. No. It's impossible because I got to get some sleep because I get home at 5:00 or 6:00. I got to get some sleep so I could drive at night.

Q. When you testified earlier about whether I was asking about being employed for side jobs, were there any other side jobs that you've worked in the last three years?

MR. ANDREWS: Objection.

A. No, I haven't had another job. I just worked for Fresh Diet.

I used to work at McDonald's, and then my friend got me a job, this job, for Fresh

[Page 17]

D. DeLarosa

Diet. Since then, I haven't had any other side jobs. That's the only job that I had.

Q. Your last job before The Fresh Diet was McDonald's?

A. Yes. I worked there for four years or more.

Q. McDonald's?

A. I think so, yeah.

Q. Where was the McDonald's?

A. On Broadway. The one on Broadway here. In Houston but lower than Houston on Broadway.

Q. In Manhattan?

A. Yes, Manhattan.

Q. Are you a United States citizen?

A. No, I'm not a citizen. I'm not a citizen.

Q. Where were you born?

A. Santo Domingo.

Q. How long have you been in the United States?

A. I got here in '92, then I went back there, and I came back here in 2001.

Q. You've been here since 2001?

A. Uh-huh. Yes.

D. DeLarosa

MR. ANDREWS: Say yes.
A. Yes.
Q. Do you have a visa?
A. I do have documents, yeah, documented. I want to become a citizen now. I'm going to wait for it.
Q. Do you have any family here?
A. Yes.
Q. Who?
A. My mom, cousins.
Q. How old are you?
A. Twenty-four.
Q. What's your birth date?
A. January 15, '89.
Q. Who do you live with currently?
A. With my wife and my baby.
Q. You're married?
A. We're not officially married. We're going to get married.
Q. What's your wife's name or your girlfriend's name?
A. Solanyi Infante.
Q. Can you spell that?
A. S-O-L-A-N-Y-I, I-N-F-A-N-T-E.

D. DeLarosa

Q. How long have you been together?
A. About five years.
Q. The whole time you've been working for Late Night, you've been with Solanyi?
A. Yes, but she stays home with the baby.
Q. How old is your baby?
A. Two years old today.
Q. Happy birthday.
A. Thank you.
Q. I'm going to show you a document that's been previously marked as Defendant's Exhibit 15 on September 20, 2013 (handing). I'm going to ask if you've ever seen that document before today.
A. Yes, I have seen it. This is the one that I signed, right?
Q. I don't know what you signed. Do you know if you've seen that before today?
A. I've seen one that looks like it. Yeah. Yes. This one, yeah.
Q. Can you read English?
A. A little.
Q. Can you read that whole document?

D. DeLarosa

A. A little.
Q. Do you understand what that document is?
A. I want to explain to you something. Look, I join in this lawsuit because -- well, I didn't have an -- I kind of -- it wasn't an issue with Syed. He wanted to fire me, called me once and said -- told me look, the company doesn't need your service anymore. That's why I joined this here even more. That was the reason. Yeah.
Q. Do you know what that document is?
A. This is the lawsuit, right?
Q. Is that your understanding of what this document is?
A. That's what I understand, yeah.

MR. POLLACK: Let me mark this.

(Whereupon, Consent to join was marked as Defendant's Exhibit 74, for identification, as of this date.)

Q. Is there anything you want to testify to and explain to me?
A. Yes.
Q. What do you want to explain?
A. I want to find out -- what hurts me most

D. DeLarosa

about all these -- the reasons of this is how I'm going to pay the taxes. When I pay taxes -- the company has to pay that money to me for the taxes because I've been working for the company, and I work for the company, so when the year ends, I have to pay 3,000 or 4,000 from my own pocket. It's not right. That's why I'm involved in this. It's not easy for you to earn $20,000 and then pay 4,000, 3,000 in taxes. That's -- it's a pain. You get it? I got kids. I got to pay rent. It's not easy.
Q. Do you understand the difference between an independent contractor and an employee?

MR. ANDREWS: Objection.

A. I kind of get it, but the reason is that if you work for a company, it's better for them to withdraw the taxes for you.
Q. Why is it better?
A. Because you might get a little bit money back when you do your taxes. I mean, it -- when the checks accumulate --

MR. ANDREWS: Make sure you give him time to translate.

[Page 22]

D. DeLarosa

A. When the checks accumulate -- let's say, January until December. I've noticed that I have to pay more money for that check involved there. Do you understand? If they withdraw the taxes, you pay less taxes because that check is accumulating. I mean, do you understand? I don't know.
**Q.** I understand.
A. But I don't understand.
**Q.** Do you pay taxes?
A. I do pay taxes immediately because I have my baby as a dependent, child as a dependent, so I file like that.
So, let's say, the other drivers have to pay from their pockets, it's not easy. The drivers that owe taxes --
**Q.** Do you know what the claims are in this lawsuit?
A. The only thing that I'm claiming here, the tax issues.
**Q.** Do you prepare your own tax returns?
A. No. I bring it to the agency.
**Q.** What agency do you bring them to?
A. For the Bronx. I don't know. I don't

[Page 23]

D. DeLarosa

know their names.
**Q.** Have you used the same agency to file all the taxes?
A. No. I file my taxes on Clinton, on Clinton.
**Q.** Clinton Avenue?
A. In Manhattan.
**Q.** Clinton, the street?
A. Street, yeah. It's between Clinton and Houston.
**Q.** What year did you file taxes with that agency?
A. Ever since I've been working, I filed it there, but the last year, I went to the Bronx.
**Q.** Do you get a copy of the tax return after you file it?
A. Yes. I could provide you with it.
MR. POLLACK: I'm going to make a request for those for each year that you were working with Late Night or The Fresh Diet.
THE WITNESS: Okay.
**Q.** Do you understand that if you were to be issued a check as an employee, taxes may come

[Page 24]

D. DeLarosa

out of the amount that you are receiving?
A. What do you mean? Can you repeat that? Can you repeat that, please?
**Q.** Yes.
You say that your issue in this lawsuit is the taxes.
A. Yeah.
**Q.** Is it only the taxes?
A. Taxes and the salary that you get.
**Q.** It's the amount of money --
A. Yeah.
**Q.** -- and the taxes?
A. Exactly.
**Q.** Is that it?
A. That's the issue that I have.
**Q.** You pay taxes on the money you receive, right?
A. Exactly. They withdrew it immediately.
**Q.** Who withdraws it?
A. They deduct the taxes immediately, and they send me the -- my share.
**Q.** Looking at Defendant's 71, do you see that it says gross pay is $474?
Do you see that?

[Page 25]

D. DeLarosa

A. Yes.
**Q.** Net pay is $474.
Do you see that?
A. Yes.
**Q.** Do you understand that no taxes are taken out of your pay?
MR. ANDREWS: Objection.
A. Yes.
**Q.** You understand that?
MR. ANDREWS: Objection.
A. Yes. Yes.
**Q.** Same as 72.
MR. ANDREWS: Objection.
**Q.** Do you see that "FICA," "Medicare," "Federal," and "Total Voluntarily Deduction" all have zero?
A. Yes. Yes.
**Q.** So the gross pay is the same as the net pay?
A. Yes. Yes.
**Q.** You see that, right?
A. Yes.
**Q.** Do you understand that if you were an employee, your net pay would be less than your

[Page 26]

D. DeLarosa

gross pay?

MR. ANDREWS: Objection.

A. Yes.

**Q.** You understand that?

A. I do understand, yes.

MR. ANDREWS: Objection.

**Q.** I'm now going to show you a document that's been marked as Defendant's Exhibit 74 (handing).

I'm going to ask if you've ever seen a document like this before today.

A. Yes. This is the one that I signed.

**Q.** Do you have a copy of the signed one?

A. I don't think so. I believe so, but --

**Q.** Do you know if you ever signed any type of agreement with Late Night before you started working?

A. I filled out a -- the first time that I worked there, I filled out some documents that they provided me with in order to start my job. Yeah. And I also filled out some paperwork when the accident happened.

**Q.** Looking at the document that's been marked as Defendant's 18 on September 20th,

[Page 27]

D. DeLarosa

have you ever seen this document before today (handing)?

MR. ANDREWS: Objection.

A. I don't remember. This was the contract, right?

MR. ANDREWS: Objection.

**Q.** Do you ever remember signing something like this?

A. I don't think I've signed something like that. I don't remember if I signed something like this. I don't remember. Maybe, but I don't know. I don't remember. Maybe it was the first time.

MR. ANDREWS: Remember, Yale asks you questions. You don't ask him questions.

MR. POLLACK: Let's mark this.

(Whereupon, Notice of EBT was marked as Defendant's Exhibit 75, for identification, as of this date.)

(Whereupon, Three ID cards were marked as Defendant's Exhibit 76, for identification, as of this date.)

**Q.** I'm now showing you a document marked as

[Page 28]

D. DeLarosa

Defendant's Exhibit 75 (handing).

I'm going to ask if you've ever seen this document before today.

A. This -- wasn't this -- didn't this come with another document, the other one?

MR. ANDREWS: Remember, answer the questions. Don't ask questions.

A. Yeah. I think I've seen this before.

**Q.** You think so?

A. Are these together?

**Q.** Are you referring to Defendant's 74 and 75?

A. Yes. Aren't they joined as one?

**Q.** Do you remember ever seeing this document?

Specifically, do you ever remember seeing Defendant's Exhibit 75?

A. I don't think I've seen this one, no. I've only seen the other one that's shown.

**Q.** 74?

A. This one, yes, but I haven't seen this one (indicating).

**Q.** I'm going to show you what's been marked Defendant's 76 (handing).

[Page 29]

D. DeLarosa

I'm going to ask if you recognize the copies of the ID cards on this document.

A. Wasn't it the company that took these copies?

MR. ANDREWS: Again, don't ask questions. Answer questions.

A. Yes. Yes. Yes.

**Q.** It's marked as FD000141.

Does this have a copy of your resident card?

