1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ---------------------------------------x
    FERNANDO HERNANDEZ, KENNETH CHOW,
4   BRYANT WHITE, DAVID WILLIAMS, MARQUIS ACKLIN,
    CECILIA JACKSON, TERESA JACKSON,
5   MICHAEL LATTIMORE, and JUANY GUZMAN, Each
    Individually, And On Behalf Of All Other
6   Persons Similarly Situated,

7                        Plaintiffs,

8          -against-            Index No:
                                12 CV 4339 (ALC)(JLC)
9
    THE FRESH DIET, INC., LATE NIGHT EXPRESS
10  COURIER SERVICES, INC. (FL), FRESH DIET EXPRESS
    CORP. (NY), THE FRESH DIET - NY INC. (NY),
11  FRESH DIET GRAB & GO, INC. (FL) a/k/a
    YS CATERING HOLDINGS, INC. (FL) d/b/a
12  YS CATERING, INC. (FL), FRESH DIET EXPRESS
    CORP. (FL), SYED HUSSAIN, Individually,
13  JUDAH SCHLOSS, Individually, and ZAIMI DUCHMAN,
    Individually,
14                       Defendants.

15  ---------------------------------------x

16

17               EXAMINATION BEFORE TRIAL of

18   the Plaintiff, TERESA JACKSON, taken by the

19   Defendant, pursuant to Notice, held at the

20   offices of Kaufman, Dolowich, Voluck & Gonzo

21   LLP, 100 William Street, Suite 215, New York,

22   New York 10038, on October 2, 2013, at

23   1:48 p.m., before a Notary Public of the State

24   of New York.

25

[Page 2]

1
2  A P P E A R A N C E S:
3
4  THE HARMAN FIRM, PC
5      Attorney for Plaintiffs
6      200 West 57th Street, Suite 900
7      New York, New York 10019
8
   BY:   PETER J. ANDREWS, ESQ.
9
10
11  KAUFMAN, DOLOWICH, VOLUCK & GONZO LLP
       Attorneys for Defendants
12      100 William Street, Suite 215
       New York, New York 10038
13
   BY:   YALE POLLACK, ESQ.
14
       FILE #: 055611-0002
15
16
17
18
19
20
21
22
23
24
25

[Page 3]

1      S T I P U L A T I O N S
2
3      IT IS HEREBY STIPULATED AND AGREED by and
4  between the attorneys for the respective parties
5  herein, that filing, sealing and certification,
6  and the same are, hereby waived.
7
8      IT IS FURTHER STIPULATED AND AGREED that
9  all objections except as to the form of the
10 question, shall be reserved to the time of the
11 trial.
12
13     IT IS FURTHER STIPULATED AND AGREED that
14 the within deposition may be signed and sworn to
15 by an officer authorized to administer an oath,
16 with the same force and effect as if signed and
17 sworn to before the Court.
18
19
20
21
22
23
24
25

[Page 4]

1
2      T E R E S A   J A C K S O N,  the witness
3  herein, having been first duly sworn by a
4  Notary Public of the State of New York, was
5  examined and testified as follows:
6  EXAMINATION BY
7  MR. POLLACK:
8  Q.    State your name for the record, please.
9  A.    Teresa Jackson.
10 Q.    State your address for the record,
11 please.
12 A.    21 Dickerman Street, Apartment 3, New
13 Haven, Connecticut 06511.
14 Q.    Good afternoon, Ms. Jackson.
15 A.    Hello.  How are you?
16 Q.    You were here for the deposition --
17 A.    Yes.
18 Q.    -- of your nephew, Marquis, right?
19 A.    Yes.
20 Q.    It's going to be a similar line of
21 questioning.  I'm going to be asking you a
22 series of questions regarding your claims in
23 this action.
24 A.    Okay.
25 Q.    If you don't understand any question

[Page 5]

1             T. Jackson
2  that I ask, please just let me know.
3  A.    Okay.
4  Q.    I'll try to rephrase it until you
5  understand the question.
6  A.    Okay.  No problem.
7        MR. ANDREWS:  Teresa, just wait
8     until Yale finishes the question, and
9     then answer the question.
10       THE WITNESS:  Okay.
11 Q.    Please just wait for me to finish the
12 question before answering because the court
13 reporter can't take us both speaking at the
14 same time, and please just make sure to answer
15 any question verbally so that the court
16 reporter can take down the answer.  She can't
17 take down hand gestures or nods.
18       Do you understand those instructions?
19 A.    Yes, I did.
20       MR. ANDREWS:  Keep your voice up
21    too.
22       THE WITNESS:  Okay.
23 Q.    Are you taking any medications today?
24 A.    I have blood pressure pills.  I'm on
25 blood pressure pills and sugar.

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

[Page 6]

T. Jackson

1
2  Q.   Do you think that those medications will
3  have --
4  A.   No.
5  Q.   -- any impact --
6         MR. ANDREWS:  Again, that's an
7      example.  You have to let him finish.
8      Wait, pause, answer.
9  Q.   -- on your ability to truthfully respond
10 to my questions today?
11        Do you think that those medications
12     would have any impact on your ability to
13     truthfully respond to my questions today?
14 A.   No.
15 Q.   Are you under the influence of drugs or
16 alcohol right now?
17 A.   No.
18 Q.   Anything else that may impair your
19 ability to truthfully respond to my questions
20 today?
21 A.   No.
22 Q.   Did you review any documents in
23 preparation for today's deposition?
24 A.   Yes.
25 Q.   What did you review?

[Page 7]

T. Jackson

1
2  A.   Did I review today or prior to today?
3  Q.   Prior to today.
4  A.   Yes.
5  Q.   What did you review?
6  A.   My affidavit.
7  Q.   Anything else?
8  A.   That's it.
9  Q.   Did you speak to anyone in preparation
10 for today's deposition?
11 A.   Just my lawyer.
12 Q.   You didn't speak to Fernando Hernandez?
13 A.   No.
14 Q.   Are you currently employed?
15 A.   Yes, I am.
16 Q.   Where are you employed?
17 A.   PCF.
18 Q.   What do you do for PCF?
19 A.   Deliver newspaper.
20 Q.   How long have you been delivering
21 newspapers for PCF?
22 A.   It's been a couple of months.  I don't
23 have an exact date.
24 Q.   Do you know what month?
25 A.   Maybe about March.

[Page 8]

T. Jackson

1
2  Q.   2013?
3  A.   Yes.
4  Q.   How are you paid by PCF?
5  A.   Check.
6  Q.   Do you receive an hourly wage?
7  A.   No.
8  Q.   How is your compensation derived?
9  A.   By papers, newspapers.
10 Q.   "By papers," do you mean the number of
11 papers delivered?
12 A.   Yes.
13        MR. ANDREWS:  Again, keep your
14     voice up so she can hear you and take
15     everything down.
16 Q.   Do you know if you're considered an
17 independent contractor by PCF?
18        MR. ANDREWS:  Objection.
19 Q.   You can answer.
20        MR. ANDREWS:  You can answer.
21     That's for the record.
22 Q.   Unless he tells you otherwise, you can
23 answer my question.
24        MR. ANDREWS:  That's for the
25     record.

[Page 9]

T. Jackson

1
2  A.   Yes.
3  Q.   Did you sign any type of agreement, an
4  independent contractor agreement, with PCF?
5         MR. ANDREWS:  Objection.
6  A.   Yes.
7         MR. POLLACK:  I'm going to ask
8      for a copy of the independent
9      contractor agreement.
10 A.   I don't have it.
11 Q.   What days do you work for PCF, what days
12 of the week?
13 A.   Every day.
14 Q.   What are your hours?
15 A.   Between 2:00 and 6:00 Monday through
16 Friday, and 2:00 to 8:00 Saturdays and Sundays.
17 Q.   We're talking p.m., right, 2:00 in the
18 afternoon to --
19 A.   Morning.
20 Q.   Okay.  2:00 in the morning to 6:00 a.m.
21     2:00 a.m. to 8:00 p.m. on Saturdays and
22 Sundays?
23 A.   Yes.
24        MR. ANDREWS:  Did you say p.m.?
25        MR. POLLACK:  A.m.

[3]  (Pages 6 to 9)

T. Jackson

1
2     MR. ANDREWS: A.m., okay.
3     Q.    Where is PCF located?
4     A.    In Connecticut.
5     Q.    What city?
6     A.    Hamden.
7     Q.    Do you know how much you're paid per
8     newspaper?
9     A.    I think it's between $0.12 and $0.15 a
10    paper, per paper.
11    Q.    Does it vary?
12    A.    By the paper that you're delivering.
13    Q.    What papers do you deliver?
14    A.    New Haven Registers, Connecticut Post,
15    New York Post, Daily News, New York Times,
16    Barron, a few others.
17    Q.    Certain papers delivered may warrant
18    $0.15 while others may warrant $0.12 per
19    delivery?
20        MR. ANDREWS: Objection.
21    A.    Between that, that range.
22        MR. ANDREWS: Objection.
23    Q.    Do you know how many papers you deliver
24    between Monday and Friday on one given day?
25    A.    Between 190 to maybe 250.

T. Jackson

1
2     Q.    That's Mondays through Fridays?
3     A.    Pretty much, yes.
4     Q.    What about on Saturdays and Sundays?
5     A.    It's about 250, 240. Actually, it's
6     more because I do residential and commercial.
7     Sorry.
8     Q.    It's more when?
9     A.    It's more -- it's more papers. I forgot
10    about my commercial. That's residential.
11    Q.    How many commercial do you deliver for
12    Monday through Friday?
13    A.    Commercial, it's about 200.
14    Q.    What about Saturday and Sunday?
15    A.    Saturday/Sunday, it's about 500.
16    Q.    Do you receive a different rate for the
17    commercial paper deliveries?
18    A.    Yes, you do.
19    Q.    What's that?
20    A.    You get paid by bulk.
21    Q.    Is that pounds?
22    A.    No. Bulk is the amount of paper you're
23    delivering to each door.
24    Q.    Can you give me an example of what the
25    pay structure is?

T. Jackson

1
2     A.    It's like if I deliver forty and below,
3     it might be $0.30. Forty and sixty, it'll be
4     maybe $0.40, somewhere like that. The more you
5     deliver, the more the pay rate goes.
6     Q.    The higher the pay rate is?
7     A.    Yeah.
8     Q.    Before March 2013, were you employed?
9     A.    Before March 2013, yes.
10    Q.    By who?
11    A.    By Eli's.
12    Q.    Can you spell that?
13    A.    E-L-I.
14    Q.    What is that?
15    A.    It's a -- sort of like a pizzeria.
16    Q.    What'd you do there?
17    A.    Deliveries.
18    Q.    Where is Eli's located?
19    A.    Hamden, Connecticut.
20    Q.    How far is Hamden from your residence?
21    A.    It's about ten, fifteen minutes.
22    Q.    Drive?
23    A.    Yeah.
24    Q.    How long did you work for Eli's?
25    A.    It was only a couple of months.

T. Jackson

1
2     Q.    All in 2013 or also in 2012?
3     A.    I would say end of -- maybe end of 2012
4     to beginning of 2013.
5     Q.    Was there any gap in employment between
6     Eli's and PCF?
7     A.    No.
8     Q.    You ended Eli's around February 2013?
9     A.    I can't give you a specific date. I
10    don't remember that.
11        MR. ANDREWS: Try to keep your
12    voice up.
13        THE WITNESS: Okay.
14        MR. ANDREWS: You're soft
15    spoken. Try to keep your voice up.
16        THE WITNESS: Okay.
17    Q.    How were you paid by Eli's?
18    A.    That was an hourly rate and also
19    mileage.
20    Q.    Do you know the hours that you worked at
21    Eli's?
22    A.    That depends if I delivered breakfast,
23    if I delivered lunch, if I delivered dinner.
24    Q.    Did you work anywhere between Late Night
25    and Eli's?

[Page 14]

T. Jackson

1
2   MR. ANDREWS: Objection.
3   A.   No. Oh, I did do a flower delivery. I
4   don't remember the dates for that.
5   Q.   Do you remember the name of the --
6   A.   It was Bloom's.
7   Q.   Bloom's?
8   A.   Bloom's Flower.
9   Q.   B-L-O-O-M-S?
10  A.   B-L -- yes.
11  Q.   Where is that located?
12  A.   That's in North -- North Haven,
13  Connecticut.
14  Q.   How were you paid by Bloom's?
15  A.   Hourly, $9 an hour plus, mileage.
16  Q.   Do you remember what your wage rate was
17  at Eli's?
18  A.   My wage? I think it was -- I think it
19  was eleven.
20  Q.   Do you remember what your reimbursement
21  for mileage was at Eli's?
22  MR. ANDREWS: Objection.
23  A.   About $0.35 maybe.
24  Q.   What about at Bloom's?
25  A.   Bloom's -- I don't remember Bloom's.

[Page 15]

T. Jackson

1
2   Q.   Can you just briefly describe your
3   educational background?
4   A.   I graduated from twelfth grade.
5   Q.   From where?
6   A.   Twelfth grade, high school.
7   Q.   High school?
8   A.   Uh-huh.
9   Q.   What year?
10  A.   2000 -- I'm sorry. '87, 1987.
11  Q.   What high school was that?
12  A.   Lincoln High School.
13  Q.   Where is that located?
14  A.   Yonkers, New York.
15  Q.   Are you currently married?
16  A.   Yes, I am.
17  Q.   What's your husband's name?
18  A.   Delroy McNeil.
19  Q.   How long have you been married to your
20  husband?
21  A.   It's now five years.
22  Q.   Any prior marriages?
23  A.   Yes.
24  Q.   To whom?
25  A.   Scott Fields.

[Page 16]

T. Jackson

1
2   Q.   Fields?
3   A.   Fields, yes.
4   Q.   When were you married to Scott Fields?
5   A.   I don't remember the year. I was
6   twenty-six. I can't do the math right now.
7   Q.   How long were you married to Scott
8   Fields?
9   A.   Eight years.
10  Q.   Do you have any children?
11  A.   Yes, I do.
12  Q.   How many children?
13  A.   One.
14  Q.   Boy or girl?
15  A.   Girl.
16  Q.   What is her name?
17  A.   Ashley Owens.
18  Q.   Is she a child from Scott Fields?
19  A.   No.
20  Q.   From Delroy McNeil?
21  A.   No.
22  Q.   Do you know her father's name?
23  A.   Yes, James Owens.
24  Q.   What is her date of birth?
25  A.   Her date of birth is 3/15/88.

[Page 17]

T. Jackson

1
2   Q.   Does she currently reside with you?
3   A.   Yes, she does.
4   Q.   Does anyone else reside with you besides
5   your daughter?
6   A.   My nephew.
7   Q.   Is that Mr. Acklin?
8   A.   Yes.
9   Q.   Mr. Acklin's your nephew?
10  A.   Yes.
11  Q.   Do you have any relationship to
12  Cecilia Jackson?
13  A.   That is my sister.
14  Q.   Have you ever been deposed before?
15  A.   No.
16  Q.   Have you ever been involved in a lawsuit
17  before?
18  A.   No.
19  Q.   Now I'm going to show you a document
20  that's been previously marked for
21  identification as Defendant's Exhibit 13 on
22  September 20, 2013, and I'm going to ask if
23  you've ever seen that document before today
24  (handing).
25  A.   This one, no.

[5]  (Pages 14 to 17)

[Page 18]

T. Jackson

1
2     (Whereupon, Notice of EBT was
3  marked as Defendant's Exhibit 48, for
4  identification, as of this date.)
5     Q.   Just looking back at Defendant's 13,
6  when you say that you haven't seen "this one",
7  have you seen another version of this document?
8         MR. ANDREWS:  Objection.
9     A.   Another version of this one?
10    Q.   Yes.
11    A.   No.
12    Q.   Do you see your name in the caption of
13 this document?
14    A.   This one, yes.
15    Q.   Do you understand that you're a
16 plaintiff --
17    A.   Yes, I am.
18    Q.   -- in an action?
19       Do you understand what your claims are
20 in this action?
21    A.   Yes, I do.
22    Q.   What do you understand your claims to
23 be?
24    A.   My wages.
25    Q.   What do you mean by that?

[Page 19]

T. Jackson

1
2     A.   This is pertaining to our wages that we
3  weren't paid for overtime.
4     Q.   Now I'm showing you a document that's
5  been marked for identification as Defendant's
6  Exhibit 48 (handing).
7         I'm going to ask if you've seen that
8  document before today.
9     A.   No, not this one.
10    Q.   I'm now showing you what's been marked
11 for identification as Defendant's Exhibit 4 on
12 September 17, 2013 (handing).
13       I'm going to ask if you've seen that
14 document before today.
15    A.   No.
16    Q.   I'm now showing you what's been marked
17 for identification as Defendant's Exhibit 5 on
18 September 17, 2013, and I'm going to ask if
19 you've ever seen that document before today
20 (handing).
21    A.   No.
22    Q.   Did you provide any documents to your
23 attorneys regarding your claims in this action?
24    A.   Yes.
25    Q.   Do you know what you produced?

[Page 20]

T. Jackson

1
2     A.   A number of things, my manifests, my
3  schedule.
4     Q.   Anything else?
5     A.   That's all I can remember right now.
6     Q.   Are manifests different than schedules?
7     A.   Yes.
8     Q.   What is your understanding of what a
9  manifest is?
10    A.   A manifest has all the customers' names
11 and address that I deliver to.
12    Q.   Names and addresses?
13    A.   Yes.
14    Q.   Did you receive manifests when you were
15 performing work as a driver for Late Night?
16    A.   Did I receive -- yes, I received
17 manifests.
18       MR. ANDREWS:  Objection.
19    Q.   How frequently did you receive
20 manifests?
21    A.   Excuse me?
22    Q.   How frequently did you receive
23 manifests?
24    A.   Every day.
25    Q.   What would be on the schedule you

[Page 21]

T. Jackson

1
2  referred to earlier?
3     A.   The schedule had the time that I was
4  supposed to be there.
5     Q.   When would you receive a schedule?
6     A.   I only received a schedule one time.
7     Q.   Have you heard of the company Late Night
8  Express Courier Services, Inc.?
9     A.   Late Night Express is on my check.
10    Q.   If I refer to Late Night, being
11 Late Night Express Courier Services, Inc., for
12 the remainder of the deposition, would you know
13 what I'm referring to?
14       MR. ANDREWS:  Objection.
15    A.   Late Night --
16    Q.   If I abbreviate the term Late Night to
17 refer to Late Night Express Courier Services,
18 Inc. for purposes of simplicity in this
19 deposition, will you understand that whenever I
20 say Late Night, that means Late Night Express
21 Courier Services, Inc.?
22    A.   Late Night Express --
23       MR. ANDREWS:  Objection.
24    A.   -- is on my check.
25       (Whereupon, a recess was taken

[6]  (Pages 18 to 21)

[Page 22]

T. Jackson
1
2        at this time.)
3    Q.    You said Late Night Express appeared on
4    your checks?
5    A.    On my checks, yes.
6    Q.    What checks are you referring to?
7    A.    The checks that I get from Fresh Diet.
8    Q.    Do you know what the relationship is
9    between the Late Night Express and The Fresh
10   Diet?
11         MR. ANDREWS:  Objection.
12   A.    I really don't know.
13   Q.    Is it your understanding that when you
14   performed work you performed work for The Fresh
15   Diet?
16   A.    Yes.
17   Q.    What work did you perform for The Fresh
18   Diet?
19   A.    I was a delivery driver.
20   Q.    From when?
21   A.    From -- I'm not good with dates.  Summer
22   of 2007.
23   Q.    Until when?
24   A.    Summer of 2011.
25   Q.    Do you remember the month you started?

[Page 23]

T. Jackson
1
2    A.    Started?  June maybe.
3    Q.    Do you remember the month you ended?
4    A.    Anywhere from July to August.
5    Q.    How did your relationship with The Fresh
6    Diet end?
7    A.    How did it end?
8    Q.    Yes.
9    A.    My mom was diagnosed with breast cancer.
10   Q.    Did you resign?
11   A.    No.
12         MR. ANDREWS:  Objection.
13   A.    I asked for a leave of absence, and then
14   during the time I was on leave, they took my
15   route.
16   Q.    Who did you ask for leave of absence?
17   A.    Syed.
18   Q.    What did he say?
19   A.    Okay.  That I had to train somebody to
20   do my route.
21   Q.    Did you train anybody?
22   A.    Yes, I did.
23   Q.    Who?
24   A.    His name is Gene.  Kimble, I think, is
25   his last name.

