**MEMO ENDORSED**

**THE HARMAN FIRM, PC**
ATTORNEYS & COUNSELORS AT LAW

1776 BROADWAY | SUITE 2030 | NEW YORK CITY 10019
TELEPHONE 212.425.2600 | FAX 212.202.3926
WWW.THEHARMANFIRM.COM

February 18, 2014

2-19-14

**VIA EMAIL (ALCarterNYSDChambers@nysd.uscourts.gov)**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

RECEIVED
FEB 18 2014
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

Re:   *Hernandez v. The Fresh Diet*
      12 CV 4339 (ALC)(JLC)

Dear Judge Carter:

We represent the Plaintiffs in the above-referenced action brought under the Fair Labor Standards Act and the New York Labor Law.

We are in receipt of your Honor's endorsement of Plaintiff's February 13, 2014 letter. The endorsement directed Plaintiffs to cross move by February 14, 2014, but but the endorsement was docketed just today. *See* Docket Entry 138 annexed as Exhibit A. Therefore, we respectfully propose that each of the four (4) deadlines be extended by one (1) week:

| | |
|---|---|
| Friday, February 21, 2014: | Plaintiffs' cross-motion for partial summary judgment; |
| Friday, March 7, 2014: | Defendants' reply in further support of their Motion for Summary Judgment; |
| Friday, March 14, 2014: | Defendants' opposition to Plaintiffs' cross-motion; |
| Friday, March 28, 2014: | Plaintiffs' cross-motion reply. |

We thank the Court for its time and attention to this matter.

Respectfully submitted,
THE HARMAN FIRM, PC

_s/ Walker G. Harman, Jr._
Walker G. Harman, Jr.

cc:   Jeffery A. Meyer, Esq. (via email)
      Yale B. Pollack, Esq. (via email)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
2-19-14