UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
FERNANDO HERNANDEZ, KENNETH CHOW,
BRYANT WHITE, DAVID WILLIAMS,
MARQUIS ACKLIN, CECILIA JACKSON,
TERESA JACKSON, MICHAEL LATTIMORE, *and*
JUANY GUZMAN, *each individually, and on behalf of
all other persons similarly situated*,

                            *Plaintiffs*,

                           *v.*

THE FRESH DIET INC.,
LATE NIGHT EXPRESS COURIER SERVICES, INC. (FL),
FRESH DIET EXPRESS CORP. (NY),
THE FRESH DIET - NY INC. (NY),
FRESH DIET GRAB & GO, INC. (FL) AKA
YS CATERING HOLDINGS, INC. (FL) DBA
YS CATERING, INC. (FL),
FRESH DIET EXPRESS CORP. (FL),
SYED HUSSAIN, *individually*,
JUDAH SCHLOSS, *individually, and*
ZAIMI DUCHMAN, *individually*,

                            *Defendants*.
------------------------------------------------------------------------------X

12 CV 4339 (ALC)(JLC)

NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Walker G. Harman, Jr., the exhibits annexed thereto, Plaintiffs' Statement Pursuant to Local Civil Rule 56.1, and upon the pleadings and proceedings had herein, Plaintiffs respectfully intend to move this Court as soon as counsel can be heard, before the Honorable Andrew L. Carter, Jr. for an order pursuant to FED. R. CIV. P. 56, granting summary judgment on the issue of Plaintiffs' status as employees, and for such further relief that the Court may deem necessary and proper.

Dated: New York, New York                     Respectfully submitted by:
       February 21, 2014                                  THE HARMAN FIRM, PC
                                                                   *Counsel for Plaintiffs*

                                                                   _s/   Walker G. Harman, Jr._
                                                                    Walker G. Harman, Jr. [WH-8044]
                                                                    1776 Broadway, Suite 2030
                                                                   New York, New York 10019
                                                                   (212) 425-2600
                                                                   wharman@theharmanfirm.com

To:      KAUFMAN, DOLOWICH, VOLUCK & GONZO LLP
           Jeffery Meyer, Esq.
           Yale Pollack, Esq.
           *Attorneys for Defendants*
           135 Crossways Park Drive
           Woodbury, New York 11797
           (516) 681-1100
           jmeyer@kdvglaw.com
           ypollack@kdvglaw.com