UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

FERNANDO HERNANDEZ, KENNETH CHOW, BRYANT WHITE, DAVID WILLIAMS, MARQUIS ACKLIN, CECILIA JACKSON, TERESA JACKSON, MICHAEL LATTIMORE, and JUANY GUZMAN, Each Individually, And On Behalf Of All Other Persons Similarly Situated,

Plaintiffs,

-against-

Index No: 12 CV 4339 (ALC)(JLC)

THE FRESH DIET, INC., LATE NIGHT EXPRESS COURIER SERVICES, INC. (FL), FRESH DIET EXPRESS CORP. (NY), THE FRESH DIET - NY INC. (NY), FRESH DIET GRAB & GO, INC. (FL) a/k/a YS CATERING HOLDINGS, INC. (FL) d/b/a YS CATERING, INC. (FL), FRESH DIET EXPRESS CORP. (FL), SYED HUSSAIN, Individually, JUDAH SCHLOSS, Individually, and ZAIMI DUCHMAN, Individually,

Defendants.

---------------------------------------x

EXAMINATION BEFORE TRIAL of a Non-Party Witness, JUAN CORREA, taken by the Defendant, pursuant to Notice, held at the offices of Kaufman, Dolowich, Voluck & Gonzo LLP, 100 William Street, Suite 215, New York, New York 10038, on September 20, 2013, at 2:26 p.m., before a Notary Public of the State of New York.

*********************************************

AMERICAN STENOGRAPHIC, LLC
8900 Sutphin Boulevard, Suite 305
Jamaica, N.Y. 11435
Tel-718-291-6600
Fax-718-291-6603

[Page 2]

A P P E A R A N C E S:

THE HARMAN FIRM, PC
Attorney for Plaintiffs
200 West 57th Street, Suite 900
New York, New York 10019

BY: PETER J. ANDREWS, ESQ.

KAUFMAN, DOLOWICH, VOLUCK & GONZO LLP
Attorneys for Defendants
135 Crossways Park Dr., Suite 201
Woodbury, New York 11797

BY: YALE POLLACK, ESQ.

FILE #: 055611-0002

ALSO PRESENT:

STEVEN MALDONADO, Spanish Interpreter, Languages R Us
FERNANDO HERNANDEZ, Plaintiff

[Page 3]

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

[Page 4]

S T E V E N M A L D O N A D O, called as the interpreter in this matter, was duly sworn by a Notary Public of the State of New York to accurately and faithfully translate the questions propounded to the witness from English into Spanish and the answers given by the witness from Spanish into English.

-oOo-

J U A N C O R R E A, the witness herein, having been first duly sworn by a Notary Public of the State of New York, was examined and testified through the interpreter as follows:

EXAMINATION BY
MR. POLLACK:

**Q.** State your name for the record, please.
A. Juan Correa.
**Q.** State your address for the record, please.
A. 231 Troutman Street, Apartment 3A, Brooklyn, New York 11237.
**Q.** Good afternoon, Mr. Correa.
A. Good afternoon.
**Q.** My name is Yale Pollack. I represent the defendants in this action.

[Page 5]

J. Correa

A. Nice to meet you (English).
**Q.** Today I'm going to be asking you a series of questions concerning your claims in this action.
If you don't understand any of the questions that I ask, please let me know, and I will rephrase the question. Please let me finish my question before answering. The reporter can't take us both down while we're both talking.
A. Okay.
**Q.** If you need to take a break, please let me know.
A. Okay.
**Q.** If there's a question pending at that time, please answer the question before requesting the break.
A. Okay.
**Q.** Do you understand these instructions?
A. Yes.
**Q.** Are you under any medications today?
A. No.
**Q.** Are you under the influence of any drugs or alcohol today?

[Page 6]

J. Correa

A. No.

Q. Is there anything else that may impair your ability to truthfully respond to the questions I'm going to ask today?

A. No.

Q. Are you currently employed?

A. No.

Q. Where was the last place that you worked?

A. Fresh Diet. At Fresh Diet. Fresh Diet.

Q. Was it Fresh Diet or Late Night?

A. Fresh Diet.

Q. Can you describe your educational background?

A. Yes. I am automotive technician professionally for auto diesel.

Q. You said auto diesel?

A. Automotive and gasoline and diesel.

Q. Where did you get your training?

A. Dominican Republic.

Q. Do you have a degree?

A. I graduated as a professional technician. I finished the studies.

Q. When?

[Page 7]

J. Correa

A. In 2003.

Q. Are you a United states citizen?

A. No.

Q. Do you have a work visa?

A. Yes. I have a resident visa. I am a resident. How do you say? Permanent, permanent resident.

Q. Permanent resident visa?

A. Ten years. Ten-year visa.

Q. Are you married?

A. Yes.

Q. What's your wife's name?

A. First name is Katiuska, K-A-T-I-U-S-K-A, last name Cabral, C-A-B-R-A-L.

Q. How long have you been married?

A. Ten years.

Q. Were you married in the Dominican Republic?

A. Yes.

Q. Do you have any children?

A. One.

Q. Boy or a girl?

A. Boy.

Q. What's his name?

[Page 8]

J. Correa

MR. ANDREWS: Objection.

A. My same name.

Q. Junior?

A. Yes.

Q. How old is he?

A. He was born February 5, 2012.

Q. What's your date of birth?

A. November 4, '83.

Q. What's your wife's date of birth?

A. April 11, '86.

MR. POLLACK: Let's mark these as 13 and 14.

(Whereupon, Complaint was marked as Defendant's Exhibit 13, for identification, as of this date.)

(Whereupon, EBT notice was marked as Defendant's Exhibit 14, for identification, as of this date.)

Q. I'm now showing you a document that's been marked for identification as Defendant's Exhibit 13 (handing).

I'm going to ask, have you seen that document before today?

A. Yes.

[Page 9]

J. Correa

Q. When did you first see that document?

MR. ANDREWS: Objection.

I just want to remind the witness that the attorney client privilege applies to any communications he's had with attorneys or in the presence of attorneys, and if any of the questions asked require you to disclose communications you had in the presence of attorneys, you are not to answer because the attorney client privilege applies.

THE WITNESS: Can you -- can you repeat again?

MR. POLLACK: I don't think that that's necessary.

MR. ANDREWS: Are you asking me to repeat what I said, or are you asking Mr. Pollack to repeat what he said? Oh, you want me to repeat what I said. Okay.

You are protected by the attorney client privilege. If Mr. Pollack asks you any questions that

[Page 10]

J. Correa

require you to answer by disclosing conversations you have had with your attorneys or in the presence of your attorneys, you should not answer those questions because the attorney client privilege applies, and this applies to any questions in this deposition.

However, if Mr. Pollack asks you questions about events that took place that did not involve communications with your lawyers, then you should try to answer to the best of your ability.

THE WITNESS: Okay.

**Q.** When did you first see that document?

A. The exact date, I don't remember.

**Q.** Approximately?

A. Approximately since Fresh Diet received this.

**Q.** Do you know what year that was?

A. 2012.

**Q.** You did not receive it from your attorney?

A. I don't remember because I had to send it to the address at the house, and I changed

[Page 11]

J. Correa

my address, my home, two times.

**Q.** Were you working at Fresh Diet when you first saw that?

A. Yes.

**Q.** Are you still working at The Fresh Diet?

MR. ANDREWS: Objection, asked and answered.

A. If I am working -- if I'm still working Fresh Diet (English)?

**Q.** Yes.

A. No.

**Q.** Now I'm going to show you what's been marked as Defendant's Exhibit 14 (handing).

Have you seen that document before today?

MR. ANDREWS: I'd like to just advise --

MR. POLLACK: There's a question pending.

MR. ANDREWS: Yes. I just want to make sure the witness understands that he should answer to his recollection, yes, no, I don't remember.

A. I don't remember.

[Page 12]

J. Correa

(Whereupon, Collective notice was marked as Defendant's Exhibit 15, for identification, as of this date.)

**Q.** I'm now showing you what's been marked for identification as Defendant's Exhibit 15 (handing).

Have you seen that document before today?

A. I don't remember.

(Whereupon, Consent by Mr. Correa was marked as Defendant's Exhibit 16, for identification, as of this date.)

**Q.** I'm now showing you what's been marked for identification as Defendant's Exhibit 16 (handing).

A. Okay.

**Q.** I'm going to ask if you've ever seen that document before today.

A. Yes.

**Q.** Is that your name on the document?

A. I filled it out.

**Q.** Do you remember when you filled it out?

A. Not the exact date.

[Page 13]

J. Correa

**Q.** Do you know what that document is?

A. Yes.

**Q.** What is your understanding of that document?

A. With this document, we are claiming our rights, our rights that have been violated by the Fresh Diet company.

**Q.** What rights do you believe have been violated by the Fresh Diet company?

MR. ANDREWS: Objection.

**Q.** You can answer.

A. They violated -- the company has us like contractors and violating the extra hours. The -- our taxes, paying us like 1099. Had us working with our own vehicle so they wouldn't have any responsibility over their work. We had to pay everything including our personal medical insurance, which at the end, left nothing else in our salaries to sustain ourselves.

**Q.** What did you do when you received the document marked as Defendant's Exhibit 16?

A. I met with Fernando, Juany Guzman, and we gave it in to the attorney.

[Page 14]

J. Correa

Q. What did you discuss with Fernando and Juany Guzman when you met with them?

A. I don't remember.

Q. Are you aware of the company Late Night Express?

A. I became aware that -- of that company when I received my first check and it did not say Fresh Diet, but all my documents and Syed Hussain offered me work for Fresh Diet.

Q. What documents are you referring to?

A. They only asked of me for my license on record, which was very clean, and my residency card and Social Security to be a driver of Fresh Diet.

Q. Who asked you for those documents?

A. Syed Hussain.

Q. You gave those documents to him?

A. Yes.

MR. POLLACK: I'm going to request production of those documents.

Q. What on those documents indicated The Fresh Diet?

MR. ANDREWS: Objection.

A. When I was given the job, they gave me

[Page 15]

J. Correa

the card, driver card, that states that I work for Fresh Diet (indicating).

MR. POLLACK: Plaintiff's indicating a card right now, and I'd like to make a copy of that just to mark it as evidence.

MR. ANDREWS: During the break we can have it photocopied.

Just leave it there. We'll have it photocopied.

THE WITNESS: Okay.

MR. POLLACK: I want to take the break now to have that into evidence.

MR. ANDREWS: That's fine.

(Whereupon, a recess was taken at this time.)

(Whereupon, Mr. Correa's driver identification card was marked as Defendant's Exhibit 17, for identification, as of this date.)

Q. I'm now showing you what's been marked for identification as Defendant's 17 (handing).

Is that a copy of the card that you just showed to me?

[Page 16]

J. Correa

A. Yes. It looks a little burly, but that's it.

Q. Understood.

A. They also gave me, despite this badge, magnetic things that I had to put on my vehicle that says "Fresh Diet" on both sides, both doors, and the front of the vehicle, Fresh Diet.

Q. Those were magnetic decals you said?

A. Yes (Spanish). Something like that (indicating)(English). And you would put it against the door. It would stick (Spanish).

MR. ANDREWS: Just as far as the deposition, the witness has to understand that he has to answer audibly because the court reporter can only take down what you say. She cannot take down gestures.

A. Like this magnetic decal, three of them that were given to us so that we would put it in the front and on both sides.

Q. They would come off easily?

A. I stopped using them because they would fall off because of the snow.

[Page 17]

J. Correa

Q. Before you received the decals or the card marked as Defendant's 17, did you receive anything else saying that you were going to be working for Fresh Diet?

