[Page 1]

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  ----------------------------------------x
   FERNANDO HERNANDEZ, KENNETH CHOW,
4  BRYANT WHITE, DAVID WILLIAMS, MARQUIS ACKLIN,
   CECILIA JACKSON, TERESA JACKSON,
5  MICHAEL LATTIMORE, and JUANY GUZMAN, Each
   Individually, And On Behalf Of All Other
6  Persons Similarly Situated,

7                          Plaintiffs,

8          -against-          Index No:
                              12 CV 4339 (ALC)(JLC)
9
   THE FRESH DIET, INC., LATE NIGHT EXPRESS
10 COURIER SERVICES, INC. (FL), FRESH DIET EXPRESS
   CORP. (NY), THE FRESH DIET - NY INC. (NY),
11 FRESH DIET GRAB & GO, INC. (FL) a/k/a
   YS CATERING HOLDINGS, INC. (FL) d/b/a
12 YS CATERING, INC. (FL), FRESH DIET EXPRESS
   CORP. (FL), SYED HUSSAIN, Individually,
13 JUDAH SCHLOSS, Individually, and ZAIMI DUCHMAN,
   Individually,
14                      Defendants.
   ----------------------------------------x
15

16

17              EXAMINATION BEFORE TRIAL of

18 the Plaintiff, KENNETH CHOW, taken by the

19 Defendant, pursuant to Notice, held at the

20 offices of Kaufman, Dolowich, Voluck & Gonzo

21 LLP, 100 William Street, Suite 215, New York,

22 New York 10038, on September 24, 2013, at

23 9:46 a.m., before a Notary Public of the State

24 of New York.

25

[Page 2]

```
 1
 2    A P P E A R A N C E S:
 3    THE HARMAN FIRM, PC
             Attorney for Plaintiffs
 4        200 West 57th Street, Suite 900
          New York, New York 10019
 5
      BY:   PETER J. ANDREWS, ESQ.
 6
 7
 8    KAUFMAN, DOLOWICH, VOLUCK & GONZO LLP
             Attorneys for Defendants
 9        100 William Street, Suite 215
          New York, New York 10038
10
      BY:   YALE POLLACK, ESQ.
11
          FILE #: 055611-0002
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

[Page 3]

```
 1
 2
 3
 4         S T I P U L A T I O N S
 5
 6         IT IS HEREBY STIPULATED AND AGREED by and
 7    between the attorneys for the respective parties
 8    herein, that filing, sealing and certification,
 9    and the same are, hereby waived.
10
11         IT IS FURTHER STIPULATED AND AGREED that
12    all objections except as to the form of the
13    question, shall be reserved to the time of the
14    trial.
15
16         IT IS FURTHER STIPULATED AND AGREED that
17    the within deposition may be signed and sworn to
18    by an officer authorized to administer an oath,
19    with the same force and effect as if signed and
20    sworn to before the Court.
21
22
23
24
25
```

[Page 4]

```
 1
 2         K E N N E T H   C H O W, the witness herein,
 3    having been first duly sworn by a Notary Public
 4    of the State of New York, was examined and
 5    testified as follows:
 6    EXAMINATION BY
 7    MR. POLLACK:
 8    Q.   State your name for the record, please.
 9    A.   Kenneth Chow.
10    Q.   State your address for the record,
11    please.
12    A.   3137 Coney Island Avenue, Brooklyn, New
13    York 11235.
14    Q.   Good morning, Mr. Chow.
15    A.   Good morning.
16    Q.   My name is Yale Pollack, and I represent
17    the defendants in this action.  Today I'm going
18    to be asking you a series of questions
19    concerning your claims in the action.
20    A.   Okay.  Yes.
21    Q.   If you don't understand any question
22    that I ask, just let me know and I'll rephrase
23    it.  Answer all questions verbally because the
24    court reporter needs to take down the answers.
25    I'm going to ask you to wait for me to finish
```

[Page 5]

