UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

FERNANDO HERNANDEZ, KENNETH CHOW, BRYANT WHITE, DAVID WILLIAMS, MARQUIS ACKLIN, CECILIA JACKSON, TERESA JACKSON, MICHAEL LATTIMORE, and JUANY GUZMAN, Each Individually, And On Behalf Of All Other Persons Similarly Situated,

Plaintiffs,

-against-

Index No: 12 CV 4339 (ALC)(JLC)

THE FRESH DIET, INC., LATE NIGHT EXPRESS COURIER SERVICES, INC. (FL), FRESH DIET EXPRESS CORP. (NY), THE FRESH DIET - NY INC. (NY), FRESH DIET GRAB & GO, INC. (FL) a/k/a YS CATERING HOLDINGS, INC. (FL) d/b/a YS CATERING, INC. (FL), FRESH DIET EXPRESS CORP. (FL), SYED HUSSAIN, Individually, JUDAH SCHLOSS, Individually, and ZAIMI DUCHMAN, Individually,

Defendants.

-----------------------------------------x

EXAMINATION BEFORE TRIAL of the Plaintiff, FERNANDO HERNANDEZ, taken by the Defendant, pursuant to Stipulation, held at the offices of Kaufman, Dolowich, Voluck & Gonzo LLP, 100 William Street, Suite 215, New York, New York 10038, on September 17, 2013, at 10:15 a.m., before a Notary Public of the State of New York.

******************************************

AMERICAN STENOGRAPHIC, LLC
8900 Sutphin Boulevard, Suite 305
Jamaica, N.Y. 11435
Tel-718-291-6600
Fax-718-291-6603

[Page 2]

APPEARANCES:

THE HARMAN FIRM, PC
Attorney for Plaintiffs
200 West 57th Street, Suite 900
New York, New York 10019

BY: BRIAN M. MOSS, ESQ.

KAUFMAN, DOLOWICH, VOLUCK & GONZO LLP
Attorneys for Defendants
135 Crossways Park Dr., Suite 201
Woodbury, New York 11797

BY: JEFFERY A. MEYER, ESQ.

FILE #: 055611-0002

ALSO PRESENT:

BEATRICE VUDUARTE, Spanish Interpreter, Languages R Us

[Page 3]

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

[Page 4]

BEATRICE VUDUARTE, called as the interpreter in this matter, was duly sworn by a Notary Public of the State of New York to accurately and faithfully translate the questions propounded to the witness from English into Spanish and the answers given by the witness from Spanish into English.

-oOo-

FERNANDO HERNANDEZ, the witness herein, having been first duly sworn by a Notary Public of the State of New York, was examined and testified through the interpreter as follows:

EXAMINATION BY MR. MEYER:

(Whereupon, Notebook Bates stamped FD000103 was marked as Defendant's Exhibit 1, for identification, as of this date.)

(Whereupon, Notebook Bates stamped FD000104 was marked as Defendant's Exhibit 2, for identification, as of this date.)

(Whereupon, Verification was

[Page 5]

F. Hernandez

marked as Defendant's Exhibit 3, for identification, as of this date.)

(Whereupon, Plaintiff's interrogatory responses were marked as Defendant's Exhibit 4, for identification, as of this date.)

(Whereupon, Plaintiff's responses to Defendant's document requests were marked as Defendant's Exhibit 5, for identification, as of this date.)

(Whereupon, Retaliation affidavit was marked as Defendant's Exhibit 6, for identification, as of this date.)

(Whereupon, Collective affidavit was marked as Defendant's Exhibit 7, for identification, as of this date.)

(Whereupon, Class action affidavit was marked as Defendant's Exhibit 8, for identification, as of this date.)

(Whereupon, Manifests FD001609-1700 were marked as Defendant's

[Page 6]

F. Hernandez

Exhibit 9, for identification, as of this date.)

(Whereupon, 2010 1099 form was marked as Defendant's Exhibit 10, for identification, as of this date.)

(Whereupon, 2011 1099 form was marked as Defendant's Exhibit 11, for identification, as of this date.)

(Whereupon, 2012 1099 form was marked as Defendant's Exhibit 12, for identification, as of this date.)

**Q.** State your name for the record, please.

A. Fernando Hernandez.

**Q.** State your address for the record, please.

A. 225 South 3rd Street, Apartment 4, Brooklyn, New York 11211.

**Q.** Good afternoon.

A. Good afternoon.

**Q.** Mr. Hernandez, my name's Jeff Meyer. We've actually, I think, met before at a prior hearing on this case when you were under oath, and I asked you some questions before Judge Carter, I believe.

[Page 7]

F. Hernandez

A. Yes.

**Q.** I'm going to be asking you some more questions about the lawsuit that you have commenced against The Fresh Diet and Late Night Express.

Do you have a question?

A. No.

**Q.** Before we get started, I just want to set a few ground rules.

If there's a question I ask you that you don't understand or you don't understand the format in which I've asked it, just say so, and I will repeat or rephrase the question.

A. Okay.

**Q.** If you need to take a break at any time, just let me know. This is not an endurance test. This is not a marathon. The one thing I do ask is that if I asked you a question that you answer it before we take that break.

A. Okay.

**Q.** Before we get started, are there any questions you have?

A. No.

MR. MOSS: I don't have any

[Page 8]

F. Hernandez

questions, no.

MR. MEYER: Fair enough.

**Q.** Mr. Hernandez, is there anything that would inhibit your ability today to tell the truth at this deposition, whether it be any prescription drugs or drugs you've taken or alcohol or anything?

A. No, none.

**Q.** Very good.

Are you currently employed?

A. No.

**Q.** Who was your last employer?

A. Fresh Diet.

**Q.** When was your last day working with Fresh Diet?

A. It seems to me it was approximately around July 4th or 5th, I believe.

**Q.** Of what year?

A. 2012.

**Q.** Since early July of 2012, have you collected unemployment insurance?

A. Yes.

**Q.** When did you start collecting unemployment insurance?

[Page 9]

F. Hernandez

A. It seems to me I started to collect around July. Hold on. Wait a minute. Around June or July.

**Q.** It was soon after you stopped working with Fresh Diet?

A. Of course. I submitted my application.

**Q.** Are you still collecting unemployment insurance?

A. Yes.

**Q.** Have you collected unemployment insurance --

A. Wait. It was a mistake. I started in July, and it -- it started receiving in February. I lost my job in February. No, in July. I started to collect in February because they gave me retroactive.

**Q.** You're saying your last day of work was in early July 2012?

A. Uh-huh.

**Q.** You're saying you've been collecting unemployment insurance since February 2012 retroactively?

A. Of course, since they approve it in July.

[Page 10]

F. Hernandez

Q. From February to July of 2012, you were working with The Fresh Diet, and you were also collecting unemployment benefits at the same time?

A. At that time, I wasn't working for Fresh Diet.

Q. Who were you working for?

A. I wasn't working at that time.

Q. You said your last date that you worked with The Fresh Diet was July 4th or 5th of 2012.

A. Yeah, but they approved the unemployment -- around February 2013 is when they approve it.

Q. 2013 not 2012?

A. 2013.

Q. Thank you.

From July of 2012 until February of 2013, what income did you have?

A. No income.

Q. Were you working anywhere off-the-books?

A. No.

Q. Once you started collecting unemployment insurance, how much were you receiving? Would

[Page 11]

F. Hernandez

it be per week?

A. Approximately, 395.

Q. You're still collecting those benefits?

A. Yes. They gave me an extension.

Q. How long does that extension run?

A. I don't know.

Q. At no point since your relationship with The Fresh Diet ended have you worked anywhere else?

THE INTERPRETER: What?

Q. Since your relationship with The Fresh Diet ended in July of 2012, you have not worked anywhere else; is that correct?

MR. MOSS: Objection to the form.

You can answer.

A. No.

Q. Nowhere?

A. No.

Q. Have you had any other earnings outside of employment with another company?

MR. MOSS: Objection.

He's answered that, but you can answer.

[Page 12]

F. Hernandez

MR. MEYER: I asked if he was working anywhere else. He may have additional income from another source.

A. No. I already said it previously. I had no income, no other income.

Q. When did you start working for The Fresh Diet?

A. The middle of April 2010.

Q. When you received your check, did you receive it weekly or biweekly, your pay stub?

A. By week.

Q. What company's name was on that paycheck?

A. Late Night Courier.

Q. Wouldn't then Late Night Express or Late Night Express Courier be your employer if they were on your paycheck?

MR. MOSS: Objection to the form.

You can answer.

A. Can you repeat, it please?

Q. You stated that Late Night Express was on the pay stubs you received, right, your earning statement?

[Page 13]

F. Hernandez

A. Yes.

Q. That was the entity that paid you, correct?

A. The one who made the check was Fresh Diet.

Q. But the check says Late Night Express Courier, correct?

A. Yes, the check, but I represented Fresh Diet.

Q. Did you ever receive an earnings statement or a pay stub from The Fresh Diet?

A. No.

Q. What was your title?

What was your job title with, we'll call it the defendants here, Late Night Express/Fresh Diet?

I don't want to get into a back and forth from now on what entity it is.

What was your job when you worked with these entities?

A. A driver for the company.

Q. Did you use your own vehicle?

A. Yes.

Q. Explain to me just what your job was.

[Page 14]

F. Hernandez

What did you do as a driver?
A. What I had to do as a driver was to pickup the food and bring it to the client for Fresh Diet.
Q. What time of the day would you report to the building to pickup these meals?
A. At that time, I don't -- sometimes before because if they needed me to go somewhere else.
Q. Starting in April of 2010, let's start over here, you started working for, we'll just call it the company?
A. Yes.
Q. What time would you show up to work?
A. At 4:00 p.m. or before if they needed me because I started as a substitute.
Q. As a substitute driver?
A. Yes.
Q. What does that mean?
What is a substitute driver?
A. That's the opportunity they gave me to start. There was a missing driver, and I would cover the route.
Q. If somebody didn't show up that day or

[Page 15]

F. Hernandez

somebody didn't report to work, you would take that route?
A. Whatever they give me.
Q. Do you know what time the meals would normally be ready and packaged, ready to leave the building?
A. Most of the times, the meals were not ready. Sometimes, they weren't ready until 7:00, 8:00 at night. Usually, the meal that they prepare first was the one that had to be taken outside of the state.
Q. When you say "outside of the state," where would they be going to?
A. Pennsylvania, Baltimore, Boston, Philadelphia, New Jersey.
Q. Did you ever make deliveries to Pennsylvania?
A. Yes.
Q. How often?
A. That's how I started. That's how I started, couriering for a couple of times.
Q. How many times?
A. Seems to me it was like two times.
Q. The whole duration of your employment

[Page 16]

F. Hernandez

with the companies, you went to Pennsylvania twice, made deliveries in Pennsylvania twice?
A. Yes.
Q. Did you ever make deliveries to Boston?
A. No, not in Boston.
Q. Did you ever make deliveries to Baltimore?
A. Yes.
Q. How many times?
A. Two times.
Q. In the entirety of your employment, of your relationship, you made two deliveries?
A. I made two deliveries to Boston because the route was to get to Philadelphia, Boston.
Q. You went to Philadelphia and Boston in the same day?
A. No, not Boston (English). On the same day, we had to do the deliveries to bring it to those states. I didn't mention Boston (Spanish).
Q. When you went to Baltimore, you'd go to Philly on the same trip? That would be the same loop?
A. Yes.

[Page 17]

F. Hernandez

Q. When you said Pennsylvania, did that mean this Philadelphia trip, or was there a separate Pennsylvania trip?
A. Philadelphia and Baltimore.
Q. You said you went to Pennsylvania twice and Philadelphia twice.
Those are the two same trips?
A. On the same day.
Q. Twice you made a loop?
You went to Baltimore, Philly and back around or Philly, Baltimore and back around?
You did that twice, correct?
A. No. The route started in Philadelphia, continued to Philadelphia, and then we come back to return the bags and everything.
Q. You would leave from Brooklyn, correct?
A. Yes.
Q. You did that twice?
In the whole term of your relationship with the companies, you did that twice?
A. That's what I have done.
Q. How many times? You said twice before.
A. Yes, two times (Spanish). Two times (English).

[Page 18]

F. Hernandez

Q. How many years did you work for the company?
A. Two and a half years. It was approximately two and a half years (English).
Q. Besides those two trips to the Philly/Baltimore loop, did you travel anywhere else out of New York?
A. Of course.
Q. Where else?
A. After that route, I cover the route to Connecticut getting close to Upstate New York, all Upstate New York, New Jersey. Also, almost getting to Albany.
Q. How many times did you make the Connecticut route?
Was it one route in Connecticut, or was it multiple?
A. Several times.
Q. Could you quantify that?
Do you know how many times, once a week?
A. More than two or three weeks.
Q. Total?
A. Yes.
Q. You went a total of --

[Page 19]

F. Hernandez

A. Until they gave me my regular route.
Q. For two or three weeks, you went to Connecticut?
A. Yes.
Q. What about the Upstate New York route?
A. That was the route they assigned me and New Jersey.
Q. Is that the same route, Upstate New York and New Jersey?
A. Yes.
Q. How often would you make that route?
A. Approximately, for one year and something.
Q. Every day for one year?
A. Every day, yes.
Q. Did you ever have a route in Brooklyn or Queens or Manhattan, in Metropolitan New York?
A. After I did that route, I also did the route in Manhattan and also Brooklyn, all Long Island.
Q. How long did you handle those, we'll call those Metropolitan New York, routes?
A. Since I started, for about two years (Spanish). Two and a half years (English).

[Page 20]

F. Hernandez

Q. You worked for the company for a total of two and a half years you said, right?
A. Yes (English).
Q. If you spent one of those years running the Upstate New York and New Jersey route, that would only leave about a year and a half of other routes, correct?
A. Yes.
Q. For that other year and a half, how much time did you spend in Metropolitan New York and Long Island?
A. And Brooklyn.
Q. And Brooklyn.
A. All the time. Whenever they assign me.
Q. You said previously that you report to the building around 4:00 p.m. but that the meals wouldn't be ready, maybe some of the meals traveling further would be ready at an earlier time.
What time would the Philadelphia or Baltimore meals be ready?
A. Around 5:00 to 6:00 in the afternoon, sometimes even later.
Q. From 4:00 until 5:00 at the absolute

[Page 21]

F. Hernandez

earliest or until 6:00 or 7:00, whenever the Philadelphia/Baltimore meals would be ready, what would you be doing?
A. We had to wait there. Also, help with the food that wasn't ready most of the time.
Q. By helping with the food, what do you mean?
A. Pack the food.
Q. By "pack the food," what do you mean?
A. You had to pack the food, put it inside the box for Fresh Diet, see the menus, where they had to be delivered.
Q. The manifests or menus?
A. The menu.
Q. Would you ever work in the kitchen?
A. No.
Q. Did you ever do any food preparation?
A. Yes. We help in a couple occasions.
Q. How often?
A. Three or four times.
Q. Would you always have to pack the food, or were there people who worked for one of these companies who would pack it on a daily basis?

American Stenographic
Telephone:718-291-6600 www.Americansteno.com

[Page 22]

F. Hernandez

A. Yeah, there were people, but sometimes the stuff was not enough for the people to be very on time for the food.

Q. To narrow this down, there were people who their job was to pack the food; is that correct?

MR. MOSS: Objection to the form, but you can answer.

A. Yes.

Q. Your title was not packer, correct?

A. No.

Q. How often would you have to pack the food if there were people who were already supposed to be doing this?

A. Most of the times, we had to do it.

Q. What were the packers doing?

THE INTERPRETER: Say it again.

Q. The people who their job titles were packers, what were they doing if you were doing the packing yourself?

MR. MOSS: Objection to the form, but you can answer it.