A. Yes.

**Q.** Is that a copy of your resident card on the top left?

A. Yes, this is a copy.

**Q.** Is that a copy of your driver's license on the top right?

A. Yeah, it's a copy.

**Q.** Do you have a new driver's license?

A. Yes. I got an F, the F one right now.

MR. ANDREWS: He just had it out. Do you want it?

MR. POLLACK: Yes.

A. Because I want to be a taxi driver later on, not now. E. E (handing).

[Page 30]

D. DeLarosa

**Q.** Is that a copy of your Social Security card?

A. Yes.

**Q.** If you can, wait until I finish. You probably know the answer, but just wait until I finish, and then answer.

What do you do as a driver for Late Night?

MR. ANDREWS: Objection.

A. I arrive to the company. I take the train. When I get to the company, I check the manifest. First, I speak to Owen, Owen or Syed. They tell me which is going to be my route to work on because I don't have a route. Once again, I don't have a route, so I do the route that they assigned me to.

**Q.** I want to go back, and I just want to go back to when you started about three years ago. Okay?

A. Yeah.

**Q.** Where were you living at that time?

A. Same address.

**Q.** What were you doing for Late Night about three years ago when you started working?

[Page 31]

D. DeLarosa

MR. ANDREWS: Objection.

**Q.** Explain the process then when you started working.

A. When I started there, I started with Zapata as an assistant because he didn't know the area, how to move around the area. That's how I started, as an assistant. Then I was assigned to be a driver.

**Q.** You said you heard about it from a friend when you were working at McDonald's?

A. Yes, a friend of mine.

**Q.** Do you know the friend's name?

A. Alexander Zapata.

**Q.** Was Alexander a driver, to the best of your knowledge, at that time?

A. Well, no. He just -- I mean, he just had been working there for a month, so -- and he needed somebody to help him.

**Q.** You were helping Alexander in the beginning?

A. Yes. Yes.

**Q.** Where would you meet Alexander to help him do his work?

MR. ANDREWS: Objection.

[Page 32]

D. DeLarosa

A. We would meet in the train, the train, but I new Alexander since we were little, since we were little.

**Q.** Did you go to any facility of The Fresh Diet when you started three years ago?

A. Facility?

**Q.** As a driver, what do you do before you start your route?

A. I have to grab a bag, take the bag and put it in the truck, and after that, I begin my route.

**Q.** Where do you get the bag from?

A. At a freezer. They have a huge freezer there. It's like a shop or something.

**Q.** This is at a building?

A. Yes.

**Q.** Where is this building located?

A. 588 Boston Street.

**Q.** Baltic?

A. Baltic Street in Brooklyn, but they used to have another facility. I don't remember the address.

**Q.** Siegel?

A. Siegel, yes. That's where I -- that's

[Page 33]

D. DeLarosa

where we started, began, and after that, I moved -- we moved to this other one, to Atlantic and 4th Avenue.

**Q.** When you started, the facility was on Siegel Street in Brooklyn?

A. On Siegel.

**Q.** When you would go with Alexander in the beginning, did you both travel to the Siegel Street location?

A. Yes. We took the train.

**Q.** Have your duties been the same since the time you started until today?

MR. ANDREWS: Objection.

A. Yeah, it's always been the same.

**Q.** Can you explain what that is again?

A. What's the process?

**Q.** Yes.

A. Okay. I arrive at the company, I speak to Owen or Syed, and then they assign me the route that I have to do, and I go to the freezer, I take the bag, I put it inside the truck, and then I do my route.

**Q.** Have you had the same route since you started?

[Page 34]

D. DeLarosa
MR. ANDREWS: Objection.
A. Different routes. Different routes.
Q. How many different routes have you driven?
A. I've done all of them, all the areas that they have, but not the B route. I've gone to D.C., Boston, Philly, but he calls me beforehand like at 2:00 or at 1:00 in the afternoon, depends on the time.
Q. What time would you arrive at the company?
A. What time you say?
Q. What time would you get there?
A. Okay. If I have to go to Boston, I have to do Boston and Connecticut on the return, so I leave at 2:00, and I'll get there at 3:00 or 4:00, but they pay you a salary at that moment. It's a salary. Heading to Boston is 80 or $85, and your return trip, you do Connecticut, and that's $75 because it's a double route.
Q. Do you ever use your own car to perform the deliveries?
A. Once I used it for six months, and it just -- and the transmission got damaged.

[Page 35]

D. DeLarosa
Q. For six months, you were using a car, your own car?
A. Then I thought it's not worth it.
Q. What kind of car do you use to perform the routes?
A. Honda CRV 2001.
Q. Do you ever perform deliveries in the tristate area?
A. Like nearby?
Q. Like in Manhattan.
A. I've done all the routes. I've been to Connecticut, Long Island, Staten Island, Boston, D.C. I've done every single route in all this area. I've done it, the entire New York.
Q. Are there any routes that are just Manhattan?
A. What do you mean?
Q. Are there any routes that are solely in Manhattan?
A. For Manhattan, yes. You want to know?
Q. No. That's okay.
A. Because they're assigned by letters.
Q. Are there others that are just for --

[Page 36]

D. DeLarosa
A. I can show you which ones.
Q. -- Connecticut?
A. Connecticut, Staten Island, Jersey, and -- you got Jersey. You got Long Island. I know all of them.
Q. Are you paid differently if you do a route in Manhattan versus Connecticut?
A. The same, $79.
Q. 79 --
A. Doesn't matter the time that you finished.
Q. From the time you started three years ago until today, you've been getting $79 a night that you performed work?
A. When I started as a helper, I was paid $8. Then I got a raise and -- got a raise, and it was $10, and I haven't gotten a raise since then. $79.
Q. When you say $8 when you started as a helper, $8 for what, an hour?
A. Per hour.
Q. Now it's $10 per hour?
MR. ANDREWS: Objection.
A. Yes. Yes.

[Page 37]

D. DeLarosa
Q. What is your rate right now?
A. 474 a week. That's $79.
Q. What is it per hour?
MR. ANDREWS: Objection.
A. It's a salary that I get. I don't punch card or anything. I don't punch in or anything. It's just a salary that I get.
Q. Is it your testimony that that comes out to about $79 a night?
A. Uh-huh. Yeah.
MR. ANDREWS: Say yes.
A. Yes. Yes.
Q. I just want to focus on when you do deliveries in the tristate area. No Boston, just the New York area.
Okay?
A. Okay.
Q. When you were going to do deliveries in the New York area, what time would you arrive at the company?
A. Well, let's say -- as I said, if Owen calls me, that's when I start. I mean, I don't know when I start.
Q. What would the earliest Owen would tell

[Page 38]

D. DeLarosa

you to come in be?

A. 2:00, 5:00.

Q. What about the latest?

A. 10:00 or 11:00.

Q. Does it change every day?

MR. ANDREWS: Objection.

A. Yes. He calls me, sends me a text, lets me know.

Q. What time is the earliest you would ever be finished with your deliveries?

Again, focusing on the New York area.

A. Like just Manhattan?

Q. Yes.

A. Manhattan, like 2:00 or 3:00 in the morning.

Q. 2:00 a.m.?

A. In the morning. Depends on how many bags I get, so --

Q. What's the least amount of bags you would deliver in a night?

A. I think it was fifteen.

Q. What about the most?

A. Fifty-five.

Q. How many days of the week do you perform

[Page 39]

D. DeLarosa

deliveries?

A. Six days.

Q. Six nights, correct?

A. Yes.

Q. What night don't you work?

A. Saturday because Fridays we hand over a double -- double packaging, so -- for Saturdays -- we do double for Saturday and Sunday, double delivery.

Q. You don't work Saturday night into Sunday morning?

A. That's my only night off, Saturdays.

Q. You earlier testified that there are two vehicles right now for the company.

MR. ANDREWS: Objection.

A. Two vehicles. One of them is in the shop right now.

Q. Is there only one vehicle?

A. They have three, but only two -- only two are currently available. That's why I have to wait. I have to wait.

Q. Do you know how many drivers besides you perform deliveries in the New York area for The Fresh Diet?

[Page 40]

D. DeLarosa

A. Just Manhattan?

Q. The tristate area.

MR. ANDREWS: Does that include Connecticut?

MR. POLLACK: Yes.

Q. Connecticut, New Jersey, New York.

MR. ANDREWS: Long Island.

How many drivers?

A. Lots of them. About ten, fifteen. It has to be more. The thing is some of the drivers do double-duty.

Q. When you say "double-duty," what do you mean?

A. Double route.

Q. Does that mean two routes in the same night?

A. Exactly.

Q. When you arrive at the facility, are the bags already packed?

A. Sometimes they're not. Sometimes the food hasn't arrived yet, so you got to wait.

Q. Are there other people who pack the bags for you?

A. Sometimes, yeah, but sometimes you have

[Page 41]

D. DeLarosa

to pack them yourself. It depends, you know.

Q. What do Bobby and Drew do?

A. What do you mean? As soon as we get to the company?

Q. What are their duties, to the extent that you know?

A. They're drivers.

Q. Bobby and Drew?

A. Bobby covers Long Island, and Drew covers Manhattan.

Q. Their shift is from 5:00 p.m. to 10:00 p.m.?

MR. ANDREWS: Objection.

A. Yes. It depends, you know.

MR. ANDREWS: Objection.

Q. Is it your understanding that they use the cars for the company to perform their deliveries?

A. They use the cars for the company, and we wait until they're done, and we do our own route after that.

Q. Do you know any drivers who use their own car to perform deliveries?

A. Yes, lots of them.

[Page 42]

D. DeLarosa

Q. Are you and Alex the only ones that use the company car?

MR. ANDREWS: Objection.

A. Drew and Alex and myself. We use the vehicles.

Q. Everyone else, to the extent you know, uses their own car?

A. Their car, exactly.

Q. When you were going to perform a route on any given night, how would you know where to go?

A. When I do a route?

Q. Yes.

A. I put in the computer, and I check my route to see what's the best one for me.

Q. What do you do when you see what's the best?

A. I put one, two, three in the manifest to do the easiest route because if I do it their way, it could take longer.

Q. You choose the order in which the deliveries are going to be made?

MR. ANDREWS: Objection.