[Page 24]

T. Jackson
1
2    Q.    How did you train him?
3    A.    What do you mean?
4    Q.    You said you trained him.
5    A.    Yes.
6    Q.    Gene Kimble?
7    A.    Yes.
8    Q.    What did that entail?
9    A.    I would -- when we go into the facility,
10   I would show him where to pick up his bags,
11   show him how to fill out the manifests, take
12   him out on my route with me, show him where --
13   where it is he had to go, the different stops
14   that he had to go to.
15   Q.    Did there come a time that you asked to
16   return to be a driver?
17   A.    I was supposed to only be out for a
18   month.
19   Q.    Did you ever ask to come back?
20   A.    Yes, I did.
21   Q.    Who'd you ask?
22   A.    Syed.
23   Q.    What'd he say?
24   A.    He -- he refused to let me come back on
25   the same route, which he told me that I would

[Page 25]

T. Jackson
1
2    come back on.
3    Q.    Did he offer you another route?
4    A.    He offered me, if I'm not mistaken,
5    Jersey and also, I think, Long Island.
6    Q.    What'd you say?
7    A.    I told him that he promised me that I
8    would get Connecticut.
9    Q.    Did you refuse to take those routes?
10   A.    I didn't refuse to take them.  I just
11   told him that he -- that he told me that he was
12   going to put me back on Connecticut.  I didn't
13   refuse anything, no.
14   Q.    Did you ever go back to working as a
15   driver?
16   A.    No.
17   Q.    Why not?
18   A.    Because he didn't give me back
19   Connecticut.
20   Q.    When you started performing work as a
21   driver, where was The Fresh Diet located?
22   A.    When I started?  In New Jersey.
23   Q.    Do you know if it was a store front or a
24   kitchen?
25   A.    It was -- it was like a catering hall

[Page 26]

T. Jackson

1
2 that had a kitchen in the back.
3 Q. Do you know the name of the catering
4 hall?
5 A. No, I don't.
6 Q. Do you know the city it was located in?
7 A. Lyndhurst, something like that. I don't
8 really remember. I think it was Lyndhurst.
9 Q. How did you hear about the position?
10 A. A friend.
11 Q. Who?
12 A. Oh, boy. What was her name? I don't
13 remember her name. I don't remember her name.
14 Q. Do you know if that person was working
15 as a driver?
16 A. Yes, she was.
17 Q. Do you remember what she told you?
18 A. When she introduced me to the job?
19 Q. Yes.
20       MR. ANDREWS: Objection.
21 A. She just -- she was doing a route, and
22 she -- I started because she wanted me to split
23 the route with her to make it easier for her
24 because she did a second job. So I started out
25 doing half of the route with her.

[Page 27]

T. Jackson

1
2 Q. Where was that route?
3 A. Connecticut and Westchester.
4 Connecticut and New York.
5 Q. Did you have a job at the time you
6 started?
7 A. When I started? Yes.
8 Q. Where was that?
9 A. PCF.
10 Q. What were you doing for PCF at that
11 time?
12 A. Paper delivery.
13 Q. How long had you been working for PCF?
14 A. At that time, I was there a couple
15 months.
16 Q. Where was PCF located?
17 A. In Elmsford, New York.
18 Q. Elmsford?
19 A. Elmsford, yeah.
20 Q. Do you know the address?
21 A. No.
22 Q. Do you know if they're still there?
23 A. I don't know.
24 Q. What hours were you performing work for
25 PCF?

[Page 28]

T. Jackson

1
2 A. PCF was same thing as the Connecticut
3 one. It's 2:00 to 6:00 Monday through Friday
4 and 2:00 to -- 2:00 to 8:00 Saturday and
5 Sunday.
6 Q. A.m.?
7 A. Yes.
8 Q. Did you ever stop performing work for
9 PCF?
10 A. Yes.
11 Q. When?
12 A. When the work at Fresh Diet became too
13 much for me to handle because the routes -- the
14 routes became bigger, so I didn't have time to
15 get over to PCF.
16 Q. Do you know what month you stopped doing
17 both?
18 A. No, I don't know that.
19 Q. There was a period of time where you
20 were performing deliveries for both PCF and
21 The Fresh Diet?
22 A. Yes.
23       MR. ANDREWS: Objection.
24 Q. Do you know how many months that was?
25 A. It wasn't long.

[Page 29]

T. Jackson

1
2 Q. After you started performing deliveries
3 for The Fresh Diet, did you ever hold another
4 position at any other job during that time?
5 A. I did work for -- what's the name of the
6 place? Oh, boy. Riverside Cardiology, I
7 believe.
8 Q. A doctor's office?
9 A. Or -- no. It was -- no. At that time,
10 no. I think I was doing Riverside and PCF
11 together, and then I found out about
12 Fresh Diet, and then I stopped Riverside and
13 did PCF and Fresh Diet, I think.
14 Q. Just during the time you were performing
15 deliveries for The Fresh Diet.
16 A. Right. It was just PCF.
17 Q. There wasn't any other position you held
18 during the daytime or any other hours while you
19 were performing delivery work for The Fresh
20 Diet?
21 A. From what I can remember, no. From what
22 I can remember, no.
23 Q. When you were splitting the route with
24 your friend, did anyone at The Fresh Diet know
25 about that?

[Page 30]

T. Jackson

1
2       MR. ANDREWS:  Objection.
3   A.    Yes, Syed.
4   Q.    Had you met Syed at the time you started
5   splitting the route with your friend?
6       MR. ANDREWS:  Objection.
7   A.    I met Syed when she took me there the
8   very first day.
9   Q.    What did Syed tell you about the
10  position when you met with him the first day?
11  A.    Just what it entailed, what your duties
12  were.
13  Q.    What was that?
14  A.    To deliver Fresh Diet bags to
15  residential customers.
16  Q.    At the time you started, you did not
17  have your own route; is that correct?
18      MR. ANDREWS:  Objection.
19  A.    Not in the beginning.
20  Q.    How was the route split up?
21      MR. ANDREWS:  Objection.
22  A.    If I'm not mistaken, I think she did a
23  Connecticut portion of it, and I did a New York
24  portion.
25  Q.    Can you explain what you would do on a

[Page 31]

T. Jackson

1
2   day that you were splitting the route with your
3   friend and performing deliveries into New York?
4       MR. ANDREWS:  Objection.
5   A.    We go pick up the food.  Sometimes it
6   would be ready, sometimes it's not.  If it's
7   not, we would help, you know, do whatever's
8   left to do, bag it up, bag tie it, put ice,
9   whatever needed to be done at that time, and
10  after we finished that, we collect the
11  manifests and put our bags in the car and go do
12  the deliveries.
13  Q.    Were your deliveries, at that time,
14  exclusively in New York?
15  A.    At that time, yes.
16  Q.    Do you know how many stops?
17  A.    I did?  No.  Not at that time, no.  I
18  would say, if I had to guess, maybe fifteen.
19  Q.    How were you paid?
20  A.    Stops and miles.
21  Q.    What was the payment per mile?
22  A.    $0.53 a mile, a dollar a stop.
23  Q.    I'm just focusing when it was in
24  New Jersey for right now.
25  A.    Okay.

[Page 32]

T. Jackson

1
2   Q.    What time would you show up to the
3   facility?
4   A.    Different times.
5   Q.    What would be the earliest you would
6   show up?
7   A.    The earliest, maybe around 3:00.
8   Q.    What would be the latest?
9   A.    The latest, maybe about 6:00.
10  Q.    How would you know when to show up at
11  3:00 as opposed to 6:00?
12  A.    Well, I would get a phone call or a
13  text.
14  Q.    From who?
15  A.    From Syed.
16  Q.    What would it say?
17  A.    The food is --
18      MR. ANDREWS:  Objection.
19  A.    The food is ready.
20  Q.    Is that how, typically, it worked every
21  day for you to know when to --
22  A.    No.
23  Q.    -- show up to the facility?
24  A.    Not every day, no.
25      MR. ANDREWS:  Remember, let him

[Page 33]

T. Jackson

1
2   finish the question, and then answer.
3   A.    Oh, I'm sorry.  Not every day.
4   Q.    If you didn't get a call or a text, what
5   time would you show up?
6       MR. ANDREWS:  Objection.
7   A.    Anywhere between 3:00 and 6:00.
8   Q.    If you showed up at 3:00, would meals be
9   ready to be delivered at that time?
10  A.    Not all the time.
11  Q.    Sometimes?
12  A.    Sometimes.
13  Q.    If they were ready at 3:00, would you
14  start deliveries then?
15  A.    If they were ready at 3:00 -- if
16  everything was ready at 3:00 and bagged, yes.
17  Q.    Were there certain days of the week you
18  would show up at 3:00 p.m. and certain days of
19  the week you would show up at 6:00 p.m.?
20  A.    It just varies.
21  Q.    How long would it take you to perform
22  deliveries at the time you were in New Jersey
23  delivering to New York?
24  A.    Was that before we split the route or
25  after?

[Page 34]

T. Jackson

1  
2   Q.   At the beginning.
3   A.   At the beginning when I started on a
4   half a route, you want to know the time that
5   we -- I finished?
6   Q.   Yes.
7   A.   It varies.
8   Q.   The earliest you would be done.
9   A.   Maybe 3:00.
10  Q.   3:00 a.m.?
11  A.   Yes.
12  Q.   What about the latest?
13  A.   Maybe about 5:00, 6:00 in the morning.
14  Q.   What would make it change that you would
15  be done at 3:00 a.m. on some days compared to
16  5:00 or 6:00 a.m. on other days?
17  A.   Depends on the miles and the stops.
18  Q.   That was not always the same?
19  A.   No, not all the time.
20  Q.   Were there ever times where you would
21  show up at 6:00 p.m. to start your deliveries
22  and end at 3:00 a.m.?
23       MR. ANDREWS:  Objection.
24  A.   It's possible.  It's possible depending
25  on all the stops and the miles.

[Page 35]

T. Jackson

1  
2   Q.   Did you ever show up later than
3   6:00 p.m.?  Again, focusing on the New Jersey
4   facility right now.
5   A.   I don't -- I don't know.  I don't think
6   so.
7   Q.   When you got your own route, did the
8   hours change?
9       MR. ANDREWS:  Objection.
10  A.   I would still come in around the same
11  time, between 3:00 and 6:00.
12  Q.   Would the times you would finish be
13  different?
14  A.   Depending on my hours and stops, my
15  stops and my miles.
16  Q.   Again, this is when you're in
17  New Jersey, and now you have your own route.
18  Okay?
19  A.   Right.
20  Q.   What would be the earliest you would be
21  done at that time?
22  A.   Anywhere from 3:00 in the morning.
23  Q.   Until what time?
24  A.   Until 5:00 or 6:00 in the morning.
25  Q.   Where was your route when you had your

[Page 36]

T. Jackson

1  
2   own route?
3   A.   At that time, I started doing
4   Connecticut and New York by myself.  She quit.
5   Q.   Would you perform stops in both
6   Connecticut and New York in the same night?
7   A.   Yes.  At that time, yes.
8   Q.   How many stops were there when you got
9   your own route?
10       MR. ANDREWS:  Objection.
11  A.   It varies.
12  Q.   What would be the minimum number of
13  stops?
14  A.   Minimum, maybe twenty, twenty-five.
15  Q.   What about the maximum?
16  A.   Maybe about thirty, thirty-five.
17  Q.   How far did you live, driving time, from
18  the New Jersey facility?
19  A.   Maybe thirty, forty minutes depending on
20  traffic.
21  Q.   When you finished a route when you were
22  working from the New Jersey facility, did you
23  go back to the New Jersey facility?
24  A.   Not New Jersey, no.
25  Q.   Where would you go after you were done?

[Page 37]

T. Jackson

1  
2   A.   Home.
3   Q.   Would you have the empty bags in your
4   car?
5   A.   Yes.
6   Q.   Did you report to anyone at The Fresh
7   Diet when you finished your route?
8   A.   Sometimes Syed.
9   Q.   Were there times that you did not
10  report?
11  A.   Sometimes, yes.
12  Q.   What would make you report as opposed to
13  not report on a given night?
14  A.   Sometimes he would ask for us to report,
15  and it depends on if there's any problems,
16  maybe bad weather.  It depends on whatever's
17  going on during that time.
18  Q.   There were times that nobody would have
19  known from The Fresh Diet when you finished
20  your route?
21       MR. ANDREWS:  Objection.
22  A.   At that time, I don't remember.
23  Q.   Did the location of The Fresh Diet
24  facility ever change from New Jersey to another
25  location?

American Stenographic
Telephone:718-291-6600                    www.Americansteno.com

[Page 38]

T. Jackson

1
2  A.  Yes.
3  Q.  Where did it first change to during the
4  time you were performing --
5  After New Jersey?
6  Q.  After New Jersey.
7  A.  Connecticut.
8  Q.  Do you know where in Connecticut?
9  A.  I don't remember the address, but I know
10 it was Stamford.
11 Q.  Did The Fresh Diet have its own kitchen
12 at that location?
13 A.  No.
14 Q.  Was it similar to the catering place --
15 A.  Yes.
16 Q.  -- in New Jersey?
17 A.  Yes.
18 Q.  Did your duties change --
19 A.  At that time, yes.
20 Q.  How did they change?
21 A.  At that time, we didn't have packers in
22 the beginning, so we had to pack and sort out
23 the food and put ice on them and bag ties.
24 Q.  In New Jersey you had to do that?
25 A.  No.  We did it in New Jersey, but when

[Page 39]

T. Jackson

1
2  we moved from New Jersey to Connecticut, we
3  didn't have any packers at all.  In New Jersey,
4  there were the people -- in the New Jersey
5  kitchen, there were a few packers, so we would
6  help them, but once we moved to Connecticut,
7  there were no packers at all until maybe --
8  maybe a week or two after we got there.
9  Q.  Then there were packers?
10 A.  Then they started hiring packers.
11 Q.  Going back to when you first started, do
12 you know what other drivers there were working
13 for The Fresh Diet at that time?
14 A.  No.  At that time, no.
15 Q.  Do you recall any other drivers that
16 were working other than you and your friend?
17 A.  It was Kenneth.  It was my nephew.
18 Q.  Kenneth Chow?
19 A.  Yes.
20     It was David Williams.  It was a guy
21 named Ken.  There was a few other people, but I
22 don't remember everybody's name.
23 Q.  You moved to Connecticut.
24     Did your route change?
25 A.  It got bigger.

[Page 40]

T. Jackson

1
2  Q.  How did it get bigger?
3  A.  Got more stops.
4  Q.  What states were you performing
5  deliveries in?
6  A.  Still New York and Connecticut.
7  Q.  Did the pay structure change?
8  A.  No, not in Connecticut.
9  Q.  But you got more stops?
10 A.  I got more stops, yes.
11 Q.  How many stops did you get when the
12 facility moved to Connecticut?
13 A.  I think I was -- at that time, I was
14 getting anywhere between thirty or forty maybe.
15 Q.  Did the hours change?
16 A.  It was pretty much the same hours.
17 Q.  They varied day to day?
18 A.  Yes.  Depending on what needed to be
19 done, yes.
20 Q.  How far away did you live, driving time,
21 from the Connecticut facility?
22 A.  Maybe forty or fifty minutes depending
23 on traffic.
24 Q.  You would still arrive sometime between
25 3:00 p.m. and 6:00 p.m.?

[Page 41]

T. Jackson

1
2  A.  Yes.
3  Q.  And be finished sometime between
4  3:00 a.m. and 6:00 a.m.?
5  A.  Sometimes, yes.
6  Q.  Were you ever done earlier than
7  3:00 a.m.?
8  A.  I don't think so.
9  Q.  Did you ever start later than 6:00 p.m.?
10 A.  Yes.
11 Q.  What was the latest you would start?
12 A.  The latest?  That varies.  I don't have
13 an answer for you.
14 Q.  Would you ever start at 7:00 p.m.?
15 A.  Sometimes.
16 Q.  Would you ever start at 8:00 p.m.?
17 A.  Sometimes.
18 Q.  Would you ever start at 9:00 p.m.?
19 A.  Sometimes.
20 Q.  Would you ever start at 10:00 p.m.?
21     Again, we're just focused on the
22 Connecticut location right now.
23 A.  In Connecticut, I really don't know.  It
24 depends on whenever we finished packing up and
25 putting everything in our car.

[11]  (Pages 38 to 41)

[Page 42]

T. Jackson

1
2    Q.   Did you ever arrive at the Connecticut
3    facility later than 6:00 p.m.?
4    A.   No, I don't think so.
5    Q.   Do you know when Fresh Diet moved from
6    New Jersey to Connecticut?
7    A.   Do I know a year?
8    Q.   The year.
9    A.   I don't know if it was between 2008 or
10   2009. I can't give you the date. I don't
11   remember that.
12   Q.   Did it ever move locations from
13   Connecticut to another facility?
14   A.   Connecticut to Brooklyn.
15   Q.   Do you remember what year that happened?
16   A.   Anywhere from 2009 to 2010.
17   Q.   Do you remember the street address of
18   the location in Brooklyn?
19   A.   The first one was Siegel Street.
20   Q.   Was there a second one?
21   A.   Yes.
22   Q.   Where was that?
23   A.   I don't remember the exact address. I
24   know it started with a B.
25   Q.   Does Baltic sound familiar?

[Page 43]

T. Jackson

1
2    A.   Sounds familiar.
3    Q.   When the facility moved to the
4    Siegel Street location --
5    A.   Yes.
6    Q.   -- did it have its own kitchen at that
7    time?
8    A.   At that time, yes, they had their own
9    kitchen.
10   Q.   Were there packers?
11   A.   At that time, yes. The ones from
12   Connecticut followed. Yes.
13   Q.   Did your duties change when the location
14   was moved to Siegel Street?
15   A.   No, still help pack whenever needed,
16   help put bag ties on, help sort out food,
17   help -- whatever needed to be done on that day
18   to get us out.
19   Q.   Did the hours change when it was moved
20   to the Siegel Street location?
21   A.   In the beginning, no. Towards the
22   middle is when I think they gave us a schedule.
23   Q.   The middle of the time they were at the
24   Siegel Street location?
25   A.   At the Siegel Street location.

[Page 44]

T. Jackson

1
2    Q.   How far were you living from the
3    Brooklyn facility at the Siegel Street
4    location?
5    A.   I ended up moving to Brooklyn with them.
6    Q.   How far of a drive was it?
7    A.   Depending on traffic, I would say about
8    fifteen, twenty minutes.
9    Q.   Did you have the same route when it was
10   moved to the Siegel Street location?
11   A.   Pretty much, yes. We ended up switching
12   routes at the Siegel Street. I got the
13   New Jersey route that my nephew had, and he
14   took the Connecticut route.
15   Q.   Do you know how many stops the
16   New Jersey route had?
17   A.   I don't remember.
18   Q.   Can you approximate?
19   A.   Twenty-five to thirty-five. It was
20   actually New Jersey and New York.
21   Q.   This route made stops in both New Jersey
22   and New York?
23   A.   Yes.
24   Q.   On the same night, you would make stops
25   in both states?

[Page 45]

T. Jackson

1
2    A.   Yes.
3    Q.   Do you remember the cities that you
4    delivered to in New Jersey?
5    A.   It varies. I would say I remember
6    Princeton because I did the -- I ended up doing
7    the Philly drop-offs to Princeton. Allentown,
8    I think. I don't remember all of the towns.
9    Q.   Where were you delivering in New York?
10   A.   New York was mainly Staten Island and
11   Brooklyn.
12   Q.   Did the route ever change again for you?
13   A.   For me? After a while, I went back to
14   Connecticut, yes.
15   Q.   When was that?
16        Was Fresh Diet still in the
17   Siegel Street location or Baltic when you
18   started doing the Connecticut route again?
19   A.   I don't remember. I don't remember.
20   Q.   When you were doing the Connecticut
21   route, was that more stops than the
22   New Jersey/New York route?
23   A.   I don't remember that either. I can't
24   honestly tell you that.
25        MR. POLLACK: Can we take a

[12] (Pages 42 to 45)

[Page 46]

T. Jackson

1
2    quick two-minute break?
3         MR. ANDREWS:  Yes.
4         (Whereupon, a recess was taken
5    at this time.)
6    Q.    Going back to when you were in the
7    Connecticut location, did you ever report back
8    to the facility at the end of your route?
9    A.    In Connecticut?
10   Q.    Yes.
11   A.    No.
12   Q.    Would you ever report to anyone at
13   The Fresh Diet that you had finished a delivery
14   when they were at the Connecticut location?
15   A.    Sometimes Syed.
16   Q.    Sometimes you wouldn't?
17   A.    Sometimes I wouldn't, no.
18   Q.    When it was at the Siegel Street
19   location, did you report back to the facility
20   at the end of a route?
21   A.    Yes, but I didn't -- I think that's when
22   they started making us bring the bags back.
23   Q.    Do you remember when that happened?
24   A.    The date?  No.
25   Q.    The year?