A. Yes.

Q. What?

A. All the bags of food had the Fresh Diet logo just like the manifestations.

Q. You said you received your paycheck from Late Night, right?

MR. ANDREWS: Objection.

A. Yes.

Q. Did you ever enter into a contract with Late Night?

MR. ANDREWS: Objection.

A. I don't remember ever filling out a contract with Late Night.

(Whereupon, Late Night Express Courier Services documents were marked as Defendant's Exhibit 18, for identification, as of this date.)

Q. I'm now showing you what's been marked for identification as Defendant's Exhibit 18 (handing).

[Page 18]

J. Correa

I'm going to ask, have you ever seen a document like that before today?
A. I don't remember.
Q. You say that you performed work for The Fresh Diet, correct?
A. Yes.
Q. Do you remember when you started performing work for The Fresh Diet?
A. Yes.
Q. When?
A. The 4th of January of 2011.
Q. How did you learn of the position?
A. Through a friend.
Q. What was the name of the friend?
A. Jojairo. Jojairo. I don't know how his name is written.
THE INTERPRETER: Phonetically, J-O-J-A-I-R-O.
Q. What did your friend tell you?
A. That Fresh Diet was looking for drivers.
Q. What did you do when you learned of that information?
A. I immediately went with him to the company.

[Page 19]

J. Correa

Q. Do you know if he ever worked for The Fresh Diet?
A. Yes, he was working for Fresh Diet.
Q. Where did you go?
A. I went to -- I was at Seigel, on Seigel Street. Let me see if I remember the number (Spanish). I don't remember the number, but it was on Seigel and Bushwick (English). The old company (Spanish).
Q. What did you do when you arrived there?
A. I went to the office. I told Syed that -- that I was in the company because of the add for drivers.
Q. What did Syed say?
A. I need to see your license on record. It has to be clean for you to be able to work here. Your residency and your Social Security.
Q. You provided those documents?
A. Yes.
Q. That same night?
A. Not that same night. I had to go to motor vehicle to go look for them.
Q. Then you returned with them?
A. Yes.

[Page 20]

J. Correa

Q. Did you fill out any paperwork the first time you went there?
A. I don't remember.
Q. Do you remember filling out paperwork when you returned?
A. I had to -- I don't remember.
Q. You started working on January 4, 2011, correct?
A. Let me check on my cell phone.
Can I check my calendar on my cell phone to be sure?
Q. Yes.
A. Thank you.
Yes, 4.
Q. What kind of calendar do you have on your phone?
A. The calendar that comes with the cell phone (indicating).
Q. What kind of phone is that?
A. It's an HTC One.
Q. Have you had that same phone since you started work at Fresh Diet?
A. Every time a new one comes out, I buy it.

[Page 21]

J. Correa

Q. But you had the same calendar?
A. The calendar is the same one in all the phones.
I'm just checking because I know I started on a Tuesday, and now it's confirming that Tuesday was the 4th.
Q. Does the calendar have that that was your first day of work with The Fresh Diet?
A. The calendar does not say it, but I know it was because I went on a Monday, and I had to return Tuesday with the documents.
Q. Did you keep any schedule during the time you worked with Fresh Diet?
A. They required to give all the documents.
Q. Can you repeat that?
A. Fresh Diet required -- Syed required us to give all the documents every time we finish working.
Q. Did that have a schedule?
A. Syed would call us at different hours, different schedules, that the food was ready or they needed help. They would call us to do the job.
Q. Did you ever text with Syed?

[Page 22]

J. Correa

A. Yes, Syed would send us texts.

**Q.** Did you keep those text messages?

A. No, because I've also changed companies, so it's erased.

**Q.** When did you change companies?

A. All the time.

**Q.** When was the last time you changed companies?

A. Since this telephone came out.

**Q.** Do you remember, approximately, when that was?

A. Maybe two months ago.

**Q.** This year?

A. Uh-huh.

**Q.** What did you do with your prior phone?

A. I sent it or give it as a gift.

**Q.** You didn't keep it?

A. No, because they no longer work. Every time a new one comes out, the software is too slow, so it's no good for me.

**Q.** Do you have any text messages with Syed still in your possession?

A. I don't have anything here.

**Q.** Did you ever give anything to your

[Page 23]

J. Correa

attorney?

A. Something like what?

**Q.** Like prior text messages from a different phone.

A. No.

**Q.** Were you ever asked to keep that information?

A. I don't remember.

**Q.** What did you do the first night that you performed work with Fresh Diet?

A. I went to the kitchen. No. First, I went to the office. They gave me the list of stops with addresses of the clients. Then I went to the kitchen. I had to wait for them to finish packing the bags, and then I took the bags, I organized them in the vehicle the way they were placed on the list, and I left to make the deliveries.

**Q.** Was that the same thing that happened the entire time you worked with Fresh Diet?

A. I wouldn't always get the same thing because sometimes they would call us earlier because they needed help with the packing, to pack up the food, because they would always

[Page 24]

J. Correa

call everyone because a lot of the other coworkers had empty bags, and they needed them.

**Q.** Where were the bags the first night you arrived at the facility?

A. Where would they keep the bags?

**Q.** Yes.

A. They would prepare the bags in a cold room, and while they would finish packing the bags, they kept taking them out next to where the vehicles were at, and then we would have to organize it ourselves and put them in the vehicle and -- and when they gave us the order stating that we could leave, we would go.

**Q.** You packed the bag into your car?

A. Yes.

MR. ANDREWS: Objection.

**Q.** The bag had the meal in it when you arrived?

MR. ANDREWS: Objection.

A. Not always. Sometimes we had to help pack it up as well.

**Q.** But other times, the bag was ready with the meal inside?

MR. ANDREWS: Objection.

[Page 25]

J. Correa

A. Yes.

**Q.** Would you say most of the time that you didn't have to do the packing?

MR. ANDREWS: Objection.

A. I would say yes.

**Q.** You used your own car to perform the deliveries?

A. Yes.

**Q.** You have your own insurance for the car?

A. Yes.

**Q.** Who was your insurance with?

A. GEICO.

**Q.** What kind of car did you have?

A. Honda CRV 2005.

That was my first vehicle. The transmission got damaged, and I had to buy another. I bought another one, a Honda CRV 2008 -- '98. I had to sell it because it had way too many miles on it. I always bought a Honda CRV because I would have to go to the mountains, and I needed a four-by-four vehicle.

Then I had to sell that one also because it had a lot of miles, and I got a Honda CRV 2008, but I was also giving it a lot of miles,

[Page 26]

J. Correa

and I had to then buy a 2003, but I had to sell it immediately because I couldn't anymore with the insurances.
Q. Which of the cars did you have when you started in 2011?
A. The 2005.
Q. 2005 Honda CRV?
A. Yes.
Q. How long had you had that car before you started in January of 2011?
A. I don't remember.
Q. More than a year?
A. I don't think so.
Q. You didn't buy the car in order to perform work for The Fresh Diet, correct?
MR. ANDREWS: Objection. Objection.
A. I had to buy the vehicles to be able to work at Fresh Diet.
Q. You didn't know you were going to work with The Fresh Diet when you bought the 2005 Honda CRV, correct?
A. Yes. That one, yes. That's why I bought the '98.

[Page 27]

J. Correa

Q. You owned the car when you started work in 2011, January 2011?
A. That was one of the requirements, having a car.
Q. Did you own a car before that without --
A. A few months before.
Q. You didn't know you were going to be working with The Fresh Diet a few months before, correct?
MR. ANDREWS: Objection.
A. No.
Q. What did you do before you worked with The Fresh Diet?
A. Porter (Spanish). Cleaning the garbage for our building. Shoveling show, cleaning the garbage, cleaning the building (English).
Q. Where was that?
A. Brooklyn.
Washington -- 475 Washington Avenue, that's the name of the company.
Q. Where was the building located?
A. Exactly on 475 Washington Avenue.
Q. Is that a residential building?
A. Yes.

[Page 28]

J. Correa

Q. People live there?
A. Yes.
I feel like that question, the majority, don't have to do the with the case.
MR. ANDREWS: It's okay. Just listen to the questions.
Q. When you started working with The Fresh Diet, how did you know where you were going to be delivering meals?
A. How did I know where I had to bring the meals?
Q. Correct.
A. Syed would give us a list with addresses.
Q. Was this a route?
A. It wasn't always the same one. I would do many -- Syed would give me two to three routes. They were always different.
Q. What was one of the routes that you had?
A. New Jersey/Upstate New York.
Q. Would you go into New Jersey and New York in the same night?
A. I would start at night at one day, and then I would finish the morning, the following

[Page 29]

J. Correa

morning.
Q. Where in New Jersey would you deliver?
A. Bergen County and Upstate New York and also Connecticut.
Q. Where in Upstate New York would you deliver?
A. There were many places, many. I would do close to fifty, sixty stops. A lot of places, a lot.
Q. You would perform deliveries in New Jersey and New York on the same night?
MR. ANDREWS: Objection.
A. On one night -- yeah. I would start at night, and I had to finish before 5:00 in the morning the following day.
Q. When would you arrive at the facility?
A. At which facility?
Q. At Seigel Street.
A. At the time that Syed would tell us to be there. We had to be available all the time.
Q. Starting at what time did you have to be available?
MR. ANDREWS: Objection.
A. It would vary. Whenever Syed would say.

[Page 30]

J. Correa

**Q.** What was the earliest you would ever arrive?

A. Like 3:00 in the afternoon.

**Q.** What was the latest you would ever arrive?

A. That I would have to arrive? That I would have to be at the company?

**Q.** Yes.

A. I had to be there whatever time Syed told me.

**Q.** You said the earliest was 3:00 p.m., right?

A. Uh-huh.

**Q.** What would be the latest?

A. I couldn't say.

**Q.** Do you remember a day in particular that you showed up at 3:00 p.m.?

A. No. It was way too many days.

**Q.** You had two routes you said?

MR. ANDREWS: Objection.

A. I -- Syed had me for like personally doing various routes. All the time I was doing various routes.

**Q.** How would you know what route you were

[Page 31]

J. Correa

going to do that night?

A. Syed would let me know.

**Q.** Would he give you a piece of paper?

A. Yes.

**Q.** It always changed or --

MR. ANDREWS: Objection.

A. Yes.

**Q.** Was there an order you were required to deliver the meals?

A. I had to package them so they wouldn't open. I had to put a box type on the bags, and whatever mistake we would make, they would discount $25.

**Q.** What mistake are you talking about where you were discounted $25?

A. Like if I gave in a bag to a client without a box type.

**Q.** What's a box type?

A. Like the thing that the police use. They put it in the hands of the people because it's plastic but smaller, like this (indicating).

**Q.** What did the box type indicate?

A. That the bag was closed.

[Page 32]

J. Correa

**Q.** Did you get to choose the manner in which you delivered the meals?

A. What do you mean?

**Q.** Can you go to New Jersey and then Upstate if you wanted to?

MR. ANDREWS: Objection.

A. You could do it however you -- but you had to finish before 5:00 in the morning.

**Q.** The only requirement that you had was to deliver the meals in your car by 5:00 a.m. the next morning?

MR. ANDREWS: Objection.

Objection.

A. No.

We had a list. At the beginning, we even had the names and the phone numbers of the person. We had to call the person to ask for information, and we had to have keys because we were going late at night and some clients did not want to be bothered, but they would give us keys to be able to open the homes and enter and drop-off the bags where they wanted because each client had -- each client would state where and how they wanted their bags to be

[Page 33]

J. Correa

dropped off.