```
 1              K. Chow
 2    the question before answering because the
 3    reporter can't take us both talking at the same
 4    time.
 5         If you need to take a break at any point
 6    during today's deposition, please let me know.
 7    The only request I have with that is that if
 8    there's pending, please answer that question
 9    before asking to take the break.
10         Do you understand those instructions?
11    A.   Yes.
12    Q.   Are you taking any medications today?
13    A.   No.
14    Q.   Are you under the influence of drugs or
15    alcohol?
16    A.   No.
17    Q.   Is there anything else that may impair
18    your ability to truthfully respond to my
19    questions today?
20    A.   No.
21    Q.   Have you been deposed before?
22    A.   No.
23    Q.   Are you currently employed?
24    A.   Yes.
25    Q.   Who is your employer?
```

[Page 6]

K. Chow

1
2  A.   MTA.
3  Q.   Where are they?
4  A.   The address they have on my check is at
5  130 Livingston Street.
6  Q.   Where is that?
7  A.   In Brooklyn, New York 11201.
8  Q.   What do you do for the MTA?
9  A.   I'm currently working as a train
10 operator.
11 Q.   How long have you been working for the
12 MTA?
13 A.   This month's going to be my fifth month.
14 Q.   When did you start?
15 A.   I was inducted around April 29th of this
16 year.
17 Q.   Were you a train operator the whole
18 time?
19 A.   Yes.
20 Q.   Did you work anywhere else before the
21 MTA?
22 A.   Yes.
23 Q.   Where?
24 A.   I work for A-1 International SCI.
25 Q.   What is A-1 International SCI?

[Page 7]

K. Chow

1
2  A.   It's also like a courier-based company,
3  deliver mostly computer parts.
4  Q.   What did you do for A-1 International
5  SCI?
6  A.   Deliveries.
7  Q.   Deliveries of what?
8  A.   A mixture of computer parts, some
9  Amazon, soap.com, diapers.com.
10 Q.   Were you an employee or an independent
11 contractor of A-1?
12 A.   Independent contractor.
13 Q.   How were you paid by A-1 International?
14 A.   Weekly.
15 Q.   Weekly?
16 A.   Our tolls reimbursed.
17 Q.   Was it a commission-based structure?
18 A.   It's like commission-based based by
19 mile, based on distance depending on the vendor
20 that you deliver.
21 Q.   How long were you working for A-1
22 International?
23 A.   About three months.
24 Q.   Can you give me those dates?
25 A.   I would say the middle of June of last

[Page 8]

K. Chow

1
2  year through the beginning of September of last
3  year.
4  Q.   June 2012 to September 2012?
5  A.   Yes.
6  Q.   How did your relationship with A-1 end?
7  A.   End?  I just left -- I just left the
8  job. I felt the pay wasn't right, and I have a
9  pending litigation against them.
10 Q.   You left voluntarily?
11 A.   Yes.
12 Q.   What'd you do between September 2012 and
13 April 2013 for income?
14      MR. ANDREWS:  Objection.
15      You can answer if I object.
16    It's just for the record.
17      Do you understand the question?
18 A.   Could you rephrase it again?
19 Q.   Were you employed by anyone between
20 September 2012 and April 2013?
21 A.   On the side, I was looking for a job as
22 an unemployed.  So it wasn't basically like
23 full-time job, so I work like in and out, not
24 every day, just like working like a side job.
25 Q.   What kind of side jobs?

[Page 9]

K. Chow

1
2  A.   Small deliveries, flower deliveries.
3  Q.   Who'd you perform flower deliveries for?
4  A.   T. Rena Weddings/Events.
5  Q.   Can you spell that?
6  A.   T, period, R-E-N-A, Weddings/Events.
7  Q.   Were you an employee of T. Rena?
8      MR. ANDREWS:  Objection.
9  A.   I'm sorry.  Would you rephrase it?
10 Q.   Were you an employee of T. Rena?
11      MR. ANDREWS:  Objection.
12 A.   Yes, I was an employee.
13 Q.   Before the MTA, you did have other
14 employment?
15 A.   Yes.
16 Q.   Between the time of A-1 and MTA?
17 A.   Yes.
18 Q.   How were you paid by T. Rena?
19 A.   I was paid by -- by stops.
20 Q.   Was it, again, a commission-based
21 structure?
22      MR. ANDREWS:  Objection.
23 A.   Yeah, but delivery.  It's like $5 per
24 delivery.
25 Q.   Anybody else you performed side jobs for

[Page 10]

K. Chow

1    between September 2012 and April 2013?
2    A.    I did like minor small gig for TV shows
3    as an audience.
4    Q.    What TV show?
5    A.    Jeremy Kyle Show.
6    Q.    Any others?
7    A.    The CBS, The Job.
8    Q.    You got paid for those --
9    A.    Yes.
10   Q.    How'd you get paid?
11         What was your compensation?
12   A.    Jeremy Kyle, beginning, they were paying
13   like $50 for two shows in form of a gift card.
14   After that, they start reducing it to two shows
15   but like for $25 for two shows.  That's in the
16   form of a gift card.  The one with CBS, The
17   Job, they pay $50 per taping in cash.
18   Q.    This is to be an audience member?
19   A.    Yeah, audience member.
20   Q.    Any other side jobs between
21   September 2012 and April 2013?
22   A.    Just one day side job for one of the
23   client.  I think it's only like -- I think 120
24   something dollars for the trial of the work.
25

[Page 11]

K. Chow

1    Just driving him around city.
2    Q.    Any other jobs you can think of between
3    that time period, September 2012 and
4    April 2013?
5    A.    That's all I have.
6    Q.    Did you work with anyone before A-1?
7    A.    Yeah, The Fresh Diet.
8    Q.    Are you married?
9    A.    No.
10   Q.    Were you ever married?
11   A.    No.
12   Q.    Do you have any children?
13   A.    No.
14   Q.    Can you describe your educational
15   background?
16   A.    Some college, about one and a half
17   years.
18   Q.    Where?
19   A.    CCNY.
20   Q.    High school diploma?
21   A.    Yes.
22   Q.    From where?
23   A.    Abraham Lincoln High School, 1998.
24   Q.    Did you go to CCNY right after high

[Page 12]

K. Chow

1    school?
2    A.    Yes.
3         At that time, I was -- at the same time
4    college, I was employed by the United States
5    Postal Service, December of '99, and worked
6    through -- until February of 2006.
7    Q.    What'd you do for the Postal Service?
8    A.    It's vary jobs.  I used to be as a
9    marker clerk, automated marker clerk.  Then I
10   got transferred to a mail processor, then mail
11   handler, then back to mail processor.
12   Q.    How were you paid by the Postal Service?
13   A.    They paid per hour and a salary.
14   Q.    Can you explain that?
15         When did you get hourly?
16         MR. ANDREWS:  Objection.
17   Q.    When did you get paid per hour?
18   A.    Bi-weekly, we get paid.
19   Q.    From what years?
20   A.    From 1999, December 1999, to when I
21   resigned from the job as of February 2006.
22   Q.    You said you were paid hourly and a
23   salary, correct?
24   A.    Yes.
25

[Page 13]

K. Chow

1    Q.    What was your hourly rate?
2    A.    At that time, I started working -- on
3    December 1999, my starting pay was 13.50 an
4    hour.
5    Q.    Did it change during your tenure?
6    A.    Yes.  Six year -- my sixth year when I
7    left, I started -- I ended at around 19.50 an
8    hour.
9    Q.    What salary did you receive during that
10   time?
11   A.    They multiplied that by -- to get the
12   hourly rate, by 2,000.  That's how I get the
13   salary.
14   Q.    Can you explain that?
15   A.    They paid by hour.  The salary is based
16   on the standard 2,080 hours per year.
17   Q.    Do you know what the salary was in 1999?
18   A.    At that time, I wasn't like a full-time
19   regular.  I was like a part-time flexible.
20   Q.    Did you work overtime when you worked
21   for the Postal Service?
22   A.    Yes.
23   Q.    How do you know you worked overtime?
24         MR. ANDREWS:  Objection.
25

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

[Page 14]

K. Chow

1
2   A.    Anything over eight hours or more than
3   forty hours a week, eight hours a day or more
4   than forty hours a week.
5   Q.    What were you paid if you worked
6   overtime?
7   A.    Time and a half.
8   Q.    13.50 times time and a half?
9   A.    Yes.
10        And even with union contract, anything
11  more than ten hours a day is double time, or
12  more than fifty-six hours a week, double time.
13  Q.    You were part of a union?
14  A.    Yes.
15        With the exception with mail handler.
16  Mail handler union still time and a half
17  because how many hours you work.  In the clerk
18  craft, anything more than ten hours a day or
19  more than fifty-six hours a week is double pay.
20  Q.    To the best of your recollection, the
21  terms and conditions of your employment were
22  governed by a collective bargaining agreement?
23        MR. ANDREWS:  Objection.
24  A.    Correct.
25  Q.    You said you resigned from the Postal

[Page 15]

K. Chow

1
2   Service?
3   A.    Yes.  I voluntarily resigned.
4   Q.    What'd you do after that?
5   A.    After that, I was like searching for
6   small business opportunities.
7   Q.    Did you find any?
8   A.    I found three, but three weren't
9   successful as I thought I was expecting.
10  Q.    What'd you do for work between the time
11  you resigned from the Postal Service and
12  started working with The Fresh Diet?
13        MR. ANDREWS:  Objection.
14  A.    At the beginning, I first found a cruise
15  agency, like a franchise.
16  Q.    What'd you do for the cruise agency?
17  A.    Like a franchisee selling cruises.
18  Q.    When did you do that?
19  A.    That should be around like March of 2006
20  until they terminate contract is around May of
21  2009.
22  Q.    What other opportunities were you
23  involved with?
24  A.    Cell phone -- phone line, cell phone
25  business.

[Page 16]

K. Chow

1
2   Q.    When was that?
3   A.    That's around the same time.
4   Q.    You were working both jobs at the same
5   time?
6         MR. ANDREWS:  Objection.
7   A.    Yeah, I was operating those business at
8   the same time.
9   Q.    Were you owners of those businesses?
10  A.    Yes.
11  Q.    Did you have any partners?
12  A.    No, just myself.
13  Q.    What were the names of the businesses?
14        What was the name of the cruise agency?
15  A.    Cruise Planners.
16  Q.    What about the cell phone?
17  A.    Cell phone is just get my own website.
18  It's freecellies.com.
19  Q.    Free what?
20  A.    Cellies, C-E-L-L-I-E-S,.com.
21  Q.    I think you mentioned maybe a third
22  business opportunity; is that correct?
23  A.    Yeah.  It's like a towel business.
24        MR. ANDREWS:  Towel?
25        THE WITNESS:  Yes.

[Page 17]

K. Chow

1
2   Q.    When did you work in the towel business?
3   A.    It's about the same time too.
4   Q.    Were you performing all three jobs
5   between March 2006 and May 2009?
6         MR. ANDREWS:  Objection.
7   A.    Except for those two.  Those two I
8   didn't make no money.  I just like let it go as
9   of -- as I didn't make no money, I said limited
10  income, and I decide to call off.
11        MR. ANDREWS:  He's asking you
12     about the dates, if you can recall the
13     dates.
14  A.    Oh, the cell phone business, I would
15  say -- I call it off on the business at around,
16  let's say, 2007.
17  Q.    When you said "those two," which two
18  were you referring to?
19  A.    The towel -- I was talking about the
20  cell phone business.  The towel, I didn't make
21  no money, so I call off on the same year.
22  Q.    What was the name of the towel business?
23  A.    Towel business?  I don't recall the
24  website.  I have the -- they gave me a website
25  for my own website.  I don't recall it.

[5]  (Pages 14 to 17)

[Page 18]

K. Chow

1
2   Q.   I'm going to ask for a blank area in the
3   transcript right now, and if you could recall,
4   if you could just insert that when you get the
5   transcript, I would appreciate it.
6           (Information later provided.)
7   Q.   What happened in May 2009?
8   A.   The franchise terminated my contract
9   because I wasn't producing sales for the
10   franchiser.
11   Q.   Cruise Planners?
12   A.   Yes.
13   Q.   Did you have any other work at the same
14   time?
15   A.   I was working for The Fresh Diet.  I was
16   fully employed for The Fresh Diet.
17   Q.   When did you start with The Fresh Diet?
18   A.   Approximately November of 2008 as a
19   part-time.  Then I was put on company payroll
20   as of January 23rd of 2009.
21   Q.   When you said you were put on "company
22   payroll," what do you mean?
23   A.   Put on full-time status.
24   Q.   What was that?
25   A.   Put as a -- part-time status eventually

[Page 19]

K. Chow

1
2   became full-time status.
3   Q.   When you were working part-time status,
4   what do you mean?
5   A.   I say it's about three to four days of
6   work.
7   Q.   What days were you working?
8   A.   It varies.
9   Q.   You were doing that from November 2008
10   to January 23, 2009?
11   A.   Yeah, same thing, part-time.
12   Q.   Three to four days per week?
13   A.   Three to four days.  Like I said, it
14   varies.  Like I said, could be two to four
15   days.
16       It varies, but like I said, weekends
17   usually I cover for Mr. Hussain for Manhattan.
18   I cover two routes for Manhattan.
19   Q.   Were there any days of the week you
20   didn't work?
21   A.   Saturday night.
22   Q.   When you say you were put on full-time
23   status on January 23, 2009, can you explain
24   what that means?
25   A.   Oh, I was given a route, my own route.

[Page 20]

K. Chow

1
2   Q.   That's what you mean by "full-time
3   status"?
4           MR. ANDREWS:  Objection.
5   A.   Yes.
6   Q.   When you were given your own route, how
7   many days were you working?
8   A.   I would say five -- five days.  And on
9   the weekend, I could switch over to do
10   Mr. Hussain's route and the other driver's
11   route on Friday nights.
12   Q.   Is that six days total?
13   A.   Six days total.
14   Q.   What were you doing for Cruise Planners
15   from November 2008 to January 2009?
16   A.   I had limited activity selling cruises
17   and devoting most of the work doing part-time
18   with Fresh Diet.
19       And even though with Fresh Diet, I have
20   another job also in there doing part-time
21   delivering papers, newspapers.
22   Q.   You were doing that during the day?
23           MR. ANDREWS:  Objection.
24   A.   During the night as well too.
25   Q.   You were selling cruises and selling

[Page 21]

K. Chow

1
2   newspapers at the same time you were performing
3   part-time work for The Fresh Diet?
4   A.   Yes.
5           MR. ANDREWS:  Objection.
6   Q.   From November 2008 to January 2009?
7   A.   Correct.
8           MR. ANDREWS:  Objection.
9   Q.   Who were you delivering newspapers for?
10   A.   There's a company named Mitchell's.
11   Q.   What newspapers were you delivering?
12   A.   New York times, Wall Street Journal,
13   Daily News, New York Post.
14   Q.   When were you performing the newspaper
15   deliveries?
16   A.   I would say around approximately
17   October 2008 until by around Christmas of
18   December of the same year.
19   Q.   2008?
20   A.   Yes.
21   Q.   Why'd you stop?
22   A.   I couldn't handle two jobs at the same
23   time, so I devoted at the time to Fresh Diet.
24   Q.   Were you paid hourly by Mitchell's?
25   A.   Yes.

[Page 22]

K. Chow

1
2  Q.   What was your hourly rate?
3  A.   Actually, it's per day.  I'm sorry.
4  It's like $30 per day.
5  Q.   What were you doing with the
6  freecellies.com at that time?
7  A.   Oh, we just do advertising, marketing
8  just to get the customer to go website and get
9  free cell phones with a service contract.
10  Q.   Is that still an active website?
11  A.   Not -- it's active, but no -- no sales,
12  no reported sales activity.
13  Q.   When was the last sale?
14  A.   Last sale, I would say, is approximately
15  around 2008.
16  Q.   Do you own the domain?
17  A.   Oh, that domain is gone.
18  Q.   Did you buy the domain originally?
19  A.   Yes, with the package.
20  Q.   When did the towel business stop?
21  A.   The same year, 2006.
22  Q.   2006?
23  A.   Yes.
24       And that domain is gone too.  I could
25  give you a domain name.  It was Towel Mania.

[Page 23]

K. Chow

1
2  Q.   You remember the domain name now?
3  A.   Yeah.
4  Q.   What happened on January 23, 2009?
5  A.   I was given an assignment that reported
6  on Sunday.  I reported to the company.  I was
7  given an assignment on a manifest.
8  Q.   By who?
9  A.   By Mr. Syed Hussain.
10  Q.   This was different than any of the other
11  days you had been performing work?
12  A.   Could you rephrase it again?
13  Q.   You said on January 23rd you became
14  full-time, correct?
15  A.   Yes.
16  Q.   What was different on January 23rd
17  compared to other days you had been performing
18  work?
19  A.   Meaning what date?
20  Q.   From November 2008 until
21  January 23, 2009.
22  A.   Oh, at that time, he gave me like mostly
23  like Friday night work.  When he's off on
24  Friday nights, I would cover the route for him.
25  Q.   From November 2008 to January 23, 2009,

[Page 24]

K. Chow

1
2  you weren't working on Friday nights?
3       MR. ANDREWS:  Objection.
4  A.   I was working on Friday nights.
5  Q.   When were you covering routes for
6  Mr. Hussain?
7  A.   On Friday nights when he takes off.
8  Q.   Did he take off every Friday night
9  between November 2008 and January 23, 2009?
10  A.   Yes, all the time.
11  Q.   I'm showing you a document that's been
12  previously marked as Defendant's Exhibit 13 on
13  September 20, 2013 (handing).
14       I'm going to ask, before today, have you
15  seen that document?
16       MR. ANDREWS:  I just want to
17       mention, you do not have to and should
18       not discuss conversations you've had
19       with your attorneys.  That's attorney
20       client privileged, but if you can answer
21       questions without disclosing what you
22       discussed with attorneys, you can answer
23       the questions.
24       Do you want the question
25       repeated?

[Page 25]

K. Chow

1
2  A.   I don't really understand.  Could you
3  rephrase it?
4  Q.   Before today, have you seen that
5  document?
6  A.   That, I haven't seen it.
7  Q.   You have not seen it?
8  A.   (Witness shakes head.)
9  Q.   You have to give a verbal answer.
10       MR. ANDREWS:  You have to say
11       yes or no to the lady.
12  A.   No.
13  Q.   Do you see your name in the caption of
14  the complaint?
15  A.   Yes, I see my name on the caption in the
16  complaint.
17  Q.   Is it the second name after
18  Fernando Hernandez?
19  A.   Yes, the second name.
20       (Whereupon, Notice of EBT was
21       marked as Defendant's Exhibit 21, for
22       identification, as of this date.)
23  Q.   I'm now showing you what's been marked
24  for identification as Defendant's Exhibit 21,
25  and I'm going to ask if you've seen that

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

K. Chow

1
2 document before today (handing).
3 A.    I did not see the letter, but I was
4 given a phone call.
5        MR. ANDREWS:  Again, you don't
6        have to disclose what you discussed with
7        your attorneys or with people working at
8        our firm.
9 Q.    Who were you given a phone call by?
10       MR. ANDREWS:  Objection.
11 A.    By my attorney.
12 Q.    You have not seen Defendant's Exhibit 21
13 before today?
14 A.    No.
15 Q.    Did you talk to anyone before today's
16 deposition --
17       MR. ANDREWS:  Objection,
18       vagueness.
19 Q.    -- in preparation for today's
20 deposition?
21       MR. ANDREWS:  Objection.
22       Again, you don't have to
23       disclose what you discussed with
24       attorneys.
25 A.    Yes.

K. Chow

1
2 Q.    Who did you speak with?
3 A.    I spoke to Fernando Hernandez,
4 Juan Correa.
5 Q.    Anyone else?
6 A.    David Williams, Bryant White, and
7 Teresa Jackson.
8 Q.    When did you speak with
9 Fernando Hernandez?
10 A.    Yesterday.
11 Q.    What did you speak with
12 Mr. Fernando Hernandez about?
13 A.    Anything related to the case.
14       MR. ANDREWS:  I'm sorry.  Was
15       the answer?  It did not relate to the
16       case?  What was the answer?  I didn't
17       hear it.  I'm sorry.
18       MR. POLLACK:  "Anything related
19       to the case," I believe he said.
20 A.    Related to the case itself.
21 Q.    Did you call Mr. Hernandez?
22 A.    He called me.
23 Q.    What did he say?
24 A.    He said he went to the deposition last
25 week.

K. Chow

1
2 Q.    Did he say whose deposition?
3 A.    He said he went to Mr. Correa's
4 deposition.
5 Q.    Did he tell you what happened at the
6 deposition?
7 A.    Yes.
8 Q.    What did he tell you happened at the
9 deposition?
10 A.    He say go over the questions like you're
11 questioning me right now.
12 Q.    Did he give you any instructions as to
13 how to testify today?
14       MR. ANDREWS:  Objection.
15 A.    That, I do not recall.
16 Q.    How long was your conversation with
17 Mr. Hernandez yesterday?
18 A.    About ten, fifteen minutes.
19 Q.    What time was it?
20 A.    Around -- that time, I was about to
21 leave work around 6:00 in the evening.
22 Q.    When did you speak with Mr. Correa?
23 A.    Correa, I would say last week.
24 Q.    Was this in person or over the phone?
25 A.    No.  It's on Facebook message.

K. Chow

1
2 Q.    You have a Facebook account?
3 A.    Yes.
4 Q.    How long have you had a Facebook
5 account?
6 A.    That, I do not recall.
7 Q.    You communicated with Mr. Correa over
8 Facebook Messenger?
9 A.    Correct.
10 Q.    What did you speak with Mr. Correa
11 about?
12 A.    About his deposition.
13 Q.    What did he tell you about his
14 deposition?
15 A.    He didn't say anything about deposition.
16 He just mention mostly about his unemployment
17 situation.
18 Q.    What'd he tell you about his
19 unemployment situation?
20 A.    That he got a letter that Fresh Diet
21 said that he was fired.
22 Q.    Do you know if his deposition had been
23 completed by the time you were speaking?
24 A.    That -- no.  I don't know his deposition
25 at that time.

K. Chow

1
2    Q.    Did you speak with anyone else from
3  The Fresh Diet over Facebook?
4              MR. ANDREWS:  Objection.
5    A.    Who else?  No.  Actually -- after that,
6  not really, only with -- the only person I
7  spoke with over the phone, Bryant White and
8  Teresa over the phone and David Williams.
9    Q.    You had a ten- to fifteen-minute call
10  with Mr. Hernandez last night, correct?
11    A.    Correct.
12    Q.    Did you speak about today's deposition
13  with Mr. Hernandez?
14    A.    Yes.
15    Q.    What did Mr. Hernandez say to you
16  regarding today's deposition?
17    A.    He said he would like to come with me
18  and have him sit down with me while I give the
19  deposition.
20    Q.    Did he tell you how to answer certain
21  questions that I may ask today?
22              MR. ANDREWS:  Objection.
23    A.    Yeah, similar questions that you asking
24  me right now.
25    Q.    Did he tell you how to answer them?

K. Chow

1
2    A.    No.  He just give me what kind of
3  question.  He didn't tell me how to answer
4  them.
5    Q.    Can you give an example of a question he
6  told you I may ask?
7    A.    Similarly asked like with Mr. Correa,
8  are you married, all the beginning stuff, have
9  you ever been married.
10    Q.    What else?
11    A.    Current address.
12    Q.    Anything about hours you may have
13  worked?
14              MR. ANDREWS:  Objection.
15    A.    No, nothing about hours.
16    Q.    Anything about pay you may have
17  received?
18    A.    No.
19    Q.    Just background information?
20    A.    Yeah, just the beginning, background
21  information.
22    Q.    When did you speak with David Williams?
23    A.    Last week.
24    Q.    Do you remember the day?
25    A.    I don't know what actual date.  I do not

K. Chow

1
2  recall.
3    Q.    Was it over the phone?
4    A.    Over the phone.
5    Q.    Did you call him, or did he call you?
6    A.    He call me first.  I didn't pick up.
7    Q.    Did he leave a message?
8    A.    He left -- I have a one unanswered call,
9  but I call him back.
10    Q.    What did you speak about with
11  Mr. Williams?
12    A.    He asked me about his deposition day,
13  where's the location.  He say he has to find
14  that the -- the location of the -- to give his
15  deposition.
16    Q.    Did he discuss your deposition?
17    A.    No.  No.
18    Q.    When did you speak with Bryant White?
19    A.    That's also last week too.
20    Q.    Was this in person or over the phone?
21    A.    Over the phone.
22    Q.    Did you call him, or did he call you?
23    A.    We were on three-way.
24    Q.    With who?
25    A.    With Mr. Hernandez.

K. Chow

1
2    Q.    What did you discuss during that phone
3  call?
4    A.    About Mr. White's case.
5    Q.    Who initiated the call?
6    A.    Mr. Hernandez.
7    Q.    Were all these calls to your cell phone?
8    A.    Yeah, through my cell phone.
9    Q.    What'd you speak about regarding
10  Mr. White's case?
11    A.    Well, Mr. White discuss about his
12  Workman's Comp. case.
13    Q.    Anything about this case?
14    A.    We only mention about telling to be
15  prepared for the upcoming deposition.
16    Q.    How were you to be prepared for the
17  upcoming deposition?
18    A.    We called directly with our attorneys.
19    Q.    When did you speak with Teresa Jackson?
20    A.    Last week too.
21    Q.    Was this in person or over the phone?
22    A.    Over the phone.
23    Q.    Did you call her, or did she call you?
24    A.    I call her.
25        Then she call me the next times that --

[Page 34]

K. Chow

1
2 about her schedule for deposition, that she has
3 to manage a different schedule date because
4 herself and her nephew, Marquis Acklin, they
5 live in the same house, so they don't want a
6 separate day. They want to go on the same day,
7 like different -- different sessions because
8 they have a long commute.
9 Q.   Why did you call her?
10 A.   Oh, same thing, telling her about -- be
11 prepared for the deposition.
12 Q.   Did you provide any documents to your
13 attorneys concerning your claims in this
14 action?
15 A.   Yes.
16       (Whereupon, Verification was
17       marked as Defendant's Exhibit 22, for
18       identification, as of this date.)
19 Q.   I'm now showing you what's been marked
20 for identification as Defendant's Exhibit 22
21 (handing).
22       I'm going to ask, before today, have you
23 seen that document?
24 A.   Yeah, I seen it, and I signed it.
25 Q.   That is your signature on the document?

[Page 35]

K. Chow

1
2 A.   Yeah, this my signature (indicating).
3 Q.   You see where it says that you've read
4 Plaintiff's responses to Defendant's first set
5 of interrogatories and Plaintiff's responses to
6 Defendant's first set of document requests?
7 A.   Yes.
8       I read that as well too before I signed
9 it.
10 Q.   You read those documents before you
11 signed --
12 A.   Yes.
13 Q.   -- the document marked as Defendant's
14 Exhibit 22?
15 A.   Yes, correct.
16       MR. ANDREWS:  Objection.
17 Q.   Did you sign this document on
18 April 2, 2013?
19 A.   Correct.
20 Q.   I'm now showing you a document that's
21 been previously marked for identification as
22 Defendant's Exhibit 4 on September 17, 2013,
23 and I'm going to ask if you've seen that
24 document before today (handing).
25 A.   You say what date for this, September --

[Page 36]

K. Chow

1
2 Q.   You can look at the document.
3 A.   No, I never seen this.
4 Q.   I'm now showing you what's been
5 previously marked for identification as
6 Defendant's Exhibit 5 on September 17, 2013,
7 and I'm going to ask you if you've ever seen
8 that document before today (handing).
9       MR. ANDREWS:  I just want to
10       state for the record that the rules
11       require that copies be made available to
12       attorneys as well.  As a courtesy to
13       Mr. Pollack, I will share the witness'
14       copy, but I expect to be provided with
15       copies going forward in other
16       depositions.
17 A.   I don't see that.  I saw the other one,
18 the top at the beginning.
19 Q.   Excuse me?
20 A.   The only thing I don't see, I do not see
21 these response (indicating).
22 Q.   You've never seen those responses?
23 A.   No, only just document request.
24 Q.   Looking back at Defendant's Exhibit 22,
25 do you know which documents you reviewed before

[Page 37]

K. Chow

1
2 you signed this document (handing)?
3       MR. ANDREWS:  Objection.
4 A.   This document is only a few pages about
5 representing the interest of all the workers.
6 It's only a few pages.
7 Q.   Are you aware of the company Late Night
8 Express Courier Services, Inc.?
9 A.   I'm sorry.  Could you rephrase it?
10 Q.   Have you ever heard of the company Late
11 Night Express Courier, Services, Inc.?
12 A.   Of course.
13 Q.   I'm going to refer to Late Night Express
14 Courier, Services, Inc. as Late Night for the
15 remainder of the deposition if that's okay with
16 you.
17 A.   Yes.
18 Q.   What do you know Late Night to be?
19       MR. ANDREWS:  Objection.
20 A.   The only -- you see on the 1099, put it
21 every week, and the CEO of Late Night is
22 Zaimi Duchman.
23 Q.   You said you got something every week
24 with Late Night on it?
25 A.   Yeah.

[Page 38]

K. Chow

1
2       MR. ANDREWS:  Objection.
3    A.    Yeah, pay stub every week, except for
4    like vacation.  Then you don't get paid for
5    that.
6    Q.    What do you understand The Fresh Diet to
7    be?
8           MR. ANDREWS:  Objection.
9    A.    Fresh Diet?  Bag, booklet, shirt, magnet
10   (handing).
11          MR. ANDREWS:  Let the record
12          reflect that Mr. Chow has placed several
13          items on the table.
14   A.    We come to work every day, and we
15   deliver Fresh Diet bag to the same client.  We
16   get IDs that say Fresh Diet.  We get magnets.
17   We have to identify ourselves in case we get
18   pulled over by the cops or pull into a driveway
19   to a client's house.  Bags with menus with the
20   client's name saying whose name is it, the
21   address, and menu they order for that night.
22   If it's new clients, we insert a new Fresh Diet
23   booklet to let them know how to get acquainted
24   with Fresh Diet.  Shirts, same thing, we got to
25   identify ourselves just in case doorman,

[Page 39]

K. Chow

1
2    police, security guard would ask us what
3    apartment are you delivering with, which house
4    are you delivering with overnight.
5           MR. ANDREWS:  You don't have to
6           raise your voice.  It's okay.
7           THE WITNESS:  I know.  I'm
8           sorry.
9    A.    So the doorman, security guard asks us
10   okay, what apartment.  They may call the
11   client, ask them you expect a delivery.  Client
12   would ask who is this, what company.  They
13   would say Fresh Diet.
14          And when we make phone calls on certain
15   stops where we have to pick up keys, drop-off
16   keys, we make arrangements to Fresh Diet client
17   telling hello, this is Ken with The Fresh Diet,
18   may I speak to such and such and such and such,
19   okay, I would like to know when I could
20   schedule for key pickup, is it 9:00 would be
21   possible.  Client say yes.  Okay.
22          And we ring the bell, same thing.  They
23   would ask us the same question, who's this.
24   This is Ken with The Fresh Diet, I'm here to
25   pick up the key.  Okay, I buzz you in.

[Page 40]

K. Chow

1
2           MR. ANDREWS:  Is that your
3    answer?
4    A.    Same thing with ID too.  ID, doorman,
5    security guard would say the same thing.  Okay.
6    What company are you representing.  Here's my
7    ID.  It would say The Fresh Diet.
8           And the CEO of Fresh Diet is
9    Zaimi Duchman, and Judah Schloss is the COO,
10   Chief Operating Officer.
11          And one more thing.  Read that
12   contract that I gave you.  This says it include
13   roadside assistance (indicating).  So if Fresh
14   Diet provided us a AAA account under their name
15   and put it under using South Florida AAA
16   account, so what does it say on the contract,
17   roadside assistance?  Because they made
18   promises to us.  Mr. Schloss and former
19   logistic manager, Sandy Ornelas, with a group
20   of drivers in the meeting say they going to
21   provide us roadside assistance, cell phones,
22   bonuses, raises.
23   Q.    Do you mind if I go make a copy of this?
24   A.    Sure.
25          MR. ANDREWS:  Can we go off the

[Page 41]

K. Chow

1
2    record?
3           (Whereupon, a recess was taken
4           at this time.)
5           (Whereupon, Copy of AAA
6           membership information was marked as
7           Defendant's Exhibit 23, for
8           identification, as of this date.)
9    Q.    I'm now showing you what's been marked
10   for identification as Defendant's Exhibit 23
11   (handing).
12   A.    Yes.
13   Q.    Is that a copy of a piece of paper that
14   you were just showing me from your wallet?
15   A.    Yes.
16   Q.    What is this a document of?
17   A.    It's a document for roadside assistance
18   with AAA that the company, The Fresh Diet,
19   provided.
20          During a meeting, they promise us that
21   they going to give us roadside assistance, cell
22   phones, like walkie-talkies, to communicate,
23   and promise bonuses and raises --
24   Q.    Go ahead.
25   A.    -- in the presence of former logistic

K. Chow

1  manager, Sandy Ornelas, Mr. Syed Hussain, and
2  Judah Schloss.
3
4      Q.    When was this meeting?
5      A.    That's around as of late 2010.  I would
6  say in the fall of 2010.
7      Q.    Did you have AAA before the fall of
8  2010?
9      A.    Yes.
10         I had my own AAA, but this AAA that the
11  company provided is not just for myself, for
12  the drivers.
13      Q.    You had, for the record, placed a bag, a
14  booklet, a shirt, and what you say is a
15  magnetic on the table.
16      A.    Car magnet.  I said ID card.  I had it
17  before.  I lost it.  Hats.  I have it
18  somewhere, misplaced.
19      Q.    Say that again.  Sorry.
20      A.    Hats.
21      Q.    You had hats?
22      A.    (Witness nods head.)
23      Q.    You said you had an ID card?
24      A.    ID card.
25      Q.    You don't have that anymore?

K. Chow

1
2      A.    No.
3      Q.    What is your understanding of
4  The Fresh Diet's business?
5             MR. ANDREWS:  Objection.
6             MR. POLLACK:  What's the basis
7         of the objection?
8             MR. ANDREWS:  You haven't
9         established that the witness would have
10        an understanding of The Fresh Diet's
11        business.
12      Q.    Do you have an understanding of
13  The Fresh Diet's business?
14      A.    It's a gourmet delivery company.
15      Q.    What does it deliver?
16      A.    Fresh daily meals.
17      Q.    Who does it deliver to?
18      A.    It delivers to high-end clients that
19  have the money to spend, celebrities.
20  Celebrities like Sherri Shepherd, Jonah hill,
21  baseball player Pablo Sandoval, former Giants
22  wide receiver Steve Schmidt.
23      Q.    Do you have an understanding of the
24  relationship between Late Night and
25  The Fresh Diet?

K. Chow

1
2      A.    It's the same owner, Zaimi Duchman.
3      Q.    Why do you believe Zaimi Duchman is the
4  owner of Late Night?
5      A.    Every day we report to work, we always
6  report to work to Fresh Diet facility, Fresh
7  Diet facility.  We always have Fresh Diet
8  clients, consistent.  Every day, same amount of
9  clients from Fresh Diet.
10      Q.    Why do you believe Zaimi Duchman is the
11  owner of Late Night?
12      A.    You check it through the Florida
13  Department of Corporation website.  That's the
14  name.
15      Q.    When did you do that?
16      A.    When did I do that?
17      Q.    Yes.
18      A.    Oh, I been doing that for -- for months.
19      Q.    What did you see that listed
20  Zaimi Duchman as the owner of Late Night?
21      A.    The owner of Late Night is always by
22  him.  Like he say, arranged -- only I saw it on
23  a Florida Department website, corporation
24  website.  I see his name, that's all.
25         It may also have the same address with

K. Chow

1
2  The Fresh Diet as well too.
3      Q.    What address is that?
4      A.    9429 Harding Avenue.
5             MR. ANDREWS:  Harding?
6             THE WITNESS:  Yes.
7      Q.    Where is that?
8      A.    Surfside, Florida.
9      Q.    Did you ever meet Mr. Duchman?
10      A.    Yes, once.
11      Q.    When?
12      A.    This was about 2009, earlier 2009.
13      Q.    Where?
14      A.    Oh, in -- I would say in New York.
15      Q.    Where?
16      A.    The old kitchen, 192 Seigel Street.
17      Q.    Did you speak with him?
18      A.    No.  I just say hi.
19      Q.    That was it?
20      A.    That's it.
21      Q.    You said a Mr. Judah Schloss is the COO
22  of Fresh Diet; is that correct?
23      A.    Yes, Chief Operating Officer.
24      Q.    What is the basis of your understanding
25  that Mr. Schloss is the COO?

American Stenographic

Telephone:718-291-6600          www.Americansteno.com

K. Chow

1
2  A.  He's frequent because I see him sometime
3  comes down to New York kitchen to take a look
4  at the operation and speak to Mr. Hussain.
5  Q.  Why do you think he's the chief
6  operating officer?
7  A.  Freshdiet.com has it, the website.
8  Q.  Do you know when The Fresh Diet started
9  its operation?
10  A.  Approximately 2005.
11  Q.  Do you know where?
12  A.  In South Florida.
13  Q.  Do you know when they started their
14  operation in New York?
15  A.  Oh, they recently -- Mr. Hussain told me
16  in personal that they started -- they bought
17  the company and merged the company called
18  Balance For Life as of early of 2008.
19  Q.  When did this conversation with
20  Mr. Hussain occur?
21  A.  That occur like when I was -- got hired.
22  Q.  In November of 2008?
23  A.  Yes.
24  Q.  How did you learn of The Fresh Diet?
25  A.  Fresh Diet -- I respond to an add on

K. Chow

1
2  Craigslist.
3  Q.  Do you remember what the add said?
4  A.  That we call just a driver.
5  Q.  How did you respond to the add?
6  A.  Oh, call through the phone number,
7  Mr. Hussain's phone number.
8  Q.  You spoke with Mr. Hussain when you
9  responded to the add?
10  A.  Yes.  It's the same phone number that he
11  has right now.
12  Q.  How do you know that?
13  A.  I have the add somewhere in my hard
14  drive, but -- I have the add.
15  Q.  I'm going to request a copy of that
16  advertisement from your computer.
17      You called Mr. Hussain in response to
18  the add, correct?
19  A.  Yes.
20  Q.  What did you discuss with Mr. Hussain in
21  that phone call?
22  A.  About the procedure itself.  There's two
23  positions I was being offered.  One was
24  Connecticut route.  The other one was
25  Manhattan, New York, New York route.

K. Chow

1
2  Q.  What did you say in response?
3  A.  He said to me -- Mr. Hussain, he said
4  right now we only have Manhattan route, New
5  York, for the weekend, and he said it was
6  stated on the add as like pay $4 per stop, and
7  Connecticut it's an average about 200 miles a
8  day.
9  Q.  Did you accept the position?
10      MR. ANDREWS:  Objection.
11  A.  I say I would like to do Manhattan, the
12  New York route.
13  Q.  This was all over the phone?
14  A.  Yes.
15  Q.  What was the next step in this process?
16  A.  He tell me go meet him 5:00 p.m. the
17  first day at the catering place called
18  San Carlo.
19  Q.  Can you spell that?
20  A.  S-A-N, space, C-A-R-L-O.
21      The address is 620 Stuyvesant Avenue.
22  Q.  Is that in Brooklyn?
23  A.  No, in Lyndhurst, New Jersey.
24  Q.  Did you meet him the following day at
25  San Carlo?

K. Chow

1
2  A.  Yes.
3  Q.  At 5:00 --
4  A.  I was waiting for him, yes.
5  Q.  At 5:00 p.m.?
6  A.  Yes.
7  Q.  What did you do that day?
8  A.  Oh, he give me two routes to try it out,
9  Manhattan route, his own route, and this other
10  guy named Nafis.
11  Q.  Was it for Fresh Diet?
12  A.  Yes.
13  Q.  Explain what happened that day.
14  A.  That day, he introduced me what we do.
15  We go to the freezer.  We pick up the bags
16  based on the route.  He give us a manifest.
17      MR. ANDREWS:  Just remember, you
18      have to make sure that your answers are
19      verbal.
20      THE WITNESS:  Okay.
21  A.  What we do is he introduced me to going
22  to the kitchen to the freezer, give me a
23  manifest and look through the bags where there
24  was packed, zip tied, and if it's not zip tied,
25  we put ice packs on it, zip it, sort it, and

[Page 50]

K. Chow

1
2  what we do is, once you sort the bags by route,
3  you start loading up the bags full of food into
4  the car, into your own vehicle, and from there,
5  you drive, and you start delivering based on
6  the manifest, the clients that eating for that
7  night.
8  Q.   Were the meals already in the bags when
9  you got there?
10       MR. ANDREWS:  Objection.
11  A.   That, I -- we called that it's
12  already -- the meals were in there, but
13  sometimes packers, they leave early.  They
14  don't either want to pay them overtime.  We
15  have to pack our own bags with the food with
16  the ice packs, zip it, and use a zip tie to
17  lock it to prevent any tampering on the bag
18  itself.
19  Q.   The first day you got there, were the
20  meals already prepared in bags?
21       MR. ANDREWS:  Objection.
22  A.   Yes.
23  Q.   Did you arrive around 5:00 p.m.?
24  A.   Yes.
25  Q.   What did you do after you arrived at

[Page 51]

K. Chow

1
2  5:00 p.m.?
3  A.   I wait for Mr. Hussain to arrive.
4  Q.   When he arrived, what did you do?
5  A.   I introduced myself to Mr. Hussain.
6  Q.   Was there anyone else there that night?
7  A.   Yes.  Teresa Jackson was there.
8  Q.   Anybody else?
9  A.   Nafis, N-A-F-I-S.
10  Q.   Did you perform deliveries that evening?
11  A.   Yes.
12  Q.   Where to?
13  A.   To Manhattan, East Side and West Side,
14  and any questions I have, I give Mr. Hussain a
15  phone call or Nafis a phone call if I have
16  trouble with a particular stop.
17  Q.   Was Nafis a driver?
18  A.   He was a driver too.
19  Q.   Were there any other drivers --
20       MR. ANDREWS:  Objection.
21  Q.   -- that night?
22  A.   Who else?  That, I don't know.  No.
23  That I know is Teresa.
24  Q.   You performed deliveries by taking meals
25  from the San Carlo facility to locations in the

[Page 52]

K. Chow

1
2  East and West Side of Manhattan?
3  A.   Yes.
4  Q.   Do you remember how many stops you
5  performed that evening?
6  A.   It's about twenty each.
7  Q.   Twenty each side of Manhattan?
8  A.   Yeah, about twenty.  Like I said,
9  fifteen to twenty stops.
10  Q.   Fifteen to twenty stops total?
11  A.   No, each -- each stop, each route.
12  Q.   Thirty to forty stops total?
13  A.   About -- yeah, like thirty to forty
14  stops.
15  Q.   What did you do when you were done with
16  the last stop?
17  A.   At that time, the last stop, I drive
18  back home with the empty bags and arrange a
19  pickup with Mr. Hussain and Nafis when they
20  going to pick up the empty cooler bags.
21  Q.   Where was your home that night?
22       Where were you living in November 2008?
23  A.   2008?  3137 Coney Island Avenue.
24  Q.   Did you perform any other work for
25  Fresh Diet after that first night?

[Page 53]

K. Chow

1
2  A.   Could you rephrase it again?  I'm sorry.
3  Q.   This was all in about November 2008, the
4  events you described, correct?
5  A.   Correct.
6  Q.   The first night, you had delivered meals
7  from San Carlo to certain locations in
8  Manhattan, correct?
9  A.   Yes.
10  Q.   Then you said that you returned home
11  with empty bags after you were done with those
12  meals.
13  A.   Correct.
14  Q.   What did you do the next day?
15  A.   The next day?  Since it's Friday, they
16  are -- the place -- The fresh Diet doesn't
17  deliver on Saturday night, so we arrange a
18  phone call to do a pickup on, let's say, early
19  Sunday.  Call Mr. Hussain or Nafis, okay, when
20  I meet you out for the bags.
21  Q.   You had the bags in your possession at
22  that time, correct?
23  A.   Yes.
24  Q.   Who called who to arrange the pickup?
25  A.   It could be both.  It could be myself or

[Page 54]

K. Chow

1  Mr. Hussain.
2          MR. ANDREWS:  He's asking you
3      about that night.  Just listen.
4      A.   Oh, Mr. Hussain.
5      Q.   He called you?
6      A.   Yeah.
7      Q.   What did he say?
8      A.   He asked me a meeting spot to give him
9  back the empty cooler bags.
10     Q.   Where was that?
11     A.   That, I don't recall.
12     Q.   After that first night performing
13 deliveries, when was the next time you
14 performed deliveries for The Fresh Diet?
15     A.   At that time, a part-time job, so the
16 next following Friday night.
17     Q.   About a week later?
18     A.   Yeah.
19     Q.   Did you call Mr. Hussain, or did
20 Mr. Hussain call you to perform those
21 deliveries?
22     A.   Call Mr. Hussain.
23     Q.   What'd you say?
24     A.   I say I come in.

[Page 55]

K. Chow

1
2      Q.   Did you go to meet him somewhere that
3  day?
4      A.   No, meet him in the same spot,
5  San Carlo.
6      Q.   San Carlo again?
7      A.   Yeah.
8      Q.   What happened that night?
9      A.   Same routine, pick up the bags.  Pick up
10 the bags, whether they're packed or zip tied or
11 like that, and bring it to your own vehicle and
12 start making deliveries.
13     Q.   Did this process happen regularly over a