A. I said it again that there was not enough employees because they had different

[Page 23]

F. Hernandez

schedules.

Q. What do you mean by "different schedules"?

A. There was people who start early in the morning, and there was people who started in the afternoon, and they make us, they force us, to pack the food if we wanted to leave on time.

Q. Again, my question is, what were the packers doing when you were packing your own food?

MR. MOSS: Objection again.

MR. MEYER: He's never answered the question.

What's the objection?

MR. MOSS: To the form.

You can answer.

A. I answered the question (English).

Q. What were the packers doing?

A. Doing the same thing that we was doing (English).

Q. They were packing alongside you?

A. Packing, yeah, preparing the food, waiting for the kitchen to finish, you know, the meal and to pack it up (English).

[Page 24]

F. Hernandez

Q. You're saying they weren't doing their job, or they weren't doing it fast enough?

MR. MOSS: Objection to the form.

That's not what he said.

MR. MEYER: He can clarify.

MR. MOSS: I just want to object to the form.

That's a mischaracterization of his testimony.

A. You want me -- I can answer the same thing. The food, the meals, were not, most of the times, ready, so the packers had to wait for the meals to be ready, so then we pack it in the box.

Q. The food wasn't ready yet when you got there at 4:00?

MR. MOSS: Asked and answered.

MR. MEYER: That's a different question. I never asked that before.

A. Yes. Most of the times, the food wasn't ready.

Q. If the food wasn't ready and your job was a driver to deliver the food, why would you

[Page 25]

F. Hernandez

show up at 4:00 to work when there was nothing for you to do?

A. Because that was what my manager asked me or requested me to do. He forced me. Otherwise, I would lose my job.

Q. Who told you that?

A. Syed Hussain.

Q. How did he tell you that?

He told you over the phone, verbally when you showed up one day?

How did he tell you?

A. He always said it in person. Sometimes he call you on the phone.

He always said it, that he needed us at that time, and that was not our problem that the food wasn't ready.

MR. MEYER: Can you just repeat that answer?

(Whereupon, the record was read by the reporter.)

A. But he also said it in person (English).

Q. You get there at 4:00 every day?

MR. MOSS: Asked and answered. Asked and answered.

[Page 26]

F. Hernandez

Q. How many days a week did you work?
A. Seven days, every day.
Q. You worked seven days a week?
A. Of course.
Q. Did you always work seven days a week?
A. Yes.
Q. If we went back and looked at your manifest and your notes, it would show you working seven days a week for two and a half years?
A. Except when I started at the beginning, but otherwise, I always went there working almost every day.
Q. You said "almost".
A. Most of the time, yes.
Q. At the beginning, you were a substitute driver, correct?
A. Yeah.
Q. Did you work seven days a week as a substitute?
A. No. When I started, no.
Q. How many days a week did you work as a substitute driver?
THE INTERPRETER: Excuse me.

[Page 27]

F. Hernandez

Could I ask something, please? Could you tell him to stop --
MR. MEYER: He understands what I'm saying. He could answer it English.
MR. MOSS: Is there a question pending right now?
Q. How many days a week did you work as a substitute?
A. You repeated the same thing again.
Q. We never got an answer.
MR. MOSS: You can answer.
A. Four or five days.
Q. For how long did you work as a substitute driver for the company?
A. Seems to me like a month or less.
Q. From mid April 2010, that's when you said you started, until when?
A. Up until July.
Q. What point in July?
A. What is it that you want to know?
Q. What day in July did you stop working as a substitute driver?
A. I wasn't as a substitute up to that time.

[Page 28]

F. Hernandez

Q. You just said you worked as a substitute through July of 2010. I asked you what day in July did you stop working as a substitute.
A. I wasn't covering up to July. After May, I started my regular route (Spanish). I didn't say July (English).
Q. What time in May?
A. I don't remember that.
Q. Was it the beginning, middle, end?
A. I don't remember.
Q. At some point in May 2010, you were no longer a substitute.
Did you have a different title?
Were you called a full-time driver or just a driver?
A. Yes, I was a regular driver.
Q. How many days a week would you work starting in May 2010?
MR. MOSS: Asked and answered.
Objection, asked and answered.
MR. MEYER: Not in May 2010.
MR. MOSS: You can answer.
A. Seven days a week.
Q. We can go through every month from

[Page 29]

F. Hernandez

May 2010 until the end of your time with the company, but you're saying you worked about seven days a week from there until you stopped working, correct?
A. Of course, unless I was sick a day or something.
Q. How many days were you sick?
A. Not many times.
Q. Was there any reason why the company wouldn't make a delivery on certain days?
A. When there was a holiday, maybe once, but most of the time, they were working all the time.
Q. There was no set day of the week where the company would not make deliveries; is that correct?
A. Every day, we have to do it.
Q. Would you make deliveries on Thanksgiving Day?
A. I don't remember. It seems to me that we did, but some -- in Thanksgiving, it seems to me it was the next day we start to do the deliveries early. On Thanksgiving Day.
Q. What about Christmas?

[Page 30]

F. Hernandez

A. Also, on Christmas.
Q. So yes, you make deliveries on Christmas?
A. Yes.
Q. Christmas Eve?
A. I don't remember.
Q. What about New Year's Eve?
A. No.
Q. Were there any other holidays that you can recall that you would not make deliveries?
A. I think something like July 4th or the 5th. The 4th we had to do it early, to report early to do it.
Q. When you would leave the building, we'll call it the building for now, in Brooklyn to handle the New York and Upstate runs, or the Connecticut runs for that matter, what time would you leave the facility?
A. There was not a specific time because the food wasn't ready most of the times early.
Q. If the food wasn't ready early, what time would the food normally be ready?
A. After 7:00, 8:00, 9:00 p.m. Depends.
Q. If you were doing the New Jersey or

[Page 31]

F. Hernandez

Connecticut runs, we'll say all the runs excluding the two times you went to Baltimore and Philly and excluding the Long Island, Metro New York boroughs, the five boroughs, you would leave somewhere between 7:00 and 9:00 p.m., correct?
A. Yes.
Can you repeat about Connecticut?
Q. If you were driving to Upstate New York or Connecticut or New Jersey --
A. With Connecticut was temporary.
Q. Connecticut, you said, I think was two to three weeks or so?
A. Yeah.
Q. Would you leave for the Connecticut run the same time you would leave for the New Jersey/Upstate New York runs?
A. Yes (English).
Q. That was somewhere between 7:00 and 9:00, correct?
A. Yes (English).
Q. If you left at 7:00, what time would the food be ready?
A. I repeat to you that it depend of the

[Page 32]

F. Hernandez

packers and us taking it.
Q. How many bags would you have on average on that Upstate New York/New Jersey run?
A. Approximately, thirty to forty bags it seems to me.
Q. When they were in your car, would they be in your trunk or the backseat? Where would you put them?
A. In the front seat and the seat, on the rear seat, nothing in the trunk.
Q. Would you put the bags actually in your car?
A. Of course.
Q. How long would it take you to put thirty to forty bags in your car?
A. You had to be careful with the bags, and you take time to do it and check the manifest with the names of the clients.
Q. My question still is, how long would it take you to pack the car with thirty to forty bags?
A. Approximately, two to three hours.
Q. Say it took you three hours to put forty bags in.

[Page 33]

F. Hernandez

You're talking it would take you one hour to put twelve to thirteen bags in your car?
A. Sometimes they were missing boxes, and you had to wait. So how would you do it?
Q. What do you mean by "boxes"?
A. I didn't mention boxes (English).
THE INTERPRETER: Did I say boxes?
MR. MEYER: You said boxes.
THE INTERPRETER: I'm sorry. Bags, I meant. I'm sorry. That was my mistake.
Q. If a bag was missing, that would take additional time is what you're telling me, correct?
A. Of course.
Q. If you had a run or a route in Queens or Brooklyn, Manhattan or Long Island for that matter, would it still be about thirty to forty bags?
A. Most of the times when you go to the boroughs, it was more bags.
Q. Approximately, how many?

[Page 34]

F. Hernandez

A. Forty to seventy or eighty bags.
Q. How long would it take you to pack your car with eighty bags?
A. Took me a long time.
Q. How many hours?
How many minutes?
How many hours?
A. About four hours.
Q. If you had a --
A. Four and a half hours.
Q. If you had a New York City run with eighty bags in your car, what time would the food be ready?
A. The same. The same. There was no time.
Most of the time, they finish it -- most of the time, they had that problem with the food, that it wasn't on time.
Q. It was late?
A. Yes.
Q. It could be 9:00, sometimes later?
A. After I went, you know, I was assigned to Manhattan or the boroughs. Most of the time, it wasn't ready (English).
Q. If you don't get the food until 9:00,

[Page 35]

F. Hernandez

which is pretty common, correct?
A. Yes.
Q. You're saying the food wasn't cooked until 9:00 or wasn't packed in the bags until 9:00?
A. I said it was not packed most of the times.
Q. When we're talking that 7:00 to 9:00 window, that's the window I'm using for when you're saying the food was ready generally.
You're saying that the food was prepared then, but it wasn't packed until somewhere between 7:00 and 9:00; is that correct?
A. Yes. Sometimes the kitchen was not -- most of the times, it wasn't -- and the food wasn't ready.
Q. Physically not ready?
It was still being cooked, correct?
A. Yes.
And after that, you had to pack it, to finish packing.
Q. When you say "packing," you mean pack it in containers that would then go into the bags or --

[Page 36]

F. Hernandez

A. Yes. They had to put it in bags, yes.
Q. Say the food's not cooked, finished, done being cooked, until 7:00.
Is that possible?
A. Of course, yes.
Q. Once it's done, we'll say 7:00. The food's done being prepared in the kitchen, physically being cooked.
It then has to be put in some sort of container, right, to be shipped?
A. Yes (English).
Q. That takes some time, correct?
A. Yeah (English).
Q. Who would do that?
A. The employees of Fresh Diet.
Q. The employees of the kitchen?
A. Yeah (English).
Q. It would then be in those containers, which then would be put into the bags that you deliver; is that correct?
A. Yes.
Q. If the food is not physically ready, the food's sitting on a plate right here, it's not ready until 7:00 p.m., and then it has to be

[Page 37]

F. Hernandez

put into a container by somebody in the kitchen, into a tray?
A. Can you repeat the question?
Q. If the food is being prepared in the kitchen, being cooked, right, and it's not ready, literally being taken out of a pot or out of the oven at 7:00 p.m., which you said was possible, correct?
A. Most of the time, they're always, not every day.
Q. But sometimes, correct? That's what you said.
A. Yeah.
Q. If it's coming out of the oven at 7:00, it has to be put into some sort of a container, right, into a tray with a lid or a plate with a cover on it?
It has to be put into something, correct?
A. Yes.
Q. And that takes time?
A. Yes.
Q. Those are done by employees in the kitchen, correct?

[Page 38]

F. Hernandez

A. Yes.

Q. Once the food is cooked and then put into a container, onto a plate or a tray, those are then moved to a bag, correct?

A. Yes.

Q. If you know, once the food is physically cooked, from the second it comes out of the oven until the time it's in the bag ready to be put into your car, how much time is that?

MR. MOSS: I'm going to object to that because it calls for speculation.

MR. MEYER: He knows the process. He knows.

THE WITNESS: Can I respond (English)?

MR. MOSS: If you know.

Q. How much time does it take, you know how the operation works, from the minute the food comes out of the oven, or out of whatever machine it's coming out of, until the time that it's packaged and then placed into the bags? How much time is that?

MR. MOSS: Same objection.

[Page 39]

F. Hernandez

You can answer.

A. I don't know that. I don't know the time. It depends on them.

Sometimes there is not even enough bags to bag the food. Sometimes there was not even enough bags.

Q. When the food comes out of the kitchen, it's placed into bags.

At what time of the day or night are all those bags ready to go to be moved into your car, not packed yet, moved into your car, loaded into your car?

What time are the bags all ready to go?

A. Sometimes even 7:00, 8:00 at night. 6:00 to 7:00 at night. It depends.

Q. We were talking about 7:00 to 9:00.

You're saying all the bags are physically ready to be loaded into your car somewhere between 7:00 and 9:00?

A. More or less.

Q. If you have eighty bags to be loaded in your car if you're running a New York City route with eighty deliveries or eighty bags and the food's ready at 9:00, the bags are ready,

[Page 40]

F. Hernandez

it could take you up to four and a half hours to pack your car.

That's what you said, correct?

A. It all depends on when they have finished. Also, you had to be careful.

Q. I understand. You don't want to stack the bags.

A. Because there was always a problem. They was always threatening you that they will fire us and things like that. They also charge us.

Q. If you have eighty bags in your car, you could have a pickup truck or a suburban, and fitting eighty bags is still going to be a tight squeeze, correct? It's a lot of bags.

A. It depend on the type of vehicle that you have. Sometime when I have eighty bags, I had to rent a vehicle.

Q. If you have eighty bags, how long does it take you to deliver those eighty bags, on average?

A. It would take me approximately five to six hours, five and a half to six hours.

Q. Was there a time that you were told or

[Page 41]

F. Hernandez

was there a time that was basically company policy that all deliveries had to be made by?

A. 5:00 a.m. Sometime the manager allow us to finish a little bit later, depend of the circumstances.

MR. MOSS: Can we take a quick restroom break?

MR. MEYER: Sure.

(Whereupon, a recess was taken at this time.)

Q. I just want to go back and touch on the Philadelphia and Baltimore runs you said you did a couple times, about two times.

How many bags would you have on those runs?

A. Approximately, more than -- there were many bags. More than eighty approximately. Maybe one hundred.

Q. Eighty to one hundred is a good estimate?

A. Probably more than one hundred (English).

Q. Would you deliver those to homes and residences in Baltimore and Philadelphia, or

[Page 42]

F. Hernandez

would you just drop them off at a central location and they would be taken from there?

A. At the place they assign me where there were drivers waiting.

**Q.** You just, in effect, transferred the bags from the Brooklyn facility to a meeting point in Baltimore/Philly, and that was your job?

A. Yeah (English).

**Q.** You said you go to Baltimore first then Philly or Philly then Baltimore?

A. First Philadelphia.

**Q.** Baltimore would be the last stop.

Once you made your drop-off in Baltimore, you would drive back to New York?

A. Yes, to take the bags again, empty them and hang them.

**Q.** The used bags?

A. They need it for the next day (English).

**Q.** These would be the bags you would pick up at the drop-off point --

A. The bags, yeah (English).

**Q.** -- from the drivers that day?

A. Yeah (English).

[Page 43]

F. Hernandez

MR. MOSS: I want you to wait until he's done asking his question before you answer. The stenographer can't get two voices at once.

THE WITNESS: Okay (English).

**Q.** If you were delivering eighty bags, say a New York City run, how many bags would you pickup on that route?

A. Fifty or so. Depend on the clients.

**Q.** What do you mean?

By "depend on the clients," what does that mean?

A. The clients from Fresh Diet leave the bags outside.

**Q.** If they didn't leave them outside, obviously, you couldn't return them, correct?

A. Exactly, or they leave it with the -- depends on who was at the building or the doorman.

**Q.** Sometimes the client just would fail to leave the bags for the delivery guy, so you wouldn't have any bags to take back, correct?

A. Yes (English).

**Q.** When you would deliver and drop those

[Page 44]

F. Hernandez

bags back off in Brooklyn, would you do that after every run, after every day?

A. Every day (English).

**Q.** To your knowledge, would all the other drivers do the same?

MR. MOSS: Objection to the extent it calls for conjecture, but you can answer.

THE INTERPRETER: Excuse me. Do you want me to translate, or they going to continue without the translator because they not allowing me to translate? Do they want to continue in English, and if they need me, I can address or what?