A. Yes, I do.

[Page 43]

D. DeLarosa

They give -- they hand me the manifest, right. Let's say, we got thirty stops along the way, and, let's say, that's 200 miles. I do it in a way that I know how to do it so it's easier for me to cover.

Q. When do you make the decision as to how the meals are going to be delivered?

MR. ANDREWS: Objection.

A. Well, if they give me the manifest, I see everything, the food and everything, and I leave. Yeah.

Q. Do you talk to anyone and say I'm going to deliver them in a certain way?

A. Sometimes with Owen, but I know my route. I can -- I cover it any way I want. There's so many different ways you can cover it, so --

Q. Do you have to check with Owen or Syed if you are going to deliver it a different way than was on the manifest?

MR. ANDREWS: Objection.

A. No. I do it as I -- the way that I can. As long as everything's delivered, it's no problem.

[Page 44]

D. DeLarosa

Q. Do you take any breaks during the time you perform deliveries?

A. Sometimes to drink a coffee, and I do my work. I don't take breaks. I just want to get it done.

Q. If you have to get a coffee or go to the bathroom, you'll take a break?

MR. ANDREWS: Objection.

A. Yes.

Q. Do you call Owen or Syed --

A. No.

Q. Just let me finish.

Do you call Owen or Syed and say I'm going to take a break right now?

MR. ANDREWS: Objection.

A. No.

Q. When you're done with performing your deliveries, what do you do?

A. I head back to the company, take the bags.

Q. Do you call Owen or Syed after you leave the last delivery?

A. No.

Q. What time do you finish your last

[Page 45]

D. DeLarosa

delivery?

MR. ANDREWS: Objection.

A. It depends if there's traffic, you know. Between 5:00 and 6:00. Depends. Let's say, if I leave at 10:00 or at 9:00, I'm done by -- at 6:00. It depends, but it's hard when you return because there's so much traffic at that time. Everybody's going to work.

Q. If you were just delivering in Manhattan, you could be done earlier than 5:00, correct?

MR. ANDREWS: Objection.

A. Yeah, because -- sorry.

Q. Go ahead.

A. Because my job used to be just Manhattan. Now they send me anywhere they want.

Q. How long --

A. It's always been like that, but my job should be just for Manhattan like Drew and Zapata do. Not me. I'm all over.

MR. POLLACK: Let's take a five-minute break.

(Whereupon, a recess was taken

[Page 46]

D. DeLarosa

at this time.)

Q. Was there a time that you only worked Manhattan routes?

A. Yes.

Q. When was that from?

A. I always did Manhattan, but -- let's say, on Fridays, they'd take -- they usually take their days off, so I cover it.

Q. Is that since the time you started?

A. Almost, but I try to be all over, so -- it's -- always sending me all over. As I said, they let me know.

Q. When you were working in Manhattan, was there a particular route that you covered?

MR. ANDREWS: Objection.

A. I always covered R2, which is Manhattan before. Now, I only cover H, H and the U route.

Q. Where is the R2 route? What area does it cover?

A. West Side 72nd Street.

It's a small route, so it's about fifteen stops or ten stops that's on the West Side because there are three routes. This

[Page 47]

D. DeLarosa

area, it's the P route.

Q. Being --

A. This area.

Q. -- around the building?

A. Yes, this area. There are like fifty stops around here.

MR. ANDREWS: You mean Lower Manhattan?

THE WITNESS: Yeah.

A. I'll explain to you all the routes.

Q. I don't need an explanation on the routes.

There's a route called R2, correct?

A. Yes. It's joined with E, ES. It's a total of ninety.

Q. Ninety stops?

A. Yes, but they are divided separate to different routes. So many of them.

Q. Was there a time that you worked mainly on the R2 route?

A. Yes. Yes. I used to cover that one, and then I would do H because H is on the East Side.

Q. In the beginning about three years ago,

[Page 48]

D. DeLarosa

were you doing the R2 route?

A. No, F.

Q. F route?

A. F is Jersey.

Q. We're going to break this down now.

When you started, you were doing the F route, correct?

A. First, U, and then I was switched with Zapata to F. At that time, we would work together. First, U, and then they sent us out to Jersey doing the F route.

Q. Again, now we'll take it back one more step.

When you started, you were working the U route, correct?

A. Yes.

Q. Where is the U route?

A. The Lower East Side of Manhattan (English).

Q. How many stops is the U route?

MR. ANDREWS: Objection.

A. Sixty or sometimes fifty.

Q. When you started, you were doing the U route with Zapata?

[Page 49]

D. DeLarosa

A. Yes.

Q. Do you know why he needed your help?

A. He didn't know the area very well.

Q. Did you ever separately make deliveries on the same night?

A. No. We were always together.

Q. Do you know how he was being paid?

A. They paid us by hour at that time. Then they switched us to a salary.

Q. Do you know how much Alex was being paid hourly?

A. $10.

Q. You were receiving $8?

A. Yes, exactly, per hour.

Q. When did it switch to salary?

A. A year ago already.

Q. When you were doing the U route with Alex, what time would you get to Siegel Street?

A. We would be -- start at -- at that time -- oh, I don't remember. We would work like a ten-hour shift, ten, eight, or nine hours.

Q. Somewhere between eight to ten hours?

A. Yeah.

[Page 50]

D. DeLarosa

**Q.** You and Alex both went to the facility together?

A. Uh-huh. Yes.

**Q.** Were you going into the same car to --

A. At that time, we don't have a car. We took the train.

**Q.** What would you do?

You would take the bags from the freezer?

A. Yes.

**Q.** Then you'd bring them onto the subway?

MR. ANDREWS: Objection.

A. No. No. We would take the train together, and we would get to the company. We would take the vehicle, and we would take the manifest, and we'll take the food, put it in the truck, and then we would leave.

**Q.** When you were done performing deliveries with Alex doing the U route, would you return to Siegel Street at the end of the night?

A. Yes.

**Q.** When did you switch to the F route?

A. Don't remember when the switch was. It's a while ago.

[Page 51]

D. DeLarosa

**Q.** Do you remember if it was less than a year after you started?

A. I think it was eight months that we only covered U, and then they switched us to F to Jersey.

**Q.** Was the company's facility still at Siegel Street at the time that you switched from U to F?

A. Yes. It was always there. Yeah.

**Q.** It was still at Siegel Street?

A. We were still at Siegel, yes.

**Q.** Was the process the same when you were doing the F route as when you were doing the U route?

A. Almost the same, yeah. Basically the same.

**Q.** Anything different that you could explain?

A. About the same. Maybe it was an hour longer or two because I was in New Jersey. You have to -- it was further away, so --

**Q.** You would still arrive at the facility, pack the bags, perform the deliveries, return?

A. Uh-huh. Yes.

[Page 52]

D. DeLarosa

**Q.** Yes?

A. Yes.

**Q.** How long did you do the F route?

A. Don't remember.

**Q.** There came a time when you got a separate route from Alex?

A. Yes, when we were at F. Like five or four months after, I was switched, or more. I'm not sure. Don't remember.

**Q.** You had your own route at that time then?

A. Yes. As I said, I've never had a route.

**Q.** Did Alex keep the F route when you were switched?

A. Yes.

**Q.** Were you given the R2 route?

A. It wasn't given to me. It's just that they gave me Manhattan. Whoever had the night off, I would take it, but for two or three months, I was just doing R2 and H.

**Q.** When you did the R2 route, how long would it take you to perform the deliveries?

A. For H and R2?

**Q.** Just for R2.

[Page 53]

D. DeLarosa

A. Three hours or two.

**Q.** Two to three hours?

A. Three hours.

**Q.** What about the H route?

A. H? Like four hours maybe.

**Q.** Were you still being paid $8 an hour when you performed R2?

A. $79.

MR. ANDREWS: That's 79 in a day?

THE WITNESS: Yeah. An hour, I wish (English).

**Q.** If you did the H route, was it sill 79?

A. Same. Same thing for both routes. Same thing. Same pay for both.

**Q.** Did you ever have any other people work with you performing deliveries?

A. I have a friend that comes along with me.

**Q.** What's his name?

A. Ambiori Paez.

**Q.** Do you know the spelling?

A. A-M-B-I-O-R-I, and last name is, P-A-E-Z.

[Page 54]

D. DeLarosa

**Q.** Do you pay Ambiori?

A. I give him something to come along with me. Sometimes I do.

**Q.** Does he come with you to the facility to pick up the bags?

A. No. Yes, sometimes he goes with me, or we meet.

**Q.** Do you know if he's ever met Syed?

MR. ANDREWS: Objection. Objection.

A. He's seen Syed. He's seen him and Owen.

**Q.** And Owen?

A. Yes, because he sometimes rides along with me, so -- or he waits for me over there, so --

**Q.** Does he have his own car?

A. No. He takes the train.

**Q.** How frequently would he come with you on the routes?

A. When I do long routes, that's the far away, I like to be with somebody because it's a risk that I could fall asleep, so he keeps me awake.

**Q.** Have Syed or Owen ever told you not to

[Page 55]

D. DeLarosa

bring him with you?

A. No, they've never told me that.

**Q.** Does he ever help you deliver the bags when he comes along with you?

MR. ANDREWS: Objection.

A. Yes, he sometimes helps me.

(Whereupon, 2011 1099 form was marked as Defendant's Exhibit 77, for identification, as of this date.)

(Whereupon, 2012 1099 form was marked as Defendant's Exhibit 78, for identification, as of this date.)

**Q.** Now I'm going to show you a document that's been marked for identification as Defendant's Exhibit 77 (handing).

I'm going to ask if you've ever seen that document before today.

A. Isn't this for your income tax or something like that?

**Q.** I just need to know if you remember seeing that document before today.

MR. ANDREWS: Remember, just answer the question.

A. I believe so. I don't believe so.

[Page 56]

D. DeLarosa

**Q.** Do you know what that document is?

A. Isn't this for your income taxes?

**Q.** Do you know?

Do you know what it is?