[Page 47]

T. Jackson

1
2    A.    Maybe 2010, 2009.
3    Q.    When you say "they started making us
4    bring the bags back," what do you mean?  How
5    did that happen?
6    A.    Well, that happened -- that started
7    because they were calling us to come in early
8    because they didn't have enough bags, so we
9    would have to come in earlier sometimes to
10   bring in our empties.  So then that's when they
11   started coming up with you had to come back at
12   the end of the night to bring the empties back.
13   Q.    Did you do that?
14   A.    Come back at the end of the night?
15   Q.    Yes.
16   A.    Yes, sometimes.  Not all the time,
17   sometimes.
18   Q.    If you ever didn't bring the bags back
19   at the end of the night, were you ever
20   disciplined?
21   A.    At that time -- at that time, no,
22   because I lived close by, so I would bring them
23   early the next day.
24   Q.    Did you ever enter into any type of
25   agreement with Late Night Express?

[Page 48]

T. Jackson

1
2         MR. ANDREWS:  Objection.
3    A.    With Late Night Express?
4    Q.    Yes.
5    A.    No.
6         (Whereupon, Late Night Express
7         Independent Contractor Agreement was
8         marked as Defendant's Exhibit 49, for
9         identification, as of this date.)
10   Q.    Now I'm going to show you a document
11   that's been marked for identification as
12   Defendant's Exhibit 49 (handing).
13   A.    Okay.
14   Q.    I'm going to ask you to look through
15   that document and tell me if you've ever seen
16   that before today.
17   A.    This is the contract?
18   Q.    I'm just asking if you've seen that
19   document before today.
20   A.    Yes.
21   Q.    Is that your signature?
22   A.    Yes, it is.
23   Q.    Does your signature appear on the fourth
24   page of the document?
25   A.    No, that's not the fourth page.

[Page 49]

T. Jackson

1
2         MR. ANDREWS:  He's asking you
3    about this page (indicating).
4         THE WITNESS:  Oh.  Oh.  Oh.
5    Okay.
6    A.    Yeah, that is the fourth page.  Okay.
7    Yes.
8    Q.    On the --
9    A.    Yes.
10   Q.    -- document marked FD000780?
11   A.    Yes.
12   Q.    Does your signature appear on the
13   following page, FD000781?
14   A.    Yes.
15   Q.    Does your signature appear on the
16   document FD000782?
17   A.    Yes.  782, yes.
18   Q.    Do you know if you signed this document
19   on or about October 10, 2010?
20   A.    October 10th?  Yes, that's the date
21   that's here.
22   Q.    Did you read this document before you
23   signed it?
24   A.    I read some of it, not all.
25   Q.    What is your understanding of what this

[Page 50]

T. Jackson

1  document is?
2
3        MR. ANDREWS:  Objection.
4  A.    It's just telling us our
5  responsibilities and duties and our
6  requirements from Fresh Diet.
7  Q.    Did you understand paragraph 11 of the
8  document when you signed it?
9  A.    Paragraph 11?
10       MR. ANDREWS:  Objection.
11  A.   Okay.  Repeat that question.
12  Q.    Did you understand that provision or
13  that paragraph when you signed the document?
14       MR. ANDREWS:  Objection.
15  A.   At the time, no, I didn't read that
16  part.
17  Q.    Did you understand yourself to be an
18  independent contractor of The Fresh Diet at the
19  time you were performing deliveries?
20       MR. ANDREWS:  Objection.
21  A.   At that time, that's what Fresh Diet
22  told us.
23       (Whereupon, Class action
24       affidavit was marked as Defendant's
25       Exhibit 50, for identification, as of

[Page 51]

T. Jackson

1
2  this date.)
3  Q.    I'm now showing you what's been marked
4  for identification as Defendant's Exhibit 50,
5  and I'm going to ask if you've seen that
6  document before today (handing).
7  A.    Yes.
8  Q.    What is your understanding of that
9  document?
10  A.   That one?
11  Q.    Yes.
12  A.   This is to -- this is pertaining to our
13  wages and overtime that we didn't get paid for.
14  Q.    Is this a copy of the affidavit you
15  referred to earlier that you reviewed in
16  preparation for today's deposition?
17  A.    This is a copy of my affidavit, yes.
18  Q.    Earlier, you said that you had reviewed
19  your affidavit in preparation for today's
20  deposition, correct?
21  A.    Yes, mine.  Yes.
22  Q.    Is this a copy of the document you
23  reviewed?
24  A.    Yes, this looks like a copy of it.
25  Q.    Is that your signature on the third page

[Page 52]

T. Jackson

1
2  of the document?
3  A.    Yes, it is.
4  Q.    Did you sign it on or about
5  January 25, 2013?
6  A.    Yes.
7  Q.    How long have you been a Connecticut
8  resident?
9  A.    Two years now.
10  Q.   Three years?
11  A.   Two.
12  Q.   Where did you live before Connecticut?
13  A.   Brooklyn.
14  Q.   Do you know the address?
15  A.   I think it was 826 Thomas Boyland.
16       MR. ANDREWS:  826 --
17       THE WITNESS:  Thomas Boyland.
18       MR. ANDREWS:  Thomas Boyland
19  Street.
20       THE WITNESS:  I don't know if
21  it's street or avenue.  I just know --
22  it might be street.
23  Q.    Was it an apartment?
24  A.    Yes.
25  Q.    That was in Brooklyn?

[Page 53]

T. Jackson

1
2  A.    Yes.
3  Q.    How long did you reside there?
4  A.    Maybe two years, three years.  Maybe two
5  years.
6  Q.    Was that one of the places you were
7  living when you were performing work as a
8  driver for The Fresh Diet?
9  A.    Yes.
10  Q.   Did you live in any other places during
11  the time you were performing deliveries as a
12  driver?
13  A.   Before Brooklyn?
14  Q.   Before Brooklyn.
15  A.   Yonkers, New York.
16  Q.   Do you remember the address there?
17  A.   12 Convert, C-O-N-V-E-R-T.
18  Q.   That was in Yonkers?
19  A.   Yes.
20  Q.   Was that an apartment?
21  A.   Yes.
22  Q.   Do you remember the apartment number?
23  A.   I just know it's first floor.
24  Q.   Any other residences at the time you
25  were performing work as a delivery driver?

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

[Page 54]

T. Jackson

1        T. Jackson
2    A.   I think that's it.
3    Q.   Were you ever living --
4    A.   I think I did live on -- I think I did
5  live on Robbin Street, I think.  Yeah, I did
6  live there for a little while with my sister.
7    Q.   Were you ever living in Connecticut at
8  the time you were performing work as a driver
9  for The Fresh Diet?
10   A.   Yes, towards the end.
11   Q.   Turning your attention to paragraph 3 of
12 Defendant's 50 --
13   A.   Paragraph 3?
14   Q.   3.
15   A.   On the second page?
16   Q.   On the second page, yes.
17       Do you see the sentence that says "My
18 responsibilities as a driver/food delivery
19 employee for the defendants consisted
20 exclusively of showing up at The Fresh Diet's
21 Brooklyn facilities, receiving instructions as
22 to my delivery routes, obtaining prepared
23 meals, and personally delivering them to The
24 Fresh Diet's customers".
25       Do you see that sentence?

[Page 55]

T. Jackson

1        T. Jackson
2    A.   Okay.  Right here (indicating).  Yes.
3  Yes.
4    Q.   When it says you received instructions
5  as to the delivery routes, what does that mean?
6    A.   Okay.  We pick up the manifest.  If
7  there's any key pickups, any changes on where
8  the customers want us to leave their bags,
9  anything pertaining to the route, he -- Syed
10 would give us the information.
11   Q.   Would he give it to you verbally, or was
12 it written?
13   A.   Sometimes it was written, sometimes it
14 was verbally.
15   Q.   If it was written, where would it be
16 located?
17   A.   He would give us a piece of paper, like
18 an e-mail.
19   Q.   The second sentence of that third
20 paragraph says, "After completing my meal
21 deliveries, I would have to return to The Fresh
22 Diet's Brooklyn facilities to report back,
23 complete required paperwork, and return empty
24 bags".
25       Do you see that sentence?

[Page 56]

T. Jackson

1        T. Jackson
2    A.   Yes.
3    Q.   What paperwork were you required to
4  complete?
5    A.   The manifest.
6    Q.   When did you complete that?
7    A.   Mainly, I would complete it after I
8  finished the route.
9    Q.   What information would you have to
10 provide?
11   A.   How many bags I brought back, how many
12 pieces of ice I brought back.
13   Q.   You wouldn't do that until you finished
14 the route?
15   A.   I mainly wouldn't do that until I got
16 back.  I didn't really count the total until I
17 got back.
18   Q.   Did you ever fill out any information on
19 the manifests?
20   A.   Yes.
21   Q.   What information was that?
22   A.   The times, the pieces of ice, and the
23 cooler bags that I brought back.
24   Q.   When you say "the times," what do you
25 mean by that?

[Page 57]

T. Jackson

1        T. Jackson
2    A.   The times that I reach each stop on my
3  manifest.
4    Q.   When would you record the times?
5    A.   On my manifests?  The times that I got
6  there to the stops?
7    Q.   Yes.
8    A.   Yeah.
9    Q.   Would you do that at the time that you
10 arrived at the stop or at the time that you
11 finished a stop?
12   A.   I think mainly when I got there.
13 Sometimes before, sometimes after depending.
14   Q.   You would handwrite a time --
15   A.   Yes.
16   Q.   -- that you arrived?
17   A.   Yes.
18       MR. ANDREWS:  Remember, let him
19 finish, and then answer.
20   Q.   Did you ever hand that paperwork in to
21 anyone?
22   A.   Sometimes Syed.
23   Q.   Were there times that you did not hand
24 that paperwork in to Syed?
25   A.   It depends on if he's there at the time

[15]  (Pages 54 to 57)

[Page 58]

T. Jackson

1
2  or not.
3     Q.   If he was not there, would you hand it
4  in to anyone?
5     A.   No.
6     Q.   What would you do with it?
7     A.   Take it home with me.
8     Q.   When did these requirements get
9  implemented?
10     A.   Which ones?
11     Q.   To return to the facility, to report
12  back, complete required paperwork, and return
13  empty bags.
14     A.   I don't have a specific date.
15     Q.   This wasn't until after they were at
16  Siegel Street?
17     A.   Yes.
18     Q.   Looking at paragraph 6, it says,
19  "Throughout my employment, I often worked
20  significantly in excess of forty hours a week,
21  yet was never paid overtime compensation of one
22  and half times my regular rate of pay".
23     Do you see that?
24     A.   Yes.
25     Q.   What do you mean by that statement?

[Page 59]

T. Jackson

1
2     A.   Meaning I did more than forty hours a
3  week, and I never got paid for the overtime.
4     Q.   You were paid for mileage and stops,
5  correct?
6     A.   Yes.
7     Q.   How many hours did you work?
8        MR. ANDREWS:  Objection.
9     A.   I really don't know.  On a week,
10  anywhere from sixty to eighty maybe.
11     Q.   How would you come up with that number?
12     A.   Sometimes, like I said, we would come in
13  and have to help bag, put on bag ties, separate
14  the food, sort out the food, whatever needed to
15  be done that day.  Sometimes, you know, the
16  food wasn't ready.  Sometimes everything was
17  not bagged.  Different things.  Sometimes they
18  didn't have ice, they had to run out and get
19  ice.  Sometimes they didn't have enough bags.
20  Depending on what was going on that day.
21     Q.   Were there ever times that the food was
22  ready and packed in a meal bag with a bag tie
23  for you to simply deliver?
24     A.   Yeah, there was.
25     Q.   When The Fresh Diet was located at the

[Page 60]

T. Jackson

1
2  Siegel Street location, what times would you
3  arrive at the facility?
4        MR. ANDREWS:  Objection.
5     A.   At Siegel?
6     Q.   At Siegel.
7     A.   Anywhere between 3:00 and 6:00 until we
8  got a regular schedule.
9     Q.   When you got a regular schedule, what
10  time were you showing up to the facility?
11     A.   If I'm not mistaken, I think my time was
12  between 6:00 or 6:30, something like that.
13     Q.   Do you remember when that schedule was
14  implemented?
15     A.   No, I don't remember.
16     Q.   After the schedule was implemented,
17  would you show up between 6:00 and 6:30 every
18  night?
19        MR. ANDREWS:  Objection.
20     A.   Yes, pretty much.
21     Q.   You would never show up later?
22     A.   No.  I don't believe so, no.
23     Q.   Do you know if other drivers showed up
24  later?
25     A.   Everybody had their different times to

[Page 61]

T. Jackson

1
2  be there.
3     Q.   Do you know if any drivers were
4  scheduled to come in later than 6:30 p.m.?
5     A.   Yeah, there were drivers that were
6  scheduled later than me.  Yes.
7     Q.   Do you know the names of any of those
8  drivers?
9     A.   No, I can't tell you that.
10     Q.   After the schedule was implemented, what
11  was the earliest you would begin performing
12  deliveries?
13        MR. ANDREWS:  Objection.
14     A.   The actual deliveries?
15     Q.   The actual deliveries.
16     A.   That varies.
17     Q.   The earliest.
18     A.   Maybe 6:30, 7:00.
19     Q.   What about the latest?
20     A.   That varies.
21     Q.   What could be the latest that it would
22  be?
23     A.   What could be the latest?
24     Q.   What was the latest it would be?
25     A.   For me, 2:00 in the morning.

[16]  (Pages 58 to 61)

[Page 62]

T. Jackson

1
2    **Q.**   You would start?
3    **A.**   I started at 2:00 in the morning.
4    **Q.**   When you started at 2:00 in the morning,
5    do you remember how many times that happened?
6    **A.**   That happened once.
7    **Q.**   Other than that one occasion, would you
8    ever show up at 1:00 in the morning?
9    **A.**   No.
10   **Q.**   Midnight?
11   **A.**   No.  Show up to pick up my bags?  No.
12   **Q.**   What was the latest, other than that one
13   occasion, that you would start performing
14   deliveries?
15          MR. ANDREWS:  Objection.
16   **A.**   That varies.  10:00, 9:00.  It depends
17   on what needed to be done that day.
18   **Q.**   10:00 p.m. or 9:00 p.m.?
19   **A.**   Yeah.
20   **Q.**   What was the earliest you would be done
21   with your deliveries?
22   **A.**   Earliest?
23   **Q.**   Now we're focused on the Siegel Street
24   location.
25   **A.**   The earliest?  The earliest, maybe 3:00

[Page 63]

T. Jackson

1
2   or 4:00 depending on how many stops and miles I
3   have for the night.
4   **Q.**   What about the latest?
5   **A.**   Anywhere from 5:00 to 6:00 in the
6   morning.
7   **Q.**   Did you have a regular last stop when
8   you were performing deliveries from the
9   Siegel Street location?
10   **A.**   Not really, depends on who's on for the
11   night.  The -- the manifest changes, so, you
12   know, depends on who I deliver to that night,
13   that particular night.  So it varies.
14   **Q.**   Were the hours the same at the
15   Baltic Street location?
16   **A.**   Pretty much, yeah.
17   **Q.**   Looking at paragraph 7 of
18   Defendant's 50, it says, "During my employment
19   with the defendants, I interacted with other
20   drivers/food delivery employees on a daily
21   basis, and know that my own experiences were
22   typical of how these employees were supervised
23   and compensated".
24       Do you see that sentence?
25   **A.**   Yes.

[Page 64]

T. Jackson

1
2   **Q.**   What other drivers are you referring to
3   in that paragraph?
4   **A.**   My nephew, my sister, David, Kenneth,
5   and other people.
6   **Q.**   When you say --
7   **A.**   Bryant, Fernando.  There's more.  I
8   don't remember everybody.
9   **Q.**   How do you know that your own
10   experiences were typical of how the other
11   employees were supervised and compensated?
12   **A.**   We pretty much all did the same thing.
13   If we came in and the bags weren't ready, we
14   pitched in and helped pack it and put bag ties
15   on.  Whatever needed to be done that day, we
16   did.
17   **Q.**   Do you know the routes that everybody
18   else drove?
19   **A.**   There were different routes for
20   different people, so I don't -- I don't know
21   who drove what at what time.
22   **Q.**   Did you know how long it took anyone
23   else to complete their route?
24   **A.**   I really don't know that.
25   **Q.**   Did you ever show up late after the

[Page 65]

T. Jackson

1
2   schedule was implemented?
3          MR. ANDREWS:  Objection.
4   **A.**   I don't think so.
5   **Q.**   Did you ever take any vacation
6   between --
7   **A.**   No.
8          MR. ANDREWS:  Let him finish.
9   **Q.**   -- 2007 and 2011?
10   **A.**   No, never took a vacation.
11   **Q.**   Did you ever take a sick day?
12   **A.**   Did I ever take a sick day?
13   **Q.**   Were you ever sick during 2007 --
14   **A.**   Yes, I was.
15   **Q.**   If you were sick, did you perform
16   deliveries that night?
17   **A.**   Sometimes.
18   **Q.**   Were there times that you did not
19   perform deliveries because you were sick?
20   **A.**   Depends on what the problem was.
21   **Q.**   Was there ever a time that you did not
22   show up to work to perform deliveries?
23   **A.**   One night I didn't show up because I had
24   burnt my leg, so I had to call and tell him
25   that I burnt my leg so I could go to the

[Page 66]

T. Jackson

1
2  emergency room and get that taken care of.
3  Another time, I sprained my foot, so I had to
4  go to the emergency room, get that taken care
5  of. When I found out my mother had breast
6  cancer, the day she had surgery.
7  Q.   Did you use your own car when you
8  performed deliveries?
9  A.   Yes, I did.
10  Q.   What car did you have in 2007?
11  A.   At that time, I think I had a Sable, I
12  think.
13  Q.   What's that?
14  A.   Sable.
15  Q.   What --
16  A.   Is it a Mercury Sable? Mercury Sable.
17  I think that's the name of it.
18  Q.   Did you have different cars between --
19  A.   Yes, I did.
20  Q.   How many different cars?
21  A.   I had a Mercury Sable, and then I had a
22  van that was a -- I forgot what kind of van it
23  was. It was red. I forgot. And then I had a
24  Ford Windstar, which is the van that I have
25  now.

[Page 67]

T. Jackson

1
2  Q.   Did you have --
3  A.   It was three cars in all.
4  Q.   Did you own those cars?
5  A.   Yes, they were mine.
6  Q.   Do you have insurance for the cars?
7  A.   Yes, I do.
8  Q.   Who paid for the insurance?
9  A.   I did.
10      (Whereupon, Manifests were
11      marked as Defendant's Exhibit 51, for
12      identification, as of this date.)
13      (Whereupon, a recess was taken
14      at this time.)
15  Q.   I'm now going to show you a document
16  that's been marked as Defendant's Exhibit 51,
17  which are Bate stamp numbered FD003415 to
18  FD004192, and they've been represented to us as
19  documents that set forth the number of hours
20  you worked to support your claims in the
21  complaint, and I'm going to ask you if you've
22  seen those documents before today (handing).
23      MR. ANDREWS: Objection.
24  A.   Yes.
25  Q.   Does your handwriting appear on any of

[Page 68]

T. Jackson

1
2  those documents?
3  A.   Yes.
4      MR. ANDREWS:  You can take the
5      rubber band off if you want.
6  Q.   You said yes?
7  A.   Yes.
8  Q.   Wherever the handwriting appears, is it
9  your handwriting?
10  I'm going to ask you to take your time.
11  A.   Some of them, yes. Some of them, no.
12      MR. ANDREWS:  If you need to
13      take time, that's a lot of paper, so
14      don't rush.
15  Q.   I'm going to need you to tell me --
16  A.   Which ones are mine?
17  Q.   -- which ones have your handwriting.
18  You can see it's double-sided, so take
19  your time.
20  A.   This one looks like my handwriting
21  (indicating).
22      MR. ANDREWS:  Why don't you read
23      the number? Can you read that number?
24      THE WITNESS:  Yes.
25  A.   It's FD003468.