**Q.** Were those instructions on the sheet, on the route sheet, that you were given?

A. Yes.

**Q.** Did you ever speak with a customer?

A. Yes, many times.

**Q.** What would you speak about with a customer?

A. No, just when -- like first time, since they were constantly changing and getting new clients, in the really far areas, sometimes the GPS don't understand the address and you have to ask the client how to get there. That's it.

**Q.** You delivered these meals overnight, correct?

MR. ANDREWS: Objection.

A. How was that?

**Q.** You delivered the meals overnight?

MR. ANDREWS: Objection.

A. If you started early because it was way too many stops, you don't know if you're going to get to the house early or late.

**Q.** When were all the meals ready to go out of the facility at Seigel Street?

[Page 34]

J. Correa

MR. ANDREWS: Objection.

A. Sometimes we even had to -- even at 10:00 at night.

Q. Sometimes you'd leave at 10:00 at night with all the meals?

MR. ANDREWS: Objection.

A. Yes, but we would have to be there earlier working in the kitchen, working with the rest of the workers to make sure the job was done.

Q. What were you required to do in the kitchen?

A. To help package.

Q. After you left with the meals in your car, you could deliver them in any order you wanted, correct?

MR. ANDREWS: Objection.

A. Syed would give us each one, a list with a number of each in order, in order, and we would have to put the time down that you arrived, the time you dropped it off at that house, and how many empty bags you picked up. He would give us the order.

If you wanted to do it different from

[Page 35]

J. Correa

that, it would be your problem if you got to the house late.

Q. You didn't check-in after each meal you delivered?

MR. ANDREWS: Objection.

A. If I had checked in how?

Q. Did you get in touch with the office after you delivered each meal?

MR. ANDREWS: Objection.

A. No.

Q. After you left --

A. They gave us -- they wanted to implement that, but it would be way too many workers calling at the same time to say that they dropped something off at a stop, so they eliminated that. You always had to put it down on a paper.

Q. After you left with the meals, you weren't in touch with the office until you returned to the facility at the end of your route?

MR. ANDREWS: Objection, mischaracterizes his testimony.

A. Yes. Syed would be constantly calling

[Page 36]

J. Correa

us, and he would tell us -- I'm sorry. I have to pick this up.

MR. ANDREWS: Should we just take a break while he checks his message? Is there a question pending?

THE WITNESS: It's okay. I want to continue (English).

MR. ANDREWS: I'm sorry. We can continue.

MR. POLLACK: Okay.

A. Syed would call us to give us information about the route, if something happened with a client, if a client would change the place, position, where he wanted the bag to be dropped off. Or if the client would cancel the delivery that night, they would let you know don't do that delivery.

Q. Otherwise, you were free to deliver them however you wanted?

MR. ANDREWS: Objection.

MR. POLLACK: What's the basis for the objection?

MR. ANDREWS: Mischaracterizes his testimony.

[Page 37]

J. Correa

MR. POLLACK: I'm asking a question.

MR. ANDREWS: He's testified to that previously.

He can answer if he can.

Q. You were free to deliver --

A. No. Everything had to be done the way Syed said.

Q. Syed would not know if you delivered to Upstate and then New Jersey instead of New Jersey then Upstate?

A. He knew everything. He had everything in the computer, everything.

Q. You didn't check-in overnight telling him when you made each delivery?

MR. ANDREWS: Objection.

A. Everything was written down. You had to write everything down on the sheet because all workers at the same time were not going to be able to call in, so we had to write down everything on the sheet. Once we would finish, we had to give it to Syed.

If it was 5:00 in the morning and there were still some clients missing, you, one,

[Page 38]

J. Correa

would have to call Syed, give him the number of the client, and explain to him why -- that night why you did not have enough time to get to that client by 5:00 in the morning.

MR. ANDREWS: I just want to remind the witness, as long as there's no question pending, you can take a break as long as you want to, as long as there's no question pending.

**Q.** Did you receive any training on how to deliver the meals?

A. No.

**Q.** Yes or no, did Syed ever tell you to deliver the meals in a certain order?

A. Yes.

**Q.** How?

A. The paper would state it. Just like this is in order, that's how it had to be done (indicating). Syed would say look, I'm going to give you the list ready, that is the best manner for you to do the route.

**Q.** Did you ever vary from the route on the list?

A. Only when you had to do more than one

[Page 39]

J. Correa

route.

**Q.** Then you got to choose how you wanted to deliver it?

MR. ANDREWS: Objection.

A. Syed would show us with the computer the map for us to see how to start and where to end.

**Q.** Did you take any breaks during the deliveries?

A. No. You couldn't take a break.

**Q.** Did you ever eat?

A. I would eat while I was driving.

**Q.** Where would you get the food?

A. I would stop at a 711.

**Q.** You would stop during the route to get food?

A. Everyone had to stop to do pee pee.

**Q.** Did you ever tell Syed that you're taking a stop to go to the bathroom?

A. He informed us that we could do it.

**Q.** Did you ever take a break during the deliveries because you were tired?

A. No.

**Q.** You were driving straight the whole

[Page 40]

J. Correa

entire night?

A. I was getting in problems because I was drinking too many Monsters and 5-hour ENERGY.

**Q.** You were always done by 5:00 a.m. with the deliveries, correct?

MR. ANDREWS: Objection.

A. No, not always.

**Q.** Generally, you were expected to be done with your deliveries by 5:00 a.m.?

MR. ANDREWS: Objection.

A. If you had more than one route and you couldn't finish it, at that time, you would have to inform him, everything to Syed, everything that was happening.

**Q.** What would you do when you were done delivering the meals?

A. I would go to the company to bring the empty bags where I would have to go to prepare the ice and put it in the freezer and put the empty bags -- hang the empty bags so that the one who cleans them has the ability to grab them.

**Q.** You always returned the bags at the end of your routes?

[Page 41]

J. Correa

A. Always. Always. Always.

Syed told me that I was the best driver that he had, that I did everything the way he asked.

**Q.** Did other drivers not return the bags?

MR. ANDREWS: Objection.

A. Whatever they did not give in, Syed would tell them if they could do it or not.

**Q.** Did the facility change locations during the time you were working with The Fresh Diet?

A. Yes.

**Q.** When?

A. They changed -- it's all written when they changed over to 588 Baltic, Baltic street, 11217.

**Q.** Those were the only two facilities that you would pickup meals from, correct?

A. Yes.

**Q.** Seigel Street and Baltic Street?

A. (Witness nods head.)

**Q.** I need a verbal answer.

A. Yes.

MR. ANDREWS: You can't shake your head. You have to say yes.

A. Yes. I'm sorry. Yes.
Q. Did the hours change when it was moved to Baltic?
A. It continues the same. Syed would call us, let us know. By phone, he would call us and let us know.
Q. Generally, when did you show up to the facility to pickup the meals?
MR. ANDREWS: Objection.
A. I can't say an exact time because it would vary.
Q. Did you always deliver on the same days of the week?
A. I always worked.
Q. How many days a week?
A. Seven days a week.
Q. Fresh Diet was open seven days a week?
MR. ANDREWS: Objection.
A. It would start Monday, finish Tuesday. I would start Tuesday, finish Wednesday. I would start Wednesday, finish Thursday. I would start Friday, and I would finish Saturday. I would start Sunday, I would finish Monday. I was working all seven days, seven

days.
Q. Did you ever deliver on Saturday nights, from Saturday into Sunday?
A. No, not Saturday at night, but yes, Saturday in the morning.
Q. Your hours varied every day?
MR. ANDREWS: Objection.
A. It always varied because Syed had me doing double routes, triple routes.
Q. What's a double route?
A. More than one manifest.
Q. You're supposed to finish a double route in one night?
A. Supposedly, yes.
He would prepare it with the computer so I could finish, more or less, 5:00, 6:00, 7:00 in the morning, but I would finish. Sometimes I would end up way too far, and I would get back to the company like around 10:00. I would work a lot of hours, a lot.
Q. Do you understand that this lawsuit concerns the hours that you worked?
A. Yes.
Q. I need an understanding of how many

hours you claim you worked.
MR. ANDREWS: Objection.
Q. Can you provide that?
A. More than twelve hours every day.
Q. Can you give me an example of when you would work more than twelve hours?
A. I always had to be like 3:00, 4:00, 5:00 in the afternoon, and I would leave the company like at 8:00 in the morning, already having finished with the ice and the bags.
Q. You'd be there between 3:00 and 5:00 p.m. and return by 8:00 a.m.?
MR. ANDREWS: Objection.
A. Sometimes.
Q. Is it fair to say that sometimes you'd show up later than 5:00 p.m.?
A. Sometimes I would arrive later.
I would finish -- sometimes I would get later than 8:00 in the morning to the company because I would end up finishing really far, and then I would run into the morning traffic, and if you take two hours -- you could take two hours in traffic and not arrive at the company.
Q. Sometimes you would arrive at the

facility later than 5:00 p.m., correct?
MR. ANDREWS: Objection.
A. Syed only -- when Syed would tell us at what time I had to arrive.
Q. Would that ever be after 5:00 p.m.?
A. Yes.
Q. Would that ever be after 6:00 p.m.?
A. Many times, I had to -- I had to be there either way to help him -- to help the rest of the workers to speed up the job.
Q. Did you ever arrive after 6:00 p.m.?
A. Yes. Yes.
I would have to communicate to Syed that I was going to get there a little later. Sometimes you have to do things, but I would do it early enough so I wouldn't have to -- so I wouldn't have to take the day, miss the day.
Q. When during the day would you first learn when to show up?
A. Syed would send out a message.
Q. What time?
A. It would vary. It would vary.
Q. Before 12:00 p.m.?
MR. ANDREWS: Objection.

[Page 46]

J. Correa

A. Before 12:00? No.
Before 12:00 noon you mean?
Q. Correct.
A. No.
Q. After noon?
A. Yes.
Q. After 1:00 p.m.?
A. Yes.
Q. After 2:00 p.m.?
A. Yes.
Q. After 3:00 p.m.?
A. Yes.
Q. How far did you live from the facility at Seigel Street?
A. I lived like two miles away. I lived.
Q. How long would it take you to drive from your home to Seigel Street?
A. Not long.
Q. Ten minutes?
A. Something like that.
Q. How far did you live from Baltic Street?
A. Like half an hour or more depending on the traffic.
Q. How long after you received a call from

[Page 47]

J. Correa

Syed would you have to leave to go to the facility?
A. I would have to be ready. After 3:00 in the afternoon, I had to be ready.
Q. Were you ever late?
A. Always I was one of the firsts at the company. It's always been that way. My whole life, I've been that way.
Q. Were you ever late ever?
A. If I was getting there late, I would let him know.
Q. You were late at certain times?
MR. ANDREWS: Objection.
A. I don't remember, but I think. I don't remember.
Q. If you were ever late, did anything happen to you?
A. Something? Can you repeat the question?
Q. Were you ever disciplined if you showed up late?
A. If at some time? Can you repeat the question again?
Q. Were you ever disciplined if you showed up late?

[Page 48]

J. Correa

A. They wouldn't discipline you if you let them know with anticipation. You always had to let them know with an anticipation.
Q. You would still get the route for that night?
MR. ANDREWS: Objection.
A. If I said I was going to get there late, they would let me, but if I was not going to be able to arrive, they would give it to someone else.
Q. Did that ever happen?
A. I think maybe one time when I was sick.
Q. Did you ever refuse to do deliveries because you were sick?
MR. ANDREWS: Objection.
A. No.
Either way, I didn't have medical insurance, so I couldn't go to the doctor.
Q. Did you ever submit an expense report?
A. To Fresh Diet?
Q. Yes.
A. Fresh Diet did not -- they would say we had to pay our gas and everything.
Q. You paid?