14 certain period of time?
15     A.   Yes, regularly.
16     Q.   Until when?
17     A.   Until they start moving to Connecticut.
18 That's approximately around March of 2009.
19     Q.   Were you going back and forth to
20 San Carlo from November 2008 until March 2009?
21     A.   Yes, same facility, to San Carlo.
22     Q.   San Carlo was a restaurant?
23     A.   Yeah, like a restaurant, like a catering
24 hall.
25     Q.   How would you know if you were going to

[Page 56]

K. Chow

1
2  be making deliveries on a particular night?
3      A.   Oh, Mr. Hussain would notify me.
4      Q.   How would he notify you?
5      A.   He call me by phone.
6      Q.   What would he say?
7      A.   He say Kenny, I need you to come down to
8  the kitchen to pick up the stuff.
9          Sometime maybe last minute, maybe a job
10 that they call out, he might give me additional
11 routes to do.
12     Q.   How were you paid for the deliveries
13 that you made?
14     A.   $4 per stop.
15     Q.   You received a paycheck every week?
16     A.   A week or -- January 23rd I got my first
17 paycheck from Late Night Express Courier.
18     Q.   What about between November 2008 and
19 January 23, 2009?
20     A.   Mr. Hussain or Nafis, they would pay me
21 cash.
22     Q.   At $4 a stop?
23     A.   Yes.
24     Q.   January 23, 2009 you started getting
25 paid by check?

[Page 57]

K. Chow

1
2      A.   Yes.
3          MR. ANDREWS:  Objection.
4      Q.   How many drivers, to the extent you
5  know, were there working for Late Night in
6  November 2008?
7      A.   Teresa Jackson, that's one.  Marquis
8  Acklin, that's two.  Nafis, three.  Syed, four.
9  The other guy last name's Lee, L-E-E, nickname
10 they call him Ken, K-E-N.
11     Q.   Someone different than you?
12     A.   Different than me.
13     Q.   Anyone else?
14     A.   After that, we have a month later.  I
15 had Cecilia Jackson, David Williams.
16     Q.   This is about December of 2008?
17     A.   Yeah, around that.  Late November to
18 December 2008.
19     Q.   Were these people all reporting to the
20 San Carlo facility?
21     A.   Yes.
22          MR. ANDREWS:  Objection.
23     Q.   Do you know what their routes were?
24     A.   That, I do not recall.
25     Q.   Do you remember what your hours were,

[Page 58]

K. Chow

1
2  how long it took you to perform deliveries on
3  any given night in November 2008?
4        MR. ANDREWS:  Objection.
5  A.    At that time, we report to the facility
6  like 5:00 p.m., around 5:00 a.m., so
7  approximately twelve hours.
8  Q.    Did those hours change during the time
9  you performed work?
10  A.    Yes, depending how the kitchen was
11  producing.  If they didn't produce on time, we
12  would stay a little bit longer or work a little
13  bit later.
14  Q.    What would you do when you got to the
15  facility at 5:00 p.m.?
16        MR. ANDREWS:  Objection.
17  A.    I would wait to see if all the food was
18  packed and ready to be loaded.
19  Q.    When were you done with your last
20  delivery?
21  A.    Around 5:00.
22  Q.    What would you do after you completed
23  your last delivery?
24  A.    I would go home.
25  Q.    With the bags?

[Page 59]

K. Chow

1
2  A.    Yeah, with the empty cooler
3  (indicating).
4  Q.    Did you report to anyone after you were
5  done with your deliveries in November 2008?
6  A.    With that, with the newspaper, it can
7  overlap too at the same time.
8  Q.    Were you performing meal deliveries and
9  newspaper deliveries on the same nights in
10  November 2008?
11  A.    It happens a few times.
12  Q.    Did that happen until a certain time?
13  A.    I went to Fresh Diet first.  If I finish
14  Fresh Diet, I would report to newspaper
15  delivery.
16  Q.    You had newspapers and meals in your
17  car --
18        MR. ANDREWS:  Objection.
19  Q.    -- for deliveries?
20        MR. ANDREWS:  Objection.
21  A.    Yes.
22        MR. ANDREWS:  Mischaracterizes
23     his testimony.
24  Q.    Did you sign any type of agreement with
25  Late Night?

[Page 60]

K. Chow

1
2  A.    Yeah, we did sign numerous agreements.
3  Q.    Do you know if you ever signed an
4  independent contractor agreement?
5        MR. ANDREWS:  Objection.
6  A.    I did sign independent contractor
7  agreement.
8        (Whereupon, Late Night Express
9     independent contractor agreement was
10     marked as Defendant's Exhibit 24, for
11     identification, as of this date.)
12  Q.    I'm now showing you what's been marked
13  for identification as Defendant's Exhibit 24,
14  and I'm going to ask if you've ever seen that
15  document before today (handing).
16  A.    This is not the last contract I signed.
17  Even though it was last contract I would have
18  been signed, it would have been page being
19  modified because it include roadside
20  assistance.
21        Yeah, I signed this contract.  This is
22  not the last contract I signed.  If I would
23  have signed contract, it would have had
24  roadside assistance on it.
25  Q.    Was there one you may have signed

[Page 61]

K. Chow

1
2  without roadside assistance on it?
3  A.    I signed one with roadside assistance.
4  Q.    Did you ever sign one without roadside
5  assistance?
6  A.    That, I do not recall.
7  Q.    You said you recalled signing numerous
8  contracts.
9  A.    Yes, but when I signed the recent last
10  contract, I signed with roadside assistance,
11  include it, highlight it.
12        MR. ANDREWS:  Mr. Pollack's
13     question is do you recall ever signing
14     any agreement that did not have roadside
15     assistance.
16  A.    Previously, yes.
17  Q.    The document that's been marked as
18  Defendant's 24, does that have your signature
19  on it?
20  A.    Yeah, this is my signature (indicating).
21  Q.    You're saying there may have been a
22  document you signed after this one that had
23  roadside assistance?
24  A.    Yes.
25  Q.    Do you have a copy of that document?

[Page 62]

K. Chow

1
2    A.    It's right there, a blank copy, because
3    I requested Mr. Hussain for the copy numerous
4    time (indicating).  He never gave us a copy of
5    the signed agreement with the roadside
6    assistance with that too.
7    Q.    You were just indicating with your hand
8    the blank document, right?
9    A.    Yes.
10    Q.    Were you referring to the document I'm
11    holding up in my hand right now (indicating)?
12              MR. ANDREWS:  Objection.
13              Are you planning to introduce
14        that as an exhibit?
15              MR. POLLACK:  If this is the
16        document he's referring to.
17              MR. ANDREWS:  I mean, I can't
18        even identify what the document is.
19    A.    Yeah.  It has to have a document that
20    say roadside assistance because all numerous
21    drivers were signed in front of Mr. Ornelas,
22    Mr. Schloss.
23              (Whereupon, Late Night Express
24        independent contractor agreement was
25        marked as Defendant's Exhibit 25, for

[Page 63]

K. Chow

1
2        identification, as of this date.)
3    Q.    I'm now showing you what's been marked
4    for identification as Defendant's Exhibit 25,
5    and I'm going to ask if that's the document you
6    were referring to (handing).
7    A.    Yes, this one (indicating).
8    Q.    What are you saying that it included
9    regarding roadside assistance?
10    A.    Right here, penalties and fees
11    (indicating).
12    Q.    What page are you referring to?
13    A.    The last page.
14    Q.    FD001068?
15    A.    Yes.
16    Q.    What does that say regarding roadside
17    assistance?
18    A.    It say fees.  It say contractor will
19    deduct $25 for each missed delivery, for a
20    missed delivery.
21    Q.    You were mentioning something about
22    roadside assistance before --
23    A.    Yes.
24    Q.    -- correct?
25    A.    Right.

[Page 64]

K. Chow

1
2    Q.    What was your understanding about the
3    roadside assistance?
4    A.    The copy of the AAA, a copy provided us
5    (indicating).
6    Q.    You're pointing to something on the
7    document, correct?
8    A.    Yeah, Number 12.
9    Q.    On FD001066?
10    A.    Yes.
11    Q.    You're pointing to the bold language
12    that says "this includes roadside assistance"?
13    A.    Yes.
14    Q.    What do you understand that sentence to
15    mean?
16    A.    This includes roadside assistance.  I
17    have my own roadside assistance, but the rest
18    of the driver didn't have it, so they asked
19    Mr. Ornelas and Mr. Schloss to provide AAA --
20    AAA cards.
21    Q.    The sentence before that says, "The
22    contractor will carry liability car insurance
23    relative to any service that he or she performs
24    for the company."
25              Do you see that sentence?

[Page 65]

K. Chow

1
2    A.    Yeah.  I always carry that.
3    Q.    Then the following sentence in that same
4    paragraph, 12, says, "This includes roadside
5    assistance," correct?
6    A.    Yes.
7    Q.    Is it your understanding that this meant
8    that the company would be providing roadside
9    assistance?
10              MR. ANDREWS:  Objection.
11    A.    This is what they provided us
12    (indicating).
13    Q.    You don't understand that to mean that
14    the contractor is to pay for his own roadside
15    assistance?
16              MR. ANDREWS:  Objection.
17    A.    Okay.  But like I said, but why would
18    the company provide roadside assistance to the
19    drivers?
20    Q.    Do you have your own car when you
21    perform deliveries for Late Night?
22    A.    Yes, I use my own vehicle.
23    Q.    What car was that?
24    A.    1993 Honda Accord.
25    Q.    Was it the same throughout the time you

[17]  (Pages 62 to 65)

[Page 66]

K. Chow

1
2    performed work from November 2008 until when?
3        When did you stop?
4    A.    April 2012.
5        Same car.  But like I said, some
6    occasions I rent Zipcars.
7    Q.    What was the car again, a 19 what?
8    A.    1993 Honda Accord.
9    Q.    Was that a purchase or lease?
10   A.    I purchased used.
11   Q.    When did you purchase it?
12   A.    Around like May of 2002.
13   Q.    Do you have insurance for that car?
14   A.    Yes.
15           MR. ANDREWS:  Objection.
16   Q.    Through who?
17   A.    Beginning, it's like different insurance
18   company, but I mostly deal with GEICO.
19   Q.    In November 2008, who was your insurance
20   carrier?
21   A.    GEICO.
22   Q.    Was it GEICO from November 2008 through
23   April 2012?
24           MR. ANDREWS:  Objection.
25   A.    Yes.

[Page 67]

K. Chow

1
2    Q.    You paid for your own insurance that
3    whole time?
4    A.    Correct.
5           MR. ANDREWS:  Objection.
6    Q.    Did you ever ask Late Night to reimburse
7    you for that insurance?
8    A.    That, I did not.
9    Q.    Did you ever ask The Fresh Diet to
10   reimburse you for that insurance?
11   A.    That, I did not.
12           MR. POLLACK:  I want to take a
13       five-minute break.
14           (Whereupon, a recess was taken
15       at this time.)
16           (Whereupon, Class action
17       affidavit was marked as Defendant's
18       Exhibit 26, for identification, as of
19       this date.)
20   Q.    I'm now showing you what's been marked
21   for identification as Defendant's Exhibit 26
22   (handing).
23           MR. ANDREWS:  Is this my copy
24       (indicating)?
25           MR. POLLACK:  Yes.

[Page 68]

K. Chow

1
2    Q.    I'm going to ask if you've seen that
3    document before today.
4    A.    Yes, I've seen it, and I signed it at
5    the same day too.
6    Q.    Signed it the same day you saw it?
7    A.    Yeah.
8    Q.    That was on February 1, 2013?
9    A.    Correct.
10   Q.    Do you know who prepared this document?
11           MR. ANDREWS:  Objection.
12   A.    Yeah.  This is -- went to the attorney's
13   office, and I signed it.
14           MR. ANDREWS:  Again, do not
15       disclose what you discussed with your
16       attorneys.
17           THE WITNESS:  Okay.
18   Q.    Did you review this document before you
19   signed it?
20   A.    Yeah.  I went through number by number.
21   Q.    You reviewed each word on the document
22   before you signed it?
23   A.    Yes, including the exhibits.
24   Q.    Looking at paragraph 2 of
25   Defendant's 26, it says that you were employed

[Page 69]

K. Chow

1
2    by the defendants from approximately
3    November 2008 until April 2012.
4        Do you see that statement?
5    A.    Yes.
6    Q.    Which defendants are you referring to in
7    that paragraph?
8    A.    Okay.  YS Catering, Fresh Diet, Fresh
9    Diet, Inc., Late Night Express Courier, YS
10   Catering Holdings, YS Catering, Syed Hussain,
11   Judah Schloss, Zaimi Duchman.
12   Q.    Is it your contention that you were
13   employed by all the entities and individuals
14   listed from November 2008 until April 2012?
15           MR. ANDREWS:  Objection.
16   A.    Yeah, by the same owner, Zaimi Duchman.
17   Q.    Looking at paragraph 5 of the affidavit
18   marked as Defendant's 26, it says, "My job
19   responsibilities as a driver/food delivery
20   employee consisted of showing up to The Fresh
21   Diet, Inc.'s Brooklyn facilities, receiving
22   instructions as to my delivery routes,
23   obtaining prepared meals, and personally
24   delivering them to The Fresh Diet, Inc.'s
25   customers throughout New York City and the

[Page 70]

K. Chow

1  tri-state metropolitan region, including
2  locations in New York, New Jersey and
3  Connecticut."
4     Do you see that statement?
5  A.   Yes.
6  Q.   Did you perform these same
7  responsibilities from November 2008 until
8  April 2012?
9  A.   Yes.
10  Q.   When you say that you were showing up at
11  The Fresh Diet, Inc.'s Brooklyn facilities,
12  what do you mean?
13  A.   Two facilities, the one in 192 Seigel
14  Street, March 2009 to June of 2011.  Then they
15  moved to another place at 588 Baltic Street or
16  345 Butler Street on the other entrance in
17  Brooklyn, New York too.
18  Q.   When was that?
19  A.   That's in June to the present.
20     MR. ANDREWS:  June of what year?
21     THE WITNESS:  June 2011 to the
22  present.
23  Q.   At some time, you're saying that
24  The Fresh Diet moved its facility to 192 Seigel

[Page 71]

K. Chow

1  Street?
2  A.   Yes, in March of 2009.
3  Q.   Before that, where was it located?
4  A.   First, beginning, was located at 620 --
5  620 Stuyvesant Avenue, Lyndhurst, New Jersey.
6  Q.   From November 2008 until March 2009, it
7  was in New Jersey?
8  A.   Let me backtrack.  It was my mistake.
9  Then we moved to Connecticut after that at
10  45 Larkin Street, Stamford Connecticut.  It's
11  not March of -- I would say for Seigel Street
12  it would be around July of 2009.
13  Q.   Not March?
14  A.   Not March.  March we moved to
15  Connecticut.
16  Q.   Just to get this clear --
17  A.   Yes.
18  Q.   -- from November 2008 until about March
19  of 2009, the facility that you're referring to
20  was located in New Jersey, correct?
21  A.   Yes.
22  Q.   Lyndhurst, New Jersey?
23  A.   Lyndhurst, New Jersey.
24  Q.   Lindenhurst or Lyndhurst?

[Page 72]

K. Chow

1  A.   Lyndhurst.
2  Q.   That was the San Carlo?
3  A.   Yes.
4  Q.   When you were performing deliveries from
5  November 2008 through March 2009, you were
6  picking up meals at the San Carlo facility,
7  correct?
8  A.   Yes.
9  Q.   You were delivering those meals to
10  New York, correct?
11  A.   Yes, in the tri-state area.
12  Q.   Were you delivering to any other
13  locations except for New York between November
14  2008 and March 2009?
15  A.   No, just New York.
16  Q.   Manhattan?
17  A.   Manhattan, Long Island, Jersey.
18  Q.   You were performing stops in New Jersey,
19  Long Island, and Manhattan?
20  A.   Yes.
21  Q.   On the same night?
22  A.   It depends based on driving needs.  If
23  the driver call out, Mr. Hussain would give me
24  two routes, cover either Jersey, Manhattan or

[Page 73]

K. Chow

1  Long Island or Manhattan.
2  Q.   Sometimes you would perform deliveries
3  in New Jersey and New York on the same night?
4  A.   Yes.
5  Q.   Did you receive the same compensation
6  every week between November 2008 and March
7  2009?
8     MR. ANDREWS:  Objection.
9  A.   Could you rephrase it, Mr. Pollack?  You
10  say compensation.
11  Q.   You received a check every week from
12  Late Night; is that correct?
13  A.   Correct.
14  Q.   Starting in January 2009?
15  A.   Yes.
16  Q.   From January 2009 until March 2009, was
17  the amount that you received every week the
18  same?
19  A.   No, it varies.
20  Q.   What was it based on?
21  A.   It's a mixture of miles.  Like if you do
22  New Jersey route, Long Island, like part of
23  Queens, Long Island, Connecticut, Westchester,
24  it's based by miles, which is about $0.53 per

[Page 74]

K. Chow

1  mile and $1 per stop.
2  **Q.**   You'd get paid per mile and per stop?
3  **A.**   Yes.
4         MR. ANDREWS:  Objection.
5  **Q.**   This was different than the $4 per stop
6  that you said you previously were receiving?
7  **A.**   Yeah.  That's only for city route.
8  **Q.**   If you were delivering exclusively in
9  the city, it was just based on per stop,
10 correct?
11 **A.**   Yes, correct.
12 **Q.**   If you were outside the borough of
13 Manhattan --
14 **A.**   Yes.
15 **Q.**   -- then it would be per stop and mile?
16 **A.**   Yes.
17 **Q.**   During this time period, being
18 November 2008 to March 2009, you would show up
19 to the San Carlo restaurant, deliver meals, and
20 then return home at night?
21 **A.**   Yes.
22        MR. ANDREWS:  Objection.
23 **Q.**   That was the same every night that you
24 delivered meals for The Fresh Diet between

[Page 75]

K. Chow

1  November 2008 until March 2009?
2         MR. ANDREWS:  Objection.
3  **A.**   Yes.
4  **Q.**   When you completed your routes, did you
5  report to anyone at Late Night to say I'm
6  finished?
7  **A.**   Yeah, Mr. Hussain.
8  **Q.**   How would you do that?
9  **A.**   Would call him.
10 **Q.**   What would you say?
11 **A.**   I would tell Mr. Hussain I finished the
12 route.
13 **Q.**   Would you do this after your last stop
14 or when you returned home?
15 **A.**   After the last stop.
16 **Q.**   While you were still in the car?
17 **A.**   Yeah, you would call or outside
18 finishing my last stop and bring the bag back
19 to my truck.
20 **Q.**   It was a phone call?
21 **A.**   Phone call.
22 **Q.**   Not a text message?
23 **A.**   No.  It's not like every time.
24 Sometimes.

[Page 76]

K. Chow

1  **Q.**   Did you work varying hours between
2  November 2008 and March 2009 when you performed
3  deliveries?
4  **A.**   Yes, varying hours.
5  **Q.**   What was the earliest you would show up?
6  **A.**   I would say 5:00 p.m.
7  **Q.**   What was the latest you would show up?
8  **A.**   The latest would show up would be like
9  8:00, 9:00.
10 **Q.**   Would you always be done by 5:00 a.m.?
11        MR. ANDREWS:  Objection.
12 **A.**   Not all the time, depending on weather
13 conditions.  He might give me like two or three
14 routes.  I usually get done like 7:00 in the
15 morning.
16 **Q.**   Would you ever be done before 5:00 a.m.?
17 **A.**   Sometimes, depending on the kitchen, how
18 early the kitchen's done with the packaging.
19 **Q.**   Then in March 2009, you said that they
20 moved to Connecticut.
21 **A.**   Yes.
22        MR. ANDREWS:  Objection.
23        Not sure who "they" is.
24 **Q.**   Was there a restaurant or a catering

[Page 77]

K. Chow

1  hall that Fresh Diet was at at that point?
2  **A.**   It's like a catering space and an office
3  part.
4  **Q.**   It was different than San Carlo?
5  **A.**   Yes, different.
6  **Q.**   Is there a kitchen there?
7  **A.**   Yeah, there's a kitchen.
8  **Q.**   Fresh Diet was located in Connecticut
9  from March 2009 until July 2009?
10 **A.**   Yes.
11 **Q.**   Where were you performing deliveries for
12 The Fresh Diet during this time?
13 **A.**   45 Larkin Street, Stamford, Connecticut.
14 **Q.**   Where were the deliveries that you were
15 performing located?
16 **A.**   Same thing, like Jersey, Manhattan,
17 Brooklyn, Queens, Long Island.
18 **Q.**   Did the compensation change?
19 **A.**   Yes, it did change.
20 **Q.**   How?
21 **A.**   At that time when we moved to
22 Connecticut, manager decide they going to cut
23 thirty miles off from the actual route that I'm
24 going to get for that night, so they'll cut

[Page 78]

K. Chow

1
2   thirty miles, so I would lose at least about
3   $16 a night.
4   Q.    How do you calculate the $16?
5   A.    Like if I have, let's say, one hundred
6   twenty miles minus thirty miles from the cut --
7   from Stamford to the cut like into like the New
8   York border, this is where they would put me
9   to -- where they going to compensate me from
10   there.  So I would only do like one hundred
11   twenty miles actual.  They would cut
12   thirty miles.  I'm only get paid for the ninety
13   miles for that night.
14   Q.    How did you track the miles?
15   A.    Track the miles?  I use the Microsoft
16   Street & Trips app.
17   Q.    Would you do that before or after the
18   routes?
19   A.    That, I do after the route.
20   Q.    During this time period, again, were you
21   picking it up and then returning home after you
22   were done delivering the meals?
23   A.    Yes.
24   Q.    You weren't returning the bags back to
25   the facility?

[Page 79]

K. Chow

1
2   A.    If they give you assignment for the next
3   day, you just go return bags to the facility.
4   Q.    You kept the bags at your home until the
5   next day?
6   A.    Yes.
7         MR. ANDREWS:  Objection.
8   Q.    At some point in July 2009, is it your
9   testimony that The Fresh Diet moved to
10   192 Seigel Street?
11   A.    Correct.
12   Q.    And that they were at that facility from
13   July 2009 until June 2011?
14   A.    Correct.
15   Q.    Then in June 2011, they moved to 588
16   Baltic Street?
17   A.    Correct.
18   Q.    Did you live in the same place the whole
19   time that you performed deliveries from
20   November 2008 until April 2012?
21   A.    Yes.
22   Q.    Looking back at paragraph 5 --
23   A.    Okay.
24   Q.    -- after saying that you showed up to
25   the Brooklyn facilities, it says that you

[Page 80]

K. Chow

1
2   received instructions as to your delivery
3   routes, correct?
4   A.    Correct.
5   Q.    What instructions would you receive?
6   A.    Based on the manifest or based on
7   additional instructions Mr. Hussain might give
8   me at the last minute, like picking up keys,
9   calling clients to arrange key pickups and bag
10   pickups.
11   Q.    Would those be verbal instructions or
12   written instructions?
13   A.    Both, written and verbal instructions as
14   well too.
15   Q.    Did you ever receive instructions on the
16   order in which you were to deliver the meals?
17   A.    Yes, based on the driver's manifest.
18   Q.    What do you mean that that had the order
19   in which you were to deliver them?
20         MR. ANDREWS:  Objection.
21   A.    If you doing the miles and the stops,
22   it's based on the order that they provide on
23   the manifest.
24   Q.    Would anyone at The Fresh Diet know if
25   you went out of order on the manifest?

[Page 81]

K. Chow

1
2         MR. ANDREWS:  Objection.
3   A.    He would know.  Mr. Hussain would know.
4   Q.    How?
5   A.    When he does payroll every Thursday.
6   Q.    How would he know if you went out of
7   order on a manifest?
8   A.    When you do your speedometer, your
9   odometer, you check your odometer, check with
10   the GPS, and you check the manifest.  He'll
11   check the manifest against what you give him on
12   payroll.
13   Q.    How do you know that he did that?
14   A.    Like I said, every Thursday he would do
15   it on payroll.  He would match it with the
16   manifest.
17   Q.    Did you see him do that?
18   A.    Yes.
19   Q.    When?
20         MR. ANDREWS:  Objection.
21   A.    That, I see it.  He does it as of
22   present, of this time.
23   Q.    What's that?
24   A.    The present, as of right now.
25   Q.    What about in 2008?

K. Chow

1    
2   A.   2008? That, I do not recall.
3   Q.   2009?
4   A.   That, I do not recall.
5   Q.   2010?
6   A.   That, I do not recall.
7   Q.   2011?
8   A.   2011 I was mostly in Manhattan.
9   Q.   What were your delivery routes as
10   referred to in paragraph 5 of the affidavit
11   marked as Defendant's 26?
12       MR. ANDREWS: Where it says
13   "delivery routes," what were the routes
14   (indicating)?
15   A.   At the beginning, on the weekends, I
16   would do Manhattan. As I become more
17   full-time, I have different routes. It could
18   be Long Island, New Jersey, or mixture with
19   Manhattan.
20   Q.   Did you ever do Connecticut deliveries?
21   A.   Only just one bag.
22   Q.   The whole time you were there?
23   A.   Yeah, only one bag that's in
24   Connecticut.
25   Q.   One bag in a route, or just one bag that

K. Chow

1    
2   you delivered the whole time between --
3   A.   No, because the person left the bag, so
4   I have to help her and deliver the bag to a
5   client.
6   Q.   Otherwise, you were exclusively in
7   New Jersey and --
8   A.   Yeah, Long Island and Manhattan.
9   Q.   -- Long Island and Manhattan?
10   Moving on with paragraph 5 of the
11   affidavit, it says that you were obtaining
12   prepared meals, correct?
13       MR. ANDREWS: Obtaining prepared
14   meals (indicating).
15   A.   Yes.
16   Q.   What do you mean by that?
17   A.   Obtaining prepared meals that we pick up
18   the food from -- from The Fresh Diet facility,
19   whether if they were packed -- if they were
20   packed and zip tied, and we start loading up
21   and bring it to our car, or we wait in the
22   kitchen for depending on the kitchen, how long
23   it take them to finish packing all the food.
24   Q.   Then you would load the bags into your
25   car?

K. Chow

1    
2       MR. ANDREWS: Objection.
3   A.   That's the last step.
4       Sometimes we might have to pack our own
5   bags if there's not enough empty bags for
6   Fresh Diet to supply.
7   Q.   Your own empty bags, what are you
8   referring to?
9   A.   Cooler bags right there (indicating).
10   Q.   The ones that you would have from the
11   prior night?
12       MR. ANDREWS: Objection.
13   A.   From the Brooklyn facility. It could be
14   that the bags that they have leftover or the
15   bags that the drivers may have with them.
16   Q.   Where would you obtain the prepared
17   meals?
18   A.   At the Brooklyn -- we go to Fresh Diet
19   facility to pick up the food.
20   Q.   At 192 Seigel Street, where were the
21   prepared meals obtained from? Physically
22   within the building, where were they?
23   A.   Also in 192 Seigel Street.
24   Q.   Was there a loading dock?
25   A.   Yeah.

K. Chow

1    
2   We just bring our car in into the
3   garage. The freezer will be in the back.
4       MR. ANDREWS: Remember, she can
5   only take down what you say.
6       THE WITNESS: Okay.
7   Q.   Explain verbally.
8   A.   Okay. This is the entrance, the garage
9   entrance, back our car in (indicating). You
10   see the food -- the prepared meals are in the
11   back of the facility like in the freezers, two
12   of the freezers.
13   Q.   You would obtain them from the freezer?
14   A.   Yes.
15   Q.   You'd back your car in and then
16   obtain --
17   A.   Yes.
18   Q.   -- the meals from the freezer?
19       MR. ANDREWS: Objection.
20   Q.   Then what would you do with the meals
21   from the freezer?
22   A.   We get the manifests first from
23   Mr. Hussain, see how many stops we have, how
24   many bags we have. Then we go down to the
25   freezer and start sorting out the bags, compare

K. Chow

1
2     the number of the bags that they have on the
3     manifest to number of bags they have available
4     in the freezer.  So any like extra bags or
5     missing bags, we report to Mr. Hussain for that
6     route.
7     Q.     When did you do that?
8     A.     We do that every night.
9     Q.     Before you go to deliver the meals or
10    when you're done?
11    A.     Before we deliver the meals.
12    Q.     You report any missing bags?
13    A.     Yes.
14    Q.     Meaning what?
15           What's a missing bag?
16    A.     If a client was scheduled to have
17    delivery for that night but no food was
18    prepared for them.
19    Q.     Moving on, in that same paragraph, it
20    says that you personally delivered to
21    Fresh Diet customers throughout New York City,
22    including the locations in New York,
23    New Jersey, and Connecticut, correct?
24    A.     Correct.
25    Q.     Did you or did you not deliver meals in

K. Chow

1
2     Connecticut?
3     A.     Just only one bag.
4     Q.     The next sentence says, "After
5     completing the meal deliveries, I would have to
6     return to The Fresh Diet, Inc.'s Brooklyn
7     facilities to check back in, complete required
8     paperwork, and return empty Fresh Diet bags."
9     A.     Correct.
10    Q.     When did that start happening?
11           MR. ANDREWS:  Objection.
12    A.     That? I say around 2010.
13    Q.     What changed?
14    A.     June of 2010.
15    Q.     Is it your testimony that you were no
16    longer returning to your residence at the end
17    of your delivery routes starting in June 2010?
18    A.     Correct.
19           MR. ANDREWS:  Objection.
20    Q.     Why not?
21    A.     The reason, they were running out of
22    bags, number one, and we have a new general
23    kitchen manager by Peter Cullius.
24    Q.     What would you do when you checked back
25    in?

K. Chow

1
2     A.     Check back in?
3     Q.     Yes.
4     A.     We just empty out the bags.
5     Q.     What do you mean emptied out the bags?
6           You mean emptied the empty bags from
7     your car?
8     A.     Yes.
9     Q.     What paperwork would you complete?
10    A.     Oh, the sign-in sheet that they
11    provided.  That didn't come later.
12    Q.     When did that come?
13    A.     Like late of 2010, around fall of 2010.
14    Q.     Is it fair to say that you did not
15    return to The Fresh Diet's facilities at the
16    end of your delivery routes for the entire time
17    that you performed deliveries for
18    The Fresh Diet from November 2008 until
19    April 2012?
20           MR. ANDREWS:  Objection.
21    A.     That's not true.  We did return.
22    Q.     Not the whole time that you did that,
23    correct?
24    A.     From June to present, we required to
25    return back to the facility to drop off empty

K. Chow

1
2     bags and the ice.
3     Q.     June 2010?
4     A.     Yes.
5     Q.     From November 2008 until June 2010, you
6     were not required, to correct?
7     A.     No, you're not required.
8     Q.     Did you always return to the Brooklyn
9     facilities from June 2010 until April 2012
10    after you completed your routes?
11    A.     Yes.
12    Q.     Moving on to paragraph 8, it says,
13    "Throughout my employment, I often worked
14    significantly in excess of forty hours a week,
15    yet was never paid overtime compensation of one
16    and one-half times my regular rate of pay."
17           Do you see that paragraph?
18    A.     Yes.
19    Q.     Did you produce documents to your
20    attorney regarding the hours you claim you
21    worked for The Fresh Diet?
22    A.     The only document I submitted was
23    driver's manifest.
24    Q.     Do you believe that those would indicate
25    the hours that you worked?

[Page 90]

K. Chow

1
2  A.   No.  It's inaccurate.
3       MR. ANDREWS:  Objection.
4  A.   It's only based on when you're doing the
5  route, the delivery.  It doesn't include time
6  spent over there waiting for the food to be
7  prepared and finished to sort or pack up and
8  load up to leave facility.  And also, when we
9  coming back to drop off the bags, it doesn't
10 include when we drop off the bags and ice, the
11 time that we spent over there sorting, putting
12 the empty bags, hang the empty bags, and
13 putting the ice back into the freezer.
14      MR. ANDREWS:  Can I ask everyone
15 for a two-minute break for myself?  I
16 need a two-minute break if that's okay.
17      MR. POLLACK:  Yes.
18      (Whereupon, a recess was taken
19      at this time.)
20 Q.   Who set the time that you were to show
21 up to the Seigel Street facility from July 2009
22 to June 2012?
23      MR. ANDREWS:  Objection.
24 A.   Could you repeat it, rephrase it?
25 Q.   Did anyone tell you what time to show up

[Page 91]

K. Chow

1
2  to Fresh Diet's Brooklyn facility at 192 Seigel
3  Street from July 2009 to June 2011?
4       MR. ANDREWS:  Objection.
5  A.   Before that, no, nobody ever said
6  anything.
7  Q.   How did you know when to show up?
8  A.   It's always that Mr. Hussain say even
9  though, like I said, the food's not ready,
10 always showed up at 5:00 in the evening.
11 Q.   When did you show up at 5:00?
12 A.   Every day.
13 Q.   From November 2008 until April 2011?
14 A.   No, until we were given a schedule.
15 Q.   When did you receive a schedule?
16 A.   That's around late of 2010.
17 Q.   What time did that say you were to
18 arrive?
19      MR. ANDREWS:  Objection.
20 A.   They tell me to arrive at 8:00 p.m.
21 Q.   Did you arrive at 8:00 p.m.?
22 A.   Sometimes arrive at 8:00 p.m.
23 Q.   When are we talking about now?
24 A.   Like I said, prior to that -- like I
25 said, I would show up at 5:00 p.m.  If

[Page 92]

K. Chow

1
2  Mr. Hussain needs me to do something, I would
3  show up at 5:00 p.m.
4  Q.   Where, in New Jersey?
5  A.   No, at The Fresh Diet.
6  Q.   Brooklyn?
7  A.   Brooklyn.
8  Q.   Then sometime you got a schedule to show
9  up at 8:00 p.m.?
10 A.   Yes.
11 Q.   Do you remember when that was?
12 A.   That, I don't recall, but I was given
13 that schedule.
14 Q.   2010?
15      MR. ANDREWS:  Objection.
16 A.   2010, like late 2010.
17 Q.   Before late 2010, is it your testimony
18 you were showing up around 5:00 p.m.?
19 A.   Yes.
20 Q.   Sometime in late 2010, you got a
21 schedule to show up at 8:00 p.m.?
22 A.   Yes.
23 Q.   Did you arrive at work at 8:00 p.m. when
24 you got that schedule?
25 A.   Yes, unless if a certain circumstances,

[Page 93]

K. Chow

1
2  I would call Mr. Hussain or text him that I
3  would be running late.
4  Q.   Were you ever penalized if you showed up
5  late?
6  A.   Not as of -- not -- no.  If I give him
7  an advance notice that I would be running late,
8  he would not penalize me.
9  Q.   How late would you show up to work?
10      MR. ANDREWS:  Objection.
11 A.   I would let him know by text, maybe
12 about a half an hour to an hour late.
13 Q.   So by 8:30 or 9:00 p.m.?
14 A.   Yes.
15      MR. ANDREWS:  Objection.
16 Q.   This is from late 2010 until April 2012?
17 A.   Yes.
18      And usually from that time, in between,
19 I'll be working at home too off the clock
20 making manifests for the Manhattan drivers.
21 That's as of January of 2011.
22 Q.   You said you saw a document containing
23 the requests made by the defendants for support
24 of your claims in this action, is that fair to
25 say?

K. Chow

1
2     MR. ANDREWS: Objection.
3  A.   Yeah. I have that in the PDF file,
4  request by defendants.
5  Q.   Do you recall seeing a request that said
6  "show the documents evidencing the number of
7  hours you worked for the defendants"?
8  A.   It has that question, but like I said --
9  would you rephrase it? I'm sorry.
10 Q.   Do you recall seeing a request by the
11 defendants asking you to produce each and every
12 document which sets forth the number of hours
13 actually worked by you to support your claims
14 in the complaint?
15 A.   Yeah, I've seen that question.
16 Q.   Do you remember producing documents to
17 your attorney in response to that request?
18 A.   That, I do not recall.
19     (Whereupon, Manifests were
20     marked as Defendant's Exhibits 27
21     through 29, for identification, as of
22     this date.)
23 Q.   I'm now showing you what's been marked
24 for identification as Defendant's Exhibits 27,
25 28, and 29 (handing).

K. Chow

1
2     MR. POLLACK: Defendant's 27 is
3  two-sided marked FD000408 to 000565, 28
4  is FD000586 to 000762, and 29 is 001107
5  to FD001607.
6  Q.   Referring to Defendant's Exhibit 27, I'm
7  going to ask if you've ever seen those
8  documents before today?
9  A.   Yes.
10     MR. ANDREWS: Let's make sure.
11     Which is 27? Is that 27
12     (indicating)?
13     MR. POLLACK: Yes.
14     MR. ANDREWS: His question is
15  have you seen this (indicating).
16 A.   Yes. I have it.
17 Q.   What about 28?
18     Have you seen that before today?
19 A.   Yes. I have it.
20 Q.   Have you seen Defendant's 29 before
21 today?
22 A.   Yes.
23 Q.   Do you know if these are documents that
24 you produced to your attorneys?
25 A.   Yeah, this is all of my documents. I

K. Chow

1
2  gave what I have in my possession with the
3  attorney.
4  Q.   Do these indicate the hours that you
5  worked for defendants?
6     MR. ANDREWS: Objection.
7  A.   At that time, we just only put in the --
8  how many empty bags that we pick up. After
9  like June of 2010, then we start putting the
10 number of bags and the time.
11 Q.   Do any of these documents set forth the
12 number of hours you worked for the defendants?
13     MR. ANDREWS: Objection.
14 A.   Only a few times, but mostly how many
15 bags we pick up (indicating).
16 Q.   Now you're referring to FD000673,
17 correct?
18 A.   Yes.
19 Q.   What are you pointing at on that
20 document?
21 A.   The time that I stop by to drop the bag
22 for the client (indicating).
23 Q.   You're pointing to an 8: --
24 A.   45.
25 Q.   What does that mean?

K. Chow

1
2  A.   8:45 in the evening.
3  Q.   Means what?
4  A.   That I arrive there. That I dropped the
5  food and pick up the empty bags.
6  Q.   What's the next time on that sheet?
7  A.   8:51 (indicating).
8  Q.   Other than that --
9  A.   This one too (indicating).
10 Q.   Other than certain times --
11     MR. ANDREWS: Were you saying
12     something?
13     THE WITNESS: Yeah.
14 Q.   Now you're referring to 000670?
15 A.   Yeah.
16 Q.   Other than the times that you may have
17 delivered a bag for a certain client, does
18 Defendant's Exhibit 27 indicate the hours you
19 would have worked for Late Night?
20     MR. ANDREWS: Objection.
21     MR. POLLACK: What's the basis?
22     MR. ANDREWS: He testified
23  previously how he determined which hours
24  he worked, so mischaracterization of
25  testimony.

K. Chow

1        K. Chow
2        If you can answer the question,
3  try.
4        THE WITNESS:  Okay.
5  **Q.**  The question is simply, do those
6  indicate the hours you worked for Late Night or
7  The Fresh Diet?
8  **A.**  No, no time, just the empty bags that we
9  pick up.
10  **Q.**  This does not have the hours?
11  **A.**  No, doesn't have the hours.
12  **Q.**  Does Defendant's 28 have the hours?
13  **A.**  It has -- a few pages has the time.
14  **Q.**  What about the hours that you would have
15  been performing work?
16  **A.**  There's nothing in there (indicating).
17  **Q.**  What about Defendant's 29?  Again, just
18  whether it indicates the hours you would have
19  been performing work.
20  **A.**  This is not my route.  This is for
21  Mr. Hernandez route.
22  **Q.**  Defendant's 29 is not from you?
23  **A.**  Of course not, for Mr. Hernandez.
24  **Q.**  Defendant's 29 does not have any
25  information concerning the hours you would have

1        K. Chow
2  performed work for the defendants?
3  **A.**  No information.
4        MR. ANDREWS:  Let him finish.
5        THE WITNESS:  Okay.
6  **Q.**  Is that a yes or a no?
7  **A.**  That's not mine.  That's not mine.
8  **Q.**  It does not?
9  **A.**  It does not pertain to my route.
10        MR. ANDREWS:  It does not
11    pertain to your route.
12  **Q.**  Defendant's 29 does not have any
13  indication of the hours you worked for the
14  defendants?
15  **A.**  Only I see right here (indicating).
16  **Q.**  But that's not yours?
17  **A.**  That's not mine.
18  **Q.**  It doesn't have any information
19  concerning the hours you worked for the
20  defendants?
21  **A.**  No.  It's not mine.
22  **Q.**  So the answer's no?
23  **A.**  No.
24  **Q.**  Does Defendant's 27 support your
25  allegation that you worked significantly in

1        K. Chow
2  excess of forty hours a week for the
3  defendants?
4        MR. ANDREWS:  Objection.
5  **A.**  Yes, it does.
6  **Q.**  How?
7        MR. ANDREWS:  Objection.
8  **A.**  All the manifests collect the days that
9  I work.  I have it in my possession, the number
10  of days I work.  If I have six days, I would
11  have six days worth of manifests for that week.
12  **Q.**  How would Defendant's 27 indicate that
13  you worked more than forty hours in any given
14  week?
15        MR. ANDREWS:  Objection.
16  **A.**  They don't have the time.  This only the
17  number of bags that we pick up.
18  **Q.**  Does Defendant's 27 indicate that you
19  worked more than forty hours --
20        MR. ANDREWS:  Objection.
21  **Q.**  -- performing work as a delivery driver
22  for the defendants?
23  **A.**  Yes.
24  **Q.**  How?
25  **A.**  This is what manifest I have, the

1        K. Chow
2  assignment I have.  I have in my possession.
3  It would tell me I have the -- where I'm
4  working at, what route I'm working at, and the
5  miles I have.
6  **Q.**  What about the hours?
7  **A.**  The hours would not be posted, just only
8  the empty cooler bags.
9  **Q.**  Defendant's Exhibit 29 is not your
10  route, correct?
11  **A.**  No.
12  **Q.**  It has nothing to do with the duties you
13  performed or hours you worked for the
14  defendants?
15  **A.**  No.
16  **Q.**  Referring back to the affidavit, being
17  Defendant's Exhibit 26, turning your attention
18  to paragraph 9 of that document, it says,
19  "During my employment with the defendants, I
20  interacted with other drivers/food delivery
21  employees on a daily basis."
22        Do you see that paragraph?
23  **A.**  Yes.
24  **Q.**  How did you interact with other drivers
25  and food delivery employees?

[Page 102]

K. Chow

1             K. Chow
2        MR. ANDREWS: Objection.
3  A.   Oh, we meet them on the daily basis at
4  the same Brooklyn facility, 192 Seigel Street
5  and the one, 588 Baltic Street.
6  Q.   How would you interact with them?
7  A.   If the food is not done, we would be
8  sitting there waiting.
9  Q.   Where?
10 A.   At both facilities, 192 Seigel Street
11 and 588 Baltic Street.
12 Q.   Where in that facility would you be
13 interacting?
14 A.   Inside a kitchen facility or outside.
15 Q.   What would you discuss?
16       MR. ANDREWS: Objection.
17 Q.   Would you speak with the other drivers?
18 A.   Of course.
19 Q.   What would you discuss?
20 A.   Something about the food, why is it late
21 or that -- severe weather conditions that we
22 encountered, that we had to deliver far out
23 during a blizzard.
24 Q.   Did you ever discuss your compensation
25 with other drivers?

[Page 103]

K. Chow

1             K. Chow
2  A.   Yes.
3  Q.   What would you discuss about your
4  compensation?
5        MR. ANDREWS: Objection.
6  A.   Pay per stop.
7  Q.   Who?
8  A.   Mr. Hernandez.
9  Q.   Anyone else?
10 A.   Teresa Jackson.
11 Q.   Anyone else?
12 A.   Everybody.
13 Q.   Everybody?
14 A.   Yeah.
15 Q.   When would you have these discussions?
16 A.   That varies. That -- it depends.
17 Q.   Did you all arrive to the facility at
18 the same time?
19       MR. ANDREWS: Objection.
20 A.   Not all the time. Different times.
21 Q.   Everybody would show up at different
22 times?
23       MR. ANDREWS: Objection.
24 A.   Before June 2010, before later than
25 that, people arrived, like I said, 5:00.

[Page 104]

K. Chow

1             K. Chow
2  That's the schedule time that they go to.
3  Q.   What about after?
4  A.   After that, they gave them the sheet
5  telling them the schedule where they going to
6  report to.
7     If you're in Manhattan, you're going to
8  report a little bit later. People that doing
9  the far routes like Long Island, Connecticut,
10 and Jersey would report a little bit earlier.
11 Q.   What time?
12       MR. ANDREWS: Objection.
13 A.   Like 5:00, and they'll get there like
14 6:00.
15 Q.   When was this?
16 A.   This is like about after June of 2010.
17 That's like late of 2010 I'm talking about.
18 Q.   You were reporting to the facility at
19 what time?
20       MR. ANDREWS: Objection.
21 A.   At 8:00.
22 Q.   At 8:00?
23 A.   Yes.
24 Q.   Would others arrive at 8:00?
25       MR. ANDREWS: Objection.

[Page 105]

K. Chow

1             K. Chow
2  A.   Like I said, it depends on the route
3  that they have. If they have a far route, they
4  would arrive a little bit earlier.
5  Q.   What about later?
6     Did anyone show up later than 8:00 p.m.?
7  A.   It happens.
8  Q.   Do you know any individuals who showed
9  up later than 8:00 p.m.?
10 A.   That, I don't really recall.
11 Q.   Did you ever discuss your hours with
12 other drivers of The Fresh Diet?
13 A.   Only with Mr. Hernandez, Mr. White.
14 Q.   When did you have these discussions?
15 A.   It varies. It varies.
16 Q.   During the time you were performing --
17 A.   Yeah.
18 Q.   -- deliveries?
19    What would they say about their hours?
20    What would Mr. Hernandez say about his
21 hours?
22 A.   His hours that he works, like
23 fourteen hours a day.
24 Q.   He said that he works fourteen hours a
25 day?

[Page 106]