MR. MEYER: I don't think it's necessary.

THE INTERPRETER: Excuse me?

MR. MEYER: I don't think it's necessary for a translator.

MR. MOSS: Is there a question pending?

**Q.** The question is, to your knowledge --

MR. MOSS: Answer the question,

[Page 45]

F. Hernandez

and then if we can go off the record, we'll discuss whether or not we want to continue with a translator.

**Q.** To your knowledge, based upon speaking with other drivers, do you know if those drivers at the end of those routes would also drop their bags off at the Brooklyn facility?

THE INTERPRETER: Can you repeat the question, please?

(Whereupon, the record was read by the reporter.)

A. Yes.

**Q.** They would do this every day?

A. Yes.

**Q.** Were you ever notified by anyone who you would call Manager or Supervisor that employees or drivers, whatever you want to call them, were not returning the bags at the end of the day and that this is something that must be done?

MR. MOSS: I'm going to object to the form.

You can answer.

A. I was not a boss.

[Page 46]

F. Hernandez

Q. That's not my question.

My question was, do you recall receiving a notice from the companies that the drivers were not dropping their bags off at the end of the day and that that must be done on a daily basis?

MR. MOSS: Same objection.

You can answer.

A. The manager didn't request to return all of the bags to all of the drivers.

Q. The managers did or did not?

A. Yes, he request, and he required. Yes, he did require. Otherwise, we would be in problem. We would be in trouble.

Q. My question remains the same.

Do you remember receiving a notice from someone at the companies advising you that all drivers were required to drop-off the bags at the end of the day because the drivers were not doing that?

A. Yes.

Q. When was that?

A. I don't remember.

Q. Mr. Hernandez, I'm going to show you

[Page 47]

F. Hernandez

what's marked, this was from your attorney's production, as -- it's Bates stamped as FD000101 (handing).

MR. MEYER: I don't have copies, I apologize.

Q. If you could, take a look at that. Once you reviewed it, let me know.

Does that look familiar to you?

A. Of course (English).

Q. What is it?

Please, explain what it is.

A. That's my route, the stops that I made, and my deductible. I made notes on the bottom that I was missing, that I was lacking.

Q. For what week is this?

What period of time are we talking about?

A. 3/9 to 3/15/2012.

Q. That's a full week, correct?

A. Yes.

Q. The days of the week are written down the right-hand side of that page?

A. Can you repeat the question?

Q. There's a right-hand column there with

[Page 48]

F. Hernandez

words.

Is that your handwriting down this column right here (indicating)?

A. Yes.

Q. That your handwriting?

A. Yes (English).

Q. That's in English, correct?

A. Of course, yes.

Q. Can you read off those days?

A. Friday, Sunday, Monday, Tuesday, Wednesday, and Thursday.

Q. Is that six or seven days?

A. Six days, but I want to explain to you why seven days.

Q. Feel free.

A. The delivery on Friday, it was a double delivery for the clients for Fresh Diet for the next day, and they needed you to return the empty bags. We started on Friday, and we were held on Saturday in the morning to return to bags and hang them and to take out the ice packs at the company, and that take time.

Q. Did you make any deliveries, based upon that sheet, on Saturday evening?

[Page 49]

F. Hernandez

A. No, Friday night, but I always ended like Saturday morning.

Q. I asked about Saturday night.

Did you make any deliveries on Saturday night?

A. No Saturday night.

Q. Did you ever make any deliveries on Saturday nights?

A. No.

Q. So you only worked six days a week?

MR. MOSS: Objection to the form.

You can answer.

A. You consider that six days a week (English)?

Q. Yes.

A. That's not six days a week (English).

Q. I don't see Saturday on there.

A. You don't see Saturday because the payroll is on -- you have to put the payroll on Thursday, make the payroll. But from my understanding, you know, if I'm working on Friday, right, and I have to make double delivery for the clients on the next day, that

[Page 50]

F. Hernandez

means that I return back to work, so I'm saying to the facility, to return the bags and hang the bags and fill out the paper and do paperwork that they need. And that's considered another day, right (English)?

**Q.** How many shifts would you work in a given week?

A. More than seventy hours.

**Q.** Would you make deliveries Monday night into Tuesday morning?

A. Yes.

**Q.** Would you make deliveries on Tuesday night into Wednesday morning?

A. Yes.

**Q.** Would you make deliveries on Wednesday night into Thursday morning?

A. Yes.

**Q.** Would you make deliveries on Thursday night into Friday morning?

A. Yes.

**Q.** That's four days, I think, as of right now, correct?

That's four shifts?

A. But you missed Sunday (English).

[Page 51]

F. Hernandez

**Q.** I didn't ask you a question yet.

Did you make deliveries on Friday nights into Saturday mornings?

A. Yes.

**Q.** Did you make deliveries on Saturday nights into Sunday mornings?

A. No, no Saturdays.

**Q.** No Saturdays.

So there was a shift you didn't work?

MR. MOSS: Objection to the form.

You can answer.

A. You consider that that's not working?

**Q.** I'm not getting into a semantics game with you. I'm asking you if you worked six or seven shifts a week.

MR. MOSS: Let's not badger the witness. Okay?

MR. MEYER: I'm asking for an honest answer and not a semantics game.

A. I'm being honest with you (English).

MR. MOSS: Don't engage either. Okay?

THE WITNESS: I'm sorry.

[Page 52]

F. Hernandez

**Q.** If you give me an honest answer, we'll move on past this.

A. For me, seven days.

**Q.** Let's back up again.

You said this is your record, correct?

A. Yes.

**Q.** When did you put this together?

A. Every time. Most of the times I had to do a route.

**Q.** You would keep this contemporaneously or at the same time as you were making your deliveries?

A. Most of the time, yes, but sometimes no.

**Q.** When you say "sometimes no," would you do it after, a couple weeks after?

A. All depends how I was feeling, and I trusted the company.

**Q.** This is from a notebook, correct?

A. Yes.

**Q.** It has a spiral binding on it?

A. No. I don't understand.

**Q.** I'll show you another one.

It's marked 104, same thing, FD000104.

MR. MOSS: This is Exhibit 2?

[Page 53]

F. Hernandez

MR. MEYER: We'll call it 2. I'm just showing him for reference purposes. I'm not admitting them, putting them in evidence.

MR. MOSS: Then it's not Exhibit 2.

**Q.** Do you see the bottom right-hand side where there's a spiral there?

Are these pages part of a notebook, or are they individual loose pieces of paper?

A. Yes, for a notebook.

MR. MEYER: I call for the production of the original notebook.

MR. MOSS: Please put your requests in writing pursuant to the Federal rules, and we will deal with it accordingly.

**Q.** Did you put any of this together, meaning this notebook and these notes that you kept, after your employment with the companies ended?

A. What do you mean, I ended?

**Q.** After when you said your last day was, around July of 2012.

[Page 54]

F. Hernandez

A. No.

Q. You didn't make any of these notes after July of 2012?

A. No.

Q. Let me show you this again. I'll show the first one, 103. This is the first document I showed you (handing).

Can you just explain to me what information is on there?

What does each input mean?

Let's start with this line right here (indicating).

A. These are the hours.

Q. The first column is the hours?

A. Yes, that I worked.

Q. Then there's an annotation. I think it says "New York 5" or "New York --

A. No, New York S (English).

Q. New York S.

What is that?

A. That's the code that the company have for the route.

Q. That's the route name, the code for the route name?

[Page 55]

F. Hernandez

A. Yes.

Q. Then there's a number after that.

What is that number?

A. That was the stop.

Q. The number of deliveries you had to make?

A. On that day, on Friday, the route was lower.

Q. That's why it says forty and then stops.

There's sixty-seven stops? That's what that means?

A. We also had to sometime look for the key for the clients. That was not included in the stop. You have to go to get the key first. Otherwise, they would fire us (Spanish). It was always threats (English).

Q. Then the last column is the day of week, which you read off already.

Is this when the route would start or when it would end?

A. It ended Friday night but, they started early Saturday morning.

Q. When you say "Friday" on this, it means you started on Friday and went into Saturday

[Page 56]

F. Hernandez

morning?

A. We started Sunday.

Q. We'll go to the next one where it says Sunday NY S, which is New York S, that's the route, sixty-seven stops; is that correct?

And then it says Sunday.

That means starting Sunday evening into Monday morning you made sixty-seven stops?

A. Yes.

Q. You started on the Sunday?

That day started on a Sunday and rolled over to a Monday?

A. Yes, but we didn't start on Friday. We didn't start on Friday.

Q. Up here, you had started on Friday.

This one was a Friday (indicating).

A. This is because there was not enough space. I put it up there.

Q. I'm not saying it went in that order.

These are all the days you worked between March 9th and March 16th or 15th?

A. Yes.

Q. Whatever date is in this last column, that means you started on that Friday between

[Page 57]

F. Hernandez

7:00 and 9:00 p.m., or that's when your bags were ready was on a Friday night, and then you would go until Saturday morning (indicating)?

MR. MOSS: Objection to the form, but you can answer.

A. Most of the time on a Friday because it was less deliveries, the food was most of the time ready.

Q. That's just when the day would start would be on Friday?

A. No. We started on Sunday.

Q. I'm not talking about the week. I'm talking about any one of these (indicating). Isolate one of these.

See, this one just says Tuesday (indicating). Okay?

Would you start your day, on that specific line, at Tuesday between 7:00 and 9:00 p.m. loading the bags into your car?

MR. MOSS: Objection.

Q. I'm not saying start time.

I'm just saying loading the cars on a Tuesday afternoon/evening, you would then finish on a Wednesday?

[Page 58]

F. Hernandez

A. I don't understand.
Q. What does the Tuesday mean there?
A. Tuesday.
Q. Is that when you would start work that day?
Would you start on a Tuesday?
A. It did not start on Tuesday.
Q. You didn't work on a Tuesday?
A. I work on Tuesday (English).
Q. What time did you start work on Tuesday?
A. I don't want to --
MR. MEYER: I don't want to get into a semantics game. He knows exactly what I'm saying.
MR. MOSS: Okay. Is there a question pending?
Q. The question is, isolate any one of these. It says Tuesday right here (indicating). Okay?
I'm not saying that's the day of the week you started working, but on this day, you ran the New York S route and made ninety-five stops.
Did you start those ninety-five stops on

[Page 59]

F. Hernandez

Tuesday?
A. Yes.
Q. Thank you. That's all I wanted.
A. But I didn't start on a Tuesday.
MR. MOSS: Let's take a break. I'm going to speak with my client outside.
MR. MEYER: Please.
(Whereupon, a recess was taken at this time.)
Q. Let's change courses a little bit here.
I'm going to show you a couple of documents, and again, it's just to confirm your signature or your knowledge of certain documents.
I'm going to show you what's titled a verification which purportedly has your signature on it (handing).
Is that your signature (indicating)?
A. Yes.
Q. Do you recall signing this document?
A. I don't remember.
MR. MOSS: Is this an exhibit, Jeff?

[Page 60]

F. Hernandez

MR. MEYER: We can call it Exhibit 1.
Can we go off for a second?
(Whereupon, a discussion was held off the record.)
Q. Here's what we'll call Exhibit 4, which is Plaintiff's interrogatory responses, and Exhibit 5, which is Plaintiff's document responses without the documents (handing).
MR. MEYER: We can go off.
(Whereupon, a discussion was held off the record.)
Q. That is your signature, Mr. Hernandez?
A. Yes (English).
Q. Do you understand what that verification says?
A. Yes.
MR. MEYER: I'll make copies, and I'll e-mail them. Everybody has these already, but I'll e-mail them back around.
Q. I'm going to show you another now, Mr. Hernandez, another affidavit, titled "Affidavit of Plaintiff Fernando Hernandez in

[Page 61]

F. Hernandez

Support of Motion for Injunctive Relief Retaliation".
If you could, just review that, and confirm that's your signature on the last page (handing).
A. Yes.
Q. Here's another affidavit titled "Affidavit of Plaintiff Fernando Hernandez in Support of Preliminary or Conditional Collective Action Certification."
If you could, look at the document, and just confirm that it's your signature on the last page as well (handing).
A. Yes.
Q. With regard to both of the affidavits you have in front of you, do you recall reading these and signing these?
A. Yes (English).
Q. Finally, another affidavit entitled "Affidavit of Fernando Hernandez in Support of Plaintiff's Motion For Preliminary Class Action Certification."
Can you just take a look at that, and confirm that that's your signature as well

[Page 62]

F. Hernandez
(handing)?
A. (Witness nods head.)
Q. Is that a yes?
A. Yes (English).
Q. Thank you.
A. You're welcome (English).
Q. As part of your document production in this case through your attorneys, documents that you've produced that have been sent to us as defense counsel, there were a number of gas receipts or receipts for repairs to automobiles.
Do you recall submitting those documents to your attorneys for production?
A. Yes.
Q. Did you ever submit those receipts to anyone at The Fresh Diet or Late Night Express?
A. Not that I remember. Not that I recall.
Q. I guess this is just a sampling, but there were also, what I'll call right now, manifests that your attorneys produced. This starts with the Bates stamp of FD001609 and runs through 1700.
If you could, take a look at those for a

[Page 63]

F. Hernandez
moment, and let me know if those look familiar to you (handing).
A. Yes.
MR. MOSS: I just want the record to reflect that this is approximately one hundred documents, and my client can't --
MR. MEYER: We'll refer specifically to the first page for now.
MR. MOSS: He can't reasonably look at all these right now.
MR. MEYER: Understood.
Q. You can keep those in front of you for now.
You said, Mr. Hernandez, that those documents look familiar to you, at least the first one?
A. Yes.
Q. Just so we're clear, I think close to 1,200, I believe, documents similar to this were produced by your counsel to us. I'm not asking you to review every one of them.
MR. MOSS: I don't know the number of documents produced either,

[Page 64]

F. Hernandez
so --
MR. MEYER: Just roughly.
Q. Do you have, Mr. Hernandez, this document or any similar manifests in your possession?
A. Most of the copies, my lawyers have them. I have some at home from other days.
Q. You said the other case?
THE INTERPRETER: Other days.
Q. Have you produced all the manifests to your attorneys for production to us?
A. Yes, most of them. All of them.
MR. MEYER: Please confirm that we do have all of the manifests.
MR. MOSS: I will.
Q. Mr. Hernandez, the manifests you still have in your possession, how did you obtain those?
A. I had them because if they expire -- when they ask for them, to take them to my lawyers. Maybe it's a couple of them.
Q. Again, your attorneys and I will figure out what ones have and haven't been produced.
In terms of how they ended up in your

[Page 65]

F. Hernandez
apartment in your possession, how did you come to keep those, these documents?
A. They were my personal copies.
Q. Does the company still have a copy of those?
A. I don't know. Most of the time, they had it, but they throw it away.
Q. How do you know the company threw them away?
A. Because most of the time, they did.
Q. Who told you that?
A. I saw it.
Q. When?
A. I don't remember.
Q. Before or after you left the facility to make your deliveries?
A. Can you repeat the question?
Q. Did you see the company or anybody from the company throw them away, the manifests, prior to you leaving to make your deliveries or once you returned at the end of it?
A. After I got there or the next day when I saw my manager.
Q. There were two copies of every one of

[Page 66]

F. Hernandez

these manifests?

You kept one, and the company had one?

MR. MOSS: Objection to the form.

You can answer.

A. I made the copies right there for my own, and the assistant that he had provide me one copy or another driver that help him a lot.

Q. Let's back up.

MR. MEYER: Can you repeat that answer?

(Whereupon, the record was read by the reporter.)

Q. Another driver would give you these copies, or you made the copies yourself?

A. Sometimes I did it. Sometimes the assistant also did it for me or (Spanish) -- he have another driver that help them a lot (English).