A. Yes, I know what it is.

**Q.** What do you think that that document is?

A. This is to do your income taxes.

**Q.** Do you know if you gave this to the agency you used to file your tax returns?

A. Yes, I believe so.

**Q.** I'm now going to show you a document that's been marked for identification as Defendant's 78 (handing).

I'm going to ask if you've ever seen that document before today.

A. Yes, I think so.

**Q.** What do you understand this document to be?

A. This is for income taxes, right?

**Q.** Is that what your understanding is?

A. Yes.

MR. ANDREWS: Again, don't ask him questions. Just give the answers.

A. Yes.

[Page 57]

D. DeLarosa

**Q.** Do you believe that you gave this document to the agency to do your tax return?

A. Yes.

**Q.** When you file tax returns, do you do it once a year or more than once?

A. Once every year.

**Q.** Do you know what month you go to the agency?

A. I got all that proof at home.

**Q.** Do you know if certain expenses were deducted on your tax return?

A. I believe so. I don't know.

**Q.** Did you give copies of your tax returns to your attorney?

A. No, I haven't.

**Q.** Do you know the name Judah Schloss?

THE INTERPRETER: I'm sorry?

**Q.** Do you know the name Judah Schloss?

A. Uh-uh. No.

**Q.** Do you know the name Zaimi Duchman?

A. Nope.

**Q.** Did you ever keep records of the deliveries that you performed for Late Night?

A. What records, like a manifest or

[Page 58]

D. DeLarosa

something like that?

**Q.** Do you have copies of the manifests?

A. I think I do, but I'm not sure because I always leave them there.

**Q.** You leave them at the facility?

A. Yeah, at the facility because they have to write down bags that I picked up and took.

**Q.** How frequently do you communicate with Owen or Syed?

A. Only -- only communicate with Owen, that's it.

**Q.** Do you do that with your cell phone?

A. Yes, cell phone.

**Q.** Have you had the same cell phone for the last three years?

A. No. I had three different cell phones, three numbers.

**Q.** Three numbers?

A. Yeah.

**Q.** Do you have copies of any text messages that you had with Owen?

A. I think I have them, yes.

MR. POLLACK: I'm going to ask for copies of those text messages.

[Page 59]

D. DeLarosa

A. I think I have them here. Let me see. I don't have many of them.

**Q.** We don't have to go through this today. Do you text with Owen?

A. Yes.

**Q.** What would you text about with Owen?

A. What time the route starts, what route am I going to cover.

**Q.** That's information you know before you arrive at the facility?

A. Exactly. If there's no vehicles, which one are we going to rent.

**Q.** Do you communicate with him at all when you're actually performing the deliveries?

A. If I'm lost, if I can't find the house that I'm supposed to be delivering, I will give him a call.

**Q.** Does that happen a lot?

A. Happens a lot.

**Q.** Other than saying that you're lost or you can't find a location, do you communicate with him during the time you're performing deliveries?

[Page 60]

D. DeLarosa

MR. ANDREWS: Objection.

A. Yes.

**Q.** What other things would you communicate about?

A. Can't find the address, I have nowhere to put it, or I do a search on Google Maps.

**Q.** How did you first learn about this lawsuit?

A. I found out because -- through Fernando. What's the name of this other kid? The Chinese guy. That's what I call him, Chinese guy.

**Q.** Is it Kenneth Chow?

A. Ken, yeah. Yes, good man.

**Q.** What did they tell you about the lawsuit?

A. They told me that -- about the taxation, the way that they treat you, all of that stuff.

**Q.** Do you know if Mr. Hernandez was paid hourly?

MR. ANDREWS: Objection.

A. By bag. Same thing with Chinese guy.

MR. ANDREWS: Objection.

MR. POLLACK: There's no question.

[Page 61]

D. DeLarosa

MR. ANDREWS: The objection is to the question that was asked before.

**Q.** It's your understanding they're paid by bag?

A. Per bag, yeah.

**Q.** Do you know if anybody else is paid hourly?

A. Drew, Zapata. Not hourly but a salary.

**Q.** Fair enough. At some point, you were paid hourly, correct?

A. Yes.

**Q.** When did that change?

A. I think it was a year or two ago. I'm not too sure. Or a year and a half. I don't remember.

**Q.** You were paid hourly for about a year and a half to two years, approximately?

A. Something like that.

**Q.** Do you know if anybody else was paid hourly during that time?

A. Drew, Zapata. Just us three. Just us three that were paid per hour, us three.

**Q.** Do you know how the other drivers were

[Page 62]

D. DeLarosa

paid?

A. Per mile and per bag.

Q. Were Alex and Drew still working at the company when you were switched from hourly to salary?

A. Yes. We had the same -- we were there for the same time. I think Drew has been working there two months longer than I have or three. I'm not sure, but we were there about the same time.

Q. Do you know if Drew and Alex were switched from hourly to salary at the same time you were?

A. The three of us at the same time.

Q. Do you know if the other drivers were still receiving pay by bag and mile?

A. Yes. Yes, they were paid by mile and bag.

Q. Is Alex still working as a driver?

A. Yes.

Q. Does he do that same shift as you?

A. Well, he starts earlier because he uses his own car.

Q. Do you know if he's part of this

[Page 63]

D. DeLarosa

lawsuit?

A. No, I don't know. I don't know.

Q. You don't know?

A. No. No, he's not -- he's not in this lawsuit.

Q. Have you talked to him about this lawsuit?

A. I've talked to them, but he doesn't want to be part of it, nor Drew, nor anybody else.

Q. Do you ever receive any kind of warnings from Syed or Owen for the work you perform?

A. They only warn me when -- I only get a warning when I don't deliver -- I don't deliver the correct bag to the correct address because sometimes they send you to so many different routes, and it's hard, but now I know them almost by memory, so --

Q. What would they do to warn you?

A. Well, it appears in the computer, you know, saying that there's a complaint from a client. They call me or send me a text, or they let me know where I drop off that bag.

Q. Would this happen the following day?

A. The following day.

[Page 64]

D. DeLarosa

Q. Would they discipline you in any way?

A. No. They just tell you, look, this is incorrect, this one's incorrect, it should be like that. Sometimes he becomes upset. Yeah, sometimes.

Q. Did you ever have to pay anything if you performed a wrong delivery?

A. No, but they're starting to institute that now.

Q. You never had to pay for --

A. No.

Q. Have you ever been given less routes if you made a bad delivery?

A. No.

MR. POLLACK: I have no further questions. Thank you.

(Continued on the next page to accommodate the jurat.)

[Page 65]

D. DeLarosa

MR. ANDREWS: I don't have any further questions.

(Time Noted: 3:42 p.m.)

__________________________

DENNY DELAROSA

Subscribed and sworn to before me this ___ day of _____________ 2013.

__________________________________

Notary Public

INDEX

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Denny DeLarosa | Yale Pollack | 4 |

EXHIBITS

| INDENT. | DESCRIPTION | PAGE |
|---|---|---|
| 71 | Pay stub | 14 |
| 72 | Pay stub | 14 |
| 73 | Document relating to pay stub | 14 |
| 74 | Consent to join | 20 |
| 75 | Notice of EBT | 27 |
| 76 | Three ID cards | 27 |
| 77 | 2011 1099 form | 55 |
| 78 | 2012 1099 form | 55 |

REQUESTS FOR PRODUCTION

| DESCRIPTION | PAGE |
|---|---|
| Documents relating to accident in Brooklyn | 11 |
| Pay stubs | 13 |
| Tax returns | 23 |
| Text messages with Owen | 58 |

CERTIFICATE

I, MELISSA KAHANE, hereby certify that the Examination Before Trial of DENNY DELAROSA was held before me on the 28th day of October, 2013; that said witness was duly sworn before the commencement of his testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Examination Before Trial of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of October, 2013.

_________________________

MELISSA KAHANE

ERRATA SHEET

| PAGE/LINE | CORRECTION |
|---|---|
| | |

**A**

**ability** 5:6 6:4
**accident** 7:22 11:9,13,16 13:8,21 26:23 66:20
**accommodate** 64:20
**accumulate** 21:23 22:2
**accumulating** 22:7
**accurately** 4:5
**ACKLIN** 1:4
**action** 4:25 5:3
**address** 4:19 30:23 32:23 60:6 63:15
**advisement** 13:18,22,24
**afternoon** 4:23 34:10
**AG** 4:21
**agency** 22:23,24 23:3,13 56:10 57:3,9
**ago** 6:18,18 8:9 10:25 15:23 30:19,25 32:6 36:14 47:25 49:17 50:25 61:15
**agree** 13:25
**AGREED** 3:4,11 3:16
**agreement** 26:17
**ahead** 45:15
**ALC** 1:8
**alcohol** 5:25
**Alex** 7:25 8:17 42:2,5 49:11 49:19 50:2,20 52:7,14 62:4 62:12,20
**Alexander** 8:2 31:14,15,20,23 32:3 33:8
**Alex's** 8:11,12
**Ambiori** 53:22 54:2
**amount** 24:2,11 38:20
**ANDREWS** 2:5 5:9 11:15,21 12:8,10 13:17 14:10 15:5 16:9,21 18:2 21:16,24 25:8 25:11,14 26:3 26:7 27:4,7,15 28:7 29:6,21 30:10 31:2,25 33:14 34:2 36:24 37:5,12 38:7 39:16 40:4,8 41:14 41:16 42:4,24 43:9,22 44:9 44:16 45:3,13 46:16 47:8 48:22 50:13 53:10 54:10 55:6,23 56:23 60:2,21,23 61:2 65:2
**answer** 5:7,8,16 6:6 10:12,15 28:7 29:7 30:6 30:7 55:24
**answering** 11:18
**answers** 4:7 56:24
**anybody** 6:14 61:7,21 63:10
**anymore** 20:9
**Apartment** 4:21
**appears** 63:20 67:11
**approximately** 61:19
**area** 31:7,7 35:9 35:15 37:15,16 37:20 38:12 39:24 40:3 46:20 47:2,4,6 49:4
**areas** 34:6
**arrive** 30:11 33:19 34:11 37:20 40:19 51:23 59:11
**arrived** 40:22
**asked** 6:24 61:3
**asking** 4:25 5:7 10:13 16:18
**asks** 27:16
**asleep** 54:23
**assign** 33:20
**assigned** 30:17 31:9 35:24
**assistant** 31:6,8
**Atlantic** 33:4
**attorney** 2:3 13:15 57:15
**Attorneys** 2:8
**available** 39:21
**Avenue** 4:21 23:7 33:4
**awake** 54:24
**A-M-B-I-O-R-I** 53:24
**a.m** 38:17
**a/k/a** 1:11