[Page 69]

T. Jackson

1
2  Q.   For that document, you say it may
3  contain your handwriting?
4  A.   It looks like my handwriting. Yes, I
5  think this is my handwriting.
6      MR. ANDREWS:  Speak up so she
7      can record all of this.
8  A.   It looks like -- that one looks like my
9  handwriting.
10  Q.   You're referring to FD003468?
11  A.   Yes.
12  Q.   Is it your handwriting on 003469?
13  A.   3469? 69? What did you say, 003479?
14  Q.   No, 69.
15      MR. ANDREWS:  Here, this page
16      (handing).
17  A.   It looks like my handwriting.
18  Q.   Do you know if it's your handwriting?
19  A.   I really can't say for sure. It looks
20  like it though. It looks like it.
21      MR. ANDREWS:  Just for the
22      record, she's reading from FD003470.
23      It's just the opposite page of that.
24  A.   That looks like my handwriting
25  (indicating).

[Page 70]

T. Jackson

1
2   Q.   You're referring to FD003479?
3   A.   This one is FD003479?
4   Q.   That is your handwriting?
5   A.   Yes, it looks like that.  Yeah, it looks
6   like that's mine.
7        That looks like my handwriting
8   (indicating).  This is FD003481.
9   Q.   What about on 3482?
10  A.   Yes, that looks like my handwriting
11  also.
12  Q.   Let's take a quick second and look at
13  FD003481 to 003482.
14  A.   Okay.
15  Q.   Is that a sample of a manifest you were
16  referring to earlier in your --
17  A.   Yes.
18  Q.   -- deposition?
19  A.   Yes.
20  Q.   Does that contain the time you were
21  referring to that you would insert on a
22  manifest?
23  A.   Yes.
24  Q.   That indicates the time you would have
25  made a drop-off for that particular customer?

[Page 71]

T. Jackson

1
2   A.   Yeah.
3   Q.   Do you see that it says "May 24, 2010"?
4   A.   Yes.
5   Q.   There are nineteen stops for that route
6   for that --
7   A.   For that day, yes.
8   Q.   -- day, right?
9        What time does it indicate?
10       Go ahead.  Take your time.
11  A.   This looks like eighteen stops.  This
12  looks like eighteen stops.
13  Q.   That's a sample of a manifest you would
14  receive?
15  A.   Yes.
16  Q.   Would that be a complete route for the
17  night of May 24, 2010?
18  A.   Yes.
19  Q.   Does that indicate the time you would
20  have made your first delivery?
21  A.   Yes.
22  Q.   What time is that?
23  A.   10:19.
24  Q.   Is that what you're referring to on the
25  first row on the document FD003481?

[Page 72]

T. Jackson

1
2   A.   Yes, it's the first stop.
3   Q.   10:19 p.m.?
4   A.   Yes.
5   Q.   On the following page, being 3482, does
6   that indicate the time of the last stop?
7   A.   Yes.
8   Q.   What time is that?
9   A.   Oh, actually not.  I didn't do this one.
10  Q.   Meaning you didn't do the --
11  A.   I didn't -- I performed it, but I must
12  have forgotten to put in the time.
13  Q.   The time before that for the last stop
14  says 3:25.
15  A.   Yes.
16  Q.   Is that a.m.?
17  A.   A.m., yes.
18  Q.   The first delivery was made at
19  10:19 p.m.?
20  A.   The first delivery, yes.
21  Q.   The second to last --
22  A.   That's not when I started though.
23  Q.   The first delivery was made at 10:19 --
24  A.   The first delivery.
25  Q.   -- p.m.?

[Page 73]

T. Jackson

1
2   A.   Yes.
3   Q.   Do you know how far Bloomfield,
4   Connecticut is from the Brooklyn facility?
5   A.   If I had to guess, I would say two, two
6   and a half hours.
7   Q.   Do you know if Fresh Diet was located in
8   Siegel Street --
9   A.   At this time?
10  Q.   -- on May 24, 2010?
11       MR. ANDREWS:  Wait.  Let him
12  finish.
13  A.   I don't know.
14  Q.   It may have been in Connecticut at that
15  time?
16       MR. ANDREWS:  Objection.
17  A.   I don't think so.  I think we were in
18  Brooklyn at this time, 2010.  I think we were
19  in Brooklyn at the time.
20  Q.   Getting back to when the last delivery
21  was completed, you say that the last one is
22  blank, correct?
23  A.   Yes.
24  Q.   The one before that was done at
25  3:25 a.m.?

[19]  (Pages 70 to 73)

[Page 74]

T. Jackson

1
2  A.   Yes.
3  Q.   That was in Norwalk, Connecticut?
4  A.   Norwalk, yes.
5  Q.   Do you know how far Norwalk, Connecticut
6  was from the Brooklyn facility?
7  A.   Anywhere from an hour to an hour and a
8  half.
9  Q.   Just moving on in Defendant's 51, I just
10  want to get to the next set where you recognize
11  that it's definitely your handwriting.
12  A.   This is my handwriting (indicating).
13  Q.   Now we're referring to FD003483?
14  A.   Yes.
15  Q.   Is that your handwriting on FD003484?
16  A.   Yes.
17  Q.   Does this indicate your manifest for
18  May 23, 2010?
19  A.   Yes.
20  Q.   On the first row, do you see where it
21  says "9:21"?
22  A.   Yes.
23  Q.   Does that mean that the first delivery
24  you made --
25  A.   Was at 9:21.

[Page 75]

T. Jackson

1
2  Q.   P.m.?
3  A.   Yes.
4  Q.   That was in Rocky Hill, Connecticut?
5  A.   Yes.
6  Q.   Do you know how far Rocky Hill,
7  Connecticut is from the Brooklyn facility?
8  A.   About two hours.
9  Q.   Looking at FD003484, does that last row
10  indicate the last stop you would have made for
11  the May 23, 2010 route?
12  A.   Yes.
13  Q.   What time does that say?
14  A.   2:40.
15  Q.   Is that 2:40 a.m.?
16  A.   Yes.
17  Q.   If you could, just keep looking for the
18  next set where you definitively recognize your
19  handwriting.
20  A.   This one looks like my handwriting here,
21  this one (indicating).
22  Q.   Now we're referring to --
23  A.   FD003487.
24  Q.   Is your handwriting also on FD003488?
25  A.   Yes.

[Page 76]

T. Jackson

1
2  Q.   Looking at FD003487, is that a route
3  your received for May 14, 2010?
4  A.   Yes.
5  Q.   For eleven stops?
6  A.   Yes.
7  Q.   What time does it say the first delivery
8  was made?
9  A.   At 10:28 p.m.
10  Q.   What time does it say the last delivery
11  was made?
12  A.   No, this is not right.
13  Q.   Looking at 003487, is that a complete
14  manifest for one night?
15  A.   Okay.  Which one?
16  Q.   3487.
17  A.   I don't think this is a complete -- I
18  don't think so.
19  Q.   How many stops are indicated?
20  A.   It says eleven stops here.  It says
21  eleven.
22  Q.   How many customers are listed on that
23  one sheet, being FD003487?
24       MR. ANDREWS:  Objection.
25  A.   One, two, three, four, five, six, even,

[Page 77]

T. Jackson

1
2  eight, nine, ten, eleven on this one.
3  Q.   What time does it say that the drop-off
4  was for the last customer listed on that page?
5       MR. ANDREWS:  Objection.
6  A.   On this page, 1:52 a.m.
7  Q.   You said that you also recognized your
8  handwriting on the document FD003488?
9  A.   Yes.
10  Q.   Do you recognize your handwriting on
11  FD003489?
12  A.   Yes.
13  Q.   This page (indicating).
14  A.   Oh, I'm sorry.  On this one, yes.
15  Q.   That's your handwriting?
16  A.   Yes.
17       Okay.  So this is part of this one
18  (indicating).
19  Q.   Is 003488 to 003489 a manifest you would
20  have received for May 16, 2010?
21       MR. ANDREWS:  Objection.
22  A.   Yes.
23  Q.   Is that a complete manifest you would
24  have received for that night?
25       MR. ANDREWS:  Objection.

[Page 78]

T. Jackson

1    A.    Yes.
2    Q.    Now you're looking at FD003490?
3    A.    Yes.
4    Q.    Is the complete manifest for
5    May 16, 2010 contained on FD003488 through
6    003490?
7    A.    Yes.
8    Q.    What time does it indicate the first
9    drop-off was made?
10   A.    8:48 a.m.  P.m.  Sorry.  P.m.
11   Q.    What time does it indicate that the last
12   delivery was made?
13   A.    2:25.  Yeah, 2:25 a.m.
14   Q.    That last stop was in Darien,
15   Connecticut?
16   A.    Yes.  No.  No.  The last stop would have
17   been New Canaan it looks like.  It looks like
18   New Canaan.
19   Q.    What time is it at New Canaan?
20   A.    2:42.
21   Q.    A.m.?
22   A.    2:42 a.m.
23   Q.    Is there a reason the New Canaan was the
24   last stop as opposed to Darien, Connecticut on

[Page 79]

T. Jackson

1    that night?
2          MR. ANDREWS:  Objection.
3    A.    If I'm not mistaken, I think New Canaan
4    is before -- New Canaan is between -- if I'm
5    not mistaken, New Canaan would be between --
6    okay.  I think maybe I did a mistake here.
7    Maybe that was supposed to be a one
8    (indicating).  Maybe that was supposed to be a
9    one.
10         MR. ANDREWS:  Read the page
11         number.
12   A.    The page number is FD003489.  I think I
13   might have made a mistake and put a two, and it
14   was supposed to be a one.
15   Q.    Meaning 1:42 a.m.?
16   A.    Yes.
17   Q.    Getting back to when the last stop would
18   have been made for the May 16, 2010 route, what
19   time would that have been?
20         MR. ANDREWS:  Objection.
21   A.    2:25 a.m.
22   Q.    In Darien, Connecticut?
23   A.    Yes.
24         This one looks like my handwriting

[Page 80]

T. Jackson

1    (indicating).
2          MR. ANDREWS:  Make sure you read
3    the page numbers when you identify
4    documents.
5    A.    It's FD003491 and FD003492.
6    Q.    Looking at 3491, does that indicate what
7    the first stop would have been for the
8    May 17, 2010 route?
9    A.    Yes.
10   Q.    What time was that?
11   A.    10:20.
12   Q.    P.m.?
13   A.    Uh-huh.
14   Q.    Does that indicate when the last --
15   A.    Yes.
16   Q.    -- delivery was made?
17         What time was that?
18   A.    4:09 a.m.
19   Q.    Is that in Darien, Connecticut?
20   A.    Yes.
21         I think it might have been -- I think I
22   might have did more stops than this because for
23   some reason I put twenty-nine up there
24   (indicating).

[Page 81]

T. Jackson

1          MR. ANDREWS:  Read the page
2          number.
3    A.    FD003491.  I think I might have done
4    more stops than what it's saying on here, the
5    twenty-three, because I got a twenty-nine there
6    (indicating).  So I think I might have did
7    twenty-nine stops that day instead of
8    twenty-three.  I just don't know where the rest
9    of the manifest is.
10   Q.    There's nothing indicating when the
11   other stops would have been other than what's
12   on the manifest, correct?
13         MR. ANDREWS:  Objection.
14   A.    There must be another part, so --
15   Q.    Let's go ahead and just --
16   A.    This one would be the same thing
17   (indicating).  This is FD003493.  I think this
18   might have been more stops also because I got a
19   thirty-two in the corner.
20   Q.    Is that your handwriting on FD003493?
21   A.    Yes, that's my handwriting.
22   Q.    3494?
23   A.    Yes.
24   Q.    And 3495?

[Page 82]

T. Jackson
A. Yes.
These two are together (indicating).
**Q.** Is that your handwriting on 3497?
A. No, but this does look like my husband's handwriting.
**Q.** Who is your husband?
A. Delroy McNeil.
**Q.** He performed --
A. No. Sometimes he would go with me.
**Q.** He would go with you?
A. Yes.
**Q.** He would fill out the manifest?
MR. ANDREWS: Objection.
A. Yes. It looks like he filled this one out for me.
**Q.** Would he ever take any of the meals to the doors when he was with you?
A. Yes, sometimes he did.
**Q.** How often did he go with you?
A. I can't really answer that.
**Q.** Every week?
Would he go with you once a night?
MR. ANDREWS: Objection.
A. No, more than that.

[Page 83]

T. Jackson
**Q.** More than that?
A. Uh-huh.
**Q.** Three nights a week?
MR. ANDREWS: Objection.
A. I can't be specifically sure how many nights.
**Q.** Would he be with you the entire time?
MR. ANDREWS: Objection.
A. Of the route?
**Q.** Yes.
A. The entire time that I'm on the route?
**Q.** Yes.
A. Yes.
**Q.** Did he go to the facility with you?
A. Yes.
**Q.** Did Syed ever see him?
A. Yes.
**Q.** Did Syed ever tell you you can't have your husband --
A. No.
**Q.** -- performing deliveries with you?
A. No.
**Q.** Did anyone else ever go with you?
A. I don't remember. I don't think so.

[Page 84]

T. Jackson
**Q.** Did your daughter ever go?
A. With me? No. No, I don't think she ever went with me.
**Q.** You recognize that to, perhaps, be your husband's handwriting?
A. Yes.
**Q.** We're looking at 3497?
A. Yes.
**Q.** Do you recognize that on 3498?
A. Yes.
**Q.** Do you recognize the handwriting on 3499?
A. Yes, that also looks like my husband's writing, and on 3500.
MR. ANDREWS: FD003500.
A. This looks like his handwriting on FD003501.
Do you want me to keep going?
**Q.** Let's just skip a few here.
MR. ANDREWS: You want to skip a whole bunch?
MR. POLLACK: Yes.
**Q.** Just getting back where you recognized your handwriting and the time entry on that

[Page 85]

T. Jackson
manifest, that would indicate the first delivery made, correct?
A. Yes.
**Q.** The last entry would indicate the last delivery made?
A. Yes.
MR. ANDREWS: Objection.
**Q.** The time of the last delivery made, correct?
MR. ANDREWS: Objection.
A. Yes, pretty much.
**Q.** Do you recognize your handwriting on --
A. On this one? Yes.
**Q.** -- on 3723?
A. Yes.
**Q.** Is that your handwriting on 3729?
A. Yes.
**Q.** Do you recognize your handwriting on 3752?
A. Yes.
**Q.** Do you recognize your handwriting on 3753?
A. Yes.
**Q.** Do you know if 3752 to 3753 represents

[Page 86]

T. Jackson

1
2  one route for November 28, 2010?
3  A.   I don't know.
4  Q.   Do you see that it says seventeen stops?
5  A.   Yes.
6  Q.   On 3752, correct, it says seventeen
7  stops?
8  A.   Yes, this says seventeen stops
9  (indicating).
10  Q.   On 3753, there's a handwritten notation
11  saying sixteen.
12       Do you see that?
13  A.   Yes.
14  Q.   Do you know what that would mean?
15  A.   I don't remember.
16  Q.   If you see --
17  A.   Maybe that -- maybe it was -- I think it
18  was sixteen stops because this is crossed out
19  (indicating).
20  Q.   You're referring to the ninth row on
21  3752?
22  A.   Yeah.
23       I'm not sure if this is part of that or
24  not (indicating).  This doesn't have a date on
25  it.

[Page 87]

T. Jackson

1
2  Q.   Fair enough.
3       Starting on 3755, can you just flip
4  through the document and let me know when you
5  see your handwriting and a complete delivery
6  route for a given day?
7       MR. ANDREWS:  Objection.
8  A.   Could you repeat that?
9  Q.   Starting on this page --
10  A.   Right.
11  Q.   -- which is 3755 --
12  A.   Yes.
13  Q.   -- I want you to go through it until you
14  see your handwriting and a complete route for a
15  given night.
16       MR. ANDREWS:  Objection.
17  A.   This looks -- this is my handwriting
18  but -- this is FD003757, but I got the number
19  twenty-one.  There's a number twenty-one up
20  here, so I don't (indicating) -- I don't
21  remember if it was twenty-one stops or it
22  was seventeen stops.
23  Q.   Let's move on.
24  A.   That's my handwriting (indicating).
25  Q.   You're referring to 3769?

[Page 88]

T. Jackson

1
2  A.   3769, yes.  Yes, this is my handwriting.
3       This is my handwriting, but it doesn't
4  look like a full route (indicating).
5       MR. ANDREWS:  You have to speak
6  up and identify the page numbers.
7  A.   FD003776 and FD003775 looks like my
8  handwriting.
9  Q.   Do you know if 3775 and 3776 make up one
10  route?
11  A.   No.  No.  Actually, this would be the
12  back of this one (indicating).  Okay.  This
13  would be the back, I think, of this one
14  (indicating).
15  Q.   Do you believe that 3776 to 3777 is one
16  route?
17       MR. ANDREWS:  Objection.
18  A.   No, I don't think so.  I don't think so.
19  They have the same stops here as the same stops
20  here (indicating).
21  Q.   Did you give these to your attorney?
22  A.   Yes, I did.
23  Q.   Where do you have them?
24  A.   The originals?
25  Q.   Yes.

[Page 89]

T. Jackson

1
2  A.   The originals, my attorney has.
3  Q.   You gave them to your attorney you
4  said --
5  A.   Yes.
6  Q.   -- correct?
7  A.   Uh-huh.
8  Q.   Do you have a hard copy of them, or are
9  they on a computer?
10  A.   No.  I have the actual -- well, my
11  lawyer has the actual manifests.
12  Q.   You gave them all to your lawyer?
13  A.   Yes, all the ones that I had.
14  Q.   Did you explain what they were?
15  A.   Yeah.  I told him they were my
16  manifests.
17  Q.   Looking at 3777, do you see where it
18  says "January 9, 2011"?
19  A.   Right.
20  Q.   And 3775 shows January 10, 2011.
21       Do you see that?
22  A.   Yes.
23  Q.   These are two different manifests,
24  correct?
25  A.   It looks like it, yes.

[23]  (Pages 86 to 89)

[Page 90]

T. Jackson

1
2  Q.   Do you know if 3776 is the other part of
3  one of those two manifests?
4          MR. ANDREWS:  Objection.
5  A.   I think this is a whole different
6  manifest because it has the same stops, see,
7  35 Overhill Road (indicating).
8  Q.   Is on 377 --
9  A.   Oh.  Wait.  Wait.  Wait.
10         MR. ANDREWS:  Make sure you read
11     what page number.  Otherwise, we'll
12     never understand what page you're
13     referring to.
14         THE WITNESS:  Okay.
15  A.   FD003777.
16  Q.   That's the beginning part of a route for
17  January 9 --
18  A.   Right.
19  Q.   -- 2011, correct?
20  A.   Right.
21  Q.   Do you know --
22  A.   It looks like the beginning.  Let me
23  change that.  It looks like the beginning.
24  Q.   It says fourteen stops, correct?
25  A.   Yes.

[Page 91]

T. Jackson

1
2  Q.   Are fourteen stops contained on that one
3  page?
4  A.   One, two, three, four, five, six, seven,
5  eight, nine, ten.  No.  That says ten.
6       This is different because it has the
7  same stops here on FD003776 as they do on
8  FD003777 (indicating).  See on --
9  Q.   On 3776?
10  A.   Yes, are on --
11  Q.   3777 --
12  A.   Yes.
13  Q.   -- the same addresses?
14  A.   So I think that's two different
15  manifests.
16  Q.   I'm not going to ask you to guess.
17      Again, just trying to go through when
18  you could see a completed route between one,
19  two, or three pages for the next night that
20  contains your handwriting or your husband's
21  handwriting.
22  A.   FD003783 and FD003782 looks like it's a
23  complete manifest.
24  Q.   Is that for the November 16, 2010 route?
25  A.   Yes.