[Page 49]

J. Correa

MR. ANDREWS: Objection.
A. I always paid everything. I had nothing leftover for myself.
Q. You weren't reimbursed for gas?
A. No.
Q. For tolls?
A. For the tolls, yes.
Q. How would you be reimbursed for tolls?
A. Through the E-ZPass.
Q. Did you pay for your own maintenance of your car during the time you worked?
A. Yes.
Q. Your own repairs?
A. Yes.
Q. You were paid for the work that you did, correct?
MR. ANDREWS: Objection.
A. They would pay fifty cents and a dollar per stop. That wasn't really much. That wasn't enough for anything.
Q. How were you paid?
A. Per miles and per stops.
Q. Do you remember how much you were paid per mile?

J. Correa

A. Fifty cents. Fifty cents.

Q. Do you know how much you were paid per stop?

A. A dollar.

Q. How did Late Night know how much to pay you?

MR. ANDREWS: Objection.

A. Syed would give -- the manifest would already say how many miles I would have to drive, and Syed would present it. Syed was the one who did it. I don't know. I just know that I would get my check. Syed would do everything.

Q. Was the check the same every time you got paid?

A. Always varied.

Q. Were you paid once a week?

A. Yes.

Q. What day of the week?

A. Wednesdays.

First, when I started at Seigel, they would give us the checks on Tuesday, but they would tell us to cash them on Wednesday, and then they started giving it to us on

J. Correa

Wednesdays. At Seigel, they started giving them to us.

Q. The checks said Late Night on them?

MR. ANDREWS: Objection.

A. Yes.

Q. Did you receive any other compensation from Late Night or Fresh Diet?

A. No.

As a matter of fact, I had many accidents, and they never gave me anything for -- to repair the car or anything.

Q. You paid for your own repairs?

A. Yes.

Q. Did you ever give anyone else the bags to deliver for you?

A. No. You can't do that.

Q. How do you know you can't do that?

A. Because that person -- how are you going to give the bags to someone who is not working for the company?

Q. Would Syed ever know if that happened?

MR. ANDREWS: Objection. Objection.

A. I would imagine so.

J. Correa

Q. How?

A. Because I had to constantly communicate with him, and he was going to realize.

Q. Did he ever tell you that you could not give the bags to others to deliver?

A. He was the one who did everything. He told you what to do. If he said give five bags to someone so they can do it, I would do what he told me. I couldn't do anything I wanted to. I had to do everything Syed said.

Q. Did he ever tell you that you could not give the bags to others to deliver?

A. Yes.

Q. When?

A. I don't remember.

Q. Do you remember specifically what he said?

A. No.

MR. ANDREWS: It's 4:00 p.m. Could we take a five-minute break since there's no question pending? I need to make a quick call to my office, and I think it's a good time, a very short break.

J. Correa

MR. POLLACK: That's fine.

(Whereupon, a recess was taken at this time.)

Q. When did you stop working with Fresh Diet?

A. My last day was the on 14th, March of this year.

Q. March 14, 2013?

A. Yes.

Q. What happened?

A. The last day was a Thursday. That Friday, I was waiting, as always, for Syed's phone call, and Syed told me not to come to work, and I asked him why. He told me to call Caesar. I called Caesar, and Caesar told me that they no longer needed my services.

Q. Did you ask why?

A. Yes. He told me you're an independent contractor, and he no longer needed my services.

Q. Were you ever given a phone from Late Night?

MR. ANDREWS: Objection.

A. Yes.

[Page 54]

J. Correa

Q. For what reason?

A. For the reason that Syed wanted each person -- like a walkie-talkie. It was a walkie-talkie. Every time you made a stop, to press the button and state the stop you'd made, but that project never worked, and the phones were given back to the company.

Q. How long did that happen?

A. Like maybe a week.

Q. Were you ever given anything else by Fresh Diet or Late Night to perform the deliveries except for the bags --

MR. ANDREWS: Objection.

Q. -- and the meals?

A. The magnetic decals and the card, badge.

Q. What was the card used for?

A. So if the police stopped or you were going enter into a residential area, you would show that you were working for Fresh Diet.

I was stopped lots of times by the police to investigate what I was doing so late at night in those residential areas.

Q. What did you do during the day when you were going to be performing deliveries that

[Page 55]

J. Correa

night?

A. What would I do during the day?

Q. Yes.

A. Get ready, to be ready, eat, bathe. To be ready so when Syed called me, to go over to the company.

Q. Did you ever sleep?

A. Once I finished the job, I would go straight to sleep.

Q. Were you ever told that you couldn't work for anyone else?

A. I don't remember. I think so because we always had to be available for twenty-four hours. Yes. Yes. He told us we had to be available. We had to be available always, and even if you wanted to, you couldn't do it because if you arrived, you did not know what time you had to get to the company.

Q. I need to get back to the hours because if this were to go further and to go to, perhaps, a jury, you're going to have to state the hours that you worked.

MR. ANDREWS: Objection.

Can the counsel please ask a

[Page 56]

J. Correa

question?

Q. Can you tell me how many hours per week you worked performing deliveries for The Fresh Diet?

A. Can I calculate with my phone?

Q. Yes. Please just tell us what you're calculating so she can take it down.

A. I'm going to calculate the hours I would work daily to give you the weekly result.

Q. What numbers are you punching in?

MR. ANDREWS: Just describe how you're doing this verbally so she can take it down.

A. I'm looking for the calculator to calculate the daily hours.

Around seventy-two hours. I calculated to the minimum of twelve, but many times, it was more than that.

Q. Why did you use twelve?

A. Because it's more than that but to give an average.

Q. What is the earliest time in a day that you would leave with bags in your car to deliver meals?

[Page 57]

J. Correa

A. I would get to the company about 3:00. I would leave to make deliveries around 5:00 or 6:00.

Q. Meals were ready at 5:00 or 6:00?

MR. ANDREWS: Objection.

A. No.

You asked what was one of the earliest days, so I'm giving you the answer, one of the earliest days.

Q. What is the latest?

A. I remember one day that we were called to help the people in the kitchen because they burned some food and everything had to be cooked all over again, and we left at like 11:00 at night from the company.

Q. When were meals ready to be delivered?

MR. ANDREWS: Objection.

A. It always varied. With Fresh Diet, everything varied.

Q. Were they ever ready at 5:00 p.m.?

A. Yes.

Q. Did you ever leave to deliver meals at 5:00 p.m.?

A. Yes.

[Page 58]

J. Correa

Q. 6:00 p.m.?

A. Yes.

I am saying it varied a lot.

Q. It would be later?

They'd be ready later than 6:00 p.m. sometimes?

MR. ANDREWS: Objection.

Q. Is that a fair statement?

MR. ANDREWS: Objection.

A. No.

The question you said was the earliest day. At Fresh Diet, it always varied. You can't give an exact number for Fresh Diet because everything varied. You can't ask for that to be done.

Q. To the best of your knowledge, were meals ready to be delivered by 7:00 p.m. for locations outside of New York City?

MR. ANDREWS: Objection.

A. At 7:00? No. Many times -- the majority of the time, it was not ready by 7:00.

Q. The majority of the time, when was it ready by?

A. It's that it would vary. I can't give a

[Page 59]

J. Correa

number. It varied a lot, but we did have to arrive to help.

Q. You said the majority of the time it was not ready by 7:00, correct?

A. No, I did not say that. I said that it varied a lot.

MR. POLLACK: The record will say what it says.

Q. You're aware that you were considered an independent contractor?

MR. ANDREWS: Objection.

A. I did not know that they were going to take me down, take me as an independent contractor.

Q. You were paid per stop and per mile, correct?

A. Yes.

Q. The entire time you did work with the Fresh Diet?

A. Yes.

Q. Were taxes ever withheld from your compensation?

A. No.

(Whereupon, 2011 1099 form was

[Page 60]

J. Correa

marked as Defendant's Exhibit 19, for identification, as of this date.)

(Whereupon, 2012 1099 form was marked as Defendant's Exhibit 20, for identification, as of this date.)

Q. I'm going to show you what's been marked for identification as Defendant's Exhibit 19 and ask if you've ever seen that document before today (handing).

A. Yes.

Q. How did you receive that document?

A. The -- Syed gave it to us.

Q. Do you know what that document is?

A. The document is for the taxes.

Q. Is that your name on the document?

A. Yes.

Q. Is that your Social Security number?

A. Yes.

Q. Do you see on there where it says "Non-Employee Compensation"?

A. Yes.

Q. Do you see underneath it says "52,000"?

A. Yes.

Q. Did you receive $52,000 from Late Night

[Page 61]

J. Correa

in 2011?

A. Yes.

Q. Now I'm going to show you what's been marked for identification as Defendant's Exhibit 20 and ask the same question, if you've seen that document before today (handing).

A. Yes.

Q. That's your name on the document?

A. Yes.

Q. And your Social Security number?

A. Yes.

Q. Did Syed give you this document?

A. Yes.

Q. Do you see that it says "$48,785.35" on the non-employee compensation?

MR. ANDREWS: Objection.

A. Yes.

Q. Did you receive $48,785.35 in 2012 from Late Night?

A. Yes.

MR. ANDREWS: Objection.

Q. Did you file tax returns with the government?

A. I went to declare them at H&R Block, and

[Page 62]

J. Correa

the people told me they wouldn't dare do it because I was going to have problems because the company says -- it says here that I'm a contractor, I'm not an employee.

**Q.** Which H&R Block did you go to?

A. To a representative of H&R Block that's nearby to us.

**Q.** To your home address?

A. In the area, yes.

**Q.** Do you know the address of that H&R Block?

A. (Witness shakes head.)

MR. ANDREWS: Say no.

A. No.

**Q.** Do you know the name of the person you spoke with?

A. No.

**Q.** What did you do after you left H&R Block with this document?

A. I don't remember.

**Q.** Did you file tax returns in 2011?

A. Yes.

**Q.** Did you file tax returns in 2012?

A. No.

[Page 63]

J. Correa

MR. POLLACK: I'm going to request the production of the tax returns filed in 2011.

**Q.** In 2011, did you file quarterly or at the end of the year?

A. At the end of the year.

**Q.** Did you file jointly or on your own?

A. I think I did it jointly. I don't remember too well.

**Q.** Do you remember if you declared $52,000 as income on a tax return?

MR. ANDREWS: Objection.

A. I don't remember.

**Q.** Do you remember if you deducted any expenses on your tax return?

A. I don't remember.

**Q.** Do you know if you have access to those tax returns?

A. No.

**Q.** What did you do with them?

A. With the 2011 taxes?

**Q.** Yes.

A. I went to a tax representative with my wife, but I don't remember anything else.

[Page 64]

J. Correa

**Q.** Did you ever receive any benefits from Late Night when you were performing work for it?

MR. ANDREWS: Objection.

A. No.

**Q.** Never received health insurance?

A. No.

**Q.** Taxes were never deducted from your compensation?

THE INTERPRETER: I'm sorry. Can you read that back?

(Whereupon, the record was read by the reporter.)

A. No.

**Q.** Have you provided any documents to your attorney regarding your claims in this action?

A. I don't remember.

**Q.** Did you ever keep a record of the deliveries you made for Late Night?

A. Syed required us to return the paper.

**Q.** You never kept a record?

A. No.

**Q.** Did you ever keep a record of the hours you worked for Late Night?

[Page 65]

J. Correa

MR. ANDREWS: Objection.