```
 1                 K. Chow
 2   A.   Yes.
 3   Q.   Do you remember when he said that?
 4   A.   That, I don't recall.
 5   Q.   You were showing up to the Brooklyn
 6   facility at 192 Seigel Street around 8:00 p.m.?
 7             MR. ANDREWS:  Objection.
 8   A.   Yeah, at that time.
 9   Q.   In June --
10   A.   Later on.
11   Q.   Late 2010 --
12   A.   Yes.
13   Q.   -- through April 2012?
14   A.   Yes.
15   Q.   You were showing up around 8:00 p.m.?
16   A.   Yes.
17   Q.   Was Mr. Hernandez ever there when you
18   showed up at 8:00 p.m.?
19   A.   Yes.
20   Q.   Was he always there when you showed up
21   at 8:00 p.m.?
22   A.   Sometime he may call in and let
23   Mr. Hussain know if he's running late by text
24   or phone.
25   Q.   Were others there when you showed up at
```

[Page 107]

```
 1                 K. Chow
 2   8:00 p.m.?
 3   A.   Yes.
 4             MR. ANDREWS:  I'm sorry.  Is
 5       that a yes?
 6             THE WITNESS:  Yes.
 7             MR. ANDREWS:  You said yes?
 8             THE WITNESS:  Yes.
 9   Q.   Do you know if others arrived after you
10   showed up at 8:00 p.m.?
11   A.   That, I don't recall.
12   Q.   They could have?
13             MR. ANDREWS:  Objection.
14   A.   Sometimes.
15   Q.   When you were returning to the facility
16   to return the bags after your delivery, were
17   other drivers at the facility already between
18   June 2010 and April 2012?
19   A.   Yeah, some of them were there.  When I
20   came there, they were there, yes.
21   Q.   Was Mr. Hernandez there?
22             MR. ANDREWS:  Objection.
23   A.   Yes.
24   Q.   What others would have been there?
25   A.   Teresa.
```

[Page 108]

```
 1                 K. Chow
 2             MR. ANDREWS:  Objection.
 3   A.   David.  Cecilia.  Marty.
 4   Q.   If they were there, is it your
 5   understanding that they would have completed
 6   their deliveries by the time you arrived at the
 7   facility?
 8             MR. ANDREWS:  Objection.
 9   A.   Yeah, because they left early in the
10   facility because they have a longer route.
11             MR. POLLACK:  I think now's a
12       good time for a break.
13             MR. ANDREWS:  Should we break
14       for lunch?
15             MR. POLLACK:  Yes.
16             (Whereupon, a luncheon recess
17       was taken from 12:29 p.m. to 1:06 p.m.)
18   Q.   Do you have any documents evidencing the
19   hours you worked for Late Night?
20             MR. ANDREWS:  Objection.
21   A.   No.
22   Q.   I think you testified earlier that in
23   addition to performing deliveries, you did
24   other work for Late Night; is that correct?
25   A.   Could you rephrase it?
```

[Page 109]