Q. Why would you make copies?

A. For my own protection (English).

Q. Protection for what?

A. Because I see that it was not fair, what he was doing to us (English).

[Page 67]

F. Hernandez

Q. When did you start making copies of these manifests?

A. Whenever I could, but he asked me afterward, but I always made my copies anyway when I could, whenever I could, because I know that they didn't give the important that they supposed to because something or another thing with the stop, and I also -- they took away money from me, that's why.

Q. Does it show money on there anywhere?

Is there any indication as to money on these manifests?

A. No.

Q. The sum and substance of the manifests are basically the client names, addresses, and where to make the deliveries; is that correct?

MR. MOSS: Objection to the form.

You can answer.

A. Can you repeat the question?

Q. The substance of these manifests sitting in front of you, the content, the info, is the client names, their addresses, and where the deliveries are supposed to be made; is that

[Page 68]

F. Hernandez

correct?

A. Yes.

MR. MOSS: Same objection.

You can answer.

A. There's some instructions that they didn't write down.

Q. But there are some instructions on there obviously?

A. Yes.

Q. Why would you keep lists of client names, addresses, and delivery instructions for your own protection?

A. Because I did not consider the manager of the company was being fair with us, and I had to protect my interest, my own interest, because he was taking away money.

Q. What interest do you have in maintaining names and addresses of the company's clients?

MR. MOSS: Objection to the form.

A. I have no interest in the clients. It was my own protection as an employee.

Q. What were you going to use these for?

A. As proof of what's going on right now.

[Page 69]

F. Hernandez

Q. If there's nothing else on there substantively other than client names, addresses, and delivery instructions, how would that help you?

MR. MOSS: Objection.

Don't answer that because it calls for legal advice.

Q. Why'd you keep them?

MR. MOSS: You asked, and he asked.

MR. MEYER: He said for protection. I said for protection from what, and he said to use them in the future.

Q. I want to know why you kept them.

MR. MOSS: He said he wasn't being treated fairly. That was his answer.

MR. MEYER: To keep client names and addresses?

MR. MOSS: The record reflects the answers.

Q. Is there any other reason why you kept these documents in your personal possession?

[Page 70]

F. Hernandez
A. None. None. For my own.
Q. The record may have stated it, but I don't think it did.
When did you start keeping these manifests?
A. I don't remember. When I recently started, for months, I didn't keep them. I also didn't write it down in my notebook because I trusted the company.
Q. When did you start keeping that handwritten notebook with your daily deliveries?
A. I don't remember. When I notice that money was being missing.
They started with one payment, and one month or two after they started, they changed it, and I consider them was supposed to pay me the same salary as all the employees that were in the same route that I was (Spanish). They didn't treat me fair (English).
Q. Let me show you what we'll mark as, I think, Exhibit 9.
MR. MOSS: I think it's 12 because of the --

[Page 71]

F. Hernandez
MR. MEYER: This was 9 (indicating).
I believe this is Bates stamped as FD000493.
Q. I'm going to show you, Mr. Hernandez, what purports to be a 2010 1099 form (handing).
Does that look familiar to you?
A. Supposedly. I lost my copy.
Q. I think there was a copy that was produced from your counsel as well. I think you did provide it. I think it was 2010.
Either way, does that document look familiar to you?
A. Yeah.
Q. Is that your name and address on that document?
A. Yes.
Q. Do you see in this box, which is titled "Non-Employee Compensation" (indicating)?
To the best of your knowledge, was that your earnings from Late Night Express in 2010?
A. Those were my earnings, yes.
When I started to work, he used to pay me my check in another account's name.

[Page 72]

F. Hernandez
Q. What other name?
A. For example, on the employee that I recommended for the job.
Q. You're saying under oath right now that all your earnings are not reflected on that form?
A. Yes (English).
Q. You're saying all your 2010 earnings from Late Night Express are not reflected on that document?
A. No, because when I started with some type of money, they were paying me $4 per bag for Brooklyn. When the next month, he start to reduce it to $3 per delivery, and he said it to me in my face.
Q. We have two different things here.
You're saying there's a dispute about your per bag rate, correct?
A. (Witness nods head.)
Q. Regardless of whether you challenged what the number was, but what you actually took home per check every week, when you added those up, would it be that number?
A. I never counted the checks at the end of

[Page 73]

F. Hernandez
the year.
Was it supposed to? This is what they would pay me. This is what they would pay me.
Q. When you got this form, on your 2010 tax returns, did you report all of that income?
MR. MOSS: Objection.
Don't answer that.
MR. MEYER: What's the objection?
MR. MOSS: This is a civil case.
I want him not to answer that.
Can we go off the record?
MR. MEYER: Let me finish the question first, and then you let him plead the Fifth.
Q. Did you report that income as non-employee compensation on your 2010 tax return, or did you put it in the box for wages on your 2010 tax return?
MR. MOSS: Objection.
I'm telling you not to answer that question.
MR. MEYER: On what basis?
MR. MOSS: Can we go off the

[Page 74]

F. Hernandez

record?

MR. MEYER: Let's go outside.

(Whereupon, a discussion was held off the record.)

**Q.** Mr. Hernandez, I'm now going to show you what we'll call Exhibit 11 (handing). It's two copies of it, but it's a 2011 1099 form from Late Night Express to you.

Is that your name and address on the document?

A. Yes (English).

**Q.** Did you receive this document from Late Night Express?

A. Yes.

MR. MEYER: I'm going to ask the question, you're going to object, and we'll go from there.

**Q.** On your 2011 tax return, the number that's indicated in box number seven entitled "Non-Employee Compensation," did you report that as wages, or did you report that as non-employee compensation?

MR. MOSS: Same objection.

Don't answer it.

[Page 75]

F. Hernandez

MR. MEYER: That's fine.

**Q.** Now I'm going to show you a 2012 1099 form from Late Night Express to you, Mr. Hernandez.

Just confirm that that's your address again (indicating).

A. Yes.

**Q.** With regard to the figure in box number seven, do you recall in which box on your 2012 tax return that you included this in, being either wages or non-employee compensation? Do you remember?

MR. MOSS: Objection. Same objection.

Don't answer that. Don't answer anything.

MR. MEYER: Let's go off the record for a minute.

(Whereupon, a discussion was held off the record.)

(Whereupon, a recess was taken at this time.)

MR. MEYER: I'm just going to clarify, not the content of our

[Page 76]

F. Hernandez

discussion but what we're going to do procedurally going forward in terms of the tax returns.

Plaintiff's counsel and I had an off-the-record discussion. As defense counsel, we're going to reserve the right to continue Mr. Hernandez's deposition on this issue of the tax returns if necessary after further discussion with Plaintiff's counsel. We reserve to right to continue this.

MR. MOSS: I'm going to reserve my right to object to it.

MR. MEYER: I just want that noted on the record, and we'll move forward.

MR. MOSS: Ditto.

**Q.** Mr. Hernandez, you talked about multiple threats or comments from managers that you or other employees had received throughout the course of your employment with the company. You mentioned threats a couple times in terms of returning bags.

What were some of the specific threats

[Page 77]

F. Hernandez

that were made to you in terms of your job?

A. They always try to intimidate us every day, either do your job or we going to fire you, and many times, I was affected. I was mostly affected on that situation because some reason they were not happy, the manager.

**Q.** When did you start receiving these threats? I don't want to say threats. The intimidation.

A. Intimidations are also threats to fire me.

**Q.** Was that soon after you started working for the company?

A. He used those terms with everyone, with everybody. I saw that since the beginning. Then he started with me the same way.

**Q.** How long ago?

A. Almost all the time I was there.

**Q.** The "he" that you're referring to is who?

A. I am referring to Syed Hussain.

**Q.** You said there was intimidation and threat of losing your job, or do your job or you'll be fired.

[Page 78]

F. Hernandez

Were there any other types of threats or intimidation directed to you or other employees?

What else did Syed say to you that you thought was intimidating or threatening?

A. If we did not finish on time. If we didn't bring the bags back. If we didn't go to work. I had to go to -- they make me work even sick. Otherwise, they would fire me. We did not have the company to pack the bags. For everything, they try to do to fire you.

**Q.** How many times did you report to work sick but continue to work?

A. A few times.

**Q.** How long ago?

When was the first time?

A. I don't remember.

**Q.** 2010?

A. 2010, 2011, 2012.

**Q.** Let me ask you this.

Was Syed working for the company when you started?

A. Yes.

**Q.** You started after him?

[Page 79]

F. Hernandez

A. Yes.

**Q.** Were there any specific statements that Syed made to you that you thought were intimidating or threatening?

A. He always threaten me.

And I ask him why they reduce my salary, and he was taking money for my check for any reason or any mistake, and every time, I complain about my rights as a citizen, as a human being, as an employee too.

**Q.** When was the first time you complained to Syed about your reduction in salary?

A. Since the situation occurred, I talk to him.

**Q.** When was that? Was it 2010?

A. Since 2010.

**Q.** You had spoken briefly about you thought there was an issue about the rate per bag you were supposed to receive, $4 versus $3.

MR. MOSS: Objection to the form.

You can answer.

**Q.** When did that issue first come up?

A. Since 2010, that was my problem with

[Page 80]

F. Hernandez

him. He didn't let me talk. He didn't let us talk with the bigger bosses. Otherwise, we would have problems.

**Q.** Would it be fair to say that you and Syed do not get along?

MR. MOSS: Objection to the form.

A. I did get along with him. I had nothing personal with him (Spanish).

It wasn't fair what he was doing with me and other employees too (English), but mostly, for me. He told me my face that he pay $4. Then he was not paying to me $4, he was not. $3 (Spanish).

**Q.** $3 or $4 per bag, that's what you're referring to?

A. $3.

**Q.** Per bag, that's what you're referring to?

A. Yeah (English).

**Q.** Would it be fair to say you and Syed had multiple conversations about the rate you should have been paid?

A. Yes.

[Page 81]

F. Hernandez

He got upset, and he didn't speak to me (Spanish). Reducing my routes the next day, or here, another driver, take -- take half of this route (English).

**Q.** This goes back to when you raised the issue about the value of the bags, $4 versus $3?

MR. MOSS: Objection to the form.

You can answer.

I apologize for cutting you off.

A. When I first started, per bag and per mile. The driver will drive the miles.

**Q.** As far back as 2010 really, when you started, you and Syed have had an ongoing, we'll call it a dispute, about the proper rate you should be paid per bag?

MR. MOSS: Objection to the form.

You can answer.

A. I never had any verbal or physical dispute with him.

**Q.** A disagreement.

A. Yes, because he get upset (Spanish).

[Page 82]

F. Hernandez

He was avoiding to talk to me (English).

Q. You said as far back as 2010 he changed your schedule as well or gave somebody else one of your routes?

A. Yeah (English).

Q. That's happened --

A. That's happened a lot (English).

Q. Since 2010, it's happened multiple times?

A. Yes.

He didn't do it only with me, but he did it with other drivers too, but he was picking apart me. I don't know why (English).

Q. Again, this is from the start of your employment that you guys have had this back and forth about changing routes because of the dispute of the bag rate and whether or not you're fairly compensated?

MR. MOSS: Objection to the form.

You can answer.

A. There's a dispute that all of the drivers had with him because of the miles and expenses.

[Page 83]

F. Hernandez

Q. If there was one route that you had that you would call yours that was your general route, what was that?

A. Whichever he wanted.

For example, Route R, when you grow, the route grow. He gave that to me until he wasn't upset anymore.

Q. When you had the R Route, New York R?

A. New York R Route was more than six months. I don't know (English).

Q. There was no route you had that was consistently the same route?

You never had one that was consistent throughout your employment?

A. It varies many times. Also, not only that route. He also send me all the routes.

Q. I'm going to go back for a second to when you said you would come in at 4:00 or so and you would do the packing of the bags.

What percentage of your bags that you were taking out for delivery that day would you pack on your own?

MR. MOSS: Objection to the form and to the extent it calls for

[Page 84]

F. Hernandez

speculation.

A. I don't remember. I did to help the company because they forced us to do it.

Q. Was there ever a time when you would show up to work and all your bags would already be packed and you would just load them into your car?

A. Yes.

Q. How often?

A. Don't remember.

Q. Two times a week?

A. Two or three times.

Q. Those two or three times a week --

MR. MOSS: Objection.

He didn't say a week.

MR. MEYER: I asked him how many times a week, and he said two or three.

A. Two or three days.

You said week (English)?

Q. In any given week.

You're saying two or three times in the course of your employment that your bags were packed?

A. A week. A week. I'm saying days in the

[Page 85]

F. Hernandez

week (English).

Q. Up to half the days you would work in the week, two to three days, your bags would be packed already waiting for you, sitting there?

A. Yes, but most of the time, it was something with the manifest, you know, not accurate.

The company has some issues with the -- he had issues with the program, or there was something always -- or a meeting to attend (English).

Q. If these bags were packed and they'd be packed somewhere between 7:00 and 9:00, right, you wouldn't do anything?

MR. MOSS: Objection.

That was asked and answered.

Q. If you didn't pack any of these bags on these two or three days a week when you didn't have to pack anything, what time would those bags be ready?

A. I had to stay there. I couldn't leave.

Q. That's not my question.

The question is, on the days, the two or three days a week, when you did not pack any of

[Page 86]

F. Hernandez

the bags, what time would those bags be ready for you?

A. After 5:30 or 6:00 in the afternoon.

**Q.** From 4:00 to 5:30 or 6:00, what would you do?

MR. MOSS: Objection.

That was asked and answered already.

MR. MEYER: Not between 4:00 and 5:30 or 6:00.

MR. MOSS: He can answer it again.

MR. MEYER: When you did not have to pack the bags, that's more specific.

**Q.** When you did not have to pack the bags and the bags were ready for you, did you still get to work at 4:00?

A. Of course. That's when we went in the old kitchen.

**Q.** What do you mean by the "old kitchen"?

A. It was on Siegel Downtown, and they transferred themselves to Baltic Street to a bigger kitchen (English).

[Page 87]

F. Hernandez

**Q.** Let's go back to Siegel, the old location.

Bags are packed for you. You don't have to do any packing two to three days a week. You're still coming in at 4:00. You're saying the bags would be ready between 5:30 and 6:00.

What would you do between 4:00 and 5:30 or 6:00 at the old kitchen?

A. I had to take out my manifest, check out the food in order.

So then they send us over to the office. They send us to look for a key for some of the clients in Manhattan.

**Q.** A key for what?

A. To get into the building or the house.

**Q.** Where you were making a delivery?

A. In Manhattan. Wherever they send me. Wherever the route was.

**Q.** The key would be to the location for wherever you're making the delivery, wherever it may be?

A. Yes, so we wouldn't bother the clients.

**Q.** If the bags were ready for you at 5:30 or 6:00, what time would you get on the road

[Page 88]

F. Hernandez

after you loaded up your car to start making deliveries?

A. When everything was in order, the manifest. Most of the time, it was not in order, so you had to wait for a bag. They don't have a specific time. Before 12:00.

**Q.** Some point before midnight you'd be on the road?

A. Yeah (English).

**Q.** For eight hours, approximately eight hours potentially, you would review the manifests, fix any bags that had issues, and load your car; is that correct?

A. I didn't get that (English).

**Q.** You said you'd hopefully be on the road before midnight, correct?

A. Yes.

**Q.** You were getting in at 4:00, correct?

A. That was for only some time only.

**Q.** What times were you getting into work at 4:00?

A. More than eight months.

**Q.** Was that the first eight months you worked there?

[Page 89]

F. Hernandez

A. I didn't get it (English).

**Q.** You said for about eight months you got in at 4:00.

A. At 4:00 or maybe before (Spanish).

Because there was a meeting called by the company, by Syed, report this time, you know, we missing bags. It was always an issue (English).