**B**

**B** 9:22 34:7 66:7
**baby** 18:17 19:6 19:7 22:13
**back** 8:5 10:10 12:3 14:2 17:22,23 21:22 30:18,19 44:20 48:13
**background** 9:6
**bad** 64:14
**bag** 32:10,10,13 33:22 60:22 61:5,6 62:3,17 62:19 63:15,23
**bags** 9:17 38:19 38:20 40:20,23 44:21 50:9 51:24 54:6 55:4 58:8
**Baltic** 32:20,21
**Basically** 51:16
**bathroom** 44:8
**began** 33:2
**beginning** 31:21 33:9 47:25
**Behalf** 1:5
**believe** 26:15 55:25,25 56:11 57:2,13
**best** 5:6 31:15 42:16,18
**better** 11:2 21:18,20
**birth** 18:14
**birthday** 19:9
**bit** 10:11 21:21
**blood** 67:15
**Bobby** 10:2,5 41:3,9,10
**born** 17:18
**Boston** 32:19 34:8,15,16,19 35:14 37:15
**break** 5:13,17 44:8,15 45:24 48:6
**breaks** 44:2,5
**bring** 22:23,24 50:12 55:2
**Broadway** 17:11 17:11,12
**Bronx** 22:25 23:15
**Brooklyn** 11:9 11:14 32:21 33:6 66:21
**BRYANT** 1:4
**building** 32:16 32:18 47:5
**bus** 8:8,10

**C**

**C** 2:2 67:2,2
**call** 6:19,19 44:11,14,22 59:19 60:12 63:22
**called** 4:2 6:20 20:7 47:14
**calls** 9:16 34:8 37:23 38:8
**car** 8:15,15 34:22 35:2,3,5 41:24 42:3,8,9 50:5,6 54:17 62:24
**card** 29:11,13 30:3 37:7
**cards** 27:22 29:3 66:14
**cars** 41:18,20
**case** 7:4,17,19 8:7 11:17
**CATERING** 1:11,12
**CECILIA** 1:4
**cell** 58:13,14,15 58:17
**certain** 43:14 57:11
**certification** 3:7
**certify** 67:4
**change** 38:6 61:14
**check** 10:25 12:24 14:6,6 14:25 15:6 22:4,7 23:25 30:12 42:15 43:19
**checks** 10:24 12:21 13:7 14:23 15:3,16 15:22 21:23 22:2
**child** 22:13
**Chinese** 60:11 60:12,22
**choose** 42:22
**Chow** 1:3 60:13

**citizen** 17:15,16 17:17 18:6
**claiming** 22:20
**claims** 5:3 22:18
**clarification** 9:3
**client** 63:22
**Clinton** 23:5,6,7 23:9,10
**close** 12:14
**coffee** 44:4,7
**come** 6:21,24 23:25 28:5 38:2 54:3,5,19
**comes** 37:9 53:19 55:5
**coming** 8:4
**commencement** 67:8
**communicate** 58:9,11 59:15 59:23 60:4
**company** 8:14 9:15,21 10:21 10:23 20:8 21:4,6,6,18 29:4 30:11,12 33:19 34:12 37:21 39:15 41:5,18,20 42:3 44:20 50:15 62:5
**company's** 51:7
**complaint** 63:21
**computer** 42:15 63:20
**concerning** 5:2
**condition** 5:14
**confirm** 6:20
**confusion** 14:12
**connected** 15:25 67:15
**Connecticut** 34:16,20 35:13 36:3,4,8 40:5,7
**Consent** 20:18 66:12
**consider** 9:12
**Continued** 64:19
**contract** 27:6
**contractor** 21:15
**copies** 12:3 14:15 29:3,5 57:14 58:3,21 58:25
**copy** 14:22,24 15:14 23:16 26:14 29:10,13 29:15,16,18 30:2
**CORP** 1:10,12
**correct** 10:17 12:9 16:8 39:4 45:12 47:14 48:8,16 61:12 63:15,15
**CORRECTION** 68:3
**counsel** 3:5 67:11,19
**COURIER** 1:10
**court** 1:1 3:20 13:9
**cousins** 18:11
**cover** 43:6,16,17 46:9,18,21 47:22 59:9
**covered** 46:15 46:17 51:5
**covers** 41:10,11
**CRV** 35:7
**current** 12:6
**currently** 8:21 9:8 10:17 18:16 39:21
**CV** 1:8

**D**

**D** 3:2 4:10,10 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:2
**damaged** 34:25
**date** 14:18 18:14 20:20 27:21,24 55:10,13
**dates** 15:9
**DAVID** 1:4
**day** 7:22 38:6 53:11 63:24,25 65:10 67:6,21
**days** 38:25 39:3 46:9
**deal** 13:15
**December** 22:3
**decision** 43:7
**deduct** 24:21
**deducted** 57:12
**Deduction** 25:16
**Defendant** 1:18
**defendants** 1:14 2:8 4:24
**Defendant's** 14:17,20 15:13 15:20,24,25 19:12 20:19 24:23 26:9,25 27:20,23 28:2 28:12,18,25 55:9,12,16 56:14
**DeLarosa** 1:17 4:18,23 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1,7 66:5 67:5
**deliver** 38:21 43:14,20 55:4 63:14,14
**delivered** 43:8 43:24
**deliveries** 34:23 35:8 37:15,19 38:11 39:2,24 41:19,24 42:23 44:3,19 49:5 50:19 51:24 52:23 53:18 57:24 59:16,25
**delivering** 45:10 59:18
**delivery** 39:10 44:23 45:2 64:8,14
**Denny** 1:17 4:18 65:7 66:5 67:5
**dependent** 22:13 22:14
**depends** 8:25 10:8 15:12 34:10 38:18 41:2,15 45:4,5 45:7
**deposition** 3:7 3:17 6:10,13
**DESCRIPTION** 66:8,19
**Diet** 1:9,10,10,11 1:12 10:19,20 11:6 16:23 17:2,4 23:22 32:6 39:25
**difference** 21:14
**different** 34:3,3 34:4 43:17,20 47:19 51:18 58:17 63:16
**differently** 36:7
**directly** 67:17
**discipline** 64:2
**discuss** 7:15 13:23
**DISTRICT** 1:1 1:2
**divided** 47:18
**document** 14:16 19:11,15,25 20:3,12,15 26:8,12,24 27:2,25 28:4,6 28:16 29:3 55:14,18,22 56:2,7,12,16 56:18 57:3 66:11
**documented** 18:5
**documents** 11:5 11:7,10,13 13:6,11,14 14:2 18:5 26:20 66:20
**doing** 8:3 13:10 30:24 48:2,7 48:12,24 49:18 50:20 51:14,14 52:21
**Dolowich** 1:19 2:8
**Domingo** 17:19

**double** 15:11
34:21 39:8,8,9
39:10 40:15
**double-duty**
40:12,13
**downstairs**
11:25
**Drew** 10:2,5
41:3,9,10 42:5
45:21 61:9,23
62:4,8,12
63:10
**drink** 44:4
**drive** 16:15
**driven** 34:5
**driver** 8:4,17,19
10:17 12:12
16:7 29:24
30:8 31:9,15
32:8 62:20
**drivers** 22:15,17
39:23 40:9,12
41:8,23 61:25
62:16
**driver's** 29:16
29:19
**drop** 63:23
**drugs** 5:24
**Duchman** 1:13
57:21
**duly** 4:3,11 67:7
**duties** 10:13
33:12 41:6
**D.C** 34:8 35:14
**d/b/a** 1:11

**E**

**E** 2:2,2 3:2,2 4:2
4:2,10,10
29:25,25 47:15
66:2,7 67:2,2
**earlier** 16:17
39:14 45:11
62:23
**earliest** 37:25
38:10
**earn** 15:19 21:10

**earnings** 15:7
**easier** 43:6
**easiest** 42:20
**East** 47:23 48:19
**easy** 21:9,13
22:16
**EBT** 27:19
66:13
**effect** 3:19
**eight** 49:22,24
51:4
**employ** 67:19
**employed** 9:8,10
16:18
**employee** 9:13
21:15 23:25
25:25
**employer's** 12:7
**ends** 21:7
**English** 4:7,8
19:23 48:20
53:13
**entire** 35:15
**ERRATA** 68:2
**ES** 47:15
**ESQ** 2:5,10
**Everybody's**
45:9
**everything's**
43:24
**exactly** 10:18
12:21 16:10
24:14,19 40:18
42:9 49:15
59:12
**Examination**
1:16 4:15 66:4
67:5,13
**examined** 4:13
**Exhibit** 14:20
15:13 19:13
20:19 26:9
27:20,23 28:2
28:18 55:9,12
55:16
**exhibits** 14:11
14:17

**expenses** 57:11
**explain** 20:4,22
20:24 31:3
33:16 47:11
51:19
**explanation**
47:12
**Express** 1:9,10
1:12 10:22
**extent** 15:6 41:6
42:7

**F**

**F** 3:2 29:20,20
48:3,4,5,7,10
48:12 50:23
51:5,9,14 52:4
52:8,14 67:2
**facility** 32:5,7,22
33:5 40:19
50:2 51:7,23
54:5 58:6,7
59:11
**Fair** 61:10
**faithfully** 4:5
**fall** 54:23
**family** 18:8
**far** 54:21
**FD000141** 29:9
**February** 12:18
**Federal** 25:16
**Fernando** 1:3
6:15,16 60:10
**FICA** 25:15
**fifteen** 38:22
40:10 46:24
**fifty** 47:6 48:23
**Fifty-five** 38:24
**file** 2:11 22:14
23:3,5,12,17
56:10 57:5
**filed** 23:14
**filing** 3:6
**filled** 26:19,20
26:22
**find** 6:25 11:2
20:25 59:17,23