[Page 92]

T. Jackson

1
2  Q.   When would the first delivery have been
3  made on that route?
4  A.   Looks like 8:12.
5  Q.   P.m.?
6  A.   P.m., yes.
7  Q.   When was the last delivery?
8          MR. ANDREWS:  Objection.
9  A.   Looks like 3:54 a.m.
10         MR. ANDREWS:  We should take a
11     short break.  It doesn't have to be this
12     second, but we've been going for over an
13     hour.
14         THE WITNESS:  Okay.
15  Q.   On 3782 to 3783, the deliveries are put
16  in a certain order; is that correct?
17  A.   This is the order that they gave it to
18  me in, that Syed gave it to me in.
19  Q.   Did you follow that order?
20  A.   Not on this one.
21  Q.   Did you tell Syed that you changed the
22  order in which you delivered the meals that
23  night?
24         MR. ANDREWS:  Objection.
25  A.   Any time he didn't put it in the correct

[Page 93]

T. Jackson

1
2  order, yes.
3  Q.   What do you mean?
4  A.   Meaning -- meaning I would usually start
5  from the furthest stop and work my way down to
6  the closest stop.  So this looks like he got it
7  all mixed up.  It's not -- it's not in the
8  order that it's normally done in.
9  Q.   From furthest away to closest --
10  A.   Right.
11  Q.   -- to the Brooklyn facility?
12  A.   Right.
13  Q.   You decided the order in which you were
14  to deliver them?
15         MR. ANDREWS:  Objection.
16  A.   It's -- usually, it's in correct order
17  when I get my manifest from him.  It's usually
18  the furthest city from the Brooklyn kitchen,
19  and I work my way back down to the Brooklyn
20  kitchen.
21      So it looks like the furthest one on
22  here was -- furthest one here looks like it
23  could have been the Glastonbury stop, I think
24  (indicating).
25  Q.   You're looking on 3783?

T. Jackson

1
2    A.    Yeah, this is 3783.
3          I don't know what happened here.  Okay.
4    It looks like -- okay.
5    Q.    I'll ask this.
6          If you ever didn't deliver in the order
7    that it was contained on the manifest, did you
8    have to tell Syed?
9    A.    Yes.
10   Q.    What would you tell him?
11   A.    If it wasn't in the order that it's
12   normally done in, I would let him know.
13   Q.    You would let him know?
14   A.    Yeah.
15   Q.    What would you let him know?
16   A.    I would tell him that it's not in its
17   correct order.
18   Q.    What would he say?
19         MR. ANDREWS:  Objection.
20   A.    I don't know.
21   Q.    Did he tell you that you have to do it
22   on the order that it's on the manifest?
23         MR. ANDREWS:  Objection.
24   A.    No, he didn't tell me that I had to do
25   it on this order because he didn't really know

T. Jackson

1
2    Connecticut the way I did.
3    Q.    You were able to decide where to --
4    A.    Put it in the correct order.
5    Q.    You were able to make that decision?
6          MR. ANDREWS:  Objection.
7    A.    Yes.
8    Q.    Did that happen on more than one
9    occasion?
10   A.    Depending on a manifest.  I don't know
11   how they -- the manifest wasn't always in its
12   correct order.  Sometimes it was, sometimes it
13   wasn't.
14         MR. POLLACK:  Why don't we take
15   a break?
16         (Whereupon, a recess was taken
17   at this time.)
18   Q.    Is that your handwriting on the document
19   FD003854?
20   A.    Yes.
21   Q.    Is that your handwriting on the back of
22   the page on 3855?
23   A.    Yes.
24   Q.    Does 3854 to 3855 represent one route?
25   A.    Yes.

T. Jackson

1
2    Q.    Is that a route for April 12, 2010?
3    A.    Yes.
4    Q.    What time does it indicate that the
5    first delivery was dropped off?
6    A.    The first delivery was at 8:06.
7    Q.    P.m.?
8    A.    P.m.
9    Q.    That was in North Brunswick, New Jersey?
10   A.    Yes.
11   Q.    What time does it indicate the last
12   delivery was made?
13   A.    Staten Island at 1:14.
14   Q.    A.m.?
15   A.    A.m., yes.
16   Q.    That's the second to last row?
17   A.    Yes.
18   Q.    Again, does this indicate that you went
19   out of order between the last two stops?
20   A.    Yes.
21   Q.    Did you make that decision on your own?
22         MR. ANDREWS:  Objection.
23   A.    I don't remember.  I don't recall this
24   one.
25   Q.    If you ever went out of the order on the

T. Jackson

1
2    manifest, were you disciplined by Syed Hussain?
3         MR. ANDREWS:  Objection.
4    A.    If I ever went out of order?  If I ever
5    went out of order, he would know.
6    Q.    He wouldn't know?
7         MR. ANDREWS:  He would know is
8    what she said.
9    Q.    He would know?
10   A.    He would know, yeah.
11   Q.    He would know?
12   A.    He would know.
13   Q.    Were you ever disciplined if you went
14   out of order?
15         MR. ANDREWS:  Objection.
16   A.    No.  I don't recall that.  No.
17   Q.    How would he know that you went out of
18   the order?
19   A.    How would he know that I went out of
20   order?
21   Q.    Yes.
22   A.    I'm trying to figure out what happened
23   that day that I did that.
24         MR. ANDREWS:  Mr. Pollack has
25   asked you a question.  You don't need to

[Page 98]

T. Jackson

1 look at this document to answer it.
2 A.    Can you repeat that?
3         MR. POLLACK:  Can you repeat it?
4         (Whereupon, the record was read
5       by the reporter.)
6 A.    How would he know if I went out of the
7 order?  If I had to go out of the order, then I
8 would -- I don't know that right now.  I don't
9 know.
10 Q.    Would you call him and tell him that
11 you're going out of the order on a manifest?
12         MR. ANDREWS:  Objection.
13 A.    Sometimes.  It depends on whatever
14 problem was that night.
15     I mean, there was times where we had bad
16 weather, maybe -- you know, the situation
17 changes from day to day, you know.  It depends
18 on what the weather is like, if he takes
19 something off the manifest, if he puts
20 something on the manifest.  Depends on, you
21 know, the situation for that night, that
22 particular day.
23 Q.    Were there times where you did not tell
24 him that you went out of order until after you

[Page 99]

T. Jackson

1 had completed the route?
2         MR. ANDREWS:  Objection.
3 A.    Were there times?  I don't remember.
4 Probably so.
5 Q.    Did you take any breaks during the time
6 you performed deliveries?
7 A.    Did I take any breaks?  I might have
8 stopped and got coffee or something to eat.
9 Q.    Would you take a break for any other
10 reason?
11 A.    To go to the bathroom --
12 Q.    To get gas?
13 A.    -- get coffee.
14     Yeah, gas, get something to eat,
15 something to snack on.
16 Q.    Did you ever go into a restaurant to
17 eat?
18 A.    To sit down and eat?
19 Q.    Yes.
20 A.    No.
21 Q.    Would you ever call Syed to tell him
22 that you were going to get something to eat?
23 A.    No.
24 Q.    Would you call him and tell him you were

[Page 100]

T. Jackson

1 going to get gas?
2 A.    No.
3 Q.    You wouldn't call him if you were taking
4 a break during the time you were performing
5 deliveries?
6         MR. ANDREWS:  Objection.
7 A.    If I was going for something to eat or
8 going for gas or going to the bathroom, no.
9 Q.    Did you ever seek reimbursement for any
10 expenses you incurred during the time you were
11 performing deliveries?
12 A.    The only reimbursement that we got was
13 our tolls.
14 Q.    Did you have any other source of income
15 between 2007 and 2011 besides the payments you
16 received for the work you performed as a driver
17 for The Fresh Diet?
18 A.    When I worked at PCF, which was at the
19 beginning of me starting with Fresh Diet.
20 Q.    Any other times?
21 A.    Not that I can recall.
22 Q.    Were taxes ever withheld from your
23 payments from Late Night?
24 A.    Was taxes ever taken out of my check?

[Page 101]

T. Jackson

1 Q.    Yes.
2 A.    No, they were never taken out of my
3 check.  I got a 1099.
4 Q.    You got a 1099?
5 A.    Yes.
6         (Whereupon, 2010 1099 form was
7       marked as Defendant's Exhibit 52, for
8       identification, as of this date.)
9         (Whereupon, 2010 1099 form was
10       marked as Defendant's Exhibit 53, for
11       identification, as of this date.)
12         (Whereupon, 2011 1099 form was
13       marked as Defendant's Exhibit 54, for
14       identification, as of this date.)
15 Q.    I'm now showing you what's been marked
16 for identification as Defendant's Exhibit 52
17 (handing).
18     Is that a copy of a 1099 you would have
19 received?
20 A.    The top one is mine (indicating).
21 Q.    The top one?
22 A.    Yes.
23 Q.    Does that reflect the compensation you
24 received from Late Night for the year 2010?

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

[Page 102]

T. Jackson

1
2     MR. ANDREWS:  Objection.
3     A.    The tolls is in here.  The tolls that we
4     were reimbursed from is in this figure
5     (indicating).
6     Q.    Do you see the sum, $64,300?
7     A.    Yes.  Tolls were included.
8     Q.    Is it your testimony that you received
9     less than that for the deliveries you
10    performed?
11    A.    Yes.
12    Q.    Do you know approximately how much --
13    A.    No.
14    Q.    -- the tolls were?
15    A.    No.
16          MR. ANDREWS:  Let the question
17          be asked first.
18    Q.    Looking at Defendant's 53, do you
19    recognize that document (handing)?
20    A.    It's the same one as 52.
21    Q.    The top of 52?
22    A.    Yes.
23    Q.    Looking at Defendant's 54, do you
24    recognize that document (handing)?
25    A.    Yes.

[Page 103]

T. Jackson

1
2     Q.    What is that document?
3     A.    This is my 1099.
4     Q.    For what year?
5     A.    2011.
6     Q.    Does that reflect the compensation --
7     A.    No.  This also has the tolls in it.
8     Q.    The $28,890 has tolls included?
9     A.    Yes.
10    Q.    How do you know that?
11    A.    Whenever we had to give them receipts
12    for the tolls, it was never a separate check.
13    They always put it in the one check that we
14    received weekly.  Whatever we were reimbursed
15    for never came in two checks.  It was one
16    check.  It was never a separate check that says
17    this is for your tolls and this is what we made
18    for the week.
19    Q.    How did you pay the tolls?
20    A.    I paid the polls out of my pocket.
21    Q.    Did you have an E-ZPass?
22    A.    Not all the time.
23    Q.    Whatever you spent out of your pocket
24    for the tolls, you were paid back for?
25    A.    Yes.

[Page 104]

T. Jackson

1
2     MR. ANDREWS:  Objection.
3     Q.    Did you file tax returns in 2007?
4     A.    Yes.
5     Q.    2008?
6     A.    Yes.
7     Q.    2009?
8     A.    Yes.
9     Q.    2010?
10    A.    Yes.
11    Q.    2011?
12    A.    Yes.
13    Q.    Do you have copies of those tax returns?
14    A.    I think I might have gave my lawyer
15    those.  I gave him what I had.
16    Q.    To the extent you haven't given them to
17    your lawyer and you still have them in your
18    possession, I'm making a request for any tax
19    returns filed between 2007 and 2011.
20    A.    If I have them?
21    Q.    Yes.
22    A.    You want to see them?
23    Q.    Yes.
24          MR. ANDREWS:  That's for Yale
25          and I to work out.  We'll talk about

[Page 105]

T. Jackson

1
2     that later.
3          THE WITNESS:  Okay.
4     Q.    Do you know if you claimed any
5     compensation you received from Late Night on
6     those tax returns?
7          MR. ANDREWS:  Objection.
8     A.    Did I claim any compensation?  You have
9     to explain that more.  I don't understand what
10    you're trying to say.
11    Q.    You filed tax returns you said --
12    A.    Right.
13    Q.    -- for each year that you performed
14    deliveries as a driver --
15    A.    Right.
16    Q.    -- for Late Night, correct?
17    A.    Right.
18          MR. ANDREWS:  Objection.
19    Q.    Who prepared the tax returns?
20    A.    The tax person that I went to that year.
21    Q.    Was it the same person each year?
22    A.    Not always, no.
23    Q.    Was it an individual or a firm in 2007?
24    A.    I don't know.  Might have been a firm.
25    Q.    Like an H&R Block?

[27]  (Pages 102 to 105)

[Page 106]

```
 1              T. Jackson
 2         MR. ANDREWS:  Objection.
 3   A.   I don't know who it was, but it might
 4   have been a firm.
 5   Q.    Do you know if you ever gave the 1099
 6   forms to the person who prepared your tax
 7   returns?
 8   A.   I gave them a copy of what I got from
 9   Fresh Diet.
10   Q.    Do you know if any expenses were
11   deducted on the tax returns?
12   A.   If any expenses were deducted?  Yes, I
13   think so.
14   Q.    Do you know what expenses?
15   A.   I think it was my mileage.
16   Q.    Anything else?
17   A.   My daughter.
18   Q.    I'm just talking relating to expenses
19   incurred as a driver.
20   A.   I don't know what else.  I don't
21   remember.  Mainly, it was my mileage.
22   Q.    Do you remember if you filed them
23   quarterly or at the end of the year?
24   A.   I filed at the end of the year.
25   Q.    Did you ever receive any type of
```

[Page 107]

```
 1              T. Jackson
 2   benefits from The Fresh Diet?
 3   A.   No.  I -- no.
 4   Q.    Do you know the name Judah Schloss?
 5   A.   Judah?
 6   Q.    Or Judah.
 7   A.   Judah, yeah.
 8   Q.    Who do you know him to be?
 9   A.   Judah's the boss.
10   Q.    The boss of what?
11   A.   Fresh Diet.
12   Q.    Have you ever personally interacted with
13   him?
14   A.   Not really, just to say hi maybe.
15   Q.    Do you know the name Zaimi Duchman?
16   A.   Yes.
17   Q.    Who do you know Zaimi Duchman to be?
18   A.   One of the bosses from Fresh Diet.
19   Q.    Have you ever personally interacted with
20   Mr. Duchman?
21   A.   Just to say hi.
22   Q.    Do you maintain a cell phone at the
23   time you were performing deliveries as a driver
24   for The Fresh Diet?
25   A.   Yes.
```

[Page 108]

```
 1              T. Jackson
 2   Q.   Yes?
 3   A.   Yes.
 4   Q.    Did you ever communicate by text message
 5   with Syed on that cell phone?
 6   A.   Yes.
 7   Q.    What would you text Syed about?
 8         MR. ANDREWS:  Objection.
 9   A.   Different things.
10   Q.    Would you ever text if you completed
11   your delivery?
12   A.   Sometimes.
13   Q.    Do you still have the cell phone that
14   you used to text with Syed?
15   A.   At that time?  No, it was a different
16   cell phone.
17   Q.   You don't have it anymore?
18   A.   No, I don't have that cell phone.
19   Q.   When did you last have that cell phone?
20   A.   I don't know.
21   Q.    Do you know if it was before July 2012?
22   A.   I don't know.
23   Q.    Were you ever advised by your attorneys
24   to preserve all relevant information in your
25   possession concerning your claims in this
```

[Page 109]

```
 1              T. Jackson
 2   action?
 3   A.    To preserve?  Can you explain that
 4   further?
 5   Q.    Did you ever receive any instruction
 6   from your attorney to preserve or not destroy
 7   information --
 8   A.    To save whatever --
 9         MR. ANDREWS:  I object to the
10         form of that question to the extent it
11         calls for disclosure of attorney client
12         privileged information.  Perhaps, if the
13         question's asked differently, it
14         wouldn't request disclosure of that
15         communication.
16   Q.    Have you preserved all information
17   relevant to the claims in this action?
18   A.   Have I saved --
19   Q.   Saved, yes.
20   A.   -- anything?
21   Q.   Saved everything.
22   A.   I don't recall saving anything, no.
23         MR. POLLACK:  Pending the
24         production of the additional documents
25         requested at the deposition, I have no
```

American Stenographic
Telephone:718-291-6600                www.Americansteno.com

[Page 110]

T. Jackson

1  further questions.
2
3      MR. ANDREWS:  I have just a
4  couple minutes of follow-up questions.
5  EXAMINATION BY
6  MR. ANDREWS:
7  Q.    Ms. Jackson, do you recall, in addition
8  to everything else you've testified to today,
9  there being occasional driver meetings?
10 A.    Yes.
11 Q.    Who was in charge of those driver
12 meetings?
13 A.    Syed.
14 Q.    How frequently were those driver
15 meetings held?
16 A.    When we got to Brooklyn, quite
17 frequently.
18 Q.    Where were the driver meetings held?
19 A.    Siegel Street.
20 Q.    Can you describe where in Siegel Street
21 they were held?
22 A.    Upstairs in his office.
23 Q.    In Syed's office?
24 A.    Yes.
25 Q.    Were all the drivers present at these

[Page 111]

T. Jackson

1
2  meetings?
3  A.    Pretty much, yes.
4  Q.    Do you recall what was typically
5  discussed at these meetings?
6  A.    Different things.
7  Q.    Do you recall when these meetings were
8  held during the day?
9  A.    Usually, before we start our route,
10 before we went out.
11 Q.    Earlier, Mr. Pollack asked you if you
12 recognized a certain handwriting on the
13 manifest, and you testified that you recognized
14 your husband's handwriting --
15 A.    Yes.
16 Q.    -- on some of the pages.
17      Do you recall that?
18 A.    Yes.
19 Q.    You also testified that, at times, your
20 husband road along with you when you --
21 A.    Yes.
22 Q.    -- delivered food.
23      Do you recall that testimony?
24 A.    Yes.
25 Q.    Did your husband actually do your work

[Page 112]

T. Jackson

1  for you when he was with you?
2
3  A.    No.  He mainly went along as company, to
4  keep me company.
5      MR. ANDREWS:  I have no further
6  questions.
7  CONTINUED EXAMINATION BY
8  MR. POLLACK:
9  Q.    You testified that that was your
10 husband's handwriting on the manifest, correct?
11 A.    Yes.
12 Q.    Did he also actually, physically, ever
13 bring a bag to a customer's door?
14 A.    Sometimes, yes.
15      MR. POLLACK:  Thank you.  I have
16 no further questions.
17      (Time Noted:  4:42 p.m.)
18
19 _____
20      TERESA JACKSON
21
22 Subscribed and sworn to before me
23 this ___ day of _____, 2013.
24 _____
25 Notary Public

[Page 113]

1      I N D E X
2
3  WITNESS       EXAMINATION BY       PAGE
4  Teresa Jackson   Yale Pollack      4, 112
5          Peter J. Andrews       110
6
7      E X H I B I T S
8
9  DEFENDANT'S    DESCRIPTION     PAGE
10 48    Notice of EBT          18
11 49    Late Night Express Independent   48
12       Contractor Agreement
13 50    Class action affidavit      50
14 51    Manifests        67
15 52    2010 1099 form       101
16 53    2010 1099 form       101
17 54    2011 1099 form       101
18
19      REQUESTS FOR PRODUCTION
20
21 DESCRIPTION           PAGE
22 Independent contractor agreement with PCF  9
23 Tax returns filed between 2007 and 2011  104
24
25

[Page 114]

```
1          C E R T I F I C A T E
2
3          I, MELISSA KAHANE, hereby certify that
4     the Examination Before Trial of TERESA JACKSON
5     was held before me on the 2nd day of October,
6     2013; that said witness was duly sworn before
7     the commencement of her testimony; that the
8     testimony was taken stenographically by myself
9     and then transcribed by myself; that the party
10    was represented by counsel as appears herein;
11         That the within transcript is a true
12    record of the Examination Before Trial of said
13    witness;
14         That I am not connected by blood or
15    marriage with any of the parties; that I am not
16    interested directly or indirectly in the
17    outcome of this matter; that I am not in the
18    employ of any of the counsel.
19         IN WITNESS WHEREOF, I have hereunto set
20    my hand this 2nd day of Ocotber, 2013.
21
22         _____
23         MELISSA KAHANE
24
25
```

[Page 115]

```
1     ERRATA SHEET
2     PAGE/LINE          CORRECTION
3     _____  _____
4     _____  _____
5     _____  _____
6     _____  _____
7     _____  _____
8     _____  _____
9     _____  _____
10    _____  _____
11    _____  _____
12    _____  _____
13    _____  _____
14    _____  _____
15    _____  _____
16    _____  _____
17    _____  _____
18    _____  _____
19    _____  _____
20    _____  _____
21    _____  _____
22    _____  _____
23    _____  _____
24    _____  _____
25    _____  _____
```

**A**

abbreviate 21:16
ability 6:9,12,19
able 95:3,5
absence 23:13 23:16
Acklin 1:4 17:7
Acklin's 17:9
action 4:23 18:18,20 19:23 50:23 109:2,17 113:13
actual 61:14,15 89:10,11
addition 110:7
additional 109:24
address 4:10 20:11 27:20 38:9 42:17,23 52:14 53:16
addresses 20:12 91:13
administer 3:15
advised 108:23
affidavit 7:6 50:24 51:14,17 51:19 113:13
afternoon 4:14 9:18
AGREED 3:3,8 3:13
agreement 9:3,4 9:9 47:25 48:7 113:12,22
ahead 71:10 81:16
ALC 1:8
alcohol 6:16
Allentown 45:7
amount 11:22
Andrews 2:8 5:7 5:20 6:6 8:13 8:18,20,24 9:5 9:24 10:2,20 10:22 13:11,14