A. Syed had everything written down.

**Q.** Did you ever keep a record of the hours you worked for Late Night?

A. Syed has it in his computer.

**Q.** Did you ever keep a record?

A. No.

**Q.** Do you know the name Judah Schloss?

MR. ANDREWS: I think it's sometimes Judah.

A. Yes.

**Q.** How do you know Mr. Schloss?

A. I always maintain myself. I try not to meet people in the company. I just interacted with Syed, and I did my job.

**Q.** Do you know the name Zaimi Duchman?

A. Duchman?

**Q.** Sure.

A. Yes, I've heard the name.

**Q.** Do you know what his relationship is to The Fresh Diet?

A. Attorney. No. I don't remember.

MR. POLLACK: Can we just take a five-minute break? I think I may be

[Page 66]

J. Correa

done.

MR. ANDREWS: Okay.

(Whereupon, a recess was taken at this time.)

MR. POLLACK: I have no further questions.

MR. ANDREWS: I don't have any further questions.

MR. POLLACK: I'm just going to reserve the right to keep it open pending production of the documents requested.

**Q.** Also, to the extent that you have any other documents that may be relevant to this action, I'm going ask that you produce those as well.

A. Okay.

MR. ANDREWS: That's fine.

(Time Noted: 4:39 p.m.)

____________________

JUAN CORREA

Subscribed and sworn to before me

this ___ day of ___________, 2013.

__________________________________

Notary Public

[Page 67]

INDEX

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Juan Correa | Yale Pollack | 4 |

EXHIBITS

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| 13 | Complaint | 8 |
| 14 | EBT Notice | 8 |
| 15 | Collective Notice | 12 |
| 16 | Consent by Mr. Correa | 12 |
| 17 | Mr. Correa's driver identification card | 15 |
| 18 | Late Night Express Courier Services documents | 17 |
| 19 | 2011 1099 form | 60 |
| 20 | 2012 1099 form | 60 |

REQUESTS FOR PRODUCTION

| DESCRIPTION | PAGE |
|---|---|
| Driver's license, residency card, and Social Security card | 14 |
| Tax returns filed in 2011 | 63 |
| Any relevant documents to this action | 66 |

[Page 68]

CERTIFICATE

I, MELISSA KAHANE, hereby certify that the Examination Before Trial of JUAN CORREA was held before me on the 20th day of September, 2013; that said witness was duly sworn before the commencement of his testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Examination Before Trial of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 20th day of September, 2013.

____________________

MELISSA KAHANE

[Page 69]

ERRATA SHEET

PAGE/LINE CORRECTION

A

**ability** 6:4 10:13 40:22
**able** 19:17 26:19 32:22 37:21 48:10
**access** 63:18
**accidents** 51:11
**accurately** 4:5
**ACKLIN** 1:4
**action** 4:25 5:5 64:17 66:15 67:24
**add** 19:14
**address** 4:18 10:25 11:2 33:13 62:9,11
**addresses** 23:14 28:15
**administer** 3:15
**advise** 11:18
**afternoon** 4:22 4:23 30:4 44:9 47:5
**ago** 22:13
**AGREED** 3:3,8 3:12
**ALC** 1:8
**alcohol** 5:25
**AMERICAN** 1:23
**ANDREWS** 2:5 8:2 9:3,18 11:7 11:17,21 13:11 14:24 15:8,15 16:14 17:12,16 24:17,20,25 25:5 26:17 27:11 28:6 29:13,24 30:21 31:7 32:7,13 33:17,20 34:2 34:7,18 35:6 35:10,23 36:4 36:9,21,24 37:4,17 38:6 39:5 40:7,11 41:7,24 42:10 42:19 43:8 44:3,14 45:3 45:25 47:14 48:7,16 49:2 49:18 50:8 51:5,23 52:20 53:24 54:14 55:24 56:12 57:6,18 58:8 58:10,20 59:12 61:17,22 62:14 63:13 64:5 65:2,10 66:3,8 66:18
**answer** 5:17 9:11 10:2,5,13 11:23 13:12 16:16 37:6 41:22 57:9
**answered** 11:8
**answering** 5:9
**answers** 4:7
**anticipation** 48:3,4
**anymore** 26:3
**Apartment** 4:20
**appears** 68:11
**applies** 9:6,13 10:7,7
**approximately** 10:17,18 22:11
**April** 8:11
**area** 54:19 62:10
**areas** 33:12 54:23
**arrive** 29:17 30:3,6,7 44:18 44:24,25 45:5 45:12 48:10 59:3
**arrived** 19:11 24:5,19 34:22 55:18
**asked** 9:9 11:7 14:12,16 23:7 41:5 53:15 57:8
**asking** 5:3 9:18 9:19 37:2
**asks** 9:25 10:9
**attorney** 2:3 9:5 9:12,24 10:6 10:23 13:25 23:2 64:17 65:23
**attorneys** 2:8 3:4 9:7,8,11 10:4,5
**audibly** 16:16
**authorized** 3:14
**auto** 6:17,18
**automotive** 6:16 6:19
**available** 29:21 29:23 55:14,16 55:16
**Avenue** 27:20,23
**average** 56:22
**aware** 14:5,7 59:10
**a.m** 32:11 40:5 40:10 44:13
**a/k/a** 1:11

B

**B** 67:7
**back** 43:20 54:8 55:20 64:12
**background** 6:15
**badge** 16:5 54:16
**bag** 24:15,18,23 31:17,25 36:16
**bags** 17:8 23:16 23:17 24:3,4,6 24:8,10 31:12 32:23,25 34:23 40:19,21,21,24 41:6 44:11 51:15,20 52:6 52:8,13 54:13 56:24
**Baltic** 41:15,15 41:20 42:4 46:22
**basis** 36:22
**bathe** 55:5
**bathroom** 39:20
**beginning** 32:16
**Behalf** 1:5
**believe** 13:9
**benefits** 64:2
**Bergen** 29:4
**best** 10:13 38:21 41:3 58:17
**birth** 8:8,10
**Block** 61:25 62:6 62:7,12,19
**blood** 68:15
**born** 8:7
**bothered** 32:21
**bought** 25:18,20 26:22,25
**Boulevard** 1:23
**box** 31:12,18,19 31:24
**Boy** 7:23,24
**break** 5:13,18 15:8,14 36:5 38:9 39:11,22 52:21,25 65:25
**breaks** 39:9
**bring** 28:11 40:18
**Brooklyn** 4:21 27:19
**BRYANT** 1:4
**building** 27:16 27:17,22,24
**burly** 16:2
**burned** 57:14
**Bushwick** 19:9
**button** 54:6
**buy** 20:24 25:17 26:2,15,19

C

**C** 2:2 4:10 68:2 68:2
**Cabral** 7:15
**Caesar** 53:16,16 53:16
**calculate** 56:6,9 56:16
**calculated** 56:17
**calculating** 56:8
**calculator** 56:15
**calendar** 20:11 20:16,18 21:2 21:3,8,10
**call** 21:21,23 23:23 24:2 32:18 36:12 37:21 38:2 42:5,6 46:25 52:23 53:14,15
**called** 4:2 53:16 55:6 57:12
**calling** 35:15,25
**cancel** 36:17
**car** 24:15 25:7 25:10,14 26:10 26:15 27:2,5,6 32:11 34:16 49:12 51:12 56:24
**card** 14:14 15:2 15:2,5,19,24 17:3 54:16,17 67:14,21,22
**cars** 26:5
**case** 28:5
**cash** 50:24
**CATERING** 1:11,12
**CECILIA** 1:4
**cell** 20:10,11,18
**cents** 49:19 50:2 50:2
**certain** 38:15 47:13
**certification** 3:6
**certify** 68:4
**change** 22:6 36:15 41:10 42:3
**changed** 10:25

22:4,8 31:6 41:14,15
**changing** 33:11
**check** 14:8 20:10 20:11 50:13,15
**checked** 35:7
**checking** 21:5
**checks** 36:5 50:23 51:4
**check-in** 35:4 37:15
**children** 7:21
**choose** 32:2 39:3
**CHOW** 1:3
**citizen** 7:3
**City** 58:19
**claim** 44:2
**claiming** 13:6
**claims** 5:4 64:17
**clean** 14:13 19:17
**cleaning** 27:15 27:16,17
**cleans** 40:22
**client** 9:5,12,24 10:6 31:17 32:24,24 33:14 36:14,14,16 38:3,5
**clients** 23:14 32:20 33:12 37:25
**close** 29:9
**closed** 31:25
**cold** 24:8
**Collective** 12:2 67:11
**come** 16:23 53:14
**comes** 20:18,24 22:20
**commencement** 68:8
**communicate** 45:14 52:3
**communications** 9:6,10 10:11
**companies** 22:4 22:6,9
**company** 13:8 13:10,13 14:5 14:7 18:25 19:10,13 27:21 30:8 40:18 43:20 44:9,20 44:24 47:8 51:21 54:8 55:7,19 57:2 57:16 62:4 65:15
**compensation** 51:7 59:23 60:21 61:16 64:10
**Complaint** 8:14 67:9
**computer** 37:14 39:6 43:16 65:6
**concerning** 5:4
**concerns** 43:23
**confirming** 21:6
**connected** 68:15
**Connecticut** 29:5
**Consent** 12:11 67:12
**considered** 59:10
**constantly** 33:11 35:25 52:3
**continue** 36:8,10
**continues** 42:5
**contract** 17:14 17:18
**contractor** 53:20 59:11,15 62:5
**contractors** 13:14
**conversations** 10:3
**cooked** 57:15
**copy** 15:6,24
**CORP** 1:10,12
**Correa** 1:16 4:17,22 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 12:12 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1,21 67:4,12 68:5
**Correa's** 15:18 67:13
**correct** 18:6 20:9 26:16,23 27:10 28:13 33:16 34:17 40:6 41:18 45:2 46:4 49:17 59:5,17
**CORRECTION** 69:3
**counsel** 55:25 68:11,19
**County** 29:4
**Courier** 1:10 17:20 67:15
**court** 1:1 3:17 16:17
**coworkers** 24:3
**Crossways** 2:9
**CRV** 25:15,18 25:21,24 26:8 26:23
**currently** 6:7
**customer** 33:6,9
**CV** 1:8
**C-A-B-R-A-L** 7:15

**D**

**D** 4:2,2 67:2
**daily** 56:10,16
**damaged** 25:17
**dare** 62:2
**date** 8:8,10,16 8:19 10:16 12:4,14,25 15:21 17:22 60:3,6
**DAVID** 1:4
**day** 21:9 28:24 29:16 30:17 43:7 44:5 45:18,18,19 50:20 53:7,12 54:24 55:3 56:23 57:12 58:13 66:23 68:6,21
**days** 30:19 42:13 42:16,17,18,25 43:2 57:9,10
**decal** 16:20
**decals** 16:10 17:2 54:16
**declare** 61:25
**declared** 63:11
**deducted** 63:15 64:9
**Defendant** 1:16
**defendants** 1:14 2:8 4:25
**Defendant's** 8:15,18,21 11:14 12:3,6 12:12,16 13:23 15:20,23 17:3 17:21,24 60:2 60:5,8 61:5 67:8
**degree** 6:22
**deliver** 29:3,7 31:10 32:11 34:16 36:19 37:7 38:12,15 39:4 42:13 43:3 51:16 52:6,13 56:25 57:23
**delivered** 32:3 33:15,19 35:5 35:9 37:10 57:17 58:18
**deliveries** 23:19 25:8 29:11 39:10,23 40:6 40:10 48:14 54:13,25 56:4 57:3 64:20
**delivering** 28:10 40:17
**delivery** 36:17 36:18 37:16
**depending** 46:23
**deposition** 3:13 10:8 16:15
**describe** 6:14 56:12
**DESCRIPTION** 67:8,20
**despite** 16:5
**diesel** 6:17,18,19
**Diet** 1:9,10,10,11 1:12 6:11,11 6:11,12,13 10:18 11:3,6 11:10 13:8,10 14:9,10,15,23 15:3 16:7,9 17:5,8 18:6,9 18:21 19:3,4 20:23 21:9,14 21:17 23:11,21 26:16,20,22 27:9,14 28:9 41:11 42:18 48:21,23 51:8