```
 1                 K. Chow
 2   Q.   Did you perform any other work for
 3   Late Night besides performing meal deliveries?
 4   A.   Only four months.  After that, I devoted
 5   full-time to Fresh Diet.
 6   Q.   What was that?
 7   A.   I just only -- my contract with
 8   Cruise Planners was terminated as May of 2009,
 9   so I could devote my full-time job with
10   The Fresh Diet.
11             MR. ANDREWS:  Kenny,
12       Mr. Pollack's question was, besides
13       delivering meals, did you do any other
14       work for The Fresh Diet.
15   A.   Oh, no.
16   Q.   You had a contract with Cruise Planners?
17   A.   Yeah, a franchise contract.
18   Q.   I'm going to ask you to produce a copy
19   of that agreement.
20   That Cruise Planners terminated in
21   May 2009?
22   A.   Yes.
23   Q.   Is that when you stopped doing work for
24   Cruise Planners?
25   A.   Yes.
```

[28]  (Pages 106 to 109)

[Page 110]

K. Chow

1
2  Q.   Did you ever stop doing work for
3  Mitchell's?
4  A.   Yeah, I did stop doing work.
5  Q.   When?
6  A.   That was in December of 2008.
7  Q.   Did you perform work for anyone else
8  between May 2009 and April 2012?
9  A.   No.
10  Q.   What did you do during the daytime?
11  A.   I sleep.
12  Q.   The only income you received from
13  May 2009 through April 2012 was for the work
14  you performed for The Fresh Diet?
15  A.   Yes.
16  Q.   When would you sleep?
17  A.   It varies, like early to late mornings.
18  Q.   What is the earliest you would be
19  asleep?
20  A.   9:00.
21  Q.   What time would you normally wake up?
22  A.   Until like 3:00.
23  Q.   3:00 p.m.?
24  A.   (Witness nods head.)
25  Q.   9:00 a.m. to 3:00 p.m.?

[Page 111]

K. Chow

1
2  A.   Yes.
3        MR. ANDREWS:  Objection.
4  Q.   What would you do when you woke up?
5  A.   Getting dressed, get ready to work.
6  Q.   How far did you live from the 192 Seigel
7  Street location?
8  A.   I'd say it's about a half an hour
9  commute.
10  Q.   Driving?
11  A.   Yeah, driving.
12  Q.   Half hour?
13  A.   Half hour.
14  Q.   What about the Baltic location?
15  A.   About like twenty-five minutes.
16  Q.   Driving?
17  A.   Driving.
18  Q.   What about the New Jersey location?
19  A.   Depending on traffic, it can take up to
20  one hour to two hours.
21  Q.   What about Connecticut?
22  A.   Two to three hours.
23  Q.   Turning your attention back to
24  Defendant's Exhibit 26, being your affidavit,
25  looking at paragraph 10B, it says, "All

[Page 112]

K. Chow

1
2  assignments were received from Defendant
3  Hussain, and the New York City area drivers had
4  to do the work they had been assigned."
5        Do you see that?
6  A.   Yes.
7  Q.   Who were the New York City area drivers
8  you were referring to in that paragraph?
9  A.   Myself.
10  Q.   Anybody else?
11  A.   Mr. Hernandez.
12  Q.   Anybody else?
13  A.   Mr. Guzman.
14  Q.   Who?
15  A.   Mr. Guzman.
16        MR. ANDREWS:  Guzman.
17  Q.   Who is that?
18  A.   Juany Guzman.
19  Q.   Is there anybody else?
20        I don't want to have to ask anybody
21  else.
22        Can you list them all, or are those the
23  only people you're referring to?
24        MR. ANDREWS:  Take your time,
25        and list as many as you can remember.

[Page 113]

K. Chow

1
2  A.   Nafis, Uncle, Syed's Uncle, Nazrul,
3  Islam, Owen Dacres, that's it.
4  Q.   When you said "New York City area
5  drivers," what did you mean by that?
6  A.   Manhattan, Brooklyn, Queens,
7  Long Island.
8  Q.   The individuals you had just listed
9  before are people who delivered to those
10  locations?
11  A.   The people I listed are all only
12  Manhattan drivers.
13  Q.   Just Manhattan?
14  A.   Manhattan.
15  Q.   Do you know how they were paid?
16  A.   Yes.  I get paid $4.
17  Q.   Do you know how they were paid?
18  A.   Per stop.
19  Q.   Do you know if they were paid $4 per
20  stop?
21  A.   That, I know for myself.  I get paid $4
22  per stop.
23  Q.   When you said that they had to do the
24  work they had been assigned, what did you mean?
25  A.   Each time I report to get an assignment,

K. Chow

1 K. Chow
2 I report to Mr. Hussain. When I first started
3 with Fresh Diet, Mr. Hussain would tell me that
4 I would be covering the weekend route doing his
5 route and doing Nafis' route.
6 Q. In paragraph 10B, it appears as though
7 you're referring to people other than yourself,
8 is that true?
9 MR. ANDREWS: Objection.
10 A. Could you rephrase it?
11 Q. It says, "All assignments were received
12 by Defendant Hussain, and the New York City
13 area drivers had to do the work they had been
14 assigned."
15 A. Yes, it's true.
16 Q. What does that mean?
17 A. It means they given a route, like a
18 separate route, for Mr. Hussain where they
19 assigned to.
20 Q. What does it mean by they "had to do the
21 work"?
22 A. Had to do the work. That means that
23 they given an assignment to do for that day.
24 If they don't finish or they running late, they
25 must call Mr. Hussain to request any help or

K. Chow

1 K. Chow
2 coverage.
3 Q. If they weren't available or if they
4 couldn't do the work, they had to call
5 Mr. Hussain to request coverage, is that what
6 your testimony is?
7 MR. ANDREWS: Objection.
8 A. They have to call Mr. Hussain and let
9 him know that they will not be able to make it
10 to work so Mr. Hussain will be able to find
11 available coverage for other drivers to cover
12 two routes.
13 Q. Do you remember any time when that
14 actually happened?
15 A. It happens many times.
16 Q. Did Mr. Hernandez ever call and say I'm
17 not available to cover a route?
18 MR. ANDREWS: Objection.
19 A. That, I do not know.
20 Q. Who do you know that that happened to?
21 A. It happens to myself.
22 Q. You had called and said that you're not
23 available to cover a route on a particular
24 night?
25 A. Yeah. If I'm calling in if I'm sick or

K. Chow

1 K. Chow
2 my car break down, I would let Mr. Hussain
3 know.
4 Q. Do you know any others, other than
5 yourself, who had called and said that they
6 were not available to perform a delivery?
7 A. That, I do not know.
8 Q. If you ever called in sick, what would
9 you do?
10 A. There's a policy where we have to call
11 in early in the afternoon to let Mr. Hussain
12 know or text him to let him know that I would
13 not be able to come in to work for that night.
14 Q. There were instances when that happened?
15 A. It happens.
16 Q. When would that happen?
17 MR. ANDREWS: Objection.
18 A. If your car breaks down and you unable
19 to find alternative car to use to do the route.
20 Q. How many times would you say that
21 happened between November 2008 and April 2012?
22 A. That, I do not know. I cannot give a
23 specific number.
24 Q. Can you give an estimate?
25 MR. ANDREWS: Objection.

K. Chow

1 K. Chow
2 A. That, I cannot provide.
3 Q. You do recall that it actually happened
4 on at least one occasion?
5 A. Yes.
6 Q. Did you receive routes after that?
7 MR. ANDREWS: Objection.
8 A. Yes. When I go report in the next day,
9 Mr. Hussain will give me a route.
10 Q. Were you paid for that night?
11 A. No, I did not get paid.
12 Q. Do you know what would happen to any
13 New York City area driver if they did not do
14 the work they had been assigned?
15 MR. ANDREWS: Are you directing
16 him to the document?
17 MR. POLLACK: No. I'm asking
18 him a question.
19 A. Could you rephrase it? I'm sorry.
20 Q. Do you know what would happen to any
21 New York City area driver if they did not do
22 the work they had been assigned?
23 A. Mr. Hussain would discipline them up
24 including termination.
25 Q. How would they be disciplined?

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

[Page 118]

K. Chow

1
2   A.    He would like see them or call them over
3   the phone or tell them to see them in person.
4   Q.    Do you remember any specific instance
5   where that happened?
6   A.    That, it happens in a meeting.
7   Q.    What meeting?
8   A.    The driver meeting.
9   Q.    How many meetings were there?
10  A.    That, I could not recall, but it were
11  numerous meetings.
12  Q.    What would Mr. Hussain do during that
13  meeting if a New York City area driver did not
14  do the work they had been assigned?
15  A.    The policy is that you will get a
16  warning and, like I said, disciplined up to
17  including termination.
18  Q.    What do you mean by "disciplined"?
19  A.    Cut your route, reduce your route.
20  Q.    Did that ever happen to you?
21  A.    No.
22  Q.    Did that ever happen to any other driver
23  of Late Night?
24        MR. ANDREWS:  Objection.
25  A.    That, I do not know.

[Page 119]

K. Chow

1
2   Q.    You do not know?
3   A.    (Witness shakes head.)
4   Q.    Can you verbally answer the question?
5   A.    No.
6   Q.    Were there ever written warnings?
7   A.    No written warnings.
8   Q.    Do you ever recall a verbal warning?
9   A.    Yes.
10  Q.    By who?
11  A.    Mr. Hussain.
12  Q.    To who?
13  A.    To me.
14  Q.    What would he say?
15  A.    He say the next time if you doing
16  something without my permission, I'm going to
17  cut your route.
18  Q.    What would you say in response?
19  A.    I say okay.
20  Q.    What did you ever do without his
21  permission?
22  A.    Adding stops from other drivers if they
23  need help, adding stop without letting him know
24  that they running late.
25  Q.    "Adding stops from other drivers," what

[Page 120]

K. Chow

1
2   does that mean?
3   A.    Like getting extra stops from other
4   drivers from other routes.
5   Q.    You would take one of their stops?
6         MR. ANDREWS:  Objection.
7   A.    Yes.
8   Q.    You would take one of their stops?
9   A.    Yes.
10  Q.    How would you do that?
11  A.    Oh, just meet up in person.
12  Q.    You would take the meal bag from their
13  car?
14  A.    Yes.
15  Q.    How would you know where to deliver it?
16  A.    It has it on the menu.  The bags have
17  the menu.
18  Q.    Who did you ever take a meal from to
19  deliver for them?
20  A.    Mostly Nafis.
21  Q.    Anyone else?
22  A.    That's what I only know, Nafis.
23  Q.    Was this when you were delivering in
24  Manhattan?
25  A.    Yeah, Manhattan and New Jersey.

[Page 121]

K. Chow

1
2   Q.    Did you ever tell Mr. Hussain that you
3   took Nafis' delivery?
4   A.    Yes, I would tell him.
5   Q.    When?
6   A.    After he gave me a warning.
7   Q.    How did he know to give you the warning?
8         MR. ANDREWS:  Objection.
9   A.    That, I do not know.
10  Q.    How often would you take meals from
11  other drivers to deliver for them?
12  A.    That, I do not know.  That -- once in a
13  while.
14  Q.    Looking at paragraph 10C on
15  Defendant's 26, when it says "New York City
16  area drivers," are you referring to those same
17  drivers that you were referring to in response
18  to paragraph B?
19  A.    No.  You're talking about Connecticut,
20  Westchester, Jersey, Long Island, and the five
21  boroughs.
22  Q.    It says that all New York City area
23  drivers had to report to Defendant Hussein at
24  the beginning and end of each shift that they
25  worked.

[31]  (Pages 118 to 121)

[Page 122]

K. Chow

1
2      Do you see that sentence?
3   A.   Yes.
4   Q.   Who were you referring to?
5   A.   I'm referring to myself.
6   Q.   Besides yourself.
7   A.   Other drivers that working in the
8   tri-state area have to report to Mr. Hussain at
9   the beginning at the end of the route.
10  Q.   How do you know that?
11  A.   It's by the schedule.
12  Q.   How do you know that they had to report
13  to Mr. Hussain?
14  A.   By the schedule.
15  Q.   Looking at the next sentence, it says,
16  "At the end of their shifts, all New York City
17  area drivers had to report how many meals they
18  had delivered, how many miles they had driven,
19  and how many stops they had made."
20       Do you see that sentence?
21  A.   Yes.
22  Q.   How do you know that?
23  A.   Text message.  I send a text message to
24  Mr. Hussain.
25  Q.   What about others other than yourself?

[Page 123]

K. Chow

1
2   A.   I only know for myself that I send a
3   text message.
4   Q.   You don't know what others did?
5   A.   No.
6        MR. ANDREWS:  Objection.
7   Q.   It says that, the next sentence, they
8   also had to return empty bags.
9        Do you see that?
10  A.   Yes.
11  Q.   How do you know that?
12  A.   I come back at end of the night.  I
13  return to the facility, drop the bags.  I would
14  see other drivers.
15  Q.   The next sentence says that New York
16  City area drivers who did not comply with these
17  requirements were subject to discipline up to
18  and including termination.
19       Do you see that sentence?
20  A.   Yes.
21  Q.   How do you know that?
22  A.   Meetings.
23  Q.   What would happen during these meetings?
24       MR. ANDREWS:  Objection.
25  A.   Mr. Hussain will stress telling the

[Page 124]

K. Chow

1
2   drivers if you don't follow instructions, this
3   is what you going to get penalized for.
4   Q.   Did he explain what penalized meant?
5   A.   Yeah, give you a warning.
6   Q.   The next subparagraph on Defendant's 26,
7   being 10D, says, first sentence, "All New York
8   City area drivers were expected to report to
9   work at specific times."
10       Do you see that sentence?
11  A.   Yes.
12  Q.   How do you know that?
13  A.   By the schedule created.
14  Q.   Did you see others' schedules?
15  A.   I see other schedule for other drivers
16  on the list.
17  Q.   What were the specific times that
18  New York City area drivers were expected to
19  report to work?
20       MR. ANDREWS:  Objection.
21  A.   Only thing I know for myself, I report
22  to work at 8:00 p.m. subject to mandatorial
23  changes (sic).
24  Q.   When are you referring to?
25  A.   Could you rephrase it again?  I'm sorry.

[Page 125]

K. Chow

1
2   Q.   At what point during the time you
3   performed work were you expected to report to
4   work at 8:00 p.m. between November 2008 and
5   April 2012?
6   A.   After June of 2010.  That's the point.
7   Q.   Through April 2012?
8   A.   Yeah.
9   Q.   You don't know when other New York City
10  area drivers were expected to report to work?
11  A.   No, that, I do not know.
12  Q.   It says in the next sentence, "The
13  schedules were created by Defendant Hussain."
14       Do you see that?
15  A.   Yes.
16  Q.   He created the schedules?
17  A.   Yes.
18  Q.   Are the schedules the same as manifests?
19  A.   They different.
20  Q.   What would be on a schedule?
21  A.   Name, route, time to report.
22  Q.   Referring back to Defendant's
23  Exhibit 27, is that a schedule or a manifest?
24  A.   This is a manifest.
25  Q.   Referring to Defendant's Exhibit 28, is

[32]  (Pages 122 to 125)

[Page 126]

K. Chow

1      that a schedule or a manifest?
2      A.    That is a manifest.
3      Q.    Referring to Defendant's 29, schedule or
4      a manifest?
5      A.    It's a manifest.
6             MR. ANDREWS:  Objection.
7      It's a very lengthy document.
8      The witness has not seen every page of
9      it.
10            MR. POLLACK:  He produced it.
11     He should have seen every page.
12     Q.    The next sentence on 10D of Defendant's
13     26 says, "New York City area drivers could not
14     decide when to show up for work."
15            Do you see that sentence?
16     A.    Yes.
17     Q.    How do you know that?
18     A.    Meetings and texts.
19     Q.    They were told when to show up for work?
20            MR. ANDREWS:  Objection.
21     A.    Only I know when I have to show up at
22     work.  For others, I do not know.
23     Q.    You do not know whether others could or
24     could not decide when they could show up to

[Page 127]

K. Chow

1      work?
2      A.    That, I do not know.
3             MR. ANDREWS:  Objection.
4      Q.    The next sentence says, "If they did not
5      arrive to work at the assigned times, they were
6      subject to discipline up to and including
7      termination."
8             Do you see that sentence?
9      A.    Yes.
10     Q.    How do you know that?
11     A.    I know it for myself.  If I don't give
12     advanced notice to Mr. Hussain that whether or
13     not I be running late or not able to show to
14     work before -- before 5:00 p.m. that he will
15     give me a warning.
16     Q.    Which later became 8:00 p.m. in
17     June 2010?
18            MR. ANDREWS:  Objection.
19     A.    Yes.
20     Q.    That sentence says that if "they" did
21     not arrive to work at the assigned times,
22     "they" were subject to discipline up to and
23     including termination.
24            Who is the "they" you are referring to

[Page 128]

K. Chow

1      in that paragraph?
2      A.    The drivers.
3      Q.    Do you know if anyone other than
4      yourself was disciplined for not showing up to
5      work at an assigned time?
6             MR. ANDREWS:  Objection.
7      A.    That, I do not know.
8      Q.    Moving on to subparagraph E of paragraph
9      10, Defendant's 26, it says, "None of the New
10     York City area drivers was at liberty to choose
11     their assignments."
12            Do you see that paragraph?
13     A.    Yes.
14     Q.    How do you know that?
15     A.    I ask Mr. Hussain.  Mr. Hussain would
16     decide whether or not I get to choose the
17     assignment at his own discretion.
18     Q.    What about others besides you?
19     A.    That, I do not know.
20     Q.    Then that paragraph goes on to say,
21     "They could not refuse to do the work that they
22     were assigned."
23            Do you see that?
24     A.    Yes.

[Page 129]

K. Chow

1      Q.    How do you know that?
2      A.    For myself.  I know for myself that if
3      you refuse work, Mr. Hussain would threaten to
4      take action by cutting your route saying that
5      you can't handle this route.
6      Q.    What about others besides you?
7      A.    Just like by the meetings.
8      Q.    At the meetings, there was a discussion
9      of who got to choose the assignment of routes?
10     A.    No.
11     Q.    Next subparagraph, F, of paragraph 10
12     says, "All New York City area drivers had to
13     complete the routes that they had been assigned
14     and to report back to defendant Hussain."
15            Do you see that sentence?
16     A.    Yes.
17     Q.    How do you know that?
18     A.    Meetings and texts.
19     Q.    Next sentence says, "If they failed to
20     complete their assigned routes or if they
21     missed an assigned stop, they were subject to
22     discipline up to and including termination."
23            Do you see that sentence?
24     A.    Yes.

[Page 130]

K. Chow

1
2   Q.   Do you know if any other driver besides
3   you failed to complete their assigned route?
4         MR. ANDREWS:  Objection.
5   A.   I do not know.  I know for myself I got
6   dock.
7   Q.   Docked how?
8   A.   Missed deliveries.
9   Q.   What do you mean by "docked"?
10  A.   I got deducted $25 for each missed
11  delivery.
12  Q.   When did that happen?
13  A.   That happen like around -- like late in
14  2008, around December.
15  Q.   Before you were full-time?
16        MR. ANDREWS:  Objection.
17  A.   Yes, and even after that too.
18  Q.   Besides you, do you know if any other
19  drivers were disciplined for failing to
20  complete their assigned routes?
21  A.   That, I do not know.
22  Q.   Besides you, do you know if any other
23  drivers were disciplined for missing an
24  assigned stop?
25  A.   That, I do not know.

[Page 131]

K. Chow

1
2   Q.   Next subparagraph, G, paragraph 10,
3   Defendant's 26, says, "Defendant Hussain can
4   change drivers' schedules and reduce or
5   increase assignments at his complete discretion
6   without advanced notice to the New York City
7   area drivers."
8        Do you see that sentence?
9   A.   Yes.
10  Q.   How do you know that?
11  A.   Like I said, if the route got too big,
12  I -- where things that you not going to be able
13  to complete on time, he would decide on his own
14  discretion to split the route.
15  Q.   When did that happen?
16  A.   It happens in 2010, after June of 2010.
17  Q.   Did that happen to you?
18  A.   Yes.
19  Q.   When did that happen?
20  A.   That, I do not recall.
21  Q.   What happened?
22        MR. ANDREWS:  Objection.
23  A.   At that time, they had new clients.
24  They couldn't keep up with the demand.  During
25  that month of 2010, Mr. Hussain was on

[Page 132]

K. Chow

1
2   vacation.  The kitchen experienced a freezer
3   problem where ice wasn't frozen, and also,
4   there weren't enough bags to deal with demand.
5   Q.   The next subparagraph, which is
6   subparagraph H of paragraph 10 in Defendant's
7   26, says, "All New York City area drivers
8   performed the same type of work."
9        Do you see that?
10  A.   Yes.
11  Q.   Describe the type of work you're
12  referring to in that paragraph.
13  A.   They're delivery drivers.
14  Q.   Can you elaborate?
15  A.   They drive own vehicles to make delivery
16  for Fresh Diet clients.
17  Q.   Do you know if they were all paid the
18  same compensation?
19  A.   That, I do not know.
20  Q.   How do you know that everyone performed
21  the same type of work?
22  A.   It says it on the contract.  It says
23  city route get paid -- get compensated based on
24  how much per stop, miles depending where the
25  route they going to.  If they doing a longer

[Page 133]

K. Chow

1
2   route, they get per mile and per stop.
3   Q.   Did you see anyone else's contracts
4   besides yours?
5   A.   I only see my own contract.
6   Q.   The sentence goes on to say, "That is,
7   each one showed up to The Fresh Diet, Inc.'s
8   Brooklyn facility at his or her assigned time,
9   each would receive his route assignment for his
10  shift, each would take the food that was
11  prepared in the kitchen, by the kitchen staff,
12  and then deliver it."
13        Do you see that?
14  A.   Yes.
15  Q.   Is that the same type of work you're
16  referring to in the proceeding sentence?
17  A.   Yes, it's the same proceeding work.
18  Q.   That's an accurate statement?
19  A.   Yes.
20  Q.   The next subparagraph, subparagraph I,
21  of paragraph 10 says, "The work was completely
22  standardized.  All drivers had to deliver the
23  food in the same exact way, each meal had to be
24  delivered in a bag provided by The Fresh Diet,
25  Inc., and drivers then had to return to the

[34]  (Pages 130 to 133)

[Page 134]

K. Chow

1   Brooklyn facility."
2   Do you see that?
3
4   A.   Yes.
5   Q.   How do you know that drivers had to
6   return to the Brooklyn facility?
7   A.   Meetings, texts, sign-in sheets.
8   Q.   Do you know if every driver did actually
9   return to the facility after completing their
10   assigned route?
11   MR. ANDREWS:  Objection.
12   A.   Only know for myself.
13   Q.   Next subparagraph, J, says, "New York
14   City area drivers could not arrange with one
15   another to change their assignments without
16   those changes being authorized in advanced by
17   Defendant Hussain."
18   Do you see that?
19   A.   Yes.
20   Q.   How do you know that?
21   A.   Because Mr. Hussain personally spoke to
22   me and told me that if you decide to change
23   without my permission, I'm going to cut your
24   route.
25   Q.   Do you know if others ever arranged with

[Page 135]

K. Chow

1
2   one another to change their assignments?
3   A.   That, I do not know.
4   Q.   Next subparagraph, K, says, "New York
5   City area drivers who attempted to change their
6   assignments without first obtaining Defendant
7   Hussain's approval were subject to discipline
8   up to including termination."
9   Do you see that?
10   A.   Yes.
11   Q.   Which New York City drivers ever
12   attempted to change their assignments?
13   MR. ANDREWS:  Objection.
14   A.   I say myself.
15   Q.   Did you ever attempt to change your
16   assignment?
17   MR. ANDREWS:  Objection.
18   A.   That, I do not know.
19   Q.   Do you know if any other driver ever
20   attempted to change their assignment without
21   first obtaining Mr. Hussain's approval?
22   A.   That, I do not know.
23   Q.   Moving on to paragraph 11, it says, "In
24   addition to myself, I am aware and have
25   personal knowledge that the defendants employed

[Page 136]

K. Chow

1
2   many other similarly situated drivers and/or
3   food delivery employees and routinely failed to
4   pay them overtime compensation of one and
5   one-half times their regular rates for those
6   hours that they worked in excess of forty per
7   week."
8   Do you see that?
9   A.   Yes.
10   Q.   How do you know that?
11   A.   I know for myself I work six days a week
12   between twelve to fourteen hours a day.
13   Q.   What were those hours?
14   A.   Like I said, from 5:00 to 7:00.
15   Q.   When were you working from 5:00 to 7:00?
16   A.   From November 2008 through April 2012.
17   Q.   Did there come a time you started
18   working at 8:00 p.m.?
19   A.   I was making manifests for the Manhattan
20   drivers off the clock.
21   Q.   When?
22   A.   Since then, I've been -- that's around
23   January of 2011.
24   Q.   What were you doing to prepare
25   manifests?

[Page 137]

K. Chow

1
2   A.   Oh, in case if driver call out for
3   Manhattan and Mr. Hussain needs coverage, he
4   needs me to help split the route so each people
5   get a little amount of stops to cover that
6   route.
7   Q.   You were preparing manifests?
8   A.   Yes.
9   Q.   Where?
10   A.   At home.
11   Q.   On your computer?
12   A.   Yes.
13   Q.   For other drivers?
14   A.   For other drivers, other Manhattan
15   drivers.
16   Q.   Who were you preparing manifests for?
17   A.   Nafis, Fernando, Juany, Naz, Uncle,
18   transit guys.
19   Q.   You were preparing their manifests?
20   A.   Yes.
21   Q.   How often were you preparing their
22   manifests?
23   A.   Almost every day.  Six days a week.
24   Q.   How would they get their manifests?
25   A.   E-mail.

[35]  (Pages 134 to 137)

[Page 138]

K. Chow

1
2  Q.   What e-mail address would you use?
3  A.   I used my own personal e-mail address
4  and send it to Syed Hussain's Fresh Diet e-mail
5  address.
6  Q.   How long did it take you to prepare a
7  manifest?
8  A.   Three hours.
9  Q.   Every day, it took three hours?
10        MR. ANDREWS:  Objection.
11  A.   Yes.
12  Q.   Did the manifests change every day?
13  A.   Yes, it changed every day.
14  Q.   Why?
15  A.   Because sometimes clients don't eat
16  their food.  Sometimes they eat in and out.
17  Q.   How would you know what to put in a
18  manifest?
19  A.   Oh, Mr. Hussain gave me his permission
20  to use his Fresh Diet account, client account,
21  to go access to the client, what change they
22  made at the last minute.
23  Q.   Were you in touch with clients?
24  A.   No.  I just download the list.
25  Q.   What's in a manifest?

[Page 139]

K. Chow

1
2  A.   Client name, address, phone numbers.
3  Q.   Did the clients change day to day?
4  A.   Yes.
5  Q.   Every day there was a different --
6        MR. ANDREWS:  Objection.
7  A.   Sometimes, depending what they order.
8  We don't know at least three days ahead
9  of time.
10  Q.   To prepare the manifests, would you have
11  to log in with Syed's information?
12  A.   Oh, of course.  Correct.
13  Q.   Did you have software downloaded on your
14  computer?
15  A.   No.  It just like a web browser.
16  Q.   You did this from your home?
17  A.   Yes.
18  Q.   Do you still have the computer that you
19  did this from?
20  A.   Yes.
21  Q.   Did you produce that to your attorney?
22  A.   I sent a few.
23  Q.   Would that contain a log-in time that
24  you went into the software to prepare the
25  manifest?

[Page 140]

K. Chow

1
2        MR. ANDREWS:  Objection.
3  A.   It only show the time stamp when I
4  finish preparing the manifest and send it to
5  Mr. Hussain's account, e-mail account.
6  Q.   Is it your testimony that you performed
7  work from 5:00 p.m. to 7:00 a.m. every day you
8  performed work for The Fresh Diet or Late Night
9  from November 2008 to April 2012?
10  A.   Yes.
11  Q.   Fourteen hours?
12  A.   Yes.
13  Q.   Every day?
14  A.   Yes.
15        MR. POLLACK:  I need to take a
16  quick break.
17        (Whereupon, a recess was taken
18  at this time.)
19  Q.   You just testified that you worked
20  fourteen hours a day every day, correct?
21  A.   Correct.
22  Q.   From 5:00 p.m. to 7:00 a.m., correct?
23  A.   (Witness nods head.)
24        MR. ANDREWS:  Objection.
25  Q.   In about June 2010, you had previously

[Page 141]

K. Chow

1
2  testified that you started reporting to work at
3  about 8:00 p.m. to the facility, correct?
4  A.   After that, they gave me a schedule.
5  Q.   Around fall 2010?
6  A.   Yes, late 2010, fall.
7  Q.   When did you start preparing manifests?
8  A.   June -- January of 2011.
9  Q.   What were you doing for The Fresh Diet
10  from 5:00 p.m. to 8:00 p.m. between June 2010
11  to January 2011?
12  A.   Mr. Hussain may call me over the phone
13  telling me to help him out to be like an acting
14  manager in case Mr. Hussain goes on vacation.
15  Q.   Do you know if Mr. Hussain went on
16  vacation between June 2010 and January 2011?
17  A.   Yes, he did when I -- a month, I think,
18  in June of 2010, that time.  June or July.
19  Q.   What did you do during that time?
20  A.   I was an acting manager.
21  Q.   Where was Owen Dacres at that time?
22  A.   He wasn't there yet.
23  Q.   What about from September 2010 to
24  December 2010?
25  A.   Mr. Hussain got a permanent job as a

[36]  (Pages 138 to 141)

[Page 142]

```
 1                K. Chow
 2   regional delivery manager, and I got a
 3   permanent route from him.
 4       Q.   How do you know the hours that other
 5   drivers worked for Late Night?
 6       A.   I see them every day --
 7            MR. ANDREWS:  Objection.
 8       A.   -- at work.
 9       Q.   How do you know the hours that they
10   worked?
11       A.   I would arrive like 5:00 p.m. I still
12   see like a few drivers still over there waiting
13   for the food to be done.
14       Q.   Like who?
15       A.   Like Teresa.
16       Q.   Who else?
17       A.   Marty.
18       Q.   List them all.
19       A.   David, Bryant, Fernando.
20       Q.   Do you know the hours they worked?
21       A.   Like I said, when I come in at
22   5:00 p.m., this is what -- I know they came in
23   before me.
24       Q.   Are we talking about in Brooklyn or
25   before Brooklyn?
```

[Page 143]

```
 1                K. Chow
 2       A.   In Brooklyn.
 3       Q.   At some point, you started arriving at
 4   8:00 p.m. in Brooklyn; is that correct?
 5       A.   Yeah, when they have a schedule, but
 6   before I did that, we didn't have a schedule.
 7       Q.   You did start reporting to work around
 8   8:00 p.m. around, what was it, June 2010?
 9       A.   Late of 2010, like fall.
10       Q.   Fall?
11       A.   (Witness nods head.)
12       Q.   Around fall of 2010, do you know that
13   hours that other drivers were working?
14       A.   Yes.  Teresa -- it's based on the
15   schedule.  Teresa would be coming to work at
16   around 5:00.
17       Q.   You saw her schedule?
18       A.   It's on the schedule, yes.
19       Q.   Do you know what time she finished her
20   deliveries?
21            MR. ANDREWS:  Objection.
22       A.   That, I do not know because it varies.
23       Q.   Do you know when all drivers finished
24   their deliveries?
25       A.   Yeah, because when they come back at the
```

[Page 144]

```
 1                K. Chow
 2   end of the facility each night, when they start
 3   instituting that policy, I come in to drop the
 4   bags and ice.  I would know when the driver
 5   would come back.
 6       Q.   How would you know?
 7       A.   Like I said, on the -- on the -- on the
 8   clock, the cell phone clock.
 9       Q.   What cell phone clock?
10       A.   Like time stamp on the text.
11       Q.   Whose texts?
12       A.   My texts.  I send it to Syed's text
13   telling him what time I finished.
14       Q.   What about other drivers?
15       A.   Other drivers?
16       Q.   Yes.
17       A.   The only thing I know that when I come
18   in, I know drivers already there.
19       Q.   Are we talking about when you come in
20   from returning deliveries?
21       A.   From returning deliveries.
22       Q.   At the end of the route?
23       A.   I'm talking about the facility.
24       Q.   There were certain drivers that were
25   already at the facility when you returned?
```

[Page 145]