**Q.** When was this?

You said for an eight-month period you would come in at 4:00.

Was it the beginning of your employment, towards the end of your employment?

A. Beginning of my employment (English).

**Q.** After those four months were up --

And you started in April?

MR. MOSS: It was eight months, not four.

MR. MEYER: I'm saying he started in April.

**Q.** For about eight months, you came in around 4:00?

A. 4:00, or earlier (English).

**Q.** That gets you almost into 2011.

[Page 90]

F. Hernandez

A. Yeah.

Q. What time would you come in when 2011 came around?

A. Like at 5:00 or 6:00, no more than that.

Q. Somewhere between 5:00 and 6:00, is that your answer?

A. He wanted to do a schedule. Until he wanted to do a schedule for the company.

Q. That 4:00 starting time, was that at the same time you were a substitute driver?

A. Of course.

Q. Connecticut was only a couple-week period, but if you were in New Jersey or Upstate, what time would you make your last delivery?

A. It depends on the situation (Spanish). Whether condition, police officers up there. It was pulling over, you know, because it's an unrecognized vehicle coming to this neighborhood, this town. So it was a lot of times that I got to wait for the clients to -- to open the door. So there's no specific time (English).

Q. Before 5:00 in the morning?

[Page 91]

F. Hernandez

A. After 5:00.

Q. Wasn't it company policy that all deliveries be made by 5:00?

A. Not necessarily.

Q. What was the latest you ever made a delivery?

A. Until 8:00 a.m. It depend on the circumstances.

Q. Do you recall when that 8:00 time was?

A. I don't remember (English).

Q. Was there any special circumstance? Was it a holiday or --

A. No (English).

Q. -- weather related?

A. Weather related and other stuff (English).

Q. You don't know when that was?

A. (Witness shakes head.)

Q. Would your handwritten notebook reflect that?

A. I don't remember. I don't know. It was a lot of information that I didn't put down, like I said, from the beginning of my term when I first started

[Page 92]

F. Hernandez

working for Syed (English).

Q. Did you keep that notebook from when you started working, or was that --

A. No. That was later on when I see that -- what was going on (English).

Q. Once you started keeping that notebook, did you keep it consistently until your job ended?

A. I missed weeks, and I have -- I missed, you know, a lot of weeks too to put down, a month (English).

Q. Why would you keep it for certain weeks but not others?

A. I'm tired. It was times that I didn't have the roster (English).

Q. What roster?

A. The manifest. I'm sorry (English).

Q. With the client names and addresses? We're talking about the same thing? Is that the manifest you're talking about?

A. That's the manifest (English).

MR. MEYER: Subject to the reservation of rights to reopen him, I'm

[Page 93]

F. Hernandez

done.

MR. MOSS: I have no questions.

MR. MEYER: Thank you.

(Time Noted: 12:42 p.m.)

____________________________

FERNANDO HERNANDEZ

Subscribed and sworn to before me this ___ day of ___________, 2013.

____________________________

Notary Public

[Page 94]

INDEX

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Fernando Hernandez | Jeffery A. Meyer | 4 |

EXHIBITS

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notebook Bates stamped FD000103 | 4 |
| 2 | Notebook Bates stamped FD000104 | 4 |
| 3 | Verification | 5 |
| 4 | Plaintiff's interrogatory responses | 5 |
| 5 | Plaintiff's responses to Defendant's document requests | 5 |
| 6 | Retaliation affidavit | 5 |
| 7 | Collective affidavit | 5 |
| 8 | Class action affidavit | 5 |
| 9 | Manifests FD001609-1700 | 5 |
| 10 | 2010 1099 form | 6 |
| 11 | 2011 1099 form | 6 |
| 12 | 2012 1099 form | 6 |

REQUESTS FOR PRODUCTION

| DESCRIPTION | PAGE |
|---|---|
| Original notebook | 51 |

[Page 95]

CERTIFICATE

I, MELISSA KAHANE, hereby certify that the Examination Before Trial of FERNANDO HERNANDEZ was held before me on the 17th day of September, 2013; that said witness was duly sworn before the commencement of his testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Examination Before Trial of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of September, 2013.

________________________

MELISSA KAHANE

[Page 96]

ERRATA SHEET

| PAGE/LINE | CORRECTION |
|---|---|
| | |

**A**

**ability** 8:5
**absolute** 20:25
**account's** 71:25
**accurate** 85:8
**accurately** 4:5
**ACKLIN** 1:4
**action** 5:20
   61:11,22 94:18
**added** 72:23
**additional** 12:4
   33:16
**address** 6:15
   44:16 71:16
   74:10 75:6
**addresses** 67:16
   67:24 68:12,19
   69:4,21 92:19
**administer** 3:15
**admitting** 53:4
**advice** 69:8
**advising** 46:18
**affidavit** 5:14,17
   5:21 60:24,25
   61:8,9,20,21
   94:16,17,18
**affidavits** 61:16
**afternoon** 6:19
   6:20 20:23
   23:7 86:4
**afternoon/eve...**
   57:24
**afterward** 67:5
**ago** 77:18 78:16
**AGREED** 3:3,8
   3:12
**Albany** 18:14
**ALC** 1:8
**alcohol** 8:8
**allow** 41:4
**allowing** 44:13
**alongside** 23:22
**AMERICAN**
   1:23
**annotation**
   54:17
**answer** 7:20

11:17,25 12:21
22:9,23 23:17
24:12 25:19
27:5,11,12
28:23 39:2
43:4 44:9,25
45:24 46:9
49:14 51:13,21
52:2 57:6 66:6
66:12 67:20
68:5 69:7,19
73:8,12,22
74:25 75:16,16
79:23 81:11,21
82:22 86:12
90:7
**answered** 11:24
   23:13,18 24:19
   25:24,25 28:20
   28:21 85:17
   86:8
**answers** 4:7
   69:23
**anybody** 65:19
**anymore** 83:8
**anyway** 67:5
**apart** 82:14
**apartment** 6:17
   65:2
**apologize** 47:6
   81:12
**appears** 95:12
**application** 9:7
**approve** 9:24
   10:14
**approved** 10:13
**approximately**
   8:17 11:3 18:5
   19:13 32:5,23
   33:25 40:23
   41:17,18 63:7
   88:11
**April** 12:9 14:11
   27:17 89:17,21
**asked** 6:24 7:13
   7:19 12:2
   24:19,21 25:4

25:24,25 28:3
28:20,21 49:4
67:4 69:10,11
84:17 85:17
86:8
**asking** 7:3 43:3
   51:16,20 63:23
**assign** 20:15
   42:4
**assigned** 19:7
   34:22
**assistant** 66:8,18
**attend** 85:11
**Attorney** 2:3
**attorneys** 2:8 3:4
   62:9,15,22
   64:12,23
**attorney's** 47:2
**authorized** 3:14
**automobiles**
   62:13
**average** 32:3
   40:22
**avoiding** 82:2
**a.m** 1:21 41:4
   91:8
**a/k/a** 1:11

**B**

**B** 4:2 94:7
**back** 13:18
   17:11,12,16
   26:8 41:12
   42:16 43:23
   44:2 50:2 52:5
   60:21 66:10
   78:8 81:6,15
   82:3,16 83:18
   87:2
**backseat** 32:8
**badger** 51:18
**bag** 33:15 38:5,9
   39:6 72:13,19
   79:19 80:16,19
   81:13,18 82:18
   88:6
**bags** 17:16 32:3

32:5,12,16,17
32:22,25 33:3
33:13,22,24
34:2,4,13 35:5
35:24 36:2,20
38:23 39:5,7,9
39:11,14,18,22
39:24,25 40:8
40:13,15,16,18
40:20,21 41:15
41:18 42:7,17
42:19,21,23
43:7,8,15,22
43:23 44:2
45:8,19 46:5
46:11,19 48:20
48:22 50:3,4
57:2,20 76:24
78:8,11 81:7
83:20,21 84:6
84:23 85:4,13
85:18,21 86:2
86:2,15,17,18
87:4,7,24
88:13 89:8
**Baltic** 86:24
**Baltimore** 15:15
   16:8,22 17:5
   17:11,12 20:22
   31:3 41:13,25
   42:11,12,14,16
**Baltimore/Phi...**
   42:8
**based** 45:5 48:24
**basically** 41:2
   67:16
**basis** 21:25 46:7
   73:24
**Bates** 4:17,21
   47:3 62:23
   71:4 94:9,10
**BEATRICE**
   2:14
**beginning** 26:12
   26:17 28:10
   77:16 89:13,15
   91:25

**Behalf** 1:5
**believe** 6:25 8:18
   63:21 71:4
**benefits** 10:4
   11:4
**best** 71:21
**bigger** 80:3
   86:25
**binding** 52:21
**bit** 41:5 59:12
**biweekly** 12:11
**blood** 95:16
**boroughs** 31:5,5
   33:24 34:23
**boss** 45:25
**bosses** 80:3
**Boston** 15:15
   16:5,6,14,15
   16:16,18,20
**bother** 87:23
**bottom** 47:14
   53:8
**Boulevard** 1:23
**box** 21:12 24:16
   71:19 73:19
   74:20 75:9,10
**boxes** 33:5,7,8
   33:10,11
**break** 7:16,20
   41:8 59:6
**BRIAN** 2:5
**briefly** 79:18
**bring** 14:4 16:19
   78:8
**Brooklyn** 6:18
   17:17 19:17,20
   20:13,14 30:16
   33:20 42:7
   44:2 45:8
   72:14
**BRYANT** 1:4
**building** 14:7
   15:7 20:17
   30:15,16 43:19
   87:16

**C**

**C** 2:2 4:2 95:2,2
**call** 13:15 14:13 19:23 25:14 30:16 45:17,18 53:2,13 60:2,7 62:21 74:7 81:17 83:3
**called** 4:2 28:15 89:6
**calls** 38:12 44:8 69:8 83:25
**car** 32:7,13,16 32:21 33:4 34:4,13 38:10 39:12,12,13,19 39:23 40:3,13 57:20 84:8 88:2,14
**careful** 32:17 40:6
**cars** 57:23
**Carter** 6:25
**case** 6:23 62:9 64:9 73:11
**CATERING** 1:11,12
**CECILIA** 1:4
**central** 42:2
**certain** 29:11 59:15 92:13
**certification** 3:6 61:11,23
**certify** 95:4
**challenged** 72:21
**change** 59:12
**changed** 70:17 82:3
**changing** 82:17
**charge** 40:11
**check** 12:10 13:5 13:7,9 32:18 71:25 72:23 79:8 87:10
**checks** 72:25
**CHOW** 1:3
**Christmas** 29:25
30:2,4,6
**circumstance** 91:12
**circumstances** 41:6 91:9
**citizen** 79:10
**City** 34:12 39:23 43:8
**civil** 73:11
**clarify** 24:7 75:25
**Class** 5:20 61:22 94:18
**clear** 63:20
**client** 14:4 43:21 59:7 63:8 67:16,24 68:11 69:3,20 92:19
**clients** 32:19 43:10,12,14 48:18 49:25 55:14 68:19,22 87:14,23 90:22
**close** 18:12 63:20
**code** 54:22,24
**collect** 9:2,16
**collected** 8:22 9:11
**collecting** 8:24 9:8,21 10:4,24 11:4
**Collective** 5:17 61:11 94:17
**column** 47:25 48:4 54:15 55:18 56:24
**come** 17:15 65:2 79:24 83:19 89:12 90:3
**comes** 38:8,21 39:8
**coming** 37:15 38:22 87:6 90:20
**commenced** 7:5
**commencement**
95:8
**comments** 76:20
**common** 35:2
**companies** 16:2 17:21 21:24 46:4,18 53:21
**company** 11:22 13:22 14:13 18:3 20:2 27:15 29:3,10 29:16 41:2 48:23 52:18 54:22 65:5,9 65:19,20 66:3 68:15 70:10 76:22 77:14 78:11,22 84:4 85:9 89:7 90:9 91:3
**company's** 12:13 68:19
**compensated** 82:19
**compensation** 71:20 73:18 74:21,23 75:12
**complain** 79:10
**complained** 79:12
**condition** 90:18
**Conditional** 61:10
**confirm** 59:14 61:5,13,25 64:14 75:6
**conjecture** 44:8
**connected** 95:16
**Connecticut** 18:12,16,17 19:4 30:18 31:2,9,11,12 31:13,16 90:13
**consider** 49:15 51:14 68:14 70:18
**considered** 50:6
**consistent** 83:14
**consistently** 83:13 92:8
**container** 36:11 37:2,16 38:4
**containers** 35:24 36:19
**contemporane...** 52:11
**content** 67:23 75:25
**continue** 44:12 44:14 45:4 76:8,12 78:14
**continued** 17:15
**conversations** 80:23
**cooked** 35:4,19 36:3,4,9 37:6 38:3,8
**copies** 47:5 60:19 64:7 65:4,25 66:7 66:16,16,21 67:2,5 74:8
**copy** 65:5 66:9 71:9,10
**CORP** 1:10,12
**correct** 11:14 13:4,8 17:13 17:17 20:8 22:7,11 26:18 29:5,17 31:7 31:21 33:17 35:2,14,19 36:13,21 37:9 37:12,20,25 38:5 40:4,16 43:17,23 47:20 48:8 50:23 52:6,19 56:6 67:17 68:2 72:19 88:14,17 88:19
**CORRECTION** 96:3
**counsel** 62:11 63:22 71:11
76:5,7,11 95:12,20
**counted** 72:25
**couple** 15:22 21:19 41:14 52:16 59:13 64:22 76:23
**couple-week** 90:13
**Courier** 1:10 12:15,17 13:8
**couriering** 15:22
**course** 9:7,24 18:9 26:5 29:6 32:14 33:18 36:6 47:10 48:9 76:22 84:23 86:20 90:12
**courses** 59:12
**Court** 1:1 3:17
**cover** 14:24 18:11 37:18
**covering** 28:5
**Crossways** 2:9
**currently** 8:11
**cutting** 81:12
**CV** 1:8

## D

**D** 4:2,10,10 94:2
**daily** 21:24 46:6 70:12
**date** 4:20,24 5:3 5:7,12,16,19 5:23 6:3,6,9,12 10:10 56:24
**DAVID** 1:4
**day** 8:15 9:18 14:6,25 16:17 16:19 17:9 19:15,16 25:11 25:23 26:3,14 27:22 28:3 29:6,15,18,20 29:23,24 37:11 39:10 42:20,24