60:6
**finish** 5:6 30:5,7
44:13,25
**finished** 36:12
38:11
**finishes** 8:23
9:19
**fire** 20:7
**FIRM** 2:3
**first** 4:11 26:19
27:14 30:13
48:9,11 60:8
**five** 19:3 52:8
**five-minute**
45:24
**FL** 1:10,11,11,12
1:12
**focus** 37:14
**focusing** 38:12
**follow** 9:5
**following** 63:24
63:25
**follows** 4:14
**food** 9:18 40:22
43:11 50:17
**force** 3:18
**form** 3:12 55:8
55:11 66:15,16
**Forty** 6:18
**found** 60:10
**four** 17:6 52:9
53:6
**freezer** 32:14,14
33:22 50:10
**frequently** 54:19
58:9
**Fresh** 1:9,10,10
1:11,12 10:19
10:20 11:6
16:23,25 17:4
23:22 32:5
39:25
**Fridays** 39:7
46:8
**friend** 7:21
16:25 31:11,12
53:19

**friend's** 31:13
**full-time** 9:12
**further** 3:11,16
13:23 51:22
64:16 65:3

**G**

**gas** 8:15
**getting** 36:14
**girlfriend's**
18:22
**give** 13:14 21:24
43:2,10 54:3
56:24 57:14
59:18
**given** 4:7 11:25
14:5 42:11
52:17,18 64:13
**giving** 14:2
**go** 1:11 7:2 13:9
14:4 30:18,18
32:5 33:8,21
34:15 42:12
44:7 45:15
57:8 59:4
**goes** 54:7
**going** 4:25 5:15
6:24,25 9:5
10:10,13 11:12
12:2 13:5
14:22 18:7,20
19:11,14 21:3
23:19 26:8,11
28:3,24 29:2
30:14 37:19
42:10,23 43:8
43:13,20 44:15
45:9 48:6 50:5
55:14,17 56:12
56:15 58:24
59:9,14
**Gonzo** 1:20 2:8
**good** 4:23 60:14
**Google** 60:7
**gotten** 36:18
**grab** 1:11 32:10
**gross** 24:24

25:19 26:2
**guy** 60:12,12,22
**GUZMAN** 1:5

**H**

**H** 46:18,18
47:23,23 52:21
52:24 53:5,6
53:14 66:7
**half** 6:18 61:16
61:19
**hand** 39:7 43:2
67:21
**handing** 11:2,4
14:3,21 19:13
26:10 27:3
28:2,25 29:25
55:16 56:14
**happen** 6:25
59:20 63:24
**happened** 7:20
8:13 26:23
**Happens** 59:21
**Happy** 19:9
**hard** 45:7 63:17
**HARMAN** 2:3
**head** 5:10 44:20
**Heading** 34:19
**heard** 31:10
**held** 1:18 67:6
**help** 31:19,23
49:3 55:4
**helper** 36:16,21
**helping** 31:20
**helps** 55:7
**hereto** 3:6
**hereunto** 67:20
**Hernandez** 1:3
6:23 7:16
60:19
**hit** 8:5
**HOLDINGS**
1:11
**home** 12:22
16:14 19:6
57:10
**Honda** 35:7

**hour** 6:18 36:21
36:22,23 37:4
49:9,15 51:20
53:7,12 61:24
**hourly** 49:12
60:20 61:8,9
61:11,18,22
62:5,13
**hours** 7:20 10:14
49:23,24 53:2
53:3,4,6
**house** 59:17
**Houston** 17:12
17:12 23:11
**huge** 32:14
**hurts** 20:25
**HUSSAIN** 1:12

**I**

**ID** 11:3 27:22
29:3 66:14
**identification**
14:18,20 20:20
27:21,24 55:10
55:13,15 56:13
**immediately**
22:12 24:19,21
**impair** 6:4
**impossible** 16:13
**include** 40:4
**income** 55:19
56:3,8,20
**incorrect** 64:4,4
**INDENT** 66:8
**independent**
21:15
**Index** 1:8
**indicating** 11:3
11:24,25 14:9
16:3,6 28:23
**indirectly** 67:17
**Individually** 1:5
1:12,13,13
**Infante** 18:23
**influence** 5:24
**information**
59:10

**inside** 33:22
**institute** 64:9
**instructions**
5:20
**interested** 67:17
**interpreter** 2:14
4:3,13 57:18
**involved** 8:7
21:9 22:4
**Island** 35:13,13
36:4,5 40:8
41:10
**issue** 20:7 24:6
24:16
**issued** 23:25
**issues** 11:16
22:21
**I-N-F-A-N-T-E**
18:25

**J**

**J** 2:5
**JACKSON** 1:4,4
**January** 18:15
22:3
**Jersey** 8:9 36:4,5
40:7 48:5,12
51:6,21
**JLC** 1:8
**job** 9:11,17
11:20 16:22,25
16:25 17:3,4
26:21 45:16,20
**jobs** 16:11,19,19
17:3
**join** 20:5,18
66:12
**joined** 20:10
28:14 47:15
**JUANY** 1:5
**Judah** 1:13
57:17,19
**jurat** 64:20

**K**

**K** 4:2
**KAHANE** 67:4

67:24
**Kaufman** 1:19
2:8
**keep** 52:14
57:23
**keeps** 54:23
**Ken** 60:14
**Kenneth** 1:3
60:13
**kid** 8:22 9:19
60:11
**kids** 21:12
**kid's** 9:23
**kind** 20:6 21:17
35:5 63:11
**know** 5:5,14 8:2
9:23 10:21
15:12 19:18,19
20:12 22:8,18
22:25 23:2
26:16 27:13
30:6 31:6,13
35:22 36:6
37:24 38:9
39:23 41:2,7
41:15,23 42:7
42:11 43:5,15
45:4 46:13
49:3,4,8,11
53:23 54:9
55:21 56:2,4,5
56:6,9 57:8,11
57:13,17,19,21
59:10 60:19
61:7,21,25
62:12,16,25
63:3,3,4,17,21
63:23
**knowledge**
31:16
**KROMPIERE**
2:14

**L**

**L** 3:2,2 4:2,10
**Late** 1:9 10:21
11:6 12:7,12

15:2 16:7,12
19:5 23:21
26:17 30:8,24
57:24
**latest** 15:21,21
16:5 38:4
**LATTIMORE**
1:5
**lawsuit** 20:5,13
22:19 24:6
60:9,16 63:2,6
63:8
**learn** 60:8
**leave** 34:17
43:12 44:22
45:6 50:18
58:5,6
**left** 29:14
**letters** 35:24
**let's** 8:21 9:6,15
15:10 22:2,15
27:18 37:22
43:3,4 45:5,23
46:7
**license** 11:24
29:16,19
**listen** 10:11,15
**little** 10:11 19:24
20:2 21:21
32:3,4
**live** 18:16
**living** 30:22
**LLP** 1:20 2:8
**located** 32:18
**location** 33:10
59:23
**long** 12:12 17:20
19:2 35:13
36:5 40:8
41:10 43:24
45:19 52:4,22
54:21
**longer** 42:21
51:21 62:9
**look** 8:14 13:13
20:5,8 64:3
**looking** 9:3

15:13,24 24:23
26:24
**looks** 19:21
**lost** 59:17,22
**lot** 59:20,21
**lots** 40:10 41:25
**lower** 17:12 47:8
48:19

**M**

**M** 4:2
**making** 11:19
13:12
**man** 60:14
**Manhattan**
17:13,14 23:8
35:11,18,21,22
36:8 38:13,15
40:2 41:11
45:11,17,21
46:4,7,14,17
47:9 48:19
52:19
**manifest** 30:13
42:19 43:2,10
43:21 50:17
57:25
**manifests** 58:3
**Maps** 60:7
**mark** 14:10
20:17 27:18
**marked** 14:16
14:19 19:12
20:19 26:9,25
27:20,23,25
28:24 29:9
55:9,12,15
56:13
**MARQUIS** 1:4
**marriage** 67:16
**married** 18:18
18:19,20
**matter** 4:3 36:11
67:18
**McDonald's**
16:24 17:5,8
17:10 31:11

**meals** 43:8
**mean** 7:13 8:25
9:11 21:22
22:7 24:3
31:17 35:19
37:23 40:14,16
41:4 47:8
**means** 5:9
**Medicare** 25:15
**medications**
5:22
**meet** 31:23 32:2
54:8
**MELISSA** 67:4
67:24
**memory** 63:18
**messages** 58:21
58:25 66:24
**met** 54:9
**MICHAEL** 1:5
**mile** 62:3,17,18
**miles** 43:4
**mine** 31:12
**minutes** 6:15,18
**misses** 9:22
**mom** 18:11
**moment** 34:18
**money** 21:4,21
22:4 24:11,17
**month** 10:25
12:16 15:4,23
31:18 57:8
**months** 34:24
35:2 51:4 52:9
52:21 62:9
**morning** 38:16
38:18 39:12
**move** 31:7
**moved** 33:3,3
**moving** 13:9,20

**N**

**N** 2:2 3:2 4:10
4:10 66:2
**name** 4:17,23
9:23 18:21,22
31:13 53:21,24

57:17,19,21
60:11
**names** 23:2
**nearby** 35:10
**need** 5:13 10:14
11:10 20:9
47:12 55:21
**needed** 31:19
49:3
**net** 25:3,19,25
**never** 9:22 52:13
55:3 64:11
**new** 1:2,21,21,23
2:4,4,9,9 4:4
4:12,21,22
10:24 15:16
29:19 32:3
35:15 37:16,20
38:12 39:24
40:7,7 51:21
**newer** 15:20
**night** 1:9 10:21
11:6 12:7,13
15:2 16:8,12
16:16 19:5
23:21 26:17
30:9,24 36:15
37:10 38:21
39:6,11,13
40:17 42:11
49:6 50:21
52:19 57:24
**nights** 39:4
**nine** 15:4 49:23
**ninety** 47:16,17
**nodding** 5:10
**Nope** 57:22
**Notary** 1:23 3:18
4:4,12 65:12
**Noted** 65:4
**Notice** 1:18
27:19 66:13
**noticed** 22:3
**numbers** 58:18
58:19
**NY** 1:10,10,10