14:2,22 18:8 20:18 21:14,23 22:11 23:12 26:20 28:23 30:2,6,18,21 31:4 32:18,25 33:6 34:23 35:9 36:10 37:21 46:3 48:2 49:2 50:3 50:10,14,20 52:16,18 57:18 59:8 60:4,19 61:13 62:15 65:3,8 67:23 68:4,12,22 69:6,15,21 73:11,16 76:24 77:5,21,25 79:3,11,21 80:3 81:2,14 82:14,24 83:5 83:9 84:16,21 85:8,11 87:7 87:16 88:5,17 90:4,10 92:8 92:10,24 93:15 94:19,23 95:6 96:22 97:3,7 97:15,24 98:13 99:3 100:7 102:2,16 104:2 104:24 105:7 105:18 106:2 108:8 109:9 110:3,6 112:5 113:5
answer 5:9,14 5:16 6:8 8:19 8:20,23 33:2 41:13 57:19 82:21 98:2
answering 5:12
anybody 23:21
anymore 108:17
apartment 4:12 52:23 53:20,22

appear 48:23 49:12,15 67:25
appeared 22:3
appears 68:8 114:10
approximate 44:18
approximately 102:12
April 96:2
arrive 40:24 42:2 60:3
arrived 57:10,16
Ashley 16:17
asked 23:13 24:15 97:25 102:17 109:13 111:11
asking 4:21 48:18 49:2
attention 54:11
attorney 2:5 88:21 89:2,3 109:6,11
attorneys 2:11 3:4 19:23 108:23
August 23:4
authorized 3:15
avenue 52:21
a.m 9:20,21,25 10:2 28:6 34:10,15,16,22 41:4,4,7 72:16 72:17 73:25 75:15 77:6 78:11,14,22,23 79:16,22 80:19 92:9 96:14,15
a/k/a 1:11

**B**

B 42:24 113:7
back 18:5 24:19 24:24 25:2,12 25:14,18 26:2 36:23 39:11

45:13 46:6,7 46:19,22 47:4 47:11,12,14,18 55:22 56:11,12 56:16,17,23 58:12 73:20 79:18 84:24 88:12,13 93:19 95:21 103:24
background 15:3
bad 37:16 98:16
bag 31:8,8 38:23 43:16 59:13,13 59:22,22 64:14 112:13
bagged 33:16 59:17
bags 24:10 30:14 31:11 37:3 46:22 47:4,8 47:18 55:8,24 56:11,23 58:13 59:19 62:11 64:13
Baltic 42:25 45:17 63:15
band 68:5
Barron 10:16
basis 63:21
Bate 67:17
bathroom 99:12 100:9
beginning 13:4 30:19 34:2,3 38:22 43:21 90:16,22,23 100:20
Behalf 1:5
believe 29:7 60:22 88:15
benefits 107:2
bigger 28:14 39:25 40:2
birth 16:24,25
blank 73:22
Block 105:25

blood 5:24,25 114:14
Bloomfield 73:3
Bloom's 14:6,7,8 14:14,24,25,25
boss 107:9,10
bosses 107:18
boy 16:14 26:12 29:6
Boyland 52:15 52:17,18
break 46:2 92:11 95:15 99:10 100:5
breakfast 13:22
breaks 99:6,8
breast 23:9 66:5
briefly 15:2
bring 46:22 47:4 47:10,12,18,22 112:13
Brooklyn 42:14 42:18 44:3,5 45:11 52:13,25 53:13,14 54:21 55:22 73:4,18 73:19 74:6 75:7 93:11,18 93:19 110:16
brought 56:11 56:12,23
Brunswick 96:9
Bryant 1:4 64:7
bulk 11:20,22
bunch 84:22
burnt 65:24,25
B-L 14:10
B-L-O-O-M-S 14:9

**C**

C 2:2 4:2 114:1 114:1
call 32:12 33:4 65:24 98:11 99:22,25 100:4
calling 47:7

calls 109:11
Canaan 78:18
  78:19,20,24
  79:4,5,6
cancer 23:9 66:6
caption 18:12
car 31:11 37:4
  41:25 66:7,10
Cardiology 29:6
care 66:2,4
cars 66:18,20
  67:3,4,6
catering 1:11,12
  25:25 26:3
  38:14
Cecilia 1:4 17:12
cell 107:22 108:5
  108:13,16,18
  108:19
certain 10:17
  33:17,18 92:16
  111:12
certification 3:5
certify 114:3
change 34:14
  35:8 37:24
  38:3,18,20
  39:24 40:7,15
  43:13,19 45:12
  90:23
changed 92:21
changes 55:7
  63:11 98:18
charge 110:11
check 8:5 21:9
  21:24 100:25
  101:4 103:12
  103:13,16,16
checks 22:4,5,6
  22:7 103:15
child 16:18
children 16:10
  16:12
Chow 1:3 39:18
cities 45:3
city 10:5 26:6
  93:18

claim 105:8
claimed 105:4
claims 4:22
  18:19,22 19:23
  67:20 108:25
  109:17
Class 50:23
  113:13
client 109:11
close 47:22
closest 93:6,9
coffee 99:9,14
collect 31:10
come 24:15,19
  24:24 25:2
  35:10 47:7,9
  47:11,14 59:11
  59:12 61:4
coming 47:11
commencement
  114:7
commercial 11:6
  11:10,11,13,17
communicate
  108:4
communication
  109:15
company 21:7
  112:3,4
compared 34:15
compensated
  63:23 64:11
compensation
  8:8 58:21
  101:24 103:6
  105:5,8
complaint 67:21
complete 55:23
  56:4,6,7 58:12
  64:23 71:16
  76:13,17 77:23
  78:5 87:5,14
  91:23
completed 73:21
  91:18 99:2
  108:10
completing

55:20
computer 89:9
concerning
  108:25
connected
  114:14
Connecticut
  4:13 10:4,14
  12:19 14:13
  25:8,12,19
  27:3,4 28:2
  30:23 36:4,6
  38:7,8 39:2,6
  39:23 40:6,8
  40:12,21 41:22
  41:23 42:2,6
  42:13,14 43:12
  44:14 45:14,18
  45:20 46:7,9
  46:14 52:7,12
  54:7 73:4,14
  74:3,5 75:4,7
  78:16,25 79:23
  80:20 95:2
considered 8:16
consisted 54:19
contain 69:3
  70:20
contained 78:6
  91:2 94:7
contains 91:20
CONTINUED
  112:7
contract 48:17
contractor 8:17
  9:4,8 48:7
  50:18 113:12
  113:22
Convert 53:17
cooler 56:23
copies 104:13
copy 9:8 51:14
  51:17,22,24
  89:8 101:19
  106:8
corner 81:20
CORP 1:10,12

correct 30:17
  51:20 59:5
  73:22 81:13
  85:3,10 86:6
  89:6,24 90:19
  90:24 92:16,25
  93:16 94:17
  95:4,12 105:16
  112:10
CORRECTION
  115:2
counsel 114:10
  114:18
count 56:16
couple 7:22
  12:25 27:14
  110:4
Courier 1:10
  21:8,11,17,21
court 1:2 3:17
  5:12,15
crossed 86:18
currently 7:14
  15:15 17:2
customer 70:25
  77:4
customers 20:10
  30:15 54:24
  55:8 76:22
customer's
  112:13
CV 1:8
C-O-N-V-E-R-T
  53:17

——————————
        D
D 113:1
daily 10:15
  63:20
Darien 78:15,25
  79:23 80:20
date 7:23 13:9
  16:24,25 18:4
  42:10 46:24
  48:9 49:20
  51:2 58:14
  67:12 86:24

101:9,12,15
dates 14:4 22:21
daughter 17:5
  84:2 106:17
David 1:4 39:20
  64:4
day 9:13 10:24
  20:24 30:8,10
  31:2 32:21,24
  33:3 40:17,17
  43:17 47:23
  59:15,20 62:17
  64:15 65:11,12
  66:6 71:7,8
  81:8 87:6
  97:23 98:18,18
  98:23 111:8
  112:23 114:5
  114:20
days 9:11,11
  33:17,18 34:15
  34:16
daytime 29:18
decide 95:3
decided 93:13
decision 95:5
  96:21
deducted 106:11
  106:12
Defendant 1:19
defendants 1:14
  2:11 54:19
  63:19
Defendant's
  17:21 18:3,5
  19:5,11,17
  48:8,12 50:24
  51:4 54:12
  63:18 67:11,16
  74:9 101:8,11
  101:14,17
  102:18,23
  113:9
definitely 74:11
definitively
  75:18
deliver 7:19

10:13,23 11:11
12:2,5 20:11
30:14 59:23
63:12 93:14
94:6
**delivered** 8:11
10:17 13:22,23
13:23 33:9
45:4 92:22
111:22
**deliveries** 11:17
12:17 28:20
29:2,15 31:3
31:12,13 33:14
33:22 34:21
40:5 50:19
53:11 55:21
61:12,14,15
62:14,21 63:8
65:16,19,22
66:8 83:22
92:15 99:7
100:6,12 102:9
105:14 107:23
**delivering** 7:20
10:12 11:23
33:23 45:9
54:23
**delivery** 10:19
14:3 22:19
27:12 29:19
46:13 53:25
54:18,22 55:5
63:20 71:20
72:18,20,23,24
73:20 74:23
76:7,10 78:13
80:17 85:3,6,9
87:5 92:2,7
96:5,6,12
108:11
**Delroy** 15:18
16:20 82:8
**depending** 34:24
35:14 36:19
40:18,22 44:7
57:13 59:20

63:2 95:10
**depends** 13:22
34:17 37:15,16
41:24 57:25
62:16 63:10,12
65:20 98:14,18
98:21
**deposed** 17:14
**deposition** 3:14
4:16 6:23 7:10
21:12,19 51:16
51:20 70:18
109:25
**derived** 8:8
**describe** 15:2
110:20
**DESCRIPTION**
113:9,21
**destroy** 109:6
**diagnosed** 23:9
**Dickerman** 4:12
**Diet** 1:9,10,10,11
1:12 22:7,10
22:15,18 23:6
25:21 28:12,21
29:3,12,13,15
29:20,24 30:14
37:7,19,23
38:11 39:13
42:5 45:16
46:13 50:6,18
50:21 53:8
54:9 59:25
73:7 100:18,20
106:9 107:2,11
107:18,24
**Diet's** 54:20,24
55:22
**different** 11:16
20:6 24:13
32:4 35:13
59:17 60:25
64:19,20 66:18
66:20 89:23
90:5 91:6,14
108:9,15 111:6
**differently**

109:13
**dinner** 13:23
**directly** 114:16
**disciplined**
47:20 97:2,13
**disclosure**
109:11,14
**discussed** 111:5
**DISTRICT** 1:2
1:2
**doctor's** 29:8
**document** 17:19
17:23 18:7,13
19:4,8,14,19
48:10,15,19,24
49:10,16,18,22
50:2,8,13 51:6
51:9,22 52:2
67:15 69:2
71:25 77:8
87:4 95:18
98:2 102:19,24
103:2
**documents** 6:22
19:22 67:19,22
68:2 80:5
109:24
**doing** 26:21,25
27:10 28:16
29:10 36:3
45:6,18,20
**dollar** 31:22
**Dolowich** 1:20
2:11
**door** 11:23
112:13
**doors** 82:18
**double-sided**
68:18
**drive** 12:22 44:6
**driver** 20:15
22:19 24:16
25:15,21 26:15
53:8,12,25
54:8 100:17
105:14 106:19
107:23 110:9

110:11,14,18
**drivers** 39:12,15
60:23 61:3,5,8
64:2 110:25
**drivers/food**
63:20
**driver/food**
54:18
**driving** 36:17
40:20
**dropped** 96:5
**drop-off** 70:25
77:3 78:10
**drop-offs** 45:7
**drove** 64:18,21
**drugs** 6:15
**Duchman** 1:13
107:15,17,20
**duly** 4:3 114:6
**duties** 30:11
38:18 43:13
50:5
**d/b/a** 1:11

### E

**E** 2:2,2 4:2,2
113:1,7 114:1
114:1
**earlier** 21:2 41:6
47:9 51:15,18
70:16 111:11
**earliest** 32:5,7
34:8 35:20
61:11,17 62:20
62:22,25,25
**early** 47:7,23
**easier** 26:23
**eat** 99:9,15,18,19
99:23 100:8
**EBT** 18:2
113:10
**educational** 15:3
**effect** 3:16
**eight** 16:9 77:2
91:5
**eighteen** 71:11
71:12

**eighty** 59:10
**either** 45:23
**eleven** 14:19
76:5,20,21
77:2
**Eli's** 12:11,18,24
13:6,8,17,21
13:25 14:17,21
**Elmsford** 27:17
27:18,19
**emergency** 66:2
66:4
**employ** 114:18
**employed** 7:14
7:16 12:8
**employee** 54:19
**employees** 63:20
63:22 64:11
**employment**
13:5 58:19
63:18
**empties** 47:10,12
**empty** 37:3
55:23 58:13
**ended** 13:8 23:3
44:5,11 45:6
**entail** 24:8
**entailed** 30:11
**enter** 47:24
**entire** 83:8,12
**entry** 84:25 85:5
**ERRATA** 115:1
**ESQ** 2:8,13
**everybody** 60:25
64:8,17
**everybody's**
39:22
**exact** 7:23 42:23
**Examination**
1:17 4:6 110:5
112:7 113:3
114:4,12
**examined** 4:5
**example** 6:7
11:24
**excess** 58:20
**exclusively**

31:14 54:20
**Excuse** 20:21
**Exhibit** 17:21
  18:3 19:6,11
  19:17 48:8,12
  50:25 51:4
  67:11,16 101:8
  101:11,14,17
**expenses** 100:11
  106:10,12,14
  106:18
**experiences**
  63:21 64:10
**explain** 30:25
  89:14 105:9
  109:3
**Express** 1:9,10
  1:12 21:8,9,11
  21:17,20,22
  22:3,9 47:25
  48:3,6 113:11
**extent** 104:16
  109:10
**E-L-I** 12:13
**e-mail** 55:18
**E-ZPass** 103:21

**F**

**F** 114:1
**facilities** 54:21
  55:22
**facility** 24:9 32:3
  32:23 35:4
  36:18,22,23
  37:24 40:12,21
  42:3,13 43:3
  44:3 46:8,19
  58:11 60:3,10
  73:4 74:6 75:7
  83:15 93:11
**Fair** 87:2
**familiar** 42:25
  43:2
**far** 12:20 36:17
  40:20 44:2,6
  73:3 74:5 75:6
**father's** 16:22

**FD000780** 49:10
**FD000781** 49:13
**FD000782** 49:16
**FD003415** 67:17
**FD003468** 68:25
  69:10
**FD003470** 69:22
**FD003479** 70:2
  70:3
**FD003481** 70:8
  70:13 71:25
**FD003483** 74:13
**FD003484** 74:15
  75:9
**FD003487** 75:23
  76:2,23
**FD003488** 75:24
  77:8 78:6
**FD003489** 77:11
  79:13
**FD003490** 78:3
**FD003491** 80:6
  81:4
**FD003492** 80:6
**FD003493** 81:18
  81:21
**FD003500** 84:16
**FD003501** 84:18
**FD003757** 87:18
**FD003775** 88:7
**FD003776** 88:7
  91:7
**FD003777** 90:15
  91:8
**FD003782** 91:22
**FD003783** 91:22
**FD003854** 95:19
**FD004192** 67:18
**February** 13:8
**Fernando** 1:3
  7:12 64:7
**Fields** 15:25
  16:2,3,4,8,18
**fifteen** 12:21
  31:18 44:8
**fifty** 40:22
**figure** 97:22

102:4
**file** 2:14 104:3
**filed** 104:19
  105:11 106:22
  106:24 113:23
**filing** 3:5
**fill** 24:11 56:18
  82:13
**filled** 82:15
**finish** 5:11 6:7
  33:2 35:12
  57:19 65:8
  73:12
**finished** 31:10
  34:5 36:21
  37:7,19 41:3
  41:24 46:13
  56:8,13 57:11
**finishes** 5:8
**firm** 2:4 105:23
  105:24 106:4
**first** 4:3 30:8,10
  38:3 39:11
  42:19 53:23
  71:20,25 72:2
  72:18,20,23,24
  74:20,23 76:7
  78:9 80:8 85:2
  92:2 96:5,6
  102:17
**five** 15:21 76:25
  91:4
**FL** 1:10,11,11,12
  1:12
**flip** 87:3
**floor** 53:23
**flower** 14:3,8
**focused** 41:21
  62:23
**focusing** 31:23
  35:3
**follow** 92:19
**followed** 43:12
**following** 49:13
  72:5
**follows** 4:5
**follow-up** 110:4

**food** 31:5 32:17
  32:19 38:23
  43:16 59:14,14
  59:16,21
  111:22
**foot** 66:3
**force** 3:16
**Ford** 66:24
**forgot** 11:9
  66:22,23
**forgotten** 72:12
**form** 3:9 101:7
  101:10,13
  109:10 113:15
  113:16,17
**forms** 106:6
**forth** 67:19
**forty** 12:2,3
  36:19 40:14,22
  58:20 59:2
**found** 29:11
  66:5
**four** 76:25 91:4
**fourteen** 90:24
  91:2
**fourth** 48:23,25
  49:6
**frequently** 20:19
  20:22 110:14
  110:17
**Fresh** 1:9,10,10
  1:11,12 22:7,9
  22:14,17 23:5
  25:21 28:12,21
  29:3,12,13,15
  29:19,24 30:14
  37:6,19,23
  38:11 39:13
  42:5 45:16
  46:13 50:6,18
  50:21 53:8
  54:9,20,24
  55:21 59:25
  73:7 100:18,20
  106:9 107:2,11
  107:18,24
**Friday** 9:16

10:24 11:12
  28:3
**Fridays** 11:2
**friend** 26:10
  29:24 30:5
  31:3 39:16
**front** 25:23
**full** 88:4
**further** 3:8,13
  109:4 110:2
  112:5,16
**furthest** 93:5,9
  93:18,21,22

**G**

**gap** 13:5
**gas** 99:13,15
  100:2,9
**Gene** 23:24 24:6
**gestures** 5:17
**getting** 40:14
  73:20 79:18
  84:24
**girl** 16:14,15
**give** 11:24 13:9
  25:18 42:10
  55:10,11,17
  88:21 103:11
**given** 10:24
  37:13 87:6,15
  104:16
**Glastonbury**
  93:23
**go** 1:11 24:9,13
  24:14 25:14
  31:5,11 36:23
  36:25 65:25
  66:4 71:10
  81:16 82:10,11
  82:20,23 83:15
  83:24 84:2
  87:13 91:17
  98:8 99:12,17
**goes** 12:5
**going** 4:20,21
  9:7 17:19,22
  19:7,13,18

25:12 37:17
39:11 46:6
48:10,14 51:5
59:20 67:15,21
68:10,15 84:19
91:16 92:12
98:12 99:23
100:2,8,9,9
**Gonzo** 1:20 2:11
**good** 4:14 22:21
**GRAB** 1:11
**grade** 15:4,6
**graduated** 15:4
**guess** 31:18 73:5
91:16
**guy** 39:20
**GUZMAN** 1:5

---
**H**

**H** 113:7
**half** 26:25 34:4
58:22 73:6
74:8
**hall** 25:25 26:4
**Hamden** 10:6
12:19,20
**hand** 5:17 57:20
57:23 58:3
114:20
**handing** 17:24
19:6,12,20
48:12 51:6
67:22 69:16
101:18 102:19
102:24
**handle** 28:13
**handwrite** 57:14
**handwriting**
67:25 68:8,9
68:17,20 69:3
69:4,5,9,12,17
69:18,24 70:4
70:7,10 74:11
74:12,15 75:19
75:20,24 77:8
77:10,15 79:25
81:21,22 82:4