53:6 54:12,20 56:5 57:19 58:13,14 59:20 65:22
**different** 21:21 21:22 23:5 28:19 34:25
**directly** 68:17
**discipline** 48:2
**disciplined** 47:20,24
**disclose** 9:9
**disclosing** 10:2
**discount** 31:14
**discounted** 31:16
**discuss** 14:2
**DISTRICT** 1:1 1:2
**doctor** 48:19
**document** 8:20 8:24 9:2 10:15 11:15 12:8,20 12:22 13:2,5,6 13:23 18:3 60:9,12,14,15 60:16 61:7,9 61:13 62:20
**documents** 14:9 14:11,16,18,21 14:22 17:20 19:19 21:12,15 21:18 64:16 66:12,15 67:16 67:24
**doing** 30:23,23 43:10 54:22 56:13
**dollar** 49:19 50:5
**Dolowich** 1:18 2:8
**Dominican** 6:21 7:18
**door** 16:13
**doors** 16:8
**double** 43:10,11
43:13
**Dr** 2:9
**drinking** 40:4
**drive** 46:17 50:11
**driver** 14:14 15:2,18 41:3 67:13
**drivers** 18:21 19:14 41:6
**Driver's** 67:21
**driving** 39:13,25
**dropped** 33:2 34:22 35:16 36:16
**drop-off** 32:23
**drugs** 5:24
**Duchman** 1:13 65:17,18
**duly** 4:3,11 68:7
**d/b/a** 1:11

**E**

**E** 2:2,2 4:2,2,10 67:2,7 68:2,2
**earlier** 23:23 34:9
**earliest** 30:2,12 56:23 57:8,10 58:12
**early** 33:21,23 45:17
**easily** 16:23
**eat** 39:12,13 55:5
**EBT** 8:17 67:10
**educational** 6:14
**effect** 3:16
**either** 45:10 48:18
**eliminated** 35:17
**employ** 68:19
**employed** 6:7
**employee** 62:5
**empty** 24:3 34:23 40:19,21 40:21
**ENERGY** 40:4
**English** 4:7,8 5:2 11:10 16:12 19:9 27:17 36:8
**enter** 17:14 32:22 54:19
**entire** 23:21 40:2 59:19
**erased** 22:5
**ERRATA** 69:2
**ESQ** 2:5,10
**events** 10:10
**evidence** 15:7,14
**exact** 10:16 12:25 42:11 58:14
**Exactly** 27:23
**Examination** 1:15 4:14 67:3 68:5,13
**examined** 4:12
**example** 44:6
**Exhibit** 8:15,18 8:22 11:14 12:3,6,13,16 13:23 15:20 17:21,24 60:2 60:5,8 61:6
**expected** 40:9
**expense** 48:20
**expenses** 63:16
**explain** 38:3
**Express** 1:9,10 1:12 14:6 17:19 67:15
**extent** 66:14
**extra** 13:14
**E-ZPass** 49:10

**F**

**F** 68:2
**facilities** 41:17
**facility** 24:5 29:17,18 33:25 35:21 41:10 42:9 45:2
46:14 47:3
**fact** 51:10
**fair** 44:16 58:9
**faithfully** 4:5
**fall** 16:25
**far** 16:14 33:12 43:19 44:21 46:14,22
**Fax-718-291-6...** 1:25
**February** 8:7
**feel** 28:4
**Fernando** 1:3 2:16 13:24 14:2
**fifty** 29:9 49:19 50:2,2
**file** 2:11 61:23 62:22,24 63:5 63:8
**filed** 63:4 67:23
**filing** 3:5
**fill** 20:2
**filled** 12:23,24
**filling** 17:17 20:5
**fine** 15:15 53:2 66:18
**finish** 5:9 21:18 23:16 24:9 28:25 29:15 32:9 37:22 40:13 42:20,21 42:22,23,24 43:13,17,18 44:19
**finished** 6:24 44:11 55:9
**finishing** 44:21
**FIRM** 2:3
**first** 4:11 7:14 9:2 10:15 11:4 14:8 20:2 21:9 23:10,12 24:4 25:16 33:10 45:19 50:22
**firsts** 47:7
**five** 52:8
**five-minute** 52:21 65:25
**FL** 1:10,11,11,12 1:12
**following** 28:25 29:16
**follows** 4:13
**food** 17:8 21:22 23:25 39:14,17 57:14
**force** 3:15
**form** 3:9 59:25 60:4 67:17,18
**four-by-four** 25:22
**free** 36:19 37:7
**freezer** 40:20
**Fresh** 1:9,10,10 1:11,12 6:11 6:11,11,12,13 10:18 11:3,6 11:10 13:8,10 14:9,10,15,23 15:3 16:7,8 17:5,8 18:6,9 18:21 19:3,4 20:23 21:9,14 21:17 23:11,21 26:16,20,22 27:9,14 28:9 41:11 42:18 48:21,23 51:8 53:6 54:12,20 56:5 57:19 58:13,14 59:20 65:22
**Friday** 42:23 53:13
**friend** 18:14,15 18:20
**front** 16:8,22
**further** 3:8,12 55:21 66:6,9

**G**

**garbage** 27:15

27:17
**gas** 48:24 49:5
**gasoline** 6:19
**GEICO** 25:13
**Generally** 40:9 42:8
**gestures** 16:19
**getting** 33:11 40:3 47:11
**gift** 22:17
**girl** 7:23
**give** 21:15,18 22:17,25 28:14 28:18 31:4 32:21 34:19,24 36:12 37:23 38:2,21 41:8 44:6 48:10 50:9,23 51:15 51:20 52:6,8 52:13 56:10,21 58:14,25 61:13
**given** 4:7 14:25 16:21 33:4 53:22 54:8,11
**giving** 25:25 50:25 51:2 57:9
**go** 1:11 19:5,22 19:23 24:14 25:21 28:22 32:5 33:24 39:20 40:18,19 47:2 48:19 55:6,9,21,21 62:6
**going** 5:3 6:5 8:23 11:13 12:19 14:20 17:4 18:2 26:21 27:8 28:10 31:2 32:20 33:22 37:20 38:20 45:15 48:8,9 51:19 52:4 54:19,25 55:22 56:9 59:13 60:7 61:4 62:3 63:2 66:10,16
**Gonzo** 1:18 2:8
**good** 4:22,23 22:21 52:24
**government** 61:24
**GPS** 33:13
**grab** 1:11 40:23
**graduated** 6:23
**Guzman** 1:5 13:24 14:3

**H**

**H** 67:7
**half** 46:23
**hand** 68:21
**handing** 8:22 11:14 12:7,17 15:23 17:25 60:10 61:7
**hands** 31:21
**hang** 40:21
**happen** 47:18 48:12 54:9
**happened** 23:20 36:14 51:22 53:11
**happening** 40:15
**HARMAN** 2:3
**head** 41:21,25 62:13
**health** 64:7
**heard** 65:20
**held** 1:17 68:6
**help** 21:23 23:24 24:21 34:14 45:10,10 57:13 59:3
**hereunto** 68:20
**HERNANDEZ** 1:3 2:16
**HOLDINGS** 1:11
**home** 11:2 46:18 62:9
**homes** 32:22
**Honda** 25:15,18 25:21,24 26:8 26:23
**hour** 46:23
**hours** 13:14 21:21 42:3 43:7,21,23 44:2,5,7,23,24 55:15,20,23 56:3,9,16,17 64:24 65:4
**house** 10:25 33:23 34:23 35:3
**HTC** 20:21
**Hussain** 1:12 14:10,17
**H&R** 61:25 62:6 62:7,12,19

**I**

**ice** 40:20 44:11
**identification** 8:16,19,21 12:4,6,13,16 15:19,21,23 17:22,24 60:3 60:6,8 61:5 67:14
**imagine** 51:25
**immediately** 18:24 26:3
**impair** 6:3
**implement** 35:13
**including** 13:18
**income** 63:12
**independent** 53:19 59:11,14
**Index** 1:8
**indicate** 31:24
**indicated** 14:22
**indicating** 15:3 15:5 16:12 20:19 31:23 38:20
**indirectly** 68:17
**Individually** 1:5 1:12,13,13
**influence** 5:24
**inform** 40:14
**information** 18:23 23:8 32:19 36:13
**informed** 39:21
**inside** 24:24
**instructions** 5:20 33:3
**insurance** 13:19 25:10,12 48:19 64:7
**insurances** 26:4
**interacted** 65:15
**interested** 68:17
**interpreter** 2:14 4:3,13 18:18 64:11
**investigate** 54:22
**involve** 10:11

**J**

**J** 2:5 4:10 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1
**JACKSON** 1:4,4
**Jamaica** 1:24
**January** 18:12 20:8 26:11 27:3
**Jersey** 28:22 29:3,12 32:5 37:11,12
**Jersey/Upstate** 28:21
**JLC** 1:8
**job** 14:25 21:24 34:10 45:11 55:9 65:16
**jointly** 63:8,9
**Jojairo** 18:16,16
**Juan** 1:16 4:17 66:21 67:4 68:5
**Juany** 1:5 13:24 14:3
**Judah** 1:13 65:9 65:11
**Junior** 8:4
**jury** 55:22
**J-O-J-A-I-R-O** 18:19

**K**

**KAHANE** 68:4 68:25
**Katiuska** 7:14
**Kaufman** 1:18 2:8
**keep** 21:13 22:3 22:18 23:7 24:6 64:19,24 65:4,7 66:11
**KENNETH** 1:3
**kept** 24:10 64:22
**keys** 32:19,22
**kind** 20:16,20 25:14
**kitchen** 23:12,15 34:9,13 57:13
**knew** 37:13
**know** 5:7,14

10:20 13:2 18:16 19:2 21:5,10 26:21 27:8 28:9,11 30:25 31:3 33:22 36:18 37:10 42:6,7 47:12 48:3,4 50:3,6,12,12 51:18,22 55:18 59:13 60:14 62:11,16 63:18 65:9,13,17,21
**knowledge** 58:17
**K-A-T-I-U-S-...** 7:14

**L**

**L** 3:2 4:2
**Languages** 2:15
**late** 1:9 6:12 14:5 17:11,15 17:18,19 32:20 33:23 35:3 47:6,10,11,13 47:17,21,25 48:8 50:6 51:4 51:8 53:23 54:12,22 60:25 61:20 64:3,20 64:25 65:5 67:15
**latest** 30:5,15 57:11
**LATTIMORE** 1:5
**lawsuit** 43:22
**lawyers** 10:12
**learn** 18:13 45:20
**learned** 18:22
**leave** 15:10 24:14 34:5 44:9 47:2 56:24 57:3,23
**left** 13:19 23:18 34:15 35:12,19 57:15 62:19
**leftover** 49:4
**Let's** 8:12
**license** 14:12 19:16 67:21
**life** 47:9
**list** 23:13,18 28:14 32:16 34:19 38:21,24
**listen** 28:7
**little** 16:2 45:15
**live** 28:2 46:14 46:22
**lived** 46:16,16
**LLC** 1:23
**LLP** 1:18 2:8
**located** 27:22
**locations** 41:10 58:19
**logo** 17:9
**long** 7:16 26:10 38:7,9,9 46:17 46:19,25 54:9
**longer** 22:19 53:17,20
**look** 19:23 38:20
**looking** 18:21 56:15
**looks** 16:2
**lot** 24:2 25:24,25 29:9,10 43:21 43:21 58:4 59:2,7
**lots** 54:21