```
 1                K. Chow
 2       A.   Yes.
 3       Q.   Like who?
 4       A.   I would say Errol Graham.
 5       Q.   Anyone else?
 6       A.   Alex.  Alex.  What's his last name?
 7   Mexican Alex.  Oh, Ruiz, R-U-I-Z.
 8       Q.   Were those the only two that would be
 9   there when you returned?
10            MR. ANDREWS:  Objection.
11       A.   Yeah.
12       Q.   Any others?
13       A.   Joe Tate.
14       Q.   Were you the fourth driver who would
15   arrive back to the facility at the end of a
16   route?
17            MR. ANDREWS:  Objection.
18       A.   No.  I would be like the last arriving
19   late.
20       Q.   You would be the last?
21       A.   (Witness nods head.)
22       Q.   You would be the last to finish your
23   route?
24            MR. ANDREWS:  Objection.
25       A.   Not all the time.
```

[37]  (Pages 142 to 145)

[Page 146]

K. Chow

2  Q.   Do you know if any others showed up
3  after you?
4  A.   Yes, Nafis.
5  Q.   Would Fernando be done before you?
6  A.   Sometimes.
7  Q.   Juany?
8  A.   Sometimes.
9  Q.   They'd be at the facility when you
10 returned?
11      MR. ANDREWS:  Objection.
12 A.   Sometimes.
13 Q.   Would you know when they finished their
14 route if they were already at the facility when
15 you returned?
16 A.   Like I said, the only -- like I said,
17 I -- when I come in to drop the bag, if I see
18 these people, I see it when they put it in the
19 sign-in sheet.
20 Q.   Which means that they were already
21 there, that they had already finished their
22 route by the time you returned, correct?
23 A.   Yeah.
24      They come back, and they do a sign-in
25 sheet where they are required to put in the

[Page 147]

K. Chow

2  time when they arrive and had to do at the end
3  of the route to send that photo to Mr. Hussain
4  so he could record it on his end of it what
5  time these driver left, what time these driver
6  arrive, how many bags they pick up.
7  Q.   Did you see any other driver's paycheck
8  besides yours?
9  A.   Oh, Fernando.
10 Q.   When did you see Fernando's paycheck?
11 A.   Once in a while.  Every week if he's
12 going to complain to me that he have shortage
13 on his check.
14 Q.   Do you know if any driver worked more
15 than forty hours per week?
16 A.   Teresa.
17 Q.   How do you know that?
18 A.   Because she start based on a schedule.
19 She comes in to work at 5:00.  She doesn't
20 finish her job until 4:00.
21 Q.   5:00 p.m. to 4:00 a.m.?
22 A.   In Connecticut, and she still have to
23 drive down to do the Brooklyn facility.  That's
24 another hour too.
25 Q.   Do you mean that she was done with

[Page 148]

K. Chow

2  deliveries at 4:00 a.m. --
3  A.   Yeah.
4  Q.   -- and then she still had to drive back
5  to the Brooklyn facility?
6  A.   Right.
7  Q.   Is it your testimony that Teresa's
8  schedule was 5:00 p.m. to 4:00 a.m.?
9       MR. ANDREWS:  Objection.
10 A.   Yeah.
11      At the last stop for Connecticut is
12 4:00 a.m., and she still got to drive down to
13 Brooklyn.
14 Q.   What about other drivers' hours?
15 A.   Errol, same thing.  Usually gets there
16 like around 5:30 through like 3:00.
17 Q.   5:30 p.m. to 3:00 a.m.?
18 A.   Yes.
19 Q.   Any other drivers?
20 A.   Nafis.
21 Q.   What were his hours?
22 A.   His hours would be like 7:00 p.m. to
23 7:00 a.m.
24 Q.   Any others?
25 A.   Juany, 6:00 a.m. -- no.  6:00 p.m. to

[Page 149]

K. Chow

2  4:00 p.m.  4:00 a.m.
3  Q.   Any others?
4  A.   That's it.
5  Q.   You don't know the hours that Fernando
6  worked?
7       MR. ANDREWS:  Objection.
8  A.   Fernando, like I said, he's -- like
9  7:00 p.m. to 7:00 a.m.
10 Q.   Do you know how many days a week these
11 individuals worked?
12 A.   Six days a week.
13      MR. ANDREWS:  Objection.
14 Q.   Six days a week?
15 A.   (Witness nods head.)
16 Q.   Every one of them?
17 A.   Yes.
18 Q.   Did Fernando tell you how many hours he
19 worked yesterday during your telephone
20 conversation with him?
21      MR. ANDREWS:  Objection.
22 A.   He mentioned about working about
23 fourteen to sixteen hours.
24 Q.   He said that yesterday during your
25 telephone conversation?

[Page 150]

K. Chow

1
2     A.   Yes.
3     Q.   Did he tell you to tell me that
4  information?
5          MR. ANDREWS:  Objection.
6     A.   No.
7     Q.   How did it come up during your
8  conversation with him yesterday that he worked
9  fourteen to sixteen hours?
10    A.   It's based on at the old kitchen at
11 192 Seigel plus, also, 588 Baltic.
12    Q.   What were you discussing that his
13 working fourteen to sixteen hours per day --
14    A.   Oh, we have to wait for the food.
15 Sometimes the food are not packed, we don't
16 have enough bags, freezer breaks down, we have
17 to pack our own food, pack our own ice packs
18 into the bag, lock it, zip tie it, sort it,
19 sort it by manifest based on the order and load
20 it up and start doing deliveries.
21    Q.   He discussed this with you yesterday
22 during your telephone conversation?
23         MR. ANDREWS:  Objection.
24    A.   Yes.
25    Q.   Looking at paragraph 12 of Defendant's

[Page 151]

K. Chow

1
2  26, it says, "I have reviewed the list of
3  drivers and/or food delivery employees attached
4  as Exhibit A, which I understand was produced
5  by the defendants in this action on or about
6  December 21, 2012.  I recognize the majority of
7  persons listed."
8       Do you see that?
9     A.   Yes.
10    Q.   Who do you recognize?
11    A.   Marquis Acklin, Julian Alvarez, Vinh Au,
12 Leonard Bloomfield, Gladys Bonilla,
13 Rafael Brito, Jai Britt, William Brown, myself,
14 Syed Chowdhury, Boyce Coleman, Irving Collado,
15 Juan Correa, Owen Dacres, Wilton Dardaine,
16 Harris Deandre, Denny DeLarosa.  Let me see.
17 Is there more on the back?  Christopher Folkes,
18 Anthony Freeman, Daniel Gorrin, Errol Graham,
19 Yajaira Guerrero, Juany Guzman, Rohan Heaven,
20 Fernando Hernandez, Syed Hussain,
21 Cecilia Jackson, Teresa Jackson,
22 Emanuel Justiniano, Eugene Kimble,
23 Bengaly Konate, Michael Lattimore,
24 Alexander Lau, Li And Lyn Inc,
25 Martina, Jr. Evaristo, Nazrul, Islam,

[Page 152]

K. Chow

1
2  William Paredes, Jimmi Perez, Brijesh Ram,
3  Carlos Rijos, Jose Ruiz and the other Ruiz as
4  well too, Andreas Salas, Nafis, Andrew Spence,
5  Joe Tate, Maria Tavares, Bryant White,
6  David Williams, and Zapata.
7     Q.   How do you know that each of those
8  individuals reported to Mr. Hussain?
9     A.   Because I see them every day.
10    Q.   How do you know that they reported to
11 Mr. Hussain?
12         MR. ANDREWS:  Objection.
13    A.   When they come to work, I see their
14 faces.  I see them pick up bags, and we talk
15 every day.
16    Q.   From November 2008 until June 2010, what
17 hours did you perform deliveries for
18 The Fresh Diet?
19    A.   5:00 p.m. to 7:00 a.m.
20    Q.   Then what about from June 2010 until
21 April 2012?
22    A.   It's about the same.
23    Q.   You previously testified that you didn't
24 report to work until 8:00 p.m., correct,
25 starting in June 2010?

[Page 153]

K. Chow

1
2     A.   Yes.  I got the schedule subject to
3  mandatorial changes (sic).
4     Q.   You didn't perform deliveries from
5  5:00 p.m. to 7:00 a.m. from June 2010 to April
6  2012?
7     A.   No.  No.
8     Q.   You did not, correct?
9     A.   No.
10    Q.   When did you perform deliveries from
11 June 2010 until April 2012?
12    A.   I say 8:00 p.m.
13    Q.   Until?
14    A.   Until 7:00 a.m.
15    Q.   Did you ever take breaks during the
16 deliveries?
17    A.   Most of the time, no.
18    Q.   You would drive straight from customer
19 to customer?
20    A.   Yes.
21    Q.   Would you eat?
22    A.   I would stop by and eat.
23    Q.   You would take breaks?
24         MR. ANDREWS:  Objection.
25    A.   Yeah.

[39]  (Pages 150 to 153)

K. Chow

1    MR. POLLACK: What's the basis
2    for the objection?
3        MR. ANDREWS: Mischaracterizes
4    his testimony.
5    Q.    You would take breaks, correct?
6    A.    Yes.
7    Q.    To do what?
8    A.    Go to bathroom, order some snacks.
9    Q.    Would you stop at a fast food
10   restaurant?
11   A.    Yes.
12   Q.    Would you stop at a 711?
13   A.    Yes.
14   Q.    Would you stop for gas?
15   A.    Yes.
16   Q.    You did this between 8:00 p.m. and
17   7:00 a.m.?
18   A.    Yes.
19   Q.    If you ever took a break, did you report
20   to Syed that you were going to take a break?
21   A.    No.
22   Q.    Were you ever reimbursed for any meals
23   that you ate during the time you were
24   performing deliveries?

K. Chow

1    A.    No reimbursement.
2    Q.    No reimbursement for anything?
3        MR. ANDREWS: Objection.
4    A.    No. No gas. No reimbursement for gas.
5    No reimbursement for meals. No reimbursement
6    for parking and moving violation tickets.
7    Q.    What about tolls?
8    A.    Tolls we do get reimbursed every two
9    weeks.
10   Q.    But nothing else?
11   A.    Nothing else.
12   Q.    How often would you take breaks during
13   the deliveries?
14   A.    It varied. Sometime one breaks, two
15   breaks.
16   Q.    Did you ever take three breaks?
17   A.    No.
18   Q.    Did you have any repairs to your car
19   between November 2008 and April 2012?
20   A.    Yes.
21   Q.    You paid for those repairs yourself?
22   A.    Yes.
23   Q.    Did you ever seek reimbursement for
24   those repairs?

K. Chow

1    A.    That, I do not have a document for that.
2    Q.    Did you ever seek reimbursement for
3    those repairs?
4    A.    No.
5    Q.    Did you pay for maintenance of your car
6    between November 2008 and April 2012?
7    A.    Yes.
8    Q.    Were you ever reimbursed for any
9    maintenance to your car?
10   A.    No.
11   Q.    Did you ever do anything, any personal
12   tasks, during the time you were performing
13   deliveries?
14   A.    No, just business, just deliveries.
15   Q.    Did you ever go into a Stop & Shop?
16       MR. ANDREWS: Objection.
17   A.    Once in a while.
18   Q.    How long would you be in a Stop & Shop?
19       MR. ANDREWS: Objection.
20   A.    About like five minutes.
21   Q.    What would you do?
22       MR. ANDREWS: Objection.
23   A.    Grab something to eat.
24   Q.    Did you ever buy any other groceries

K. Chow

1    while you were there?
2    A.    Water.
3        (Whereupon, Receipts were marked
4        as Defendant's Exhibit 30, for
5        identification, as of this date.)
6    Q.    I'm now going to show you what's been
7    marked for identification as Defendant's
8    Exhibit 30 (handing).
9        MR. POLLACK: It's been produced
10       by Plaintiffs, Bate stamp number
11       FD004266 to 004462.
12   Q.    I'm going to ask if you've seen those
13   documents before today.
14   A.    Yeah, I seen it before. I have it in my
15   possession, and I gave it -- yes.
16   Q.    What are those documents?
17   A.    These are for food and gas.
18   Q.    You didn't obtain reimbursement for food
19   or gas, correct?
20   A.    No reimbursement for both.
21   Q.    You kept all these receipts?
22   A.    Yes.
23   Q.    Is there a reason you kept the receipts?
24   A.    A reason?

[Page 158]

K. Chow

1
2  Q.   Yes.
3  A.   Oh, tax purpose.
4  Q.   What tax purpose?
5       MR. ANDREWS:  Objection.
6  A.   To claim deductions on those and any
7  possible lawsuit.
8  Q.   When did you think there may be a
9  lawsuit?
10  A.   After I got fired the last day of April
11  of 2012.
12  Q.   On FD004266, the first page, take an
13  example of the 711 receipt.
14  A.   Okay.
15  Q.   See that it's dated November 2009
16  (indicating)?
17  A.   Right.
18  Q.   Were you anticipating a lawsuit in
19  November 2009?
20  A.   No.
21       MR. ANDREWS:  Objection.
22  Q.   What was the primary reason you were
23  keeping these receipts?
24       MR. ANDREWS:  Objection.
25  A.   I said for tax purposes.

[Page 159]

K. Chow

1
2  Q.   What tax purposes?
3  A.   To file every year your yearly 1040.
4  Q.   Would you claim certain deductions on
5  your 1040?
6  A.   Yes.
7  Q.   Were those for expenses that you
8  incurred?
9  A.   Yes.
10  Q.   Did you take any vacations between
11  November 2008 and April 2012?
12  A.   I took a week in May of 2009.
13  Q.   Is that it?
14  A.   And 2000 -- 2011, October.
15  Q.   Where did you go in May 2009?
16  A.   I went on a cruise for a week.
17  Q.   Where?
18  A.   Where?  To the Caribbean.
19  Q.   Was that through Cruise Planners?
20       MR. ANDREWS:  Objection.
21  A.   That was through Cruise Planners.
22  Q.   Was it free?
23  A.   No.  I had to pay.
24  Q.   What'd you say, May 2011?
25  A.   No, October 2011.

[Page 160]

K. Chow

1
2  Q.   Where'd you go in October 2011?
3  A.   I went to Bermuda.
4  Q.   For how long?
5  A.   For a week.
6  Q.   Any others?
7  A.   That's it.
8  Q.   Were you sick at any time between
9  November 2008 and April 2012?
10  A.   On some occasion, I may call in, my car
11  breaks down, unable to come to work with a good
12  use car to do deliveries.
13  Q.   Did you ever ask anyone else to perform
14  deliveries for you?
15  A.   No.
16  Q.   What happened in April 2012 with
17  The Fresh Diet?
18       MR. ANDREWS:  Objection.
19  A.   I got terminated.
20  Q.   How?
21  A.   For fighting in a facility.
22  Q.   What facility?
23  A.   The Fresh Diet facility at 588 Baltic
24  Street.
25  Q.   Who were you fighting with?

[Page 161]

K. Chow

1
2       MR. ANDREWS:  Objection.
3  A.   With Nafis.
4  Q.   Physical?
5  A.   Yes.
6  Q.   What happened?
7  A.   I belly bopped him.
8  Q.   You what?
9  A.   I belly bopped him.
10  Q.   Who terminated you?
11  A.   Mr. Hussain.
12  Q.   What'd he say?
13  A.   Over the phone, he told me you're done.
14  He told me whatever keys and passes you have,
15  leave in the mailbox and just give me your
16  payroll on Thursday.
17  Q.   Did you leave the keys and passes?
18  A.   I came back at the end of the night
19  after I finished my route for that night.  I
20  had left the keys, everything in the mailbox.
21  Q.   Did you keep the magnets?
22  A.   Magnets?  Yeah, I have my magnets.
23  Q.   You didn't return those?
24  A.   Company never say anything about
25  returning magnets.

[41]  (Pages 158 to 161)

[Page 162]

K. Chow

1               K. Chow
2   **Q.**   You didn't return the shirt?
3   **A.**   I'm sorry?
4   **Q.**   Did you return the shirt?
5   **A.**   Company --
6   **Q.**   You showed a shirt.
7   **A.**   They never say anything about returning
8  shirt.
9   **Q.**   What about the bag?
10   **A.**   The bag?  Nothing.  We just -- only we
11  come back at the end of the night.  We just
12  drop off the bags that we have.
13   **Q.**   You understand that you were treated as
14  an independent contractor --
15          MR. ANDREWS:  Objection.
16   **Q.**   -- by Late Night, correct?
17          MR. ANDREWS:  Objection.
18  Objection.
19   **A.**   That, I do not know, but I know I get a
20  1099.
21          (Whereupon, 2010 1099 was marked
22      as Defendant's Exhibit 31, for
23      identification, as of this date.)
24          (Whereupon, 2011 1099 was marked
25      as Defendant's Exhibit 32, for

[Page 163]

K. Chow

1               K. Chow
2      identification, as of this date.)
3          (Whereupon, 2012 1099 was marked
4      as Defendant's Exhibit 33, for
5      identification, as of this date.)
6          (Whereupon, a recess was taken
7      at this time.)
8   **Q.**   Now I'm going to show you what's been
9  marked as Defendant's Exhibits 31, 32, and 33
10  (handing).
11        With regards to Defendant's Exhibit 31,
12  I'm going to ask if you've seen that document
13  before today.
14   **A.**   Yeah.  I have it in my possession.
15   **Q.**   What do you understand that document to
16  be?
17   **A.**   That's a 1099.
18   **Q.**   Does that reflect compensation you
19  received from Late Night in 2010?
20          MR. ANDREWS:  Objection.
21   **A.**   Yes.
22   **Q.**   Did you receive $63,885 in 2010 from
23  Late Night?
24   **A.**   Yes.
25   **Q.**   Looking at Defendant's 32, is that a

[Page 164]

K. Chow

1               K. Chow
2  copy of your 2011 1099?
3   **A.**   Yes.
4   **Q.**   Does that accurately reflect $64,390 in
5  compensation received by Late Night for 2011?
6          MR. ANDREWS:  Objection.
7   **A.**   Yes.
8   **Q.**   Looking at Defendant's Exhibit 33, is
9  that a copy of a 1099 received by Late Night
10  for 2012?
11   **A.**   Correct.
12   **Q.**   Does that accurately reflect $25,548 in
13  compensation received by Late Night for 2012?
14          MR. ANDREWS:  Objection.
15   **A.**   Yes.
16          (Whereupon, 1099 forms were
17      marked as Defendant's Exhibit 34, for
18      identification, as of this date.)
19   **Q.**   I'm now showing you what's been marked
20  for identification as Defendant's Exhibit 34,
21  and I'm going to ask you if you've seen these
22  documents before today (handing).
23   **A.**   This one, I've seen.  It's all I have in
24  my possession (indicating).
25   **Q.**   You're referring to 2009, Bate stamp

[Page 165]

K. Chow

1               K. Chow
2  FD000390?
3   **A.**   Yes.
4   **Q.**   What about the second page marked
5  FD000405?
6   **A.**   This is correct.
7   **Q.**   When you say "this is correct," what do
8  you mean?
9   **A.**   Nothing.  I said this is the right
10  compensation (indicating).
11   **Q.**   $64,390?
12   **A.**   Yes.
13   **Q.**   Looking at FD000406, do you recognize
14  that document?
15   **A.**   Yes.
16   **Q.**   Does that reflect the right compensation
17  for 2010?
18   **A.**   Yes.
19   **Q.**   Did you file a tax return in 2009?
20   **A.**   I just file recently.
21   **Q.**   Did you file a tax return in 2009?
22   **A.**   I file -- yes.
23   **Q.**   Did you file a tax return in 2010?
24   **A.**   No.
25   **Q.**   Did you file a tax return in 2011?

American Stenographic
Telephone:718-291-6600        www.Americansteno.com

[Page 166]

K. Chow

1
2    A.    No.
3    Q.    Did you file a tax return in 2012?
4    A.    No.
5    Q.    I'm going to ask for a copy of the 2009
6    tax return that you filed.
7          You previously testified that you had
8    kept certain receipts, such as those marked on
9    Defendant's Exhibit 30, to claim on a 1040; is
10   that correct?
11         MR. ANDREWS:  Objection.
12   A.    Yes.
13   Q.    What do you mean by that?
14   A.    Any deduction, like gas, fuel, on the
15   1040.
16   Q.    But you never claimed those deductions?
17   A.    I claim them on 2009.
18   Q.    You did not in 2010?
19   A.    No.
20   Q.    Or 2011?
21   A.    No.
22   Q.    Or 2012?
23   A.    No.
24   Q.    You didn't pay taxes from 2010 to 2012?
25         MR. ANDREWS:  Objection.

[Page 167]

K. Chow

1
2    A.    Yes.
3    Q.    You did not, correct?
4    A.    I did not.
5    Q.    Did you receive any type of benefits
6    from Late Night for the time you worked between
7    November 2008 until April 2012?
8          MR. ANDREWS:  Objection.
9    A.    What type of benefit?
10   Q.    Insurance, health insurance.
11   A.    Oh, nothing.
12   Q.    Nothing?
13   A.    (Witness shakes head.)
14   Q.    Did you maintain a cell phone the entire
15   time you worked?
16   A.    Yes.
17   Q.    Was it the same cell phone from
18   November 2008 through April 2012?
19   A.    Yeah, the same phone number.
20   Q.    What about the same phone?
21   A.    No, different phone.
22   Q.    How many different phones?
23   A.    That, I could recall.  About like three
24   different phones.
25   Q.    When was the last phone you received?

[Page 168]

K. Chow

1
2    A.    The iPhone.
3          MR. ANDREWS:  Objection.
4    Q.    When did you receive that?
5          MR. ANDREWS:  Objection.
6    A.    Approximately around October 2011.
7    Q.    Is that the same phone you have today?
8    A.    Yes.
9    Q.    Who was the cell phone provider in
10   November 2008?
11   A.    Sprint.
12   Q.    Is it still Sprint?
13         MR. ANDREWS:  Objection.
14   A.    As of April 2012 -- not anymore with
15   Sprint.
16   Q.    Did you communicate with anyone at
17   Late Night with your cell phone?
18   A.    Yes.
19         MR. ANDREWS:  Objection.
20   Q.    Who?
21   A.    Fernando.
22   Q.    Who else?
23   A.    Naz.
24   Q.    Who else?
25   A.    Alex, Juany, Nafis, Syed's Uncle, the

[Page 169]

K. Chow

1
2    transit guys, Owen, Joe, Bryant, Teresa, David,
3    Cecilia.
4    Q.    What would you text about?
5          MR. ANDREWS:  Objection.
6    Q.    What would you communicate about?
7    A.    Work.  Work, stuff about being dock.
8    Q.    Did you ever text with Syed?
9    A.    Yes, almost every day.
10   Q.    What would you text with Syed about?
11   A.    How much bags we pick up and what kind
12   of missed deliveries that they have, like
13   missing bags, no food, keys that being picked
14   up or drop off, bags that being picked up.
15   Q.    When would you text Syed?
16   A.    Oh, during the route.
17   Q.    If you completed a route, would you text
18   Syed?
19   A.    Yes.
20   Q.    When would you text him?  Would it be
21   after you returned to the facility or after you
22   finished your last delivery?
23   A.    Most of the time, your last deliveries.
24   Q.    What would you text?
25   A.    The number of bags I pick up.

[Page 170]

K. Chow

1    Q.    When you texted him, that was the last
2    delivery you performed for the night?
3           MR. ANDREWS:  Objection.
4    A.    Yes.
5           (Whereupon, Test messages were
6           marked as Defendant's Exhibit 35, for
7           identification, as of this date.)
8    Q.    I'm now showing you what's been marked
9    for identification as Defendant's Exhibit 35
10   (handing).
11          I'm going to ask, before today, if
12   you've seen that document.
13   A.    Yes.
14   Q.    Yes?
15   A.    Yes.
16   Q.    What is that?
17          What are those copies of?
18   A.    These are text messages I communicate
19   with Mr. Hussain and Mr. Dacres, Owen.
20   Q.    Are these your text messages to
21   Mr. Hussain and Mr. Dacres?
22   A.    Yes.
23   Q.    Looking at that first entry on FD000394,
24   do you see that from October 28, 2011 at 7:32

[Page 171]

K. Chow

1    p.m.?
2    A.    Yes.
3    Q.    Its says, "I will be at the kitchen by
4    9:00."
5           Do you see that?
6    A.    Yes.
7    Q.    What does that mean?
8    A.    I informed Mr. Hussain that I be running
9    late.
10   Q.    And that you'll be there at what time?
11   A.    By 9:00.
12   Q.    9:00 p.m.?
13   A.    Yes.
14   Q.    When you say you were running late, why
15   were you running late?
16          MR. ANDREWS:  Objection.
17   A.    It could be many factors.
18   Q.    Like what?
19   A.    Making manifest or running a little
20   errand.
21   Q.    Were you making manifests in October of
22   2011?
23   A.    That, I do not recall.
24   Q.    What kind of errand may you have been

[Page 172]

K. Chow

1    running that would have caused you to be late?
2           MR. ANDREWS:  Objection.
3    A.    Grabbing something to eat.
4    Q.    Anything else?
5    A.    That's all.
6    Q.    That next entry, do you see that, for
7    November 14, 2011 at 6:55 p.m.?
8    A.    Yes.
9    Q.    That says, "I will be at the kitchen by
10   8:15 p."
11   A.    Yes.
12   Q.    Does that mean you will be at the
13   kitchen by 8:15 p.m.?
14   A.    Yes.
15   Q.    Did you receive a response to that text
16   message?
17   A.    Most of these, he never responds.
18   Q.    Looking at that next one,
19   November 15, 2011 at 4:43 a.m., do you see
20   that?
21   A.    Yes.
22   Q.    That says, "59 bags."
23   A.    Yes.
24   Q.    What does that mean?

[Page 173]

K. Chow

1    A.    That's empty bags I pick up at that
2    date.
3    Q.    Were you done with deliveries at
4    4:43 a.m. on November 15, 2011?
5           MR. ANDREWS:  Objection.
6    A.    Yes, I finished my last stop at that
7    time.
8    Q.    The next entry from November 21, 2011 at
9    10:12 a.m., do you see that entry --
10   A.    Yes.
11   Q.    -- that text message?
12   A.    Uh-huh.
13   Q.    It says, "I will be at the kitchen by
14   10:00 p.m. tonight," correct?
15   A.    Yes.  Yes.
16   Q.    Do you know why you were going to be at
17   the kitchen at 10:00 p.m. on November 21, 2011?
18   A.    I do not recall.
19   Q.    Looking at the next page marked
20   FD000395, do you see the entry for
21   December 8, 2011 at 2:21 p.m.?
22   A.    Yes.
23   Q.    It says, "I will not be able to attend
24   the meeting tonight."

[44]  (Pages 170 to 173)

[Page 174]

K. Chow

1           K. Chow
2   A.   Yes.  Yes.
3   Q.   Were you disciplined for not attending
4  the meeting?
5      MR. ANDREWS:  Objection.
6   A.   Mr. Hussain knows I'm making a manifest
7  during that time.
8   Q.   How does he know that?
9   A.   Because he gets an e-mail.
10   Q.   How did he know that you would be
11  preparing manifests on December 8, 2011
12   A.   It would be ongoing because he always
13  said okay, I have a last minute call, a job
14  call out.  He tell me to go split the route up.
15   Q.   The next entry is from December 9, 2011
16  at 6:38 p.m.
17     Do you see that one?
18   A.   Yes.
19   Q.   It says, "I will be in the kitchen by
20  9:00."
21   A.   Yes.
22   Q.   Is that 9:00 p.m.?
23   A.   9:00 p.m., correct.
24   Q.   The next entry for December 11, 2011 at
25  7:04 p.m., do you see that entry?

[Page 175]

K. Chow

1           K. Chow
2   A.   Yes.
3   Q.   It also says, "I will be at the kitchen
4  by 9:00."
5   A.   Yes.
6   Q.   Does that mean 9:00 p.m.?
7   A.   Yes.
8   Q.   Looking at the next one,
9  December 14, 2011, 5:46 p.m., do you see that?
10   A.   Yes.
11   Q.   What do you mean by "I will be at 6:15"?
12   A.   I would be at the meeting.
13   Q.   Looking at the next entry, which goes,
14  it looks like, from FD000395 to 000396, on
15  December 18, 2011 at 7:43 p.m., do you see the
16  text underneath that?
17   A.   Yes.
18   Q.   It says, "I will be at the kitchen by
19  10:00."
20   A.   Yes.
21   Q.   That meant 10:00 p.m.?
22   A.   Correct.
23   Q.   Looking at the next page, FD000397, do
24  you see the entry for January 13, 2012 at
25  7:45 p.m.?

[Page 176]

K. Chow

1           K. Chow
2   A.   Yes.
3   Q.   It says, "I'll be at the kitchen by
4  9:00."
5   A.   Yes.
6   Q.   That meant 9:00 p.m.?
7   A.   Yes.
8   Q.   For January 20, 2012 at 8:02 p.m., do
9  you see that one?
10   A.   Yes.
11   Q.   "I will be at the kitchen by 9:30."
12   A.   Yes.
13   Q.   9:30 p.m.?
14   A.   Yes.
15     (Whereupon, Text messages were
16  marked as Defendant's Exhibit 36, for
17  identification, as of this date.)
18   Q.   I'm now showing you what's been marked
19  for identification as Defendant's Exhibit 36,
20  and I'm going to ask if you've seen those
21  documents before today (handing).
22      MR. ANDREWS:  You've looked at
23  it?
24     THE WITNESS:  Yeah, I've looked
25  it at.

[Page 177]

K. Chow

1           K. Chow
2     MR. ANDREWS:  And your answer's
3  yes?
4     THE WITNESS:  Yeah.
5   Q.   Are these similar text messages to those
6  that were marked as Defendant's Exhibit 35?
7     MR. ANDREWS:  Objection.
8   A.   Different.
9   Q.   Are these text messages from you?
10   A.   Yes.
11   Q.   Who are they to?
12   A.   Mr. Hussain and Mr. Dacres.
13   Q.   Looking at the March 3, 2012 entry from
14  8:31 p.m. on FD000402, do you see that entry?
15   A.   Yes.
16   Q.   It says, "I will be running late and
17  will be at the kitchen by midnight."
18     Do you see that?
19   A.   Yeah.
20   Q.   That meant you would not be at the
21  kitchen until 12:00 a.m. that night?
22   A.   Correct.
23   Q.   Did you receive a response to that?
24   A.   No, no response.
25   Q.   The following entry from April 3, 2012

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

[Page 178]

K. Chow

1  
2  at 8:20 p.m., do you see that entry?
3  A.   Yes.
4  Q.   It says, "I will be at the kitchen by
5  9:30."
6  A.   Yes.
7  Q.   Does that mean 9:30 p.m.?
8  A.   Correct.
9  Q.   Do you know what you were doing on
10 March 30th until midnight?
11       MR. ANDREWS:  Objection.
12 A.   That, I do not recall.
13 Q.   On March 30, 2012, were you scheduled to
14 be at the facility at 8:00 p.m.?
15 A.   Yes.
16 Q.   On April 3, 2012, were you scheduled to
17 be at the facility by 8:00 p.m.?
18 A.   Yes.
19 Q.   Looking at the next page, at FD000403,
20 turning your attention to the entry for
21 April 14, 2012 at 8:44 p.m., do you see that?
22 A.   Yes.
23 Q.   Were you scheduled to be at the facility
24 at 8:00 p.m. that night?
25 A.   Yes.

[Page 179]

K. Chow

2  Q.   Is that a text message from you saying
3  "I'll be at the kitchen by 10:00"?
4  A.   Yes.
5  Q.   That's 10:00 p.m.?
6  A.   Yes.
7  Q.   The following entry for April 6, 2012 at
8  7:11 p.m., do you see that entry?
9  A.   Yes.
10 Q.   It says, "I will be in the kitchen by
11 midnight."
12 A.   Yes.
13 Q.   That's a text from you to Syed?
14 A.   Yes.
15       (Whereupon, Text messages were
16       marked as Defendant's Exhibit 37, for
17       identification, as of this date.)
18 Q.   I'm now showing you what's been marked
19 for identification as Defendant's Exhibit 37,
20 and I'm going to ask if you've seen those
21 documents before today, which are marked
22 FD000575 through 000581 (handing).
23 A.   Yes.
24 Q.   What are these documents?
25 A.   Text messages to Syed.

[Page 180]

K. Chow

2  Q.   Do you see the entry for April 20, 2012
3  at 10:06 p.m.?
4  A.   Yes.
5  Q.   Were you scheduled to be at the facility
6  at 8:00 p.m. that night?
7  A.   Yes.
8  Q.   Do you see where it says "I will be at
9  the kitchen by midnight"?
10 A.   Yes.
11 Q.   Going down to the entry on
12 April 21, 2012 at 5:07 a.m., do you see that?
13 A.   Yes.
14 Q.   It says "15 bags, 22 stops," correct?
15 A.   Yes.
16 Q.   What does that mean?
17 A.   That's the number empty cooler bags I
18 pick up and the number of stop I did for the
19 night.
20 Q.   Would the deliveries on April 20th have
21 commenced at or after midnight for your routes
22 that day?
23       MR. ANDREWS:  Objection.
24 A.   That, I do not know.
25 Q.   It says on April 20, 2012 at 10:06 p.m.

[Page 181]

K. Chow

2  that you will not be there until midnight,
3  correct?
4  A.   Right.
5  Q.   A route goes from one day into the next,
6  correct?
7  A.   Yes.
8  Q.   Your route for April 20th would have
9  ended on April 21st --
10 A.   Correct.
11 Q.   -- is that a fair statement?
12 A.   Yes, that's a fair statement.
13 Q.   At 10:06 p.m., you're texting that you
14 will not be there until midnight, correct?
15 A.   Correct, yes.
16 Q.   On April 21, 2012 at 5:07 a.m., it
17 indicates that you had picked up fifteen empty
18 bags and made twenty-two stops; is that
19 correct?
20 A.   Yes. It's only one route. It's a very
21 light night. It's a Friday night for Saturday.
22 Q.   How many hours did you work that day?
23 A.   From that, I would say about five hours.
24 Q.   Looking at the next entry,
25 April 23, 2012 4:26 a.m., do you see that?

[Page 182]

K. Chow

1                  K. Chow
2  A.   Yes.
3  Q.   It says, "NY-H 57 bags, 76 stops."
4      Do you see that?
5  A.   Yes.
6  Q.   What does that mean?
7  A.   For my own route that day, I finished my
8  own route fifty-seven bags, seventy-six stops,
9  but I was given a second route to finish at
10  that same day.
11  Q.   How do you know that?
12  A.   It says that NY-P will be done by 6:15.
13  Q.   You're referring to the following page,
14  FD000576?
15  A.   Yes.
16  Q.   NY-P reflects a different route?
17  A.   Yes.  I was given a second route at that
18  day.
19  Q.   Looking at April 23, 2012 at 6:16 a.m.,
20  it says "NY-P 26 bags, 19 stops," correct?
21  A.   Correct.
22  Q.   Does that mean that the NY-P route was
23  done by 6:16 a.m.?
24  A.   Correct.
25  Q.   Looking at the following page, FD000577,

[Page 183]

K. Chow

1                  K. Chow
2  do you see the entry for April 24, 2012 at
3  4:58 a.m.?
4  A.   Correct.
5  Q.   Is that similar to what you just
6  testified regarding there being two different
7  routes?
8  A.   Yes.
9  Q.   The entry below that, April 24, 2012 at
10  6:19 a.m. --
11  A.   Yes.
12  Q.   -- it says that the routes were
13  completed by 6:19 a.m.?
14  A.   Yes.
15  Q.   Looking at the next page, FD000578, for
16  April 25, 2012 at 4:50 a.m., it says, "NY-H 60
17  bags, 70 stops."
18      Do you see that?
19  A.   Right.
20  Q.   What does that indicate?
21  A.   That's my route.  That's when I finished
22  the last stop.  I recorded how many empty bags
23  I pick up, how many stops I had.
24  Q.   Going to FD000580, do you see the entry
25  for April 26, 2012 at 4:56 a.m.?

[Page 184]

K. Chow

1                  K. Chow
2  A.   Yes.
3  Q.   It says "73 bags" and then "78 stops".
4  A.   Yes.
5  Q.   What does that indicate?
6  A.   Indicate how many bags I picked up and
7  how many stops I did for my route that night,
8  NY-H.
9  Q.   The route was completed by 4:56 a.m.?
10  A.   Yes.
11      MR. ANDREWS:  Objection.
12  Q.   Where was the last stop on the NY-H
13  route?
14  A.   It varies.
15  Q.   It's a different route?
16      MR. ANDREWS:  Objection.
17  A.   Depending on the client and whether or
18  not what order they have.
19  Q.   Where is the NY-H route?
20  A.   From 72nd up to like 125th.
21  Q.   How far is that from the Brooklyn
22  facility?
23  A.   That takes another -- depending, takes
24  another half an hour.
25  Q.   Was the NY-H route your regular route

[Page 185]

K. Chow

1                  K. Chow
2  from June 2010 until April 2012?
3  A.   Yes.
4      When Syed was on vacation, he gave me
5  his route.  That was previously was
6  Syed Hussain's regular route.
7  Q.   That was previously his?
8  A.   Yes.
9  Q.   Did you work any other routes besides
10  the NY-H route?
11  A.   Sure.  I worked New Jersey, Long Island
12  and Brooklyn, Queens, and the other Manhattan
13  routes as well too.
14      MR. POLLACK:  Let's take a quick
15      five-minute break.
16      (Whereupon, a recess was taken
17      at this time.)
18      (Whereupon, Complaint against
19      A-1 International was marked as
20      Defendant's Exhibit 38, for
21      identification, as of this date.)
22  Q.   I'm now going to show you what's been
23  marked for identification as Defendant's
24  Exhibit 38 (handing).
25      I'm going to ask if you've seen that

[Page 186]

K. Chow

1
2  document before today.
3  A.   No.
4  Q.   You previously testified that you're
5  currently involved in a litigation against
6  A-1; is that correct?
7  A.   Yeah, that's true.
8  Q.   Do you know what your claims are in that
9  action?
10  A.   Oh, both FSLA and New York State Labor
11  Law (sic).
12  Q.   What does that mean?
13        MR. ANDREWS:  Objection.
14  A.   I mean wage-and-hour claims.
15  Q.   What do you believe you're entitled to
16  against A-1?
17  A.   Reimbursement, the hours that I worked.
18  Q.   Is it similar to the claims you're
19  making against the defendants in this action?
20        MR. ANDREWS:  Objection.
21  A.   Similar.
22  Q.   When did you perform work for A-1?
23  A.   Middle of June.
24        MR. ANDREWS:  That's this year?
25        THE WITNESS:  No, last year.

[Page 187]

K. Chow

1
2  Q.   How were you paid?
3  A.   They paid based on the distance by miles
4  depending on the vendor, how much they would
5  charge to make a delivery one way.
6  Q.   It was not per stop?
7  A.   The only thing they pay flat rate if
8  you're in the city, like Manhattan.
9  Q.   Where would you make those deliveries?
10  A.   Connecticut, Long Island, Rockland
11  County, Westchester County, New Jersey, Staten
12  Island, Brooklyn, Queens, Manhattan, Bronx,
13  Boston.
14  Q.   Do you remember what hours you worked?
15  A.   That, I do not recall.
16        (Whereupon, Agreement was marked
17        as Defendant's Exhibit 39, for
18        identification, as of this date.)
19  Q.   I'm now showing you what's been marked
20  for identification as Defendant's Exhibit 39
21  (handing).
22        I'm going to ask if you've ever seen
23  those documents before today.
24  A.   Yes.
25  Q.   What is that document?

[Page 188]

K. Chow

1
2  A.   It's an agreement between SCI and
3  myself.
4  Q.   Do you know what it's an agreement for?
5  A.   In order to work with them, to work for
6  A-1.
7  Q.   Were you required to sign that agreement
8  in order to work for A-1?
9  A.   Yes.
10        I get a minimum insurance of 300,100
11  bodily injure limit.
12  Q.   On your insurance?
13  A.   Yes, car insurance, and required to
14  purchase Workman's Comp. directly from SCI.
15  Q.   What was that?
16  A.   And purchase Workman's Comp. insurance
17  through SCI.
18        (Whereupon, Independent
19        contractor acknowledgment form was
20        marked as Defendant's Exhibit 40, for
21        identification, as of this date.)
22  Q.   Looking at, still, Defendant's 39, is
23  that your signature on the fourth page of the
24  agreement?
25  A.   Yeah, that's my signature.

[Page 189]

K. Chow

1
2  Q.   Now looking at the exhibit that's been
3  marked for identification as Defendant's
4  Exhibit 40, have you seen that document before
5  today (handing)?
6  A.   Yes.
7  Q.   What is that document?
8  A.   It tell me to initial, to read number
9  for number, make sure you understand what the
10  agreement about.
11  Q.   Are those your initials on the document?
12  A.   Yeah, that's my initials.
13  Q.   Did you understand what you were
14  initialing when you initialed that document?
15        MR. ANDREWS:  Objection.
16  A.   This one here, we get reimbursed for
17  tolls every week (indicating).
18  Q.   Is that your signature on the document?
19  A.   Yeah, it's my signature.
20        MR. POLLACK:  Subject to the
21        production of the additional documents
22        that have been requested today, I have
23        no further questions.
24        MR. ANDREWS:  If you want to put
25        down the time that I asked, I have a

K. Chow

1  couple of questions.  We can note that
2  for the record if you want to bill me
3  for that time.
4  **EXAMINATION BY**
5  **MR. ANDREWS:**
6  Q.    Mr. Chow, during the time you worked as
7  a delivery driver with The Fresh Diet or
8  Late Night, do you recall speaking to other
9  drivers about Mr. Syed Hussain?
10 A.    Yes.
11 Q.    How often did you speak to other drivers
12 about Mr. Hussain?
13 A.    Every day when we report to work and
14 coming back to work, coming back to the
15 facility.
16 Q.    Did the other drivers report to
17 Mr. Hussain?
18 A.    Yes.
19 Q.    How do you know that?
20 A.    I see them every day when I come to
21 work.  They come in early waiting for food to
22 be packed, or they ready to sort the bags
23 loaded up and --
24 Q.    Were you done?

K. Chow

1  A.    Yeah.
2  Q.    Do you recall any of the other drivers
3  ever complaining to you about Mr. Hussain?
4  A.    Yes.
5  Q.    Can you describe what types of
6  complaints other drivers made to you about
7  Mr. Hussain?
8  A.    Stealing a dollar.
9  Q.    Can you be more specific?
10 A.    Mr. Hernandez would say that he knows
11 that most people that do city routes get paid
12 $4, how come he's getting paid only $3.
13 Q.    Do you recall anyone else complaining to
14 you about Mr. Hussain?
15 A.    Yeah, Mr. Juany Guzman.
16 Q.    Do you recall what he complained about?
17 A.    Pay.
18 Q.    Do you recall anyone complaining about