44:3,4 45:14 45:20 46:6,20 48:19 49:25 50:6 53:24 55:8,18 56:12 57:10,18 58:6 58:21,22 65:23 77:4 81:3 83:22 93:11 95:7,22
**days** 26:2,3,4,6 26:10,20,23 27:8,13 28:18 28:24 29:4,8 29:11 47:22 48:10,13,14,15 49:11,15,18 50:22 52:4 56:21 64:8,10 84:19,25 85:3 85:4,19,24,25 87:5
**deal** 53:17
**deductible** 47:14
**Defendant** 1:17
**defendants** 1:14 2:8 13:16
**Defendant's** 4:19,23 5:2,6,9 5:10,14,18,21 5:25 6:5,8,11 94:8,15
**defense** 62:11 76:6
**deliver** 24:25 36:21 40:21 41:24 43:25
**delivered** 21:13
**deliveries** 15:17 16:3,5,7,13,14 16:19 29:16,19 29:24 30:3,11 39:24 41:3 48:24 49:5,8 50:10,13,16,19 51:3,6 52:13 55:6 57:8 65:17,21 67:17 67:25 70:13 88:3 91:4
**delivering** 43:7
**delivery** 29:11 43:22 48:17,18 49:25 68:12 69:4 72:15 83:22 87:17,21 90:16 91:7
**depend** 31:25 40:17 41:5 43:10,12 91:8
**depends** 30:24 39:4,16 40:5 43:19 52:17 90:17
**deposition** 3:13 8:6 76:9
**DESCRIPTION** 94:8,24
**Diet** 1:9,10,10,11 1:12 7:5 8:14 8:16 9:6 10:3,7 10:11 11:9,13 12:8 13:6,10 13:12,17 14:5 21:12 36:16 43:14 48:18 62:18
**different** 22:25 23:3 24:20 28:14 72:17
**directed** 78:3
**directly** 95:18
**disagreement** 81:24
**discuss** 45:3
**discussion** 60:5 60:12 74:4 75:20 76:2,6 76:11
**dispute** 72:18 81:17,23 82:18 82:23
**DISTRICT** 1:1 1:2
**Ditto** 76:18
**document** 5:9 54:7 59:22 60:9 61:12 62:8 64:5 71:13,17 72:11 74:11,13 94:15
**documents** 59:14,16 60:10 62:9,14 63:7 63:17,21,25 65:3 69:25
**doing** 21:4 22:15 22:17,20,20 23:10,19,20,20 24:2,3 30:25 46:21 66:25 80:11
**Dolowich** 1:18 2:8
**door** 90:23
**doorman** 43:20
**double** 48:17 49:24
**Downtown** 86:23
**Dr** 2:9
**drive** 42:16 81:14
**driver** 13:22 14:2,3,18,21 14:23 24:25 26:18,24 27:15 27:23 28:15,16 28:17 66:9,15 66:19 81:4,14 90:11
**drivers** 42:5,24 44:6 45:6,7,18 46:4,11,19,20 82:13,24
**driving** 31:10
**drop** 42:2 43:25 45:8
**dropping** 46:5
**drop-off** 42:15 42:22 46:19
**drugs** 8:7,7
**DUCHMAN** 1:13
**duly** 4:3,11 95:8
**duration** 15:25
**d/b/a** 1:11

**E**

**E** 2:2,2 4:2,2,2 4:10,10,10 94:2,7 95:2,2
**earlier** 20:20 89:24
**earliest** 21:2
**early** 8:21 9:19 23:5 29:24 30:13,14,21,22 55:23
**earning** 12:25
**earnings** 11:21 13:11 71:22,23 72:6,9
**effect** 3:16 42:6
**eight** 88:11,11 88:23,24 89:3 89:18,22
**eighty** 34:2,4,13 39:22,24,24 40:13,15,18,20 40:21 41:18,20 43:7
**eight-month** 89:11
**either** 51:23 63:25 71:13 75:12 77:4
**employ** 95:20
**employed** 8:11
**employee** 68:23 72:3 79:11
**employees** 22:25 36:16,17 37:24 45:17 70:19 76:21 78:4 80:12
**employer** 8:13 12:17
**employment** 11:22 15:25 16:12 53:21 76:22 82:16 83:15 84:23 89:13,14,15
**empty** 42:17 48:20
**ended** 11:9,13 49:2 53:22,23 55:22 64:25 92:9
**endurance** 7:17
**engage** 51:23
**English** 4:7,8 16:18 17:25 18:5 19:25 20:4 23:18,21 23:25 25:22 27:5 28:7 31:19,22 33:8 34:24 36:12,14 36:18 38:17 41:23 42:10,20 42:23,25 43:6 43:24 44:4,15 47:10 48:7,8 49:16,18 50:6 50:25 51:22 54:19 55:17 58:10 60:15 61:19 62:5,7 66:20,22,25 70:21 72:8 74:12 80:12,21 81:5 82:2,6,8 82:14 83:11 84:20 85:2,12 86:25 88:10,15 89:2,9,15,24 90:24 91:11,14 91:17 92:2,6 92:12,16,18,23
**entirety** 16:12
**entities** 13:21
**entitled** 61:20 74:20

**entity** 13:3,19
**ERRATA** 96:2
**ESQ** 2:5,10
**estimate** 41:21
**Eve** 30:6,8
**evening** 48:25 56:8
**everybody** 60:20 77:16
**evidence** 53:5
**exactly** 43:18 58:14
**Examination** 1:15 4:15 94:3 95:5,14
**examined** 4:13
**example** 72:3 83:6
**excluding** 31:3,4
**Excuse** 26:25 44:10,19
**exhibit** 4:19,23 5:2,6,11,15,18 5:22 6:2,5,8,11 52:25 53:7 59:24 60:3,7,9 70:23 74:7
**expenses** 82:25
**expire** 64:20
**explain** 13:25 47:12 48:14 54:9
**Express** 1:9,10 1:12 7:6 12:16 12:17,23 13:7 62:18 71:22 72:10 74:9,14 75:4
**Express/Fresh** 13:17
**extension** 11:5,6
**extent** 44:8 83:25
**e-mail** 60:20,21

**F**

**F** 4:10 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 95:2
**face** 72:16 80:13
**facility** 30:19 42:7 45:8 50:3 65:16
**fail** 43:21
**fair** 8:3 66:24 68:15 70:21 80:5,11,22
**fairly** 69:18 82:19
**faithfully** 4:5
**familiar** 47:9 63:2,17 71:8 71:14
**far** 81:15 82:3
**fast** 24:3
**Fax-718-291-6...** 1:25
**FD000101** 47:4
**FD000103** 4:18 94:9
**FD000104** 4:22 52:24 94:10
**FD000493** 71:5
**FD001609** 62:23
**FD001609-1700** 5:25 94:19
**February** 9:15 9:15,16,22 10:2,14,19
**Federal** 53:17
**Feel** 48:16
**feeling** 52:17
**Fernando** 1:3,16 6:14 60:25 61:9,21 93:8 94:4 95:6
**Fifth** 73:16
**Fifty** 43:10
**figure** 64:23 75:9
**FILE** 2:11
**filing** 3:5
**fill** 50:4
**Finally** 61:20
**fine** 75:2
**finish** 23:24 34:16 35:22 41:5 57:25 73:14 78:7
**finished** 36:3 40:6
**fire** 40:11 55:16 77:4,11 78:10 78:12
**fired** 77:25
**FIRM** 2:3
**first** 4:11 15:11 42:11,13 54:7 54:7,15 55:15 63:10,18 73:15 78:17 79:12,24 81:13 88:24 91:25
**fitting** 40:15
**five** 27:13 31:5 40:23,24
**fix** 88:13
**FL** 1:10,11,11,12 1:12
**follows** 4:14
**food** 14:4 21:6,7 21:9,10,11,18 21:22 22:4,6 22:14 23:8,11 23:23 24:13,17 24:22,24,25 25:17 30:21,22 30:23 31:24 34:14,18,25 35:4,11,12,16 36:23 37:5 38:3,7,20 39:6 39:8 57:8 87:11
**food's** 36:3,8,24 39:25
**force** 3:15 23:7
**forced** 25:5 84:4
**form** 3:9 6:4,7 6:10 11:16 12:20 22:9,23 23:16 24:5,9 45:23 49:13 51:12 57:6 66:5 67:19 68:21 71:7 72:7 73:5 74:8 75:4 79:22 80:8 81:10,20 82:21 83:24 94:20,21,22
**format** 7:13
**forth** 13:19 82:17
**forty** 32:5,16,21 32:24 33:21 34:2 55:10
**forward** 76:3,17
**four** 21:21 27:13 34:9,11 40:2 50:22,24 89:16 89:19
**free** 48:16
**Fresh** 1:9,10,10 1:11,12 7:5 8:14,16 9:6 10:3,6,11 11:9 11:12 12:7 13:5,9,12 14:5 21:12 36:16 43:14 48:18 62:18
**Friday** 48:11,17 48:20 49:2,24 50:20 51:3 55:8,22,24,25 56:14,15,16,17 56:25 57:3,7 57:11
**front** 32:10 61:17 63:14 67:23
**full** 47:20
**full-time** 28:15
**further** 3:8,12 20:19 76:10
**future** 69:15

**G**

**game** 51:15,21 58:14
**gas** 62:11
**general** 83:3
**generally** 35:11
**getting** 18:12,14 51:15 88:19,21
**give** 15:4 52:2 66:15 67:7
**given** 4:7 50:8 84:21
**go** 1:11 14:9 16:22 28:25 33:23 35:24 39:11,14 41:12 42:11 45:2 55:15 56:4 57:4 60:4,11

73:13,25 74:3 74:18 75:18 78:8,9 83:18 87:2
**goes** 81:6
**going** 7:3 15:14 38:11 40:15 44:11 45:22 46:25 59:7,13 59:17 60:23 68:24,25 71:6 74:6,16,17 75:3,24 76:2,3 76:7,13 77:4 83:18 92:6
**Gonzo** 1:18 2:8
**good** 6:19,20 8:10 41:20
**GRAB** 1:11
**ground** 7:10
**grow** 83:6,7
**guess** 62:20
**guy** 43:22
**guys** 82:16
**GUZMAN** 1:5

**H**

**H** 4:10 94:7
**half** 18:4,5 19:25 20:3,7,10 26:10 34:11 40:2,24 81:4 85:3
**hand** 95:22
**handing** 47:4 54:8 59:19 60:10 61:6,14 62:2 63:3 71:7 74:7
**handle** 19:22 30:17
**handwriting** 48:3,6
**handwritten** 70:12 91:20
**hang** 42:18 48:22 50:3
**happened** 82:7,8 82:9
**happy** 77:7
**HARMAN** 2:3
**head** 62:3 72:20 91:19
**hearing** 6:23
**held** 1:17 48:21 60:6,13 74:5 75:21 95:6
**help** 21:5,19 66:9,19 69:5 84:3
**helping** 21:7
**hereunto** 95:21
**Hernandez** 1:3 1:16 5:1 6:1,14 6:21 7:1 8:1,4 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1,25 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1,14 60:24,25 61:1 61:9,21 62:1 63:1,16 64:1,4 64:17 65:1 66:1 67:1 68:1 69:1 70:1 71:1 71:6 72:1 73:1 74:1,6 75:1,5 76:1,19 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1,8 94:4 95:6
**Hernandez's** 76:8
**Hold** 9:3
**HOLDINGS** 1:11
**holiday** 29:12 91:13
**holidays** 30:10
**home** 64:8 72:23
**homes** 41:24
**honest** 51:21,22 52:2
**hopefully** 88:16
**hour** 33:3
**hours** 32:23,24 34:6,8,9,11 40:2,24,24 50:9 54:14,15 88:11,12
**house** 87:16
**human** 79:11
**hundred** 41:19 41:20,22 63:7
**Hussain** 1:12 25:8 77:22

**I**

**ice** 48:22
**identification** 4:20,24 5:3,7 5:11,15,19,22 6:2,6,9,12
**important** 67:7
**included** 55:14 75:11
**income** 10:20,21 12:4,6,6 73:6 73:17
**Index** 1:8
**indicated** 74:20
**indicating** 48:4 54:13 56:17 57:4,14,17 58:20 59:20 71:3,20 75:7
**indication** 67:12
**indirectly** 95:18
**individual** 53:11
**Individually** 1:5 1:12,13,13
**info** 67:23
**information** 54:10 91:23
**inhibit** 8:5
**Injunctive** 61:2
**input** 54:11
**inside** 21:11
**instructions** 68:6,8,12 69:4
**insurance** 8:22 8:25 9:9,12,22 10:25
**interest** 68:16,16 68:18,22
**interested** 95:18
**interpreter** 2:14 4:3,13 11:11 22:18 26:25 33:9,12 44:10 44:19 45:9 64:10
**interrogatory** 5:5 60:8 94:12
**intimidate** 77:3
**intimidating** 78:6 79:5
**intimidation** 77:10,23 78:3
**Intimidations** 77:11
**Island** 19:21 20:12 31:4 33:20
**isolate** 57:15 58:18
**issue** 76:9 79:19 79:24 81:7 89:8
**issues** 85:9,10 88:13

**J**

**JACKSON** 1:4,4
**Jamaica** 1:24
**Jeff** 6:21 59:25
**Jeffery** 2:10 94:4
**Jersey** 15:16 18:13 19:8,10 20:6 30:25 31:11 32:4 90:14
**Jersey/Upstate** 31:18
**JLC** 1:8
**job** 9:15 13:15 13:20,25 22:6 22:19 24:3,24 25:6 42:9 72:4 77:2,4,24,24 92:8
**JUANY** 1:5
**JUDAH** 1:13
**Judge** 6:25
**July** 8:18,21 9:3 9:4,14,16,19 9:25 10:2,11 10:19 11:13 27:19,20,22 28:3,4,5,7 30:12 53:25 54:4
**June** 9:4

**K**

**KAHANE** 95:4 95:25
**Kaufman** 1:18 2:8
**keep** 52:11 63:14 65:3 68:11 69:9,20 70:8 92:3,8,13
**keeping** 70:5,11 92:7
**KENNETH** 1:3

**kept** 53:21 66:3
69:16,24
**key** 55:13,15
87:13,15,20
**kitchen** 21:16
23:24 35:15
36:8,17 37:3,6
37:25 39:8
86:21,22,25
87:9
**know** 7:17 11:7
15:5 18:21
23:24 27:21
34:22 38:7,18
38:19 39:3,3
45:6 47:8
49:23 63:2,24
65:7,9 67:6
69:16 82:14
83:11 85:7
89:8 90:19
91:18,22 92:11
**knowledge** 44:5
44:24 45:5
59:15 71:21
**knows** 38:14,15
58:14

**L**
**L** 3:2
**lacking** 47:15
**Languages** 2:15
**late** 1:9 7:5
12:15,16,16,23
13:7,16 34:19
62:18 71:22
72:10 74:9,13
75:4
**latest** 91:6
**LATTIMORE**
1:5
**lawsuit** 7:4
**lawyers** 64:7,22
**leave** 15:6 17:17
20:7 23:8
30:15,19 31:6
31:16,17 43:14

43:16,18,22
85:22
**leaving** 65:21
**left** 31:23 65:16
**legal** 69:8
**let's** 14:11 51:18
52:5 54:12
59:6,12 66:10
74:3 75:18
87:2
**lid** 37:17
**line** 54:12 57:19
**lists** 68:11
**literally** 37:7
**little** 41:5 59:12
**LLC** 1:23
**LLP** 1:19 2:8
**load** 84:7 88:14
**loaded** 39:13,19
39:22 88:2
**loading** 57:20,23
**location** 42:3
87:3,20
**long** 11:6 19:20
19:22 20:12
27:14 31:4
32:15,20 33:20
34:3,5 40:20
77:18 78:16
**longer** 28:13
**look** 47:7,9
55:13 61:12,24
62:25 63:2,12
63:17 71:8,13
87:13
**looked** 26:8
**loop** 16:24 17:10
18:7
**loose** 53:11
**lose** 25:6
**losing** 77:24
**lost** 9:15 71:9
**lot** 40:16 66:9,19
82:8 90:21
91:23 92:11
**lower** 55:9

**M**
**M** 2:5
**machine** 38:22
**maintaining**
68:18
**making** 52:12
67:2 87:17,21
88:2
**manager** 25:4
41:4 45:17
46:10 65:24
68:14 77:7
**managers** 46:12
76:20
**Manhattan**
19:18,20 33:20
34:23 87:14,18
**manifest** 26:9
32:18 85:7
87:10 88:5
92:18,21,23
**manifests** 5:24
21:14 62:22
64:5,11,15,17
65:20 66:2
67:3,13,15,22
70:6 88:13
94:19
**marathon** 7:18
**March** 56:22,22
**mark** 70:22
**marked** 4:18,22
5:2,5,10,14,18
5:21,25 6:5,8
6:11 47:2
52:24
**MARQUIS** 1:4
**marriage** 95:17
**matter** 4:3 30:18
33:21 95:19
**meal** 15:10
23:25
**meals** 14:7 15:5
15:8 20:18,19
20:22 21:3
24:13,15
**mean** 14:20 17:3