**O**

**O** 3:2 4:2,10
**object** 13:19
**objecting** 15:5
**objection** 12:8
12:10 16:9,21
21:16 25:8,11
25:14 26:3,7
27:4,7 30:10
31:2,25 33:14
34:2 36:24
37:5 38:7
39:16 41:14,16
42:4,24 43:9
43:22 44:9,16
45:3,13 46:16
48:22 50:13
54:10,11 55:6
60:2,21,23
61:2
**objections** 3:12
**October** 1:22
67:6,21
**offices** 1:19
**officially** 18:19
**oh** 8:2 49:21
**okay** 5:18 10:16
23:23 30:20
33:19 34:15
35:23 37:17,18
**old** 10:25 11:3
16:6 18:12
19:7,8
**older** 14:6
**once** 20:8 30:16
34:24 57:6,6,7
**ones** 16:5 36:2
42:2
**one's** 64:4
**oOo** 4:9
**order** 26:21
42:22
**outcome** 67:18
**owe** 22:17
**Owen** 9:16
30:13,13 33:20
37:22,25 43:15

43:19 44:11,14
44:22 54:12,13
54:25 58:10,11
58:22 59:5,7
63:12 66:24

**P**

**P** 2:2,2 3:2 4:2,2
47:2
**pack** 40:23 41:2
51:24
**packaging** 39:8
**packed** 40:20
**Paez** 53:22
**page** 64:19 66:4
66:8,19
**PAGE/LINE**
68:3
**paid** 15:8 36:7
36:16 49:8,9
49:11 53:7
60:19 61:4,7
61:11,18,21,24
62:2,18
**pain** 21:11
**paperwork**
26:22
**part** 62:25 63:10
**particular** 46:15
**parties** 3:6 67:16
**party** 67:10
**PAUL** 2:14
**pay** 8:15,16 13:2
14:15 15:11,14
21:3,3,4,7,10
21:12 22:4,6
22:11,12,16
24:17,24 25:3
25:7,19,20,25
26:2 34:18
53:16 54:2
62:17 64:7,11
66:9,10,11,22
**pays** 8:14
**PC** 2:3
**pending** 5:15
**people** 40:23

53:17
**perform** 34:22 35:5,8 38:25 39:24 41:18,24 42:10 44:3 51:24 52:23 63:12
**performed** 36:15 53:8 57:24 64:8
**performing** 44:18 50:19 53:18 59:16,24
**person** 11:6
**Persons** 1:6
**PETER** 2:5
**Philly** 34:8
**phone** 58:13,14 58:15
**phones** 58:17
**pick** 54:6
**picked** 58:8
**Plaintiff** 1:17
**Plaintiffs** 1:7 2:3
**please** 4:17,20 5:6,8 24:4
**pocket** 21:8
**pockets** 22:16
**point** 5:14 61:11
**points** 13:8,10 13:20
**Pollack** 2:10 4:16,24 11:12 11:18 12:2 13:5,12,25 20:17 23:19 27:18 29:23 40:6 45:23 58:24 60:24 64:16 66:5
**preparation** 6:12
**prepare** 6:9 22:22
**PRESENT** 2:13
**previously** 19:12
**probably** 30:6
**problem** 43:25
**process** 31:3 33:17 51:13
**PRODUCTION** 66:18
**proof** 57:10
**propounded** 4:6
**provide** 23:18
**provided** 14:23 26:21
**providing** 5:7
**Public** 1:23 3:18 4:4,12 65:12
**punch** 37:6,7
**pursuant** 1:18
**put** 11:21 13:4 32:11 33:22 42:15,19 50:17 60:7
**P-A-E-Z** 53:25
**p.m** 1:22 10:5,6 41:12,13 65:4

**Q**

**question** 3:13 5:4,7,15,16 6:6 10:12,12 55:24 60:25 61:3
**questions** 4:6 5:2,8 6:5 27:16 27:17 28:8,8 29:7,7 56:24 64:17 65:3
**quickly** 14:4

**R**

**R** 2:2 3:2 4:2,2 4:10 67:2
**raise** 36:17,17 36:18
**rate** 37:2
**read** 19:23,25
**ready** 9:18
**real** 14:4
**reason** 13:22 20:11 21:17
**reasons** 21:2
**receive** 24:17 63:11
**received** 15:2
**receiving** 24:2 49:14 62:17
**recess** 12:4 45:25
**recognize** 29:2
**record** 4:17,19 67:13
**records** 57:23,25
**referring** 28:12
**regarding** 11:6
**related** 11:20 14:16
**relating** 66:11 66:20
**relevance** 13:19
**relevancy** 11:16
**relevant** 11:20
**remember** 12:15 12:17 27:5,8 27:11,12,13,15 28:7,15,17 32:22 49:21 50:24 51:2 52:5,10 55:21 55:23 61:17
**rent** 21:12 59:14
**repeat** 24:3,4
**rephrase** 5:5
**represent** 4:24
**represented** 67:11
**request** 11:13,19 13:6,13 23:20
**REQUESTS** 66:18
**reserved** 3:13
**resident** 29:10 29:13
**respective** 3:5
**respond** 6:4
**return** 23:16 34:16,20 45:8 50:20 51:24 57:3,12
**returns** 22:22 56:10 57:5,14 66:23
**review** 6:9
**rides** 54:14
**right** 8:2,17,19 8:22 9:25 10:2 12:3 19:17 20:13 21:8 24:18 25:22 27:6 29:17,20 37:2 39:15,18 43:3 44:15 56:20
**risk** 54:23
**route** 8:3,4,25 9:20 13:10 30:15,15,16,17 32:9,12 33:21 33:23,24 34:7 34:21 35:14 36:8 40:15 41:22 42:10,13 42:16,20 43:16 46:15,19,20,23 47:2,14,21 48:2,4,8,12,16 48:18,21,25 49:18 50:20,23 51:14,15 52:4 52:7,11,13,14 52:17,22 53:5 53:14 59:8,8
**routes** 9:21,22 15:11 34:3,3,4 35:6,12,17,20 40:16 46:4,25 47:11,13,19 53:15 54:20,21 63:17 64:13
**R2** 46:17,20 47:14,21 48:2 52:17,21,22,24 52:25 53:8

**S**

**S** 2:2 3:2,2 4:10 66:7
**salary** 8:16 15:10 24:10 34:18,19 37:6 37:8 49:10,16 61:9 62:6,13
**Santo** 17:19
**Saturday** 39:7,9 39:11
**Saturdays** 39:9 39:13
**saying** 59:22 63:21
**says** 24:24
**Schloss** 1:13 57:17,19
**sealing** 3:6
**search** 60:7
**Security** 30:2
**see** 8:21 24:23 24:25 25:4,15 25:22 42:16,17 43:11 59:2
**seeing** 28:15,18 55:22
**seen** 19:14,16,19 19:21 26:11 27:2 28:3,9,19 28:20,22 54:12 54:12 55:17 56:15
**send** 24:22 45:17 63:16,22
**sending** 46:12
**sends** 38:8
**sent** 48:11
**separate** 47:18 52:7
**separately** 49:5
**September** 19:13 26:25
**series** 5:2
**service** 20:9
**SERVICES** 1:10
**set** 67:20
**share** 24:22
**SHEET** 68:2

**shift** 8:24 9:17 41:12 49:22 62:22
**shop** 32:15 39:18
**show** 19:11 26:8 28:24 36:2 55:14 56:12
**showing** 14:19 27:25
**shown** 14:3 28:20
**side** 9:11 16:18 16:19 17:2 46:22,25 47:24 48:19
**Siegel** 32:24,25 33:6,7,9 49:19 50:21 51:8,11 51:12
**signed** 3:17,19 19:17,18 26:13 26:14,16 27:10 27:11
**signing** 27:8
**sill** 53:14
**Similarly** 1:6
**single** 35:14
**Situated** 1:6
**six** 15:9 34:24 35:2 39:3,4
**Sixty** 48:23
**sleep** 16:14,15
**small** 46:23
**Social** 30:2
**Solanyi** 18:23 19:5
**solely** 35:20
**somebody** 8:9 31:19 54:22
**soon** 41:4
**sorry** 9:9 45:14 57:18
**SOUTHERN** 1:2
**Spanish** 2:14 4:7 4:8
**speak** 6:12,22 7:10 30:13 33:19
**specifically** 7:19 28:17
**spell** 18:24
**spelling** 53:23
**spoke** 6:15 7:4
**spoken** 6:14
**start** 9:17 26:21 32:9 37:23,24 49:20
**started** 12:15 26:17 30:19,25 31:4,5,5,8 32:6 33:2,5,13,25 36:13,16,20 46:10 48:7,15 48:24 51:3
**starting** 64:9
**starts** 8:23 9:19 59:8 62:23
**State** 1:23 4:4,12 4:17,19
**statement** 15:7
**Staten** 35:13 36:4
**States** 1:1 17:15 17:21
**stays** 19:6
**stenographica...** 67:9
**step** 48:14
**STIPULATED** 3:4,11,16
**stole** 8:9
**stops** 43:3 46:24 46:24 47:7,17 48:21
**street** 1:20 2:4,9 23:9,10 32:19 32:21 33:6,10 46:22 49:19 50:21 51:8,11
**stub** 15:14 66:9 66:10,11
**stubs** 13:2 14:15 66:22
**stuff** 7:9 10:14 60:18
**Subscribed** 65:9
**subway** 50:12
**suggestion** 14:13
**Suite** 1:21 2:4,9
**Sunday** 39:10,12
**supposed** 59:18
**sure** 12:21 21:24 52:10 58:4 61:16 62:10
**switch** 49:16 50:23,24
**switched** 48:9 49:10 51:5,8 52:9,15 62:5 62:13
**sworn** 3:19 4:3 4:11 65:9 67:7
**Syed** 1:12 20:7 30:14 33:20 43:19 44:11,14 44:22 54:9,12 54:25 58:10 63:12
**S-O-L-A-N-Y-I** 18:25