82:6 84:6,12
84:17,25 85:13
85:17,19,22
87:5,14,17,24
88:2,3,8 91:20
91:21 95:18,21
111:12,14
112:10
**handwritten**
86:10
**happen** 47:5
95:8
**happened** 42:15
46:23 47:6
62:5,6 94:3
97:22
**hard** 89:8
**HARMAN** 2:4
**Haven** 4:13
10:14 14:12
**hear** 8:14 26:9
**heard** 21:7
**held** 1:19 29:17
110:15,18,21
111:8 114:5
**Hello** 4:15
**help** 31:7 39:6
43:15,16,16,17
59:13
**helped** 64:14
**hereunto** 114:19
**Hernandez** 1:3
7:12
**hi** 107:14,21
**high** 15:6,7,11
15:12
**higher** 12:6
**Hill** 75:4,6
**hiring** 39:10
**hold** 29:3
**HOLDINGS**
1:11
**home** 37:2 58:7
**honestly** 45:24
**hour** 14:15 74:7
74:7 92:13
**hourly** 8:6 13:18

14:15
**hours** 9:14 13:20
27:24 29:18
35:8,14 40:15
40:16 43:19
58:20 59:2,7
63:14 67:19
73:6 75:8
**husband** 15:20
82:7 83:20
111:20,25
**husband's** 15:17
82:5 84:6,14
91:20 111:14
112:10
**Hussain** 1:12
97:2
**H&R** 105:25

---
**I**

**ice** 31:8 38:23
56:12,22 59:18
59:19
**identification**
17:21 18:4
19:5,11,17
48:9,11 50:25
51:4 67:12
101:9,12,15,17
**identify** 80:4
88:6
**impact** 6:5,12
**impair** 6:18
**implemented**
58:9 60:14,16
61:10 65:2
**included** 102:7
103:8
**income** 100:15
**incurred** 100:11
106:19
**independent**
8:17 9:4,8 48:7
50:18 113:11
113:22
**Index** 1:8
**indicate** 71:9,19

72:6 74:17
75:10 78:9,12
80:7,15 85:2,5
96:4,11,18
**indicated** 76:19
**indicates** 70:24
**indicating** 49:3
55:2 68:21
69:25 70:8
74:12 75:21
77:13,18 79:9
80:2,25 81:7
81:11,18 82:3
86:9,19,24
87:20,24 88:4
88:12,14,20
90:7 91:8
93:24 101:21
102:5
**indirectly**
114:16
**individual**
105:23
**Individually** 1:5
1:12,13,13
**influence** 6:15
**information**
55:10 56:9,18
56:21 108:24
109:7,12,16
**insert** 70:21
**instruction**
109:5
**instructions**
5:18 54:21
55:4
**insurance** 67:6,8
**interacted** 63:19
107:12,19
**interested**
114:16
**introduced**
26:18
**involved** 17:16
**Island** 25:5
45:10 96:13
**it'll** 12:3

---
**J**

**J** 2:8 4:2 113:5
**Jackson** 1:4,4,18
4:9,14 5:1 6:1
7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1,12
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1,7
111:1 112:1,20
113:4 114:4
**James** 16:23
**January** 52:5
89:18,20 90:17
**Jersey** 25:5,22

31:24 33:22
35:3,17 36:18
36:22,23,24
37:24 38:5,6
38:16,24,25
39:2,3,4 42:6
44:13,16,20,21
45:4 96:9
**Jersey/New**
45:22
**JLC** 1:8
**job** 26:18,24
27:5 29:4
**JUANY** 1:5
**Judah** 1:13
107:4,5,6,7
**Judah's** 107:9
**July** 23:4 108:21
**June** 23:2

**K**

**K** 4:2
**KAHANE** 114:3
114:23
**Kaufman** 1:20
2:11
**keep** 5:20 8:13
13:11,15 75:17
84:19 112:4
**Ken** 39:21
**Kenneth** 1:3
39:17,18 64:4
**key** 55:7
**Kimble** 23:24
24:6
**kind** 66:22
**kitchen** 25:24
26:2 38:11
39:5 43:6,9
93:18,20
**know** 5:2 7:24
8:16 10:7,23
13:20 16:22
19:25 21:12
22:8,12 25:23
26:3,6,14
27:20,22,23

28:16,18,24
29:24 31:7,16
32:10,21 34:4
35:5 38:8,9
39:12 41:23
42:5,7,9,24
44:15 49:18
52:14,20,21
53:23 59:9,15
60:23 61:3,7
63:12,21 64:9
64:17,20,22,24
69:18 73:3,7
73:13 74:5
75:6 81:9
85:25 86:3,14
87:4 88:9 90:2
90:21 94:3,12
94:13,15,20,25
95:10 97:5,6,7
97:9,10,11,12
97:17,19 98:7
98:9,10,17,18
98:22 102:12
103:10 105:4
105:24 106:3,5
106:10,14,20
107:4,8,15,17
108:20,21,22
**known** 37:19

**L**

**L** 3:1
**late** 1:9 13:24
20:15 21:7,9
21:10,11,15,16
21:17,20,20,22
22:3,9 47:25
48:3,6 64:25
100:24 101:25
105:5,16
113:11
**latest** 32:8,9
34:12 41:11,12
61:19,21,23,24
62:12 63:4
**LATTIMORE**

1:5
**lawsuit** 17:16
**lawyer** 7:11
89:11,12
104:14,17
**leave** 23:13,14
23:16 55:8
**left** 31:8
**leg** 65:24,25
**Let's** 70:12
81:16 84:20
87:23
**Lincoln** 15:12
**line** 4:20
**listed** 76:22 77:4
**little** 54:6
**live** 36:17 40:20
52:12 53:10
54:4,5,6
**lived** 47:22
**living** 44:2 53:7
54:3,7
**LLP** 1:21 2:11
**located** 10:3
12:18 14:11
15:13 25:21
26:6 27:16
55:16 59:25
73:7
**location** 37:23
37:25 38:12
41:22 42:18
43:4,13,20,24
43:25 44:4,10
45:17 46:7,14
46:19 60:2
62:24 63:9,15
**locations** 42:12
**long** 7:20 12:24
15:19 16:7
25:5 27:13
28:25 33:21
52:7 53:3
64:22
**look** 48:14 70:12
82:5 88:4 98:2
**looking** 18:5

58:18 63:17
75:9,17 76:2
76:13 78:3
80:7 84:8
89:17 93:25
102:18,23
**looks** 51:24
68:20 69:4,8,8
69:17,19,20,24
70:5,5,7,10
71:11,12 75:20
78:18,18 79:25
82:15 84:14,17
87:17 88:7
89:25 90:22,23
91:22 92:4,9
93:6,21,22
94:4
**lot** 68:13
**lunch** 13:23
**Lyndhurst** 26:7
26:8

**M**

**maintain** 107:22
**making** 46:22
47:3 104:18
**manifest** 20:9,10
55:6 56:5 57:3
63:11 70:15,22
71:13 74:17
76:14 77:19,23
78:5 81:10,13
82:13 85:2
90:6 91:23
93:17 94:7,22
95:10,11 97:2
98:12,20,21
111:13 112:10
**manifests** 20:2,6
20:14,17,20,23
24:11 31:11
56:19 57:5
67:10 89:11,16
89:23 90:3
91:15 113:14
**March** 7:25 12:8

12:9
**marked** 17:20
18:3 19:5,10
19:16 48:8,11
49:10 50:24
51:3 67:11,16
101:8,11,14,16
**Marquis** 1:4
4:18
**marriage** 114:15
**marriages** 15:22
**married** 15:15
15:19 16:4,7
**math** 16:6
**matter** 114:17
**maximum** 36:15
**McNeil** 15:18
16:20 82:8
**meal** 55:20
59:22
**meals** 33:8 54:23
82:17 92:22
**mean** 8:10 18:25
24:3 47:4 55:5
56:25 58:25
74:23 86:14
93:3 98:16
**meaning** 59:2
72:10 79:16
93:4,4
**means** 21:20
**medications**
5:23 6:2,11
**meetings** 110:9
110:12,15,18
111:2,5,7
**MELISSA** 114:3
114:23
**Mercury** 66:16
66:16,21
**message** 108:4
**met** 30:4,7,10
**MICHAEL** 1:5
**middle** 43:22,23
**Midnight** 62:10
**mile** 31:21,22
**mileage** 13:19

14:15,21 59:4
106:15,21
**miles** 31:20
34:17,25 35:15
63:2
**mine** 51:21 67:5
68:16 70:6
101:21
**minimum** 36:12
36:14
**minutes** 12:21
36:19 40:22
44:8 110:4
**mistake** 79:7,14
**mistaken** 25:4
30:22 60:11
79:4,6
**mixed** 93:7
**mom** 23:9
**Monday** 9:15
10:24 11:12
28:3
**Mondays** 11:2
**month** 7:24
22:25 23:3
24:18 28:16
**months** 7:22
12:25 27:15
28:24
**morning** 9:19,20
34:13 35:22,24
61:25 62:3,4,8
63:6
**mother** 66:5
**move** 42:12
87:23
**moved** 39:2,6,23
40:12 42:5
43:3,14,19
44:10
**moving** 44:5
74:9

**N**
**N** 2:2 3:1 4:2
113:1
**name** 4:8 14:5

15:17 16:16,22
18:12 23:24,25
26:3,12,13,13
29:5 39:22
66:17 107:4,15
**named** 39:21
**names** 20:10,12
61:7
**need** 68:12,15
97:25
**needed** 31:9
40:18 43:15,17
59:14 62:17
64:15
**nephew** 4:18
17:6,9 39:17
44:13 64:4
**never** 58:21 59:3
60:21 65:10
90:12 101:3
103:12,15,16
**New** 1:2,21,22
1:24 2:7,7,12
2:12 4:4,12
10:14,15,15
15:14 25:22
27:4,17 30:23
31:3,14,24
33:22,23 35:3
35:17 36:4,6
36:18,22,23,24
37:24 38:5,6
38:16,24,25
39:2,3,4 40:6
42:6 44:13,16
44:20,20,21,22
45:4,9,10,22
53:15 78:18,19
78:20,24 79:4
79:5,6 96:9
**News** 10:15
**newspaper** 7:19
10:8
**newspapers** 7:21
8:9
**night** 1:9 13:24
20:15 21:7,9

21:10,11,15,16
21:17,20,20,22
22:3,9 36:6
37:13 44:24
47:12,14,19,25
48:3,6 60:18
63:3,11,12,13
65:16,23 71:17
76:14 77:24
79:2 82:23
87:15 91:19
92:23 98:15,22
100:24 101:25
105:5,16
113:11
**nights** 83:4,7
**nine** 77:2 91:5
**nineteen** 71:5
**ninth** 86:20
**nods** 5:17
**normally** 93:8
94:12
**North** 14:12,12
96:9
**Norwalk** 74:3,4
74:5
**Notary** 1:23 4:4
112:25
**notation** 86:10
**Noted** 112:17
**Notice** 1:19 18:2
113:10
**November** 86:2
91:24
**number** 8:10
20:2 36:12
53:22 59:11
67:19 68:23,23
79:12,13 81:3
87:18,19 90:11
**numbered** 67:17
**numbers** 80:4
88:6
**NY** 1:10,10,10

**O**
**O** 3:1 4:2

**oath** 3:15
**object** 109:9
**Objection** 8:18
9:5 10:20,22
14:2,22 18:8
20:18 21:14,23
22:11 23:12
26:20 28:23
30:2,6,18,21
31:4 32:18
33:6 34:23
35:9 36:10
37:21 48:2
50:3,10,14,20
59:8 60:4,19
61:13 62:15
65:3 67:23
73:16 76:24
77:5,21,25
79:3,21 81:14
82:14,24 83:5
83:9 85:8,11
87:7,16 88:17
90:4 92:8,24
93:15 94:19,23
95:6 96:22
97:3,15 98:13
99:3 100:7
102:2 104:2
105:7,18 106:2
108:8
**objections** 3:9
**obtaining** 54:22
**occasion** 62:7,13
95:9
**occasional** 110:9
**Ocother** 114:20
**October** 1:22
49:19,20 114:5
**offer** 25:3
**offered** 25:4
**office** 29:8
110:22,23
**officer** 3:15
**offices** 1:20
**Oh** 14:3 26:12
29:6 33:3 49:4

49:4,4 72:9
77:14 90:9
**okay** 4:24 5:3,6
5:10,22 9:20
10:2 13:13,16
23:19 31:25
35:18 48:13
49:5,6 50:11
55:2,6 70:14
76:15 77:17
79:7 88:12
90:14 92:14
94:3,4 105:3
**once** 39:6 62:6
82:23
**ones** 43:11 58:10
68:16,17 89:13
**opposed** 32:11
37:12 78:25
**opposite** 69:23
**order** 92:16,17
92:19,22 93:2
93:8,13,16
94:6,11,17,22
94:25 95:4,12
96:19,25 97:4
97:5,14,18,20
98:8,8,12,25
**originals** 88:24
89:2
**outcome** 114:17
**Overhill** 90:7
**overtime** 19:3
51:13 58:21
59:3
**Owens** 16:17,23

**P**
**P** 2:2,2 3:1
**pack** 38:22
43:15 64:14
**packed** 59:22
**packers** 38:21
39:3,5,7,9,10
43:10
**packing** 41:24
**page** 48:24,25

49:3,6,13
51:25 54:15,16
69:15,23 72:5
77:4,6,13
79:11,13 80:4
81:2 87:9 88:6
90:11,12 91:3
95:22 113:3,9
113:21
**pages** 91:19
111:16
**PAGE/LINE**
115:2
**paid** 8:4 10:7
11:20 13:17
14:14 19:3
31:19 51:13
58:21 59:3,4
67:8 103:20,24
**paper** 10:10,10
10:12 11:17,22
27:12 55:17
68:13
**papers** 8:9,10,11
10:13,17,23
11:9
**paperwork**
55:23 56:3
57:20,24 58:12
**paragraph** 50:7
50:9,13 54:11
54:13 55:20
58:18 63:17
64:3
**part** 50:16 77:17
81:15 86:23
90:2,16
**particular** 63:13
70:25 98:23
**parties** 3:4
114:15
**party** 114:9
**pause** 6:8
**pay** 11:25 12:5,6
40:7 58:22
103:19
**payment** 31:21

**payments**
100:16,24
**PC** 2:4
**PCF** 7:17,18,21
8:4,17 9:4,11
10:3 13:6 27:9
27:10,13,16,25
28:2,9,15,20
29:10,13,16
100:19 113:22
**Pending** 109:23
**people** 39:4,21
64:5,20
**perform** 22:17
33:21 36:5
65:15,19,22
**performed**
22:14,14 66:8
72:11 82:9
99:7 100:17
102:10 105:13
**performing**
20:15 25:20
27:24 28:8,20
29:2,14,19
31:3 38:4 40:4
50:19 53:7,11
53:25 54:8
61:11 62:13
63:8 83:22
100:5,12
107:23
**period** 28:19
**person** 26:14
105:20,21
106:6
**personally** 54:23
107:12,19
**Persons** 1:6
**pertaining** 19:2
51:12 55:9
**Peter** 2:8 113:5
**Philly** 45:7
**phone** 32:12
107:22 108:5
108:13,16,18
108:19

**physically**
112:12
**pick** 24:10 31:5
55:6 62:11
**pickups** 55:7
**piece** 55:17
**pieces** 56:12,22
**pills** 5:24,25
**pitched** 64:14
**pizzeria** 12:15
**place** 29:6 38:14
**places** 53:6,10
**plaintiff** 1:18
18:16
**Plaintiffs** 1:7 2:5
**please** 4:8,11 5:2
5:11,14
**plus** 14:15
**pocket** 103:20
103:23
**Pollack** 2:13 4:7
9:7,25 45:25
84:23 95:14
97:24 98:4
109:23 111:11
112:8,15 113:4
**polls** 103:20
**portion** 30:23,24
**position** 26:9
29:4,17 30:10
**possession**
104:18 108:25
**possible** 34:24
34:24
**Post** 10:14,15
**pounds** 11:21
**preparation**
6:23 7:9 51:16
51:19
**prepared** 54:22
105:19 106:6
**present** 110:25
**preserve** 108:24
109:3,6
**preserved**
109:16
**pressure** 5:24,25

**pretty** 11:3
40:16 44:11
60:20 63:16
64:12 85:12
111:3
**previously** 17:20
**Princeton** 45:6,7
**prior** 7:2,3 15:22
**privileged**
109:12
**Probably** 99:5
**problem** 5:6
65:20 98:15
**problems** 37:15
**produced** 19:25
**production**
109:24 113:19
**promised** 25:7
**provide** 19:22
56:10
**provision** 50:12
**Public** 1:23 4:4
112:25
**purposes** 21:18
**pursuant** 1:19
**put** 25:12 31:8
31:11 38:23
43:16 59:13
64:14 72:12
79:14 80:24
92:15,25 95:4
103:13
**puts** 98:20
**putting** 41:25
**p.m** 1:23 9:17,21
9:24 33:18,19
34:21 35:3
40:25,25 41:9
41:14,16,18,20
42:3 61:4
62:18,18 72:3
72:19,25 75:2
76:9 78:11,11
80:13 92:5,6
96:7,8 112:17

**Q**

**quarterly**
106:23
**question** 3:10
4:25 5:5,8,9,12
5:15 8:23 33:2
50:11 97:25
102:16 109:10
**questioning** 4:21
**questions** 4:22
6:10,13,19
110:2,4 112:6
112:16
**question's**
109:13
**quick** 46:2 70:12
**quit** 36:4
**quite** 110:16

**R**

**R** 2:2 4:2 114:1
**range** 10:21
**rate** 11:16 12:5,6
13:18 14:16
58:22
**reach** 57:2
**read** 49:22,24
50:15 68:22,23
79:11 80:3
81:2 90:10
98:5
**reading** 69:22
**ready** 31:6 32:19
33:9,13,15,16
59:16,22 64:13
**really** 22:12 26:8
41:23 56:16
59:9 63:10
64:24 69:19
82:21 94:25
107:14
**reason** 78:24
80:24 99:11
**recall** 39:15
96:23 97:16
100:22 109:22
110:7 111:4,7
111:17,23

receipts 103:11
receive 8:6 11:16
  20:14,16,19,22
  21:5 71:14
  106:25 109:5
received 20:16
  21:6 55:4 76:3
  77:20,24
  100:17 101:20
  101:25 102:8
  103:14 105:5
receiving 54:21
recess 21:25
  46:4 67:13
  95:16
recognize 74:10
  75:18 77:10
  84:5,10,12
  85:13,19,22
  102:19,24
recognized 77:7
  84:24 111:12
  111:13
record 4:8,10
  8:21,25 57:4
  69:7,22 98:5
  114:12
red 66:23
refer 21:10,17
referred 21:2
  51:15
referring 21:13
  22:6 64:2
  69:10 70:2,16
  70:21 71:24
  74:13 75:22
  86:20 87:25
  90:13
reflect 101:24
  103:6
refuse 25:9,10
  25:13
refused 24:24
regarding 4:22
  19:23
Registers 10:14
regular 58:22

60:8,9 63:7
reimbursed
  102:4 103:14
reimbursement
  14:20 100:10
  100:13
relating 106:18
relationship
  17:11 22:8
  23:5
relevant 108:24
  109:17
remainder 21:12
remember 13:10
  14:4,5,16,20
  14:25 16:5
  20:5 22:25
  23:3 26:8,13
  26:13,17 29:21
  29:22 32:25
  37:22 38:9
  39:22 42:11,15
  42:17,23 44:17
  45:3,5,8,19,19
  45:23 46:23
  53:16,22 57:18
  60:13,15 62:5
  64:8 83:25
  86:15 87:21
  96:23 99:4
  106:21,22
repeat 50:11
  87:8 98:3,4
rephrase 5:4
report 37:6,10
  37:12,13,14
  46:7,12,19
  55:22 58:11
reporter 5:13,16
  98:6
represent 95:24
represented
  67:18 114:10
represents 85:25
request 104:18
  109:14
requested

109:25
REQUESTS
  113:19
required 55:23
  56:3 58:12
requirements
  50:6 58:8
reserved 3:10
reside 17:2,4
  53:3
residence 12:20
residences 53:24
resident 52:8
residential 11:6
  11:10 30:15
resign 23:10
respective 3:4
respond 6:9,13
  6:19
responsibilities
  50:5 54:18
rest 81:9
restaurant 99:17
return 24:16
  55:21,23 58:11
  58:12
returns 104:3,13
  104:19 105:6
  105:11,19
  106:7,11
  113:23
review 6:22,25
  7:2,5
reviewed 51:15
  51:18,23
right 4:18 6:16
  9:17 16:6 20:5
  29:16 31:24
  35:4,19 41:22
  55:2 71:8
  76:12 87:10
  89:19 90:18,20
  93:10,12 98:9
  105:12,15,17
Riverside 29:6
  29:10,12
road 90:7