**M**

**M** 4:2
**magnetic** 16:6 16:10,20 54:16
**maintain** 65:14
**maintenance** 49:11
**majority** 28:4 58:22,23 59:4
**MALDONADO** 2:14
**manifest** 43:12 50:9
**manifestations** 17:9
**manner** 32:2 38:22
**map** 39:7
**March** 53:7,9
**mark** 8:12 15:6
**marked** 8:14,18 8:21 11:14 12:3,5,12,15 13:23 15:19,22 17:3,20,23 60:2,5,7 61:5
**MARQUIS** 1:4
**marriage** 68:16
**married** 7:11,16 7:18
**matter** 4:3 51:10 68:18
**meal** 24:18,24 35:4,9
**meals** 28:10,12 31:10 32:3,11 33:15,19,24 34:6,15 35:19 38:12,15 40:17 41:18 42:9 54:15 56:25 57:5,17,23 58:18
**mean** 32:4 46:3
**medical** 13:19 48:18
**medications** 5:22
**meet** 5:2 65:15
**MELISSA** 68:4 68:25
**message** 36:6 45:21
**messages** 22:3 22:22 23:4
**met** 13:24 14:3
**MICHAEL** 1:5
**mile** 49:25 59:16
**miles** 25:20,24 25:25 46:16 49:23 50:10
**minimum** 56:18
**minutes** 46:20
**mischaracteri...** 35:24 36:24
**missing** 37:25
**mistake** 31:13 31:15
**Monday** 21:11 42:20,25
**Monsters** 40:4
**months** 22:13 27:7,9
**morning** 28:25 29:2,16 32:9 32:12 37:24 38:5 43:6,18 44:10,20,22
**motor** 19:23
**mountains** 25:22
**moved** 42:3

**N**

**N** 2:2 3:2 4:2,2 4:10 67:2
**name** 4:16,24 7:13,14,15,25 8:3 12:22 18:15,17 27:21 60:16 61:9 62:16 65:9,17 65:20
**names** 32:17
**nearby** 62:8
**necessary** 9:17
**need** 5:13 19:16 41:22 43:25 52:22 55:20
**needed** 21:23 23:24 24:3 25:22 53:17,20
**never** 51:11 54:7 64:7,9,22
**new** 1:2,19,19,21 2:4,4,9 4:4,12 4:21 20:24 22:20 28:21,21 28:22,23 29:3 29:4,6,12,12 32:5 33:11 37:11,11 58:19
**Nice** 5:2
**night** 1:9 6:12 14:5 17:11,15 17:18,19 19:21 19:22 23:10 24:4 28:23,24 29:12,14,15 31:2 32:20 34:4,5 36:17 38:4 40:2 43:5 43:14 48:6 50:6 51:4,8 53:23 54:12,23 55:2 57:16 60:25 61:20 64:3,20,25 65:5 67:15
**nights** 43:3
**nods** 41:21
**non-employee** 60:21 61:16
**Non-Party** 1:15
**noon** 46:3,6
**Notary** 1:21 4:4 4:11 66:25
**Noted** 66:19
**notice** 1:17 8:17 12:2 67:10,11
**November** 8:9
**number** 19:7,8 34:20 38:2 58:14 59:2 60:18 61:11
**numbers** 32:17 56:11
**NY** 1:10,10,10
**N.Y** 1:24

**O**

**O** 3:2 4:2,2,10
**oath** 3:15

**objection** 8:2 9:3 11:7 13:11 14:24 17:12,16 24:17,20,25 25:5 26:17,18 27:11 29:13,24 30:21 31:7 32:7,13,14 33:17,20 34:2 34:7,18 35:6 35:10,23 36:21 36:23 37:17 39:5 40:7,11 41:7 42:10,19 43:8 44:3,14 45:3,25 47:14 48:7,16 49:2 49:18 50:8 51:5,23,24 53:24 54:14 55:24 57:6,18 58:8,10,20 59:12 61:17,22 63:13 64:5 65:2
**objections** 3:9
**offered** 14:10
**office** 19:12 23:13 35:8,20 52:23
**officer** 3:14
**offices** 1:17
**Oh** 9:20
**okay** 5:12,15,19 9:22 10:14 12:18 15:12 28:6 36:7,11 66:3,17
**old** 8:6 19:9
**once** 37:22 50:18 55:9
**oOo** 4:9
**open** 31:12 32:22 42:18 66:11
**order** 24:13 26:15 31:9 34:16,20,20,24 38:15,19
**organize** 24:12
**organized** 23:17
**outcome** 68:18
**outside** 58:19
**overnight** 33:15 33:19 37:15
**owned** 27:2

**P**

**P** 2:2,2 3:2
**pack** 23:25 24:22
**package** 31:11 34:14
**packed** 24:15
**packing** 23:16 23:24 24:9 25:4
**PAGE** 67:3,8,20
**PAGE/LINE** 69:3
**paid** 48:25 49:3 49:16,22,24 50:3,16,18 51:13 59:16
**paper** 31:4 35:18 38:18 64:21
**paperwork** 20:2 20:5
**Park** 2:9
**particular** 30:17
**parties** 3:5 68:16
**party** 68:10
**pay** 13:18 48:24 49:11,19 50:6
**paycheck** 17:10
**paying** 13:15
**PC** 2:3
**pee** 39:18,18
**pending** 5:16 11:20 36:6 38:8,10 52:22 66:12
**people** 28:2 31:21 57:13 62:2 65:15
**perform** 25:7 26:16 29:11 54:12
**performed** 18:5 23:11
**performing** 18:9 54:25 56:4 64:3
**permanent** 7:7,8 7:9
**person** 32:18,18 51:19 54:4 62:16
**personal** 13:18
**personally** 30:22
**Persons** 1:6
**PETER** 2:5
**phone** 20:10,11 20:17,19,20,22 22:16 23:5 32:17 42:6 53:14,22 56:6
**phones** 21:4 54:7
**Phonetically** 18:18
**photocopied** 15:9,11
**pick** 36:3
**picked** 34:23
**pickup** 41:18 42:9
**piece** 31:4
**place** 6:9 10:10 36:15
**placed** 23:18
**places** 29:8,10
**Plaintiff** 2:16
**Plaintiffs** 1:7 2:3
**Plaintiff's** 15:4
**plastic** 31:22
**please** 4:16,19 5:7,8,13,17 55:25 56:7
**police** 31:20 54:18,22
**Pollack** 2:10 4:15,24 8:12 9:16,20,25 10:9 11:19 14:20 15:4,13 36:11,22 37:2 53:2 59:8 63:2 65:24 66:6,10 67:4
**Porter** 27:15
**position** 18:13 36:15
**possession** 22:23
**prepare** 24:8 40:20 43:16
**presence** 9:8,10 10:4
**present** 2:13 50:11
**press** 54:6
**previously** 37:5
**prior** 22:16 23:4
**privilege** 9:6,12 9:24 10:7
**problem** 35:2
**problems** 40:3 62:3
**produce** 66:16
**production** 14:21 63:3 66:12 67:19
**professional** 6:23
**professionally** 6:17
**project** 54:7
**propounded** 4:6
**protected** 9:23
**provide** 44:4
**provided** 19:19 64:16
**Public** 1:21 4:4 4:11 66:25
**punching** 56:11
**pursuant** 1:17
**put** 16:6,12,21 24:12 31:12,21 34:21 35:17 40:20,21
**p.m** 1:20 30:12 30:18 44:13,17 45:2,6,8,12,24 46:8,10,12 52:20 57:21,24 58:2,6,18 66:19

**Q**

**quarterly** 63:5
**question** 3:10 5:8,9,16,17 11:19 28:4 36:6 37:3 38:8 38:10 47:19,23 52:22 56:2 58:12 61:6
**questions** 4:6 5:4,7 6:5 9:9 9:25 10:6,8,10 28:7 66:7,9
**quick** 52:23

**R**

**R** 2:2,15 4:10,10 68:2
**read** 64:12,13
**ready** 21:22 24:23 33:24 38:21 47:4,5 55:5,5,6 57:5 57:17,21 58:6 58:18,22,24 59:5
**realize** 52:4
**really** 33:12 44:21 49:20
**reason** 54:2,3
**receive** 10:22 17:3 38:11 51:7 60:12,25 61:19 64:2
**received** 10:18 13:22 14:8

17:2,10 46:25 64:7
**recess** 15:16 53:3 66:4
**recollection** 11:24
**record** 4:16,18 14:13 19:16 59:8 64:13,19 64:22,24 65:4 65:7 68:13
**referring** 14:11
**refuse** 48:14
**regarding** 64:17
**reimbursed** 49:5 49:9
**relationship** 65:21
**relevant** 66:15 67:24
**remember** 10:16 10:24 11:24,25 12:10,24 14:4 17:17 18:4,8 19:7,8 20:4,5,7 22:11 23:9 26:12 30:17 47:15,16 49:24 52:16,17 55:13 57:12 62:21 63:10,11,14,15 63:17,25 64:18 65:23
**remind** 9:4 38:7
**repair** 51:12
**repairs** 49:14 51:13
**repeat** 9:15,19 9:20,21 21:16 47:19,22
**rephrase** 5:8
**report** 48:20
**reporter** 5:10 16:17 64:14
**represent** 4:24
**representative** 62:7 63:24
**represented** 68:11
**Republic** 6:21 7:19
**request** 14:21 63:3
**requested** 66:13
**requesting** 5:18
**REQUESTS** 67:19
**require** 9:9 10:2
**required** 21:15 21:17,17 31:9 34:12 64:21
**requirement** 32:10
**requirements** 27:4
**reserve** 66:11
**reserved** 3:10
**residency** 14:13 19:18 67:21
**resident** 7:6,7,8 7:9
**residential** 27:24 54:19,23
**respective** 3:4
**respond** 6:4
**responsibility** 13:17
**rest** 34:10 45:11
**result** 56:10
**return** 21:12 41:6 44:13 63:12,16 64:21
**returned** 19:24 20:6 35:21 40:24
**returns** 61:23 62:22,24 63:4 63:19 67:23
**right** 15:5 17:11 30:13 66:11
**rights** 13:7,7,9
**room** 24:9
**route** 28:16 30:25 33:4 35:22 36:13 38:22,23 39:2 39:16 40:12 43:11,13 48:5
**routes** 28:19,20 30:20,23,24 40:25 43:10,10
**run** 44:22