19 Mr. Hussain cutting their routes?
20 A.    Yes, Mr. Hernandez.
21 Q.    Do you recall what that complaint was?
22 A.    Mr. Hernandez -- originally, Mr. Hussain
23 told him that he be messing up his route too
24 often, missing -- miss deliveries, deliver to

K. Chow

1  the wrong floor.
2         MR. ANDREWS:  I have no further
3  questions.
4  **CONTINUED EXAMINATION BY**
5  **MR. POLLACK:**
6  Q.    Getting back to the questions regarding
7  what Mr. Andrews had just asked you, which
8  individuals spoke to you about Mr. Hussain?
9  A.    Fernando Hernandez.
10 Q.    When?
11 A.    Almost every day.
12 Q.    On what date did he complain about
13 cutting his routes?
14 A.    That, I do not recall about it.
15 Q.    On what date did he complain about
16 steeling $1?
17 A.    He said that numerous times.

      (Continued on the next page
        to accommodate the jurat.)

K. Chow

1  Q.    Do you recall the latest time that he
2  said it?
3  A.    No.
4         MR. POLLACK:  I have no
5  questions.
6         (Time Noted:  3:13 p.m.)

        _____
                KENNETH CHOW

    Subscribed and sworn to before me
    this ___ day of _____, 2013.

        _____
    Notary Public

[Page 194]

1
2                    I N D E X
3
4    WITNESS      EXAMINATION BY      PAGE
5    Kenneth Chow    Yale Pollack      4, 192
6              Peter J. Andrews      190
7
8                 E X H I B I T S
9    DEFENDANT'S      DESCRIPTION      PAGE
10   21    Notice of EBT            25
11   22    Verification            34
12   23    Copy of AAA membership info    41
13   24    Late Night Express independent  60
14   contractor agreement
15   25    Late Night Express independent  62
16   contractor agreement
17   26    Class action affidavit      67
18   27    Manifest              94
19   28    Manifest              94
20   29    Manifest              94
21   30    Receipts              157
22   31    2010 1099 form          162
23   32    2011 1099 form          162
24   33    2012 1099 form          163
25   34    1099 forms            164

[Page 195]

1                 E X H I B I T S
2                  CONTINUED
3    DEFENDANT'S      DESCRIPTION      PAGE
4    35    Text messages            170
5    36    Text messages            176
6    37    Text messages            179
7    38    Complaint against A-1        185
8    International
9    39    Agreement            187
10   40    Independent contractor      188
11   acknowledgment form
12           REQUESTS FOR PRODUCTION
13   DESCRIPTION              PAGE
14   Fresh Diet advertisement from computer   47
15   Franchise agreement with Cruise Planners 109
16   2009 tax return            166
17
18
19
20
21
22
23
24
25

[Page 196]

1
2              C E R T I F I C A T E
3
4        I, MELISSA KAHANE, hereby certify that
5    the Examination Before Trial of KENNETH CHOW
6    was held before me on the 24th day of
7    September, 2013; that said witness was duly
8    sworn before the commencement of his testimony;
9    that the testimony was taken stenographically
10   by myself and then transcribed by myself; that
11   the party was represented by counsel as appears
12   herein;
13       That the within transcript is a true
14   record of the Examination Before Trial of said
15   witness;
16       That I am not connected by blood or
17   marriage with any of the parties; that I am not
18   interested directly or indirectly in the
19   outcome of this matter; that I am not in the
20   employ of any of the counsel.
21       IN WITNESS WHEREOF, I have hereunto set
22   my hand this 24th day of September, 2013.
23
24   _____
25           MELISSA KAHANE

[Page 197]

1
2    ERRATA SHEET
3    PAGE/LINE          CORRECTION
4    ____  _____
5    ____  _____
6    ____  _____
7    ____  _____
8    ____  _____
9    ____  _____
10   ____  _____
11   ____  _____
12   ____  _____
13   ____  _____
14   ____  _____
15   ____  _____
16   ____  _____
17   ____  _____
18   ____  _____
19   ____  _____
20   ____  _____
21   ____  _____
22   ____  _____
23   ____  _____
24   ____  _____
25   ____  _____

**A**

**AAA** 40:14,15
41:5,18 42:7
42:10,10 64:4
64:19,20
194:12
**ability** 5:18
**able** 115:9,10
116:13 127:14
131:12 173:24
**Abraham** 11:24
**accept** 48:9
**access** 138:21
**accommodate**
192:21
**Accord** 65:24
66:8
**account** 29:2,5
40:14,16
138:20,20
140:5,5
**accurate** 133:18
**accurately** 164:4
164:12
**Acklin** 1:4 34:4
57:8 151:11
**acknowledgm...**
188:19 195:11
**acquainted**
38:23
**acting** 141:13,20
**action** 4:17,19
34:14 67:16
93:24 129:5
151:5 186:9,19
194:17
**active** 22:10,11
**activity** 20:16
22:12
**actual** 31:25
77:24 78:11
**add** 46:25 47:3,5
47:9,13,14,18
48:6
**adding** 119:22
119:23,25
**addition** 108:23

135:24
**additional** 56:10
80:7 189:21
**address** 4:10 6:4
31:11 38:21
44:25 45:3
48:21 138:2,3
138:5 139:2
**administer** 3:18
**advance** 93:7
**advanced**
127:13 131:6
134:16
**advertisement**
47:16 195:14
**advertising** 22:7
**affidavit** 67:17
69:17 82:10
83:11 101:16
111:24 194:17
**afternoon**
116:11
**agency** 15:15,16
16:14
**AGREED** 3:6,11
3:16
**agreement** 14:22
59:24 60:4,7,9
61:14 62:5,24
109:19 187:16
188:2,4,7,24
189:10 194:14
194:16 195:9
195:15
**agreements** 60:2
**ahead** 41:24
139:8
**ALC** 1:8
**alcohol** 5:15
**Alex** 145:6,6,7
168:25
**Alexander**
151:24
**allegation** 99:25
**alternative**
116:19
**Alvarez** 151:11

**Amazon** 7:9
**amount** 44:8
73:18 137:5
**Andreas** 152:4
**Andrew** 152:4
**Andrews** 2:5
8:14 9:8,11,22
12:17 13:25
14:23 15:13
16:6,24 17:6
17:11 20:4,23
21:5,8 24:3,16
25:10 26:5,10
26:17,21 27:14
28:14 30:4,22
31:14 35:16
36:9 37:3,19
38:2,8,11 39:5
40:2,25 43:5,8
45:5 48:10
49:17 50:10,21
51:20 54:3
57:3,22 58:4
58:16 59:18,20
59:22 60:5
61:12 62:12,17
65:10,16 66:15
66:24 67:5,23
68:11,14 69:15
70:21 73:9
74:5,23 75:3
76:12,23 79:7
80:20 81:2,20
82:12 83:13
84:2,12 85:4
85:19 87:11,19
88:20 90:3,14
90:23 91:4,19
92:15 93:10,15
94:2 95:10,14
96:6,13 97:11
97:20,22 99:4
99:10 100:4,7
100:15,20
102:2,16 103:5
103:19,23
104:12,20,25

106:7 107:4,7
107:13,22
108:2,8,13,20
109:11 111:3
112:16,24
114:9 115:7,18
116:17,25
117:7,15
118:24 120:6
121:8 123:6,24
124:20 126:7
126:21 127:4
127:19 128:7
130:4,16
131:22 134:11
135:13,17
138:10 139:6
140:2,24 142:7
143:21 145:10
145:17,24
146:11 148:9
149:7,13,21
150:5,23
152:12 153:24
154:4 155:4
156:17,20,23
158:5,21,24
159:20 160:18
161:2 162:15
162:17 163:20
164:6,14
166:11,25
167:8 168:3,5
168:13,19
169:5 170:4
171:17 172:3
173:6 174:5
176:22 177:2,7
178:11 180:23
184:11,16
186:13,20,24
189:15,24
190:6 192:3,8
194:6
**and/or** 136:2
151:3
**answer** 4:23 5:8

8:15 24:20,22
25:9 27:15,16
30:20,25 31:3
40:3 98:2
119:4
**answering** 5:2
**answers** 4:24
49:18
**answer's** 99:22
177:2
**Anthony** 151:18
**anticipating**
158:18
**anybody** 9:25
51:8 112:10,12
112:19,20
**anymore** 42:25
168:14
**apartment** 39:3
39:10
**app** 78:16
**appears** 114:6
196:11
**appreciate** 18:5
**approval** 135:7
135:21
**approximately**
18:18 21:16
22:14 46:10
55:18 58:7
69:2 168:6
**April** 6:15 8:13
8:20 10:2,22
11:5 35:18
66:4,23 69:3
69:14 70:9
79:20 88:19
89:9 91:13
93:16 106:13
107:18 110:8
110:13 116:21
125:5,7 136:16
140:9 152:21
153:5,11
155:20 156:7
158:10 159:11
160:9,16 167:7

167:18 168:14
177:25 178:16
178:21 179:7
180:2,12,20,25
181:8,9,16,25
182:19 183:2,9
183:16,25
185:2
**area** 18:2 72:12
112:3,7 113:4
114:13 117:13
117:21 118:13
121:16,22
122:8,17
123:16 124:8
124:18 125:10
126:14 128:11
129:13 131:7
132:7 134:14
135:5
**arrange** 52:18
53:17,24 80:9
134:14
**arranged** 44:22
134:25
**arrangements**
39:16
**arrive** 50:23
51:3 91:18,20
91:21,22 92:23
97:4 103:17
104:24 105:4
127:6,22
142:11 145:15
147:2,6
**arrived** 50:25
51:4 103:25
107:9 108:6
**arriving** 143:3
145:18
**asked** 31:7 32:12
54:9 64:18
189:25 192:8
**asking** 4:18 5:9
17:11 30:23
54:3 94:11
117:17

**asks** 39:9
**asleep** 110:19
**assigned** 112:4
113:24 114:14
114:19 117:14
117:22 118:14
127:6,22 128:6
128:23 129:14
129:21,22
130:3,20,24
133:8 134:10
**assignment** 23:5
23:7 79:2
101:2 113:25
114:23 128:18
129:10 133:9
135:16,20
**assignments**
112:2 114:11
128:12 131:5
134:15 135:2,6
135:12
**assistance** 40:13
40:17,21 41:17
41:21 60:20,24
61:2,3,5,10,15
61:23 62:6,20
63:9,17,22
64:3,12,16,17
65:5,9,15,18
**ate** 154:24
**attached** 151:3
**attempt** 135:15
**attempted** 135:5
135:12,20
**attend** 173:24
**attending** 174:3
**attention** 101:17
111:23 178:20
**attorney** 2:3
24:19 26:11
89:20 94:17
96:3 139:21
**attorneys** 2:8 3:7
24:19,22 26:7
26:24 33:18
34:13 36:12

68:16 95:24
**attorney's** 68:12
**Au** 151:11
**audience** 10:4
10:19,20
**authorized** 3:18
134:16
**automated**
12:10
**available** 36:11
86:3 115:3,11
115:17,23
116:6
**Avenue** 4:12
45:4 48:21
52:23 71:6
**average** 48:7
**aware** 37:7
135:24
**A-1** 6:24,25 7:4
7:11,13,21 8:6
9:16 11:7
185:19 186:6
186:16,22
188:6,8 195:7
**a.m** 1:23 58:6
76:11,17
110:25 140:7
140:22 147:21
148:2,8,12,17
148:23,25
149:2,9 152:19
153:5,14
154:18 172:20
173:5,10
177:21 180:12
181:16,25
182:19,23
183:3,10,13,16
183:25 184:9
**a/k/a** 1:11

**B**
**B** 121:18 194:8
195:1
**back** 12:12 32:9
36:24 52:18

54:10 55:19
75:19 78:24
79:22 85:3,9
85:11,15 87:7
87:24 88:2,25
90:9,13 101:16
111:23 123:12
125:22 129:15
143:25 144:5
145:15 146:24
148:4 151:17
161:18 162:11
190:15,15
192:7
**background**
11:16 31:19,20
**backtrack** 71:9
**bag** 38:9,15
42:13 50:17
75:19 80:9
82:21,23,25,25
83:3,4 86:15
87:3 96:21
97:17 120:12
133:24 146:17
150:18 162:9
162:10
**bags** 38:19 49:15
49:23 50:2,3,8
50:15,20 52:18
52:20 53:11,20
53:21 54:10
55:9,10 58:25
78:24 79:3,4
83:24 84:5,5,7
84:9,14,15
85:24,25 86:2
86:3,4,5,12
87:8,22 88:4,5
88:6 89:2 90:9
90:10,12,12
96:8,10,15
97:5 98:8
100:17 101:8
107:16 120:16
123:8,13 132:4
144:4 147:6

150:16 152:14
162:12 169:11
169:13,14,25
172:23 173:2
180:14,17
181:18 182:3,8
182:20 183:17
182:32 184:3,6
190:23
**Balance** 46:18
**Baltic** 70:16
79:16 102:5,11
111:14 150:11
160:23
**bargaining**
14:22
**baseball** 43:21
**based** 7:18,19
13:16 49:16
50:5 72:23
73:21,25 74:10
80:6,6,17,22
90:4 132:23
143:14 147:18
150:10,19
187:3
**basically** 8:22
**basis** 43:6 45:24
97:21 101:21
102:3 154:2
**Bate** 157:11
164:25
**bathroom** 154:9
**beginning** 8:2
10:13 15:14
31:8,20 36:18
66:17 71:5
82:15 121:24
122:9
**Behalf** 1:5
**believe** 27:19
44:3,10 89:24
186:15
**bell** 39:22
**belly** 161:7,9
**benefit** 167:9
**benefits** 167:5

**Bengaly** 151:23
**Bermuda** 160:3
**best** 14:20
**big** 131:11
**bill** 190:3
**bit** 58:12,13
    104:8,10 105:4
**Bi-weekly** 12:19
**blank** 18:2 62:2
    62:8
**blizzard** 102:23
**blood** 196:16
**Bloomfield**
    151:12
**bodily** 188:11
**bold** 64:11
**Bonilla** 151:12
**bonuses** 40:22
    41:23
**booklet** 38:9,23
    42:14
**bopped** 161:7,9
**border** 78:8
**borough** 74:13
**boroughs** 121:21
**Boston** 187:13
**bought** 46:16
**Boyce** 151:14
**break** 5:5,9
    67:13 90:15,16
    108:12,13
    116:2 140:16
    154:20,21
    185:15
**breaks** 116:18
    150:16 153:15
    153:23 154:6
    155:13,15,16
    155:17 160:11
**Brijesh** 152:2
**bring** 55:11
    75:19 83:21
    85:2
**Brito** 151:13
**Britt** 151:13
**Bronx** 187:12
**Brooklyn** 4:12

6:7 48:22
69:21 70:12,18
77:18 79:25
84:13,18 87:6
89:8 91:2 92:6
92:7 102:4
106:5 113:6
133:8 134:2,6
142:24,25
143:2,4 147:23
148:5,13
184:21 185:12
187:12
**Brown** 151:13
**browser** 139:15
**Bryant** 1:4 27:6
30:7 32:18
142:19 152:5
169:2
**building** 84:22
**business** 15:6,25
16:7,22,23
17:2,14,15,20
17:22,23 22:20
43:4,11,13
156:15
**businesses** 16:9
16:13
**Butler** 70:17
**buy** 22:18
156:25
**buzz** 39:25

───────
**C**
**C** 2:2 4:2 196:2
196:2
**calculate** 78:4
**call** 17:10,15,21
26:4,9 27:21
30:9 32:5,5,6,8
32:9,22,22
33:3,5,23,23
33:24,25 34:9
39:10 47:4,6
47:21 51:15,15
53:18,19 54:20
54:21,23 56:5

56:10 57:10
72:24 75:10,18
75:21,22 93:2
106:22 114:25
115:4,8,16
116:10 118:2
137:2 141:12
160:10 174:13
174:14
**called** 27:22
33:18 46:17
47:17 48:17
50:11 53:24
54:6 115:22
116:5,8
**calling** 80:9
115:25
**calls** 33:7 39:14
**caption** 25:13,15
**car** 42:16 50:4
59:17 64:22
65:20,23 66:5
66:7,13 75:17
83:21,25 85:2
85:9,15 88:7
116:2,18,19
120:13 155:19
156:6,10
160:10,12
188:13
**card** 10:14,17
42:16,23,24
**cards** 64:20
**Caribbean**
159:18
**Carlo** 48:18,25
51:25 53:7
55:5,6,20,21
55:22 57:20
72:3,7 74:20
77:5
**Carlos** 152:3
**carrier** 66:20
**carry** 64:22 65:2
**case** 27:13,16,19
27:20 33:4,10
33:12,13 38:17

38:25 137:2
141:14
**cash** 10:18 56:21
**catering** 1:11,12
48:17 55:23
69:8,10,10
76:25 77:3
**caused** 172:2
**CBS** 10:8,17
**CCNY** 11:20,25
**Cecilia** 1:4 57:15
108:3 151:21
169:3
**celebrities** 43:19
43:20
**cell** 15:24,24
16:16,17 17:14
17:20 22:9
33:7,8 40:21
41:21 144:8,9
167:14,17
168:9,17
**Cellies** 16:20
**CEO** 37:21 40:8
**certain** 30:20
39:14 53:7
55:14 59:12
92:25 97:10,17
144:24 159:4
166:8
**certification** 3:8
**certify** 196:4
**change** 13:6
58:8 77:19,20
131:4 134:15
134:22 135:2,5
135:12,15,20
138:12,21
139:3
**changed** 87:13
138:13
**changes** 124:23
134:16 153:3
**charge** 187:5
**check** 6:4 44:12
56:25 73:12
81:9,9,10,11

87:7 88:2
147:13
**checked** 87:24
**chief** 40:10
45:23 46:5
**children** 11:13
**choose** 128:11
128:17 129:10
**Chow** 1:3,18 4:9
4:14 5:1 6:1
7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1,2
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1

111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1,7
191:1 192:1
193:1,10 194:5
196:5
**Chowdhury**
151:14
**Christmas** 21:17
**Christopher**

151:17
**circumstances**
92:25
**city** 11:2 69:25
74:8,10 86:21
112:3,7 113:4
114:12 117:13
117:21 118:13
121:15,22
122:16 123:16
124:8,18 125:9
126:14 128:11
129:13 131:6
132:7,23
134:14 135:5
135:11 187:8
191:12
**claim** 89:20
158:6 159:4
166:9,17
**claimed** 166:16
**claims** 4:19
34:13 93:24
94:13 186:8,14
186:18
**Class** 67:16
194:17
**clear** 71:17
**clerk** 12:10,10
14:17
**client** 10:24
24:20 38:15
39:11,11,16,21
83:5 86:16
96:22 97:17
138:20,21
139:2 184:17
**clients** 38:22
43:18 44:8,9
50:6 80:9
131:23 132:16
138:15,23
139:3
**client's** 38:19,20
**clock** 93:19
136:20 144:8,8
144:9

**Coleman** 151:14
**Collado** 151:14
**collect** 100:8
**collective** 14:22
**college** 11:17
12:5
**com** 16:20
**come** 30:17
38:14 54:25
56:7 88:11,12
116:13 123:12
136:17 142:21
143:25 144:3,5
144:17,19
146:17,24
150:7 152:13
160:11 162:11
190:21,22
191:13
**comes** 46:3
147:19
**coming** 90:9
143:15 190:15
190:15
**commenced**
180:21
**commencement**
196:8
**commission-b...**
7:17,18 9:20
**communicate**
41:22 168:16
169:6 170:19
**communicated**
29:7
**commute** 34:8
111:9
**Comp** 33:12
188:14,16
**company** 7:2
18:19,21 21:10
23:6 37:7,10
39:12 40:6
41:18 42:11
43:14 46:17,17
64:24 65:8,18
66:18 161:24

162:5
**compare** 85:25
**compared** 23:17
**compensate** 78:9
**compensated**
132:23
**compensation**
10:12 73:6,11
77:19 89:15
102:24 103:4
132:18 136:4
163:18 164:5
164:13 165:10
165:16
**complain** 147:12
192:13,16
**complained**
191:17
**complaining**
191:4,14,19
**complaint** 25:14
25:16 94:14
185:18 191:22
195:7
**complaints**
191:7
**complete** 87:7
88:9 129:14,21
130:3,20 131:5
131:13
**completed** 29:23
58:22 75:5
89:10 108:5
169:17 183:13
184:9
**completely**
133:21
**completing** 87:5
134:9
**comply** 123:16
**computer** 7:3,8
47:16 137:11
139:14,18
195:14
**concerning** 4:19
34:13 98:25
99:19

**conditions** 14:21
76:14 102:21
**Coney** 4:12
52:23
**connected**
196:16
**Connecticut**
47:24 48:7
55:17 70:4
71:10,11,16
73:24 76:21
77:9,14,23
82:20,24 86:23
87:2 104:9
111:21 121:19
147:22 148:11
187:10
**consisted** 69:20
**consistent** 44:8
**contain** 139:23
**containing** 93:22
**contention** 69:12
**Continued** 192:5
192:20 195:2
**contract** 14:10
15:20 18:8
22:9 40:12,16
60:16,17,21,22
60:23 61:10
109:7,16,17
132:22 133:5
**contractor** 7:11
7:12 60:4,6,9
62:24 63:18
64:22 65:14
162:14 188:19
194:14,16
195:10
**contracts** 61:8
133:3
**conversation**
28:16 46:19
149:20,25
150:8,22
**conversations**
24:18
**COO** 40:9 45:21

45:25
**cooler** 52:20
  54:10 59:2
  84:9 101:8
  180:17
**copies** 36:11,15
  170:18
**cops** 38:18
**copy** 36:14
  40:23 41:5,13
  47:15 61:25
  62:2,3,4 64:4,4
  67:23 109:18
  164:2,9 166:5
  194:12
**CORP** 1:10,12
**corporation**
  44:13,23
**Correa** 27:4
  28:22,23 29:7
  29:10 31:7
  151:15
**Correa's** 28:3
**correct** 12:24
  14:24 16:22
  21:7 23:14
  29:9 30:10,11
  35:15,19 45:22
  47:18 53:4,5,8
  53:13,22 63:24
  64:7 65:5 67:4
  68:9 71:21
  72:8,11 73:13
  73:14 74:11,12
  79:11,14,17
  80:3,4 83:12
  86:23,24 87:9
  87:18 88:23
  89:6 96:17
  101:10 108:24
  139:12 140:20
  140:21,22
  141:3 143:4
  146:22 152:24
  153:8 154:6
  157:20 162:16
  164:11 165:6,7

166:10 167:3
173:15 174:23
175:22 177:22
178:8 180:14
181:3,6,10,14
181:15,19
182:20,21,24
183:4 186:6
**CORRECTION**
197:3
**counsel** 196:11
  196:20
**County** 187:11
  187:11
**couple** 190:2
**Courier** 1:10
  37:8,11,14
  56:17 69:9
**courier-based**
  7:2
**course** 37:12
  98:23 102:18
  139:12
**court** 1:1 3:20
  4:24
**courtesy** 36:12
**cover** 19:17,18
  23:24 72:25
  115:11,17,23
  137:5
**coverage** 115:2,5
  115:11 137:3
**covering** 24:5
  114:4
**craft** 14:18
**Craigslist** 47:2
**created** 124:13
  125:13,16
**cruise** 15:14,16
  16:14,15 18:11
  20:14 109:8,16
  109:20,24
  159:16,19,21
  195:15
**cruises** 15:17
  20:16,25
**Cullius** 87:23

**Current** 31:11
**currently** 5:23
  6:9 186:5
**customer** 22:8
  153:18,19
**customers** 69:25
  86:21
**cut** 77:23,25
  78:6,7,11
  118:19 119:17
  134:23
**cutting** 129:5
  191:20 192:14
**CV** 1:8
**C-A-R-L-O**
  48:20
**C-E-L-L-I-E-S**
  16:20

### D

**D** 194:2
**Dacres** 113:3
  141:21 151:15
  170:20,22
  177:12
**daily** 21:13
  43:16 101:21
  102:3
**Daniel** 151:18
**Dardaine** 151:15
**date** 23:19 25:22
  31:25 34:3,18
  35:25 41:8
  60:11 63:2
  67:19 94:22
  157:6 162:23
  163:2,5 164:18
  170:8 173:3
  176:17 179:17
  185:21 187:18
  188:21 192:13
  192:16
**dated** 158:15
**dates** 7:24 17:12
  17:13
**David** 1:4 27:6
  30:8 31:22

57:15 108:3
142:19 152:6
169:2
**day** 8:24 10:23
  14:3,11,18
  20:22 22:3,4
  31:24 32:12
  34:6,6 38:14
  44:5,8 48:8,17
  48:24 49:7,13
  49:14 50:19
  53:14,15 55:3
  68:5,6 79:3,5
  91:12 105:23
  105:25 114:23
  117:8 136:12
  137:23 138:9
  138:12,13
  139:3,3,5
  140:7,13,20,20
  142:6 150:13
  152:9,15
  158:10 169:9
  180:22 181:5
  181:22 182:7
  182:10,18
  190:14,21
  192:12 193:13
  196:6,22
**days** 19:5,7,12
  19:13,15,19
  20:7,8,12,13
  23:11,17 100:8
  100:10,10,11
  136:11 137:23
  139:8 149:10
  149:12,14
**daytime** 110:10
**deal** 66:18 132:4
**Deandre** 151:16
**December** 12:6
  12:21 13:4
  21:18 57:16,18
  110:6 130:14
  141:24 151:6
  173:22 174:11
  174:15,24

175:9,15
**decide** 17:10
  77:23 126:15
  126:25 128:17
  131:13 134:22
**deduct** 63:19
**deducted** 130:10
**deduction**
  166:14
**deductions**
  158:6 159:4
  166:16
**defendant** 1:19
  112:2 114:12
  121:23 125:13
  129:15 131:3
  134:17 135:6
**defendants** 1:14
  2:8 4:17 69:2,6
  93:23 94:4,7
  94:11 96:5,12
  99:2,14,20
  100:3,22
  101:14,19
  135:25 151:5
  186:19
**Defendant's**
  24:12 25:21,24
  26:12 34:17,20
  35:4,6,13,22
  36:6,24 41:7
  41:10 60:10,13
  61:18 62:25
  63:4 67:17,21
  68:25 69:18
  82:11 94:20,24
  95:2,6,20
  97:18 98:12,17
  98:22,24 99:12
  99:24 100:12
  100:18 101:9
  101:17 111:24
  121:15 124:6
  125:22,25
  126:4,13
  128:10 131:3
  132:6 150:25

157:5,8 162:22
162:25 163:4,9
163:11,25
164:8,17,20
166:9 170:7,10
176:16,19
177:6 179:16
179:19 185:20
185:23 187:17
187:20 188:20
188:22 189:3
194:9 195:3
**DeLarosa**
151:16
**deliver** 7:3,20
38:15 43:15,17
53:17 74:20
80:16,19 83:4
86:9,11,25
102:22 120:15
120:19 121:11
133:12,22
191:25
**delivered** 53:6
74:25 83:2
86:20 97:17
113:9 122:18
133:24
**deliveries** 7:6,7
9:2,2,3 21:15
51:10,24 54:14
54:15,22 55:12
56:2,12 58:2
59:5,8,9,19
65:21 72:5
73:3 76:4
77:12,15 79:19
82:20 87:5
88:17 105:18
108:6,23 109:3
130:8 143:20
143:24 144:20
144:21 148:2
150:20 152:17
153:4,10,16
154:25 155:14
156:14,15

160:12,14
169:12,23
173:4 180:20
187:9 191:25
**delivering** 20:21
21:9,11 39:3,4
50:5 69:24
72:10,13 74:9
78:22 109:13
120:23
**delivers** 43:18
**delivery** 9:23,24
39:11 43:14
58:20,23 59:15
63:19,20 69:19
69:22 80:2
82:9,13 86:17
87:17 88:16
90:5 100:21
101:20,25
107:16 116:6
121:3 130:11
132:13,15
136:3 142:2
151:3 169:22
170:3 187:5
190:8
**demand** 131:24
132:4
**Denny** 151:16
**Department**
44:13,23
**depending** 7:19
58:10 76:13,18
83:22 111:19
132:24 139:7
184:17,23
187:4
**depends** 72:23
103:16 105:2
**deposed** 5:21
**deposition** 3:17
5:6 26:16,20
27:24 28:2,4,6
28:9 29:12,14
29:15,22,24
30:12,16,19

32:12,15,16
33:15,17 34:2
34:11 37:15
**depositions**
36:16
**describe** 11:15
132:11 191:6
**described** 53:4
**DESCRIPTION**
194:9 195:3,13
**determined**
97:23
**devote** 109:9
**devoted** 21:23
109:4
**devoting** 20:17
**diapers.com** 7:9
**Diet** 1:9,10,10,11
1:12 11:8
15:12 18:15,16
18:17 20:18,19
21:3,23 29:20
30:3 38:6,9,15
38:16,22,24
39:13,16,17,24
40:7,8,14
41:18 43:25
44:6,7,7,9 45:2
45:22 46:8,24
46:25 49:11
52:25 53:16
54:15 59:13,14
67:9 69:8,9,21
69:24 70:12,25
74:25 77:2,9
77:13 79:9
80:24 83:18
84:6,18 86:21
87:6,8 88:18
89:21 92:5
98:7 105:12
109:5,10,14
110:14 114:3
132:16 133:7
133:24 138:4
138:20 140:8
141:9 152:18

160:17,23
190:8 195:14
**Diet's** 43:4,10,13
88:15 91:2
**different** 23:10
23:16 34:3,7,7
57:11,12 66:17
74:6 77:5,6
82:17 103:20
103:21 125:19
139:5 167:21
167:22,24
177:8 182:16
183:6 184:15
**diploma** 11:21
**directing** 117:15
**directly** 33:18
188:14 196:18
**discipline**
117:23 123:17
127:7,23
129:23 135:7
**disciplined**
117:25 118:16
118:18 128:5
130:19,23
174:3
**disclose** 26:6,23
68:15
**disclosing** 24:21
**discretion**
128:18 131:5
131:14
**discuss** 24:18
32:16 33:2,11
47:20 102:15
102:19,24
103:3 105:11
**discussed** 24:22
26:6,23 68:15
150:21
**discussing**
150:12
**discussion** 129:9
**discussions**
103:15 105:14
**distance** 7:19

187:3
**DISTRICT** 1:1
1:2
**dock** 84:24
130:6 169:7
**docked** 130:7,9
**document** 24:11
24:15 25:5
26:2 34:23,25
35:6,13,17,20
35:24 36:2,8
36:23 37:2,4
41:16,17 60:15
61:17,22,25
62:8,10,16,18
62:19 63:5
64:7 68:3,10
68:18,21 89:22
93:22 94:12
96:20 101:18
117:16 126:8
156:2 163:12
163:15 165:14
170:13 186:2
187:25 189:4,7
189:11,14,18
**documents**
34:12 35:10
36:25 89:19
94:6,16 95:8
95:23,25 96:11
108:18 157:14
157:17 164:22
176:21 179:21
179:24 187:23
189:21
**doing** 19:9 20:14
20:17,20,22
22:5 44:18
80:21 90:4
104:8 109:23
110:2,4 114:4
114:5 119:15
132:25 136:24
141:9 150:20
178:9
**dollar** 191:9

**dollars** 10:25
**Dolowich** 1:20
  2:8
**domain** 22:16,17
  22:18,24,25
  23:2
**doorman** 38:25
  39:9 40:4
**double** 14:11,12
  14:19
**download**
  138:24
**downloaded**
  139:13
**dressed** 111:5
**drive** 47:14 50:5
  52:17 132:15
  147:23 148:4
  148:12 153:18
**driven** 122:18
**driver** 47:4
  51:17,18 64:18
  72:24 100:21
  117:13,21
  118:8,13,22
  130:2 134:8
  135:19 137:2
  144:4 145:14
  147:5,5,14
  190:8
**drivers** 40:20
  42:12 51:19
  57:4 62:21
  65:19 84:15
  93:20 101:24
  102:17,25
  105:12 107:17
  112:3,7 113:5
  113:12 114:13
  115:11 119:22
  119:25 120:4
  121:11,16,17
  121:23 122:7
  122:17 123:14
  123:16 124:2,8
  124:15,18
  125:10 126:14

128:3,11
129:13 130:19
130:23 131:4,7
132:7,13
133:22,25
134:5,14 135:5
135:11 136:2
136:20 137:13
137:14,15
142:5,12
143:13,23
144:14,15,18
144:24 148:14
148:19 151:3
190:10,12,17
191:3,7
**drivers/food**
  101:20
**driver's** 20:10
  80:17 89:23
  147:7
**driver/food**
  69:19
**driveway** 38:18
**driving** 11:2
  72:23 111:10
  111:11,16,17
**drop** 88:25 90:9
  90:10 96:21
  123:13 144:3
  146:17 162:12
  169:14
**dropped** 97:4
**drop-off** 39:15
**drugs** 5:14
**Duchman** 1:13
  37:22 40:9
  44:2,3,10,20
  45:9 69:11,16
**duly** 4:3 196:7
**duties** 101:12
**d/b/a** 1:11

———————
    **E**
———————
**E** 2:2,2 4:2,2
  128:9 194:2,8
  195:1 196:2,2

**earlier** 45:12
  104:10 105:4
  108:22
**earliest** 76:6
  110:18
**early** 46:18
  50:13 53:18
  76:19 108:9
  110:17 116:11
  190:22
**East** 51:13 52:2
**eat** 138:15,16
  153:21,22
  156:24 172:4
**eating** 50:6
**EBT** 25:20
  194:10
**educational**
  11:15
**effect** 3:19
**eight** 14:2,3
**either** 50:14
  72:25
**elaborate** 132:14
**else's** 133:3
**Emanuel** 151:22
**employ** 196:20
**employed** 5:23
  8:19 12:5
  18:16 68:25
  69:13 135:25
**employee** 7:10
  9:7,10,12
  69:20
**employees**
  101:21,25
  136:3 151:3
**employer** 5:25
**employment**
  9:14 14:21
  89:13 101:19
**emptied** 88:5,6
**empty** 52:18,20
  53:11 54:10
  59:2 84:5,7
  87:8 88:4,6,25
  90:12,12 96:8

97:5 98:8
101:8 123:8
173:2 180:17
181:17 183:22
**encountered**
  102:22
**ended** 13:8
  181:9
**entire** 88:16
  167:14
**entities** 69:13
**entitled** 186:15
**entrance** 70:17
  85:8,9
**entry** 170:24
  172:7 173:9,10
  173:21 174:15
  174:24,25
  175:13,24
  177:13,14,25
  178:2,20 179:7
  179:8 180:2,11
  181:24 183:2,9
  183:24
**errand** 171:21
  171:25
**ERRATA** 197:2
**Errol** 145:4
  148:15 151:18
**ESQ** 2:5,10
**established** 43:9
**estimate** 116:24
**Eugene** 151:22
**Evaristo** 151:25
**evening** 28:21
  51:10 52:5
  91:10 97:2
**events** 53:4
**eventually** 18:25
**Everybody**
  103:12,13,21
**evidencing** 94:6
  108:18
**exact** 133:23
**Examination**
  1:17 4:6 190:5
  192:5 194:4

196:5,14
**examined** 4:4
**example** 31:5
  158:13
**exception** 14:15
**excess** 89:14
  100:2 136:6
**exclusively** 74:9
  83:6
**Excuse** 36:19
**exhibit** 24:12
  25:21,24 26:12
  34:17,20 35:14
  35:22 36:6,24
  41:7,10 60:10
  60:13 62:14,25
  63:4 67:18,21
  95:6 97:18
  101:9,17
  111:24 125:23
  125:25 151:4
  157:5,9 162:22
  162:25 163:4
  163:11 164:8
  164:17,20
  166:9 170:7,10
  176:16,19
  177:6 179:16
  179:19 185:20
  185:24 187:17
  187:20 188:20
  189:2,4
**exhibits** 68:23
  94:20,24 163:9
**expect** 36:14
  39:11
**expected** 124:8
  124:18 125:3
  125:10
**expecting** 15:9
**expenses** 159:7
**experienced**
  132:2
**explain** 12:15
  13:15 19:23
  49:13 85:7
  124:4

**Express** 1:9,10
  1:12 37:8,11
  37:13 56:17
  60:8 62:23
  69:9 194:13,15
**extent** 57:4
**extra** 86:4 120:3
**e-mail** 137:25
  138:2,3,4
  140:5 174:9

― F ―

**F** 129:12 196:2
**Facebook** 28:25
  29:2,4,8 30:3
**faces** 152:14
**facilities** 69:21
  70:12,14 79:25
  87:7 88:15
  89:9 102:10
**facility** 44:6,7
  51:25 55:21
  57:20 58:5,15
  70:25 71:20
  72:7 78:25
  79:3,12 83:18
  84:13,19 85:11
  88:25 90:8,21
  91:2 102:4,12
  102:14 103:17
  104:18 106:6
  107:15,17
  108:7,10
  123:13 133:8
  134:2,6,9
  141:3 144:2,23
  144:25 145:15
  146:9,14
  147:23 148:5
  160:21,22,23
  169:21 178:14
  178:17,23
  180:5 184:22
  190:16
**factors** 171:18
**failed** 129:20
  130:3 136:3

**failing** 130:19
**fair** 88:14 93:24
  181:11,12
**fall** 42:6,7 88:13
  141:5,6 143:9
  143:10,12
**far** 102:22 104:9
  105:3 111:6
  184:21
**fast** 154:10
**FD000390** 165:2
**FD000394**
  170:24
**FD000395**
  173:21 175:14
**FD000397**
  175:23
**FD000402**
  177:14
**FD000403**
  178:19
**FD000405** 165:5
**FD000406**
  165:13
**FD000408** 95:3
**FD000575**
  179:22
**FD000576**
  182:14
**FD000577**
  182:25
**FD000578**
  183:15
**FD000580**
  183:24
**FD000586** 95:4
**FD000673** 96:16
**FD001066** 64:9
**FD001068** 63:14
**FD001607** 95:5
**FD004266**
  157:12 158:12
**February** 12:7
  12:22 68:8
**fees** 63:10,18
**felt** 8:8
**Fernando** 1:3

25:18 27:3,9
  27:12 137:17
  142:19 146:5
  147:9 149:5,8
  149:18 151:20
  168:21 192:10
**Fernando's**
  147:10
**fifteen** 28:18
  52:9,10 181:17
**fifteen-minute**
  30:9
**fifth** 6:13
**fifty-seven** 182:8
**fifty-six** 14:12
  14:19
**fighting** 160:21
  160:25
**file** 2:11 94:3
  159:3 165:19
  165:20,21,22
  165:23,25
  166:3
**filed** 166:6
**filing** 3:8
**find** 15:7 32:13
  115:10 116:19
**finish** 4:25 59:13
  83:23 99:4
  114:24 140:4
  145:22 147:20
  182:9
**finished** 75:7,12
  90:7 143:19,23
  144:13 146:13
  146:21 161:19
  169:22 173:7
  182:7 183:21
**finishing** 75:19
**fired** 29:21
  158:10
**firm** 2:3 26:8
**first** 4:3 15:14
  32:6 35:4,6
  48:17 50:19
  52:25 53:6
  54:13 56:16

59:13 71:5
  85:22 114:2
  124:7 135:6,21
  158:12 170:24
**five** 20:8,8
  121:20 156:21
  181:23
**five-minute**
  67:13 185:15
**FL** 1:10,11,11,12
  1:12
**flat** 187:7
**flexible** 13:20
**floor** 192:2
**Florida** 40:15
  44:12,23 45:8
  46:12
**flower** 9:2,3
**Folkes** 151:17
**follow** 124:2
**following** 48:24
  54:17 65:3
  177:25 179:7
  182:13,25
**follows** 4:5
**food** 50:3,15
  58:17 83:18,23
  84:19 85:10
  86:17 90:6
  97:5 101:25
  102:7,20
  133:10,23
  136:3 138:16
  142:13 150:14
  150:15,17
  151:3 154:10
  157:18,19
  169:13 190:22
**food's** 91:9
**force** 3:19
**form** 3:2 10:14
  10:17 188:19
  194:22,23,24
  195:11
**former** 40:18
  41:25 43:21
**forms** 164:16

194:25
**forth** 55:19
  94:12 96:11
**forty** 14:3,4
  52:12,13 89:14
  100:2,13,19
  136:6 147:15
**forward** 36:15
**found** 15:8,14
**four** 19:5,12,13
  19:14 57:8
  109:4
**fourteen** 105:23
  105:24 136:12
  140:11,20
  149:23 150:9
  150:13
**fourth** 145:14
  188:23
**franchise** 15:15
  18:8 109:17
  195:15
**franchisee** 15:17
**franchiser** 18:10
**free** 16:19 22:9
  159:22
**freecellies.com**
  16:18 22:6
**Freeman** 151:18
**freezer** 49:15,22
  85:3,13,18,21
  85:25 86:4
  90:13 132:2
  150:16
**freezers** 85:11
  85:12
**frequent** 46:2
**fresh** 1:9,10,10
  1:11,12 11:8
  15:12 18:15,16
  18:17 20:18,19
  21:3,23 29:20
  30:3 38:6,9,15
  38:16,22,24
  39:13,16,17,24
  40:7,8,13
  41:18 43:4,10

43:13,16,25
44:6,6,7,9 45:2
45:22 46:8,24
46:25 49:11
52:25 53:16
54:15 59:13,14
67:9 69:8,8,20
69:24 70:12,25
74:25 77:2,9
77:13 79:9
80:24 83:18
84:6,18 86:21
87:6,8 88:15
88:18 89:21
91:2 92:5 98:7
105:12 109:5
109:10,14
110:14 114:3
132:16 133:7
133:24 138:4
138:20 140:8
141:9 152:18
160:17,23
190:8 195:14
**Freshdiet.com**
46:7
**Friday** 20:11
23:23,24 24:2
24:4,7,8 53:15
54:17 181:21
**front** 62:21
**frozen** 132:3
**FSLA** 186:10
**fuel** 166:14
**full** 50:3
**fully** 18:16
**full-time** 8:23
13:19 18:23
19:2,22 20:2
23:14 82:17
109:5,9 130:15
**further** 3:11,16
189:23 192:3

**G**

**G** 131:2
**garage** 85:3,8

**gas** 154:15 155:5
155:5 157:18
157:20 166:14
**GEICO** 66:18
66:21,22
**general** 87:22
**getting** 56:24
111:5 120:3
191:13 192:7
**Giants** 43:21
**gift** 10:14,17
**gig** 10:3
**give** 7:24 22:25
25:9 28:12
30:18 31:2,5
32:14 41:21
49:8,16,22
51:14 54:9
56:10 72:24
76:14 79:2
80:7 81:11
93:6 116:22,24
117:9 121:7
124:5 127:12
127:16 161:15
**given** 19:25 20:6
23:5,7 26:4,9
58:3 91:14
92:12 100:13
114:17,23
182:9,17
**Gladys** 151:12
**go** 1:11 11:25
17:8 22:8
28:10 34:6
40:23,25 41:24
48:16 49:15
55:2 58:24
79:3 84:18
85:24 86:9
104:2 117:8
138:21 154:9
156:16 159:15
160:2 174:14
**goes** 128:21
133:6 141:14
175:13 181:5

**going** 4:17,25
6:13 18:2
24:14 25:25
34:22 35:23
36:7,15 37:13
40:20 41:21
47:15 49:21
52:20 55:19,25
60:14 63:5
68:2 77:23,25
78:9 95:7
104:5,7 109:18
119:16 124:3
131:12 132:25
134:23 147:12
154:21 157:7
157:13 163:8
163:12 164:21
166:5 170:12
173:17 176:20
179:20 180:11
183:24 185:22
185:25 187:22
**Gonzo** 1:20 2:8
**good** 4:14,15
108:12 160:11
**Gorrin** 151:18
**gourmet** 43:14
**governed** 14:22
**GPS** 81:10
**Grab** 1:11
156:24
**Grabbing** 172:4
**Graham** 145:4
151:18
**groceries** 156:25
**group** 40:19
**guard** 39:2,9
40:5
**Guerrero**
151:19
**guy** 49:10 57:9
**guys** 137:18
169:2
**Guzman** 1:5
112:13,15,16
112:18 151:19

191:16

**H**

**H** 4:2,2 132:6
194:8 195:1
**half** 11:17 14:7,8
14:16 93:12
111:8,12,13
184:24
**hall** 55:24 77:2
**hand** 62:7,11
196:22
**handing** 24:13
26:2 34:21
35:24 36:8
37:2 38:10
41:11 60:15
63:6 67:22
94:25 157:9
163:10 164:22
170:11 176:21
179:22 185:24
187:21 189:5
**handle** 21:22
129:6
**handler** 12:12
14:15,16
**hang** 90:12
**happen** 55:13
59:12 116:16
117:12,20
118:20,22
123:23 130:12
130:13 131:21
131:17,19
**happened** 18:7
23:4 28:5,8
49:13 55:8
115:14,20
116:14,21
117:3 118:5
131:21 160:16
161:6
**happening** 87:10
**happens** 59:11
105:7 115:15
115:21 116:15

118:6 131:16
**hard** 47:13
**Harding** 45:4,5
**HARMAN** 2:3
**Harris** 151:16
**hats** 42:17,20,21
**head** 25:8 42:22
110:24 119:3
140:23 143:11
145:21 149:15
167:13
**health** 167:10
**hear** 27:17
**heard** 37:10
**Heaven** 151:19
**held** 1:19 196:6
**hello** 39:17
**help** 83:4 114:25
119:23 137:4
141:13
**hereunto** 196:21
**Hernandez** 1:3
25:18 27:3,9
27:12,21 28:17
30:10,13,15
32:25 33:6
98:21,23 103:8
105:13,20
106:17 107:21
112:11 115:16
151:20 191:11
191:21,23
192:10
**He'll** 81:10
**hi** 45:18
**high** 11:21,24,25
**highlight** 61:11
**high-end** 43:18
**hill** 43:20
**hired** 46:21
**holding** 62:11
**Holdings** 1:11
69:10
**home** 52:18,21
53:10 58:24
74:21 75:15
78:21 79:4

93:19 137:10
139:16
**Honda** 65:24
66:8
**hour** 12:14,18
13:5,9,16
93:12,12 111:8
111:12,13,20
147:24 184:24
**hourly** 12:16,23
13:2,13 21:24
22:2
**hours** 13:17 14:2
14:3,3,4,11,12
14:17,18,19
31:12,15 57:25
58:7,8 76:2,5
89:14,20,25
94:7,12 96:4
96:12 97:18,23
98:6,10,11,12
98:14,18,25
99:13,19 100:2
100:13,19
101:6,7,13
105:11,19,21
105:22,23,24
108:19 111:20
111:22 136:6
136:12,13
138:8,9 140:11
140:20 142:4,9
142:20 143:13
147:15 148:14
148:21,22
149:5,18,23
150:9,13
152:17 181:22
181:23 186:17
187:14
**house** 34:5 38:19
39:3
**How'd** 10:11
**hundred** 78:5,10
**Hussain** 1:12
19:17 23:9
24:6 42:2 46:4

46:15,20 47:8
47:17,20 48:3
51:3,5,14
52:19 53:19
54:2,5,20,21
54:23 56:3,20
62:3 69:10
72:24 75:8,12
80:7 81:3
85:23 86:5
91:8 92:2 93:2
106:23 112:3
114:2,3,12,18
114:25 115:5,8
115:10 116:2
116:11 117:9
117:23 118:12
119:11 121:2
122:8,13,24
123:25 125:13
127:13 128:16
128:16 129:4
129:15 131:3
131:25 134:17
134:21 137:3
138:19 141:12
141:14,15,25
147:3 151:20
152:8,11
161:11 170:20
170:22 171:9
174:6 177:12
190:10,13,18
191:4,8,15,20
191:23 192:9
**Hussain's** 20:10
47:7 135:7,21
138:4 140:5
185:6
**Hussein** 121:23

_____

**I**

**ice** 49:25 50:16
89:2 90:10,13
132:3 144:4
150:17
**ID** 40:4,4,7

42:16,23,24
**identification**
25:22,24 34:18
34:20 35:21
36:5 41:8,10
60:11,13 63:2
63:4 67:18,21
94:21,24 157:6
157:8 162:23
163:2,5 164:18
164:20 170:8
170:10 176:17
176:19 179:17
179:19 185:21
185:23 187:18
187:20 188:21
189:3
**identify** 38:17
38:25 62:18
**IDs** 38:16
**impair** 5:17
**inaccurate** 90:2
**include** 40:12
60:19 61:11
90:5,10
**included** 63:8
**includes** 64:12
64:16 65:4
**including** 68:23
70:2 86:22
117:24 118:17
123:18 127:7
127:24 129:23
135:8
**income** 8:13
17:10 110:12
162:14 188:18
194:13,15
195:10
**Index** 1:8
**indicate** 89:24
96:4 97:18

98:6 100:12,18
183:20 184:5,6
**indicates** 98:18
181:17
**indicating** 35:2
36:21 40:13
59:3 61:20
62:4,7,11 63:7
63:11 64:5
65:12 67:24
82:14 83:14
84:9 85:9
95:12,15 96:15
96:22 97:7,9
98:16 99:15
158:16 164:24
165:10 189:17
**indication** 99:13
**indirectly**
196:18
**Individually** 1:5
1:12,13,13
**individuals**
69:13 105:8
113:8 149:11
152:8 192:9
**inducted** 6:15
**influence** 5:14
**info** 194:12
**information**
18:6 31:19,21
41:6 98:25
99:3,18 139:11
150:4
**informed** 171:9
**initial** 189:8
**initialed** 189:14
**initialing** 189:14
**initials** 189:11
189:12
**initiated** 33:5
**injure** 188:11
**insert** 18:4 38:22
**Inside** 102:14
**instance** 118:4
**instances** 116:14
**instituting** 144:3

**instructions**
5:10 28:12
69:22 80:2,5,7
80:11,12,13,15
124:2
**insurance** 64:22
66:13,17,19
67:2,7,10
167:10,10
188:10,12,13
188:16
**interact** 101:24
102:6
**interacted**
101:20
**interacting**
102:13
**interest** 37:5
**interested**
196:18
**International**
6:24,25 7:4,13
7:22 185:19
195:8
**interrogatories**
35:5
**introduce** 62:13
**introduced**
49:14,21 51:5
**involved** 15:23
186:5
**iPhone** 168:2
**Irving** 151:14
**Islam** 113:3
151:25
**Island** 4:12
52:23 72:18,20
73:2,23,24
77:18 82:18
83:8,9 104:9
113:7 121:20
185:11 187:10
187:12
**items** 38:13

_____

**J**

**J** 2:5 134:13

194:6
**Jackson** 1:4,4
27:7 33:19
51:7 57:7,15
103:10 151:21
151:21
**Jai** 151:13
**January** 18:20
19:10,23 20:15
21:6 23:4,13
23:16,21,25
24:9 56:16,19
56:24 73:15,17
93:21 136:23
141:8,11,16
175:24 176:8
**Jeremy** 10:6,13
**Jersey** 48:23
70:3 71:6,8,21
71:23,24 72:18
72:19,25 73:4
73:23 77:17
82:18 83:7
86:23 92:4
104:10 111:18
120:25 121:20
185:11 187:11
**Jimmi** 152:2
**JLC** 1:8
**job** 8:8,21,23,24
10:8,18,23
12:22 20:20
54:16 56:9
69:18 109:9
141:25 147:20
174:13
**jobs** 8:25 9:25
10:21 11:3
12:9 16:4 17:4
21:22
**Joe** 145:13 152:5
169:2
**Jonah** 43:20
**Jose** 152:3
**Journal** 21:12
**Jr** 151:25
**Juan** 27:4

151:15
**Juany** 1:5
112:18 137:17
146:7 148:25
151:19 168:25
191:16
**Judah** 1:13 40:9
42:3 45:21
69:11
**Julian** 151:11
**July** 71:13 77:10
79:8,13 90:21
91:3 141:18
**June** 7:25 8:4
70:15,20,21,22
79:13,15 87:14
87:17 88:24
89:3,5,9 90:22
91:3 96:9
103:24 104:16
106:9 107:18
125:6 127:18
131:16 140:25
141:8,10,16,18
141:18 143:8
152:16,20,25
153:5,11 185:2
186:23
**jurat** 192:21
**Justiniano**
151:22

---

**K**

**K** 4:2 5:1 6:1 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1

47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1,4
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1

158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1
182:1 183:1
184:1 185:1
186:1 187:1
188:1 189:1
190:1 191:1
192:1 193:1
**KAHANE** 196:4
196:25
**Kaufman** 1:20
2:8
**keep** 131:24
161:21
**keeping** 158:23
**Ken** 39:17,24
57:10
**Kenneth** 1:3,18
4:9 193:10
194:5 196:5
**Kenny** 56:7
109:11
**kept** 79:4 157:22
157:24 166:8
**key** 39:20,25
80:9
**keys** 39:15,16
80:8 161:14,17
161:20 169:13
**Kimble** 151:22
**kind** 8:25 31:2
169:11 171:25
**kitchen** 45:16
46:3 49:22
56:8 58:10
76:18 77:7,8
83:22,22 87:23

102:14 132:2
133:11,11
150:10 171:4
172:10,14
173:14,18
174:19 175:3
175:18 176:3
176:11 177:17
177:21 178:4
179:3,10 180:9
**kitchen's** 76:19
**know** 4:22 5:6
13:18,24 29:22
29:24 31:25
36:25 37:18
38:23 39:7,19
46:8,11,13
47:12 51:22,23
55:25 57:5,23
60:3 68:10
80:24 81:3,3,6
81:13 91:7
93:11 95:23
105:8 106:23
107:9 113:15
113:17,19,21
115:9,19,20
116:3,4,7,12
116:12,22
117:12,20
118:25 119:2
119:23 120:15
120:22 121:7,9
121:12 122:10
122:12,22
123:2,4,11,21
124:12,21
125:9,11
126:18,22,23
126:24 127:3
127:11,12
128:4,8,15,20
129:2,3,18
130:2,5,5,18
130:21,22,25
131:10 132:17
132:19,20

134:5,8,12,20
134:25 135:3
135:18,19,22
136:10,11
138:17 139:8
141:15 142:4,9
142:20,22
143:12,19,22
143:23 144:4,6
144:17,18
146:2,13
147:14,17
149:5,10 152:7
152:10 162:19
162:19 173:17
174:8,10 178:9
180:24 182:11
186:8 188:4
190:20
**knowledge**
135:25
**knows** 174:6
191:11
**Konate** 151:23
**Kyle** 10:6,13
**K-E-N** 57:10

————————
**L**
**L** 3:4
**Labor** 186:10
**lady** 25:11
**language** 64:11
**Larkin** 71:11
77:14
**late** 1:9 37:7,10
37:13,14,18,21
37:24 42:5
43:24 44:4,11
44:20,21 56:17
57:5,17 59:25
60:8 62:23
65:21 67:6
69:9 73:13
75:6 88:13
91:16 92:16,17
92:20 93:3,5,7
93:9,12,16

97:19 98:6
102:20 104:17
106:11,23
108:19,24
109:3 110:17
114:24 118:23
119:24 127:14
130:13 140:8
141:6 142:5
143:9 145:19
162:16 163:19
163:23 164:5,9
164:13 167:6
168:17 171:10
171:15,16
172:2 177:16
190:9 194:13
194:15
**latest** 76:8,9
193:2
**Lattimore** 1:5
151:23
**Lau** 151:24
**Law** 186:11
**lawsuit** 158:7,9
158:18
**learn** 46:24
**lease** 66:9
**leave** 28:21 32:7
50:13 90:8
161:15,17
**Lee** 57:9
**left** 8:7,7,10 13:8
32:8 83:3
108:9 147:5
161:20
**leftover** 84:14
**lengthy** 126:8
**Leonard** 151:12
**letter** 26:3 29:20
**letting** 119:23
**let's** 17:16 53:18
78:5 95:10
185:14
**Li** 151:24
**liability** 64:22
**liberty** 128:11

**Life** 46:18
**light** 181:21
**limit** 188:11
**limited** 17:9
20:16
**Lincoln** 11:24
**Lindenhurst**
71:25
**line** 15:24
**list** 112:22,25
124:16 138:24
142:18 151:2
**listed** 44:19
69:14 113:8,11
151:7
**listen** 54:4
**litigation** 8:9
186:5