21:8,10 23:3
33:7 35:23
43:11,13 53:23
54:11 58:3
86:22
**meaning** 53:20
**means** 50:2
55:12,24 56:8
56:25
**meant** 33:13
**meeting** 42:7
85:11 89:6
**MELISSA** 95:4
95:25
**mention** 16:20
33:8
**mentioned** 76:23
**menu** 21:15
**menus** 21:12,14
**met** 6:22
**Metro** 31:5
**Metropolitan**
19:18,23 20:11
**Meyer** 2:10 4:16
6:21 8:3 12:2
23:13 24:7,20
25:18 27:4
28:22 33:11
38:14 41:9
44:17,20 47:5
51:20 53:2,13
58:13 59:9
60:2,11,19
63:9,13 64:3
64:14 66:11
69:12,20 71:2
73:9,14,24
74:3,16 75:2
75:18,24 76:15
84:17 86:10,14
89:20 92:24
93:4 94:4
**MICHAEL** 1:5
**mid** 27:17
**middle** 12:9
28:10
**midnight** 88:8

88:17
**mile** 81:14
**miles** 81:14
82:24
**minute** 9:3 38:20
75:19
**minutes** 34:7
**mischaracteri...**
24:10
**missed** 50:25
92:10,10
**missing** 14:23
33:5,15 47:15
70:15 89:8
**mistake** 9:13
33:14 79:9
**moment** 63:2
**Monday** 48:11
50:10 56:9,13
**money** 67:10,11
67:12 68:17
70:15 72:13
79:8
**month** 27:16
28:25 70:17
72:14 92:12
**months** 70:8
83:11 88:23,24
89:3,16,18,22
**morning** 23:6
48:21 49:3
50:11,14,17,20
55:23 56:2,9
57:4 90:25
**mornings** 51:4,7
**MOSS** 2:5 7:25
11:15,23 12:19
22:8,22 23:12
23:16 24:4,8
24:19 25:24
27:6,12 28:20
28:23 38:11,18
38:25 41:7
43:2 44:7,22
44:25 45:22
46:8 49:12
51:11,18,23

52:25 53:6,15 57:5,21 58:16 59:6,24 63:5 63:11,24 64:16 66:4 67:18 68:4,20 69:6 69:10,17,22 70:24 73:7,11 73:21,25 74:24 75:14 76:13,18 79:21 80:7 81:9,19 82:20 83:24 84:15 85:16 86:7,12 89:18 93:3
**Motion** 61:2,22
**move** 52:3 76:16
**moved** 38:5 39:11,12
**multiple** 18:18 76:19 80:23 82:9

**N**

**N** 2:2 3:2 4:10 4:10,10,10 94:2
**name** 6:13 12:13 54:24,25 71:16 71:25 72:2 74:10
**names** 32:19 67:16,24 68:12 68:19 69:3,20 92:19
**name's** 6:21
**narrow** 22:5
**necessarily** 91:5
**necessary** 44:18 44:21 76:10
**need** 7:16 42:20 44:15 50:5
**needed** 14:9,16 25:15 48:19
**neighborhood** 90:21
**never** 23:13 24:21 27:11 72:25 81:22 83:14
**New** 1:2,19,20 1:22 2:4,4,9 4:4,12 6:18 15:16 18:8,12 18:13,13 19:6 19:8,9,10,18 19:23 20:6,6 20:11 30:8,17 30:25 31:5,10 31:11,17,18 32:4 34:12 39:23 42:16 43:8 54:18,18 54:19,20 56:5 58:23 83:9,10 90:14
**night** 1:9 7:5 12:15,16,17,23 13:7,16 15:10 39:10,15,16 49:2,4,6,7 50:10,14,17,20 55:22 57:3 62:18 71:22 72:10 74:9,14 75:4
**nights** 49:9 51:3 51:7
**ninety-five** 58:23,25
**nods** 62:3 72:20
**non-employee** 71:20 73:18 74:21,23 75:12
**normally** 15:6 30:23
**Notary** 1:21 4:4 4:12 93:13
**notebook** 4:17 4:21 52:19 53:10,12,14,20 70:9,12 91:20 92:3,7 94:9,10 94:25
**noted** 76:16 93:5
**notes** 26:9 47:14 53:20 54:3
**notice** 46:4,17 70:14
**notified** 45:16
**number** 55:3,4,6 62:11 63:25 72:22,24 74:19 74:20 75:9
**NY** 1:10,10,10 56:5
**N.Y** 1:24

**O**

**O** 3:2 4:10
**oath** 3:15 6:23 72:5
**object** 24:8 38:11 45:22 74:17 76:14
**objection** 11:15 11:23 12:19 22:8,22 23:12 23:15 24:4 28:21 38:25 44:7 46:8 49:12 51:11 57:5,21 66:4 67:18 68:4,20 69:6 73:7,10 73:21 74:24 75:14,15 79:21 80:7 81:9,19 82:20 83:24 84:15 85:16 86:7
**objections** 3:9
**obtain** 64:18
**obviously** 43:17 68:9
**occasions** 21:19
**occurred** 79:14
**office** 87:12
**officer** 3:14
**officers** 90:18
**offices** 1:18
**off-the-books** 10:22
**off-the-record** 76:6
**Okay** 7:15,21 43:6 51:19,24 57:17 58:16,20
**old** 86:21,22 87:2,9
**once** 10:24 18:21 29:12 36:7 38:3,7 42:15 43:5 47:7 65:22 92:7
**ones** 64:24
**ongoing** 81:16
**oOo** 4:9
**open** 90:23
**operation** 38:20
**opportunity** 14:22
**order** 56:20 87:11 88:4,6
**original** 53:14 94:25
**outcome** 95:19
**outside** 11:21 15:12,13 43:15 43:16 59:8 74:3
**oven** 37:8,15 38:9,21

**P**

**P** 2:2,2 3:2
**pack** 21:9,10,11 21:22,24 22:6 22:13 23:8,25 24:15 32:21 34:3 35:21,23 40:3 78:11 83:23 85:18,20 85:25 86:15,17
**packaged** 15:6 38:23
**packed** 35:5,7 35:13 39:12 84:7,24 85:5 85:13,14 87:4
**packer** 22:11
**packers** 22:17 22:20 23:10,19 24:14 32:2
**packing** 22:21 23:10,22,23 35:22,23 83:20 87:5
**packs** 48:23
**page** 47:23 61:5 61:14 63:10 94:3,8,24
**pages** 53:10
**PAGE/LINE** 96:3
**paid** 13:3 80:24 81:18
**paper** 50:4 53:11
**paperwork** 50:5
**Park** 2:9
**part** 53:10 62:8
**parties** 3:5 95:17
**party** 95:11
**pay** 12:11,24 13:12 70:18 71:24 73:4,4 80:13
**paycheck** 12:14 12:18
**paying** 72:13 80:14
**payment** 70:16
**payroll** 49:21,21 49:22
**PC** 2:3
**pending** 27:7 44:23 58:17
**Pennsylvania** 15:15,18 16:2 16:3 17:2,4,6
**people** 21:23 22:2,3,5,14,19 23:5,6
**percentage**

83:21
**period** 47:17 89:11 90:14
**person** 25:13,22
**personal** 65:4 69:25 80:10
**Persons** 1:6
**Philadelphia** 15:16 16:15,16 17:3,5,7,14,15 20:21 41:13,25 42:13
**Philadelphia/...** 21:3
**Philly** 16:23 17:11,12 31:4 42:12,12
**Philly/Baltimo...** 18:7
**phone** 25:10,14
**physical** 81:22
**physically** 35:18 36:9,23 38:7 39:19
**pick** 42:21
**picking** 82:13
**pickup** 14:4,7 40:14 43:9
**pieces** 53:11
**place** 42:4
**placed** 38:23 39:9
**Plaintiff** 1:16 60:25 61:9
**Plaintiffs** 1:7 2:3
**Plaintiff's** 5:4,8 60:8,9 61:22 76:5,11 94:12 94:14
**plate** 36:24 37:17 38:4
**plead** 73:16
**please** 6:13,16 12:22 27:2 45:10 47:12 53:15 59:9 64:14
**point** 11:8 27:20 28:12 42:8,22 88:8
**police** 90:18
**policy** 41:3 91:3
**possession** 64:6 64:18 65:2 69:25
**possible** 36:5 37:9
**pot** 37:7
**potentially** 88:12
**Preliminary** 61:10,22
**preparation** 21:18
**prepare** 15:11
**prepared** 35:12 36:8 37:5
**preparing** 23:23
**prescription** 8:7
**PRESENT** 2:13
**pretty** 35:2
**previously** 12:5 20:16
**prior** 6:22 65:21
**Probably** 41:22
**problem** 25:16 34:17 40:9 46:15 79:25
**problems** 80:4
**procedurally** 76:3
**process** 38:15
**produced** 62:10 62:22 63:22,25 64:11,24 71:11
**production** 47:3 53:14 62:8,15 64:12 94:23
**program** 85:10
**proof** 68:25
**proper** 81:17
**propounded** 4:6
**protect** 68:16
**protection** 66:22
66:23 68:13,23 69:13,13
**provide** 66:8 71:12
**Public** 1:21 4:4 4:12 93:13
**pulling** 90:19
**purportedly** 59:18
**purports** 71:7
**purposes** 53:4
**pursuant** 1:17 53:16
**put** 21:11 32:9 32:12,15,24 33:3 36:2,10 36:20 37:2,16 37:19 38:3,10 49:21 52:8 53:15,19 56:19 73:19 91:24 92:11
**putting** 53:5
**p.m** 14:16 20:17 30:24 31:7 36:25 37:8 57:2,20 93:5

**Q**

**quantify** 18:20
**Queens** 19:18 33:19
**question** 3:10 7:7,11,14,19 23:9,14,18 24:21 27:6 32:20 37:4 43:3 44:22,24 44:25 45:10 46:2,3,16 47:24 51:2 58:17,18 65:18 67:21 73:15,23 74:17 85:23,24
**questions** 4:6 6:24 7:4,23 8:2 93:3
**quick** 41:7

**R**

**R** 2:2,15 4:2,2,10 4:10 83:6,9,9 83:10 95:2
**raised** 81:6
**ran** 58:23
**rate** 72:19 79:19 80:23 81:17 82:18
**read** 25:20 45:11 48:10 55:19 66:13
**reading** 61:17
**ready** 15:6,6,9,9 20:18,19,22 21:3,6 24:14 24:15,17,23,24 25:17 30:21,22 30:23 31:24 34:14,24 35:11 35:17,18 36:23 36:25 37:7 38:9 39:11,14 39:19,25,25 57:3,9 85:21 86:2,18 87:7 87:24
**really** 81:15
**rear** 32:11
**reason** 29:10 69:24 77:7 79:9
**reasonably** 63:11
**recall** 30:11 46:3 59:22 61:17 62:14,19 75:10 91:10
**receipts** 62:12 62:12,17
**receive** 12:11 13:11 74:13 79:20
**received** 12:10 12:24 76:21
**receiving** 9:14 10:25 46:3,17 77:8
**recess** 41:10 59:10 75:22
**recommended** 72:4
**record** 6:13,15 25:20 45:2,11 52:6 60:6,13 63:6 66:13 69:22 70:3 73:13 74:2,5 75:19,21 76:16 95:14
**reduce** 72:15 79:7
**Reducing** 81:3
**reduction** 79:13
**refer** 63:9
**reference** 53:3
**referring** 77:20 77:22 80:17,19
**reflect** 63:6 91:20
**reflected** 72:6,10
**reflects** 69:22
**regard** 61:16 75:9
**Regardless** 72:21
**regular** 19:2 28:6,17
**related** 91:15,16
**relationship** 11:8,12 16:13 17:20
**Relief** 61:2
**remains** 46:16
**remember** 28:9 28:11 29:21 30:7 46:17,24 59:23 62:19 65:15 70:7,14 75:13 78:18 84:3,11 91:11 91:22

**rent** 40:19
**reopen** 92:25
**repairs** 62:12
**repeat** 7:14 12:22 25:18 31:9,25 37:4 45:9 47:24 65:18 66:11 67:21
**repeated** 27:10
**rephrase** 7:14
**report** 14:6 15:2 20:16 30:13 73:6,17 74:21 74:22 78:13 89:7
**reporter** 25:21 45:12 66:14
**represented** 13:9 95:11
**request** 46:10,13
**requested** 25:5
**requests** 5:10 53:16 94:15,23
**require** 46:14
**required** 46:13 46:19
**reservation** 92:25
**reserve** 76:7,12 76:13
**reserved** 3:10
**residences** 41:25
**respective** 3:4
**respond** 38:16
**responses** 5:5,9 60:8,10 94:13 94:14
**restroom** 41:8
**Retaliation** 5:13 61:3 94:16
**retroactive** 9:17
**retroactively** 9:23
**return** 17:16 43:17 46:10 48:19,21 50:2 50:3 73:19,20 74:19 75:11
**returned** 65:22
**returning** 45:19 76:24
**returns** 73:6 76:4,10
**review** 61:4 63:23 88:12
**reviewed** 47:8
**right** 12:24 20:3 27:7 36:11,24 37:6,17 48:4 49:24 50:6,22 54:12 58:19 62:21 63:12 66:7 68:25 72:5 76:8,12 76:14 85:14
**rights** 79:10 92:25
**right-hand** 47:23,25 53:8
**road** 87:25 88:9 88:16
**rolled** 56:12
**roster** 92:16,17
**roughly** 64:3
**route** 14:24 15:3 16:15 17:14 18:11,11,16,17 19:2,6,7,9,12 19:17,19,20 20:6 28:6 33:19 39:24 43:9 47:13 52:10 54:23,24 54:25 55:8,20 56:6 58:23 70:20 81:5 83:2,4,6,7,9,10 83:12,13,17 87:19
**routes** 19:23 20:8 45:7 81:3 82:5,17 83:17
**rules** 7:10 53:17
**run** 11:6 31:16 32:4 33:19 34:12 43:8 44:3
**running** 20:5 39:23
**runs** 30:17,18 31:2,2,18 41:13,16 62:24

**S**

**S** 2:2 3:2,2 54:19 54:20 56:5,5 58:23 94:7
**salary** 70:19 79:7,13
**sampling** 62:20
**Saturday** 48:21 48:25 49:3,4,5 49:7,9,19,20 51:4,6 55:23 55:25 57:4
**Saturdays** 51:8 51:9
**saw** 65:13,24 77:16
**saying** 9:18,21 24:2 27:5 29:3 35:4,11,12 39:18 50:2 56:20 57:22,23 58:15,21 72:5 72:9,18 84:22 84:25 87:6 89:20
**says** 13:7 54:18 55:10 56:4,7 57:16 58:19 60:17
**schedule** 82:4 90:8,9
**schedules** 23:2,4
**SCHLOSS** 1:13
**sealing** 3:5
**seat** 32:10,10,11
**second** 38:8 60:4 83:18
**see** 21:12 49:19 49:20 53:8 57:16 65:19 66:24 71:19 92:5
**semantics** 51:15 51:21 58:14
**send** 83:17 87:12 87:13,18
**sent** 62:10
**separate** 17:4
**September** 1:20 95:7,22
**SERVICES** 1:10
**set** 7:10 29:15 95:21
**seven** 26:3,4,6 26:10,20 28:24 29:4 48:13,15 51:17 52:4 74:20 75:10
**seventy** 34:2 50:9
**shakes** 91:19
**sheet** 48:25 96:2
**shift** 51:10
**shifts** 50:7,24 51:17
**shipped** 36:11
**show** 14:15,25 25:2 26:9 46:25 52:23 54:6,6 59:13 59:17 60:23 67:11 70:22 71:6 74:6 75:3 84:6
**showed** 25:11 54:8
**showing** 53:3
**sick** 29:6,8 78:10 78:14
**side** 47:23 53:8
**Siegel** 86:23 87:2
**signature** 59:15 59:19,20 60:14 61:5,13,25
**signed** 3:13,16
**signing** 59:22 61:18
**similar** 63:21 64:5
**Similarly** 1:6
**sitting** 36:24 67:22 85:5
**Situated** 1:6
**situation** 77:6 79:14 90:17
**six** 40:24,24 48:13,14 49:11 49:15,18 51:16 83:10
**sixty-seven** 55:11 56:6,9
**somebody** 14:25 15:2 37:2 82:4
**soon** 9:5 77:13
**sorry** 33:12,13 51:25 92:18
**sort** 36:10 37:16
**source** 12:4
**South** 6:17
**SOUTHERN** 1:2
**space** 56:19
**Spanish** 2:14 4:7 4:8 16:21 17:24 19:25 28:6 55:16 66:18 70:20 80:10,15 81:3 81:25 89:5 90:17
**speak** 59:7 81:2
**speaking** 45:5
**special** 91:12
**specific** 30:20 57:19 76:25 79:3 86:16 88:7 90:23
**specifically** 63:10
**speculation**