**T**

**T** 3:2,2 66:7 67:2 67:2
**take** 5:13 10:10 13:17,21,24 30:11 32:10 33:22 42:21 44:2,5,8,15,20 45:23 46:8,9 48:13 50:9,14 50:16,16,17 52:20,23
**taken** 1:17 12:4 25:7 45:25 67:9
**takes** 54:18
**talk** 43:13
**talked** 63:7,9
**talking** 7:18 8:6
**tax** 22:21,22 23:16 55:19 56:10 57:3,5 57:12,14 66:23
**taxation** 60:17
**taxes** 7:9 15:18 21:3,4,5,11,19 21:22 22:6,6 22:11,12,17 23:4,5,12,25 24:7,9,10,13 24:17,21 25:6 56:3,8,20
**taxi** 29:24
**tell** 7:5,5,6,8,11 7:11 14:13 30:14 37:25 60:15 64:3
**ten** 6:15 40:10 46:24 49:22,24
**ten-hour** 49:22
**TERESA** 1:4
**terms** 7:6
**testified** 4:13 16:17 39:14
**testify** 7:7 20:21
**testimony** 37:9 67:8,9
**text** 38:8 58:21 58:25 59:5,7 63:22 66:24
**Thank** 19:10 64:17
**they'd** 46:8
**thing** 9:24 22:20 40:11 53:15,16 60:22
**things** 9:4,7 60:4
**think** 6:3 9:16 12:18,20 15:22 17:9 26:15 27:10 28:9,10 28:19 38:22 51:4 56:7,17 58:4,23 59:2 61:15 62:8
**thirty** 43:3
**thought** 35:4
**three** 12:14,17 16:8,20 27:22 30:19,25 32:6 36:13 39:20 42:19 46:25 47:25 52:20 53:2,3,4 58:16 58:17,18,19 61:23,24,24 62:10,15 66:14
**time** 3:13 7:9,10 7:11 9:17 10:8 12:5 19:4 21:25 26:19 27:14 30:22 31:16 33:13 34:10,11,13,14 36:11,13 37:20 38:10 44:2,25 45:9 46:2,3,10 47:20 48:10 49:9,19,21 50:6 51:8 52:6 52:11 59:8,24 61:22 62:8,11 62:13,15 65:4
**times** 7:15
**today** 4:25 5:22 6:5 7:7 14:23 15:15 19:8,15 19:20 26:12 27:2 28:4 33:13 36:14 55:18,22 56:16 59:4
**today's** 6:10,13
**told** 7:4 9:18 20:8 54:25 55:3 60:17
**top** 29:14,17
**total** 25:16 47:16
**traffic** 45:4,8
**train** 30:12 32:2 32:2 33:11 50:7,14 54:18

**transcribed** 67:10
**transcript** 67:12
**translate** 4:5 21:25
**transmission** 34:25
**travel** 33:9
**treat** 60:18
**trial** 1:16 3:14 67:5,13
**trip** 34:20
**tristate** 35:9 37:15 40:3
**truck** 8:10 32:11 33:23 50:18
**true** 67:12
**truth** 7:5,5,8
**truthfully** 6:4,7 6:8
**try** 46:11
**Twenty-four** 18:13
**two** 8:21 9:25 13:8,9,20 19:8 39:14,17,20,21 40:16 42:19 51:21 52:20 53:2,3 61:15 61:19 62:9
**type** 26:16

**U**

**U** 3:2 4:2 46:18 48:9,11,15,18 48:21,24 49:18 50:20 51:5,9 51:14
**Uh-huh** 8:18 17:25 37:11 50:4 51:25
**Uh-uh** 57:20
**understand** 5:4 5:19 7:13 20:3 20:16 21:14 22:5,8,9,10 23:24 25:6,10 25:24 26:5,6 56:18
**understanding** 20:14 41:17 56:21 61:4
**United** 1:1 17:15 17:20
**upset** 64:5
**use** 8:14,20 34:22 35:5 41:17,20,23 42:2,5
**uses** 7:21 42:8 62:23
**usually** 46:8

**V**

**vehicle** 7:21 39:19 50:16
**vehicles** 8:20,22 9:25 39:15,17 42:6 59:13
**verbally** 5:8
**versus** 36:8
**violation** 13:9,20
**visa** 18:4
**Voluck** 1:20 2:8
**Voluntarily** 25:16

**W**

**wait** 5:6 10:9 18:7 30:5,6 39:22,22 40:22 41:21
**waits** 54:15
**waived** 3:8
**want** 6:6 10:11 12:24 13:13 14:3 18:6 20:4 20:21,24,25 29:22,24 30:18 30:18 35:22 37:14 43:16 44:5 45:18 63:9
**wanted** 6:20 20:7
**warn** 63:13,19
**warning** 63:14
**warnings** 63:11
**wasn't** 20:6 28:5 29:4 52:18
**way** 14:11 15:25 42:21 43:4,5 43:14,16,20,23 60:18 64:2
**ways** 43:17
**week** 37:3 38:25
**went** 17:22 23:15 50:2
**West** 2:4 46:22 46:24
**we'll** 9:7 13:15 13:17 48:13 50:17
**We're** 10:13 18:19,19 48:6
**WHEREOF** 67:20
**WHITE** 1:4
**wife** 18:17
**wife's** 18:21
**William** 1:20 2:9 10:3
**WILLIAMS** 1:4
**win** 8:8
**wish** 53:13
**withdraw** 15:17 21:19 22:5
**withdraws** 24:20
**withdrew** 24:19
**witness** 4:6,8,10 23:23 47:10 53:12 66:4 67:7,14,20
**work** 9:15,22 10:23 15:10 16:24 21:6,18 30:15 31:24 36:15 39:6,11 44:5 45:9 48:10 49:21 53:17 63:12
**worked** 7:16 16:20,23 17:6 26:20 46:3 47:20
**working** 7:12 10:2 16:7,12 19:4 21:5 23:14,21 26:18 30:25 31:4,11 31:18 46:14 48:15 62:4,9 62:20
**works** 8:22
**worth** 35:4
**write** 58:8
**wrong** 64:8

**X**

**x** 1:3,14 66:2,7

**Y**

**Y** 4:10
**Yale** 2:10 4:24 27:15 66:5
**yeah** 5:12 8:3,12 16:5 17:9 18:5 19:21,22 20:11 20:16 23:10 24:8,12 26:22 28:9 29:18 30:21 33:15 37:11 40:25 43:12 45:14 47:10 49:25 51:10,16 53:12 58:7,20 60:14 61:6 64:5
**year** 8:9 12:16 21:7 23:12,15 23:20 49:17 51:3 57:6,7 61:15,16,18
**years** 12:14,17 16:8,20 17:6 19:3,8 30:19 30:25 32:6 36:13 47:25 58:16 61:19
**York** 1:2,21,21 1:23 2:4,4,9,9 4:4,12,21,22 35:16 37:16,20 38:12 39:24 40:7
**YS** 1:11,12

**Z**

**Zaimi** 1:13 57:21
**Zapata** 7:24,25 8:3 31:6,14 45:22 48:10,25 61:9,23
**zero** 25:17

**$**

**$10** 36:18,23 49:13
**$20,000** 21:10
**$474** 24:24 25:3
**$75** 34:21
**$79** 15:10 36:9 36:14,19 37:3 37:10 53:9
**$8** 36:17,20,21 49:14 53:7
**$85** 34:19

**0**

**055611-0002** 2:11

**1**

**1st** 4:21
**1:00** 34:9
**1:55** 1:22
**10:00** 8:23,24 9:19 10:3,6 38:5 41:13 45:6
**100** 1:20 2:9
**10019** 2:4
**10035** 4:22
**10038** 1:21 2:9
**1099** 55:8,11

66:15,16
**11** 66:20
**11:00** 10:7 38:5
**12** 1:8
**12:00** 10:7
**13** 66:22
**14** 66:9,10,11
**15** 18:15 19:13
**18** 26:25

**2**

**2:00** 34:9,17
  38:3,15,17
**20** 19:13 66:12
**20th** 26:25
**200** 2:4 43:4
**2001** 17:23,24
  35:7
**2010** 12:19
**2011** 55:8 66:15
**2012** 55:11
  66:16
**2013** 1:22 19:13
  65:10 67:7,21
**215** 1:21 2:9
**23** 66:23
**2405** 4:21
**27** 66:13,14
**28** 1:22
**28th** 67:6

**3**

**3,000** 21:7,11
**3:00** 34:17 38:15
**3:42** 65:4
**31st** 67:21

**4**

**4** 66:5
**4th** 33:4
**4,000** 21:8,10
**4:00** 34:18
**4339** 1:8
**474** 37:3

**5**

**5:00** 8:22,23,24
  9:19 10:3,5

16:14 38:3
  41:12 45:5,11
**55** 66:15,16
**57th** 2:4
**58** 66:24
**588** 32:19

**6**

**6:00** 8:24 16:15
  45:5,7

**7**

**71** 14:17,20
  15:20,25 24:23
  66:9
**72** 15:13,20 16:2
  16:4 25:13
  66:10
**72nd** 46:22
**73** 14:17 15:24
  66:11
**74** 20:19 26:9
  28:12,21 66:12
**75** 27:20 28:2,13
  28:18 66:13
**76** 27:23 28:25
  66:14
**77** 55:9,16 66:15
**78** 55:12 56:14
  66:16
**79** 36:10 53:10
  53:14

**8**

**80** 34:19
**89** 18:15

**9**

**9:00** 45:6
**900** 2:4
**92** 17:22