111:20
Robbin 54:5
Rocky 75:4,6
room 66:2,4
route 23:15,20
  24:12,25 25:3
  26:21,23,25
  27:2 29:23
  30:5,17,20
  31:2 33:24
  34:4 35:7,17
  35:25 36:2,9
  36:21 37:7,20
  39:24 44:9,13
  44:14,16,21
  45:12,18,21,22
  46:8,20 55:9
  56:8,14 64:23
  71:5,16 75:11
  76:2 79:19
  80:9 83:10,12
  86:2 87:6,14
  88:4,10,16
  90:16 91:18,24
  92:3 95:24
  96:2 99:2
  111:9
routes 25:9
  28:13,14 44:12
  54:22 55:5
  64:17,19
row 71:25 74:20
  75:9 86:20
  96:16
rubber 68:5
run 59:18
rush 68:14

                S
S 2:2 3:1,1 4:2,2
  113:7
Sable 66:11,14
  66:16,16,21
sample 70:15
  71:13
Saturday 11:14
  28:4

Saturdays 9:16
  9:21 11:4
Saturday/Sun...
  11:15
save 109:8
saved 109:18,19
  109:21
saving 109:22
saying 81:5
  86:11
says 54:17 55:4
  55:20 58:18
  63:18 71:3
  72:14 74:21
  76:20,20 86:4
  86:6,8 89:18
  90:24 91:5
  103:16
schedule 20:3,25
  21:3,5,6 43:22
  60:8,9,13,16
  61:10 65:2
scheduled 61:4,6
schedules 20:6
Schloss 1:13
  107:4
school 15:6,7,11
  15:12
Scott 15:25 16:4
  16:7,18
sealing 3:5
second 26:24
  42:20 54:15,16
  55:19 70:12
  72:21 92:12
  96:16
see 18:12 54:17
  54:25 55:25
  58:23 63:24
  68:18 71:3
  74:20 83:17
  86:4,12,16
  87:5,14 89:17
  89:21 90:6
  91:8,18 102:6
  104:22
seek 100:10

**seen** 17:23 18:6
    18:7 19:7,13
    19:19 48:15,18
    51:5 67:22
**sentence** 54:17
    54:25 55:19,25
    63:24
**separate** 59:13
    103:12,16
**September**
    17:22 19:12,18
**series** 4:22
**Services** 1:10
    21:8,11,17,21
**set** 67:19 74:10
    75:18 114:19
**seven** 91:4
**seventeen** 86:4,6
    86:8 87:22
**sheet** 76:23
    115:1
**short** 92:11
**show** 17:19
    24:10,11,12
    32:2,6,10,23
    33:5,18,19
    34:21 35:2
    48:10 60:17,21
    62:8,11 64:25
    65:22,23 67:15
**showed** 33:8
    60:23
**showing** 19:4,10
    19:16 51:3
    54:20 60:10
    101:16
**shows** 89:20
**sick** 65:11,12,13
    65:15,19
**Siegel** 42:19
    43:4,14,20,24
    43:25 44:3,10
    44:12 45:17
    46:18 58:16
    60:2,5,6 62:23
    63:9 73:8
    110:19,20

**sign** 9:3 52:4
**signature** 48:21
    48:23 49:12,15
    51:25
**signed** 3:14,16
    49:18,23 50:8
    50:13
**significantly**
    58:20
**similar** 4:20
    38:14
**Similarly** 1:6
**simplicity** 21:18
**simply** 59:23
**sister** 17:13 54:6
    64:4
**sit** 99:19
**Situated** 1:6
**situation** 98:17
    98:22
**six** 76:25 91:4
**sixteen** 86:11,18
**sixty** 12:3 59:10
**skip** 84:20,21
**snack** 99:16
**soft** 13:14
**somebody** 23:19
**sorry** 11:7 15:10
    33:3 77:14
    78:11
**sort** 12:15 38:22
    43:16 59:14
**sound** 42:25
**Sounds** 43:2
**source** 100:15
**SOUTHERN**
    1:2
**speak** 7:9,12
    69:6 88:5
**speaking** 5:13
**specific** 13:9
    58:14
**specifically** 83:6
**spell** 12:12
**spent** 103:23
**split** 26:22 30:20
    33:24

**splitting** 29:23
    30:5 31:2
**spoken** 13:15
**sprained** 66:3
**Stamford** 38:10
**stamp** 67:17
**start** 33:14 34:21
    41:9,11,14,16
    41:18,20 62:2
    62:13 93:4
    111:9
**started** 22:25
    23:2 25:20,22
    26:22,24 27:6
    27:7 29:2 30:4
    30:16 34:3
    36:3 39:10,11
    42:24 45:18
    46:22 47:3,6
    47:11 62:3,4
    72:22
**starting** 87:3,9
    100:20
**State** 1:23 4:4,8
    4:10
**statement** 58:25
**Staten** 45:10
    96:13
**states** 1:2 40:4
    44:25
**stenographica...**
    114:8
**STIPULATED**
    3:3,8,13
**stop** 28:8 31:22
    57:2,10,11
    63:7 72:2,6,13
    75:10 78:15,17
    78:25 79:18
    80:8 93:5,6,23
**stopped** 28:16
    29:12 99:9
**stops** 24:13
    31:16,20 34:17
    34:25 35:14,15
    36:5,8,13 40:3
    40:9,10,11

44:15,21,24
    45:21 57:6
    59:4 63:2 71:5
    71:11,12 76:5
    76:19,20 80:23
    81:5,8,12,19
    86:4,7,8,18
    87:21,22 88:19
    88:19 90:6,24
    91:2,7 96:19
**store** 25:23
**street** 1:21 2:6
    2:12 4:12
    42:17,19 43:4
    43:14,20,24,25
    44:3,10,12
    45:17 46:18
    52:19,21,22
    54:5 58:16
    60:2 62:23
    63:9,15 73:8
    110:19,20
**structure** 11:25
    40:7
**Subscribed**
    112:22
**sugar** 5:25
**Suite** 1:21 2:6,12
**sum** 102:6
**Summer** 22:21
    22:24
**Sunday** 11:14
    28:5
**Sundays** 9:16,22
    11:4
**supervised**
    63:22 64:11
**support** 67:20
**supposed** 21:4
    24:17 79:8,9
    79:15
**sure** 5:14 69:19
    80:3 83:6
    86:23 90:10
**surgery** 66:6
**switching** 44:11
**sworn** 3:14,17

4:3 112:22
    114:6
**Syed** 1:12 23:17
    24:22 30:3,4,7
    30:9 32:15
    37:8 46:15
    55:9 57:22,24
    83:17,19 92:18
    92:21 94:8
    97:2 99:22
    108:5,7,14
    110:13
**Syed's** 110:23

**T**

**T** 3:1,1 4:2 5:1
    6:1 7:1 8:1 9:1
    10:1 11:1 12:1
    13:1 14:1 15:1
    16:1 17:1 18:1
    19:1 20:1 21:1
    22:1 23:1 24:1
    25:1 26:1 27:1
    28:1 29:1 30:1
    31:1 32:1 33:1
    34:1 35:1 36:1
    37:1 38:1 39:1
    40:1 41:1 42:1
    43:1 44:1 45:1
    46:1 47:1 48:1
    49:1 50:1 51:1
    52:1 53:1 54:1
    55:1 56:1 57:1
    58:1 59:1 60:1
    61:1 62:1 63:1
    64:1 65:1 66:1
    67:1 68:1 69:1
    70:1 71:1 72:1
    73:1 74:1 75:1
    76:1 77:1 78:1
    79:1 80:1 81:1
    82:1 83:1 84:1
    85:1 86:1 87:1
    88:1 89:1 90:1
    91:1 92:1 93:1
    94:1 95:1 96:1
    97:1 98:1 99:1

100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:7
114:1,1
**take** 5:13,16,17
8:14 24:11
25:9,10 33:21
45:25 58:7
65:5,11,12
68:4,10,13,18
70:12 71:10
82:17 92:10
95:14 99:6,8
99:10
**taken** 1:18 21:25
46:4 66:2,4
67:13 95:16
100:25 101:3
114:8
**takes** 98:19
**talk** 104:25
**talking** 9:17
106:18
**tax** 104:3,13,18
105:6,11,19,20
106:6,11
113:23
**taxes** 100:23,25
**tell** 30:9 45:24
48:15 61:9
65:24 68:15
83:19 92:21
94:8,10,16,21
94:24 98:11,24
99:22,25
**telling** 50:4
**tells** 8:22
**ten** 12:21 77:2
91:5,5
**Teresa** 1:4,18
4:9 5:7 112:20
113:4 114:4
**term** 21:16

**testified** 4:5
110:8 111:13
111:19 112:9
**testimony** 102:8
111:23 114:7,8
**text** 32:13 33:4
108:4,7,10,14
**Thank** 112:15
**thing** 28:2 64:12
81:17
**things** 20:2
59:17 108:9
111:6
**think** 6:2,11
10:9 14:18,18
23:24 25:5
26:8 29:10,13
30:22 35:5
40:13 41:8
42:4 43:22
45:8 46:21
52:15 54:2,4,4
54:5 57:12
60:11 65:4
66:11,12,17
69:5 73:17,17
73:18 76:17,18
79:4,7,13
80:22,22 81:4
81:7,18 83:25
84:3 86:17
88:13,18,18
90:5 91:14
93:23 104:14
106:13,15
**third** 51:25
55:19
**thirty** 36:16,19
40:14
**thirty-five** 36:16
44:19
**thirty-two** 81:20
**Thomas** 52:15
52:17,18
**three** 52:10 53:4
67:3 76:25
83:4 91:4,19

**tie** 31:8 59:22
**ties** 38:23 43:16
59:13 64:14
**time** 3:10 5:14
21:3,6 22:2
23:14 24:15
27:5,11,14
28:14,19 29:4
29:9,14 30:4
30:16 31:9,13
31:15,17 32:2
33:5,9,10,22
34:4,19 35:11
35:21,23 36:3
36:7,17 37:17
37:22 38:4,19
38:21 39:13,14
40:13,20 43:7
43:8,11,23
46:5 47:16,21
47:21 50:15,19
50:21 53:11,24
54:8 57:9,10
57:14,25 60:10
60:11 64:21
65:21 66:3,11
67:14 68:10,13
68:19 70:20,24
71:9,10,19,22
72:6,8,12,13
73:9,15,18,19
75:13 76:7,10
77:3 78:9,12
78:20 79:20
80:11,18 83:8
83:12 84:25
85:9 92:25
95:17 96:4,11
99:6 100:5,11
103:22 107:23
108:15 112:17
**times** 10:15 32:4
34:20 35:12
37:9,18 56:22
56:24 57:2,4,5
57:23 58:22
59:21 60:2,25

62:5 65:18
98:16,24 99:4
100:21 111:19
**today** 5:23 6:10
6:13,20 7:2,2,3
17:23 19:8,14
19:19 48:16,19
51:6 67:22
110:8
**today's** 6:23
7:10 51:16,19
**told** 24:25 25:7
25:11,11 26:17
50:22 89:15
**tolls** 100:14
102:3,3,7,14
103:7,8,12,17
103:19,24
**top** 101:21,22
102:21
**total** 56:16
**towns** 45:8
**traffic** 36:20
40:23 44:7
**train** 23:19,21
24:2
**trained** 24:4
**transcribed**
114:9
**transcript**
114:11
**trial** 1:17 3:11
114:4,12
**true** 114:11
**truthfully** 6:9,13
6:19
**try** 5:4 13:11,15
**trying** 91:17
97:22 105:10
**Turning** 54:11
**twelfth** 15:4,6
**twenty** 36:14
44:8
**twenty-five**
36:14 44:19
**twenty-nine**
80:24 81:6,8

**twenty-one**
87:19,19,21
**twenty-six** 16:6
**twenty-three**
81:6,9
**two** 39:8 52:9,11
53:4,4 73:5,5
75:8 76:25
79:14 82:3
89:23 90:3
91:4,14,19
96:19 103:15
**two-minute** 46:2
**type** 9:3 47:24
106:25
**typical** 63:22
64:10
**typically** 32:20
111:4

─────────
U
─────────
**U** 3:1
**Uh-huh** 15:8
80:14 83:3
89:7
**understand** 4:25
5:5,18 18:15
18:19,22 21:19
50:7,12,17
90:12 105:9
**understanding**
20:8 22:13
49:25 51:8
**UNITED** 1:2
**Upstairs** 110:22
**use** 66:7
**usually** 93:4,16
93:17 111:9

─────────
V
─────────
**vacation** 65:5,10
**van** 66:22,22,24
**varied** 40:17
**varies** 33:20
34:7 36:11
41:12 45:5
61:16,20 62:16

63:13
**vary** 10:11
**verbally** 5:15
  55:11,14
**version** 18:7,9
**voice** 5:20 8:14
  13:12,15
**Voluck** 1:20
  2:11

**W**

**wage** 8:6 14:16
  14:18
**wages** 18:24
  19:2 51:13
**wait** 5:7,11 6:8
  73:11 90:9,9,9
**waived** 3:6
**want** 34:4 55:8
  68:5 74:10
  84:19,21 87:13
  104:22
**wanted** 26:22
**warrant** 10:17
  10:18
**wasn't** 28:25
  29:17 58:15
  59:16 64:13
  94:11 95:11,13
**way** 93:5,19 95:2
**weather** 37:16
  98:17,19
**week** 9:12 33:17
  33:19 39:8
  58:20 59:3,9
  82:22 83:4
  103:18
**weekly** 103:14
**went** 45:13 84:4
  96:18,25 97:4
  97:5,13,17,19
  98:7,25 105:20
  111:10 112:3
**weren't** 19:3
**West** 2:6
**Westchester**
  27:3

**we'll** 90:11
  104:25
**we're** 9:17 41:21
  62:23 74:13
  75:22 84:8
**we've** 92:12
**whatever's** 31:7
  37:16
**What'd** 12:16
  24:23 25:6
**WHEREOF**
  114:19
**WHITE** 1:4
**William** 1:21
  2:12
**Williams** 1:4
  39:20
**Windstar** 66:24
**withheld** 100:23
**witness** 4:2 5:10
  5:22 13:13,16
  49:4 52:17,20
  68:24 90:14
  92:14 105:3
  113:3 114:6,13
  114:19
**work** 9:11 12:24
  13:24 20:15
  22:14,14,17
  25:20 27:24
  28:8,12 29:5
  29:19 53:7,25
  54:8 59:7
  65:22 93:5,19
  100:17 104:25
  111:25
**worked** 13:20
  32:20 58:19
  67:20 100:19
**working** 25:14
  26:14 27:13
  36:22 39:12,16
**wouldn't** 46:16
  46:17 56:13,15
  97:6 100:4
  109:14
**writing** 84:15

**written** 55:12,13
  55:15

**X**

**x** 1:3,15 113:1,7

**Y**

**Yale** 2:13 5:8
  104:24 113:4
**yeah** 12:7,23
  27:19 49:6
  54:5 57:8
  59:24 61:5
  62:19 63:16
  70:5 71:2
  78:14 86:22
  89:15 94:2,14
  97:10 99:15
  107:7
**year** 15:9 16:5
  42:7,8,15
  46:25 101:25
  103:4 105:13
  105:20,21
  106:23,24
**years** 15:21 16:9
  52:9,10 53:4,4
  53:5
**Yonkers** 15:14
  53:15,18
**York** 1:2,21,22
  1:24 2:7,7,12
  2:12 4:4 10:15
  10:15 15:14
  27:4,17 30:23
  31:3,14 33:23
  36:4,6 40:6
  44:20,22 45:9
  45:10,22 53:15
**YS** 1:11,12

**Z**

**Zaimi** 1:13
  107:15,17

**$**

**$0.12** 10:9,18
**$0.15** 10:9,18

**$0.30** 12:3
**$0.35** 14:23
**$0.40** 12:4
**$0.53** 31:22
**$28,890** 103:8
**$64,300** 102:6
**$9** 14:15

**0**

**003469** 69:12
**003479** 69:13
**003482** 70:13
**003487** 76:13
**003488** 77:19
**003489** 77:19
**003490** 78:7
**055611-0002**
  2:14
**06511** 4:13

**1**

**1:00** 62:8
**1:14** 96:13
**1:42** 79:16
**1:48** 1:23
**1:52** 77:6
**10** 49:19 89:20
**10th** 49:20
**10:00** 41:20
  62:16,18
**10:19** 71:23 72:3
  72:19,23
**10:20** 80:12
**10:28** 76:9
**100** 1:21 2:12
**10019** 2:7
**10038** 1:22 2:12
**101** 113:15,16,17
**104** 113:23
**1099** 101:4,5,7
  101:10,13,19
  103:3 106:5
  113:15,16,17
**11** 50:7,9
**110** 113:5
**112** 113:4
**12** 1:8 53:17

96:2
**13** 17:21 18:5
**14** 76:3
**16** 77:20 78:6
  79:19 91:24
**17** 19:12,18 80:9
**18** 113:10
**190** 10:25
**1987** 15:10

**2**

**2** 1:22
**2nd** 114:5,20
**2:00** 9:15,16,17
  9:20,21 28:3,4
  28:4 61:25
  62:3,4
**2:25** 78:14,14
  79:22
**2:40** 75:14,15
**2:42** 78:21,23
**20** 17:22
**200** 2:6 11:13
**2000** 15:10
**2007** 22:22 65:9
  65:13 66:10
  100:16 104:3
  104:19 105:23
  113:23
**2008** 42:9 104:5
**2009** 42:10,16
  47:2 104:7
**2010** 42:16 47:2
  49:19 71:3,17
  73:10,18 74:18
  75:11 76:3
  77:20 78:6
  79:19 80:9
  86:2 91:24
  96:2 101:7,10
  101:25 104:9
  113:15,16
**2011** 22:24 65:9
  89:18,20 90:19
  100:16 101:13
  103:5 104:11
  104:19 113:17

113:23
**2012** 13:2,3
  108:21
**2013** 1:22 8:2
  12:8,9 13:2,4,8
  17:22 19:12,18
  52:5 112:23
  114:6,20
**21** 4:12
**215** 1:21 2:12
**23** 74:18 75:11
**24** 71:3,17 73:10
**240** 11:5
**25** 52:5
**250** 10:25 11:5
**28** 86:2

---
**3**

**3** 4:12 54:11,13
  54:14
**3/15/88** 16:25
**3:00** 32:7,11
  33:7,8,13,15
  33:16,18 34:9
  34:10,15,22
  35:11,22 40:25
  41:4,7 60:7
  62:25
**3:25** 72:14 73:25
**3:54** 92:9
**3469** 69:13
**3482** 70:9 72:5
**3487** 76:16
**3491** 80:7
**3494** 81:23
**3495** 81:25
**3497** 82:4 84:8
**3498** 84:10
**3499** 84:13
**35** 90:7
**3500** 84:15
**3723** 85:15
**3729** 85:17
**3752** 85:20,25
  86:6,21
**3753** 85:23,25
  86:10

**3755** 87:3,11
**3769** 87:25 88:2
**377** 90:8
**3775** 88:9 89:20
**3776** 88:9,15
  90:2 91:9
**3777** 88:15
  89:17 91:11
**3782** 92:15
**3783** 92:15
  93:25 94:2
**3854** 95:24
**3855** 95:22,24

---
**4**

**4** 19:11 113:4
**4:00** 63:2
**4:09** 80:19
**4:42** 112:17
**4339** 1:8
**48** 18:3 19:6
  113:10,11
**49** 48:8,12
  113:11

---
**5**

**5** 19:17
**5:00** 34:13,16
  35:24 63:5
**50** 50:25 51:4
  54:12 63:18
  113:13,13
**500** 11:15
**51** 67:11,16 74:9
  113:14
**52** 101:8,17
  102:20,21
  113:15
**53** 101:11
  102:18 113:16
**54** 101:14
  102:23 113:17
**57th** 2:6

---
**6**

**6** 58:18
**6:00** 9:15,20
  28:3 32:9,11

33:7,19 34:13
34:16,21 35:3
35:11,24 40:25
41:4,9 42:3
60:7,12,17
63:5
**6:30** 60:12,17
  61:4,18
**67** 113:14
**69** 69:13,14

---
**7**

**7** 63:17
**7:00** 41:14 61:18
**782** 49:17

---
**8**

**8:00** 9:16,21
  28:4 41:16
**8:06** 96:6
**8:12** 92:4
**8:48** 78:11
**826** 52:15,16
**87** 15:10

---
**9**

**9** 89:18 90:17
  113:22
**9:00** 41:18 62:16
  62:18
**9:21** 74:21,25
**900** 2:6