**S**

**S** 2:2 3:2,2 4:2 67:7
**salaries** 13:20
**Saturday** 42:24 43:3,4,5,6
**saw** 11:4
**saying** 17:4 58:4
**says** 16:7 59:9 60:20,23 61:15 62:4,4
**schedule** 21:13 21:20
**schedules** 21:22
**Schloss** 1:13 65:9,13
**sealing** 3:5
**Security** 14:14 19:18 60:18 61:11 67:22
**see** 9:2 10:15 19:7,16 39:7 60:20,23 61:15
**seen** 8:23 11:15 12:8,19 18:2 60:9 61:7
**Seigel** 19:6,6,9 29:19 33:25 41:20 46:15,18 50:22 51:2
**sell** 25:19,23 26:2
**send** 10:24 22:2 45:21
**sent** 22:17
**September** 1:20 68:6,21
**series** 5:4
**services** 1:10 17:20 53:17,21 67:16
**set** 68:20
**seven** 42:17,18 42:25,25
**seventy-two** 56:17
**shake** 41:24
**shakes** 62:13
**sheet** 33:3,4 37:19,22 69:2
**short** 52:24
**Shoveling** 27:16
**show** 11:13 27:16 39:6 42:8 44:17 45:20 54:20 60:7 61:4
**showed** 15:25 30:18 47:20,24
**showing** 8:20 12:5,15 15:22 17:23
**sick** 48:13,15
**sides** 16:7,22
**signed** 3:13,16
**Similarly** 1:6
**Situated** 1:6
**sixty** 29:9
**sleep** 55:8,10
**slow** 22:21
**smaller** 31:22
**snow** 16:25
**Social** 14:14 19:18 60:18 61:11 67:22
**software** 22:20
**sorry** 36:2,9 42:2 64:11
**SOUTHERN** 1:2
**Spanish** 2:14 4:7 4:8 16:11,13 19:8,10 27:15
**speak** 33:6,8
**specifically** 52:17
**speed** 45:11
**spoke** 62:17
**start** 28:24 29:14 39:7 42:20,21 42:22,23,24
**started** 18:8 20:8 20:23 21:6 26:6,11 27:2 28:8 33:21 50:22,25 51:2
**Starting** 29:22
**state** 1:21 4:4,12 4:16,18 32:24 38:18 54:6 55:22
**statement** 58:9
**states** 1:1 7:3 15:2
**stating** 24:14
**STENOGRAP...** 1:23
**stenographica...** 68:9
**STEVEN** 2:14
**stick** 16:13
**STIPULATED** 3:3,8,12
**stop** 35:16 39:15 39:16,18,20 49:20 50:4 53:5 54:5,6 59:16
**stopped** 16:24 54:18,21
**stops** 23:14 29:9 33:22 49:23
**straight** 39:25 55:10
**street** 1:19 2:4 4:20 19:7 29:19 33:25 41:15,20,20 46:15,18,22
**studies** 6:24
**submit** 48:20
**Subscribed**

66:22
**Suite** 1:19,23 2:4 2:9
**Sunday** 42:24 43:4
**supposed** 43:13
**Supposedly** 43:15
**sure** 11:22 20:12 34:10 65:19
**sustain** 13:20
**Sutphin** 1:23
**sworn** 3:14,16 4:3,11 66:22 68:7
**Syed** 1:12 14:10 14:17 19:12,15 21:17,21,25 22:2,22 28:14 28:18 29:20,25 30:10,22 31:3 34:19 35:25 36:12 37:9,10 37:23 38:2,14 38:20 39:6,19 40:14 41:3,8 42:5 43:9 45:4 45:4,14,21 47:2 50:9,11 50:11,13 51:22 52:11 53:14 54:3 55:6 60:13 61:13 64:21 65:3,6 65:16
**Syed's** 53:13

**T**

**T** 3:2,2 4:2 67:7 68:2,2
**take** 5:10,13 15:13 16:17,18 36:5 38:8 39:9 39:11,22 44:23 44:23 45:18 46:17 52:21 56:8,14 59:14 59:14 65:24
**taken** 1:16 15:16 53:3 66:4 68:9
**talking** 5:11 31:15
**tax** 61:23 62:22 62:24 63:3,12 63:16,19,24 67:23
**taxes** 13:15 59:22 60:15 63:22 64:9
**technician** 6:16 6:24
**telephone** 22:10
**tell** 18:20 29:20 36:2 38:14 39:19 41:9 45:4 50:24 52:5,12 56:3,7
**telling** 37:15
**Tel-718-291-6...** 1:24
**Ten** 7:10,17 46:20
**Ten-year** 7:10
**TERESA** 1:4
**testified** 4:13 37:4
**testimony** 35:24 36:25 68:8,9
**text** 21:25 22:3 22:22 23:4
**texts** 22:2
**Thank** 20:14
**They'd** 58:6
**thing** 23:20,22 31:20
**things** 16:6 45:16
**think** 9:16 26:14 47:15 48:13 52:24 55:13 63:9 65:10,25
**three** 16:20 28:18
**Thursday** 42:22
53:12
**time** 3:10 5:17 15:17 20:3,24 21:14,18 22:7 22:8,20 23:21 25:3 29:20,21 29:22 30:10,23 33:10 34:21,22 35:15 37:20 38:4 40:13 41:11 42:11 45:5,22 47:22 48:13 49:12 50:15 52:24 53:4 54:5 55:19 56:23 58:22,23 59:4 59:19 66:5,19
**times** 11:2 24:23 33:7 45:9 47:13 54:21 56:18 58:21
**tired** 39:23
**today** 5:3,22,25 6:5 8:24 11:16 12:9,20 18:3 60:10 61:7
**told** 19:12 30:11 41:3 52:8,10 53:14,15,16,19 55:11,15 62:2
**tolls** 49:7,8,9
**touch** 35:8,20
**traffic** 44:22,24 46:24
**training** 6:20 38:11
**transcribed** 68:10
**transcript** 68:12
**translate** 4:5
**transmission** 25:17
**trial** 1:15 3:11 68:5,13
**triple** 43:10
**Troutman** 4:20
**true** 68:12
**truthfully** 6:4
**try** 10:12 65:14
**Tuesday** 21:6,7 21:12 42:20,21 50:23
**twelve** 44:5,7 56:18,20
**twenty-four** 55:14
**two** 11:2 22:13 28:18 30:20 41:17 44:23,23 46:16
**type** 31:12,18,19 31:24

**U**

**U** 3:2 4:10
**Uh-huh** 22:15 30:14
**underneath** 60:23
**understand** 5:6 5:20 16:16 33:13 43:22
**understanding** 13:4 43:25
**understands** 11:22
**Understood** 16:4
**United** 1:1 7:3
**Upstate** 29:4,6 32:6 37:11,12
**use** 31:20 56:20

**V**

**V** 4:2
**varied** 43:7,9 50:17 57:19,20 58:4,13,15 59:2,7
**various** 30:23,24
**vary** 29:25 38:23 42:12 45:23,23 58:25
**vehicle** 13:16 16:6,8 19:23 23:17 24:13 25:16,22
**vehicles** 24:11 26:19
**verbal** 41:22
**verbally** 56:13
**violated** 13:7,10 13:13
**violating** 13:14
**visa** 7:5,6,9,10
**Voluck** 1:18 2:8

**W**

**wait** 23:15
**waiting** 53:13
**waived** 3:7
**walkie-talkie** 54:4,5
**want** 9:4,21 11:21 15:13 32:21 36:7 38:6,9
**wanted** 32:6,23 32:25 34:17,25 35:13 36:15,20 39:3 52:10 54:3 55:17
**Washington** 27:20,20,23
**wasn't** 28:17 49:20,21
**way** 23:17 25:20 30:19 33:21 35:14 37:8 41:4 43:19 45:10 47:8,9 48:18
**Wednesday** 42:21,22 50:24
**Wednesdays** 50:21 51:2
**week** 42:14,16 42:17,18 50:18 50:20 54:10 56:3
**weekly** 56:10

19:12 20:3 21:11 23:12,13 23:15 61:25 63:24
**weren't** 35:20 49:5
**West** 2:4
**We'll** 15:10
**we're** 5:10
**WHEREOF** 68:20
**WHITE** 1:4
**wife** 63:25
**wife's** 7:13 8:10
**William** 1:19
**WILLIAMS** 1:4
**withheld** 59:22
**witness** 1:16 4:6 4:8,10 9:5,14 10:14 11:22 15:12 16:15 36:7 38:7 41:21 62:13 67:3 68:7,14 68:20
**Woodbury** 2:9
**work** 7:5 13:17 14:10 15:2 18:5,9 19:17 20:23 21:9 22:19 23:11 26:16,20,21 27:2 43:21 44:7 49:16 53:15 55:12 56:10 59:19 64:3
**worked** 6:10 19:2 21:14 23:21 27:13 42:15 43:23 44:2 49:12 54:7 55:23 56:4 64:25 65:5
**workers** 34:10 35:14 37:20 45:11
**working** 11:3,6 11:9,9 13:16 17:5 19:4 20:8 21:19 27:9 28:8 34:9,9 41:11 42:25 51:20 53:5 54:20
**wouldn't** 13:16 23:22 31:11 45:17,18 48:2 62:2
**write** 37:19,21
**written** 18:17 37:18 41:14 65:3

**X**

**x** 1:3,14 67:2,7

**Y**

**Yale** 2:10 4:24 67:4
**yeah** 29:14
**year** 10:20 22:14 26:13 53:8 63:6,7
**years** 7:10,17
**York** 1:2,19,19 1:22 2:4,4,9 4:4,12,21 28:21,23 29:4 29:6,12 58:19
**YS** 1:11,12

**Z**

**Zaimi** 1:13 65:17

**$**

**$25** 31:14,16
**$48,785.35** 61:15 61:19
**$52,000** 60:25 63:11

**0**

**055611-0002** 2:11

**1**

**1:00** 46:8
**10:00** 34:4,5 43:20
**100** 1:18
**10019** 2:4
**10038** 1:20
**1099** 13:15 59:25 60:4 67:17,18
**11** 8:11
**11:00** 57:16
**11217** 41:16
**11237** 4:21
**11435** 1:24
**11797** 2:9
**12** 1:8 67:11,12
**12:00** 45:24 46:2 46:3
**13** 8:13,15,22 67:9
**135** 2:9
**14** 8:13,18 11:14 53:9 67:10,21
**14th** 53:7
**15** 12:3,6 67:11 67:13
**16** 12:13,16 13:23 67:12
**17** 15:20,23 17:3 67:13,15
**18** 17:21,24 67:15
**19** 60:2,8 67:17

**2**

**2:00** 46:10
**2:26** 1:20
**20** 1:20 60:5 61:6 67:18
**20th** 68:6,21
**200** 2:4
**2003** 7:2 26:2
**2005** 25:15 26:7 26:8,22
**2008** 25:19,25
**201** 2:9
**2011** 18:12 20:8 26:6,11 27:3,3 59:25 61:2 62:22 63:4,5 63:22 67:17,23
**2012** 8:7 10:21 60:4 61:19 62:24 67:18
**2013** 1:20 53:9 66:23 68:7,21
**215** 1:19
**231** 4:20

**3**

**3A** 4:20
**3:00** 30:4,12,18 44:8,12 46:12 47:4 57:2
**305** 1:23

**4**

**4** 8:9 20:8,15 67:4
**4th** 18:12 21:7
**4:00** 44:8 52:20
**4:39** 66:19
**4339** 1:8
**475** 27:20,23

**5**

**5** 8:7
**5-hour** 40:4
**5:00** 29:15 32:9 32:11 37:24 38:5 40:5,10 43:17 44:8,13 44:17 45:2,6 57:3,5,21,24
**52,000** 60:23
**57th** 2:4
**588** 41:15

**6**

**6:00** 43:17 45:8 45:12 57:4,5 58:2,6
**60** 67:17,18
**63** 67:23
**66** 67:24

**7**

**7:00** 43:17 58:18 58:21,22 59:5
**711** 39:15

**8**

**8** 67:9,10
**8:00** 44:10,13,20
**83** 8:9
**86** 8:11
**8900** 1:23

**9**

**900** 2:4
**98** 25:19 26:25