**little** 58:12,12
104:8,10 105:4
137:5 171:20
**live** 34:5 79:18
111:6
**living** 52:22
**Livingston** 6:5
**LLP** 1:21 2:8
**load** 83:24 90:8
150:19
**loaded** 58:18
190:24
**loading** 50:3
83:20 84:24
**located** 71:4,5
71:21 77:9,16
**location** 32:13
32:14 111:7,14
111:18
**locations** 51:25
53:7 70:3
72:14 86:22
113:10
**lock** 50:17
150:18
**log** 139:11
**logistic** 40:19
41:25
**log-in** 139:23

**long** 6:11 7:21
28:16 29:4
34:8 58:2
72:18,20 73:2
73:23,24 77:18
82:18 83:8,9
83:22 104:9
113:7 121:20
138:6 156:19
160:4 185:11
187:10
**longer** 58:12
87:16 108:10
132:25
**look** 36:2 46:3
49:23
**looked** 176:22
176:24
**looking** 8:21
36:24 68:24
69:17 79:22
111:25 121:14
122:15 150:25
163:25 164:8
165:13 170:24
172:19 173:20
175:8,13,23
177:13 178:19
181:24 182:19
182:25 183:15
188:22 189:2
**looks** 175:14
**lose** 78:2
**lost** 42:17
**lunch** 108:14
**luncheon** 108:16
**Lyn** 151:24
**Lyndhurst**
48:23 71:6,23
71:24,25 72:2
**L-E-E** 57:9

————————
**M**
**magnet** 38:9
42:16
**magnetic** 42:15
**magnets** 38:16

**161:21,22,22
161:25
**mail** 12:11,11,12
14:15,16
**mailbox** 161:15
161:20
**maintain** 167:14
**maintenance**
156:6,10
**majority** 151:6
**making** 55:12
56:2 93:20
136:19 171:20
171:22 174:6
186:19
**manage** 34:3
**manager** 40:19
42:2 77:23
87:23 141:14
141:20 142:2
**mandatorial**
124:22 153:3
**Manhattan**
19:17,18 47:25
48:4,11 49:9
51:13 52:2,7
53:8 72:17,18
72:20,25 73:2
74:14 77:17
82:8,16,19
83:8,9 93:20
104:7 113:6,12
113:13,14
120:24,25
136:19 137:3
137:14 185:12
187:8,12
**Mania** 22:25
**manifest** 23:7
49:16,23 50:6
80:6,17,23,25
81:7,10,11,16
86:3 89:23
100:25 125:23
125:24 126:2,3
126:5,6 138:7
138:18,25

139:25 140:4
150:19 171:20
174:6 194:18
194:19,20
manifests 85:22
93:20 94:19
100:8,11
125:18 136:19
136:25 137:7
137:16,19,22
137:24 138:12
139:10 141:7
171:22 174:11
March 15:19
17:5 55:18,20
70:15 71:3,7
71:12,14,15,15
71:19 72:6,15
73:7,17 74:19
75:2 76:3,20
77:10 177:13
178:10,13
Maria 152:5
marked 24:12
25:21,23 34:17
34:19 35:13,21
36:5 41:6,9
60:10,12 61:17
62:25 63:3
67:17,20 69:18
82:11 94:20,23
95:3 157:4,8
162:21,24
163:3,9 164:17
164:19 165:4
166:8 170:7,9
173:20 176:16
176:18 177:6
179:16,18,21
185:19,23
187:16,19
188:20 189:3
marker 12:10,10
marketing 22:7
Marquis 1:4
34:4 57:7
151:11

marriage 196:17
married 11:9,11
31:8,9
Martina 151:25
Marty 108:3
142:17
match 81:15
matter 196:19
meal 59:8 87:5
109:3 120:12
120:18 133:23
meals 43:16 50:8
50:12,20 51:24
53:6,12 59:16
69:23 72:7,10
74:20,25 78:22
80:16 83:12,14
83:17 84:17,21
85:10,18,20
86:9,11,25
109:13 121:10
122:17 154:23
155:6
mean 18:22 19:4
20:2 62:17
64:15 65:13
70:13 80:18
83:16 88:5,6
96:25 113:5,24
114:16,20
118:18 120:2
130:9 147:25
165:8 166:13
171:8 172:13
172:25 175:6
175:11 178:7
180:16 182:6
182:22 186:12
186:14
Meaning 23:19
86:14
means 19:24
97:3 114:17,22
146:20
meant 65:7
124:4 175:21
176:6 177:20

medications
5:12
meet 45:9 48:16
48:24 53:20
55:2,4 102:3
120:11
meeting 40:20
41:20 42:4
54:9 118:6,7,8
118:13 173:25
174:4 175:12
meetings 118:9
118:11 123:22
123:23 126:19
129:8,9,19
134:7
MELISSA 196:4
196:25
member 10:19
10:20
membership
41:6 194:12
mention 24:17
29:16 33:14
mentioned 16:21
149:22
mentioning
63:21
menu 38:21
120:16,17
menus 38:19
merged 46:17
message 28:25
32:7 75:23
122:23,23
123:3 172:17
173:12 179:2
messages 170:6
170:19,21
176:15 177:5,9
179:15,25
195:4,5,6
Messenger 29:8
messing 191:24
metropolitan
70:2
Mexican 145:7

Michael 1:5
151:23
Microsoft 78:15
middle 7:25
186:23
midnight 177:17
178:10 179:11
180:9,21 181:2
181:14
mile 7:19 74:2,3
74:16 133:2
miles 48:7 73:22
73:25 77:24
78:2,6,6,11,12
78:13,14,15
80:21 101:5
122:18 132:24
187:3
mind 40:23
mine 99:7,7,17
99:21
minimum
188:10
minor 10:3
minus 78:6
minute 56:9 80:8
138:22 174:13
minutes 28:18
111:15 156:21
mischaracteri...
97:24
Mischaracteri...
59:22 154:4
misplaced 42:18
missed 63:19,20
129:22 130:8
130:10 169:12
missing 86:5,12
86:15 130:23
169:13 191:25
mistake 71:9
Mitchell's 21:10
21:24 110:3
mixture 7:8
73:22 82:18
modified 60:19
money 17:8,9,21

43:19
month 6:13
57:14 131:25
141:17
months 7:23
44:18 109:4
month's 6:13
morning 4:14,15
76:16
mornings
110:17
moved 70:16,25
71:10,15 76:21
77:22 79:9,15
moving 55:17
83:10 86:19
89:12 128:9
135:23 155:7
MTA 6:2,8,12
6:21 9:13,16
multiplied 13:12

——————
N

N 2:2 3:4 4:2,2
194:2
Nafis 49:10 51:9
51:15,17 52:19
53:19 56:20
57:8 113:2
114:5 120:20
120:22 121:3
137:17 146:4
148:20 152:4
161:3 168:25
name 4:8,16
16:14 17:22
22:25 23:2
25:13,15,17,19
38:20,20 40:14
44:14,24
125:21 139:2
145:6
named 21:10
49:10
names 16:13
name's 57:9
Naz 137:17

168:23
**Nazrul** 113:2
151:25
**need** 5:5 56:7
90:16 119:23
140:15
**needs** 4:24 72:23
92:2 137:3,4
**nephew** 34:4
**never** 36:3,22
62:4 89:15
161:24 162:7
166:16 172:18
**new** 1:2,21,22,24
2:4,4,9,9 4:4
4:12 6:7 21:12
21:13 38:22,22
45:14 46:3,14
47:25,25 48:4
48:12,23 69:25
70:3,3,18 71:6
71:8,21,23,24
72:11,14,16,19
73:4,4,23 78:7
82:18 83:7
86:21,22,23
87:22 92:4
111:18 112:3,7
113:4 114:12
117:13,21
118:13 120:25
121:15,22
122:16 123:15
124:7,18 125:9
126:14 128:10
129:13 131:6
131:23 132:7
134:13 135:4
135:11 185:11
186:10 187:11
**News** 21:13
**newspaper**
21:14 59:6,9
59:14
**newspapers**
20:21 21:2,9
21:11 59:16

**nickname** 57:9
**night** 1:9 19:21
20:24 23:23
24:8 30:10
37:7,11,13,14
37:18,21,24
38:21 43:24
44:4,11,20,21
50:7 51:6,21
52:21,25 53:6
53:17 54:4,13
54:17 55:8
56:2,17 57:5
58:3 59:25
60:8 62:23
65:21 67:6
69:9 72:22
73:4,13 74:21
74:24 75:6
77:25 78:3,13
84:11 86:8,17
97:19 98:6
108:19,24
109:3 115:24
116:13 117:10
118:23 123:12
140:8 142:5
144:2 161:18
161:19 162:11
162:16 163:19
163:23 164:5,9
164:13 167:6
168:17 170:3
177:21 178:24
180:6,19
181:21,21
184:7 190:9
194:13,15
**nights** 20:11
23:24 24:2,4,7
59:9
**ninety** 78:12
**nods** 42:22
110:24 140:23
143:11 145:21
149:15
**normally** 110:21

**Notary** 1:23 4:3
193:15
**note** 190:2
**Noted** 193:7
**notice** 1:19
25:20 93:7
127:13 131:6
194:10
**notify** 56:3,4
**November** 18:18
19:9 20:15
21:6 23:20,25
24:9 46:22
52:22 53:3
55:20 56:18
57:6,17 58:3
59:5,10 66:2
66:19,22 69:3
69:14 70:8
71:7,19 72:6
72:14 73:7
74:19 75:2
76:3 79:20
88:18 89:5
91:13 116:21
125:4 136:16
140:9 152:16
155:20 156:7
158:15,19
159:11 160:9
167:7,18
168:10 172:8
172:20 173:5,9
173:18
**now's** 108:11
**number** 47:6,7
47:10 64:8
68:20,20 86:2
86:3 87:22
94:6,12 96:10
96:12 100:9,17
116:23 157:11
167:19 169:25
180:17,18
189:8,9
**numbers** 139:2
**numerous** 60:2

61:7 62:3,20
118:11 192:18
**NY** 1:10,10,10
**NY-H** 182:3
183:16 184:8
184:12,19,25
185:10
**NY-P** 182:12,16
182:20,22
**N-A-F-I-S** 51:9

## O

**O** 3:4 4:2
**oath** 3:18
**object** 8:15
**objection** 8:14
9:8,11,22
12:17 13:25
14:23 15:13
16:6 17:6 20:4
20:23 21:5,8
24:3 26:10,17
26:21 28:14
30:4,22 31:14
35:16 37:3,19
38:2,8 43:5,7
48:10 50:10,21
51:20 57:3,22
58:4,16 59:18
59:20 60:5
62:12 65:10,16
66:15,24 67:5
68:11 69:15
73:9 74:5,23
75:3 76:12,23
79:7 80:20
81:2,20 84:2
84:12 85:19
87:11,19 88:20
90:3,23 91:4
91:19 92:15
93:10,15 94:2
96:6,13 97:20
100:4,7,15,20
102:2,16 103:5
103:19,23
104:12,20,25

106:7 107:13
107:22 108:2,8
108:20 111:3
114:9 115:7,18
116:17,25
117:7 118:24
120:6 121:8
123:6,24
124:20 126:7
126:21 127:4
127:19 128:7
130:4,16
131:22 134:11
135:13,17
138:10 139:6
140:2,24 142:7
143:21 145:10
145:17,24
146:11 148:9
149:7,13,21
150:5,23
152:12 153:24
154:3 155:4
156:17,20,23
158:5,21,24
159:20 160:18
161:2 162:15
162:17,18
163:20 164:6
164:14 166:11
166:25 167:8
168:3,5,13,19
169:5 170:4
171:17 172:3
173:6 174:5
177:7 178:11
180:23 184:11
184:16 186:13
186:20 189:15
**objections** 3:12
**obtain** 84:16
85:13,16
157:19
**obtained** 84:21
**obtaining** 69:23
83:11,13,17
135:6,21

**occasion** 117:4
  160:10
**occasions** 66:6
**occur** 46:20,21
**October** 21:17
  159:14,25
  160:2 168:6
  170:25 171:22
**odometer** 81:9,9
**offered** 47:23
**office** 68:13 77:3
**officer** 3:18
  40:10 45:23
  46:6
**offices** 1:20
**Oh** 17:14 19:25
  22:7,17 23:22
  34:10 44:18
  45:14 46:15
  47:6 49:8 54:5
  56:3 88:10
  102:3 109:15
  120:11 137:2
  138:19 139:12
  145:7 147:9
  150:14 158:3
  167:11 169:16
  186:10
**okay** 4:20 37:15
  39:6,10,19,21
  39:25 40:5
  49:20 53:19
  65:17 68:17
  69:8 79:23
  85:6,8 90:16
  98:4 99:5
  119:19 158:14
  174:13
**old** 45:16 150:10
**once** 45:10 50:2
  121:12 147:11
  156:18
**ones** 84:10
**one-half** 89:16
  136:5
**ongoing** 174:12
**operating** 16:7

40:10 45:23
  46:6
**operation** 46:4,9
  46:14
**operator** 6:10,17
**opportunities**
  15:6,22
**opportunity**
  16:22
**order** 38:21
  80:16,18,22,25
  81:7 139:7
  150:19 154:9
  184:18 188:5,8
**originally** 22:18
  191:23
**Ornelas** 40:19
  42:2 62:21
  64:19
**outcome** 196:19
**outside** 74:13
  75:18 102:14
**overlap** 59:7
**overnight** 39:4
**overtime** 13:21
  13:24 14:6
  50:14 89:15
  136:4
**Owen** 113:3
  141:21 151:15
  169:2 170:20
**owner** 44:2,4,11
  44:20,21 69:16
**owners** 16:9

───────
**P**
**p** 2:2,2 3:4
  172:11
**Pablo** 43:21
**pack** 50:15 84:4
  90:7 150:17,17
**package** 22:19
**packaging** 76:19
**packed** 49:24
  55:10 58:18
  83:19,20
  150:15 190:23

**packers** 50:13
**packing** 83:23
**packs** 49:25
  50:16 150:17
**page** 60:18
  63:12,13 126:9
  126:12 158:12
  165:4 173:20
  175:23 178:19
  182:13,25
  183:15 188:23
  192:20 194:4,9
  195:3,13
**pages** 37:4,6
  98:13
**PAGE/LINE**
  197:3
**paid** 7:13 9:18
  9:19 10:9,11
  12:13,14,18,19
  12:23 13:16
  14:5 21:24
  38:4 56:12,25
  67:2 74:3
  78:12 89:15
  113:15,16,17
  113:19,21
  117:10,11
  132:17,23
  155:22 187:2,3
  191:12,13
**paper** 41:13
**papers** 20:21
**paperwork** 87:8
  88:9
**paragraph** 65:4
  68:24 69:7,17
  79:22 82:10
  83:10 86:19
  89:12,17
  101:18,22
  111:25 112:8
  114:6 121:14
  121:18 128:2,9
  128:13,21
  129:12 131:2
  132:6,12

133:21 135:23
  150:25
**Paredes** 152:2
**parking** 155:7
**part** 14:13 73:23
  77:4
**particular** 51:16
  56:2 115:23
**parties** 3:7
  196:17
**partners** 16:11
**parts** 7:3,8
**party** 196:11
**part-time** 13:20
  18:19,25 19:3
  19:11 20:17,20
  21:3 54:16
**passes** 161:14,17
**pay** 8:8 10:18
  13:4 14:19
  31:16 38:3
  48:6 50:14
  56:20 65:14
  89:16 103:6
  136:4 156:6
  159:23 166:24
  187:7 191:18
**paycheck** 56:15
  56:17 147:7,10
**paying** 10:13
**payroll** 18:19,22
  81:5,12,15
  161:16
**PC** 2:3
**PDF** 94:3
**penalize** 93:8
**penalized** 93:4
  124:3,4
**penalties** 63:10
**pending** 5:8 8:9
**people** 26:7
  57:19 103:25
  104:8 112:23
  113:9,11 114:7
  137:4 146:18
  191:21
**Perez** 152:2

**perform** 9:3
  51:10 52:24
  54:21 58:2
  65:21 70:7
  73:3 109:2
  110:7 116:6
  152:17 153:4
  153:10 160:13
  186:22
**performed** 9:25
  51:24 52:5
  54:15 58:9
  66:2 76:3
  79:19 88:17
  99:2 101:13
  110:14 125:3
  132:8,20 140:6
  140:8 170:3
**performing** 17:4
  21:2,14 23:11
  23:17 54:13
  59:8 72:5,19
  77:12,16 98:15
  98:19 100:21
  105:16 108:23
  109:3 154:25
  156:13
**performs** 64:23
**period** 9:6 11:4
  55:14 74:18
  78:20
**permanent**
  141:15 142:3
**permission**
  119:16,21
  134:23 138:19
**person** 28:24
  30:6 32:20
  33:21 83:3
  118:3 120:11
**personal** 46:16
  135:25 138:3
  156:12
**personally** 69:23
  86:20 134:21
**persons** 1:6
  151:7

**pertain** 99:9,11
**Peter** 2:5 87:23
194:6
**phone** 15:24,24
15:24 16:16,17
17:14,20 26:4
26:9 28:24
30:7,8 32:3,4
32:20,21 33:2
33:7,8,21,22
39:14 47:6,7
47:10,21 48:13
51:15,15 53:18
56:5 75:21,22
106:24 118:3
139:2 141:12
144:8,9 161:13
167:14,17,19
167:20,21,25
168:7,9,17
**phones** 22:9
40:21 41:22
167:22,24
**photo** 147:3
**Physical** 161:4
**Physically** 84:21
**pick** 32:6 39:15
39:25 49:15
52:20 55:9,9
56:8 83:17
84:19 96:8,15
97:5 98:9
100:17 147:6
152:14 169:11
169:25 173:2
180:18 183:23
**picked** 169:13
169:14 181:17
184:6
**picking** 72:7
78:21 80:8
**pickup** 39:20
52:19 53:18,24
**pickups** 80:9,10
**piece** 41:13
**place** 48:17
53:16 70:16

79:18
**placed** 38:12
42:13
**Plaintiff** 1:18
**Plaintiffs** 1:7 2:3
157:11
**Plaintiff's** 35:4,5
**Planners** 16:15
18:11 20:14
109:8,16,20,24
159:19,21
195:15
**planning** 62:13
**player** 43:21
**please** 4:8,11 5:6
5:8
**plus** 150:11
**point** 5:5 77:2
79:8 125:2,6
143:3
**pointing** 64:6,11
96:19,23
**police** 39:2
**policy** 116:10
118:15 144:3
**Pollack** 2:10 4:7
4:16 27:18
36:13 43:6
62:15 67:12,25
73:10 90:17
95:2,13 97:21
108:11,15
117:17 126:11
140:15 154:2
157:10 185:14
189:20 192:6
193:5 194:5
**Pollack's** 61:12
109:12
**position** 48:9
**positions** 47:23
**possession** 53:21
96:2 100:9
101:2 157:16
163:14 164:24
**possible** 39:21
158:7

**Post** 21:13
**Postal** 12:6,8,13
13:22 14:25
15:11
**posted** 101:7
**preparation**
26:19
**prepare** 136:24
138:6 139:10
139:24
**prepared** 33:15
33:16 34:11
50:20 68:10
69:23 83:12,13
83:17 84:16,21
85:10 86:18
90:7 133:11
**preparing** 137:7
137:16,19,21
140:4 141:7
174:11
**presence** 41:25
**present** 70:20,23
81:22,24 88:24
**prevent** 50:17
**previously** 24:12
35:21 36:5
61:16 74:7
97:23 140:25
152:23 166:7
185:5,7 186:4
**primary** 158:22
**prior** 84:11
91:24
**privileged** 24:20
**problem** 132:3
**procedure** 47:22
**proceeding**
133:16,17
**process** 48:15
55:13
**processor** 12:11
12:12
**produce** 58:11
89:19 94:11
109:18 139:21
**produced** 95:24

126:11 151:4
157:10
**producing** 18:9
58:11 94:16
**production**
189:21 195:12
**promise** 41:20
41:23
**promises** 40:18
**provide** 34:12
40:21 64:19
65:18 80:22
117:2
**provided** 18:6
36:14 40:14
41:19 42:11
64:4 65:11
88:11 133:24
**provider** 168:9
**providing** 65:8
**Public** 1:23 4:3
193:15
**pull** 38:18
**pulled** 38:18
**purchase** 66:9
66:11 188:14
188:16
**purchased** 66:10
**purpose** 158:3,4
**purposes** 158:25
159:2
**pursuant** 1:19
**put** 18:19,21,23
18:25 19:22
37:20 40:15
49:25 78:8
96:7 138:17
146:18,25
189:24
**putting** 90:11,13
96:9
**p.m** 48:16 49:5
50:23 51:2
58:6,15 76:7
91:20,21,22,25
92:3,9,18,21
92:23 93:13

105:6,9 106:6
106:15,18,21
107:2,10
108:17,17
110:23,25
124:22 125:4
127:15,17
136:18 140:7
140:22 141:3
141:10,10
142:11,22
143:4,8 147:21
148:8,17,22,25
149:2,9 152:19
152:24 153:5
153:12 154:17
171:2,13 172:8
172:14 173:15
173:18,22
174:16,22,23
174:25 175:6,9
175:15,21,25
176:6,8,13
177:14 178:2,7
178:14,17,21
178:24 179:5,8
180:3,6,25
181:13 193:7

**Q**

**Queens** 73:24
77:18 113:6
185:12 187:12
**question** 3:13
4:21 5:2,8 8:17
24:24 31:3,5
39:23 61:13
94:8,15 95:14
98:2,5 109:12
117:18 119:4
**questioning**
28:11
**questions** 4:18
4:23 5:19
24:21,23 28:10
30:21,23 51:14
189:23 190:2

192:4,7 193:6
**quick** 140:16
185:14

---

**R**

**R** 2:2 196:2
**Rafael** 151:13
**raise** 39:6
**raises** 40:22
41:23
**Ram** 152:2
**rate** 13:2,13 22:2
89:16 187:7
**rates** 136:5
**read** 35:3,8,10
40:11 189:8
**ready** 58:18 91:9
111:5 190:23
**really** 25:2 30:6
105:10
**reason** 87:21
157:24,25
158:22
**recall** 17:12,23
17:25 18:3
28:15 29:6
32:2 54:12
57:24 61:6,13
82:2,4,6 92:12
94:5,10,18
105:10 106:4
107:11 117:3
118:10 119:8
131:20 167:23
171:24 173:19
178:12 187:15
190:9 191:3,14
191:17,19,22
192:15 193:2
**recalled** 61:7
**receipt** 158:13
**receipts** 157:4
157:22,24
158:23 166:8
194:21
**receive** 13:10
73:6 80:5,15

91:15 117:6
133:9 163:22
167:5 168:4
172:16 177:23
**received** 31:17
56:15 73:12,18
80:2 110:12
112:2 114:11
163:19 164:5,9
164:13 167:25
**receiver** 43:22
**receiving** 69:21
74:7
**recess** 41:3
67:14 90:18
108:16 140:17
163:6 185:16
**recognize** 151:6
151:10 165:13
**recollection**
14:20
**record** 4:8,10
8:16 36:10
38:11 41:2
42:13 147:4
190:3 196:14
**recorded** 183:22
**reduce** 118:19
131:4
**reducing** 10:15
**refer** 37:13
**referred** 82:10
**referring** 17:18
62:10,16 63:6
63:12 69:6
71:20 84:8
95:6 96:16
97:14 101:16
112:8,23 114:7
121:16,17
122:4,5 124:24
125:22,25
126:4 127:25
132:12 133:16
164:25 182:13
**reflect** 38:12
163:18 164:4

164:12 165:16
**reflects** 182:16
**refuse** 128:22
129:4
**regarding** 30:16
33:9 63:9,16
89:20 183:6
192:7
**regards** 163:11
**region** 70:2
**regional** 142:2
**regular** 13:20
89:16 136:5
184:25 185:6
**regularly** 55:13
55:15
**reimburse** 67:6
67:10
**reimbursed** 7:16
154:23 155:9
156:9 189:16
**reimbursement**
155:2,3,5,6,6
155:24 156:3
157:19,21
186:17
**relate** 27:15
**related** 27:13,18
27:20
**relationship** 8:6
43:24
**relative** 64:23
**remainder** 37:15
**remember** 23:2
31:24 47:3
49:17 52:4
57:25 85:4
92:11 94:16
106:3 112:25
115:13 118:4
187:14
**Rena** 9:4,7,10,18
**rent** 66:6
**repairs** 155:19
155:22,25
156:4
**repeat** 90:24

**repeated** 24:25
**rephrase** 4:22
8:18 9:9 23:12
25:3 37:9 53:2
73:10 90:24
94:9 108:25
114:10 117:19
124:25
**report** 44:5,6
58:5 59:4,14
75:6 86:5,12
104:6,8,10
113:25 114:2
117:8 121:23
122:8,12,17
124:8,19,21
125:3,10,21
129:15 152:24
154:20 190:14
190:17
**reported** 22:12
23:5,6 152:8
152:10
**reporter** 4:24
5:3
**reporting** 57:19
104:18 141:2
143:7
**represent** 4:16
**represented**
196:11
**representing**
37:5 40:6
**request** 5:7
36:23 47:15
94:4,5,10,17
114:25 115:5
**requested** 62:3
189:22
**requests** 35:6
93:23 195:12
**require** 36:11
**required** 87:7
88:24 89:6,7
146:25 188:7
188:13
**requirements**

123:17
**reserved** 3:13
**residence** 87:16
**resigned** 12:22
14:25 15:3,11
**respective** 3:7
**respond** 5:18
46:25 47:5
**responded** 47:9
**responds** 172:18
**response** 36:21
47:17 48:2
94:17 119:18
121:17 172:16
177:23,24
**responses** 35:4,5
36:22
**responsibilities**
69:19 70:8
**rest** 64:17
**restaurant** 55:22
55:23 74:20
76:25 154:11
**return** 74:21
79:3 87:6,8
88:15,21,25
89:8 107:16
123:8,13
133:25 134:6,9
161:23 162:2,4
165:19,21,23
165:25 166:3,6
195:16
**returned** 53:10
75:15 144:25
145:9 146:10
146:15,22
169:21
**returning** 78:21
78:24 87:16
107:15 144:20
144:21 161:25
162:7
**review** 68:18
**reviewed** 36:25
68:21 151:2
**right** 8:8 11:25

18:3 28:11
30:24 47:11
48:4 62:2,8,11
63:10,25 81:24
84:9 99:15
148:6 158:17
165:9,16 181:4
183:19
**Rijos** 152:3
**ring** 39:22
**roadside** 40:13
  40:17,21 41:17
  41:21 60:19,24
  61:2,3,4,10,14
  61:23 62:5,20
  63:9,16,22
  64:3,12,16,17
  65:4,8,14,18
**Rockland**
  187:10
**Rohan** 151:19
**route** 19:25,25
  20:6,10,11
  23:24 47:24,25
  48:4,12 49:9,9
  49:16 50:2
  52:11 73:23
  74:8 75:13
  77:24 78:19
  82:25 86:6
  90:5 98:20,21
  99:9,11 101:4
  101:10 105:2,3
  108:10 114:4,5
  114:5,17,18
  115:17,23
  116:19 117:9
  118:19,19
  119:17 122:9
  125:21 129:5,6
  130:3 131:11
  131:14 132:23
  132:25 133:2,9
  134:10,24
  137:4,6 142:3
  144:22 145:16
  145:23 146:14

146:22 147:3
161:19 169:16
169:17 174:14
181:5,8,20
182:7,8,9,16
182:17,22
183:21 184:7,9
184:13,15,19
184:25,25
185:5,6,10
191:24
**routes** 19:18
  24:5 49:8
  56:11 57:23
  69:22 72:25
  75:5 76:15
  78:18 80:3
  82:9,13,13,17
  87:17 88:16
  89:10 104:9
  115:12 117:6
  120:4 129:10
  129:14,21
  130:20 180:21
  183:7,12 185:9
  185:13 191:12
  191:20 192:14
**routine** 55:9
**routinely** 136:3
**Ruiz** 145:7
  152:3,3
**rules** 36:10
**running** 87:21
  93:3,7 106:23
  114:24 119:24
  127:14 171:9
  171:15,16,20
  172:2 177:16
**R-E-N-A** 9:6
**R-U-I-Z** 145:7

------

**S**

**s** 2:2 3:4,4 69:21
  69:24 70:12
  87:6 133:7
  194:8 195:1
**salary** 12:14,24

13:10,14,16,18
**Salas** 152:4
**sale** 22:13,14
**sales** 18:9 22:11
  22:12
**San** 48:18,25
  51:25 53:7
  55:5,6,20,21
  55:22 57:20
  72:3,7 74:20
  77:5
**Sandoval** 43:21
**Sandy** 40:19
  42:2
**Saturday** 19:21
  53:17 181:21
**saw** 36:17 44:22
  68:6 93:22
  143:17
**saying** 38:20
  61:21 63:8
  70:24 79:24
  97:11 129:5
  179:2
**says** 35:3 40:12
  64:12,21 65:4
  68:25 69:18
  79:25 82:12
  83:11 86:20
  87:4 89:12
  101:18 111:25
  114:11 121:15
  121:22 122:15
  123:7,15 124:7
  125:12 126:14
  127:5,21
  128:10 129:13
  129:20 131:3
  132:7,22,22
  133:21 134:13
  135:4,23 151:2
  171:4 172:10
  172:23 173:14
  173:24 174:19
  175:3,18 176:3
  177:16 178:4
  179:10 180:8

180:14,25
182:3,12,20
183:12,16
184:3
**schedule** 34:2,3
  39:20 91:14,15
  92:8,13,21,24
  104:2,5 122:11
  122:14 124:13
  124:15 125:20
  125:23 126:2,4
  141:4 143:5,6
  143:15,17,18
  147:18 148:8
  153:2
**scheduled** 86:16
  178:13,16,23
  180:5
**schedules**
  124:14 125:13
  125:16,18
  131:4
**Schloss** 1:13
  40:9,18 42:3
  45:21,25 62:22
  64:19 69:11
**Schmidt** 43:22
**school** 11:21,24
  12:2
**SCI** 6:24,25 7:5
  188:2,14,17
**sealing** 3:8
**searching** 15:5
**second** 25:17,19
  165:4 182:9,17
**security** 39:2,9
  40:5
**see** 25:13,15
  26:3 35:3
  36:17,20,20
  37:20 44:19,24
  46:2 58:17
  64:25 69:4
  70:5 81:17,21
  85:10,23 89:17
  99:15 101:22
  112:5 118:2,3

122:2,20 123:9
123:14,19
124:10,14,15
125:14 126:16
127:9 128:13
128:24 129:16
129:24 131:8
132:9 133:3,5
133:13 134:3
134:18 135:9
136:8 142:6,12
146:17,18
147:7,10 151:8
151:16 152:9
152:13,14
158:15 170:25
171:6 172:7,20
173:10,21
174:17,25
175:9,15,24
176:9 177:14
177:18 178:2
178:21 179:8
180:2,8,12
181:25 182:4
183:2,18,24
190:21
**seeing** 94:5,10
**seek** 155:24
  156:3
**seen** 24:15 25:4
  25:6,7,25
  26:12 34:23,24
  35:23 36:3,7
  36:22 60:14
  68:2,4 94:15
  95:7,15,18,20
  126:9,12
  157:13,15
  163:12 164:21
  164:23 170:13
  176:20 179:20
  185:25 187:22
  189:4
**Seigel** 45:16
  70:14,25 71:12
  79:10 84:20,23

90:21 91:2
102:4,10 106:6
111:6 150:11
**selling** 15:17
20:16,25,25
**send** 122:23
123:2 138:4
140:4 144:12
147:3
**sent** 139:22
**sentence** 64:14
64:21,25 65:3
87:4 122:2,15
122:20 123:7
123:15,19
124:7,10
125:12 126:13
126:16 127:5,9
127:21 129:16
129:20,24
131:8 133:6,16
**separate** 34:6
114:18
**September** 1:22
8:2,4,12,20
10:2,22 11:4
24:13 35:22,25
36:6 141:23
196:7,22
**series** 4:18
**service** 12:6,8,13
13:22 15:2,11
22:9 64:23
**Services** 1:10
37:8,11,14
**sessions** 34:7
**set** 35:4,6 90:20
96:11 196:21
**sets** 94:12
**seventy-six**
182:8
**severe** 102:21
**shakes** 25:8
119:3 167:13
**share** 36:13
**sheet** 88:10 97:6
104:4 146:19

146:25 197:2
**sheets** 134:7
**Shepherd** 43:20
**Sherri** 43:20
**shift** 121:24
133:10
**shifts** 122:16
**shirt** 38:9 42:14
162:2,4,6,8
**Shirts** 38:24
**Shop** 156:16,19
**shortage** 147:12
**show** 10:5,6
74:19 76:6,8,9
90:20,25 91:7
91:11,25 92:3
92:8,21 93:9
94:6 103:21
105:6 126:15
126:20,22,25
127:14 140:3
157:7 163:8
185:22
**showed** 79:24
91:10 93:4
105:8 106:18
106:20,25
107:10 133:7
146:2 162:6
**showing** 24:11
25:23 34:19
35:20 36:4
41:9,14 60:12
63:3 67:20
69:20 70:11
92:18 94:23
106:5,15 128:5
164:19 170:9
176:18 179:18
187:19
**shows** 10:3,14
10:15,16
**sic** 124:23 153:3
186:11
**sick** 115:25
116:8 160:8
**side** 8:21,24,25

9:25 10:21,23
51:13,13 52:2
52:7
**sign** 35:17 59:24
60:2,6 61:4
188:7
**signature** 34:25
35:2 61:18,20
188:23,25
189:18,19
**signed** 3:17,19
34:24 35:8,11
37:2 60:3,16
60:18,21,22,23
60:25 61:3,9
61:10,22 62:5
62:21 68:4,6
68:13,19,22
**significantly**
89:14 99:25
**signing** 61:7,13
**sign-in** 88:10
134:7 146:19
146:24
**similar** 30:23
177:5 183:5
186:18,21
**similarly** 1:6
31:7 136:2
**simply** 98:5
**sit** 30:18
**sitting** 102:8
**situated** 1:6
136:2
**situation** 29:17
29:19
**six** 13:7 20:12,13
100:10,11
136:11 137:23
149:12,14
**sixteen** 149:23
150:9,13
**sixth** 13:7
**sleep** 110:11,16
**small** 9:2 10:3
15:6
**snacks** 154:9

**soap.com** 7:9
**software** 139:13
139:24
**sorry** 9:9 22:3
27:14,17 37:9
39:8 42:19
53:2 94:9
107:4 117:19
124:25 162:3
**sort** 49:25 50:2
90:7 150:18,19
190:23
**sorting** 85:25
90:11
**South** 40:15
46:12
**SOUTHERN**
1:2
**space** 48:20 77:3
**speak** 27:2,8,11
28:22 29:10
30:2,12 31:22
32:10,18 33:9
33:19 39:18
45:17 46:4
102:17 190:12
**speaking** 29:23
190:9
**specific** 116:23
118:4 124:9,17
191:10
**speedometer**
81:8
**spell** 9:5 48:19
**Spence** 152:4
**spend** 43:19
**spent** 90:6,11
**split** 131:14
137:4 174:14
**spoke** 27:3 30:7
47:8 134:21
192:9
**spot** 54:9 55:4
**Sprint** 168:11,12
168:15
**staff** 133:11
**Stamford** 71:11

77:14 78:7
**stamp** 140:3
144:10 157:11
164:25
**standard** 13:17
**standardized**
133:22
**start** 6:14 10:15
18:17 50:3,5
55:12,17 83:20
85:25 87:10
96:9 141:7
143:7 144:2
147:18 150:20
**started** 13:3,8
15:12 46:8,13
46:16 56:24
114:2 136:17
141:2 143:3
**starting** 13:4
73:15 87:17
152:25
**state** 1:23 4:4,8
4:10 36:10
186:10
**stated** 48:6
**statement** 69:4
70:5 133:18
181:11,12
**Staten** 187:11
**States** 1:1 12:5
**status** 18:23,25
19:2,3,23 20:3
**stay** 58:12
**Stealing** 191:9
**steeling** 192:17
**stenographica...**
196:9
**step** 48:15 84:3
**Steve** 43:22
**STIPULATED**
3:6,11,16
**stop** 21:21 22:20
48:6 51:16
52:11,16,17
56:14,22 66:3
74:2,3,6,10,16

75:14,16,19
96:21 103:6
110:2,4 113:18
113:20,22
119:23 129:22
130:24 132:24
133:2 148:11
153:22 154:10
154:13,15
156:16,19
173:7 180:18
183:22 184:12
187:6
**stopped** 109:23
**stops** 9:19 39:15
52:4,9,10,12
52:14 72:19
80:21 85:23
119:22,25
120:3,5,8
122:19 137:5
180:14 181:18
182:3,8,20
183:17,23
184:3,7
**straight** 153:18
**Street** 1:21 2:4,9
6:5 21:12
45:16 70:15,16
70:17 71:2,11
71:12 77:14
78:16 79:10,16
84:20,23 90:21
91:3 102:4,5
102:10,11
106:6 111:7
160:24
**stress** 123:25
**structure** 7:17
9:21
**stub** 38:3
**stuff** 31:8 56:8
169:7
**Stuyvesant**
48:21 71:6
**subject** 123:17
124:22 127:7

127:23 129:22
135:7 153:2
189:20
**submitted** 89:22
**subparagraph**
124:6 128:9
129:12 131:2
132:5,6 133:20
133:20 134:13
135:4
**Subscribed**
193:12
**successful** 15:9
**Suite** 1:21 2:4,9
**Sunday** 23:6
53:19
**supply** 84:6
**support** 93:23
94:13 99:24
**sure** 40:24 49:18
76:24 95:10
185:11 189:9
**Surfside** 45:8
**switch** 20:9
**sworn** 3:17,20
4:3 193:12
196:8
**Syed** 1:12 23:9
42:2 57:8
69:10 138:4
151:14,20
154:21 169:8
169:10,15,18
179:13,25
185:4,6 190:10
**Syed's** 113:2
139:11 144:12
168:25
**S-A-N** 48:20

— T —

**T** 3:4,4 4:2 9:4,6
9:7,10,18
194:8 195:1
196:2,2
**table** 38:13
42:15

**take** 4:24 5:3,5,9
24:8 46:3
67:12 83:23
85:5 111:19
112:24 120:5,8
120:12,18
121:10 129:5
133:10 138:6
140:15 153:15
153:23 154:6
154:21 155:13
155:17 158:12
159:10 185:14
196:9
**takes** 24:7
184:23,23
**talk** 26:15
152:14
**talking** 5:3
17:19 91:23
104:17 121:19
142:24 144:19
144:23
**tampering** 50:17
**taping** 10:18
**tasks** 156:13
**Tate** 145:13
152:5
**Tavares** 152:5
**tax** 158:3,4,25
159:2 165:19
165:21,23,25
166:3,6 195:16
**taxes** 166:24
**telephone**
149:19,25
150:22
**tell** 28:5,8 29:13
29:18 30:20,25
31:3 48:16
75:12 90:25
91:20 101:3
114:3 118:3

121:2,4 149:18
150:3,3 174:14
189:8
**telling** 33:14
34:10 39:17
104:5 123:25
141:13 144:13
**ten** 14:11,18
28:18 30:9
**tenure** 13:6
**Teresa** 1:4 27:7
30:8 33:19
51:7,23 57:7
103:10 107:25
142:15 143:14
143:15 147:16
151:21 169:2
**Teresa's** 148:7
**terminate** 15:20
**terminated** 18:8
109:8,20
160:19 161:10
**termination**
117:24 118:17
123:18 127:8
127:24 129:23
135:8
**terms** 14:21
**Test** 170:6
**testified** 4:5
97:22 108:22
140:19 141:2
152:23 166:7
183:6 186:4
**testify** 28:13
**testimony** 59:23
79:9 87:15
92:17 97:25
115:6 140:6
148:7 154:5
196:8,9
**text** 75:23 93:2
93:11 106:23
116:12 122:23
122:23 123:3
144:10,12
169:4,8,10,15

169:17,20,24
170:19,21
172:16 173:12
175:16 176:15
177:5,9 179:2
179:13,15,25
195:4,5,6
**texted** 170:2
**texting** 181:13
**texts** 126:19
129:19 134:7
144:11,12
**They'd** 146:9
**thing** 19:11
34:10 36:20
38:24 39:22
40:4,5,11
77:17 124:21
144:17 148:15
187:7
**things** 131:12
**think** 10:24,24
11:3 16:21
46:5 108:11,22
141:17 158:8
**third** 16:21
**thirty** 52:12,13
77:24 78:2,6
78:12
**thought** 15:9
**threaten** 129:4
**three** 7:23 15:8,8
17:4 19:5,12
19:13 57:8
76:14 111:22
138:8,9 139:8
155:17 167:23
**three-way** 32:23
**Thursday** 81:5
81:14 161:16
**tickets** 155:7
**tie** 50:16 150:18
**tied** 49:24,24
55:10 83:20
**time** 3:13 5:4
6:18 9:16 11:4
12:4,4 13:3,11

13:19 14:7,8
14:11,12,16
15:10 16:3,5,8
17:3 18:14
21:2,23,23
22:6 23:22
24:10 28:19,20
29:23,25 41:4
52:17 53:22
54:14,16 55:14
58:5,8,11 59:7
59:12 62:4
65:25 67:3,15
70:24 74:18
75:24 76:13
77:13,22 78:20
79:19 81:22
82:22 83:2
88:16,22 90:5
90:11,19,20,25
91:17 93:18
96:7,10,21
97:6 98:8,13
100:16 103:18
103:20 104:2
104:11,19
105:16 106:8
108:6,12
110:21 112:24
113:25 115:13
119:15 125:2
125:21 128:6
131:13,23
133:8 136:17
139:9,23 140:3
140:18 141:18
141:19,21
143:19 144:10
144:13 145:25
146:22 147:2,5
147:5 153:17
154:24 156:13
160:8 163:7
167:6,15
169:23 171:11
173:8 174:7
185:17 189:25

190:4,7 193:2
193:7
times 14:8 21:12
33:25 59:11
89:16 96:14
97:10,16
103:20,22
115:15 116:20
124:9,17 127:6
127:22 136:5
192:18
today 4:17 5:12
5:19 24:14
25:4 26:2,13
28:13 30:21
34:22 35:24
36:8 60:15
68:3 95:8,18
95:21 157:14
163:13 164:22
168:7 170:12
176:21 179:21
186:2 187:23
189:5,22
today's 5:6
26:15,19 30:12
30:16
told 31:6 46:15
126:20 134:22
161:13,14
191:24
tolls 7:16 155:8
155:9 189:17
tonight 173:15
173:25
top 36:18
total 20:12,13
52:10,12
touch 138:23
towel 16:23,24
17:2,19,20,22
17:23 22:20,25
track 78:14,15
traffic 111:19
train 6:9,17
transcribed
196:10

transcript 18:3,5
196:13
transferred
12:11
transit 137:18
169:2
treated 162:13
trial 1:17 3:14
10:25 196:5,14
Trips 78:16
tri-state 70:2
72:12 122:8
trouble 51:16
truck 75:20
true 88:21 114:8
114:15 186:7
196:13
truthfully 5:18
try 49:8 98:3
turning 101:17
111:23 178:20
TV 10:3,5
twelve 58:7
136:12
twenty 52:6,7,8
52:9,10 78:6
78:11
twenty-five
111:15
twenty-two
181:18
two 10:14,15,16
17:7,7,17,17
19:14,18 21:22
47:22 49:8
57:8 70:14
72:25 76:14
85:11 111:20
111:22 115:12
145:8 155:9,15
183:6
two-minute
90:15,16
two-sided 95:3
type 59:24 132:8
132:11,21
133:15 167:5,9

types 191:6

_____
U
_____
U 3:4
Uh-huh 173:13
unable 116:18
160:11
unanswered
32:8
Uncle 113:2,2
137:17 168:25
underneath
175:16
understand 4:21
5:10 8:17 25:2
38:6 64:14
65:13 151:4
162:13 163:15
189:9,13
understanding
43:3,10,12,23
45:24 64:2
65:7 108:5
unemployed
8:22
unemployment
29:16,19
union 14:10,13
14:16
United 1:1 12:5
upcoming 33:15
33:17
use 50:16 65:22
78:15 116:19
138:2,20
160:12
usually 19:17
76:15 93:18
148:15

_____
V
_____
vacation 38:4
132:2 141:14
141:16 185:4
vacations 159:10
vagueness 26:18
varied 155:15

types 191:6

varies 19:8,14
19:16 73:20
103:16 105:15
105:15 110:17
143:22 184:14
vary 12:9
varying 76:2,5
vehicle 50:4
55:11 65:22
vehicles 132:15
vendor 7:19
187:4
verbal 25:9
49:19 80:11,13
119:8
verbally 4:23
85:7 119:4
Verification
34:16 194:11
Vinh 151:11
violation 155:7
voice 39:6
Voluck 1:20 2:8
voluntarily 8:10
15:3

_____
W
_____
W 4:2
wage-and-hour
186:14
wait 4:25 51:3
58:17 83:21
150:14
waiting 49:4
90:6 102:8
142:12 190:22
waived 3:9
wake 110:21
walkie-talkies
41:22
Wall 21:12
wallet 41:14
want 24:16,24
34:5,6 36:9
50:14 67:12
112:20 189:24
190:3

**warning** 118:16
119:8 121:6,7
124:5 127:16
**warnings** 119:6
119:7
**wasn't** 8:8,22
13:19 18:9
132:3 141:22
**Water** 157:3
**way** 133:23
187:5
**weather** 76:13
102:21
**web** 139:15
**website** 16:17
17:24,24,25
22:8,10 44:13
44:23,24 46:7
**Weddings/Eve...**
9:4,6
**week** 14:3,4,12
14:19 19:12,19
27:25 28:23
31:23 32:19
33:20 37:21,23
38:3 54:18
56:15,16 73:7
73:12,18 89:14
100:2,11,14
136:7,11
137:23 147:11
147:15 149:10
149:12,14
159:12,16
160:5 189:17
**weekend** 20:9
48:5 114:4
**weekends** 19:16
82:15
**Weekly** 7:14,15
**weeks** 155:10
**went** 27:24 28:3
59:13 68:12,20
80:25 81:6
139:24 141:15
159:16 160:3
**weren't** 15:8

24:2 78:24
115:3 132:4
**West** 2:4 51:13
52:2
**Westchester**
73:24 121:20
187:11
**What'd** 8:12
12:8 15:4,10
15:16 29:18
33:9 54:24
159:24 161:12
**WHEREOF**
196:21
**Where'd** 160:2
**White** 1:4 27:6
30:7 32:18
33:11 105:13
152:5
**White's** 33:4,10
**Why'd** 21:21
**wide** 43:22
**William** 1:21 2:9
151:13 152:2
**Williams** 1:4
27:6 30:8
31:22 32:11
57:15 152:6
**Wilton** 151:15
**witness** 4:2
16:25 25:8
36:13 39:7
42:22 43:9
45:6 49:20
68:17 70:22
85:6 97:13
98:4 99:5
107:6,8 110:24
119:3 126:9
140:23 143:11
145:21 149:15
167:13 176:24
177:4 186:25
194:4 196:7,15
196:21
**woke** 111:4
**word** 68:21

**work** 6:20,24
8:23 10:25
11:7 13:21
14:17 15:10
17:2 18:13
19:6,20 20:17
21:3 23:11,18
23:23 28:21
38:14 44:5,6
52:24 58:9,12
66:2 76:2
92:23 93:9
98:15,19 99:2
100:9,10,21
108:24 109:2
109:14,23
110:2,4,7,13
111:5 112:4
113:24 114:13
114:21,22
115:4,10
116:13 117:14
117:22 118:14
124:9,19,22
125:3,4,10
126:15,20,23
127:2,6,15,22
128:6,22 129:4
132:8,11,21
133:15,17,21
136:11 140:7,8
141:2 142:8
143:7,15
147:19 152:13
152:24 160:11
169:7,7 181:22
185:9 186:22
188:5,5,8
190:14,15,22
**worked** 12:6
13:21,24 14:5
31:13 89:13,21
89:25 94:7,13
96:5,12 97:19
97:24 98:6
99:13,19,25
100:13,19

101:13 108:19
121:25 136:6
140:19 142:5
142:10,20
147:14 149:6
149:11,19
150:8 167:6,15
185:11 186:17
187:14 190:7
**workers** 37:5
**working** 6:9,11
7:21 8:24 13:3
15:12 16:4
18:15 19:3,7
20:7 24:2,4
26:7 57:5
93:19 101:4,4
122:7 136:15
136:18 143:13
149:22 150:13
**Workman's**
33:12 188:14
188:16
**works** 105:22,24
**worth** 100:11
**written** 80:12,13
119:6,7
**wrong** 192:2

**X**
**x** 1:3,14 194:2,8
195:1

**Y**
**Yajaira** 151:19
**Yale** 2:10 4:16
194:5
**yeah** 9:23 10:20
11:8 16:7,23
19:11 23:3
30:23 31:20
33:8 34:24
35:2 37:25
38:3 52:8,13
54:7,19 55:7
55:23 57:17
59:2 60:2,21

61:20 62:19
64:8 65:2 68:7
68:12,20 69:16
74:8 75:8,18
77:8 82:23
83:8 84:25
94:3,15 95:25
97:13,15
103:14 105:17
106:8 107:19
108:9 109:17
110:4 111:11
115:25 120:25
124:5 125:8
143:5,25
145:11 146:23
148:3,10
153:25 157:15
161:22 163:14
167:19 176:24
177:4,19 186:7
188:25 189:12
189:19 191:2
191:16
**year** 6:16 8:2,3
13:7,7,17
17:21 21:18
22:21 70:21
159:3 186:24
186:25
**yearly** 159:3
**years** 11:18
12:20
**yesterday** 27:10
28:17 149:19
149:24 150:8
150:21
**York** 1:2,21,22
1:24 2:4,4,9,9
4:4,13 6:7
21:12,13 45:14
46:3,14 47:25
47:25 48:5,12
69:25 70:3,18
72:11,14,16
73:4 78:8
86:21,22 112:3

112:7 113:4
114:12 117:13
117:21 118:13
121:15,22
122:16 123:15
124:7,18 125:9
126:14 128:11
129:13 131:6
132:7 134:13
135:4,11
186:10
**YS** 1:11,12 69:8
69:9,10

___

**Z**
**Zaimi** 1:13
37:22 40:9
44:2,3,10,20
69:11,16
**Zapata** 152:6
**zip** 49:24,24,25
50:16,16 55:10
83:20 150:18
**Zipcars** 66:6

___

**$**
**$0.53** 73:25
**$1** 74:2 192:17
**$16** 78:3,4
**$25** 10:16 63:19
130:10
**$25,548** 164:12
**$3** 191:13
**$30** 22:4
**$4** 48:6 56:14,22
74:6 113:16,19
113:21 191:13
**$5** 9:23
**$50** 10:14,18
**$63,885** 163:22
**$64,390** 164:4
165:11

___

**0**
**000396** 175:14
**000565** 95:3
**000581** 179:22
**000670** 97:14

**000762** 95:4
**001107** 95:4
**004462** 157:12
**055611-0002**
2:11

___

**1**
**1** 68:8
**1:06** 108:17
**10** 128:10
129:12 131:2
132:6 133:21
**10B** 111:25
114:6
**10C** 121:14
**10D** 124:7
126:13
**10:00** 173:15,18
175:19,21
179:3,5
**10:06** 180:3,25
181:13
**10:12** 173:10
**100** 1:21 2:9
**10019** 2:4
**10038** 1:22 2:9
**1040** 159:3,5
166:9,15
**109** 195:15
**1099** 37:20
162:20,21,24
163:3,17 164:2
164:9,16
194:22,23,24
194:25
**11** 135:23
174:24
**11201** 6:7
**11235** 4:13
**12** 1:8 64:8 65:4
150:25
**12:00** 177:21
**12:29** 108:17
**120** 10:24
**125th** 184:20
**13** 24:12 175:24
**13.50** 13:4 14:8

**130** 6:5
**14** 172:8 175:9
178:21
**15** 172:20 173:5
180:14
**157** 194:21
**162** 194:22,23
**163** 194:24
**164** 194:25
**166** 195:16
**17** 35:22 36:6
**170** 195:4
**176** 195:5
**179** 195:6
**18** 175:15
**185** 195:7
**187** 195:9
**188** 195:10
**19** 66:7 182:20
**19.50** 13:8
**190** 194:6
**192** 45:16 70:14
70:25 79:10
84:20,23 91:2
102:4,10 106:6
111:6 150:11
194:5
**1993** 65:24 66:8
**1998** 11:24
**1999** 12:21,21
13:4,18

___

**2**
**2** 35:18 68:24
**2,000** 13:13
**2,080** 13:17
**2:21** 173:22
**20** 24:13 176:8
180:2,25
**20th** 180:20
181:8
**200** 2:4 48:7
**2000** 159:14
**2002** 66:12
**2005** 46:10
**2006** 12:7,22
15:19 17:5

**22**:21,22
**2007** 17:16
**2008** 18:18 19:9
20:15 21:6,17
21:19 22:15
23:20,25 24:9
46:18,22 52:22
52:23 53:3
55:20 56:18
57:6,16,18
58:3 59:5,10
66:2,19,22
69:3,14 70:8
71:7,19 72:6
72:15 73:7
74:19 75:2
76:3 79:20
81:25 82:2
88:18 89:5
91:13 110:6
116:21 125:4
130:14 136:16
140:9 152:16
155:20 156:7
159:11 160:9
167:7,18
168:10
**2009** 15:21 17:5
18:7,20 19:10
19:23 20:15
21:6 23:4,21
23:25 24:9
45:12,12 55:18
55:20 56:19,24
70:15 71:3,7
71:13,20 72:6
72:15 73:8,15
73:17,17 74:19
75:2 76:3,20
77:10,10 79:8
79:13 82:3
90:21 91:3
109:8,21 110:8
110:13 158:15
158:19 159:12
159:15 164:25
165:19,21

**166**:5,17
195:16
**2010** 42:5,6,8
82:5 87:12,14
87:17 88:13,13
89:3,5,9 91:16
92:14,16,16,17
92:20 93:16
96:9 103:24
104:16,17
106:11 107:18
125:6 127:18
131:16,16,25
140:25 141:5,6
141:10,16,18
141:23,24
143:8,9,12
152:16,20,25
153:5,11
162:21 163:19
163:22 165:17
165:23 166:18
166:24 185:2
194:22
**2011** 70:15,22
79:13,15 82:7
82:8 91:3,13
93:21 136:23
141:8,11,16
159:14,24,25
160:2 162:24
164:2,5 165:25
166:20 168:6
170:25 171:23
172:8,20 173:5
173:9,18,22
174:11,15,24
175:9,15
194:23
**2012** 8:4,4,12,20
10:2,22 11:4
66:4,23 69:3
69:14 70:9
79:20 88:19
89:9 90:22
93:16 106:13
107:18 110:8

110:13 116:21
125:5,7 136:16
140:9 151:6
152:21 153:6
153:11 155:20
156:7 158:11
159:11 160:9
160:16 163:3
164:10,13
166:3,22,24
167:7,18
168:14 175:24
176:8 177:13
177:25 178:13
178:16,21
179:7 180:2,12
180:25 181:16
181:25 182:19
183:2,9,16,25
185:2 194:24
**2013** 1:22 8:13
8:20 10:2,22
11:5 24:13
35:18,22 36:6
68:8 193:13
196:7,22
**21** 25:21,24
26:12 151:6
173:9,18
180:12 181:16
194:10
**21st** 181:9
**215** 1:21 2:9
**22** 34:17,20
35:14 36:24
180:14 194:11
**23** 19:10,23 23:4
23:21,25 24:9
41:7,10 56:19
56:24 181:25
182:19 194:12
**23rd** 18:20
23:13,16 56:16
**24** 1:22 60:10,13
61:18 183:2,9
194:13
**24th** 196:6,22

**25** 62:25 63:4
183:16 194:10
194:15
**26** 67:18,21
68:25 69:18
82:11 101:17
111:24 121:15
124:6 126:14
128:10 131:3
132:7 151:2
182:20 183:25
194:17
**27** 94:20,24 95:2
95:6,11,11
97:18 99:24
100:12,18
125:23 194:18
**28** 94:25 95:3,17
98:12 125:25
170:25 194:19
**29** 94:21,25 95:4
95:20 98:17,22
98:24 99:12
101:9 126:4
194:20
**29th** 6:15

_____
**3**

**3** 177:13,25
178:16
**3:00** 110:22,23
110:25 148:16
148:17
**3:13** 193:7
**30** 157:5,9 166:9
178:13 194:21
**30th** 178:10
**300,100** 188:10
**31** 162:22 163:9
163:11 194:22
**3137** 4:12 52:23
**32** 162:25 163:9
163:25 194:23
**33** 163:4,9 164:8
194:24
**34** 164:17,20
194:11,25

**345** 70:17
**35** 170:7,10
177:6 195:4
**36** 176:16,19
195:5
**37** 179:16,19
195:6
**38** 185:20,24
195:7
**39** 187:17,20
188:22 195:9

_____
**4**

**4** 35:22 194:5
**4:00** 147:20,21
148:2,8,12
149:2,2
**4:26** 181:25
**4:43** 172:20
173:5
**4:50** 183:16
**4:56** 183:25
184:9
**4:58** 183:3
**40** 188:20 189:4
195:10
**41** 194:12
**4339** 1:8
**45** 71:11 77:14
96:24
**47** 195:14

_____
**5**

**5** 36:6 69:17
79:22 82:10
83:10
**5:00** 48:16 49:3
49:5 50:23
51:2 58:6,6,15
58:21 76:7,11
76:17 91:10,11
91:25 92:3,18
103:25 104:13
127:15 136:14
136:15 140:7
140:22 141:10
142:11,22

143:16 147:19
147:21 148:8
152:19 153:5
**5:07** 180:12
181:16
**5:30** 148:16,17
**5:46** 175:9
**57** 182:3
**57th** 2:4
**588** 70:16 79:15
102:5,11
150:11 160:23
**59** 172:23

_____
**6**

**6** 179:7
**6:00** 28:21
104:14 148:25
148:25
**6:15** 175:11
182:12
**6:16** 182:19,23
**6:19** 183:10,13
**6:38** 174:16
**6:55** 172:8
**60** 183:16
194:13
**62** 194:15
**620** 48:21 71:5,6
**67** 194:17

_____
**7**

**7:00** 76:15
136:14,15
140:7,22
148:22,23
149:9,9 152:19
153:5,14
154:18
**7:04** 174:25
**7:11** 179:8
**7:32** 170:25
**7:43** 175:15
**7:45** 175:25
**70** 183:17
**711** 154:13
158:13

**72nd** 184:20
**73** 184:3
**76** 182:3
**78** 184:3

_____
**8**

**8** 89:12 96:23
173:22 174:11
**8:00** 76:10 91:20
91:21,22 92:9
92:21,23
104:21,22,24
105:6,9 106:6
106:15,18,21
107:2,10
124:22 125:4
127:17 136:18
141:3,10 143:4
143:8 152:24
153:12 154:17
178:14,17,24
180:6
**8:02** 176:8
**8:15** 172:11,14
**8:20** 178:2
**8:30** 93:13
**8:31** 177:14
**8:44** 178:21
**8:45** 97:2
**8:51** 97:7

_____
**9**

**9** 101:18 174:15
**9:00** 39:20 76:10
93:13 110:20
110:25 171:5
171:12,13
174:20,22,23
175:4,6 176:4
176:6
**9:30** 176:11,13
178:5,7
**9:46** 1:23
**900** 2:4
**94** 194:18,19,20
**9429** 45:4
**99** 12:6