38:13 84:2
**spend** 20:11
**spent** 20:5
**spiral** 52:21 53:9
**spoken** 79:18
**squeeze** 40:16
**stack** 40:7
**stamp** 62:23
**stamped** 4:18,22 47:3 71:4 94:9 94:10
**start** 8:24 12:7 14:11,23 23:5 29:23 54:12 55:20 56:14,15 57:10,18,22 58:5,7,8,11,25 59:5 67:2 70:5 70:11 72:14 77:8 82:15 88:2
**started** 7:9,22 9:2,13,14,16 10:24 14:12,17 15:21,22 17:14 19:24 23:6 26:12,22 27:18 28:6 48:20 55:22,25 56:3 56:11,12,16,25 57:12 58:22 70:8,16,17 71:24 72:12 77:13,17 78:23 78:25 81:13,16 89:17,21 91:25 92:4,7
**starting** 14:11 28:19 56:8 90:10
**starts** 62:23
**state** 1:21 4:4,12 6:13,15 15:12 15:13
**stated** 12:23 70:3
**statement** 12:25
13:12
**statements** 79:3
**states** 1:1 16:20
**stay** 85:22
**stenographer** 43:4
**STENOGRAP...** 1:23
**stenographica...** 95:10
**STIPULATED** 3:3,8,12
**Stipulation** 1:17
**stop** 27:3,22 28:4 42:14 55:5,15 67:9
**stopped** 9:5 29:4
**stops** 47:13 55:10,11 56:6 56:9 58:24,25
**Street** 1:19 2:4 6:17 86:24
**stub** 12:11 13:12
**stubs** 12:24
**stuff** 22:3 91:16
**Subject** 92:24
**submit** 62:17
**submitted** 9:7
**submitting** 62:14
**Subscribed** 93:10
**substance** 67:15 67:22
**substantively** 69:3
**substitute** 14:17 14:18,21 26:17 26:21,24 27:9 27:15,23,24 28:2,4,13 90:11
**suburban** 40:14
**Suite** 1:19,23 2:4 2:9
**sum** 67:15
**Sunday** 48:11
50:25 51:7 56:3,5,7,8,11 56:12 57:12
**Supervisor** 45:17
**Support** 61:2,10 61:21
**supposed** 22:15 67:8,25 70:18 73:3 79:20
**Supposedly** 71:9
**Sure** 41:9
**Sutphin** 1:23
**sworn** 3:14,16 4:3,11 93:10 95:8
**Syed** 1:12 25:8 77:22 78:5,22 79:4,13 80:6 80:22 81:16 89:7 92:2

**T**

**T** 3:2,2 4:2,2 94:7 95:2,2
**take** 7:16,20 15:2 32:15,18 32:21 33:2,15 34:3 38:19 40:2,21,23 41:7 42:17 43:23 47:7 48:22,23 59:6 61:24 62:25 64:21 81:4,4 87:10
**taken** 1:16 8:7 15:12 37:7 41:10 42:3 59:10 75:22 95:9
**takes** 36:13 37:22
**talk** 79:14 80:2,3 82:2
**talked** 76:19
**talking** 33:2
35:9 39:17 47:17 57:13,14 92:20,21
**tax** 73:5,18,20 74:19 75:11 76:4,9
**tell** 8:5 25:9,12 27:3
**telling** 33:16 73:22
**Tel-718-291-6...** 1:24
**temporary** 31:12
**TERESA** 1:4
**term** 17:20 91:25
**terms** 64:25 76:3 76:23 77:2,15
**test** 7:18
**testified** 4:13
**testimony** 24:11 95:9,9
**Thank** 10:18 59:4 62:6 93:4
**Thanksgiving** 29:20,22,24
**they'd** 85:13
**thing** 7:18 23:20 24:13 27:10 52:24 67:8 92:20
**things** 40:11 72:17
**think** 6:22 30:12 31:13 44:17,20 50:22 54:17 63:20 70:4,23 70:24 71:10,11 71:12
**thirteen** 33:3
**thirty** 32:5,15,21 33:21
**thought** 78:6 79:4,18
**threat** 77:24
**threaten** 79:6
**threatening** 40:10 78:6 79:5
**threats** 55:17 76:20,23,25 77:9,9,11 78:2
**three** 18:22 19:3 21:21 31:14 32:23,24 84:13 84:14,18,19,22 85:4,19,25 87:5
**threw** 65:9
**throw** 65:8,20
**Thursday** 48:12 49:22 50:17,19
**tight** 40:16
**time** 3:10 7:16 10:5,6,9 14:6,8 14:15 15:5 20:11,15,20,21 21:6 22:4 23:8 25:16 26:16 27:25 28:8 29:2,13,14 30:18,20,23 31:17,23 32:18 33:16 34:5,13 34:15,16,17,18 34:24 36:13 37:10,22 38:9 38:10,19,22,24 39:4,10,14 40:25 41:2,11 47:17 48:23 52:9,12,14 57:7,9,22 58:11 59:11 65:7,11 75:23 77:19 78:7,17 79:9,12 84:5 85:6,20 86:2 87:25 88:5,7 88:20 89:7 90:3,10,11,15 90:23 91:10 93:5

**times** 15:8,22,23 15:24 16:10,11 17:23,24,24 18:15,19,21 21:21 22:16 24:14,22 29:9 30:21 31:3 33:23 35:8,16 41:14,14 52:9 76:23 77:5 78:13,15 82:10 83:16 84:12,13 84:14,18,22 88:21 90:22 92:15
**tired** 92:15
**title** 13:14,15 22:11 28:14
**titled** 59:17 60:24 61:8 71:19
**titles** 22:19
**today** 8:5
**told** 25:7,10 40:25 65:12 80:13
**total** 18:23,25 20:2
**touch** 41:12
**town** 90:21
**transcribed** 95:10
**transcript** 95:13
**transferred** 42:6 86:24
**translate** 4:5 44:11,14
**translator** 44:12 44:21 45:4
**travel** 18:7
**traveling** 20:19
**tray** 37:3,17 38:4
**treat** 70:21
**treated** 69:18
**trial** 1:15 3:11 95:5,14
**trip** 16:23 17:3,4
**trips** 17:8 18:6
**trouble** 46:15
**truck** 40:14
**true** 95:13
**trunk** 32:8,11
**trusted** 52:18 70:10
**truth** 8:6
**try** 77:3 78:12
**Tuesday** 48:11 50:11,13 57:16 57:19,24 58:3 58:4,7,8,9,10 58:11,19 59:2 59:5
**twelve** 33:3
**twice** 16:3,3 17:6 17:7,10,13,19 17:21,23
**two** 15:24 16:11 16:13,14 17:8 17:24,24 18:4 18:5,6,22 19:3 19:24,25 20:3 26:10 31:3,13 32:23 41:14 43:5 65:25 70:17 72:17 74:7 84:12,13 84:14,18,19,22 85:4,19,24 87:5
**type** 40:17 72:13
**types** 78:2

**U**

**U** 3:2 4:2,2
**Uh-huh** 9:20
**understand** 7:12 7:12 40:7 52:22 58:2 60:16
**understanding** 49:23
**understands** 27:4
**Understood** 63:13
**unemployment** 8:22,25 9:8,11 9:22 10:4,13 10:24
**UNITED** 1:1
**unrecognized** 90:20
**upset** 81:2,25 83:8
**Upstate** 18:12,13 19:6,9 20:6 30:17 31:10 32:4 90:15
**use** 13:23 68:24 69:14
**Usually** 15:10

**V**

**V** 4:2
**value** 81:7
**varies** 83:16
**vehicle** 13:23 40:17,19 90:20
**verbal** 81:22
**verbally** 25:10
**verification** 4:25 59:18 60:16 94:11
**versus** 79:20 81:7
**voices** 43:5
**Voluck** 1:18 2:8
**VUDUARTE** 2:14

**W**

**wages** 73:19 74:22 75:12
**wait** 9:3,13 21:5 24:14 33:6 43:2 88:6 90:22
**waiting** 23:24 42:5 85:5
**waived** 3:7
**want** 7:9 13:18 24:8,12 27:21 40:7 41:12 43:2 44:11,14 45:3,18 48:14 58:12,13 63:5 69:16 73:12 76:15 77:9
**wanted** 23:8 59:4 83:5 90:8 90:9
**wasn't** 10:6,9 21:6 24:17,22 24:24 25:17 27:24 28:5 30:21,22 34:18 34:24 35:4,5 35:13,16,17 69:17 80:11 83:7 91:3
**way** 71:13 77:17
**weather** 91:15 91:16
**Wednesday** 48:12 50:14,16 57:25
**week** 11:2 12:12 18:21 26:2,4,6 26:10,20,23 27:8 28:18,24 29:4,15 47:16 47:20,22 49:11 49:15,18 50:8 51:17 55:18 57:13 58:22 72:23 84:12,14 84:16,18,20,21 84:25,25 85:2 85:4,19,25 87:5
**weekly** 12:11
**weeks** 18:22 19:3 31:14 52:16 92:10,11 92:13
**welcome** 62:7
**went** 16:2,16,22 17:6,11 18:25 19:3 26:8,13 31:3 34:22 55:25 56:20 86:20
**weren't** 15:9 24:2,3
**West** 2:4
**we'll** 13:15 14:12 19:22 30:15 31:2 36:7 45:3 52:2 53:2 56:4 60:7 63:9 70:22 74:7,18 76:16 81:17
**we're** 35:9 63:20 76:2,7 92:20
**We've** 6:22
**WHEREOF** 95:21
**Whichever** 83:5
**WHITE** 1:4
**Why'd** 69:9
**William** 1:19
**WILLIAMS** 1:4
**window** 35:10 35:10
**witness** 4:6,8,11 38:16 43:6 51:19,25 62:3 72:20 91:19 94:3 95:7,15 95:21
**Woodbury** 2:9
**words** 48:2
**work** 9:18 14:15 15:2 18:2 21:16 25:2 26:2,6,20,23 27:8,14 28:18 50:2,7 51:10 58:5,9,10,11 71:24 78:9,9 78:13,14 84:6 85:3 86:19 88:21

**worked** 10:10 11:9,13 13:20 20:2 21:23 26:4 28:2 29:3 49:11 51:16 54:16 56:21 88:25
**working** 8:15 9:5 10:3,6,8,9 10:22 12:3,7 14:12 26:10,13 27:22 28:4 29:5,13 49:23 51:14 58:22 77:13 78:22 92:2,4
**works** 38:20
**wouldn't** 12:16 20:18 29:11 43:23 85:15 87:23
**write** 68:7 70:9
**writing** 53:16
**written** 47:22

**X**

**x** 1:3,14 94:2,7

**Y**

**yeah** 10:13 22:2 23:23 26:19 31:15 36:14,18 37:14 42:10,23 42:25 71:15 80:21 82:6 88:10 90:2
**year** 8:19 19:13 19:15 20:7,10 73:2
**years** 18:2,4,5 19:24,25 20:3 20:5 26:11
**Year's** 30:8
**York** 1:2,19,20 1:22 2:4,4,9 4:4,12 6:18 18:8,12,13 19:6,9,18,23 20:6,11 30:17 31:5,10,18 34:12 39:23 42:16 43:8 54:18,18,19,20 56:5 58:23 83:9,10
**York/New** 32:4
**YS** 1:11,12

**Z**

**Z** 4:10
**ZAIMI** 1:13

**$**

**$3** 72:15 79:20 80:15,16,18 81:8
**$4** 72:13 79:20 80:13,14,16 81:7

**0**

**055611-0002** 2:11

**1**

**1** 4:19 60:3 94:9
**1,200** 63:21
**10** 6:5 94:20
**10:15** 1:20
**100** 1:19
**10019** 2:4
**10038** 1:20
**103** 54:7
**104** 52:24
**1099** 6:4,7,10 71:7 74:8 75:3 94:20,21,22
**11** 6:8 74:7 94:21
**11211** 6:18
**11435** 1:24
**11797** 2:9
**12** 1:8 6:11 70:24 94:22
**12:00** 88:7
**12:42** 93:5
**135** 2:9
**15th** 56:22
**16th** 56:22
**17** 1:20
**17th** 95:7,22
**1700** 62:24

**2**

**2** 4:23 52:25 53:2,7 94:10
**200** 2:4
**201** 2:9
**2010** 6:4 12:9 14:11 27:17 28:3,12,19,22 29:2 71:7,12 71:22 72:9 73:5,18,20 78:19,20 79:16 79:17,25 81:15 82:3,9 94:20
**2011** 6:7 74:8,19 78:20 89:25 90:3 94:21
**2012** 6:10 8:20 8:21 9:19,22 10:2,12,16,19 11:13 53:25 54:4 75:3,10 78:20 94:22
**2013** 1:20 10:14 10:16,17,20 93:11 95:7,22
**215** 1:19
**225** 6:17

**3**

**3** 5:2 94:11
**3rd** 6:17
**3/15/2012** 47:19
**3/9** 47:19
**305** 1:23
**395** 11:3

**4**

**4** 5:6 6:17 60:7 94:4,9,10,12
**4th** 8:18 10:11 30:12,13
**4:00** 14:16 20:17 20:25 24:18 25:2,23 83:19 86:5,10,19 87:6,8 88:19 88:22 89:4,5 89:12,23,24 90:10
**4339** 1:8

**5**

**5** 5:11 54:18 60:9 94:11,12 94:14,14,16,17 94:18,19
**5th** 8:18 10:11 30:13
**5:00** 20:23,25 41:4 90:5,6,25 91:2,4
**5:30** 86:4,5,11 87:7,8,24
**51** 94:25
**57th** 2:4

**6**

**6** 5:15 94:16,20 94:21,22
**6:00** 20:23 21:2 39:16 86:4,5 86:11 87:7,9 87:25 90:5,6

**7**

**7** 5:18 94:17
**7:00** 15:10 21:2 30:24 31:6,20 31:23 35:9,14 36:4,7,25 37:8 37:15 39:15,16 39:17,20 57:2 57:19 85:14

**8**

**8** 5:22 94:18
**8:00** 15:10 30:24 39:15 91:8,10
**8900** 1:23

**9**

**9** 6:2 70:23 71:2 94:19
**9th** 56:22
**9:00** 30:24 31:7 31:21 34:21,25 35:5,6,9,14 39:17,20,25 57:2,20 85:14
**900** 2:4