1   STATES UNITED DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   ----------------------------------------x
    FERNANDO HERNANDEZ, KENNETH CHOW,
4   BRYANT WHITE, DAVID WILLIAMS, MARQUIS ACKLIN,
    CECILIA JACKSON, TERESA JACKSON,
5   MICHAEL LATTIMORE, and JUANY GUZMAN, Each
    Individually, And On Behalf Of All Other
6   Persons Similarly Situated,

7                          Plaintiffs,

8          -against-           Index No:
                               12 CV 4339 (ALC)(JLC)
9
    THE FRESH DIET, INC., LATE NIGHT EXPRESS
10  COURIER SERVICES, INC. (FL), FRESH DIET EXPRESS
    CORP. (NY), THE FRESH DIET - NY INC. (NY),
11  FRESH DIET GRAB & GO, INC. (FL) a/k/a
    YS CATERING HOLDINGS, INC. (FL) d/b/a
12  YS CATERING, INC. (FL), FRESH DIET EXPRESS
    CORP. (FL), SYED HUSSAIN, Individually,
13  JUDAH SCHLOSS, Individually, and ZAIMI DUCHMAN,
    Individually,
14                       Defendants.
    ----------------------------------------x
15

16                  EXAMINATION BEFORE TRIAL of

17  the Plaintiff, JUANY GUZMAN, taken by the

18  Defendant, pursuant to Notice, held at the

19  offices of Kaufman, Dolowich, Voluck & Gonzo

20  LLP, 100 William Street, Suite 215, New York,

21  New York 10038, on October 7, 2013, at 10:07

22  a.m., before a Notary Public of the State of

23  New York.

24

25

APPEARANCES:

THE HARMAN FIRM, PC
    Attorney for Plaintiffs
    200 West 57th Street, Suite 900
    New York, New York 10019

BY:   PETER J. ANDREWS, ESQ.

KAUFMAN, DOLOWICH, VOLUCK & GONZO LLP
    Attorneys for Defendants
    135 Crossways Park Dr., Suite 201
    Woodbury, New York 11797

BY:   YALE POLLACK, ESQ.

    FILE #: 055611-0002

---

JUANY GUZMAN, the witness herein,
having been first duly sworn by a Notary Public
of the State of New York, was examined and
testified as follows:

EXAMINATION BY
MR. POLLACK:

Q.   State your name for the record, please.
A.   Juany Guzman.
Q.   State your address for the record,
please.
A.   3760 Notch Street, Macungie,
Pennsylvania 18062.
Q.   Good morning, Mr. Guzman.
A.   Good morning.
Q.   Did I pronounce it correctly?
A.   Yeah.
Q.   My name is Yale Pollack.  I represent
the defendants in this action, and today I'm
going to be asking you a series of questions
regarding your claims in this action.  I have
just a few ground rules.
    Please answer all questions verbally so
the court reporter can take down your answer.
Wait for me to finish my question before

---

STIPULATIONS

    IT IS HEREBY STIPULATED AND AGREED by and
between the attorneys for the respective parties
herein, that filing, sealing and certification,
and the same are, hereby waived.

    IT IS FURTHER STIPULATED AND AGREED that
all objections except as to the form of the
question, shall be reserved to the time of the
trial.

    IT IS FURTHER STIPULATED AND AGREED that
the within deposition may be signed and sworn to
by an officer authorized to administer an oath,
with the same force and effect as if signed and
sworn to before the Court.

---

J. Guzman

answering, and if you don't understand any
question that I ask, please let me know.  I'll
rephrase it until we can come to an
understanding of what the question is.  If you
need to take a break at any time, please let me
know.  However, the only instruction I have is
that if I have a question pending, please
answer that question before asking to take a
break.
A.   Okay.
Q.   Do you understand those instructions?
A.   Yes.
    MR. ANDREWS:  The other thing is
    always let Yale finish the question
    before responding to it.  Don't talk at
    the same time.  Otherwise, she'll get
    very upset with you.
    THE WITNESS:  Okay.
Q.   Are you taking any medications today
that will affect your ability to truthfully
respond to my questions?
A.   No.
Q.   Are you under the influence of drugs or
alcohol right now?

---

J. Guzman

1
2    A.    No.
3    Q.    Is there anything else that you could
4    think of that would impair your ability to
5    truthfully respond to my questions today?
6    A.    No.
7    Q.    Did you review any documents to prepare
8    for today's deposition?
9    A.    No.
10   Q.    Did you speak with anyone to prepare for
11   today's deposition?
12   A.    No.
13   Q.    Are you currently employed?
14   A.    No.
15   Q.    What was your last occupation?
16   A.    I worked as a delivery driver for
17   The Fresh Diet.
18   Q.    When was that from?
19   A.    That was from the mid -- mid January.
20   That was 2000 -- I believe it was 2012. Mid
21   January to the end of June, mid June, around
22   there, of the same year.
23   Q.    You haven't had a job since June 2012?
24   A.    Yeah.
25   Q.    Did you work anywhere else before

J. Guzman

1
2    Q.    What did you do for Behr Paints?
3    A.    I was a filler, worked the line just
4    filling up the buckets with paint from the
5    machine.
6    Q.    How were you paid when you worked at
7    Behr Paints?
8    A.    I was paid by wages, like an hour, like
9    hour wages, by the hour.
10   Q.    Do you remember what the hourly wage
11   was?
12   A.    I believe it was $10 at that time.
13   Q.    Do you remember where Behr Paints was
14   located?
15   A.    It's Bryansville, Pennsylvania. I don't
16   have the exact address.
17   Q.    Can you spell the city?
18   A.    Oh, that's going to be hard. It's
19   Bryansville.
20   Q.    If you can't, that's fine.
21   A.    No, I don't have the exact -- how to
22   spell it.
23        MR. ANDREWS: It's Bryansville?
24        THE WITNESS: It's Bryansville,
25   yeah.

J. Guzman

1
2    The Fresh Diet?
3    A.    Yes.
4    Q.    Where did you work?
5    A.    I worked in Pennsylvania. I worked for
6    a couple different warehouses. I worked for a
7    Home Depot warehouse.
8    Q.    When was that?
9    A.    That was -- I don't know the exact
10   dates. Like I can't give you exact dates.
11   Q.    That's fine.
12   A.    I can be like more accurate, like
13   2000 -- 2009. That was about 2009. Then in
14   2011, I worked for Behr Paints.
15   Q.    B-E-H-R?
16   A.    Yeah. Yeah. Also in Pennsylvania.
17   Q.    Was Behr Paints your last job before
18   working --
19   A.    Yes.
20   Q.    -- for The Fresh Diet?
21        MR. ANDREWS: Make sure he
22   finishes the question, and then answer.
23        THE WITNESS: Oh, sorry.
24   Q.    -- for The Fresh Diet?
25   A.    Yes.

J. Guzman

1
2    Q.    Bryansville, PA?
3    A.    Yes.
4    Q.    How long have you lived in Macungie,
5    Pennsylvania?
6    A.    Since 2005.
7    Q.    You lived there when you worked for
8    Behr Paints, Home Depot, and The Fresh Diet?
9    A.    No. I worked there when I worked at
10   Behr Paint, the Home Depot, and when I started
11   working at Fresh Diet, I moved to Brooklyn.
12   Q.    When was that?
13   A.    That was November of -- November of
14   2011.
15   Q.    Where in Brooklyn did you live?
16   A.    I can provide an address if that's
17   better.
18   Q.    That would be.
19   A.    2975 Avenue W, Brooklyn, New York 11229.
20   Q.    Is there an apartment?
21   A.    Yeah. It's 5C, as in cat.
22   Q.    Who's apartment is that?
23   A.    My mother lived there at that time.
24   Q.    How did your employment with Behr Paints
25   end?

J. Guzman

1            J. Guzman
2    A.   It ended because it was by contract,
3  like -- I got the job by third party, and so
4  when the time that that third party ended their
5  contract with Behr Paints, you know, there was
6  no more work for me, so it was like a layoff.
7    Q.   Do you remember when that was?
8    A.   It was -- it was the year -- it was
9  in -- it was right before I moved to Brooklyn.
10 That was one of the reasons why I moved back to
11 Brooklyn. That's all I can recall for now.
12   Q.   Did you have a job waiting for you when
13 you moved to Brooklyn in November 2011?
14   A.   No.
15   Q.   Is it a residence in Macungie?
16   A.   Yes, a residence.
17   Q.   Do you own that residence?
18   A.   No, my stepfather does.
19   Q.   Are you married?
20   A.   No.
21   Q.   Have you ever been married?
22   A.   No.
23   Q.   Do you have any children?
24   A.   Yes.
25   Q.   How many children?

J. Guzman

1            J. Guzman
2    Q.   Do you live with your son?
3    A.   Yes, currently.
4    Q.   What's that?
5    A.   Currently, yes.
6    Q.   Where, in Macungie?
7    A.   Yes.
8    Q.   Do you know your son's mother's name?
9    A.   Yes.
10       MR. ANDREWS: Objection.
11 Don't answer that question.
12       MR. POLLACK: What's the basis?
13       MR. ANDREWS: Again, if you want
14 to call the court and ask Mr. Guzman to
15 start identifying the names of relatives
16 or people he's been in personal
17 relationships with, that's your call.
18 I'm advising him not to answer that
19 question.
20       MR. POLLACK: On what basis?
21       MR. ANDREWS: The court has the
22 discretion to --
23       MR. POLLACK: I understand that.
24 I'm asking what the basis for the
25 objection is.

J. Guzman

1            J. Guzman
2    A.   I have one son.
3    Q.   What's his name?
4        MR. ANDREWS: I'm going to
5  direct the witness not to answer. This
6  witness has a minor son. We are not
7  going to disclose the name of a three-
8  or four-year-old child in this
9  deposition. If you want to call the
10 court and ask the court to order this
11 witness to give us the name of his
12 four-year-old son, that's up to you, but
13 he's not going to answer that question.
14       MR. POLLACK: The objection's
15 noted. I'll leave it open for now. I'm
16 not going to call the court.
17   Q.   How old is your son?
18   A.   Four.
19   Q.   What's his birthday?
20   A.   It's June 12th.
21       MR. ANDREWS: Objection.
22   Q.   What year?
23   A.   It's June 12, I believe, '09.
24   Q.   Do you have any other children?
25   A.   No.

J. Guzman

1            J. Guzman
2        MR. ANDREWS: No possible
3  relevance to any issue in this case as
4  to what the name of the mother of
5  Mr. Guzman's four-year-old son is. I
6  cannot imagine how such a question could
7  possibly be relevant to anything.
8        MR. POLLACK: If we wanted to
9  nonparty her to verify Mr. Guzman's
10 testimony, you don't see how that could
11 be relevant information?
12       MR. ANDREWS: Put your request
13 in writing, and we'll consider it. He's
14 not going to provide the name of his
15 minor child's mother.
16       MR. POLLACK: Or the minor
17 child's name?
18       MR. ANDREWS: Certainly not the
19 minor child's name. If you want to go
20 to Judge Carter and ask Judge Carter to
21 order the disclosure of a four-year-old
22 boy's name, that's your decision. I
23 think it would be an interesting
24 conversation between you and the judge.
25       MR. POLLACK: You would be in

[4]  (Pages 10 to 13)

J. Guzman

1
2  part of it, so yes, it would be.
3  Q.   You were never married to --
4  A.   No, I wasn't.
5  Q.   -- the undisclosed individual?
6  A.   Uh-huh.
7       MR. ANDREWS:  Make sure you wait
8  for him, and answer verbally so she
9  takes down your answers.
10      THE WITNESS:  Okay.
11 Q.   Do you know where the mother lives?
12 A.   Yes.
13 Q.   Where is that?
14 A.   We live together.
15 Q.   How long have you lived together?
16 A.   Now, for two years.
17 Q.   Did you live with her during the time
18 that you were working for The Fresh Diet?
19 A.   Yes.  We got together around that time.
20 Yes.
21 Q.   Would she have information concerning
22 the hours you claim you were working for
23 The Fresh Diet?
24      MR. ANDREWS:  Objection.
25      Answer.  Answer the question, if

J. Guzman

1
2  you can.
3  A.   Yeah.  I would say she would for the
4  simple fact that she knew when I would leave
5  the house and when I would come back to the
6  house.  Other than that, you know, there's no
7  other information she could provide.
8  Q.   She would have that information though?
9  A.   Yeah.  She would say, you know --
10 because the time that I would leave the house
11 to go to work and the time that I would return
12 to the house.  I don't know if it's relevant
13 to --
14      MR. ANDREWS:  That's okay.
15 That's not your job.
16 Q.   What's her name?
17      MR. ANDREWS:  Objection.
18      If the defendants wish to
19 subpoena this person, please put that in
20 writing, and we will provide the
21 information.  The discovery's closing
22 soon.
23      MR. POLLACK:  Right.  That's why
24 I'm not looking to go back.  This is a
25 pretty ridiculous objection.  He just

J. Guzman

1
2  admitted that she knows the hours that
3  he claimed he was working.
4       MR. ANDREWS:  Do you intend to
5  subpoena --
6       MR. POLLACK:  I don't know.
7       MR. ANDREWS:  Let me finish the
8  question.
9       Do you intend to subpoena the
10 wives, the spouses, the girlfriends, the
11 brothers and sisters of the plaintiffs
12 in this case?
13      MR. POLLACK:  I reserve the
14 right to.
15      MR. ANDREWS:  Okay.  Put that in
16 writing and --
17      MR. POLLACK:  We're dealing with
18 a Friday deadline.  I don't know what
19 this issue is for providing the name of
20 someone similar to every name that other
21 plaintiffs have disclosed concerning
22 their significant others, their spouses,
23 their children.
24      MR. ANDREWS:  During a break in
25 the deposition, we will make a decision

J. Guzman

1
2  as to whether to give you that
3  information.  At this time, we're not
4  providing the names of spouses,
5  girlfriends, brothers, sisters, mothers,
6  fathers, daughters, and sons to you.
7       MR. POLLACK:  They have been
8  provided in other depositions, so I'm
9  unsure what the basis for the objection
10 is all of a sudden today.
11      MR. ANDREWS:  The fact that
12 you're seeking the name of a
13 four-year-old child --
14      MR. POLLACK:  That's not the
15 issue right now.
16      MR. ANDREWS:  -- is remarkable.
17      MR. POLLACK:  That's not the
18 issue right now.
19      MR. ANDREWS:  You asked the
20 question.
21      MR. POLLACK:  Okay, Mr. Andrews.
22 I'm asking for the name of the mother
23 who has knowledge of the hours.
24      MR. ANDREWS:  We will consider
25 providing that information.

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

J. Guzman

1
2  Q.   Can you describe your educational
3  background?
4  A.   Sure.  I finished high school, and I
5  attended Cornell University for a semester, and
6  then after I moved to Pennsylvania, I went to
7  Lehigh Carbon Community College, and I have a
8  degree in audio engineering.
9  Q.   What was the name of the community
10  college?
11  A.   Lehigh Carbon.
12  Q.   Did you graduate?
13  A.   Yes.
14  Q.   What year?
15  A.   That was '08.
16  Q.   You have a degree in what?
17  A.   Audio engineering.
18  Q.   Audio?
19  A.   Uh-huh.
20  Q.   Are you a United states citizen?
21  A.   Yes.
22  Q.   Were you born in the United States?
23  A.   No.
24  Q.   Where were you born?
25  A.   Dominican Republic.

J. Guzman

1
2  Exhibit 61, and I'm going to ask if you've ever
3  seen that document before today (handing).
4  A.   No, I haven't seen it before today.
5  Q.   Do you understand what your claims in
6  this action are?
7  A.   Yes.
8  Q.   What is your understanding of the claims
9  in this action?
10  A.   My understanding of the claim, it's for
11  the overtime and the time not -- not paid, and
12  I also feel very strong that I was retaliated
13  against, and that's basically all that I
14  understand.
15  Q.   When you say "overtime," what do you
16  mean?
17      MR. ANDREWS:  Objection.
18      You can answer.
19      THE WITNESS:  Yeah, that's okay.
20  A.   Time -- time that I was not compensated
21  for that I worked.  Like -- like during the
22  week, I worked more hours than like you would
23  work, you know.  I don't know how to explain it
24  that well but just hours that I worked over
25  forty hours, like weeks that I worked over

J. Guzman

1
2  Q.   When did you come to the United States?
3  A.   1990 -- 1991.
4  Q.   Where did you come to?
5  A.   New York, Brooklyn.
6  Q.   When did you become a US citizen?
7  A.   When I became eighteen.  2004, I believe
8  it was.  2004.
9  Q.   Have you ever been involved in any other
10  lawsuits?
11  A.   No.
12  Q.   I'm now going to show you a document
13  that's been previously marked for
14  identification as Defendant's Exhibit 13 on
15  September 20, 2013, and I'm going to ask for
16  you to look at that document, and then after
17  you had a chance to review it, tell me if
18  you've ever seen that document before today
19  (handing).
20  A.   No, I never even seen this document.
21      (Whereupon, Notice of EBT was
22      marked as Defendant's Exhibit 61, for
23      identification, as of this date.)
24  Q.   I'm now showing you a document that's
25  been marked for identification as Defendant's

J. Guzman

1
2  forty hours.
3  Q.   Over forty hours?
4  A.   Uh-huh.
5  Q.   Did you provide any documents to your
6  attorneys concerning your claims in this
7  lawsuit?
8  A.   I provided some documents.
9  Q.   What documents did you provide?
10  A.   Manifests from the work orders and some
11  pay stubs.  I believe that was, more or less,
12  it.
13  Q.   Do you know why you believe the
14  manifests were relevant to your claims in this
15  action?
16      MR. ANDREWS:  Objection.
17      If you can, answer.
18  A.   What's -- it's the only thing that we
19  had to do the work with, you know, so -- that's
20  the only way, you know, that I can show that I
21  was at a certain place at a certain time.
22  Q.   What would be on a manifest?
23  A.   The manifest would have the amount of
24  stops or deliveries.  It would also have the
25  name of the client, ID numbers, the way to

J. Guzman

1    conduct the delivery in detail.  Then it would
2    have a column for us to put the time that it
3    was conducted, the empty bags that were picked
4    up, and any comments that we had on that stop,
5    and then it has -- did I tell you about the
6    time?  It's a slot where you put the time for
7    the delivery.
8    Q.    Is it your testimony that you gave
9    manifests to your attorneys?
10   A.    I -- I handed a couple of them.  I
11   didn't have a lot because we would have to hand
12   them in to The Fresh Diet and Syed every
13   morning.
14        MR. POLLACK:  I'm going to make
15        a request for the production of those
16        manifests.
17        MR. ANDREWS:  That's for me to
18        take care of.
19        THE WITNESS:  Okay.  No problem.
20   Q.    Are you aware of the company Late Night
21   Express Courier Services, Inc.?
22   A.    No.
23   Q.    Have you ever heard of that company?
24   A.    It -- I haven't heard of it, but I could

J. Guzman

1    see that in my checks it would say that with an
2    address.  I don't recall the address, but I
3    never heard anybody say that.
4    Q.    When you say it would appear on your
5    checks, what do you mean?
6    A.    On my -- when I got paid, it would
7    appear, the name on the checks.
8    Q.    Late Night Express Courier Services,
9    Inc. would be on your checks?
10   A.    Yes.
11   Q.    You testified that you became a delivery
12   driver for The Fresh Diet in about mid
13   January 2012, correct?
14   A.    Yes, it was about mid January.
15   Q.    How did you hear about the position?
16   A.    Well, when I moved here to New York, I
17   was searching for a job, and a friend of mine,
18   he said that they were looking for drivers at
19   the company, and so I came in, and I met
20   Syed Hussain, and I filled out an appointment
21   application, and then he asked me to come back
22   and bring in a copy of my driver's license and
23   abstract record, which is the driving record.
24   I -- together with filling out the application,

J. Guzman

1    I handed in those two documents, which he made
2    photocopies of.
3        (Whereupon, Driver's license was
4        marked as Defendant's Exhibit 62, for
5        identification, as of this date.)
6    Q.    I'm now showing you a document that's
7    been marked as FD000165 and now marked as
8    Defendant's Exhibit 62 for identification
9    (handing).
10        I'm going to ask if you've ever seen
11   that document before today.
12   A.    Yes.
13   Q.    What is that document?
14   A.    My driver's license.
15   Q.    Is that the driver's license you would
16   have shown to Syed in January 2012?
17   A.    Yes.
18   Q.    You say you submitted this and a
19   driver's abstract?
20   A.    Yes, a driving record.
21   Q.    Were there any other documents that you
22   submitted?
23   A.    At that time, no.
24        MR. ANDREWS:  Objection.

J. Guzman

1        He also said an employment
2        application.
3    A.    Oh, yeah.  I handed in the application
4    that I had to fill out and -- together with the
5    driver's license and the abstract record.
6        And then later on, like about a week
7    later, when I got a call to come in, then he
8    told me that I would get a certain route, and
9    he asked for me to fill out a -- like a tax
10   form and like where you put dependents and
11   stuff like that, and also, I had to do a
12   photocopy of my Social Security card.
13        (Whereupon, Social Security card
14        was marked as Defendant's Exhibit 63,
15        for identification, as of this date.)
16   Q.    I'm now showing you a document that's
17   been marked for identification as Defendant's
18   Exhibit 63, Bate stamp number FD000167, and I'm
19   going to ask if you've ever seen that document
20   before today (handing).
21   A.    Yes.
22   Q.    What is that document?
23   A.    That's a copy of my Social Security
24   card.

[7]  (Pages 22 to 25)

J. Guzman

Q.    Is that a copy of the Social Security card you were referring to earlier that you later submitted to Syed?

A.    Yes, the same Social Security card.

Q.    Now I'm going to show you a document that's been previously marked for identification as Defendant's Exhibit 4 on September 17, 2013, and I'm going to ask if you've ever seen that document before today (handing).

A.    No.

Q.    I'm now showing you another document that has been previously marked for identification as Defendant's Exhibit 5 on September 17, 2013, and I'm going to ask if you've ever seen that document before today (handing).

A.    No.

Q.    Do you recall ever entering into any type of agreement with Late Night or The Fresh Diet?

A.    No, I never did any agreement with either party.

Q.    I'm now showing you a document that's

J. Guzman

A.    Yes. I was still living in Pennsylvania at that time.

Q.    You were working for Behr?

A.    Yes.

Q.    During your initial meeting, had anything come up in your discussion with Mr. Hernandez about obtaining employment in Brooklyn?

A.    No.

Q.    Do you recall when Mr. Hernandez told you about the driver position in New York?

       MR. ANDREWS:  Objection.

A.    I don't recall the exact date of that.

Q.    Do you recall a month and year?

A.    It was in January.

Q.    Of 2012?

A.    Yes.

Q.    Where did you go to meet Syed for the first time?

A.    At the warehouse, at the kitchen.  I believe it's -- I don't know the address. Baltic, I believe it was.

Q.    Baltic?

A.    Yeah, the one where -- the one I

J. Guzman

been marked for identification previously as Defendant's Exhibit 18 on September 20, 2013, and I'm going to ask if you've ever seen that document before today (handing).

A.    No.

Q.    Who was the friend that you were referring to earlier that told you about the position?

A.    That would be Fernando Hernandez.

Q.    How did you know Mr. Hernandez in January 2012?

A.    Well, I -- I met Mr. Hernandez by another mutual friend about a year before that.

Q.    Who was the other mutual friend?

A.    Johnny Falcones.

Q.    Did Mr. Falcones ever work for The Fresh Diet?

A.    No.

Q.    Where did you meet Mr. Hernandez?

A.    At his house.

Q.    Where was that?

A.    That was in Brooklyn.

Q.    Were you employed at the time you initially met Mr. Hernandez?

J. Guzman

was working at.

Q.    Did you only work out of one facility?

A.    Uh-huh.

       MR. ANDREWS:  Say yes.  Don't say uh-huh.

A.    Oh, sorry.  Yes.

Q.    That's the one on Baltic in Brooklyn?

A.    Yes.

Q.    How long after your meeting with Syed did you first perform any duties for The Fresh Diet?

A.    It was a week later.

Q.    How did you learn to perform duties that week later?

A.    Well, Syed would tell you there was -- he -- he just told me like what I had to do when I come in and the rules to follow.

Q.    What did he tell you that you had to do when you came in?

A.    He told me when you come in, you first come to me, and you pick up the manifest because they had like mailboxes, which had like -- instead of having names, it had like the routes, and so the manifests would be

J. Guzman

1  already inside that route together with keys or
2  anything that -- that I need or anyone needed
3  to do the route.  So I would go to him.  He
4  told me just come to me.
5       He assigned to me a specific route, and
6  so -- so in the beginning, I did not know how
7  to -- how to map out the route, so he would
8  show me exactly how I should map out the route.
9  And then he showed me that I had to go to the
10  kitchen where the freezer was at, and he showed
11  me how to put the bags full of food in a bin
12  and to make sure to check for every single bag
13  to have a bag tie, and then he told me, at that
14  time, that if the bag that had to be bag tied
15  did not have a bag tie and they had a complaint
16  by the client that I would be docked a certain
17  amount of dollars, which I don't have -- I
18  don't recall the exact amount.  I believe it
19  was $50, but I don't want to, you know, say
20  something that I don't recall perfectly.
21       After that, he showed me how to put all
22  the bags in the car the proper way so that they
23  wouldn't have to be crushed or any of the food
24  would be damaged.  Then he showed me how to

J. Guzman

1  Q.    Was there a particular route that you
2  were assigned in the beginning of --
3  A.    Yes.  It was actually this area,
4  Downtown.  It was from about 20 -- like 23rd
5  Street down.
6       MR. ANDREWS:  When you say "this
7       area," you mean Lower Manhattan?
8       THE WITNESS:  Yeah, Lower
9       Manhattan.  Yeah.
10  Q.    Was your route exclusively in Manhattan?
11  A.    Yes, because when -- when I got hired,
12  he -- when I sat down with him to fill out the
13  application, he specifically asked me, I need a
14  driver for Manhattan, and that's what my duty
15  were.
16  Q.    Did the route ever change?
17  A.    Yes.
18  Q.    When?
19  A.    It changed after -- after -- after Syed
20  like -- after Syed found out that I had a
21  claim, I was part of a claim.
22  Q.    Do you remember when that was?
23  A.    That was actually like -- like a month
24  before -- like almost a month -- I don't want

J. Guzman

1  take the manifests and write the time, the
2  comment, if I picked up the bags, how many.
3  And then another thing he told me is to call
4  him if I had any situation during the route,
5  and then -- I had to finish by 5:00 a.m. in the
6  morning.  The last stop had to be by 5:00 a.m.
7  in the morning.
8       And then he asked me after I finished
9  the last stop for me to text in the bag count
10  of how many bags were delivered, how many bags
11  were picked up.  And then he asked me to return
12  to the warehouse to return the empty bags that
13  had ice packs and put the ice packs where they
14  went, and that's all I can recall for now.
15  Q.    How long did that explanation by Syed
16  take?
17  A.    I would say the first day it was an hour
18  and a half, but it took me about a week of
19  Syed, you know, more or less, explaining to me
20  the best way to -- to do my duties.  It took me
21  about a week to actually, you know -- then I
22  was like, you know, I can actually do this, and
23  I learned the way that they wanted everything
24  to be done.

J. Guzman

1  to say the exact date, but it was almost a
2  month before he was served, before they were
3  served.  It was almost like a month before,
4  before that.
5  Q.    Do you remember what month in 2012 that
6  may have been?
7  A.    I don't -- I don't recall.  I rather not
8  say what I don't recall exactly.  I know it was
9  almost like thirty days.
10  Q.    Between the time you started and the
11  time your route allegedly changed, did you
12  always do the same route?
13  A.    Yes.
14  Q.    Did that route have a name?
15  A.    I don't recall the name.  I don't
16  recall, right now, the name of the route.
17  Q.    Do you remember how many stops were on
18  the route?
19  A.    It varied.  It was anywhere from forty
20  something stops to like eighty stops, seventy
21  stops.
22  Q.    Is that in one night?
23  A.    Yes.
24  Q.    Did anyone else perform the route with

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

J. Guzman

1  you?
2  A.   No.
3  Q.   Were you compensated for the work you
4  performed?
5  A.   Yes.
6  Q.   How were you compensated?
7  A.   It was, I believe, $3 per -- per
8  delivery.  Or actually -- let me just -- per
9  stop, not per delivery.  Per stop, because
10  sometimes you would do three or four deliveries
11  to the same apartment.  You don't get paid for
12  the different clients.  It was just for going
13  there for the stop.
14  Q.   If there were multiple clients in one
15  building, is it your testimony that you would
16  only get paid for the stop at that building?
17  A.   No.  If there was multiple families in
18  that building, you would get paid for the
19  multiple families, but let's say, for example,
20  you and your wife would order as two different
21  clients, you know, it would be paid by that
22  stop to that one --
23  Q.   Residence?
24  A.   -- place.

J. Guzman

1  A.   Yes.
2  Q.   If you didn't receive a call that food
3  was completed earlier, you would show up at
4  5:00 p.m.?
5  A.   Yes, if we had --
6       MR. ANDREWS:  Objection.
7  Q.   Yes?
8  A.   Yes, I had to show up at 5:00.
9  Q.   Was it your testimony that it usually
10  was not finished earlier?
11  A.   Yeah, it was usually not finished on
12  time.
13  Q.   When you say "on time," what does that
14  mean?
15  A.   Like, you know, the food to be there
16  early during the day.  It was usually -- you
17  know, you get there -- I would get there at
18  5:00 and won't leave the warehouse until like
19  7:00 at night.
20  Q.   If you arrived at 5:00 but you weren't
21  going to leave until 7:00, what would you do
22  between 5:00 and 7:00?
23  A.   Well, we prepare -- I would prepare for
24  the route the way that Syed told me in the

J. Guzman

1       Yeah.  It's not by clients, and it's not
2  by bags.  It was by stops.
3  Q.   If there were multiple apartments within
4  one building --
5  A.   Yes.
6  Q.   -- you would get paid for a stop at each
7  of those apartments in the building?
8  A.   Yes, correct.
9  Q.   What time would you show up to perform
10  your deliveries?
11  A.   The time varied.  It's anywhere between
12  3:00 and 5:00.  No later than 5:00.  5:00,
13  5:30.
14  Q.   3:00 p.m. to 5:00 p.m.?
15  A.   Yeah, but it varied because if the food
16  was done earlier or -- I would rather, you
17  know, start as soon as possible.  So once I was
18  noticed that the food was, you know, there
19  earlier, I would try to start earlier.
20       But if I did not get a call that the
21  food was done earlier, which was most of the
22  case, I would -- I had to make sure that I was
23  there at 5:00.
24  Q.   5:00 p.m.?

J. Guzman

1  beginning and would help pack -- pack the food,
2  would help -- or order the food by numbers and
3  stuff, like by routes.  So we'll help with
4  that.
5  Q.   Were there other people who were
6  assigned to packing the food in the bags?
7  A.   I don't -- there was -- I believe there
8  was -- I don't know exactly.  I can only say
9  what I saw.  I know there were employees
10  that -- that worked at the facility.  They
11  don't do deliveries, and they were the ones
12  that packed the food, but when they were
13  running late on the -- you know, on the stuff,
14  then I had to help pack the food.
15  Q.   When you say you had to help pack the
16  food, what do you mean?
17  A.   Syed would ask -- would ask us to help
18  pack the food and to sort it.
19  Q.   When you say "us," who are you referring
20  to?
21  A.   The entire drivers that were there.
22  Q.   Typically, what time would you leave the
23  warehouse to start the deliveries?
24  A.   Around 7:00 p.m. typically.

American Stenographic
Telephone:718-291-6600                    www.Americansteno.com

J. Guzman

1   There were times where there was an
2   exception where it was a lot later, but that
3   was because, you know, the food was not ready
4   and we had to wait.  Normally, it was 7:00 I
5   would be out.
6   Q.    Did you always arrive at 5:00 p.m., the
7   latest?
8         MR. ANDREWS:  Objection.
9   Q.    You can answer.
10        THE WITNESS:  Can I answer or --
11        MR. ANDREWS:  You can answer.
12        If you can answer, go ahead.
13        THE WITNESS:  Yeah, it's just
14        the facts.
15  A.    I would say ninety-eight percent of the
16  time.  There was probably one or two instances
17  when I probably arrived late to work like
18  anyone would arrive, you know, late to work,
19  but at that time, I would always be in contact
20  with Syed and let him know the situation and
21  the time I can be at work, and the latest one
22  day was like -- I got there 7:00, so I got out
23  by like 9:00, 9:30.  But like I said, every
24  time -- any time if that happened, I would text

J. Guzman

1   Syed prior to getting there.
2   Q.    Is it your testimony the latest you ever
3   showed up was 7:00 p.m.?
4   A.    Yeah, around 7:00, 7:00 p.m.
5   Q.    How many times did that happen?
6   A.    Not too frequently.  Probably like --
7   like I said, from the time I was working there,
8   probably like two or three times, not frequent.
9   Q.    What time would you typically end your
10  delivery route?
11  A.    That question, it's -- I don't know
12  which answer you want because there's like two
13  answers to that question.
14        MR. ANDREWS:  Just explain
15        everything.
16        THE WITNESS:  Okay.
17  A.    So, for example, I would finish my route
18  before 5:00 a.m.  Typically, I would finish
19  around 3:30, but when I'm talking about the
20  route, it's finishing at the client's door
21  around that time, and when it was eighty stops,
22  of course, that would take me up to 5:00 in the
23  morning.  5:10, 5:05, you know, I was there
24  because it's a lot of work.  But when there was

J. Guzman

1   less work, it would be around 3:00, 3:00 a.m.
2   But like I said, that's at the client's door.
3         Then you have to drive, from whichever
4   client it was, whether it was in the city, back
5   to the warehouse and do the duties of taking
6   the ice, putting it where it goes, the bags,
7   putting it where they go, and finishing the
8   paperwork and putting it in the bin for Syed
9   and texting him and stuff.  So, you know,
10  that's extra time that -- you know, so I don't
11  know which answer you want.
12  Q.    For the deliveries themselves -- and
13  again, that's from first door to the last
14  door -- what would you say the typical night
15  would consist of from the first stop to the
16  last stop?
17        MR. ANDREWS:  Objection.
18        You can answer.
19  A.    I would say -- well, I don't have a
20  specific time frame.  I would say if it was
21  like the -- like a short route, like I said,
22  the night was not so many stops, I would say it
23  would take about eight hours, seven hours to
24  complete the route depending on traffic.

J. Guzman

1         Like Monday was a lot easier.  Even
2   though we had more work, it was a lot easier to
3   do it, but going to Wednesday to Friday, those
4   were like a lot of traffic, so it would take
5   longer.
6         And then when I had those nights that I
7   had like eighty, seventy bags, that would take
8   about ten hours for me to complete.  So it all
9   depended on how many stops for that night.
10  Q.    When you said it could take seven to
11  eight hours, what time period are you referring
12  to?
13  A.    From the time that I was getting to the
14  client's house to the time that you were
15  finishing to come back to the warehouse.
16  Q.    Would that be from 7:00 p.m. to
17  3:00 a.m.?
18  A.    More or less, yes.  It would be from
19  7:00 to whenever I was finished.
20  Q.    When you say it would take ten hours,
21  what span are you looking at?
22  A.    That's when we had -- remember I told
23  you there were times where I had eighty,
24  seventy bags?  That's like almost double the

American Stenographic
Telephone:718-291-6600                 www.Americansteno.com

J. Guzman

1 forty bags, so that would take a lot more time
2 because we have to drive.  So that one was like
3 a couple hours more, like two, three hours
4 additional.
5 **Q.**    That may take from 7:00 p.m. until
6 5:00 a.m.?
7 **A.**    Yes, exactly, 5:00, 5:15.  Like cutting
8 it real close to 5:00, like after 5:00, like
9 right there.
10 **Q.**    Where was the last stop on the route
11 that you drove from January until --
12 **A.**    Well, the --
13         MR. ANDREWS:  Objection.
14 **A.**    The last stop -- I can't tell you what
15 was the last stop because, you know, it varied
16 depending on the client.
17 **Q.**    You were assigned from 23rd Street
18 below, right?
19 **A.**    Yes.
20 **Q.**    When you would start your route, where
21 would you start?
22 **A.**    I typically -- I typically would do from
23 north to south because of traffic.
24 **Q.**    You're saying from 23rd --

J. Guzman

1 **A.**    I had deliveries here on Williams as
2 well.
3 **Q.**    Did you only deliver to residential
4 buildings, or did you also deliver to office
5 buildings?
6 **A.**    There were office buildings also, yes.
7 **Q.**    Were you responsible for the West to
8 East Side?
9 **A.**    No. No.
10 **Q.**    What was your --
11 **A.**    It was mainly the West, West Side.
12 **Q.**    The West Side --
13 **A.**    Yeah.
14 **Q.**    -- of Lower Manhattan?
15 **A.**    Yes, it was mainly.  There was a couple
16 of stops that were not on the West Side, but it
17 was mainly the West Side.
18 **Q.**    How far was your first stop from the
19 Brooklyn facility?
20 **A.**    In -- in miles?
21 **Q.**    In time, driving time.
22 **A.**    I can't -- I can't have an answer for
23 that because it all depends on traffic.
24 **Q.**    What was the quickest it could take?

J. Guzman

1 **A.**    Down.
2 **Q.**    -- south?
3 **A.**    Yes.
4         And a lot of the stops were in this
5 area, and I'm sure you're familiar with this
6 area.  During the day, you can't get into like
7 Wall Street, you know, like when you driving a
8 car.  So, you know, it would be -- well, Syed
9 recommended me to start -- you know, told me
10 start north and go south, and then that way,
11 you know, you get there in the night -- you
12 know, in the morning time, and you can just
13 leave your car double-parked, and, you know,
14 the police doesn't -- won't bother you.  So I
15 would end up in this area.
16 **Q.**    When you're saying "this area," you're
17 saying the area around --
18 **A.**    Like Wall Street.
19 **Q.**    -- this office building?
20 **A.**    Yeah, around this office building.  Yes.
21         MR. ANDREWS:  And you said the
22 Wall Street area.
23         THE WITNESS:  Yeah, like Wall
24 Street.

J. Guzman

1 **A.**    The quickest? I would say
2 twenty minutes, twenty-five minutes.
3 **Q.**    What's the longest it could take?
4 **A.**    Hour or over an hour, especially when
5 there was construction.  I remember that.
6 **Q.**    Were there any particular bridges or
7 tunnels that you took to get from Brooklyn to
8 Manhattan?
9 **A.**    It would be Brooklyn or Manhattan Bridge
10 depending on which one they were not working
11 on.
12 **Q.**    You didn't incur tolls when you
13 performed your delivery?
14 **A.**    No.
15 **Q.**    When you were finished, what was the
16 quickest it could take for you to get from your
17 last stop back to the Brooklyn facility?
18 **A.**    The quick -- about fifteen minutes.
19 **Q.**    What about the longest?
20 **A.**    About an hour.
21 **Q.**    How many days of the week did you
22 perform deliveries?
23 **A.**    I performed deliveries from Sunday to --
24 I would come on Friday nights going into

J. Guzman

1  Saturday morning, and that was for about three
2  months of the time that I was there, the first
3  three months.  And then after, about those
4  three months, I -- I had a conversation with
5  Syed, and based on that conversation, I was
6  only doing Sunday to Thursday, you know, going
7  into Friday morning, but I did not have to come
8  in on Friday evening to Saturday.
9  **Q.**   Is it your testimony that it went from
10  six nights a week to five nights a week?
11      MR. ANDREWS:  Objection.
12  **A.**    It went -- it went -- no.  It went from
13  Sunday, you know, afternoon/evening, to
14  Saturday in the morning, and after I had the
15  conversation with Syed, it went from Sunday
16  afternoon/evening to Friday morning.  You know,
17  I would come in Thursday in the evening, finish
18  Friday morning.  I did not have to come in
19  Friday afternoon to do into Saturday.
20  **Q.**   I just want to get this clear.
21      From January 2012 until three months
22  later, it would be April 2012?
23  **A.**    More or less, yeah.
24  **Q.**   How many nights a week were you working?

J. Guzman

1  **Q.**   We have six nights, right?
2      Is it fair to say --
3  **A.**    I believe it's -- yeah, it's six nights
4  that I would come in.
5  **Q.**   And perform deliveries?
6  **A.**    Yes.
7      When I had the conversation with Syed,
8  we agreed to -- well, he agreed to -- for me to
9  come in five nights then.
10  **Q.**   It went from six to five nights?
11  **A.**    Yes.  I did not come in on Friday,
12  Friday evening.
13  **Q.**    That would last from about April 2013
14  until about June 2012?
15  **A.**    Yeah, until I was there.
16  **Q.**    This reduction in a night, is this about
17  the same time you're claiming that your route
18  changed?
19  **A.**    No.  No.
20  **Q.**   Did this happen before Syed learned of
21  the lawsuit?
22  **A.**    Yes.
23  **Q.**   How did that happen?
24  **A.**    How did that night got taken down to --

J. Guzman

1  A night being starting your route on, I
2  understand, the one day and finishing the next
3  day of the week.
4  **A.**    That's what I'm saying.  I'm saying --
5  **Q.**   You're saying Sunday night, right?
6  **A.**    Uh-huh, Sunday night.
7  **Q.**   Monday night?
8  **A.**    Monday night.
9  **Q.**   Tuesday night?
10  **A.**    Tuesday night.
11  **Q.**   Thursday night?
12  **A.**    Thursday night.
13  **Q.**   Friday night?
14  **A.**    Friday night.
15      MR. ANDREWS:  Did we miss
16  Wednesday?
17      THE WITNESS:  Yeah.  Yeah, we
18  did.
19  **A.**    Sunday night, Monday night, Wednesday
20  night, Thursday night, Friday night.
21  **Q.**   And Tuesday night?
22  **A.**    I missed Tuesday?
23      MR. ANDREWS:  You missed
24  Tuesday.

J. Guzman

1  **Q.**   Yes.
2  **A.**    I came -- I had a good relationship with
3  Syed, so I came in one day, and I asked Syed if
4  I could speak with him because I had a personal
5  situation with my son, and I asked Syed -- I
6  told Syed my son's babysitter, which was his
7  grandmother at that time, she's a little bit
8  older, was not able to take care of my son on
9  Fridays.
10      And so I asked Syed if it was possible
11  -- I asked if it was not going to put a burden
12  on the route, on, you know, getting the work
13  covered, if it was possible for I to have that
14  one day off until I can resolve the issue with
15  the babysitter since I didn't have anybody else
16  in New York that could have, you know, helped
17  with me that situation at that time, and he
18  told me the next day that it was okay.
19      MR. ANDREWS:  I don't want to
20  break up your questioning.  We should
21  take a break in a few minutes, but
22  please, ask your questions.
23  **Q.**   It was your request to work one less
24  night per week?

J. Guzman

1  A.   I did not request.  I said this is the
2  situation that I have, if it doesn't, you
3  know -- I always respect Syed and the work that
4  he did there, so I asked if it did not
5  interfere, you know, it was not going to cause
6  any problem with, you know, the work --
7  because, you know, at that time, I said if it's
8  possible if I can have it.  So it's not like I
9  requested and I said you must, you know.
10       I asked very nicely, and a day later, he
11  said he figured everything out.  He said yes,
12  it would be okay for you come in next week, but
13  after that, you don't have to come in on
14  Fridays until you can find a babysitter.
15  Q.   You wanted to work?
16  A.   Yeah, I wanted to work.  I just
17  couldn't.  I was willing -- I wanted to work,
18  but I had that burden at that time.
19  Q.   At that point, you only worked five
20  days?
21  A.   Five days, yes.
22  Q.   Five nights?
23  A.   Five nights.
24       MR. POLLACK:  We'll take a break

J. Guzman

1  for Mr. Andrews right now.
2       (Whereupon, a recess was taken
3  at this time.)
4       MR. ANDREWS:  Mr. Pollack,
5  Mr. Guzman is prepared to tell you the
6  name of the mother of his four-year-old
7  son.  As I did mention to you, however,
8  during the break, if the defendants
9  start issuing subpoenas to girlfriends
10  and boyfriends and spouses of the
11  plaintiffs, we will seek on appropriate
12  protective order, but to move this
13  process along, Mr. Guzman, if you ask
14  him, will tell you the name of the
15  mother of his four-year-old son.
16  Q.   Can you please provide the name of the
17  mother of your son?
18  A.   Sure.  Andrea Rodriguez.
19  Q.   What's her current residence?
20  A.   3760 Notch Street.
21  Q.   In Macungie?
22  A.   Macungie, Pennsylvania.
23  Q.   Earlier, you also said, as part of your
24  claims, that you feel you were retaliated

J. Guzman

1  against; is that correct?
2  A.   Yes.
3  Q.   Can you explain what you mean by that?
4  A.   Yes.  When I was hired, I was
5  specifically hired to work in the city, in
6  Manhattan.  Once Syed found out about that
7  there was something, you know, going on as a
8  claim, I was drastically shifted of everything
9  that I used to do.  Like he would give me weird
10  routes, like, you know, Long Island, Queens,
11  Brooklyn, just different places.
12       And once they were served, I went from
13  doing those forty stops to doing three, two
14  stops in the city, one stop in one night, to
15  then a week later, Owen, which was his
16  assistant, would call me and say there's
17  nothing for you.  And then I would still wait,
18  and Owen would call me early.  He would make
19  sure even before I come, he would tell me
20  there's nothing for you today, and the next
21  day, there's nothing for you until one day --
22  there was one day where, you know, I did not
23  get that call.  Like usually, they would call
24  me early, like 11:00 in the morning or

J. Guzman

1  whatever, I did not get that call.  So
2  protocol, you know, drive to the facility and
3  show up for work.  And when I was getting
4  there, then Owen called me and said we have no
5  work, don't come back.  And I asked
6  specifically to Owen does that mean, there's no
7  work today, or what is it because, you know,
8  this has been going on -- sorry I have to turn
9  this off.
10       MR. ANDREWS:  Do you want to
11  turn that off?
12       THE WITNESS:  Yes.  Sorry about
13  that.
14  A.   I asked -- I asked, you know, what's
15  going on because it's been such a long time,
16  and I got pretty upset that day because I was
17  there almost getting to the facility, a couple
18  blocks away, and I was in traffic and
19  everything to get there from where I lived, and
20  he told me that, but then he said no, there's
21  just nothing.  And he didn't say if it was for
22  that day or don't come back.
23       And then it was a point where they would
24  not call me.  I would call in, you know,

J. Guzman

1   because now I don't want to do that drive and
2   then show up and the same thing happen because
3   I didn't have money for -- to keep fueling the
4   car just to do a trip, you know, for nothing.
5   So I would call and no, we don't have nothing,
6   nothing, nothing.  And in good sense, if you're
7   smart and somebody's telling you that for
8   two weeks, two weeks and a half, you know that,
9   basically, they're just saying, you know,
10  you're fired, but they don't want to say it
11  because you can't just call somebody all the
12  time and they just neglect you, neglect you.
13  **Q.**   Did you receive any routes after Syed
14  was served?
15  **A.**   Yes.
16          MR. ANDREWS:  Objection.
17  **A.**   Yes, I received routes after Syed was
18  served, but the routes were two stops, four
19  stops, eleven stops where -- where the amount
20  of pay for the day was more than the expenses
21  of gas.
22  **Q.**   Do you know what day they were served?
23  **A.**   I don't recall at this time.  I don't
24  recall the exact date.

J. Guzman

1   **Q.**   Do you recall the month?
2   **A.**   No, I don't recall the month right now.
3   We can look, but I don't recall the month.
4          (Whereupon, Injunctive affidavit
5          was marked as Defendant's Exhibit 64,
6          for identification, as of this date.)
7   **A.**   The question that you asked before, just
8   something else I could add on that I actually
9   missed.
10  **Q.**   What question is that?
11  **A.**   Why did I feel that I was retaliated
12  against.
13  **Q.**   Go ahead.
14  **A.**   Another big thing was before he found
15  out, about a month before he found out that
16  there was something, you know, boiling up as a
17  claim, I was -- one day, I came in, Syed called
18  me into the office, and he asked me that -- he
19  was looking for someone to be his assistant,
20  and he offered me the position, which at that
21  time, I did not take the position.  And he was
22  offering me a position as an assistant, which
23  from what I recall, what he offered was for me
24  to come in early, set up everything, like, you

J. Guzman

1   know, make sure that the manifests are printed,
2   that the -- that the food was, you know,
3   getting prepared and everything.  And he
4   offered me -- to pay me $10 an hour for that
5   part of the duty, and on top of that, I would
6   have my regular route, which, at the time, I
7   did not take for the reason that it was too
8   much work, you know.
9          I always like to do the work the right
10  way.  I don't want to take things that I cannot
11  do because I like to like make a commitment.
12  You know, if I do something, I want to do it
13  the right way.  I don't like to slip up, and I
14  felt, at that time, doing such a long route and
15  then coming in in the morning to do that, that
16  would be like a -- very hard to do.  So I did
17  not take the position at that time.
18         And where I was trying to go with that
19  is, you know, why were you offering me that
20  position that day and then once you find out
21  that there's something, now, you know -- now
22  you giving me three stops, four stops, five
23  stops.  It never made sense to me.
24  **Q.**   Now I'm going to show you a document --

J. Guzman

1   **A.**   Sure.
2   **Q.**   -- that's been marked for identification
3   as Defendant's Exhibit 64 (handing).
4          I'm going to ask you to take a look at
5   that document, and then let me know if you've
6   ever seen that document before today.
7   **A.**   Yes, I've seen this document.
8   **Q.**   Is that your signature on the fifth page
9   of the document?
10  **A.**   Yes, on the right-hand side.  Yes.
11  **Q.**   Did you sign this document on
12  July 9, 2012?
13  **A.**   I believe so, yes.
14  **Q.**   What do you understand this document to
15  be?
16  **A.**   It was my affidavit.
17  **Q.**   Did you sign multiple affidavits in this
18  case?
19  **A.**   I don't recall.  I believe -- I believe
20  I did two, but I don't recall the exact amount.
21  **Q.**   Do you remember what you were signing
22  this affidavit for?
23          MR. ANDREWS:  Objection.
24  **A.**   Right now, I don't recall.  I would have

American Stenographic

J. Guzman

1  to, you know, go over it with you.  I do not
2  recall.
3        MR. ANDREWS:  I just want to
4     emphasize, do not disclose conversations
5     that you've had with your attorneys.
6  **Q.**   Did you prepare this document?
7        MR. ANDREWS:  Objection.
8  **A.**   I did not prepare the document.  Like I
9  did not write it down.  I sat down with my
10  attorney.
11  **Q.**   Were you with Mr. Hernandez when you sat
12  down with your attorney?
13  **A.**   No.
14  **Q.**   Looking at paragraph 9 --
15  **A.**   Okay.
16  **Q.**   -- do you see in that paragraph it
17  refers to a Route P?
18  **A.**   Yes.
19  **Q.**   Is that the route that you were assigned
20  to from January 2012 until about June 2012?
21  **A.**   I believe so, yes.  I believe that was
22  the name.
23  **Q.**   Is this the route that you testified can
24  vary between forty and eighty stops --

J. Guzman

1  the beginning, there's a mailbox, right.  So in
2  the mailbox, it has like the letters.  So you
3  would pick up the manifests from where that
4  mailbox is at.  So when I started there, I was
5  handed Route P.  So I would go straight in,
6  just grab the keys and whatever was on that
7  mailbox.
8        So even though Syed would change the
9  stops to other places, whatever he wants to do,
10  I would always pick up the route, the paper on
11  Route P.  So that's why I state here that I had
12  Route P because I would always go and pick it
13  up from that mailbox.  There was nothing that
14  would say the name of the route.  It was just
15  the mailbox.
16  **Q.**   Understood.
17        Do you see paragraph 11?  It says,
18  "During this time, I typically worked six days
19  a week".
20        Do you see that sentence?
21  **A.**   Yes.
22  **Q.**   What do you mean by that?
23  **A.**   I was explaining to you before.  You
24  know, I was going in in the afternoon and come

J. Guzman

1  **A.**   Yeah.
2  **Q.**   -- on a night?
3  **A.**   Yes.
4  **Q.**   Is there a particular night during the
5  week that it would have forty stops as opposed
6  to eighty stops?
7  **A.**   Yes.
8        Actually, I'll let you know how the week
9  works.  Sunday through Wednesday was like super
10  busy.  That was when there was the most stops.
11  And then like Thursday and Friday it was a bit
12  less.
13  **Q.**   Looking at paragraph 10, it says,
14  "Throughout the first half of 2012, from
15  January to approximately early June, I handled
16  Route P on a full-time basis and delivered
17  meals to The Fresh Diet Inc.'s customers in
18  Lower Manhattan".
19        Do you see that?
20  **A.**   Yes.
21  **Q.**   Is that the time that you had only
22  worked the Route P route?
23  **A.**   The P -- the thing with the P route is
24  that it would be in a mail -- like I said in

J. Guzman

1  back -- come out in the morning.  So, you know,
2  I would not finish my work until the morning,
3  so it's like six days.
4  **Q.**   You did testify earlier that it was
5  reduced to five days at some point, correct?
6  **A.**   Yes.  Yes.
7  **Q.**   You didn't work six days a week for the
8  entirety of January to early June?
9        MR. ANDREWS:  Objection.
10  **Q.**   Is that a fair statement?
11        MR. ANDREWS:  Objection.
12  **A.**   It -- it depends the way you look at it.
13  **Q.**   You testified earlier, at some point, it
14  was reduced from six nights to five nights,
15  correct?
16  **A.**   Uh-huh.
17        MR. ANDREWS:  Objection.
18  **Q.**   You said that was approximately
19  three months after you began.
20  **A.**   More or less, yes.
21  **Q.**   Was the five nights the amount of nights
22  you typically worked until the end of the time
23  you worked for The Fresh Diet?
24  **A.**   Yeah, until the situation, which it

J. Guzman

1    wasn't like the whole three months because, you
2    know, after that situation, which started a
3    month prior to -- like almost a month -- a
4    couple weeks prior to the time that they were
5    served --
6    Q.    Looking at paragraph 12, it says,
7    "During this time, I typically worked eight to
8    ten hours a day, and sometimes up to
9    twelve hours a day".
10        Do you see that?
11   A.    Yes.
12   Q.    What are those hours based on?
13   A.    Those hours -- I based those hours on
14   the time that I came in to the time that I
15   returned to the facility.  And the reason why I
16   put here eight, ten, twelve because I wanted to
17   be the most accurate as possible.  You know, I
18   did not want to say -- I did not want to
19   exaggerate, just be as accurate as possible
20   because it varied depending on the route.
21   Q.    When would it be up to twelve hours a
22   day?
23   A.    That's when I had like a lot of stops,
24   when I had the seventy stops, because it would

J. Guzman

1    take me about ten hours on the route, and then
2    like two hours, give or take two hours, you
3    know, between the packing and the coming back
4    and everything, you know, the entire operation
5    from the time that I came in to work until the
6    time that I would leave the facility.
7    Q.    Did you always pack meals?
8    A.    Not all the time.  Not every single
9    time.
10   Q.    Did you always return to the facility
11   when you were done?
12   A.    Yes.  That's mandatory for me.
13   Q.    How far was your residence from the
14   facility, driving time?
15   A.    I would say two times because I would
16   say in the -- you know, the afternoon, it's
17   rush hour.  In the afternoon, anywhere between
18   thirty minutes to an hour.  In the evening, it
19   was quick, about, I would say, fifteen to
20   twenty minutes.  It was no -- no -- like not so
21   much traffic unless I finished real late.
22   Q.    It would take you about thirty to
23   sixty minutes to get to the facility?
24   A.    In the afternoon because of the traffic

J. Guzman

1    on the Belt Parkway.
2    Q.    Then about fifteen to twenty minutes to
3    get from the facility --
4    A.    In the evening.
5    Q.    -- back to your home --
6    A.    Yeah, in the morning.
7    Q.    -- after you were done?
8    A.    Uh-huh.
9    Q.    The next paragraph, paragraph 13 --
10   A.    13, yes.
11   Q.    -- says that you, typically, made about
12   800 per week.
13        Do you see that?
14   A.    Yes.
15   Q.    What was that based on?
16   A.    The amount of stops.
17   Q.    Did your pay vary from week to week?
18   A.    Yes.
19   Q.    Looking down at paragraph 20, it says,
20   "I would not have been able to support myself
21   and my family by working a part-time schedule".
22        Do you see that?
23   A.    Yes.
24   Q.    What do you mean by a "part-time

J. Guzman

1    schedule"?
2    A.    What I mean there, based on, you know,
3    the bills and stuff that we had, like if I was
4    working part-time -- what a part-time job pay
5    you, around $200, $180, more or less?  I
6    wouldn't be able to cover our bills if I was
7    making around $180 at that time.
8    Q.    Had you looked for any part-time
9    positions in January 2012?
10   A.    No.  After -- after I started working
11   with Fresh Diet, I considered myself a
12   full-time employee.  I did not have any
13   intentions of working anywhere else at that
14   time.
15   Q.    Did you look for any other positions
16   between November 2011 and January 2012?
17   A.    Yes.
18   Q.    Did you apply for any other positions
19   during that time?
20   A.    Yes.  I applied for different positions
21   in New York.  I even tried doing real estate.
22   I was taking the course for real estate at that
23   time, tried for that.
24   Q.    What positions did you apply for?

J. Guzman

1
2   A.   I applied for like supermarkets or
3   retail stores at the time and also at recording
4   studios since I have an audio engineering
5   degree at that time.
6   Q.   Were you offered any of those positions?
7   A.   Yes, I was.
8   Q.   Was there a reason that you didn't take
9   the positions?
10   A.   Yes.  It was -- the pay was too low, I
11   believe, for what I -- you know, what I need,
12   more or less, for my family.
13   Q.   Do you remember what pay was offered for
14   any of those positions?
15   A.   It was $8 an hour.
16   Q.   Do you remember which one was offering
17   $8 an hour?
18   A.   It was Pathmark supermarkets.
19   Q.   Looking at paragraph 2 --
20   A.   2?
21   Q.   22.  I apologize.
22       In that paragraph, you describe a
23   conversation you had with Syed, correct?
24   A.   Yes.
25   Q.   Do you remember when that conversation

J. Guzman

1
2   not know anything about any potential lawsuit".
3       Do you see that?
4   A.   Yes.
5   Q.   Is that a true statement?
6       MR. ANDREWS:  Objection.
7       THE WITNESS:  Can I answer or
8   no?
9       MR. ANDREWS:  If you can
10   explain, you can answer.
11       THE WITNESS:  Yeah, I'll
12   explain.  I remember the conversation.
13   A.   I came in to return the bags like normal
14   every day, and when I come in, I do everything,
15   and I usually, you know -- I'm very polite, so
16   I usually would tell everyone that was there
17   have a good day or whatever and go home.
18       But that day, Syed asked me that he
19   wanted to talk to me, and we were in his
20   office, and he asked me do you know anything
21   about Fernando talking to drivers about a
22   potential lawsuit or anything like that, and at
23   that time, I told him no, I don't know
24   anything, and I went home.  And the reason
25   being is I knew that if Syed finds out, given

J. Guzman

1
2   occurred?
3   A.   Right now, I don't recall the exact
4   date.
5   Q.   Looking back at paragraph 21, there's a
6   reference to this conversation happening in or
7   about late May 2012.
8       Do you see that?
9   A.   Yes, I see it.
10   Q.   Is this when the conversation that you
11   were referring to earlier occurred with Syed?
12   A.   I don't recall right now.  I can't give
13   you an answer of something I can't remember
14   right now, you know, the date.  I can't
15   remember the date, the exact date.  If it says
16   it here, it must have been around that time,
17   but I don't have the exact date with me right
18   now in my mind.
19   Q.   Sometime in late --
20   A.   Yeah.
21   Q.   -- May 2012?
22       MR. ANDREWS:  Objection.
23   A.   I would say that.
24   Q.   During this conversation in paragraph
25   22, you said, "I told Mr. Hussain that I did

J. Guzman

1
2   his personality, he would start, you know,
3   talking bad because that was like the way he
4   talked, you know, using curse words and stuff
5   like that.  So I just didn't want to get into
6   the conversation, so I said no, I don't know
7   anything and just went home.
8   Q.   Did you know about a potential claim at
9   that time?
10   A.   Yes.
11   Q.   How did you know about a potential claim
12   at that time?
13   A.   I'm part of that claim.
14   Q.   Who had mentioned the claim to you
15   before you sat down with Syed that day?
16   A.   Who -- say that question again.
17   Q.   Was there any particular person who had
18   mentioned this particular lawsuit to you before
19   you sat down with Syed that day?
20   A.   (No verbal response.)
21   Q.   How did you learn of the potential
22   lawsuit?
23   A.   I was the one that -- that went to do
24   the lawsuit, the complaint.  I was complaining.
25   Q.   It was you, individually?

J. Guzman

1              J. Guzman
2    A.   I was -- well, it was me, and it was
3  Fernando, but I was -- I was the one that --
4  that -- that took action.  I was the one who --
5         MR. ANDREWS:  Yale's question is
6    when did you first learn that a lawsuit
7    might be filed.
8        THE WITNESS:  When I did first
9    learn?
10       MR. ANDREWS:  Yes.  I think
11    that's what Yale's getting at.
12  A.   Oh, that's the question?  I don't recall
13  the exact date right now that the lawsuit -- I
14  sat down with my attorney before -- prior to
15  this date, but I did not know that there was
16  something being filed in court.  You know, I
17  don't know the exact date.
18  Q.   Did you believe you were not being paid
19  properly in May 2012?
20  A.   For the overtime, yes.
21  Q.   You had that personal belief?
22  A.   Yes, I had that personal belief, at that
23  time, that I was not getting paid the overtime
24  because of all the work that was -- had to be
25  done, preparing to do the route, after the

1              J. Guzman
2  Q.   What prompted you to go to an attorney?
3  A.   Just the fact that I was not getting
4  paid the way that I thought I got hired because
5  I filled out an appointment application with
6  Syed, and then after -- after working there
7  and, you know, noticing that, you know -- that
8  I had like -- you know, I had to pay my own
9  taxes, stuff like that, it was like -- I never
10  worked anywhere else where I had to pay my own
11  taxes.  It was deducted from -- from my check.
12  So -- and also, the time -- you know, not being
13  compensated for the time that I was doing the
14  work before and -- before and after the route,
15  the actual route.
16  Q.   Do you see paragraphs 25 and 26 refer to
17  a conversation you had with Owen Dacres in
18  early June 2012?
19  A.   Yes.
20       MR. ANDREWS:  Is that Dacres?
21    Do you know how that's pronounced.
22      THE WITNESS:  No.  I never knew
23    his last name.  I just know Owen.
24      MR. ANDREWS:  Okay.
25  Q.   Is it your contention that immediately

1              J. Guzman
2  route, and the route taking such a long time to
3  complete.
4  Q.   What did you believe you were entitled
5  to?
6  A.   Overtime for the time that I was not
7  compensated for.
8  Q.   Do you understand what an independent
9  contractor is?
10       MR. ANDREWS:  Objection.
11  A.   (Witness shakes head.)
12  Q.   Do you?
13  A.   No.
14  Q.   You were never paid an hourly wage for
15  the time you performed deliveries for The Fresh
16  Diet; is that correct?
17       MR. ANDREWS:  Objection.
18  A.   No, I was never paid hourly.
19  Q.   When did you first believe that you were
20  being paid improperly?
21  A.   It was about a month and a half after
22  being employed.  After like a month and a half
23  of being employed, I felt that I was not being
24  compensated, for the work that I did, the
25  proper way.

1              J. Guzman
2  after this incident, Route P was taken away
3  from you?
4  A.   Yeah.  After that incident, that's when
5  like things got really bad.  You know, that's
6  when I was getting like three stops, five
7  stops, seven stops.
8  Q.   The following paragraph, paragraph 28,
9  says, "Specifically, Syed Hussain began
10  assigning me to routes that I had never covered
11  before, such as routes in Queens, Brooklyn and
12  Long Island".
13     Do you see that?
14  A.   Yes.
15  Q.   Do you remember the names of the routes
16  that you were assigned?
17  A.   No.  Like I said, I would pick it up
18  from that one mailbox, so I don't remember, at
19  the moment, the name of the route.
20  Q.   Is it your testimony that these routes
21  only had three to four stops?
22  A.   Well, the -- when it first was switched
23  over, I had like thirty stops, like when I
24  first did it.  It was like the first couple of
25  days.  And then it just -- all of a sudden,

J. Guzman

1    just got like -- I didn't know where I was
2    going to be.  It was just, you know, hey, we
3    don't have anything, we just have three stops
4    for you, go do them here and there.
5    Q.    These stops that you referred to for the
6    routes in Queens, Brooklyn, and Long Island,
7    those had about thirty stops?
8    A.    It had about thirty stops for -- for
9    about a week or so, and then it would just --
10   after that, it was just like nothing else.  It
11   was nothing.  I was just two or three stops
12   that I got.
13   Q.    Were you compensated the same way for
14   the routes that you did in Queens, Brooklyn,
15   and Long Island as compared to the compensation
16   you received for the routes that you performed
17   in Manhattan?
18   A.    No.  No.  It -- it -- the way that I was
19   compensated for Manhattan was $3 per stops as
20   we said before.  For the one in -- anything in
21   Queens, Brooklyn, Long Island, it was $4.
22   Q.    $4 per stop?
23   A.    Yeah.
24   Q.    Was there also mileage?

J. Guzman

1    for identification, as of this date.)
2    Q.    Now I'm going to show you a document
3    that's been marked for identification --
4    A.    Should I close this up?
5    Q.    You could just close it, yes, and just
6    hold it there.  We may go back to it.
7    A.    Okay.
8    Q.    -- as Defendant's Exhibit 65, titled
9    "Affidavit of Plaintiff Juany Guzman in Support
10   of Preliminary or Conditional Collective Action
11   Certification (Notice)".
12       I'm going to ask you, before today, if
13   you've seen this document (handing).
14   A.    Yes.
15   Q.    Is that your signature on the third page
16   of the document?
17   A.    Yes.
18   Q.    Did you sign the document on
19   September 24, 2012?
20   A.    Yes.
21   Q.    What is your understanding of this
22   document?
23       MR. ANDREWS:  Objection.
24   A.    It's another affidavit.

J. Guzman

1    A.    No, no mileage.  I never received
2    anything for mileage.
3    Q.    Paragraph 32 says, "The Fresh Diet Inc.
4    has not given me any work at all since
5    June 26, 2012".
6        Do you see that?
7    A.    Yes.
8    Q.    What work did you perform on
9    June 26, 2012?
10   A.    I don't recall.  That was a long time
11   ago.
12   Q.    This reduction in stops, this was only
13   for the period of June 2012?
14       MR. ANDREWS:  Objection.
15   A.    Yeah.  It was -- it was -- it was right
16   after -- it was like a week -- right after they
17   got the -- they got served.  I remember -- I
18   don't know the exact date, but I remember that
19   because I was in the office when that happened,
20   so I remember that it was like two weeks -- a
21   couple of weeks after they received that letter
22   that they were served.
23       (Whereupon, Collective affidavit
24       was marked as Defendant's Exhibit 65,

J. Guzman

1    Q.    Looking at paragraph 2, it says, "My job
2    responsibilities as a driver/food delivery
3    employee consisted exclusively of showing up to
4    The Fresh Diet Inc.'s Brooklyn facilities,
5    receiving instructions as to my delivery
6    routes, obtaining prepared meals, and
7    personally delivering them to The Fresh Diet's
8    customers throughout the New York City tristate
9    region, including locations in New York,
10   New Jersey, and Connecticut".
11       Do you see that?
12   A.    Yes.
13   Q.    Did you ever perform deliveries in
14   New Jersey?
15   A.    No.
16   Q.    Did you ever perform deliveries in
17   Connecticut?
18   A.    No.
19   Q.    The following sentence says, "After
20   completing my meal deliveries, I would have to
21   return to The Fresh Diet's Brooklyn facilities
22   to report back, complete required paperwork,
23   and return empty bags".
24       Do you see that?

J. Guzman

1
2  A.   Yes.
3  Q.   When you say "report back," what do you
4  mean by that?
5  A.   We -- when I get back -- I'm going to
6  walk you actually through it.  When I get back,
7  all the empty bags that are in the vehicle, I
8  would have to take them out, and then there
9  would be like ice packs inside, and I would
10 have to put them in the fridge, take the ice
11 pack and put them there, and then take the bag
12 and any garbage or anything that's in there,
13 throw it in the garbage, and then put the bags
14 in the bin for the bags to get clean.
15     After I would do that, I take my
16 manifest, I looked over it, make sure that
17 everything was, you know, written down
18 correctly, the time and everything, and I would
19 count how many bags I returned, and I had to
20 count how many deliveries that I did to make
21 sure that everything was done correctly.
22     Then I would place the manifest on the
23 bin that Syed had, and under that, there was
24 like a sign-in sheet, so you would sign -- you
25 would put like the time you got to the

J. Guzman

1
2  just got this phone now.
3  Q.   What did you do with the phone that you
4  had?
5  A.   I lost it.  I lost that phone.
6  Q.   Where did you lose it?
7  A.   I don't recall.
8  Q.   Did you have the same phone from January
9  2012 to June 2012?
10 A.   January to June?  No.  I had a -- I had
11 a -- what was it?  I believe I had an iPhone,
12 and then while I was working at Fresh Diet, I
13 replaced it with a Blackberry, and then the
14 Blackberry was the one that I misplaced.
15 Q.   When did you have the Blackberry from?
16 A.   I don't recall right now.  It was during
17 the time I was working there at Fresh Diet.
18 Q.   Would that Blackberry have the texts
19 that you're referring to?
20     MR. ANDREWS:  Objection.
21 A.   I don't remember.  It -- I don't know if
22 it would have it still stored in the phone.  I
23 don't remember, but I don't have either phone.
24 Q.   Going back to the affidavit, did you
25 read it before you signed it?

J. Guzman

1
2  facility, put it there.  And then after that,
3  that was it.  Then you can go home.
4  Q.   Before returning to the facility, did
5  you report how many bags you had dropped off
6  for the night?
7  A.   Yes.  We would send a text reporting how
8  many bags were picked up.
9  Q.   When would you send that text?
10 A.   At the time that we were done with the
11 last delivery before -- Syed specifically
12 wanted -- wanted it at that time that we
13 performed the last delivery before we even got
14 to the warehouse.
15 Q.   Do you still have those texts?
16 A.   No.  I -- I don't have that phone.
17 Q.   Did you give those texts to your
18 attorney before you switched phones?
19 A.   I don't recall.  I don't believe so, but
20 I don't recall right now if I did.
21 Q.   When did you get a new phone?
22 A.   Well, this is my second phone.  I got a
23 different phone like after that, like a couple
24 of months after all of this stuff, like
25 probably September of that year, and then I

J. Guzman

1
2  A.   Yeah, I read it over it but, you know, very
3  briefly, just go over it after I went over it
4  with my attorney.
5  Q.   Do you know if anyone else signed a
6  similar document to this one?
7  A.   No, I don't.
8      MR. ANDREWS:  Objection.
9  A.   I don't know that.
10 Q.   Did you make sure that all the
11 statements were accurate before you signed it?
12     MR. ANDREWS:  Objection.
13 A.   I -- I -- more or less, yes.
14 Q.   Are there any inaccuracies that you now
15 see in this document?
16     MR. ANDREWS:  Objection.
17 A.   I see one.
18 Q.   Being?
19 A.   The Jersey and Connecticut.
20 Q.   What's inaccurate about that?
21 A.   Jersey and Connecticut.  I never --
22 Q.   That you never performed deliveries
23 there?
24 A.   No.
25 Q.   Looking at paragraph 4, do you see where

J. Guzman

1  it says, "The Fresh Diet's Brooklyn facility
2  included a kitchen or food preparation area
3  used by the kitchen staff, and a pickup and
4  return area used by the drivers and food
5  delivery employees"?
6  A.   Uh-huh.
7  Q.   Were there separate areas for the
8  drivers and the kitchen staff?
9  A.   I would -- I would try to draw up a
10  picture to better understand.  The facility,
11  when you come in, right, it has like a driveway
12  with the trucks or car, whatever you come in.
13  You would have, on the right-hand side, the
14  kitchen.  On the left-hand side, there's
15  freezers.  So when the food was prepared, it
16  was brought into the freezer to get packed, and
17  then that's where we would pick up the food
18  from, that freezer.  And then if you go -- so
19  it's right, left (indicating).  If you go past
20  that, then that's where the office were, so
21  that's basically the facility.
22      MR. ANDREWS:  I just want to
23      stress, the court reporter takes
24      everything down that you say verbally.

J. Guzman

1  THE WITNESS:  Yes.
2      MR. ANDREWS:  So hand gestures
3      and stuff are not recorded.  So to the
4      extent that you can verbalize your
5      responses, that's what she can take
6      down.
7      MR. POLLACK:  That was a
8      sufficient explanation.
9  Q.   Looking at paragraph 7, the second
10  sentence, it says, "I always had to do what
11  Syed Hussain or persons directly under his
12  supervision directed me to do".
13      Do you see that?
14  A.   Yes.
15  Q.   What other individuals are you referring
16  to in that sentence?
17  A.   That would be Owen.  Owen was the --
18  Syed's assistant.  So I was specifically told
19  by Syed to do what he says or what Owen told me
20  to do.
21  Q.   Were there any other persons?
22  A.   I -- not that I know of, but that's who
23  I had to report to and make sure that I did,
24  you know, the work the way they wanted me to

J. Guzman

1  perform the work.
2  Q.   The next sentence in that paragraph, 7,
3  says, "Indeed, I believed that I would have
4  been reprimanded and possibly disciplined or
5  terminated if I did not follow their
6  instructions".
7      Do you see that?
8  A.   What number was that?
9  Q.   7.
10      MR. ANDREWS:  The last sentence.
11  A.   Okay.  I see it.
12      MR. ANDREWS:  Here, this
13      sentence (indicating).
14      THE WITNESS:  Okay.  I see it.
15  A.   Yes, I believe so.
16  Q.   Were you ever disciplined or
17  reprimanded?
18  A.   I was not.
19  Q.   What instructions are you referring to
20  in that sentence?
21  A.   I'm referring to -- there is -- the way
22  that Syed treated everyone as a group, you
23  know, the way that -- that -- if you had
24  misdeliveries or you did not put a -- if there

J. Guzman

1  was a bag that the kitchen forgot to put a bag
2  tie on and you don't do it, he would dock you
3  money from your pay.  Things of that nature,
4  you know, as that relationship with the
5  employees that he had as a manager.
6      But from my instance, I believe that if
7  I did not do, you know, my work the way that he
8  wanted me to do it, you know, I would be
9  terminated, or I would get, you know, called
10  in trouble because that's what happened with other
11  drivers that -- you know, any situation they
12  had, they would get docked money or that stuff.
13      I was fortunate for that not to happen
14  because, like I said in the beginning, I tried
15  to be very respectful, even at a point where he
16  had a nasty phone call to me because I left
17  behind one -- one of the deliveries, meals, and
18  even though he curse word and, you know, called
19  my mother whatever he did and all that stuff, I
20  maintained myself, you know, very calm because
21  I don't think that's the right way to speak to
22  someone, and I never got in trouble because I
23  always -- I didn't not give him attitude.  I
24  would always just be polite, but it wasn't like

J. Guzman

1  that for everyone.
2  Q.   Who was it not like that for?
3  A.   A lot of people.  A lot of people.
4  Q.   Like who?
5  A.   A lot.  Some of them, I don't even know
6  their names because I did not mingle with them,
7  but when we had meetings, you know, there was
8  like -- which we had meetings like every couple
9  weeks with Syed that he was -- mandatory for us
10 to come into that meeting before we go to do a
11 route.  There was argument.  I would just stay
12 quiet in that entire time and not even comment
13 on anything.
14 Q.   Do you know anyone whose pay was docked
15 for not following instructions?
16 A.   I heard -- because I like to give the
17 facts.  I did not see it with my eyes.  Like I
18 did not see the paycheck where somebody got
19 docked.  I would hear them argue with Syed for
20 like hey, Syed, why did you dock me this.  Oh,
21 remember you this and you BS and, you know,
22 stuff like that.  So by the time I was in the
23 office, I would hear those conversations
24 between him and other drivers, but I did not

J. Guzman

1  personally, with my eyes, see a document
2  showing that someone got docked.
3  Q.   Did anyone ever tell you that their pay
4  was docked?
5  A.   Fernando did because he was one of the
6  people that I spoke with, which probably the
7  only one that I really had a conversation with
8  there.
9      MR. ANDREWS:  Could we take a
10     two-minute break just for me?
11     MR. POLLACK:  That's fine.
12     (Whereupon, a recess was taken
13     at this time.)
14     (Whereupon, Class action
15     affidavit was marked as Defendant's
16     Exhibit 66, for identification, as of
17     this date.)
18 Q.   I'm now going to show you a document
19 that's been marked for identification as
20 Defendant's Exhibit 66 (handing).
21     I'm going to ask you to take a look at
22 that document, and let me know if you've ever
23 seen that before today.
24 A.   Yes, I've seen this document before.

J. Guzman

1  Q.   Is that your signature on the fifth page
2  of the document?
3  A.   Yes.
4  Q.   Did you sign that on February 6, 2013?
5  A.   Yes.
6  Q.   Do you know what this document is?
7  A.   I believe this is an affidavit
8  supporting a -- I don't know, some documents or
9  something.  I know it's an affidavit.
10 Q.   Looking at paragraph 4, it says, "I
11 previously have sworn to two affidavits in this
12 action.  I swore to an affidavit on
13 June 26, 2012 in support of a motion for
14 preliminary injunctive relief due to the acts
15 of retaliation directed against me by the
16 defendants for participating in this action,
17 and I also swore to an affidavit on
18 September 24, 2012 in support of Plaintiff's
19 motion for preliminary or conditional
20 collective action certification".
21     Do you see that?
22 A.   Yes.
23 Q.   Is Defendant's 64 the first affidavit
24 you're referring to in that sentence, being the

J. Guzman

1  one sworn to on June 26, 2012?
2  A.   This one right here (indicating)?
3  Q.   Yes, Defendant's 64.
4  A.   It's July 9th.
5  Q.   Do you know what June 26, 2012 affidavit
6  you're referring to?
7  A.   No.
8  Q.   Do you believe that there's another
9  affidavit you signed before the three that are
10 in front of you, which are marked defendant's
11 64, 65, and 66?
12 A.   No.  I don't recall signing anything
13 else.
14 Q.   Do you believe that the second affidavit
15 referred to in that sentence, being sworn to on
16 September 24, 2012, is the one before you as
17 Defendant's Exhibit 65?
18 A.   Yes, Exhibit 65, that's correct.
19 Q.   Looking at paragraph 8 --
20 A.   8, okay.
21 Q.   -- it says, "Throughout my employment, I
22 often worked significantly in excess of
23 forty hours a week, yet was never paid overtime
24 compensation of one and one-half times my

J. Guzman

1  regular rate of pay".
2      Do you see that?
3  A.   Yes.
4  Q.   What do you mean by that?
5  A.   I meant --
6          MR. ANDREWS:  Objection.
7  A.   I just meant that I worked over
8  forty hours, and I did not get compensated for
9  anything over forty hours.
10 Q.   How many hours over forty did you work?
11 A.   I would have to do the math.  I don't
12 recall right know.  I would have to sit down
13 and do the math.
14 Q.   Can you do the math right now if we took
15 a minute and waited for you to do so?
16 A.   Yeah, we can go over it.  I'm going
17 to -- because the thing is, I'm not going to
18 have right -- you know, it's been like a long
19 time, so I'm not going to have like an exact
20 amount, but I'm going to try to be as, you
21 know, close to what it was.
22     Do you have a paper and pen to write it
23 down?
24         MR. ANDREWS:  Do you need a

J. Guzman

1  calculator?
2         THE WITNESS:  No.  It's simple
3  math.
4  Q.   Is this fine (handing)?
5  A.   Yes, just to do day by day.
6  Q.   You testified that the hours would have
7  been similar from January 2012 to April 2012;
8  is that correct?
9  A.   Yeah.  That time was very -- there was
10 not changes.  It was like very steady.  The
11 decline in hours was after the situation we
12 discussed before.
13         MR. ANDREWS:  Instead of writing
14 on a Post-it, why don't you write on an
15 eight-and-a-half-by-eleven piece of
16 paper?
17 A.   Okay.  I'm going to put dates, like, you
18 know, go through the dates so we can kind of
19 figure it out.
20     So it would be Sunday.  Sunday,
21 generally, was one of the busiest days of the
22 week, so it's going to be on the top end.  So
23 doing the route on Sundays would be -- from the
24 time I -- from the time I started the route to

J. Guzman

1  finished the route, it would be about ten hours
2  for Sundays.
3  Q.   Okay.
4  A.   Because it was like the heaviest day.
5          MR. ANDREWS:  Is red pen okay?
6          MR. POLLACK:  It's fine.
7          MR. ANDREWS:  As long as we can
8  photocopy it.
9  A.   Then Monday was still a similar day.  It
10 was still busy that day, so I would put the
11 same.
12 Q.   Do you know what hours you're referring
13 to?
14 A.   Yes.  I'm going to put it here
15 (indicating).
16 Q.   Okay.
17 A.   What I'm trying to put here, it's the
18 hours from the time that I started the route to
19 finishing the route when I got back to the
20 facility.
21 Q.   That's fine.
22 A.   Yes.  So I'm going to write it here
23 actually.  Well, I'll write it at the end.
24     Tuesday, it was still -- it was like

J. Guzman

1  Tuesday to Wednesday was busy.  After that, it
2  was slow, kind of slow.  So I would say here it
3  would be about the same thing.  Then after
4  this, it would be like slower.  Then Wednesday,
5  it -- I would say it would be around seven to
6  eight hours depending.  Some -- it's weird
7  because there was some Wednesdays where it was
8  still busy, but it wasn't like every single
9  Wednesday.  So I don't know like what would be
10 more accurate to write because it wasn't really
11 all the time that it was seventy stops.
12 Q.   Okay.
13 A.   So I would just say seven to eight just
14 to --
15     Then Thursdays -- Thursdays -- Thursday
16 was like seven hours, I would say.  Like seven
17 hours.
18     But this here is from the time -- I'll
19 write it here, from the start of deliveries or
20 route to returns of bags and documents.  The
21 only thing that I don't have here is when I got
22 to the facility and we had to pack or wait for
23 the food because that's like a time that --
24 sometimes it was forty-five minutes, but most

J. Guzman

1  of the time, it was like an hour and a half.
2  You know, it varies.  This is more something
3  that I can actually, you know, calculate.
4      And then Fridays -- Fridays was the same
5  thing, around seven hours.  That was for, we
6  said, January through three months, February,
7  March, I would say, April.  So that would be
8  through April because, remember, then after
9  that, I had that one day, Friday, that I did
10  not perform the duties.  So after that time,
11  after April, then we can eliminate the Friday.
12  **Q.**  What would the total hours be from
13  January through April?
14  **A.**  So here -- but this is for the route.  I
15  haven't added the time that --
16  **Q.**  I only want the route right now.
17  **A.**  Okay.  It would be ten and ten, ten is
18  thirty.  Fourteen.  It would be around
19  fifty hours, fifty-one hours, give or take.
20  **Q.**  How much additional time would you add
21  on to that for predelivery?
22  **A.**  The predelivery for the week?
23  **Q.**  Yes.
24  **A.**  It was -- for this time, it was six

J. Guzman

1  make a copy of this.
2      MR. ANDREWS:  And we'll mark it
3  as an exhibit so we know what we're
4  talking about.
5      (Whereupon, Handwritten
6  calculations by Mr. Guzman was marked as
7  Defendant's Exhibit 67, for
8  identification, as of this date.)
9  **Q.**  I'm now going to show you what's been
10  marked for identification as Defendant's
11  Exhibit 67, and I'm going to ask if that's the
12  calculations that you just handwrote during
13  today's deposition (handing).
14  **A.**  Yes.
15  **Q.**  Looking at this, we're talking about
16  sixty hours per week from January 2012 through
17  April 2012?
18  **A.**  Uh-huh.
19  **Q.**  Was that a yes?
20  **A.**  Yes.
21      MR. ANDREWS:  Don't say uh-huh.
22  Say yes.
23      THE WITNESS:  It's nature.
24  **Q.**  Fifty-two hours a week from April 2012

J. Guzman

1  days.  I can -- I'm going to do like an hour
2  and a half just to be in the middle of the
3  actual time.  So it would be three, six, about
4  nine more hours.  So I would say like a
5  total -- so plus nine hours of pre -- what did
6  you call it, pre what?
7  **Q.**  Predelivery.
8  **A.**  Predelivery.  A total of about sixty
9  hours, give or take, more or less.  That was at
10  that time.
11  **Q.**  From April to early June, what would it
12  be?
13  **A.**  From -- so let's do here -- April to
14  June, it would be sixty minus, I would say,
15  like eight hours, I would say, for example.
16  So, I would say, it's like fifty-two to
17  fifty-one hours or fifty-two hours, for
18  example.  So we would take off the seven
19  hours plus like an hour or hour and a half for
20  that day.  So that's more or less what I can
21  come up with that's more accurate, not
22  exaggerating or going, you know, low, just the
23  ballpark.
24      MR. POLLACK:  I'm going to go

J. Guzman

1  to June 2012?
2  **A.**  Until the situation.
3  **Q.**  Until early June 2012?
4  **A.**  Yes.
5  **Q.**  You did not perform meal packing every
6  day, correct?
7  **A.**  No, no meal packing every day.
8  **Q.**  There were some days that everything was
9  prepared for you to just put the bag in your
10  car?
11      MR. ANDREWS:  Objection.
12  **A.**  Yes and no, and I will explain.  It's
13  better to explain it.
14      Even though, let's say, the meals were
15  packed, they were in the freezer, but it's like
16  all the routes, everywhere.  So when I would
17  come in, even if, best case scenario -- best
18  case scenario, all the food was prepared and it
19  was packed and it was in the freezer, each bag
20  has a client's name and address and the
21  client's ID number.  So when you have the
22  manifest, you have to go and find it, and,
23  let's say, you have fifty bags, or forty bags,
24  you might find ten, fifteen of them on one

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

J. Guzman

1  rack, but then you would have to search the
2  entire place to find -- in between so many
3  bags, like 500-600 bags to find your client,
4  the client bag.  So even -- even -- best case
5  scenario, you still would have to, you know,
6  spend there a good amount of time looking for
7  every single delivery bag that you have for the
8  route.
9  **Q.**   If the food was already prepared, the
10 only other duty that there would be would be to
11 search for the bags?
12 **A.**   Search for the bags and make sure the
13 ties were on.
14 **Q.**   There were times that the bags were
15 packed --
16 **A.**   Yes.
17 **Q.**   -- and the ties were on?
18 **A.**   Yes.
19 **Q.**   In those instances, there wouldn't be an
20 hour and a half of predelivery work.
21        MR. ANDREWS:  Objection.
22 **A.**   Yeah, there would be, because I'm being
23 very generous.  I'm actually just cutting it,
24 more or less, like, you know, down on those

J. Guzman

1  clients' bags.  Like it's -- somewhere in
2  between cooking it and getting it to the
3  freezer, I don't know where they would put it.
4  So then I would have to go to Syed or to Owen,
5  and I would have my bags packed, but we would
6  have to wait so see if they would prepare it or
7  find it.  So -- so in your best case scenario,
8  you would spend an hour and a half, best case
9  scenario.
10 **Q.**   Looking at paragraph 9, it says that you
11 interacted with other driver/food delivery
12 employees on a daily basis.
13        Do you see that?
14 **A.**   Yes.
15 **Q.**   Are there any particular individuals
16 that you interacted with on a daily basis?
17 **A.**   No.
18        MR. ANDREWS:  Name as many as
19        you can think of.  If you can think of
20        names, name them.
21 **A.**   Well, Juan Correa.  This is such a long
22 time ago.  Fernando Hernandez.  There was a
23 gentleman called Alex.  There was another
24 gentleman by the name of Danny.  There was

J. Guzman

1  numbers.  I'm not trying to exaggerate on those
2  numbers.  I'm trying to keep it very, very,
3  very low as much as I can because the -- just
4  looking for the bags would take you about,
5  minimum, forty-five minutes, just looking for
6  the bags, you know, not counting getting the
7  manifests and sorting out the stops, you know.
8        If -- you know, if we had other stops
9  that I did not recognize that were new to the
10 route, I would have to sit down on the computer
11 and, more or less, map it out.  So -- so -- so
12 less than one hour and a half?  No.  No.
13 There's no way I would come in there, fifteen
14 minutes and I'm out or -- there's no way.
15 Minimum of an hour and a half.
16 **Q.**   Other than searching for the bags, if
17 the bags were packed and tied already, it's
18 your testimony that that may take up to
19 forty-five minutes for the search?
20        MR. ANDREWS:  Objection.
21 **A.**   Yeah.
22        There was times, a lot of times -- this
23 was one of the things that would upset me the
24 most.  It's that you wouldn't find certain

J. Guzman

1  another gentleman by the name of Junior.
2  That's what I can recall for -- there are more
3  but -- oh, Nafis.  Nafis.  Syed's uncle, which
4  I do not recall his name because everyone would
5  call him Uncle.  Syed's Uncle.  That's --
6  that's what I can recall for now.  There's a
7  lot more, but I just don't recall the names
8  right now.  I can see the faces, but I can't
9  recall the names.
10 **Q.**   Were any of these individuals at the
11 facility before you arrived?
12 **A.**   Usually -- usually -- yeah.  Sometimes,
13 yes.  Sometimes we arrived at the same time.
14 Sometimes -- I can recall Correa was there
15 always very early.
16 **Q.**   Before you?
17 **A.**   Yeah, like probably five, ten minutes.
18 You know, I would drive up, and he's already,
19 you know, there.
20 **Q.**   What about Fernando?
21 **A.**   Fernando, yes and no.  There was times
22 where he was there before, times when I didn't
23 see him.  I don't know if he was there earlier
24 or he left.  I don't know the specifics.  I

J. Guzman

just know that sometimes we got to get there at
the same time, or he was there already, or he
came right after I came in, but I don't -- I
don't know if --

　　　There was a lot of times where I would
go, and I, you know, didn't see a lot of
people, you know.  So I don't know if they had
already come, left, or -- I don't know the
specifics.

Q.　Were you scheduled to arrive at a
certain time?

A.　Scheduled in which way do you mean?
Like written on a piece of paper or by telling
me, someone telling me?

Q.　Were you expected to be at the facility
at a certain time?

A.　Yes.  I was expected to be at the
facility around 5:00.

Q.　Do you know if everyone was expected to
be there at 5:00 p.m.?

A.　When -- when we had the meetings -- Syed
would have like meetings every couple of weeks.
He would conduct the meetings the day that we
would receive our -- our checks and the -- the

J. Guzman

reason why he would conduct it the day we
received the checks is if the meetings were
mandatory and if someone did not show up to the
meeting, he would not hand them over the check
that day.  He would hold it for another day
even though he had it in his hand.  I was like
whatever.  He -- the way that he operate -- but
for me, being in those meetings, like I said, I
only listened.  I did not open my mouth.  And
from listening to -- to -- to everything, he
specifically states that, you know, make sure
you're here by 5:00, make sure you're here by
5:00.  So I can say that yes, you know,
everybody was supposed to, more or less, be
there at least at that time from the meetings.

Q.　How do you know that your experiences
were typical of how drivers were supervised and
compensated?

A.　Because the meetings.  The reason that I
can say that is because at the meetings, that's
a time where I would listen to the rules.  The
rules were not given -- you know, Syed would
not -- we would not sit in a room, and Syed
would talk, and he would say Juan, I need you

J. Guzman

to do this, you know, Nafis, I need you to --
it would be -- he would speak in general to the
group.  So that's why I can say that the duties
that I was performing was what he was assigning
everyone because of the meetings that we had
with Syed, the mandatory meetings.

Q.　How do you know that your compensation
was typical of other drivers?

A.　I know -- I know -- I know that I had
typical compensation than other drivers because
Syed -- Syed told me like, you know -- when I
was working there, I ask him, you know, because
I heard rumors that in the city certain people
were getting paid $4.  So I asked Syed, you
know, and he said no, we pay $3 for New York
City, and if it's Brooklyn, you know, the other
places, it's $4, and if it's something further
than that, it's the stops plus the mileage, you
know, but that was just a question that I had
for him.

Q.　Looking at paragraph 10, subparagraph C,
it says, "All New York City area drivers had to
report to Defendant Hussain at the beginning
and end of each shift that they worked".

J. Guzman

A.　Uh-huh.

Q.　"At the end of their shifts, all New
York City area drivers had to report how many
meals they had delivered, how many miles they
had driven, and how many stops they made.
They also has to return empty bags.  New York
City area drivers who did not comply with these
requirements were subject to discipline, up to
including termination."

　　　Do you see that paragraph?

A.　Yes.

Q.　Do you know of any specific instances
where someone was disciplined for failing to
report how many meals they had delivered?

A.　For not reporting -- I don't recall
right now the specifics, but I did -- I did
see -- I did see and hear when I was in the
office.  I did see and hear what he would say
to the guys that did not send it in.

　　　One of the things that he would do
typically -- his nature was to hold the checks.
You know, a lot of the guys dependent on
receiving the check on time so that they could
cover their expenses and stuff, and he would

J. Guzman

1  typically do that. Like even though he had the
2  checks, he would hold it for one or two days,
3  and that was like a way to say hey, you have to
4  get this done right. Or he would not pay you
5  for one stop. He'll say no, I'm not paying you
6  for that one because you didn't document it on
7  the manifest. You know, little things like
8  that.
9  **Q.**   Do you remember any specific examples?
10  **A.**   Not right -- I can't -- not right now.
11  I don't have the name and the person, you know.
12  What I'm telling you is what I saw when I was
13  in the office with Syed, you know, when I was
14  getting my stuff, what he would tell people and
15  do. I don't know if another plaintiff in the
16  case has anything, any information. I don't
17  have anything.
18  **Q.**   Do you know if anyone ever did not
19  comply with those requirements mentioned in
20  paragraph 10C?
21  **A.**   If -- like I said, I know that there was
22  certain people that had that. I just don't
23  remember the names of them because some of them
24  are not even, you know -- not even the people

J. Guzman

1  **A.**   I know Fernando was.
2  **Q.**   How do you know that?
3  **A.**   Because I was in the room when he docked
4  Fernando, told him I'm not paying you for that.
5  It was part of an argument they had, I'm not
6  paying you for that, I'm not paying you for
7  that delivery, you didn't put it on the right
8  door, things of that nature.
9  **Q.**   Do you know anyone who was disciplined
10  for not reporting how many meals they had
11  delivered?
12  **A.**   No, I don't -- I don't recall. I don't
13  recall.
14  **Q.**   Do you know anyone who was disciplined
15  for not reporting how many miles they had
16  driven?
17  **A.**   Yes.
18  **Q.**   Who?
19  **A.**   Correa, I believe, was one of them one
20  day. It was something with the mileage, you
21  know, if you didn't get the mileage accurate,
22  I'm not paying you the mileage for here to
23  here, things like that, you know.
24       What I'm trying to tell you is

J. Guzman

1  that -- like I know Fernando, and I know
2  Correa, but the other guys, I don't talk -- I
3  never talked to them like that, you know, so I
4  don't have the information.
5  **Q.**   What are you referring to when you say
6  "discipline" in that paragraph?
7  **A.**   Like docking you $50 for a bag tie.
8  **Q.**   You don't know of anyone that that
9  happened to?
10  **A.**   He did that to --
11       MR. ANDREWS: Objection.
12  **A.**   He did that to Fernando, but I don't
13  know anybody -- I don't know the -- like the
14  names that I gave you there, I don't know the
15  other -- I don't know the names of the other
16  guys, so I can't tell you the name.
17  **Q.**   You just said that that was for not
18  putting op a bag tie, right?
19  **A.**   That was one incident that I saw, you
20  know, not putting on a bag tie, docking you for
21  misdelivery. You know, if you had two or three
22  misdelivery, they dock you for that.
23  **Q.**   Do you remember anyone who was
24  disciplined for a misdelivery?

J. Guzman

1  everything that I've given you, it's what I saw
2  and heard, but I didn't see a physical document
3  like a paper saying, you know, your pay because
4  I don't see other peoples' paychecks.
5  **Q.**   I'm asking for your personal knowledge
6  of certain statements that you have made in
7  this after affidavit.
8       A statement that had been made was that
9  drivers who did not comply with requirements,
10  mentioned in paragraph 10C, were subject to
11  discipline up to and including termination.
12  I'm trying to understand the basis of that
13  statement.
14  **A.**   Yeah. The basis is from the meetings.
15  **Q.**   It says that this happened.
16       Okay?
17  **A.**   Uh-huh.
18  **Q.**   I'm trying to understand who was subject
19  to discipline for not reporting how many miles
20  they had driven.
21  **A.**   Who was subject -- the person that did
22  not put the miles.
23  **Q.**   Is there anyone in particular that you
24  remember that happened to?

J. Guzman

1
2     A.   No, I don't remember the name.
3          MR. ANDREWS:  Objection.
4          The witness just testified and
5     gave you a name.
6     A.   Yeah.  I have a -- I don't know any --
7     there was other people that I know the face,
8     but I don't remember the name because I haven't
9     been there in such a long time.
10    Q.   Do you know anyone who was disciplined
11    for not reporting how many stops they had made?
12    A.   Yes.
13    Q.   Who?
14    A.   Fernando.  That's -- like I can give you
15    Fernando because I, you know -- conversation
16    with him.  At the same time, I was in the
17    office a lot of the times when Syed would say
18    I'm not paying you for this, I'm not paying you
19    for that because you did this, you got to make
20    sure and stuff like that.
21         I never had that problem, you know,  I
22    was actually very happy.  I never had that
23    problem.  I didn't have misdeliveries and stuff
24    like that often.
25    Q.   We'll move on to the next paragraph,

J. Guzman

1
2     there, but there was New York City drivers that
3     it didn't matter if they get there 11:00 at
4     night or 10:00 at night, and if they finish at
5     7:00 in the morning, they would not get in
6     trouble, and nothing would happen to them,
7     anything like that, and one of them is Nafis,
8     and the other one is his uncle.  They can come
9     in at any time they want.  And in the morning,
10    if that Nafis was not able to finish on time,
11    Syed would call me and say to help him out and
12    things like that.
13         That's why I said this statement
14    because, you know, generally, it was 5:00, but
15    there's two or three people that can --
16    they just had like, you know, whatever you
17    wanted to do.
18    Q.   Do you know if they were disciplined for
19    not showing up at 5:00?
20    A.   No, they were not disciplined at all.
21    They were part of his circle.
22    Q.   Do you know if any others besides those
23    two showed up later than 5:00 p.m.?
24    A.   I -- no, I don't.  That did not get
25    disciplined?  I don't recall.

J. Guzman

1
2     which is 10D.
3          It says, "All New York City area drivers
4     were expected to work at specific times.  The
5     schedules were created by Defendant Hussain.
6     If they did not arrive to work at the assigned
7     times, they were subject to discipline, such as
8     reduction in wages often characterized as
9     "fines" and "penalties," up to and including
10    termination".
11         Do you see that paragraph?
12    A.   Yes.
13    Q.   What schedules are you referring to in
14    that paragraph?
15    A.   For example, this is a specific
16    situation that happened there, and it was -- in
17    the meetings, you know, he would speak
18    generally to everyone and say, you know, you
19    have to be here 5:00 and this, and that.
20    If there was certain guys that they take food
21    to Virginia, which is like a long trip, their
22    food was always done earlier, so they had like
23    a different schedule.
24         You know, the New York City area was
25    like 5:00 was the time he wanted us to be

J. Guzman

1
2     Q.   Do you know anyone who was disciplined
3     for not showing up to work at a specific time?
4     A.   Yeah, Danny.  Even Fernando one time was
5     disciplined for not showing up at time, and the
6     consequences for that was, let's say, your
7     route, you have sixty stops that day.  He would
8     just say okay, so I'm going to give ten of
9     those stops to somebody else, so he would just
10    give it to somebody else.
11    Q.   That's what you're referring to as a
12    discipline in that paragraph?
13    A.   Yeah.  They would take --
14         MR. ANDREWS:  Objection.
15    A.   For that specific situation, he would
16    just take your stops and distribute it to
17    someone else, just, you know -- it was based on
18    emotions, attitude, you know.  You know, he
19    just cut the route in half or whatever and give
20    it to someone else.
21    Q.   When did that happen to Danny?
22    A.   I don't recall the exact date.  It was
23    during my time working there.
24    Q.   How did you know that he was
25    disciplined?

American Stenographic
Telephone:718-291-6600                    www.Americansteno.com

J. Guzman

1  A.   Because I was in the freezer when Syed
2  came and said all the curse words that he did
3  and handed his stops to other people.
4        And there was one specific time where a
5  lot of those stops was handed to me.  He
6  actually gave it to me to do, about fifteen
7  stops of those.
8  Q.   How late did Danny show up to work that
9  night?
10 A.   I don't recall.  It was probably like
11 two hours late, like 7:30.
12 Q.   You were still at the facility?
13 A.   Yes, I was there.  That was at the time
14 where we had to pack a lot of food.
15       MR. ANDREWS:  You're okay?  Do
16    you need a break?
17       THE WITNESS:  No, I'm good.
18 Q.   Looking at paragraph 10F, it says, "All
19 New York City area drivers had to complete the
20 routes that they had been assigned and to
21 report back to Defendant Hussain.  If they
22 failed to complete their assigned routes or if
23 they missed an assigned stop, they were subject
24 to discipline, up to and including

J. Guzman

1  termination".
2        Do you see that?
3  A.   Yes.
4  Q.   Do you know if anyone was disciplined
5  for not reporting to Defendant Hussain at the
6  end of their route?
7  A.   Yes.
8  Q.   Who?
9  A.   It -- like I said, I don't know the name
10 because I'm very bad with names.  I just
11 remember like faces.  It was part -- people --
12 a lot -- some people are not even in the list
13 of names that I gave you.  There were people
14 that were terminated.
15 Q.   Who?
16 A.   I don't know the name of the person
17 specifically.
18 Q.   Moving on to paragraph K --
19 A.   Okay.
20 Q.   -- 10K, it says, "New York City area
21 drivers who attempted to change their
22 assignments without first obtaining Defendant
23 Hussain's approval were subject to discipline,
24 up to and including termination".

J. Guzman

1  Q.   Do you see that?
2  A.   Yes.
3  Q.   What does that mean?
4  A.   What that means is when he gives -- when
5  you have your assignment, your route, and,
6  let's say, for example, you wanted to like --
7  let's say, tonight you wanted to -- I wanted to
8  -- I have a lot of stops, let me see if I can
9  give ten stops to somebody else.  He -- he --
10 he -- you cannot do that.  Like, you know, you
11 have to speak to him and let him know, and he
12 will assign who would cover that, or he'll tell
13 you no, you got to do them or whatever.
14       The other -- I had a specific situation
15 actually with this, which was the time of the
16 -- remember I told you that he cursed at me and
17 my mother and stuff?
18 Q.   Yes.
19 A.   It's a specific situation what happened
20 with Kenneth Chow and Nafis, and Nafis, which
21 is Syed's friend -- and what happened was that
22 Nafis, for some reason, he wanted to do one
23 hundred stops every day, and his route would
24 have about ninety stops, ninety-two stops.  So

J. Guzman

1  he -- he would go into the office, and he would
2  change like, you know -- like take stops that
3  were in, let's say, my route and put it in his
4  route to do one hundred, to get to one hundred
5  stops every day.
6        And then one day, he missed -- he used
7  to miss some deliveries, so one day, Syed got
8  upset, I believe, and Syed told him from now on
9  -- Syed pulled me into the office.  He said why
10 didn't you let him take the stop.  I say, you
11 know, I'm not a manager.  I don't -- I don't --
12 I just do what you tell me to do.  So he told
13 me that day from now on, you know, you take
14 your stops and to Nafis' stops.
15       So for about a week or two, everything
16 was going well, and Nafis came again and did
17 the same thing, and I didn't say anything that
18 time because I just like to be quiet, and that
19 was when that one bag was left behind because
20 Nafis -- it wasn't in my manifest, and Nafis
21 had hidden the bag so he can do that delivery,
22 and so that's when he called me in the middle
23 of the night and cursed at me.  I had to go
24 back to the facility when I was done, pick that

J. Guzman

1  one back up, go back to the city and deliver --
2  deliver the bag, and so that's one -- like
3  that's -- that's -- that's one situation where
4  that happened.
5  Q.    Did you ever try to change your route?
6  A.    No.  No, I didn't.  I never request
7  anything.  I just go in to work and just do the
8  work that I was asked to perform.
9  Q.    Did you ever try to arrange with another
10  driver to change your assignment?
11  A.    No.
12  Q.    Do you know anyone specifically that
13  ever tried to arrange with another driver to
14  change his or her assignment?
15  A.    No.  The only instance I know was at
16  that part when Nafis was taking, you know,
17  whatever he was missing to get to like almost
18  one hundred stops.  I don't -- I don't know
19  anything other than that.
20         MR. ANDREWS:  Yale, depending on
21      how much more you have, I think we need
22      to take a lunch break.
23         MR. POLLACK:  Yes, we will need
24      to take a break.

J. Guzman

1  A.    Referring to Juan Correa, Fernando
2  Hernandez, Nafis, Syed's Uncle.  The other
3  names -- I don't recall the names exactly, but
4  there's a list of people.
5  Q.    Did you discuss their rates of pay with
6  them?
7  A.    I -- I had a conversation with -- with
8  Juan Correa that I recall.  I also had a
9  conversation with Alex.  I don't know his last
10  name.
11  Q.    What do you remember discussing with
12  Mr. Correa?
13  A.    I -- I just asked how do you get paid
14  basically just to figure out if I -- we had the
15  same way of pay.  And I asked Alex the same
16  thing.
17  Q.    When did those conversations take place?
18  A.    When I was employed by --
19  Q.    Was it before May of 2012?
20  A.    I don't recall the date, but it wasn't
21  at the end of my employment there.  It was like
22  towards the beginning of my employment there.
23  Q.    What did Mr. Correa tell you?
24  A.    No.  He just said that he gets paid by

J. Guzman

1         MR. ANDREWS:  For about maybe
2      forty-five minutes?
3         MR. POLLACK:  Yes, let's do that
4      now.
5         (Whereupon, a luncheon recess
6      was taken from 12:45 to 1:37.)
7         MR. POLLACK:  What was last
8      question?
9         (Whereupon, the record was read
10      by the reporter.)
11  Q.    Looking at, still, Defendant's 66,
12  looking at paragraph 11, it says, "In addition
13  to myself, I am aware and have personal
14  knowledge that the defendants employed many
15  other similarly situated drivers and/or food
16  delivery employees and routinely failed to pay
17  them overtime compensation of one and one-half
18  times their regular rates for those hours that
19  they worked in excess of forty per week".
20         Do you see that paragraph?
21  A.    Yes, paragraph 11.
22  Q.    Other than yourself, who were the
23  similarly situated drivers you're referring to
24  in that paragraph?

J. Guzman

1  the stops and the mileage.
2  Q.    What did Alex tell you?
3  A.    Alex told me it was $4 a stop because he
4  was in Brooklyn and Queens.
5         I also spoke to Fernando, and he told me
6  it was $3 a stop for the city that he get paid,
7  and I also spoke to Nafis that used to do the
8  city as us.  He get paid $4 in the city.
9  Q.    Do you know what Correa's route was?
10  A.    His route was in Jersey.  I don't know
11  the specifics of his route.  I know it was
12  something in Jersey.
13  Q.    Looking at paragraph 12 of Defendant's
14  66, it refers to an Exhibit A, and in that
15  paragraph, you say, "I recognize the majority
16  of persons listed".
17         I'm going to ask for you to look at
18  Exhibit A and tell me which of the people you
19  recognize on that exhibit.
20  A.    Okay.  That's easier.
21         Julian Alvarez I recognize.  I recognize
22  Kenneth Chow, Syed.
23         MR. ANDREWS:  Can you read the
24      last name?

```
                    J. Guzman
 1                  J. Guzman
 2    A.   Chowdhury.  Juan Correa, Owen Dacres,
 3    Ezequiel, Ortiz, David Figeroux, Errol.  I
 4    remember Errol.
 5         MR. ANDREWS:  Say the last name.
 6    A.   Errol Graham.  Rohan Heaven, Fernando
 7    Hernandez.
 8         MR. ANDREWS:  Yourself?
 9    A.   Myself.  I recognize myself,
10    Juany Guzman.  Syed Hussain, Eugen Kimble,
11    Michael Lattimore, Evaristo Martina, Nazrul,
12    Islam, Edwin Perez, Diana Salazar, Nafis
13    Shamsuzzoha, Drew Traverzo, Bryant White, David
14    Williams, Alexander Zapata.
15         And there were other people that I don't
16    know their name by, you know, their real name.
17    They have like an alias, but I don't know which
18    one on this list.
19    Q.   In your affidavit, paragraph 12, the
20    exhibit you were referring to was the Exhibit A
21    that you just read off of, correct?
22    A.   Uh-huh.
23         MR. ANDREWS:  Say yes.
24    A.   Yes.
25    Q.   That didn't have aliases on the list
```

```
                    J. Guzman
 1                  J. Guzman
 2    the same thing that I would do, to put the ice
 3    packs and stuff.
 4    Q.   They were there before you?
 5         MR. ANDREWS:  Objection.
 6    A.   Some would be there before, some would
 7    be there after, some would get there -- I would
 8    get there -- like, for example, Rohan would get
 9    there sometimes like when I'm -- when I get
10    there, he was already putting the ice on the
11    rackets.
12    Q.   Were any others there before you
13    arrived?
14         MR. ANDREWS:  Objection, asked
15         and answered.
16    A.   I don't recall the exact name, but
17    sometimes there were someone who was already
18    there unpacking.  Sometimes there was someone
19    who would be there after.  You know, I'm
20    already finishing, they're just start getting
21    to the facility.
22    Q.   Was Fernando there before you?
23         MR. ANDREWS:  Objection.
24    A.   Not that I recall.  I don't know.
25    Q.   Did you ever see him there before you?
```

```
 1                  J. Guzman
 2    that you reviewed that you said you recognized
 3    the majority of, correct?
 4         MR. ANDREWS:  Objection.
 5    A.   Yes.
 6    Q.   Moving on in that paragraph, it says,
 7    "The individuals whose names I recognize had
 8    the same duties, task and responsibilities that
 9    I had".
10         Do you see that?
11    A.   Yes.
12    Q.   How do you know that?
13    A.   From just seeing them doing the work.
14    You know, we did the same work.  We would go
15    in, pack together, pick up bags, and then drive
16    off to our routes and return the bags.  So it's
17    basically the same duties we conducted from
18    what I can visualize and some that I heard
19    talking.
20    Q.   When you returned to the facility at the
21    end of performing your deliveries, were any
22    other drivers present?
23    A.   A lot of time, yes.  Most of the time,
24    yes.  We returned, and there would be like
25    three or four drivers that had returned to do
```

```
 1                  J. Guzman
 2    A.   Yes.  Yes.
 3    Q.   Did you ever see him arrive after you?
 4    A.   Yes.
 5    Q.   What was the latest you would be done
 6    returning the bags, completing the paperwork,
 7    and then --
 8    A.   The latest that I ever was there?
 9    Q.   Yes.
10    A.   There was one time that --
11         MR. ANDREWS:  Objection.
12    A.   -- I was there like 8:00 in the morning.
13    Q.   What about typically?
14         MR. ANDREWS:  Objection.
15    A.   Typically, it would be around 6:00 in
16    the morning.
17    Q.   Is when you would drive home?
18    A.   Yeah, and then I start driving home
19    around 6:00 typically.
20    Q.   Did you ever change the order of the
21    deliveries that was on your manifest?
22    A.   Change the order?  Not really.  I'm
23    going to actually explain it.  It's a lot
24    easier if I explain it, how it worked.
25    Q.   Okay.  Go ahead.
```

J. Guzman

1           J. Guzman
2  A.   Yeah.  So the system -- it's very
3  important to understand how the computer prints
4  out the list of names of -- you know, for the
5  deliveries.  The computer would do it based on
6  alphabetical order or by the mileage, not
7  meaning that that's the best way to do the
8  route because, you know, if someone is -- if
9  someone lives, let's say, here and somebody
10 else lives like going up more and then --
11 Q.   For purposes of clarify, "here" meaning
12 --
13 A.   In this area.
14 Q.   -- 100 Williams Street or this area?
15 A.   Yeah, 100 Williams Street, and someone
16 lives on 23rd Street, for example, and then
17 somebody else lives on 22nd Street, the system,
18 since it prints it out sometimes in
19 alphabetical order or in -- by numbers, by ID
20 numbers and stuff, it would have to be
21 rearranged.
22      When I started working at Fresh Diet,
23 the way that Syed taught me to do it was okay,
24 come in and sit with me, and I will rearrange
25 the -- the -- the -- instead of -- I'll print

1           J. Guzman
2  it himself with his hands, and then after that,
3  I would sit down next to him and take a pen and
4  figure out.
5       I would even ask questions because he
6  knows Manhattan like no one.  He had a lot of
7  experience, so I would do like that.  I
8  can't -- I couldn't just come up with okay, let
9  me -- let me do this, this, and that.  It would
10 be the way that he taught me, you know, start
11 from the top, work your way down.
12 Q.   Your deliveries, were they generally the
13 same on every day of the week?
14      MR. ANDREWS:  Objection, asked
15    and answered.
16      MR. POLLACK:  I'll clarify.
17 Q.   Were the Monday deliveries generally the
18 same every Monday?
19 A.   Not necessarily.  It was -- you will do
20 the same route, you know, but sometimes, let's
21 say -- what's your name again?
22 Q.   Yale Pollack.
23      MR. ANDREWS:  Mr. Pollack.
24 A.   Let's say Mr. Pollack was a client on
25 Monday but Mr. Pollack had to go on vacation or

1           J. Guzman
2  out the manifest, which is the one that the
3  computer prints out, and then I'll go into the
4  computer, and I'll do -- I'll change the order
5  so I can guide you through the route.  That was
6  in the beginning, but once he taught me and I
7  got the hang of it and I did the delivery for a
8  few weeks, I was able to sit down, and with a
9  pen, next to him and figure out the best way to
10 do the route because if you do it the way
11 that --
12      No one would do it the way that the
13 system told you because if you do it, it would
14 take two days to do the route because it's
15 going to tell you go to 23rd Street and then
16 the next stop is around William Street and then
17 go back to -- you know what I'm saying?  So I
18 was taught by Syed how to guide the route so it
19 would be more efficient, so that's how it
20 worked.
21 Q.   Did you ultimately decide how the route
22 was going to be driven by you?
23      MR. ANDREWS:  Objection.
24 A.   No, not ultimately, because at the
25 beginning, I had to learn from -- Syed would do

1           J. Guzman
2  he just doesn't want to get it because he's
3  going to stay at home or whatever the situation
4  and you were to call in and cancel the
5  delivery, or yeah, I'm going to do it one
6  Monday but then that one doesn't get done, you
7  know, or somebody else comes in to -- a new
8  order.  So it varies.  It was consistently --
9  yeah, you have the same route, but it was
10 always, you know, that one new client or that
11 one client that is not a client anymore for
12 Fresh Diet.
13 Q.   Aside from a cancelled client or a new
14 client for the particular day of the week, the
15 route was generally the same on --
16 A.   Every day.
17 Q.   The Monday would be the same as the
18 following Monday, but for --
19 A.   Yeah.
20 Q.   -- the new client or the cancelled
21 client?
22 A.   Yes.
23 Q.   The same for Tuesday, Wednesday,
24 Thursday, Friday, Sunday?
25 A.   Yes, and the client -- let's say, most

J. Guzman

1  of the client that were there for Monday would
2  be the same one for Tuesday, would be the same
3  one for Wednesday.  The client would order the
4  food every single -- they would be on the
5  program for every single day.
6  Q.  There were some that had daily
7  deliveries?
8  A.  Yes, most of them.
9  Q.  Did you use your own car to perform the
10 deliveries?
11 A.  Yes.
12 Q.  What car was that?
13 A.  When I started, it was a -- a 1990 -- I
14 believe it was 1999 BMW 528, and towards the
15 end of my time there, it was a 2002 Audi A4.
16 Q.  Were these cars owned by you?
17 A.  Yes.
18 Q.  Why did you switch cars?
19 A.  The -- the BMW was not holding up for
20 the route.  It needed a lot of repairs and
21 stuff like that, so I ended up just getting
22 another car.
23 Q.  Did you have insurance for the cars?
24 A.  At that time, I had insurance for the

J. Guzman

1  BMW.  Actually, right now, I have insurance for
2  the Audi.
3  Q.  Did you pay for the insurance?
4  A.  Yes.
5  Q.  Do you know who the insurance was
6  through?
7  A.  I -- it was -- now, it's -- I have IFA.
8  At that time, it was -- I believe it was
9  Prudential.
10 Q.  What do you have now?
11 A.  I have IFA.  It's a company from New
12 Jersey.
13            MR. ANDREWS:  IA?
14            THE WITNESS:  IFA.
15            MR. ANDREWS:  IFA?
16            THE WITNESS:  Uh-huh.
17 Q.  That's for the 2002 Audi A4?
18 A.  Yes.
19 Q.  Do you know what insurance, if any, you
20 had for the BMW?
21 A.  It -- it was -- actually, to answer
22 that, I submitted in a copy of that just so
23 that I don't say something that I'm not, you
24 know, correct.  There's actually a document

J. Guzman

1  that I submitted with -- I submitted the
2  registration and the insurance card.
3            MR. POLLACK:  I'm going to make
4     a request.
5  A.  Yes.
6  Q.  What'd you say you submitted?
7  A.  I believe it was -- I know the insurance
8  card is there, and I believe there was a
9  registration for the vehicle that I submitted
10 to my attorney, I believe it was.
11 Q.  Did you pay for any repairs to the car
12 on your own?
13 A.  Yes.
14 Q.  Did you ever seek reimbursement for
15 those repairs?
16 A.  No.
17 Q.  Did you pay for the car's maintenance?
18 A.  Yes.
19 Q.  Did you ever seek reimbursement for the
20 maintenance?
21 A.  No.
22 Q.  Did you ever take any breaks during the
23 time you performed deliveries?
24            MR. ANDREWS:  Objection.

J. Guzman

1  A.  No.
2  Q.  You never stopped to eat?
3  A.  Well, I did not stop to eat.  If I had
4  to eat something, I would take it before I
5  start my -- my shift, and I would just eat on
6  the way where I was driving.
7  Q.  You never stopped for any reason during
8  the deliveries?
9  A.  No, unless I had like a tire that
10 puncture and stuff like that.
11       The time did not allow you to actually
12 sit down and have food because, you know, you
13 have to try to finish as soon as possible
14 because since you on the road, you don't know
15 what -- you know, the night might be going
16 perfect, and you might have ten deliveries and
17 at 4:00 in the morning you know you can get
18 them done in, you know, the matter of an hour
19 and a half or an hour, and then you get a
20 punctured tire.  So, you know, you don't want
21 that to happen.
22 Q.  Would you ever call Syed during the time
23 you were performing deliveries?
24 A.  Yes, I would call Syed multiple times

J. Guzman

1  while performing deliveries.
2  Q.   For what reason would you call Syed?
3  A.   I would call when I could not find an
4  address.  I would call when the client was not
5  answering.  I would call if the key was not in
6  the -- in the ring where all the keys were for
7  the delivery.  I would call if I had any issues
8  with my vehicle.  Let me see what else I can
9  remember.  If, for any reason, I was running
10 late on the deliveries, you know, because of
11 traffic or anything, I had to call Syed with
12 times so that he can arrange to help get the
13 deliveries done on time, like someone would
14 come help.
15 Q.   Did that ever happen?
16 A.   To me, it happened one time, just one
17 time.
18 Q.   Were you ever unavailable between
19 January and May of 2012 to make deliveries?
20 A.   No, I was not -- I was never
21 unavailable.  The only thing that I did was
22 there was a time where I took a trip to Costa
23 Rica for -- I believe it was four days.  I
24 would have to look into my passport to get the

J. Guzman

1  exact dates.  It's still there.  With prior --
2  you know, with approval from Syed.  I actually
3  spoke to him about a month and a half before I
4  was going to plan to do that trip, and I had an
5  approval, a verbal approval, from him.  He said
6  yes, okay, I'll get you someone to cover for
7  that area.
8  Q.   You went on that trip?
9  A.   Yes, I went on that trip.  I have my
10 passport.  I can provide those dates.
11 Q.   I'm going to leave a blank in the
12 transcript, and when you have a chance to
13 review it, if you can, just insert that
14 information.
15 A.   Okay.
16 (INSERT)                    .
17        MR. ANDREWS:  The dates of his
18     trip to Costa Rica?
19        THE WITNESS:  Yeah.  I'll send
20     it in.
21 Q.   Other than not being available for the
22 Costa Rica trip, did you ever call and say you
23 could not come in to perform deliveries?
24 A.   Yes.  There was one other time where I

J. Guzman

1  did a route.  It was still cold at that time,
2  and it was raining, and for some reason, I
3  caught a horrible cold, and I called in.  It
4  was -- I believe it was one or two days.  It
5  was no more than one or two days that I just
6  couldn't get up from bed, and I called Syed,
7  and Syed told me to just rest for that one or
8  two days and, you know, come back once I feel
9  okay, and that was it.  I don't -- I don't have
10 any other -- I don't recall any other time I
11 took any time off.
12 Q.   Did your routes change after you took
13 those one to two days out for being sick?
14 A.   No.
15 Q.   Did you ever submit any type of expense
16 report to Syed for any expenses you incurred
17 for making deliveries?
18 A.   No.
19 Q.   How often were you paid?
20 A.   Weekly.
21 Q.   Did you have any other source of income
22 besides the payment you received from
23 Late Night between January 2012 and June 2012?
24        MR. ANDREWS:  Objection.

J. Guzman

1  A.   No.
2  Q.   What did you do during the days that you
3  performed deliveries?
4  A.   Rephrase that.
5  Q.   What did you do during the daytime?
6  A.   During the daytime, I would sleep, rest
7  a lot.  I would rest a lot, and then once I
8  wake up, just take a shower, get something to
9  eat, and just go straight to work.
10 Q.   How did the relationship with The Fresh
11 Diet end?
12        MR. ANDREWS:  Objection, asked
13     and answered.
14 A.   What was it?
15 Q.   How did the relationship with The Fresh
16 Diet end?
17        MR. ANDREWS:  How did your
18     relationship --
19 A.   My relationship?  Can you elaborate more
20 on that?
21 Q.   You stopped in June 2012, correct?
22 A.   Yeah.  In June, I had no more work.
23 Q.   It said that, I believe, the last day
24 you performed any work was June 26 --

J. Guzman

1    A.    June 26, I believe.
2    Q.    -- 2012, correct?
3    A.    Yes, I believe so.  Yes.
4    Q.    Do you know if you were ever terminated?
5          MR. ANDREWS:  Objection.
6    A.    No, I don't know.  I don't know
7    anything.  It just ended the way that I told
8    you, just by -- just neglect, being neglected,
9    neglected, neglected.
10   Q.    Did you ever receive any type of
11   benefits from The Fresh Diet?
12         MR. ANDREWS:  Objection.
13   A.    No.
14   Q.    That was a no?
15   A.    No.
16   Q.    I believe you testified earlier that
17   taxes were not taken out of your pay, correct?
18   A.    No.
19   Q.    No, they were not?
20   A.    No, they were not taken out.
21         (Whereupon, 2012 1099 form was
22         marked as Defendant's Exhibit 68, for
23         identification, as of this date.)
24   Q.    I'm now going to show you what's been

J. Guzman

1    marked for identification as Defendant's
2    Exhibit 68, and I'm going to ask if you've ever
3    seen that document before today (handing).
4    A.    Yes.
5    Q.    Do you understand what that document is?
6    A.    It's concerning my taxes.
7    Q.    Does your name appear on the document?
8    A.    Yes.
9    Q.    Does that accurately reflect any
10   compensation you received?
11   A.    Yes.
12   Q.    What number reflects that?
13   A.    $15,082.
14   Q.    That's what you received in 2012?
15   A.    Yes.
16         MR. ANDREWS:  Objection.
17   Q.    Did you file a tax return in 2012?
18   A.    Yes.  I filed these taxes (indicating).
19   Yes.
20   Q.    When you say you filed "these taxes,"
21   what do you mean?
22   A.    I took the -- whatever I got in the mail
23   from Fresh Diet -- I think it was February or
24   January -- and I went to file at a -- at an

J. Guzman

1    accountant.
2    Q.    Was it with an accountant or a firm?
3    A.    It was a -- I did it in -- in
4    Pennsylvania with someone who does taxes at an
5    office.
6    Q.    Do you know if you filed a Federal tax
7    return?
8    A.    I don't know anything about taxes.  I
9    just hand them over, and they did everything,
10   like brought the documents over.  They did
11   everything.
12         MR. POLLACK:  I'm going to make
13         a request for the production of the tax
14         return from 2012 --
15   A.    Okay.
16         MR. POLLACK:  -- State and
17         Federal.
18   Q.    2012 was the only calendar year that you
19   performed any delivery work for The Fresh Diet,
20   correct?
21   A.    Yes.
22         MR. ANDREWS:  Just to clarify,
23         Yale, you were asking about his tax
24         returns for the year 2012, not tax

J. Guzman

1    returns that would have been filed in
2    2012 but tax returns for 2012?
3          MR. POLLACK:  Tax returns for
4          2012 reflecting the compensation
5          indicated on the 1099 marked as
6          Defendant's 68.
7          MR. ANDREWS:  I just wanted to
8          clarify because I think the record was
9          unclear.  That's fine.
10   Q.    Did you just file one tax return for
11   2012?
12         MR. ANDREWS:  Objection.
13   A.    I don't know.
14   Q.    Did you file quarterly?
15   A.    No, just one time.  I just went -- when
16   I got -- I guess -- I only received one form in
17   the mail from Fresh Diet, and when I had it,
18   then I went to and took it in.
19   Q.    Do you remember when that was?
20   A.    2013.  I believe it was in the first two
21   months, whenever that was.
22   Q.    Do you know if your accountant deducted
23   any expenses on your tax return?
24         MR. ANDREWS:  Objection.

American Stenographic
Telephone:718-291-6600          www.Americansteno.com

J. Guzman

1  
2  A.   No, I don't know.  
3  Q.   Do you know the name Judah Schloss?  
4  A.   No.  
5  Q.   Do you know the name Zaimi Duchman?  
6  A.   No.  
7  Q.   You previously testified that you no  
8  longer have the cell phone that you  
9  communicated with Syed with.  
10  A.   Yeah, I don't have either or.  
11       (Whereupon, Text messages Were  
12       marked as Defendant's Exhibit 69, for  
13       identification, as of this date.)  
14  Q.   Now I'm going to show you a document  
15  that's been marked as Defendant's Exhibit 69,  
16  Bate stamp number FD000080 through 000092  
17  (handing).  
18       I'm going to ask if you recognize what  
19  is in these documents.  
20  A.   Yes, I've seen these before.  
21  Q.   When have you seen those before?  
22  A.   I believe it was on Syed's affidavit.  
23  I'm not sure.  I believe it was.  
24  Q.   Do you know what these are?  
25  A.   Text messages.  

J. Guzman

1  
2  Q.   Do you know who they're between?  
3  A.   Me and -- Juany and me, which, I  
4  believe, is Syed.  
5  Q.   Was your telephone number, in January  
6  2012, 646-393-6534?  
7  A.   Yes.  
8  Q.   Did you have that same phone number  
9  until June 2012?  
10  A.   Yes.  
11  Q.   Looking at the entry on FD000080, do you  
12  see the text next to Juany where it says, "Okay  
13  how many stops bbecause I will be in a lil late  
14  because I have to wait for my wife to get home  
15  like at 8"?  
16  A.   Yes.  
17  Q.   Do you see that that was sent on  
18  May 23rd?  
19  A.   Yes.  
20  Q.   Was this the first time you had ever  
21  said that you were going to be late?  
22       MR. ANDREWS:  Objection.  
23  A.   I don't recall.  I don't believe so it  
24  was the only time, but I don't recall.  
25  Q.   Do you know what text this was in  

J. Guzman

1  
2  response to?  
3  A.   No, because it's not here.  Whatever  
4  conversation was before then is not here.  
5  Q.   Do you see above where it says "Me:  
6  Brooklyn qns"?  
7  A.   That's Syed.  Syed said "Brooklyn qns,"  
8  which means the route in Brooklyn/Queens, but  
9  there's nothing on top of that.  I'm pretty  
10  sure I can recall there was more text on top of  
11  that.  
12  Q.   Was this part of your regular route at  
13  that time, "Brooklyn and qns"?  
14       MR. ANDREWS:  Objection.  
15  A.   No.  
16  Q.   You said, "Okay how many stops,"  
17  correct?  
18  A.   Where is that?  Which one is that on?  
19  Q.   The first text.  
20  A.   Okay.  I see it.  Yes.  
21  Q.   Why were you asking how many stops that  
22  was?  
23  A.   Because that wasn't my regular route,  
24  and that was Alex, a gentleman named Alex, his  
25  route.  I remember his wife was -- his wife was  

J. Guzman

1  
2  having some problem.  I don't know if she was  
3  pregnant or something.  Something was going on,  
4  and since I had a good relationship with Syed,  
5  Syed asked me if I can, you know, cover that  
6  route when Alex couldn't get it done.  So I  
7  never said no.  I just say yes.  
8       And the reason why I wrote "how many  
9  stops" is because that route is very difficult  
10  to conduct, that route.  
11  Q.   How do you know that?  
12  A.   Because I did it a couple times, and it  
13  was very difficult to do that route for the  
14  simple fact that, you know, New York City  
15  streets are like, you know, numbers, and down  
16  here -- in this area, Downtown, you have  
17  certain streets with names, but in this route,  
18  you might have a stop in one part of Brooklyn,  
19  then you have to drive all the way to Queens,  
20  and over there is all just names, names, names.  
21  So it was a lot -- it was a lot more, you know,  
22  difficult to learn that route.  
23  Q.   I thought you had testified earlier that  
24  before early June 2012 you had only done  
25  Manhattan.  

American Stenographic  
Telephone:718-291-6600          www.Americansteno.com

J. Guzman

1              Is that an incorrect statement?
2              MR. ANDREWS:  Objection.
3   A.   Probably, because the thing with dates,
4  when you have almost two years that you haven't
5  seen something, it's very hard for your mind to
6  just say a specific date, you know.  I could
7  say more or less, but being specific is kind of
8  tough when it's been like, you know, two years.
9           The other thing, actually, I can
10  remember from this text from reading it now,
11  one of the reason why I say that is because,
12  like I was telling you earlier, I always like
13  to finish on time just to make sure that, you
14  know, the client got their food on time and
15  everybody's happy, and the reason why I asked
16  that because the situation at that moment where
17  my wife was not home, or my girlfriend was not
18  home, I wanted to make sure that I didn't have
19  exaggerated amount of stops that I cannot
20  finish on time because, you know, with Fresh
21  Diet, the most important thing is that the
22  client gets their meal before they wake -- you
23  know, they wake up in the morning.
24   Q.   Is it your testimony that it's tougher

J. Guzman

1  to remember dates today than it was a year ago
2  or in June 2012 regarding the incidents that
3  you're claiming in this action?
4              MR. ANDREWS:  Objection.
5   A.   It's a lot -- a lot harder as time
6  passes, which is -- that's common.
7   Q.   Is it fair to say that the July 2012
8  affidavit marked as Defendant's 64 would have a
9  more accurate description of dates --
10            MR. ANDREWS:  Objection.
11   Q.   -- since it was closer in time to the
12  time you worked for The Fresh Diet?
13            MR. ANDREWS:  Objection.
14   A.   That would depend.
15   Q.   It says, again, looking at text messages
16  on FD000080, that you have to wait for your
17  wife to get home "like at 8:00".
18         Do you see that?
19   A.   Yes.
20   Q.   Who is your wife?
21   A.   I don't have a wife.  I just say like
22  that.  I'm not married, you know.  Just like
23  when you are together with someone, you refer
24  to them as your wife, but I don't have any

J. Guzman

1  legal document that I am married with Andrea.
2   Q.   Andrea was the person --
3   A.   Yes.
4   Q.   -- you were referring to?
5   A.   Yes.
6         MR. POLLACK:  Let's take a quick
7  break.
8         (Whereupon, a recess was taken
9  at this time.)
10   Q.   Just continuing --
11   A.   Sure.
12   Q.   -- with Defendant's 69.
13       That text is from you, correct?
14   A.   The first one, the one that says,
15  "Juany," yes.
16   Q.   The one next to Juany saying, "Okay how
17  many stops," correct?
18   A.   Yes.
19   Q.   Does this indicate that you would not be
20  able to show up to the facility because your
21  wife was not home?
22         MR. ANDREWS:  Objection.
23   A.   No.  I did show up to the facility that
24  day.

J. Guzman

1   Q.   Did you have to wait for your wife to
2  come home before you left that day?
3   A.   Yes, because of my son.  I didn't have
4  someone to take care for him that day.
5   Q.   Did anyone else besides you and -- I'll
6  refer to her as Andrea --
7   A.   Yeah, Andrea.
8   Q.   -- look after your son on the days you
9  performed deliveries for The Fresh Diet?
10   A.   Yes, Andrea's mother.
11   Q.   How frequently would she look after your
12  son?
13   A.   Almost all the time, almost.
14   Q.   What does Andrea do for work?
15   A.   She's a teller at Wells Fargo, but
16  that's now.  At that time, she worked at JFK
17  Airport.
18   Q.   Did she work at JFK Airport from
19  January 2012 until June 2012?
20   A.   Yes.
21   Q.   Were her hours consistent?
22         MR. ANDREWS:  Objection.
23   A.   I believe so.  I don't recall perfectly,
24  but I believe so.

[38]  (Pages 146 to 149)

J. Guzman

**Q.** What were her hours?
A. Like morning time to -- to the afternoon.
**Q.** What time would she leave for work?
A. I believe she had to be in at work before 9:00, I believe, 9:00 in the morning, and then she would come out -- I don't know the exact time she would come out, but then she would have to take the bus and the train to get home.
**Q.** Were you home when she left for work?
A. Was I home when she left for work? Yes, I was.
**Q.** You were done completing deliveries --
A. Yes.
**Q.** -- before she left --
A. Yes.
**Q.** -- for her job?
A. Yes.
MR. ANDREWS: Objection.
A. Yes.
**Q.** Do you know what time she left?
A. Yes.
**Q.** What time?

J. Guzman

A. What I would do is when I finish everything, I would drive home, and I -- she'll be ready with my son, and what I'll do is I'll drive from -- from the house -- her mother -- her mother lives on the way to the airport. We would drop off Adrian, and then I would drop her off at the airport, and I would go home to sleep, and then she would come on the train back, would pick up my son and come back on the train most of the time.
MR. ANDREWS: We're going to object to the use of your son's name in any subsequent activities in this case.
THE WITNESS: Okay.
**Q.** What time would she typically get home?
A. She -- I really don't know the exact time because I was not home when she gets home most of the time.
In this instance, I was home for the fact that her mother could not take care of my son that day, so I had to take her to work and stay with my son.
**Q.** Other than on May 23rd, do you remember any other instances where that happened?

J. Guzman

A. I don't recall right now.
**Q.** Do you know if it happened on any other instances besides May 23rd?
A. I don't recall right now.
**Q.** Do you know what time you sent this text message?
A. I'm pretty sure it was early, you know, because I usually -- I usually tell people ahead of time so that we could plan things, but I cannot see it here in this document, in this exhibit.
**Q.** Do you know --
A. Oh, it's -- no. No. That's not it. I thought this was the time, but that's not (indicating). That's the time that they took the picture of this. No, I can't tell, from the document, the time.
**Q.** Do you see the next message from "Me" says, "47"?
A. Yes.
**Q.** Do you know what that means?
A. It was relating to the question that I asked, how many stops on that route. He says "47" stops.

J. Guzman

**Q.** Forty-seven stops?
A. Uh-huh.
**Q.** Is that next entry next to Juany your response to the "47"?
A. Yes. Should I read it or --
**Q.** I'll read it.
It says, "Boss I don't think ill finish by 5 am because last time I inished at 5 and I started at 8 I will be getting to the warehouse around 930 boss".
Do you see that?
A. Yes.
**Q.** Is that text from you?
A. Yes.
**Q.** That's to Syed?
A. Yeah, Syed.
**Q.** For May 23rd, do you know what time you showed up to the warehouse?
A. I don't recall. If -- if -- if my wife was going to be home at 8:00 and I left at 8:00, I would say it would be like 30-minute drive. I think it's like a 30-minute drive if there's no traffic or so.
**Q.** Do you know why you said you weren't

American Stenographic
Telephone:718-291-6600 www.Americansteno.com

J. Guzman

1  going to be at the warehouse until 9:30 that
2  night?
3  A.    Probably because, you know -- for
4  example, the way that I am is if -- I like to
5  be, you know -- I don't like to say I'm going
6  to be at a place at a time and be there late.
7  I rather be there before I get there.
8      So if my wife is coming on the train and
9  she's going to get there at 8:00 that she tells
10 me, you know, I know it takes me about thirty
11 minutes, but, you know, you never know what can
12 happen. So I rather give, you know, more ample
13 time so that -- you know, probably I was there
14 before 9:30, but I like to give myself ample
15 time. I don't like to be late.
16 Q.    In that text, it's referring to some
17 other time where it says, "last time I inished
18 at 5 and I started at 8".
19     Do you see that?
20 A.    Yes, what this --
21     MR. ANDREWS:  What page are we
22 on?
23     THE WITNESS:  The first page,
24 the first page.

J. Guzman

1  A.    I'm going to explain the whole text.
2  Q.    Well, I just have a question.
3      Was there a last time that you remember
4  that you were referring to?
5  A.    I believe the -- prior to this date,
6  which, as I said, it's missing text here, I
7  covered for -- probably covered for Alex, and
8  that time, my first delivery at the first door
9  was at 8:00, and I did not finish the entire
10 route until 5:00 a.m., which is, you know, that
11 cut-off time where all the clients should have
12 their meal. So I'm letting Syed know that, due
13 to the situation, I don't think that
14 forty-seven stops I was able to finish at
15 5:00 a.m., you know. So I was trying to figure
16 out how we can work that out so that the
17 clients can get their food on time, the last
18 clients.
19 Q.    Based on that last one that you did,
20 that last route for the similar stops,
21 situation, you thought that you were going to
22 finish your deliveries on May 23rd later than
23 5:00 a.m.?
24 A.    Yes.

J. Guzman

1  Q.    Were you disciplined for showing up late
2  to work that night?
3      MR. ANDREWS:  Objection.
4  A.    No, I was not disciplined because I
5  always let Syed know of the situation ahead of
6  time. You know, I let him know ahead of time
7  so we could figure out, you know, how to -- to
8  figure out, you know -- to get the food to the
9  client. So I would never just not -- you know,
10 just be late just to be late. I would always
11 let him know hours and hours ahead of time
12 anytime I had any situation with anything.
13 Q.    If you let him know in advance, you were
14 not disciplined?
15     MR. ANDREWS:  Objection.
16 A.    I was not disciplined. I don't know if
17 somebody else was disciplined. I was not
18 disciplined.
19     I had a good relationship with Syed
20 where I was always, you know, clear with him
21 that, you know -- just go and do my job, and so
22 if -- if at any time -- if I ever was late, he
23 would always know hours and hours ahead of
24 time, you know, if something was going to

J. Guzman

1  happen. I would not just stay quiet just for
2  him, you know, figure out that I was going to
3  be late, you know, that I was going to be late
4  and he didn't know about it.
5  Q.    Do you know what time you were scheduled
6  to go in to work that day?
7  A.    5:00 usually, the time that we worked.
8  Q.    5:00 p.m.?
9  A.    Yes.
10 Q.    Looking on the next page, FD000081 of
11 Defendant's 69, do you see the entry where it
12 says, "Juany: Juany Guzman NYC2 Stops 37 @ $4
13 Empty 36"?
14 A.    Yes.
15 Q.    Is that a text from you?
16 A.    Yes, it's a text from me.
17 Q.    Is that to Syed?
18 A.    Yes.
19 Q.    What does "NYC2" mean?
20 A.    It means that I was covering Alex's
21 route, and it's the amount of stops, and the
22 reason why I put "@ at $4" is because I did not
23 want him to -- because you spend a lot more gas
24 on that route, so I did not want to him to

J. Guzman

1  forget that, you know -- because I'm usually
2  getting paid at $3, but if I cover Alex's
3  route, it needs to be at 4 to compensate the
4  fuel.
5  Q.   Do you know why there were thirty-seven
6  and not forty-seven stops that night?
7  A.   He said in one prior, "Ill split it."
8  Q.   What does that mean to?
9  A.   To me, "Ill split it," it means that
10 he's going to try to -- some of the stops, you
11 know, put it to someone else to do it so that
12 we can finish on time.
13 Q.   The next entry under that says, "Juany:
14 Juany Guzman Nyp Stops 27 Empty 22".
15      Do you see that?
16 A.   Yes.
17 Q.   Do you see that from May 24th?
18 A.   Yes.
19 Q.   What is "Nyp"?
20 A.   That's Route P.  That's what we were
21 speaking before, Manhattan area, that Lower
22 Manhattan area.
23 Q.   That's your regular route?
24 A.   Yeah, and the other -- I can't see the

J. Guzman

1  It's like right there.  So sometimes, let's
2  say, I'm going to -- because the system --
3  let's say I'm going to 23rd Street but the NYR
4  goes to 23rd Street, so instead of, you know,
5  giving the NYR one, his last stop before that
6  235rd Street is at 28th Street, and I'm already
7  going to be at 23rd Street but one block west,
8  he would just give me the stops.  Like he just
9  used to do the logistics so that we can finish
10 faster.  So that's why I put "nyr2" because
11 it's part of P and part of NYR2, like one or
12 two stops.
13 Q.   When it says "yestrday" --
14 A.   Yesterday.
15 Q.   -- what does that mean?
16      MR. ANDREWS:  Objection.
17 A.   I'm not sure.  I'm trying -- I cannot
18 read the one before it, so I can't figure out
19 why it would say "yestrday."
20 Q.   Two entries after that, it says, "Juany:
21 Nyp Stops 26 Empty 18".
22      Do you see that?
23 A.   Yes.
24 Q.   That's from May 31st?

J. Guzman

1  other one under that.
2  Q.   Let's go to the next page.
3       Looking at FD000082, it says, "Juany:
4  53 stops nyp nyr2 yestrday".
5       Do you see that?
6  A.   Yes.
7  Q.   That's from May 30th?
8  A.   Yes.
9  Q.   What does "53 stops nyp nyr2" mean?
10 A.   Yes.  That means that -- last time, I
11 had the situation where he split, and there was
12 ten stops that was shared with someone else to
13 get the time done.  When this happens, it means
14 that when I was doing the route, he -- probably
15 somebody left a bag or he has three bags that
16 are new clients, and he would just add it to my
17 route, to my regular route, so that, you
18 know -- logistically, it makes more sense for
19 the company to do it that way than to put more
20 burden on somebody else in the route.
21 Q.   Where do you get that from?  Is that
22 from "nyr2"?
23 A.   Yeah.
24      NYR2 is the route right on top of NYP.

J. Guzman

1  A.   Uh-huh.
2  Q.   The following entry says, "Juany:
3  Yesturday stops 24".
4       Do you see that?
5  A.   Yes.
6  Q.   That's also from May 31st, right?
7  A.   Yes.
8  Q.   What does "Yesturday stops 24 mean"?
9       MR. ANDREWS:  Objection.
10 A.   I can't figure out here.  I can't figure
11 out because it says 31st, 31st on the top --
12 there's two text messages that says 31st --
13 three text messages that says 31st.  And then
14 there's 30th.  There's -- May 30th is one text.
15 I can't figure out because it's three texts.
16 Q.   Did you ever report the amount of stops
17 you did for a particular night the following
18 day?
19      MR. ANDREWS:  Objection.
20 A.   I'm trying to recall.  Probably.
21      MR. ANDREWS:  The question is
22 vague.  His stops always ended the
23 following day in the early morning
24 hours.

[41]  (Pages 158 to 161)

J. Guzman

```
 1                  J. Guzman
 2   Q.    On May 31st where it says, "Nyp Stops 26
 3   Empty 18," do you see that?
 4   A.    Yes.
 5   Q.    When did you perform twenty-six stops
 6   and empty eighteen?
 7         MR. ANDREWS:  Objection.
 8   A.    I'm not sure, because there's no time
 9   here.  It says the 31st, so I'm not --
10   Q.    You don't know what that means?
11         MR. ANDREWS:  Objection.
12   A.    I don't know if it was the 31st or the
13   30th or -- or -- or -- you know, the 30th or
14   the 31st because of the time.
15   Q.    A route starts on one day and ends the
16   following day, correct?
17   A.    Uh-huh.
18         MR. ANDREWS:  Say yes.
19   A.    Yes.
20   Q.    When would you report the amount of
21   stops and empty bags you completed for your
22   route?
23   A.    It would be at the end of the day.  We
24   would send a text and write it on a piece of
25   paper.
```

J. Guzman

```
 1                  J. Guzman
 2   Do you see that on FD000082?
 3         MR. ANDREWS:  Objection.
 4   A.    Stops?  Which one is that one?
 5   Q.    The top one.
 6         MR. ANDREWS:  What page?
 7         MR. POLLACK:  000082.
 8         MR. ANDREWS:  This one, it
 9   doesn't say how many empties
10   (indicating).  That's Mr. Pollack's
11   question.
12   A.    Yeah, for some reason, that day it's not
13   there.  I'm not sure if I was required that day
14   or not.
15         But it's not there for that because they
16   would -- they would get worried when there was
17   not enough bags, you know, because they had
18   like an order or something like that that
19   didn't get on time.  So that's when -- when
20   there was enough bags -- when there was enough
21   bags, he didn't really mind, but when they
22   didn't have enough bags, you know, he needed
23   the numbers to figure out if we would have
24   enough bags for the next day, to pack up the
25   next day.
```

J. Guzman

```
 1                  J. Guzman
 2         The thing with the text is it was
 3   implemented like after some situation occurred,
 4   which I don't know what it was.  The manifests
 5   are the ones that we needed to hand in, write
 6   in everything, but the text, it was something
 7   that he wanted because, I believe, they had a
 8   shortage of bags or something like that, I
 9   remember, and what he wanted to do was before
10   he went to sleep, he wanted to put in --
11   instead of, you know, coming into the office
12   and sitting down in the office at the end of
13   the night and reading it off the manifest, he
14   wanted for us to send it to him.  So from his
15   house, he would input the data of how many
16   empty bags.  I believe that maybe -- I don't
17   know -- corporate or someone was asking for
18   those numbers.
19   Q.    You didn't always text the number of
20   bags you picked up, did you?
21         MR. ANDREWS:  Objection.
22   A.    I see here just, "Empty 18," "Empty 36,
23   "Empty 22".  Yeah.
24   Q.    There are some that just have stops
25   without empty.
```

J. Guzman

```
 1                  J. Guzman
 2   Q.    Is it your testimony that you don't
 3   understand what the fourth text on FD000082,
 4   which states "Yesturday stops 24," means?
 5         MR. ANDREWS:  Objection.
 6   A.    What I'm trying to say is that there's
 7   three texts on the 31st, so I don't know if
 8   that means that it was for the 30th or what
 9   because there's something else on the same day
10   that has the amount of stops.
11   Q.    Do you remember a route that you drove
12   that had twenty-four stops?
13   A.    I don't remember, but like I said,
14   sometimes the stops would vary depending if we
15   would split it or whatever Syed would do.  You
16   know, sometimes there were less stops.
17   Q.    Now looking at FD000083, the first entry
18   says, "Juany:  Juany Guzman Stops 26 Empty 18".
19         Do you see that text?
20   A.    Yes.
21   Q.    Is that from you?
22   A.    Yes.
23   Q.    To Syed?
24   A.    Yes.
25   Q.    Do you know what route this is for?
```

[42]  (Pages 162 to 165)

J. Guzman

1            J. Guzman
2     A.   No. I can't tell from -- I can't tell
3   from the -- this text.
4     Q.   Do you know if you were driving a
5   different route?
6     A.   I can't -- it's -- it's been -- I can't
7   tell because it's not there.
8     Q.   What about for the entry that says,
9   "Juany: Juany Guzman Stops 43 Empty 36" from
10   June 5th?
11       Do you know what route that is for?
12     A.   I don't remember.
13     Q.   Now looking at the following page,
14   FD000084, it says, "Juany: Juany Guzman Stops
15   41 Empty 36" from June 7th.
16       Do you see that?
17     A.   Yes.
18     Q.   Do you know what route that's for?
19     A.   Based on this document, I can't
20   remember. I can't tell.
21     Q.   If you were ever driving a route besides
22   Route P, did you indicate what route you had
23   just driven?
24     A.   Probably. Probably, yes, but if it
25   was -- if it was in the city -- let's say,

J. Guzman

1            J. Guzman
2   someone was sick or anything and I had to cover
3   for someone on their route or a certain amount
4   of stops get put on, unless Syed requested me
5   to, I usually did not put like a number,
6   whatever, because it was not important because
7   at the end of the day, what the text was mostly
8   for was for stops and empties.
9       Like I just used to do extra. I used to
10   try to put so he could remember where it was
11   because the manifest's the one that does that
12   job. This was just for him not to come to the
13   office in the morning so that way he could do
14   it from his house.
15     Q.   Looking at the next entry, June 8th, it
16   says, "Juany: Juany Guzman Stops 10 Empty 7".
17       Do you see that?
18       MR. ANDREWS: That's June 7th?
19     A.   June 7th?
20     Q.   Then it says June 8th underneath.
21       MR. ANDREWS: I'm sorry. You're
22   talking about the thing in between the
23   June 7th and June 8th?
24     Q.   It says, "Juany: Juany Guzman Stops 10
25   Empty 7".

J. Guzman

1            J. Guzman
2       Do you see that?
3     A.   Yes.
4     Q.   Do you know if your route had been
5   changed by June 8, 2012?
6     A.   June 8, 2012? No, I don't recall if it
7   was.
8     Q.   Had you ever done a route that only
9   consisted of ten stops before June 8, 2012?
10     A.   I don't recall. Not typically. I don't
11   recall.
12     Q.   Do you believe that this is one of the
13   routes that were cut from you?
14       MR. ANDREWS: Objection.
15     A.   From -- from -- more or less, from that
16   day on, that's when more -- more -- you know,
17   things were just -- the -- the -- it just
18   started to go like down, you know, where I
19   noticed that, you know, maybe I don't have a
20   stop, maybe I do, and the only time that I
21   would do like more stops is if Alex would call
22   that his wife -- you know, in a situation about
23   his wife. That was the only way that I would
24   receive some stops after this date.
25       You know, if it was for Manhattan, he

J. Guzman

1            J. Guzman
2   would just do whatever was, you know, more
3   convenient. He would just give me like seven
4   stops, ten stops, something like that, which at
5   that point, I didn't have to send a text in
6   because I wasn't picking up numbers of bags
7   after that.
8     Q.   You earlier testified that you believed
9   you were retaliated against after the company
10   was served with the complaint.
11       Is that accurate?
12       MR. ANDREWS: Objection.
13     A.   I believe so.
14     Q.   By "retaliated against," you meant that
15   the number of stops you were assigned was
16   reduced?
17     A.   Yeah.
18       For example, from the time that he found
19   out -- not from the time that it was served,
20   from the time that he found out, everything
21   changed. You know, after that time he found
22   out, there was no verbal communication between
23   us, you know, like -- like -- like before, you
24   know, we would come in hey, how you doing, Bro,
25   and like that. It was not like that, you know.

J. Guzman

1  It was more like straight, you know, like more
2  on a defensive side. And then that's when like
3  it just started from there and saw the
4  difference after that.
5       And then -- after -- after they got
6  served, it just was a lot worse. Even though
7  that one or two occasions when Alex, with his
8  route, had any situation, since there's no one
9  else that could do the route because everybody
10 that would make a lot of mistakes that he put
11 there as well, you know, he needed for me to
12 cover the route. So he would do it, but if
13 that route was not there, like he wouldn't give
14 me anything, like just little stuff.
15 Q.   How many was the most stops you
16 performed after the alleged retaliation?
17       MR. ANDREWS: Objection.
18 A.   I don't recall.
19 Q.   I think you said before maybe three to
20 four stops per night.
21 A.   There was one -- there was one time when
22 it was really ridiculous. It was like -- I
23 went in, and I just laughed because it was like
24 four stops. They were all in the city, just

J. Guzman

1  three blocks, four stops.
2  Q.   Was there a time where you ever got more
3  than four stops?
4  A.   Yeah. There was a time I got seven.
5  Q.   Was there ever a time where you got more
6  than seven in June 2012?
7  A.   Ten from June 7th as it shows there.
8  Q.   Looking at the following page, FD000085,
9  do you see that top entry that says, "Juany:
10 Juany Guzman Stops 43 Empty 55"?
11 A.   Yes.
12 Q.   That's from June 25, 2012?
13 A.   Yes.
14 Q.   You did perform forty-three stops on
15 June 25, 2012?
16 A.   Uh-huh.
17       MR. ANDREWS: Objection.
18 A.   Yes.
19 Q.   The next two text messages, do you see
20 it says, "Juany: Syed will I have a route for
21 tomorrow"?
22 A.   Yes.
23 Q.   And then the next text says, "Juany:
24 Cuz I can't sit waiting on you guys to deside

J. Guzman

1  at Almost 9 pm that I don't have a route".
2       Do you see that?
3  A.   Yes.
4  Q.   Do you remember the date of the last
5  deliveries you performed work before
6  June 27, 2012?
7  A.   Based on this -- I don't remember the
8  time, but based on this document would be
9  June 8th.
10 Q.   What about June 25th?
11 A.   No, June 8th before that one stop on
12 June 25th.
13 Q.   You see, still on FD000085, where it
14 says, the last one, "Juany: That's a waste of
15 time for me and time is money".
16       Do you see that entry?
17 A.   85?
18       MR. ANDREWS: The last thing
19       (indicating).
20 A.   Yeah, that's the same text as the one
21 prior to that. It's just that I texted in a
22 way where I didn't -- one sentence, and then I
23 pressed enter, and then I did another one, but
24 it's relevant to the one before.

J. Guzman

1       And at that point, my situation was that
2  they were playing games from June 8th --
3  from June -- like that week of June 8th, the
4  10th, around there, they were playing games of,
5  you know, when I told you that they don't call,
6  whatever. So when he needed -- he had the
7  problem. He had nobody to cover a route. Then
8  that day I had to come -- I had to do that
9  route. Remember when I told you in the
10 beginning?
11      But then after that, since I noticed
12 that they were playing that game -- so I asked
13 him -- I asked him -- instead of waiting for,
14 you know, them to call me late like they were
15 doing after they started playing that game, I
16 texted him to ask him in the morning. I ask
17 him when I send this -- I send this text
18 (indicating). Once I send this text, I also
19 send this one (indicating). I said Syed will I
20 have a route tomorrow because, you know, they
21 been playing that game for quite some time, and
22 I was a bit upset and I wrote, "Cuz I can't sit
23 waiting on you guys to deside at Almost 9 pm
24 that I don't have a route," because, you know,

J. Guzman

1   I'm driving towards the facility, and it's not
2   fair for me not to know anything, and I get
3   there, and then there's not nothing for me, so
4   --
5           And then I wrote that's a waste of my
6   time and time is money because if I don't do a
7   route, I don't get paid, and if I drive from my
8   house to the warehouse, that's wasting money.
9   **Q.**   How were you wasting money if you're
10  driving from your house to the warehouse?
11          MR. ANDREWS: Objection.
12  **A.**   That's -- that's common sense. If you
13  drive from Long Island to here, to New York,
14  and when you get here, your boss tells you you
15  don't have work, you just wasted money on gas.
16  **Q.**   On gas?
17  **A.**   Yeah, on gas, and, you know, you can't
18  waste money on gas when you don't have stops
19  for -- no work for a week.
20  **Q.**   Were you looking for other positions in
21  the end of June 2012?
22  **A.**   No, I was not. I was not looking for
23  other positions at that time. I considered
24  myself an employee for Fresh Diet. I was just

J. Guzman

1   come to work, we don't need you here, and then
2   I can move on with my life and go and look for
3   an employment, but I considered myself an
4   employee at that time.
5   **Q.**   As of June 27, 2012?
6   **A.**   Yeah. Around that time I considered
7   myself an employee.
8           There's a lot more texts from that same
9   day because he gave me like some runaround. He
10  said oh, didn't Owen text you, no, I didn't
11  receive anything.
12  **Q.**   Looking at FD000087, do you see that
13  last text that says, "Me: Maybe c2 or a
14  connecticut?
15  **A.**   Yes.
16  **Q.**   Do you know what that means?
17  **A.**   Yes.
18  **Q.**   What does that mean?
19  **A.**   At that time, since I had that
20  conversation with him on the last page that we
21  didn't go over, he knew for a fact that my car
22  was not -- especially given my financial
23  struggle at that time for not having a stable
24  income for those weeks, he knew that if he

J. Guzman

1   trying the figure out, you know, when he was
2   going to stop being a knucklehead and, you
3   know, just for me to have the work that I
4   always had before.
5   **Q.**   When you said "time is money," what did
6   you mean by that?
7           MR. ANDREWS: Objection, asked
8       and answered.
9           Answer it one more time, and
10      then we're going to move on.
11  **A.**   Yeah, the same thing. If I drive from
12  my house to somewhere for an hour or half an
13  hour and I have to put gas and sit in a car and
14  go there, I'm wasting my time, and I'm wasting
15  money on gas.
16  **Q.**   How are you wasting your time?
17  **A.**   By the same way. If you drive from Long
18  Island to here, when you get here, your boss
19  tells you there's nothing to do, didn't you
20  just waste an hour of your time? You waste
21  your time. I waste my time going there because
22  if you don't want me to do my work, just tell
23  me, you know. Just tell me hey, we don't need
24  your services anymore, we don't need you to

J. Guzman

1   offered me -- if he would say I maybe have
2   something in Connecticut, there's no way I can
3   get to Connecticut. There's no way, given
4   those weeks without having any money coming in,
5   that I can put gas, tolls, and drive up there
6   with a car that I probably didn't change my oil
7   at that time to drive all the way up to
8   Connecticut because if I get stranded in the
9   middle of the road, they're not going to come
10  out with AAA to help me out. So that's why he
11  sent that because he knows that I wasn't going
12  to be able to do that route. Yeah, it's there.
13  **Q.**   Looking at the next page, FD000088,
14  there's a text, "Juany: I can't do connecticut
15  my car is not good enough to go out there".
16          Do you see that?
17  **A.**   Yes.
18  **Q.**   Is that what you were just referring to?
19  **A.**   Yeah. That was my personal situation at
20  the time.
21  **Q.**   Then the next one says, "Me: Ok.
22  Nothing else available then."
23          Do you see that?
24  **A.**   Yes. That's -- Syed wrote that. Yes.

J. Guzman

1             J. Guzman
2  Q.   Is that in response to your text message
3  above?
4  A.   Yes, that's in response to the text
5  message.
6  Q.   Now looking at the next one, it says,
7  "Juany:  Not even C2".
8      Do you see that?
9  A.   Yes.
10  Q.   What does that mean?
11  A.   At that time, it was -- do you remember
12  what I told you about the situation with Alex,
13  where sometimes he didn't come?  So I respond
14  to him, so you don't -- not even Alex, you
15  know, Alex's route, there's nothing there.  He
16  said there's nothing.  So he had to cover --
17  Q.   C2 is a New York route?
18  A.   Yes.  That's -- that's the one that I
19  said that, you know, you go to Queens, Long
20  Island, Brooklyn.  That's Alex's.  He's on the
21  list, Alex's route.
22  Q.   Looking back at FD000087 --
23  A.   87.
24  Q.   -- the last text on that, it says,
25  "Maybe c2 or a connecticut".

1             J. Guzman
2  the June 27th, "Looks like it's covered," and
3  then after that, he wrote, "I'm going to sleep
4  contact owen if you need any info".  So I did
5  as he stated, and I contacted Owen, and Owen
6  then told me that I had a C2 because Alex was
7  not going to be able to do it, and that's why
8  it seems as that day I did that route.
9      And this text here, the one that you're
10  relating to, shows the route, the stops, the
11  empty, and then if I had any trouble, I would
12  write in the bottom.  That's what's there, you
13  know, just to make sure that he contacts the
14  client to let him know that the bag is next to
15  the foyer.
16  Q.   This indicates that you performed work
17  on June 28, 2013 --
18  A.   Yes.
19  Q.   -- and that you performed 31 stops for
20  that route.
21  A.   Yes.
22  Q.   You did perform work after
23  June 26, 2012.
24      Is that an accurate statement?
25  A.   Yeah.  Seeing this, yes.

1             J. Guzman
2      Do you see that?
3  A.   Yes.
4  Q.   Did you understand that Syed was
5  offering you Alex's route?
6      MR. ANDREWS:  Objection.
7  A.   I understood that he was telling me the
8  Connecticut route, and he wrote maybe Alex's
9  route, probably -- what I understood there, he
10  wasn't sure if Alex was going to call out or
11  not call out, you know.  So that's how I
12  understood it, type of thing.
13  Q.   Now looking at FD000089, do you see that
14  first entry?  It says, "Juany:  Juany Guzman --
15  A.   Yes.
16  Q.   -- Route c2 Stops 31 Empty 41"?
17  A.   Yes.
18  Q.   That's from June 28, 2012?
19  A.   Yes.  I see it.
20  Q.   Does that indicate that you performed
21  the C2 route on June 28, 2012?
22  A.   Yes.
23      I actually -- from reading that text, I
24  remember, more or less, what happened that day.
25  After that, if you see FD000088, Syed wrote in

1             J. Guzman
2  Q.   Now looking at the following page,
3  FD000090, do you see the fourth entry?  It
4  says, "Juany:  Juany guzman --
5  A.   Yes.
6  Q.   -- C2 Stops 29 Empty 25".
7      Do you see that?
8  A.   Yes.
9  Q.   Is that from June 29, 2012?
10  A.   Yes.
11  Q.   What does that indicate?
12  A.   That indicates the same as the other
13  texts, the route that I covered, the stops, and
14  the empties.
15  Q.   After June 8, 2012 --
16  A.   Which page is that?
17  Q.   I'm just asking a question.
18  A.   Oh, I'm sorry.
19  Q.   -- there were times where you received
20  in excess of thirty stops for your routes --
21      MR. ANDREWS:  Objection.
22  Q.   -- during that month.
23      Is that an accurate statement now that
24  you have looked at this document?
25      MR. ANDREWS:  Objection.

J. Guzman

1
2  A.   Yeah, one or two times, yes.
3  Q.   I'm looking at FD000085.
4      You had a route that had forty-three
5  stops on June 25, 2012.
6  A.   I'm trying to get to it.
7      MR. ANDREWS:  He's asking you
8  about that entry (indicating).
9  A.   Okay.  I see it here.  Say that question
10  again.
11  Q.   On June 25, 2012, you had received a
12  route that allowed you to make forty-three
13  stops for that night, correct?
14  A.   Yes, on the -- Alex's route, yes.
15  Q.   You believe that to be Alex's route?
16  A.   Yes.
17  Q.   C2?
18  A.   Yes.
19  Q.   Then on June 28th, FD000089, you
20  received a route that had thirty-one stops,
21  correct?
22  A.   Yes, also Alex's route.
23  Q.   Then on FD000090 on June 29, 2012, you
24  received a route that had twenty-nine stops,
25  correct?

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Juany Guzman | Yale Pollack | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| 61 | Notice of EBT | 19 |
| 62 | Driver's license | 24 |
| 63 | Social Security Card | 25 |
| 64 | Injunctive affidavit | 55 |
| 65 | Collective affidavit | 75 |
| 66 | Class action affidavit | 87 |
| 67 | Handwritten calculations by | 96 |
| | Mr. Guzman | |
| 68 | 2012 1099 form | 138 |
| 69 | Text messages | 142 |

REQUESTS FOR PRODUCTION

| DESCRIPTION | PAGE |
|---|---|
| Manifests | 22 |
| Registration and insurance card for BMW | 132 |
| 2012 State and Federal tax return | 140 |

INSERTS

| DESCRIPTION | PAGE |
|---|---|
| Dates of Costa Rica Trip | 134 |

J. Guzman

1
2  A.   Yes.
3      MR. ANDREWS:  Are you okay?  Do
4  you need a break or anything?
5      THE WITNESS:  No, I'm good.
6      MR. POLLACK:  Let's just take a
7  five-minute break.  I may not have any
8  other questions.
9      (Whereupon, a recess was taken
10  at this time.)
11      MR. POLLACK:  Pending the
12  production of the additional documents
13  that I've requested today, I have no
14  further questions for Mr. Guzman.  Thank
15  you.
16      MR. ANDREWS:  Thank you.
17      (Time Noted:  3:04 p.m.)
18
19    _____
20      JUANY GUZMAN
21
22  Subscribed and sworn to before me
23  this ____ day of _____, 2013.
24  _____
25  Notary Public

C E R T I F I C A T E

1
2
3
4      I, MELISSA KAHANE, hereby certify that
5  the Examination Before Trial of JUANY GUZMAN
6  was held before me on the 7th day of October,
7  2013; that said witness was duly sworn before
8  the commencement of his testimony; that the
9  testimony was taken stenographically by myself
10  and then transcribed by myself; that the party
11  was represented by counsel as appears herein;
12      That the within transcript is a true
13  record of the Examination Before Trial of said
14  witness;
15      That I am not connected by blood or
16  marriage with any of the parties; that I am not
17  interested directly or indirectly in the
18  outcome of this matter; that I am not in the
19  employ of any of the counsel.
20      IN WITNESS WHEREOF, I have hereunto set
21  my hand this 7th day of October, 2013.
22
23
24    _____
25      MELISSA KAHANE

[47]  (Pages 182 to 185)

ERRATA SHEET

PAGE/LINE          CORRECTION

American Stenographic
Telephone:718-291-6600                www.Americansteno.com

**A**

**AAA** 177:11
**ability** 5:21 6:4
**able** 49:9 64:21
  65:7 112:10
  127:8 148:21
  155:15 177:13
  180:7
**abstract** 23:24
  24:20 25:6
**accountant**
  140:2,3 141:23
**accurate** 7:12
  62:18,20 81:11
  93:11 95:22
  108:22 147:10
  169:11 180:24
  181:23
**accurately**
  139:10
**ACKLIN** 1:4
**action** 4:19,21
  20:6,9 21:15
  70:4 76:11
  87:15 88:13,17
  88:21 147:4
  184:13
**activities** 151:14
**acts** 88:15
**actual** 72:15
  95:4
**add** 55:9 94:21
  159:17
**added** 94:16
**addition** 119:13
**additional** 42:5
  94:21 183:12
**address** 4:10
  8:16 9:16 23:3
  23:3 28:22
  97:21 134:5
**administer** 3:18
**admitted** 16:2
**Adrian** 151:7
**advance** 156:14
**advising** 12:18
**affect** 5:21

**affidavit** 55:5
  57:17,23 75:24
  76:10,25 80:24
  87:16 88:8,10
  88:13,18,24
  89:6,10,15
  109:8 122:19
  142:22 147:9
  184:11,12,13
**affidavits** 57:18
  88:12
**afternoon** 46:20
  60:25 63:17,18
  63:25 150:4
**afternoon/eve...**
  46:14,17
**ago** 75:12
  100:23 147:2
**agreed** 3:6,11,16
  48:9,9
**agreement** 26:21
  26:23
**ahead** 38:13
  55:14 125:25
  152:10 156:6,7
  156:12,24
**airport** 149:18
  149:19 151:6,8
**ALC** 1:8
**alcohol** 5:25
**Alex** 100:24
  120:10,16
  121:3,4 144:24
  144:24 145:6
  155:8 168:21
  170:8 178:12
  178:14 179:10
  180:6
**Alexander**
  122:14
**Alex's** 157:21
  158:3 178:15
  178:20,21
  179:5,8 182:14
  182:15,22
**alias** 122:17
**aliases** 122:25

**alleged** 170:17
**allegedly** 33:12
**allow** 133:12
**allowed** 182:12
**alphabetical**
  126:6,19
**Alvarez** 121:22
**amount** 21:23
  30:18,19 54:20
  57:21 61:22
  64:17 90:21
  98:7 146:20
  157:22 161:17
  162:20 165:10
  167:3
**ample** 154:13,15
**Andrea** 51:19
  148:2,3 149:7
  149:8,15
**Andrea's** 149:11
**Andrews** 2:5
  5:14 7:21 8:23
  11:4,21 12:10
  12:13,21 13:2
  13:12,18 14:7
  14:24 15:14,17
  16:4,7,15,24
  17:11,16,19,21
  17:24 20:17
  21:16 22:18
  24:25 28:13
  29:5 32:7 36:7
  38:9,12 39:15
  40:18 42:14
  43:22 46:12
  47:16,24 49:20
  51:2,5 53:11
  54:17 57:24
  58:4,8 61:10
  61:12,18 67:22
  68:6,9 70:5,10
  71:10,17 72:20
  72:24 75:15
  76:24 80:20
  81:8,12,16
  82:23 83:3
  84:11,13 87:10

**90:7,25 91:14
  92:6,8 96:3,22
  97:12 98:22
  99:21 100:19
  107:12 110:3
  113:14 114:16
  118:21 119:2
  121:24 122:5,8
  122:23 123:4
  124:5,14,23
  125:11,14
  127:23 128:14
  128:23 131:14
  131:16 132:25
  135:18 136:25
  137:13,18
  138:6,13
  139:17 140:23
  141:8,13,25
  143:22 144:14
  146:3 147:5,11
  147:14 148:23
  149:23 150:21
  151:12 154:22
  156:4,16
  160:17 161:10
  161:20,22
  162:7,11,18
  163:21 164:3,6
  164:8 165:5
  167:18,21
  168:14 169:12
  170:18 171:18
  172:19 174:12
  175:8 179:6
  181:21,25
  182:7 183:3,16
**and/or** 119:16
**answer** 4:23,24
  5:9 7:22 11:5
  11:13 12:11,18
  14:8,25,25
  20:18 21:17
  38:10,11,12,13
  39:13 40:12,19
  44:23 67:13
  68:7,10 131:22

**175:10
**answered**
  124:15 128:15
  137:14 175:9
**answering** 5:2
  134:6
**answers** 14:9
  39:14
**anybody** 23:4
  49:16 107:14
**anymore** 129:11
  175:25
**anytime** 156:13
**apartment** 9:20
  9:22 34:12
**apartments** 35:4
  35:8
**apologize** 66:21
**appear** 23:5,8
  139:8
**appears** 185:11
**application**
  23:22,25 25:3
  25:4 32:14
  72:5
**applied** 65:21
  66:2
**apply** 65:19,25
**appointment**
  23:21 72:5
**appropriate**
  51:12
**approval** 115:24
  135:3,6,6
**approximately**
  59:16 61:19
**April** 46:23
  48:14 91:8
  94:8,9,12,14
  95:12,14 96:18
  96:25
**area** 32:4,8 43:6
  43:7,16,17,18
  43:23 82:3,5
  104:23 105:4,8
  111:3,24
  114:20 115:21

126:13,14
135:8 145:16
158:22,23
**areas** 82:8
**argue** 86:20
**argument** 86:12
108:6
**arrange** 118:10
118:14 134:13
**arrive** 38:7,19
102:11 111:6
125:3
**arrived** 36:21
38:18 101:12
101:14 124:13
**Aside** 129:13
**asked** 17:19
23:22 25:10
31:9,12 32:14
49:4,6,11,12
50:5,11 53:6
53:15,15 55:8
55:19 68:18,20
104:15 118:9
120:14,16
124:14 128:14
137:13 145:5
146:16 152:24
173:13,14
175:8
**asking** 4:20 5:9
12:24 17:22
109:6 140:24
144:21 163:17
181:17 182:7
**assign** 116:13
**assigned** 30:6
32:3 37:7
42:18 58:20
73:16 111:6
114:21,23,24
169:15
**assigning** 73:10
104:5
**assignment**
116:6 118:11
118:15

**assignments**
115:23
**assistant** 52:17
55:20,23 83:19
**attempted**
115:22
**attended** 18:5
**attitude** 85:24
113:18
**attorney** 2:3
58:11,13 70:14
72:2 79:18
81:4 132:11
**attorneys** 2:8 3:7
21:6 22:10
58:6
**Audi** 130:16
131:3,18
**audio** 18:8,17,18
66:4
**authorized** 3:18
**available** 135:22
177:23
**Avenue** 9:19
**aware** 22:21
119:14
**a.m** 1:22 31:6,7
39:19 40:2
41:18 42:7
155:11,16,24
**a/k/a** 1:11
**A4** 130:16
131:18

_____

**B**

**B** 184:6
**babysitter** 49:7
49:16 50:15
**back** 10:10 15:5
15:24 23:22
40:5 41:16
45:18 53:6,23
61:2 63:4 64:6
67:5 76:7
77:23 78:3,5,6
80:24 92:20
114:22 117:25

118:2,2 127:17
136:9 151:10
151:10 178:22
**background**
18:3
**bad** 69:3 73:5
115:11
**bag** 30:13,14,15
30:15,16 31:10
78:11 85:2,2
97:10,20 98:5
98:8 107:8,19
107:21 117:20
117:22 118:3
159:16 180:14
**bags** 22:4 30:12
30:23 31:3,11
31:11,13 35:3
37:7 40:7 41:8
41:25 42:2
68:13 77:24
78:7,13,14,19
79:5,8 93:21
97:24,24 98:4
98:4,12,13,15
99:5,7,17,18
100:2,6 105:7
123:15,16
125:6 159:16
162:21 163:8
163:16,20
164:17,20,21
164:22,24
169:6
**ballpark** 95:24
**Baltic** 28:23,24
29:8
**based** 46:6 62:13
62:14 64:16
65:3 113:17
126:5 155:20
166:19 172:8,9
**basically** 20:13
54:10 82:22
120:15 123:17
**basis** 12:12,20
12:24 17:9

59:17 100:13
100:17 109:13
109:15
**Bate** 25:19
142:16
**bbecause** 143:13
**bed** 136:7
**began** 61:20
73:9
**beginning** 30:7
32:3 37:2 60:2
85:15 104:24
120:23 127:6
127:25 173:11
**Behalf** 1:5
**Behr** 7:14,17 8:2
8:7,13 9:8,10
9:24 10:5 28:4
**belief** 70:21,22
**believe** 6:20 8:12
11:23 19:7
21:11,13 28:22
28:23 30:19
34:8 37:8 48:4
57:14,20,20
58:22,22 66:11
70:18 71:4,19
79:19 80:11
84:16 85:7
88:8 89:9,15
108:20 117:9
130:15 131:9
132:8,9,11
134:24 136:5
137:24 138:2,4
138:17 141:21
142:22,23
143:4,23
149:24,25
150:6,7 155:6
163:7,16
168:12 169:13
182:15
**believed** 84:4
169:8
**Belt** 64:2
**benefits** 138:12

**best** 31:21 97:18
97:18 98:5
100:8,9 126:7
127:9
**better** 9:17
82:11 97:14
**big** 55:15
**bills** 65:4,7
**bin** 30:12 40:9
78:14,23
**birthday** 11:19
**bit** 49:8 59:12
173:23
**Blackberry**
80:13,14,15,18
**blank** 135:12
**block** 160:8
**blocks** 53:19
171:2
**blood** 185:15
**BMW** 130:15,20
131:2,21
184:21
**boiling** 55:17
**born** 18:22,24
**boss** 153:8,11
174:15 175:19
**bother** 43:15
**bottom** 180:12
**boyfriends**
51:11
**boy's** 13:22
**break** 5:6,10
16:24 49:21,22
50:25 51:9
87:11 114:17
118:23,25
148:8 183:4,7
**breaks** 132:23
**Bridge** 45:10
**bridges** 45:7
**briefly** 81:3
**bring** 23:23
**Bro** 169:24
**Brooklyn** 9:11
9:15,19 10:9
10:11,13 19:5

27:23 28:9
29:8 44:20
45:8,10,18
52:12 73:11
74:7,15,22
77:5,22 82:2
104:17 121:5
144:6,7,13
145:18 178:20
**Brooklyn/Que...**
144:8
**brothers** 16:11
17:5
**brought** 82:17
140:11
**Bryansville** 8:15
8:19,23,24 9:2
**Bryant** 1:4
122:13
**BS** 86:22
**buckets** 8:4
**building** 34:16
34:17,19 35:5
35:8 43:20,21
**buildings** 44:5,6
44:7
**burden** 49:12
50:19 159:21
**bus** 150:10
**busiest** 91:22
**busy** 59:11
92:11 93:2,9
**B-E-H-R** 7:15

— C —

**C** 2:2 104:22
185:2,2
**calculate** 94:4
**calculations**
96:7,13 184:14
**calculator** 91:2
**calendar** 140:19
**call** 11:9,16
12:14,17 25:8
31:4 35:21
36:3 52:17,19
52:24,24 53:2

53:25,25 54:6
54:12 85:17
95:7 101:6
112:11 129:4
133:23,25
134:3,4,5,6,8
134:12 135:23
168:21 173:6
173:15 179:10
179:11
**called** 53:5
55:18 85:19
100:24 117:23
136:4,7
**calm** 85:21
**cancel** 129:4
**cancelled** 129:13
129:20
**car** 30:23 43:9
43:14 54:5
82:13 97:11
130:10,13,23
132:12 175:14
176:22 177:7
177:16
**Carbon** 18:7,11
**card** 25:13,14,25
26:3,5 132:3,9
184:10,21
**care** 22:19 49:9
149:5 151:21
**cars** 130:17,19
130:24
**Carter** 13:20,20
**car's** 132:18
**case** 13:3 16:12
35:23 57:19
97:18,19 98:5
100:8,9 106:17
151:14
**cat** 9:21
**CATERING**
1:11,12
**caught** 136:4
**cause** 50:6
**CECILIA** 1:4
**cell** 142:8

**certain** 21:21,21
25:9 30:17
99:25 102:12
102:17 104:14
106:23 109:7
111:20 145:17
167:3
**Certainly** 13:18
**certification** 3:8
76:12 88:21
**certify** 185:4
**chance** 19:17
135:13
**change** 32:17
60:9 115:22
117:3 118:6,11
118:15 125:20
125:22 127:4
136:13 177:7
**changed** 32:20
33:12 48:19
168:5 169:21
**changes** 91:11
**characterized**
111:8
**check** 30:13
72:11 103:5
105:24
**checks** 23:2,6,8
23:10 102:25
103:3 105:22
106:3
**child** 11:8 17:13
**children** 10:23
10:25 11:24
16:23
**child's** 13:15,17
13:19
**Chow** 1:3
116:21 121:23
**Chowdhury**
122:2
**circle** 112:21
**citizen** 18:20
19:6
**city** 8:17 40:5
52:6,15 77:9

104:14,17,23
105:4,8 111:3
111:24 112:2
114:20 115:21
118:2 121:7,9
121:9 145:14
166:25 170:25
**claim** 14:22
20:10 32:22,22
52:9 55:18
69:8,11,13,14
**claimed** 16:3
**claiming** 48:18
147:4
**claims** 4:21 20:5
20:8 21:6,14
51:25
**clarify** 126:11
128:16 140:23
141:9
**Class** 87:15
184:13
**clean** 78:14
**clear** 46:21
156:21
**client** 21:25
30:17 40:5
42:17 98:4,5
128:24 129:10
129:11,11,13
129:14,20,21
129:25 130:2,4
134:5 146:15
146:23 156:10
180:14
**clients** 34:13,15
34:22 35:2
100:2 155:12
155:18,19
159:17
**client's** 39:21
40:3 41:15
97:21,22
**close** 42:9 76:5,6
90:22
**closer** 147:12
**closing** 15:21

**cold** 136:2,4
**collective** 75:24
76:11 88:21
184:12
**college** 18:7,10
**column** 22:3
**come** 5:4 15:5
19:2,4 23:22
25:8 28:7
29:18,21,22
30:5 41:16
45:25 46:8,18
46:19 48:5,10
48:12 50:13,14
52:20 53:6,23
55:25 60:25
61:2 68:14
82:12,13 86:11
95:22 97:18
99:14 102:9
112:8 126:24
128:8 134:15
135:24 136:9
149:3 150:8,9
151:9,10
167:12 169:24
173:9 176:2
177:10 178:13
**comes** 129:7
**coming** 56:16
63:4 154:9
163:11 177:5
**commencement**
185:8
**comment** 31:3
86:13
**comments** 22:5
**commitment**
56:12
**common** 147:7
174:13
**communicated**
142:9
**communication**
169:22
**community** 18:7
18:9

**company** 22:21
22:24 23:20
131:12 159:20
169:9
**compared** 74:16
**compensate**
158:4
**compensated**
20:20 34:4,7
71:7,24 72:13
74:14,20 90:9
103:19
**compensation**
74:16 89:25
104:8,11
119:18 139:11
141:5
**complaining**
69:24
**complaint** 30:16
69:24 169:10
**complete** 40:25
41:9 71:3
77:23 114:20
114:23
**completed** 36:4
162:21
**completing**
77:21 125:6
150:15
**comply** 105:8
106:20 109:10
**computer** 99:11
126:3,5 127:3
127:4
**concerning**
14:21 16:21
21:6 139:7
**conditional**
76:11 88:20
**conduct** 22:2
102:24 103:2
145:10
**conducted** 22:4
123:17
**connected**
185:15

**connecticut**
77:11,18 81:19
81:21 176:15
177:3,4,9,15
178:25 179:8
**consequences**
113:6
**consider** 13:13
17:24
**considered**
65:12 174:24
176:4,7
**consist** 40:16
**consisted** 77:4
168:9
**consistent**
149:22
**consistently**
129:8
**construction**
45:6
**contact** 38:20
180:4
**contacted** 180:5
**contacts** 180:13
**contention** 72:25
**continuing**
148:11
**contract** 10:2,5
**contractor** 71:9
**convenient**
169:3
**conversation**
13:24 46:5,6
46:16 48:8
66:23,25 67:6
67:10,24 68:12
69:6 72:17
87:8 110:15
120:8,10 144:4
176:21
**conversations**
58:5 86:24
120:18
**cooking** 100:3
**copy** 23:23
25:24 26:2

96:2 131:23
**Cornell** 18:5
**CORP** 1:10,12
**corporate**
163:17
**Correa** 100:22
101:15 107:3
108:20 120:2,9
120:13,24
122:2
**Correa's** 121:10
**correct** 23:14
35:9 52:2 61:6
61:16 66:23
71:16 89:19
91:9 97:7
122:21 123:3
131:25 137:22
138:3,18
140:21 144:17
148:14,18
162:16 182:13
182:21,25
**CORRECTION**
186:2
**correctly** 4:16
78:18,21
**Costa** 134:23
135:19,23
184:25
**counsel** 185:11
185:19
**count** 31:10
78:19,20
**counting** 99:7
**couple** 7:6 22:11
42:4 44:16
53:18 62:5
73:24 75:22
79:23 86:9
102:23 145:12
**Courier** 1:10
22:22 23:9
**course** 39:23
65:23
**court** 1:1 3:20
4:24 11:10,10

11:16 12:14,21
70:16 82:24
**cover** 65:7
105:25 116:13
135:7 145:5
158:3 167:2
170:13 173:8
178:16
**covered** 49:14
73:10 155:8,8
180:2 181:13
**covering** 157:21
**created** 111:5
**Crossways** 2:9
**crushed** 30:24
**current** 51:20
**currently** 6:13
12:3,5
**curse** 69:4 85:19
114:3
**cursed** 116:17
117:24
**customers** 59:18
77:9
**cut** 113:19
168:13
**cutting** 42:8
98:24
**cut-off** 155:12
**Cuz** 171:25
173:23
**CV** 1:8
**c2** 176:14 178:7
178:17,25
179:16,21
180:6 181:6
182:17

─────────
**D**
**D** 184:1
**Dacres** 72:17,20
122:2
**daily** 100:13,17
130:7
**damaged** 30:25
**Danny** 100:25
113:4,21 114:9

**data** 163:15
**date** 19:23 24:6
25:16 28:14
33:2 54:25
55:7 67:4,14
67:15,15,17
70:13,15,17
75:19 76:2
87:18 96:9
113:22 120:21
138:24 142:13
146:7 155:6
168:24 172:5
**dates** 7:10,10
91:18,19 135:2
135:11,18
146:4 147:2,10
184:25
**daughters** 17:6
**David** 1:4 122:3
122:13
**day** 31:18 36:17
38:23 43:7
47:3,4 49:4,15
49:19 50:11
52:22,22,23
53:17,23 54:21
54:23 55:18
56:21 62:9,10
62:23 68:14,17
68:18 69:15,19
91:6,6 92:5,10
92:11 94:10
95:21 97:7,8
102:24 103:2,6
103:6 108:21
113:7 116:24
117:6,7,8,14
128:13 129:14
129:16 130:6
137:24 148:25
149:3,5 151:22
157:7 161:19
161:24 162:15
162:16,23
164:12,13,24
164:25 165:9

167:7 168:16 173:9 176:10 179:24 180:8 183:23 185:6 185:21

**days** 33:10 45:22 50:21,22 60:19 61:4,6,8 73:25 91:22 95:2 97:9 106:3 127:14 134:24 136:5,6,9,14 137:3 149:9

**daytime** 137:6,7

**deadline** 16:18

**dealing** 16:17

**decide** 127:21

**decision** 13:22 16:25

**decline** 91:12

**deducted** 72:11 141:23

**Defendant** 1:18 104:24 111:5 114:22 115:6 115:23

**defendants** 1:14 2:8 4:19 15:18 51:9 88:17 119:15

**defendant's** 19:14,22,25 24:5,9 25:15 25:18 26:8,15 27:3 55:6 57:4 75:25 76:9 87:16,21 88:24 89:4,11,18 96:8,11 119:12 121:14 138:23 139:2 141:7 142:12,15 147:9 148:13 157:12 184:7

**defensive** 170:3

**degree** 18:8,16 66:5

**deliver** 44:4,5 118:2,3

**delivered** 31:11 59:17 105:5,15 108:12

**deliveries** 21:24 34:11 35:11 37:12,24 40:13 44:2 45:23,24 48:6 71:15 77:14,17,21 78:20 81:22 85:18 93:20 117:8 123:21 125:21 126:5 128:12,17 130:8,11 132:24 133:9 133:17,24 134:2,11,14,20 135:24 136:18 137:4 149:10 150:15 155:23 172:6

**delivering** 77:8

**delivery** 6:16 22:2,8 23:12 34:9,10 39:11 45:14 77:3,6 79:11,13 82:6 98:8 100:12 108:8 117:22 119:17 127:7 129:5 134:8 140:20 155:9

**depend** 147:15

**depended** 41:10

**dependent** 105:23

**dependents** 25:11

**depending** 40:25 42:17 45:11 62:21 93:7 118:21 165:14

**depends** 44:24 61:13

**deposition** 3:17 6:8,11 11:9 16:25 96:14

**depositions** 17:8

**Depot** 7:7 9:8,10

**describe** 18:2 66:22

**description** 147:10 184:7 184:19,24

**deside** 171:25 173:24

**detail** 22:2

**Diana** 122:12

**Diet** 1:9,10,10,11 1:12 6:17 7:2 7:20,24 9:8,11 14:18,23 22:13 23:13 26:22 27:18 29:12 59:18 61:24 65:12 71:16 75:4 77:5 80:12,17 126:22 129:12 137:12,17 138:12 139:24 140:20 141:18 146:22 147:13 149:10 174:25

**Diet's** 77:8,22 82:2

**difference** 170:5

**different** 7:6 34:13,21 52:12 65:21 79:23 111:23 166:5

**difficult** 145:9 145:13,22

**direct** 11:5

**directed** 83:13 88:16

**directly** 83:12 185:17

**discipline** 105:9 107:7 109:12 109:20 111:7

113:12 114:25 115:24

**disciplined** 84:5 84:17 105:14 107:25 108:10 108:15 110:10 112:18,20,25 113:2,5,25 115:5 156:2,5 156:15,17,18 156:19

**disclose** 11:7 58:5

**disclosed** 16:21

**disclosure** 13:21

**discovery's** 15:21

**discretion** 12:22

**discuss** 120:6

**discussed** 91:13

**discussing** 120:12

**discussion** 28:7

**distribute** 113:16

**DISTRICT** 1:1 1:2

**dock** 85:3 86:21 107:23

**docked** 30:17 85:13 86:15,20 87:3,5 108:4

**docking** 107:8 107:21

**document** 19:12 19:16,18,20,24 20:3 24:7,12 24:14 25:17,20 25:23 26:6,10 26:13,17,25 27:5 56:25 57:6,7,8,10,12 57:15 58:7,9 76:3,14,17,19 76:23 81:6,15 87:2,19,23,25 88:3,7 106:7

109:3 131:25 139:4,6,8 142:14 148:2 152:11,18 166:19 172:9 181:24

**documents** 6:7 21:5,8,9 24:2 24:22 88:9 93:21 140:11 142:19 183:12

**doing** 46:7 52:14 52:14 56:15 65:22 72:13 91:24 123:13 159:15 169:24 173:16

**dollars** 30:18

**Dolowich** 1:19 2:8

**Dominican** 18:25

**door** 39:21 40:3 40:14,15 108:9 155:9

**double** 41:25

**double-parked** 43:14

**Downtown** 32:5 145:16

**Dr** 2:9

**drastically** 52:9

**draw** 82:10

**Drew** 122:13

**drive** 40:4 42:3 53:3 54:2 101:19 123:15 125:17 145:19 151:3,5 153:23 153:23 174:8 174:14 175:12 175:18 177:6,8

**driven** 105:6 108:17 109:21 127:22 166:23

**driver** 6:16 23:13 28:12

32:15 118:11
118:14
**drivers** 23:19
37:22 68:21
82:5,9 85:12
86:25 103:18
104:9,11,23
105:4,8 109:10
111:3 112:2
114:20 115:22
119:16,24
123:22,25
**driver's** 23:23
24:4,15,16,20
25:6 184:9
**driver/food** 77:3
100:12
**driveway** 82:12
**driving** 23:24
24:21 43:8
44:22 63:15
125:18 133:7
166:4,21 174:2
174:11
**drop** 151:7,7
**dropped** 79:5
**drove** 42:12
165:11
**drugs** 5:24
**Duchman** 1:13
142:5
**due** 88:15
155:13
**duly** 4:3 185:7
**duties** 29:11,14
31:21 40:6
94:11 104:4
123:8,17
**duty** 32:15 56:6
98:11
**d/b/a** 1:11

**E**

**E** 2:2,2 184:1,6
185:2,2
**earlier** 26:3 27:8
35:17,20,20,22

36:4,11 51:24
61:5,14 67:11
101:24 111:22
138:17 145:23
146:13 169:8
**early** 36:17
52:19,25 55:25
59:16 61:9
72:18 95:12
97:4 101:16
145:24 152:8
161:24
**easier** 41:2,3
121:21 125:24
**East** 44:9
**eat** 133:3,4,5,6
137:10
**EBT** 19:21
184:8
**educational** 18:2
**Edwin** 122:12
**effect** 3:19
**efficient** 127:19
**eight** 40:24
41:12 62:8,17
93:7,14 95:16
**eighteen** 19:7
162:6
**eighty** 33:21
39:22 41:8,24
58:25 59:7
**eight-and-a-h...**
91:16
**either** 26:24
80:23 142:10
**elaborate** 137:20
**eleven** 54:20
**eliminate** 94:12
**emotions** 113:18
**emphasize** 58:5
**employ** 185:19
**employed** 6:13
27:24 71:22,23
119:15 120:19
**employee** 65:13
77:4 174:25
176:5,8

**employees** 37:10
82:6 85:6
100:13 119:17
**employment**
9:24 25:2 28:8
89:22 120:22
120:23 176:4
**empties** 164:9
167:8 181:14
**empty** 22:4
31:13 77:24
78:7 105:7
157:14 158:15
160:22 162:3,6
162:21 163:16
163:22,22,23
163:25 165:18
166:9,15
167:16,25
171:11 179:16
180:11 181:6
**ended** 10:2,4
130:22 138:8
161:23
**ends** 162:15
**engineering** 18:8
18:17 66:4
**enter** 172:24
**entering** 26:20
**entire** 37:22 63:5
86:13 98:3
155:10
**entirety** 61:9
**entitled** 71:4
**entries** 160:21
**entry** 143:11
153:4 157:12
158:14 161:3
165:17 166:8
167:15 171:10
172:17 179:14
181:3 182:8
**ERRATA** 186:2
**Errol** 122:3,4,6
**especially** 45:5
176:23
**ESQ** 2:5,10

**estate** 65:22,23
**Eugen** 122:10
**Evaristo** 122:11
**evening** 46:9,18
48:13 63:19
64:5
**everybody**
103:15 170:10
**everybody's**
146:16
**exact** 7:9,10 8:16
8:21 28:14
30:19 33:2
54:25 57:21
67:3,15,17
70:13,17 75:19
90:20 113:22
124:16 135:2
150:9 151:17
**exactly** 30:9 33:9
37:9 42:8
120:4
**exaggerate**
62:20 99:2
**exaggerated**
146:20
**exaggerating**
95:23
**Examination**
1:16 4:6 184:2
185:5,13
**examined** 4:4
**example** 34:20
39:18 95:16,19
111:15 116:7
124:8 126:16
154:5 169:18
**examples** 106:10
**exception** 38:3
119:20 181:20
**excess** 89:23
**exclusively**
32:11 77:4
**exhibit** 19:14,22
20:2 24:5,9
25:15,19 26:8
26:15 27:3

55:6 57:4
75:25 76:9
87:17,21 89:18
89:19 96:4,8
96:12 121:15
121:19,20
122:20,20
138:23 139:3
142:12,15
152:12
**expected** 102:16
102:18,20
111:4
**expense** 136:16
**expenses** 54:21
105:25 136:17
141:24
**experience**
128:7
**experiences**
103:17
**explain** 20:23
39:15 52:4
68:10,12 97:13
97:14 125:23
125:24 155:2
**explaining** 31:20
60:24
**explanation**
31:16 83:9
**Express** 1:9,10
1:12 22:22
23:9
**extent** 83:5
**extra** 40:11
167:9
**eyes** 86:18 87:2
**Ezequiel** 122:3

**F**

**F** 185:2
**face** 110:7
**faces** 101:9
115:12
**facilities** 77:5,22
**facility** 29:3
37:11 44:20

45:18 53:3,18
62:16 63:7,11
63:15,24 64:4
79:2,4 82:2,11
82:22 92:21
93:23 101:12
102:16,19
114:13 117:25
123:20 124:21
148:21,24
174:2
**fact** 15:4 17:11
72:3 145:14
151:21 176:22
**facts** 38:15
86:18
**failed** 114:23
119:17
**failing** 105:14
**fair** 48:3 61:11
147:8 174:3
**Falcones** 27:16
27:17
**familiar** 43:6
**families** 34:18
34:20
**family** 64:22
66:12
**far** 44:19 63:14
**Fargo** 149:16
**faster** 160:11
**fathers** 17:6
**FD000080**
142:16 143:11
147:17
**FD000081**
157:11
**FD000082** 159:4
164:2 165:3
**FD000083**
165:17
**FD000084**
166:14
**FD000085** 171:9
172:14 182:3
**FD000087**
176:13 178:22

**FD000088**
177:14 179:25
**FD000089**
179:13 182:19
**FD000090** 181:3
182:23
**FD000165** 24:8
**FD000167** 25:19
**February** 88:5
94:7 139:24
**Federal** 140:7,18
184:22
**feel** 20:12 51:25
55:12 136:9
**felt** 56:15 71:23
**Fernando** 1:3
27:10 68:21
70:3 87:6
100:23 101:21
101:22 107:2
107:13 108:2,5
110:14,15
113:4 120:2
121:6 122:6
124:22
**fifteen** 45:19
63:20 64:3
97:25 99:14
114:7
**fifth** 57:9 88:2
**fifty** 94:20 97:24
**fifty-one** 94:20
95:18
**fifty-two** 95:17
95:18 96:25
**Figeroux** 122:3
**figure** 91:20
120:15 127:9
128:4 155:16
156:8,9 157:3
160:19 161:11
161:11,16
164:23 175:2
**figured** 50:12
**file** 2:11 139:18
139:25 141:11
141:15

**filed** 70:7,16
139:19,21
140:7 141:2
**filing** 3:8
**fill** 25:5,10 32:13
**filled** 23:21 72:5
**filler** 8:3
**filling** 8:4 23:25
**financial** 176:23
**find** 50:15 56:21
97:23,25 98:3
98:4 99:25
100:8 134:4
**finds** 68:25
**fine** 7:11 8:20
87:12 91:5
92:7,22 141:10
**fines** 111:9
**finish** 4:25 5:15
16:7 31:6
39:18,19 46:18
61:3 112:4,10
133:14 146:14
146:21 151:2
153:8 155:10
155:15,23
158:13 160:10
**finished** 18:4
31:9 36:11,12
41:20 45:16
63:22 92:2
**finishes** 7:22
**finishing** 39:21
40:8 41:16
47:3 92:20
124:20
**fired** 54:11
**firm** 2:3 140:3
**first** 4:3 28:20
29:11,21 31:18
40:14,16 44:19
46:3 59:15
70:6,8 71:19
73:22,24,24
88:24 115:23
141:21 143:20
144:19 148:15

154:24,25
155:9,9 165:17
179:14
**five** 46:11 48:10
48:11 50:20,22
50:23,24 56:23
61:6,15,22
73:6 101:18
**five-minute**
183:7
**FL** 1:10,11,11,12
1:12
**follow** 29:18
84:6
**following** 73:8
77:20 86:16
129:18 161:3
161:18,24
162:16 166:13
171:9 181:2
**follows** 4:5
**food** 30:12,24
35:16,19,22
36:3,16 37:2,3
37:7,13,15,17
37:19 38:4
56:3 82:3,5,16
82:18 93:24
97:19 98:10
111:20,22
114:15 119:16
130:5 133:13
146:15 155:18
156:9
**force** 3:19
**forget** 158:2
**forgot** 85:2
**form** 3:12 25:11
138:22 141:17
184:16
**fortunate** 85:14
**forty** 20:25 21:2
21:3 33:20
42:2 52:14
58:25 59:6
89:24 90:9,10
90:11 97:24

119:20
**forty-five** 93:25
99:6,20 119:3
**forty-seven**
153:2 155:15
158:7
**forty-three**
171:15 182:4
182:12
**found** 32:21
52:7 55:15,16
169:18,20,21
**four** 11:18 34:11
54:19 56:23
73:21 123:25
134:24 170:21
170:25 171:2,4
**Fourteen** 94:19
**fourth** 165:3
181:3
**four-year-old**
11:8,12 13:5
13:21 17:13
51:7,16
**foyer** 180:15
**frame** 40:21
**freezer** 30:11
82:17,19 97:16
97:20 100:4
114:2
**freezers** 82:16
**frequent** 39:9
**frequently** 39:7
149:12
**Fresh** 1:9,10,10
1:11,12 6:17
7:2,20,24 9:8
9:11 14:18,23
22:13 23:13
26:22 27:17
29:11 59:18
61:24 65:12
71:15 75:4
77:5,8,22
80:12,17 82:2
126:22 129:12
137:11,16

138:12 139:24
140:20 141:18
146:21 147:13
149:10 174:25
**Friday** 16:18
41:4 45:25
46:8,9,17,19
46:20 47:14,15
47:21 48:12,13
59:12 94:10,12
129:24
**Fridays** 49:10
50:15 94:5,5
**fridge** 78:10
**friend** 23:18
27:7,14,15
116:22
**front** 89:11
**fuel** 158:5
**fueling** 54:4
**full** 30:12
**full-time** 59:17
65:13
**further** 3:11,16
104:18 183:14

───────
**G**
───────
**G** 4:2
**game** 173:13,16
173:22
**games** 173:3,5
**garbage** 78:12
78:13
**gas** 54:22 157:24
174:16,17,18
174:19 175:14
175:16 177:6
**general** 104:3
**generally** 91:22
111:18 112:14
128:12,17
129:15
**generous** 98:24
**gentleman**
100:24,25
101:2 144:24
**gestures** 83:3

**getting** 39:2
41:14 49:13
53:4,18 56:4
70:11,23 72:3
73:6 99:7
100:3 104:15
106:15 124:20
130:22 153:10
158:3
**girlfriend**
146:18
**girlfriends** 16:10
17:5 51:10
**give** 7:10 11:11
17:2 52:10
63:3 67:12
79:17 85:24
86:17 94:20
95:10 110:14
113:8,10,19
116:10 154:13
154:15 160:9
169:3 170:14
**given** 68:25 75:5
103:23 109:2
176:23 177:4
**gives** 116:5
**giving** 56:23
160:6
**go** 1:11 13:19
15:11,24 28:19
30:4,10 38:13
40:8 43:11
55:14 56:19
58:2 60:6,13
68:17 72:2
74:5 76:7 79:3
81:3 82:19,20
86:11 90:17
91:19 95:25
97:23 100:5
102:7 117:2,24
118:2,8 123:14
125:25 127:3
127:15,17
128:25 137:10
151:8 156:22

157:7 159:3
168:18 175:15
176:3,22
177:16 178:19
**goes** 40:7 160:5
**going** 4:20 8:18
11:4,7,13,16
13:14 19:12,15
20:2 22:15
24:11 25:20
26:6,9,16 27:4
34:13 36:22
41:4 45:25
46:7 49:12
50:6 52:8 53:9
53:16 56:25
57:5 60:25
74:3 76:3,13
78:5 80:24
87:19,22 90:17
90:18,20,21
91:18,23 92:15
92:23 95:2,23
95:25 96:10,12
113:8 117:17
121:18 125:23
126:10 127:15
127:22 129:3,5
132:4 133:16
135:5,12
138:25 139:3
140:13 142:14
142:18 143:21
145:3 151:12
153:21 154:2,6
154:10 155:2
155:22 156:25
157:3,4 158:11
160:3,4,8
175:3,11,22
177:10,12
179:10 180:3,7
**Gonzo** 1:19 2:8
**good** 4:14,15
49:3 54:7
68:17 98:7
114:18 145:4

156:20 177:16
183:5
**grab** 1:11 60:7
**graduate** 18:12
**Graham** 122:6
**grandmother**
49:8
**ground** 4:22
**group** 84:23
104:4
**guess** 141:17
**guide** 127:5,18
**guys** 105:20,23
107:3,17
111:20 171:25
173:24
**guzman** 1:5,17
4:9,14 5:1 6:1
7:1 8:1 9:1
10:1 11:1 12:1
12:14 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1,6,14
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1,10 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1

90:1 91:1 92:1
93:1 94:1 95:1
96:1,7 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1,10 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1,13
158:1,15 159:1
160:1 161:1
162:1 163:1
164:1 165:1,18
166:1,9,14
167:1,16,24
168:1 169:1
170:1 171:1,11
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1,14
180:1 181:1,4
182:1 183:1,14

183:20 184:3
184:15 185:5
**Guzman's** 13:5
13:9

**H**

**H** 184:6
**half** 31:19 54:9
59:15 71:21,22
94:2 95:3,20
98:21 99:13,16
100:9 113:19
133:20 135:4
175:13
**hand** 22:12 83:3
103:5,7 140:10
163:5 185:21
**handed** 22:11
24:2 25:4 60:6
114:4,6
**handing** 19:19
20:3 24:10
25:21 26:11,18
27:5 57:4
76:14 87:21
91:5 96:14
139:4 142:17
**handled** 59:16
**hands** 128:2
**Handwritten**
96:6 184:14
**handwrote**
96:13
**hang** 127:7
**happen** 39:6
48:21,24 54:3
85:14 112:6
113:21 133:22
134:16 154:13
157:2
**happened** 38:25
75:20 85:11
107:10 109:16
109:25 111:16
116:20,22
118:5 134:17
151:25 152:3

179:24
**happening** 67:6
**happens** 159:14
**happy** 110:22
146:16
**hard** 8:18 56:17
146:6
**harder** 147:6
**HARMAN** 2:3
**head** 71:11
**hear** 23:16 86:20
86:24 105:18
105:19
**heard** 22:24,25
23:4 86:17
104:14 109:3
123:18
**Heaven** 122:6
**heaviest** 92:5
**held** 1:18 185:6
**help** 37:2,3,4,15
37:16,18
112:11 134:13
134:15 177:11
**helped** 49:17
**hereunto** 185:20
**Hernandez** 1:3
27:10,11,13,20
27:25 28:8,11
58:12 100:23
120:3 122:7
**hey** 74:3 86:21
106:4 169:24
175:24
**he'll** 106:6
116:13
**hidden** 117:22
**high** 18:4
**hired** 32:12 52:5
52:6 72:4
**hold** 76:7 103:6
105:22 106:3
**holding** 130:20
**HOLDINGS**
1:11
**home** 7:7 9:8,10
64:6 68:17,24

69:7 79:3
125:17,18
129:3 143:14
146:18,19
147:18 148:22
149:3 150:11
150:12,13
151:3,8,16,18
151:18,20
153:21
**horrible** 136:4
**hour** 8:8,9,9
31:18 45:5,5
45:21 56:5
63:18,19 66:15
66:17 94:2
95:2,20,20
98:21 99:13,16
100:9 133:19
133:20 175:13
175:14,21
**hourly** 8:10
71:14,18
**hours** 14:22 16:2
17:23 20:22,24
20:25 21:2,3
40:24,24 41:9
41:12,21 42:4
42:4 62:9,10
62:13,14,14,22
63:2,3,3 89:24
90:9,10,11
91:7,12 92:2
92:13,19 93:7
93:17,18 94:6
94:13,20,20
95:5,6,10,16
95:18,18,20
96:17,25
114:12 119:19
149:22 150:2
156:12,12,24
156:24 161:25
**house** 15:5,6,10
15:12 27:21
41:15 151:5
163:15 167:14

174:9,11
175:13
**hundred** 116:24
117:5,5 118:19
**Hussain** 1:12
23:21 67:25
73:9 83:12
104:24 111:5
114:22 115:6
122:10
**Hussain's**
115:24

**I**

**IA** 131:14
**ice** 31:14,14 40:7
78:9,10 124:2
124:10
**ID** 21:25 97:22
126:19
**identification**
19:14,23,25
24:6,9 25:16
25:18 26:8,15
27:2 55:7 57:3
76:2,4 87:17
87:20 96:9,11
138:24 139:2
142:13
**identifying**
12:15
**IFA** 131:8,12,15
131:16
**ill** 153:8 158:8
158:10
**imagine** 13:6
**immediately**
72:25
**impair** 6:4
**implemented**
163:3
**important** 126:3
146:22 167:6
**improperly**
71:20
**inaccuracies**
81:14

**inaccurate** 81:20
**incident** 73:2,4
107:20
**incidents** 147:3
**included** 82:3
**including** 77:10
105:10 109:12
111:9 114:25
115:25
**income** 136:22
176:25
**incorrect** 146:2
**incur** 45:13
**incurred** 136:17
**independent**
71:8
**Index** 1:8
**indicate** 148:20
166:22 179:20
181:11
**indicated** 141:6
**indicates** 180:16
181:12
**indicating** 82:20
84:14 89:3
92:16 139:19
152:16 164:10
172:20 173:19
173:20 182:8
**indirectly**
185:17
**individual** 14:5
**individually** 1:5
1:12,13,13
69:25
**individuals**
83:16 100:16
101:11 123:7
**influence** 5:24
**info** 180:4
**information**
13:11 14:21
15:7,8,21 17:3
17:25 106:17
107:5 135:15
**inished** 153:9
154:18

**initial** 28:6
**initially** 27:25
**injunctive** 55:5
  88:15 184:11
**input** 163:15
**insert** 135:14,17
**INSERTS**
  184:23
**inside** 30:2 78:9
**instance** 85:7
  118:16 151:20
**instances** 38:17
  98:20 105:13
  151:25 152:4
**instruction** 5:7
**instructions**
  5:12 77:6 84:7
  84:20 86:16
**insurance**
  130:24,25
  131:2,4,6,20
  132:3,8 184:21
**intend** 16:4,9
**intentions** 65:14
**interacted**
  100:12,17
**interested**
  185:17
**interesting**
  13:23
**interfere** 50:6
**involved** 19:9
**iPhone** 80:11
**Islam** 122:12
**Island** 52:11
  73:12 74:7,16
  74:22 174:14
  175:19 178:20
**issue** 13:3 16:19
  17:15,18 49:15
**issues** 134:8
**issuing** 51:10

———————
**J**
**J** 2:5 4:2 5:1 6:1
  7:1 8:1 9:1
  10:1 11:1 12:1

13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1

136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1
182:1 183:1
**JACKSON** 1:4,4
**January** 6:19,21
  23:14,15 24:17
  27:12 28:16
  42:12 46:22
  58:21 59:16
  61:9 65:10,17
  80:8,10 91:8
  94:7,14 96:17
  134:20 136:24
  139:25 143:5
  149:20
**Jersey** 77:11,15
  81:19,21
  121:11,13
  131:13
**JFK** 149:17,19
**JLC** 1:8
**job** 6:23 7:17
  10:3,12 15:15
  23:18 65:5
  77:2 150:19
  156:22 167:12

**Johnny** 27:16
**Juan** 100:22
  103:25 120:2,9
  122:2
**Juany** 1:5,17 4:9
  76:10 122:10
  143:3,12
  148:16,17
  153:4 157:13
  157:13 158:14
  158:15 159:4
  160:21 161:3
  165:18,18
  166:9,9,14,16
  167:16,16,24
  167:24 171:10
  171:11,21,24
  172:15 177:15
  178:7 179:14
  179:14 181:4,4
  183:20 184:3
  185:5
**Judah** 1:13
  142:3
**judge** 13:20,20
  13:24
**Julian** 121:22
**July** 57:13 89:5
  147:8
**June** 6:21,21,23
  11:20,23 48:15
  58:21 59:16
  61:9 72:18
  75:6,10,14
  80:9,10 88:14
  89:2,6 95:12
  95:15 97:2,4
  136:24 137:22
  137:23,25
  138:2 143:9
  145:24 147:3
  149:20 166:10
  166:15 167:15
  167:18,19,20
  167:23,23
  168:5,6,9
  171:7,8,13,16

**Johnny** 172:7,10,11,12
  172:13 173:3,4
  173:4 174:22
  176:6 179:18
  179:21 180:2
  180:17,23
  181:9,15 182:5
  182:11,19,23
**Junior** 101:2

———————
**K**
**K** 115:19
**KAHANE** 185:4
  185:25
**Kaufman** 1:19
  2:8
**keep** 54:4 99:3
**Kenneth** 1:3
  116:21 121:23
**key** 134:6
**keys** 30:2 60:7
  134:7
**Kimble** 122:10
**kind** 91:19 93:3
  146:8
**kitchen** 28:21
  30:11 82:3,4,9
  82:15 85:2
**knew** 15:4 68:25
  72:22 176:22
  176:25
**know** 5:3,7 7:9
  10:5 12:8
  14:11 15:6,9
  15:12 16:6,18
  20:23,23 21:13
  21:19,20 27:11
  28:22 30:7,20
  31:20,22,23
  33:9 34:22
  35:18,19 36:16
  36:18 37:9,10
  37:14 38:4,19
  38:21 39:12,24
  40:10,11,12
  42:16 43:8,9
  43:10,12,13,14

46:7,14,17
49:13,17 50:4
50:6,7,8,10
52:8,11,23
53:3,8,15,25
54:5,9,10,23
55:17 56:2,3,9
56:13,20,22
57:6 58:2 59:9
60:25 61:2
62:3,18 63:4,5
63:17 65:3
66:11 67:14
68:2,15,20,23
69:2,4,6,8,11
70:15,16,17
72:7,7,8,12,21
72:23 73:5
74:2,3 75:19
78:17 80:21
81:2,5,9 83:23
83:25 84:24
85:5,8,9,10,12
85:19,21 86:6
86:8,15,22
87:23 88:7,9
88:10 89:6
90:13,19,22
91:19 92:13
93:10 94:3,4
95:23 96:4
98:6,25 99:7,8
99:9 100:4
101:19,20,24
101:25 102:2,5
102:7,8,8,9,20
103:12,14,17
103:23 104:2,8
104:10,10,10
104:12,13,16
104:17,20
105:13,23
106:8,12,14,16
106:19,22,25
107:2,2,4,9,14
107:14,15,16
107:21,22

108:2,3,10,15
108:22,24
109:4 110:6,7
110:10,15,21
111:17,18,24
112:14,16,18
112:22 113:2
113:17,18,18
113:24 115:5
115:10,17
116:11,12
117:3,12,14
118:13,16,17
118:19 120:10
121:10,11,12
122:16,16,17
123:12,14
124:19,24
126:4,8 127:17
128:10,20
129:7,10 131:6
131:20,25
132:8 133:13
133:15,16,18
133:19,21
134:11 135:3
136:9 138:5,7
138:7 140:7,9
141:14,23
142:2,3,5,24
143:2,25 145:2
145:5,11,14,15
145:21 146:7,9
146:15,21,24
147:23 150:8
150:23 151:17
152:3,6,8,13
152:22 153:18
153:25 154:4,6
154:11,11,12
154:12,13,14
155:11,13,16
156:6,7,7,8,9
156:10,12,14
156:17,21,22
156:24,25
157:3,4,5,6

158:2,6,12
159:19 160:5
162:10,12,13
163:4,11,17
164:17,22
165:7,16,25
166:4,11,18
168:4,16,18,19
168:22,25
169:2,21,23,24
169:25 170:2
170:12 173:6
173:15,21,25
174:3,18 175:2
175:4,24
176:17 178:15
178:19 179:11
180:13,14
**knowledge**
17:23 109:6
119:15
**knows** 16:2
128:6 177:12
**knucklehead**
175:3

## L

**L** 3:4
**late** 1:9 22:21
23:9 26:21
37:14 38:18,19
63:22 67:7,19
114:9,12
134:11 136:24
143:13,21
154:7,16 156:2
156:11,11,23
157:4,4 173:15
**latest** 38:8,22
39:3 125:5,8
**Lattimore** 1:5
122:11
**laughed** 170:24
**lawsuit** 21:7
48:22 68:2,22
69:18,22,24
70:6,13

**lawsuits** 19:10
**layoff** 10:6
**learn** 29:14
69:21 70:6,9
127:25 145:22
**learned** 31:24
48:21
**leave** 11:15 15:4
15:10 36:19,22
37:23 43:14
63:7 135:12
150:5
**left** 82:20 85:17
101:25 102:9
117:20 149:3
150:12,13,17
150:23 153:21
159:16
**left-hand** 82:15
**legal** 148:2
**Lehigh** 18:7,11
**letter** 75:22
**letters** 60:3
**letting** 155:13
**let's** 34:20 95:14
97:15,24 113:6
116:7,8 117:4
119:4 126:9
128:20,24
129:25 148:7
159:3 160:2,4
166:25 183:6
**license** 23:23
24:4,15,16
25:6 184:9
**life** 176:3
**lil** 143:13
**line** 8:3
**list** 115:13 120:5
122:18,25
126:4 178:21
**listed** 121:17
**listen** 103:22
**listened** 103:10
**listening** 103:11
**little** 49:8 106:8
170:15

**live** 9:15 12:2
14:14,17
**lived** 9:4,7,23
14:15 53:20
**lives** 14:11 126:9
126:10,16,17
151:6
**living** 28:2
**LLP** 1:20 2:8
**located** 8:14
**locations** 77:10
**logistically**
159:19
**logistics** 160:10
**long** 9:4 14:15
29:10 31:16
52:11 53:16
56:15 71:2
73:12 74:7,16
74:22 75:11
90:19 92:8
100:22 110:9
111:21 174:14
175:18 178:19
**longer** 41:6
142:8
**longest** 45:4,20
**look** 19:16 55:4
57:5 61:13
65:16 87:22
121:18 134:25
149:9,12 176:3
**looked** 65:9
78:16 181:24
**looking** 15:24
23:19 41:22
55:20 58:15
59:14 62:7
64:20 66:19
67:5 77:2
81:25 83:10
88:11 89:20
96:16 98:7
99:5,6 100:11
104:22 114:19
119:12,13
121:14 143:11

147:16 157:11
159:4 165:17
166:13 167:15
171:9 174:21
174:23 176:13
177:14 178:6
178:22 179:13
181:2 182:3
**Looks** 180:2
**lose** 80:6
**lost** 80:5,5
**lot** 22:12 38:3
39:25 41:2,3,5
42:2 43:5
62:24 86:4,4,6
99:23 101:8
102:6,7 105:23
110:17 114:6
114:15 115:13
116:9 123:23
125:23 128:6
130:21 137:8,8
145:21,21
147:6,6 157:24
170:7,11 176:9
**low** 66:10 95:23
99:4
**Lower** 32:8,9
44:15 59:19
158:22
**lunch** 118:23
**luncheon** 119:6

———————
**M**
**M** 4:2
**machine** 8:5
**Macungie** 4:12
9:4 10:15 12:6
51:22,23
**mail** 59:25
139:23 141:18
**mailbox** 60:2,3,5
60:8,14,16
73:18
**mailboxes** 29:23
**maintained**
85:21

**maintenance**
132:18,21
**majority** 121:16
123:3
**making** 65:8
136:18
**manager** 85:6
117:12
**mandatory**
63:13 86:10
103:4 104:7
**Manhattan** 32:8
32:10,11,15
44:15 45:9,10
52:7 59:19
74:18,20 128:6
145:25 158:22
158:23 168:25
**manifest** 21:22
21:23 29:22
78:16,22 97:23
106:8 117:21
125:21 127:2
163:13
**manifests** 21:10
21:14 22:10,17
29:25 31:2
56:2 60:4 99:8
163:4 184:20
**manifest's**
167:11
**map** 30:8,9
99:12
**March** 94:8
**mark** 96:3
**marked** 19:13
19:22,25 24:5
24:8,8 25:15
25:18 26:7,14
27:2 55:6 57:3
75:25 76:4
87:16,20 89:11
96:7,11 138:23
139:2 141:6
142:12,15
147:9
**MARQUIS** 1:4

**marriage** 185:16
**married** 10:19
10:21 14:3
147:23 148:2
**Martina** 122:11
**math** 90:12,14
90:15 91:4
**matter** 112:3
133:19 185:18
**meal** 77:21 97:6
97:8 146:23
155:13
**meals** 59:18 63:8
77:7 85:18
97:15 105:5,15
108:11
**mean** 20:16 23:6
32:8 36:15
37:17 52:4
53:7 60:23
64:25 65:3
78:4 90:5
102:13 116:4
139:22 157:20
158:9 159:10
160:16 161:9
175:7 176:19
178:10
**meaning** 126:7
126:11
**means** 116:5
144:8 152:22
157:21 158:10
159:11,14
162:10 165:4,8
176:17
**meant** 90:6,8
169:14
**medications**
5:20
**meet** 27:20
28:19
**meeting** 28:6
29:10 86:11
103:5
**meetings** 86:8,9
102:22,23,24

103:3,9,16,20
103:21 104:6,7
109:15 111:17
**MELISSA** 185:4
185:25
**mention** 51:8
**mentioned** 69:14
69:18 106:20
109:11
**message** 152:7
152:19 178:2,5
**messages** 142:11
142:25 147:16
161:13,14
171:20 184:17
**met** 23:20 27:13
27:25
**Michael** 1:5
122:11
**mid** 6:19,19,20
6:21 23:13,15
**middle** 95:3
117:23 177:10
**mileage** 74:25
75:2,3 104:19
108:21,22,23
121:2 126:6
**miles** 44:21
105:5 108:16
109:20,23
**mind** 67:18
146:6 164:21
**mine** 23:18
**mingle** 86:7
**minimum** 99:6
99:16
**minor** 11:6
13:15,16,19
**minus** 95:15
**minute** 90:16
**minutes** 45:3,3
45:19 49:22
63:19,21,24
64:3 93:25
99:6,15,20
101:18 119:3
154:12

**misdeliveries**
84:25 110:23
**misdelivery**
107:22,23,25
**misplaced** 80:14
**missed** 47:23,24
55:10 114:24
117:7
**missing** 118:18
155:7
**mistakes** 170:11
**moment** 73:19
146:17
**Monday** 41:2
47:8,9,20
92:10 128:17
128:18,25
129:6,17,18
130:2
**money** 54:4 85:4
85:13 172:16
174:7,9,10,16
174:19 175:6
175:16 177:5
**month** 28:15
32:24,25 33:3
33:4,6 55:2,3,4
55:16 62:4,4
71:21,22 135:4
181:22
**months** 46:3,4,5
46:22 61:20
62:2 79:24
94:7 141:22
**morning** 4:14,15
22:14 31:7,8
39:24 43:13
46:2,8,15,17
46:19 52:25
56:16 61:2,3
64:7 112:5,9
125:12,16
133:18 146:24
150:3,7 161:24
167:13 173:17
**mother** 9:23
13:4,15 14:11

17:22 51:7,16
51:18 85:20
116:18 149:11
151:5,6,21
**mothers** 17:5
**mother's** 12:8
**motion** 88:14,20
**mouth** 103:10
**move** 51:13
110:25 175:11
176:3
**moved** 9:11 10:9
10:10,13 18:6
23:17
**Moving** 115:19
123:6
**multiple** 34:15
34:18,20 35:4
57:18 133:25
**mutual** 27:14,15

**N**

**N** 2:2 3:4 4:2,2
184:1
**Nafis** 101:4,4
104:2 112:7,10
116:21,21,23
117:15,17,21
117:21 118:17
120:3 121:8
122:12
**name** 4:8,18
11:3,7,11 12:8
13:4,14,17,19
13:22 15:16
16:19,20 17:12
17:22 18:9
21:25 23:8
33:15,16,17
51:7,15,17
58:23 60:15
72:23 73:19
97:21 100:19
100:21,25
101:2,5 106:12
107:17 110:2,5
110:8 115:10

115:17 120:11
121:25 122:5
122:16,16
124:16 128:21
139:8 142:3,5
151:13
**named** 144:24
**names** 12:15
17:4 29:24
73:15 86:7
100:21 101:8
101:10 106:24
107:15,16
115:11,14
120:4,4 123:7
126:4 145:17
145:20,20,20
**nasty** 85:17
**nature** 85:4
96:24 105:22
108:9
**Nazrul** 122:11
**necessarily**
128:19
**need** 5:6 30:3
32:14 66:11
90:25 103:25
104:2 114:17
118:22,24
175:24,25
176:2 180:4
183:4
**needed** 30:3
130:21 163:5
164:22 170:12
173:7
**needs** 158:4
**neglect** 54:13,13
138:9
**neglected** 138:9
138:10,10
**never** 14:3 19:20
23:4 26:23
56:24 71:14,18
72:9,22 73:10
75:2 81:21,22
85:23 89:24

107:4 110:21
110:22 118:7
133:3,8 134:21
145:7 154:12
156:10
**new** 1:2,20,21,23
2:4,4,9 4:4
9:19 19:5
23:17 28:12
49:17 65:22
77:9,10,11,15
79:21 99:10
104:16,23
105:3,7 111:3
111:24 112:2
114:20 115:21
129:7,10,13,20
131:12 145:14
159:17 174:14
178:17
**nicely** 50:11
**night** 1:9 22:21
23:9 26:21
33:23 36:20
40:15,23 41:10
43:12 47:2,6,7
47:8,9,10,11
47:12,13,14,15
47:20,20,21,21
47:21,22 48:17
48:25 49:25
52:15 59:3,5
79:6 112:4,4
114:10 117:24
133:16 136:24
154:3 156:3
158:7 161:18
163:13 170:21
182:13
**nights** 41:7
45:24 46:11,11
46:25 48:2,4
48:10,11 50:23
50:24 61:15,15
61:22,22
**nine** 95:5,6
**ninety** 116:25

**ninety-eight**
38:16
**ninety-two**
116:25
**nonparty** 13:9
**normal** 68:13
**Normally** 38:5
**north** 42:24
43:11
**Notary** 1:22 4:3
183:25
**Notch** 4:12
51:21
**noted** 11:15
183:17
**Notice** 1:18
19:21 76:12
184:8
**noticed** 35:19
168:19 173:12
**noticing** 72:7
**November** 9:13
9:13 10:13
65:17
**number** 25:19
84:9 97:22
139:13 142:16
143:5,8 163:19
167:5 169:15
**numbers** 21:25
37:3 99:2,3
126:19,20
145:15 163:18
164:23 169:6
**NY** 1:10,10,10
**NYC2** 157:13,20
**nyp** 158:15,20
159:5,10,25
160:22 162:2
**NYR** 160:4,6
**nyr2** 159:5,10,23
159:25 160:11
160:12

**O**

**O** 3:4
**oath** 3:18

**object** 151:13
**objection** 11:21
12:10,25 14:24
15:17,25 17:9
20:17 21:16
24:25 28:13
36:7 38:9
40:18 42:14
46:12 54:17
57:24 58:8
61:10,12,18
67:22 68:6
71:10,17 75:15
76:24 80:20
81:8,12,16
90:7 97:12
98:22 99:21
107:12 110:3
113:14 123:4
124:5,14,23
125:11,14
127:23 128:14
132:25 136:25
137:13 138:6
138:13 139:17
141:13,25
143:22 144:14
146:3 147:5,11
147:14 148:23
149:23 150:21
156:4,16
160:17 161:10
161:20 162:7
162:11 163:21
164:3 165:5
168:14 169:12
170:18 171:18
174:12 175:8
179:6 181:21
181:25
**objections** 3:12
**objection's**
11:14
**obtaining** 28:8
77:7 115:23
**occasions** 170:8
**occupation** 6:15

occurred 67:2
67:11 163:3
**October** 1:21
185:6,21
**offered** 55:21,24
56:5 66:6,13
177:2
**offering** 55:23
56:20 66:16
179:5
**office** 43:20,21
44:5,7 55:19
68:20 75:20
82:21 86:24
105:19 106:14
110:17 117:2
117:10 140:6
163:11,12
167:13
**officer** 3:18
**offices** 1:19
**oh** 7:23 8:18
25:4 29:7
70:12 86:21
101:4 152:14
176:11 181:18
**oil** 177:7
**Ok** 177:22
**okay** 5:11,19
14:10 15:14
16:15 17:21
20:19 22:20
39:17 49:19
50:13 58:16
72:24 76:8
84:12,15 89:21
91:18 92:4,6
92:17 93:13
94:18 109:17
113:8 114:16
115:20 121:21
125:25 126:23
128:8 135:7,16
136:10 140:16
143:12 144:16
144:20 148:17
151:15 182:9

183:3
**old** 11:17
**older** 49:9
**once** 35:18 52:7
52:13 56:21
127:6 136:9
137:8 173:19
**ones** 37:12 163:5
**one-half** 89:25
119:18
**op** 107:19
**open** 11:15
103:10
**operate** 103:8
**operation** 63:5
**opposed** 59:6
**order** 11:10
13:21 34:21
37:3 51:13
125:20,22
126:6,19 127:4
129:8 130:4
164:18
**orders** 21:10
**Ortiz** 122:3
**outcome** 185:18
**overtime** 20:11
20:15 70:20,23
71:6 89:24
119:18
**owen** 52:16,19
53:5,7 72:17
72:23 83:18,18
83:20 100:5
122:2 176:11
180:4,5,5
**owned** 130:17

—————————
**P**
**P** 2:2,2 3:4 58:18
59:17,23,24,24
60:6,12,13
73:2 158:21
160:12 166:22
**PA** 9:2
**pack** 37:2,2,15
37:16,19 63:8

78:11 93:23
114:15 123:15
164:24
**packed** 37:13
82:17 97:16,20
98:16 99:18
100:6
**packing** 37:7
63:4 97:6,8
**packs** 31:14,14
78:9 124:3
**page** 9:9 76:16
88:2 154:22,24
154:25 157:11
159:3 164:6
166:13 171:9
176:21 177:14
181:2,16 184:2
184:7,19,24
**PAGE/LINE**
186:2
**paid** 8:6,8 20:11
23:7 34:12,17
34:19,22 35:7
70:18,23 71:14
71:18,20 72:4
89:24 104:15
120:14,25
121:7,9 136:20
158:3 174:8
**paint** 8:4 9:10
**Paints** 7:14,17
8:2,7,13 9:8,24
10:5
**paper** 60:11
90:23 91:17
102:14 109:4
162:25
**paperwork** 40:9
77:23 125:6
**paragraph**
58:15,17 59:14
60:18 62:7
64:10,10,20
66:19,22 67:5
67:24 73:8,8
75:4 77:2

81:25 83:10
84:3 88:11
89:20 100:11
104:22 105:11
106:21 107:7
109:11 110:25
111:11,14
113:12 114:19
115:19 119:13
119:21,22,25
121:14,16
122:19 123:6
**paragraphs**
72:16
**Park** 2:9
**Parkway** 64:2
**part** 14:2 32:22
51:24 56:6
69:13 108:6
112:21 115:12
118:17 144:12
145:18 160:12
160:12
**participating**
88:17
**particular** 32:2
45:7 59:5
69:17,18
100:16 109:24
129:14 161:18
**parties** 3:7
185:16
**party** 10:3,4
26:24 185:10
**part-time** 64:22
64:25 65:5,5,9
**passes** 147:7
**passport** 134:25
135:11
**Pathmark** 66:18
**pay** 21:11 54:21
56:5 64:18
65:5 66:10,13
72:8,10 85:4
86:15 87:4
90:2 104:16
106:5 109:4

119:17 120:6
120:16 131:4
132:12,18
138:18
**paycheck** 86:19
**paychecks** 109:5
**paying** 106:6
108:5,7,23
110:18,18
**payment** 136:23
**PC** 2:3
**pen** 90:23 92:6
127:9 128:3
**penalties** 111:9
**pending** 5:8
183:11
**Pennsylvania**
4:13 7:5,16
8:15 9:5 18:6
28:2 51:23
140:5
**people** 12:16
37:6 86:4,4
87:7 102:8
104:14 106:15
106:23,25
110:7 112:15
114:4 115:12
115:13,14
120:5 121:19
122:15 152:9
**peoples** 109:5
**percent** 38:16
**Perez** 122:12
**perfect** 133:17
**perfectly** 30:21
149:24
**perform** 29:11
29:14 33:25
35:10 45:23
48:6 75:9
77:14,17 84:2
94:11 97:6
118:9 130:10
135:24 162:5
171:15 180:22
**performed** 34:5

45:14,24 71:15
74:17 79:13
81:22 132:24
137:4,25
140:20 149:10
170:17 172:6
179:20 180:16
180:19
**performing**
104:5 123:21
133:24 134:2
**period** 41:12
75:14
**person** 15:19
69:17 106:12
109:22 115:17
148:3
**personal** 12:16
49:5 70:21,22
109:6 119:14
177:20
**personality** 69:2
**personally** 77:8
87:2
**persons** 1:6
83:12,22
121:17
**PETER** 2:5
**phone** 79:16,21
79:22,23 80:2
80:3,5,8,22,23
85:17 142:8
143:8
**phones** 79:18
**photocopies**
24:3
**photocopy** 25:13
92:9
**physical** 109:3
**pick** 29:22 60:4
60:11,13 73:17
82:18 117:25
123:15 151:10
**picked** 22:4 31:3
31:12 79:8
163:20
**picking** 169:6

**pickup** 82:4
**picture** 82:11
152:17
**piece** 91:16
102:14 162:24
**place** 21:21
34:25 78:22
98:3 120:18
154:7
**places** 52:12
60:10 104:18
**plaintiff** 1:17
76:10 106:16
**plaintiffs** 1:7 2:3
16:11,21 51:12
**Plaintiff's** 88:19
**plan** 135:5
152:10
**playing** 173:3,5
173:13,16,22
**please** 4:8,11,23
5:3,6,8 15:19
49:23 51:17
**plus** 95:6,20
104:19
**pm** 172:2 173:24
**point** 50:20
53:24 61:6,14
85:16 169:5
173:2
**police** 43:15
**polite** 68:15
85:25
**Pollack** 2:10 4:7
4:18 11:14
12:12,20,23
13:8,16,25
15:23 16:6,13
16:17 17:7,14
17:17,21 22:15
50:25 51:5
83:8 87:12
92:7 95:25
118:24 119:4,8
128:16,22,23
128:24,25
132:4 140:13

140:17 141:4
148:7 164:7
183:6,11 184:3
**Pollack's** 164:10
**position** 23:16
27:9 28:12
55:21,22,23
56:18,21
**positions** 65:10
65:16,19,21,25
66:6,9,14
174:21,24
**possible** 13:2
35:18 49:11,14
50:9 62:18,20
133:14
**possibly** 13:7
84:5
**Post-it** 91:15
**potential** 68:2
68:22 69:8,11
69:21
**pre** 95:6,7
**predelivery**
94:22,23 95:8
95:9 98:21
**pregnant** 145:3
**preliminary**
76:11 88:15,20
**preparation**
82:3
**prepare** 6:7,10
36:24,24 58:7
58:9 100:7
**prepared** 51:6
56:4 77:7
82:16 97:10,19
98:10
**preparing** 70:25
**present** 123:22
**pressed** 172:24
**pretty** 15:25
53:17 144:9
152:8
**previously** 19:13
26:7,14 27:2
88:12 142:7

**print** 126:25
**printed** 56:2
**prints** 126:3,18
127:3
**prior** 39:2 62:4,5
70:14 135:2
155:6 158:8
172:22
**probably** 38:17
38:18 39:7,9
79:25 87:7
101:18 114:11
146:4 154:4,14
155:8 159:15
161:21 166:24
166:24 177:7
179:9
**problem** 22:20
50:7 110:21,23
145:2 173:8
**process** 51:14
**production**
22:16 140:14
183:12 184:18
**program** 130:6
**prompted** 72:2
**pronounce** 4:16
**pronounced**
72:21
**proper** 30:23
71:25
**properly** 70:19
**protective** 51:13
**protocol** 53:3
**provide** 9:16
13:14 15:7,20
21:5,9 51:17
135:11
**provided** 17:8
21:8
**providing** 16:19
17:4,25
**Prudential**
131:10
**Public** 1:22 4:3
183:25
**pulled** 117:10

**puncture** 133:11
**punctured**
133:21
**purposes** 126:11
**pursuant** 1:18
**put** 13:12 15:19
16:15 22:3,7
25:11 30:12,22
31:14 49:12
62:17 78:10,11
78:13,25 79:2
84:25 85:2
91:18 92:11,15
92:18 97:10
100:4 108:8
109:23 117:4
124:2 157:23
158:12 159:20
160:11 163:10
167:4,5,10
170:11 175:14
177:6
**putting** 40:7,8,9
107:19,21
124:10
**p.m** 35:15,15,25
36:5 37:25
38:7 39:4,5
41:17 42:6
102:21 112:23
157:9 183:17

---

**Q**

**qns** 144:6,7,13
**quarterly**
141:15
**Queens** 52:11
73:11 74:7,15
74:22 121:5
145:19 178:19
**question** 3:13
4:25 5:3,5,8,9
5:15 7:22
11:13 12:11,19
13:6 14:25
16:8 17:20
39:12,14 55:8

55:11 69:16
70:5,12 104:20
119:9 152:23
155:3 161:22
164:11 181:17
182:9
**questioning**
49:21
**questions** 4:20
4:23 5:22 6:5
49:23 128:5
183:8,14
**quick** 45:19
63:20 148:7
**quickest** 44:25
45:2,17
**quiet** 86:13
117:19 157:2
**quite** 173:22

———————
**R**
**R** 2:2 185:2
**rack** 98:2
**rackets** 124:11
**raining** 136:3
**rate** 90:2
**rates** 119:19
120:6
**read** 80:25 81:2
119:10 121:24
122:21 153:6,7
160:19
**reading** 146:11
163:13 179:23
**ready** 38:4 151:4
**real** 42:9 63:22
65:22,23
122:16
**really** 73:5 87:8
93:11 125:22
151:17 164:21
170:23
**rearrange**
126:24
**rearranged**
126:21
**reason** 56:8

62:16 66:8
68:24 103:2,20
116:23 133:8
134:3,10 136:3
145:8 146:12
146:16 157:23
164:12
**reasons** 10:10
**recall** 10:11 23:3
26:20 28:11,14
28:15 30:19,21
31:15 33:8,9
33:16,17 54:24
54:25 55:2,3,4
55:24 57:20,21
57:25 58:3
67:3,12 70:12
75:11 79:19,20
80:7,16 89:13
90:13 101:3,5
101:7,8,10,15
105:16 108:13
108:14 112:25
113:22 114:11
120:4,9,21
124:16,24
136:11 143:23
143:24 144:10
149:24 152:2,5
153:20 161:21
168:6,10,11
170:19
**receive** 36:3
54:14 102:25
138:11 168:24
176:12
**received** 54:18
74:17 75:2,22
103:3 136:23
139:11,15
141:17 181:19
182:11,20,24
**receiving** 77:6
105:24
**recess** 51:3
87:13 119:6
148:9 183:9

**recognize** 99:10
121:16,20,22
121:22 122:9
123:7 142:18
**recognized**
123:2
**recommended**
43:10
**record** 4:8,10
23:24,24 24:21
25:6 119:10
141:9 185:13
**recorded** 83:4
**recording** 66:3
**red** 92:6
**reduced** 61:6,15
169:16
**reduction** 48:17
75:13 111:8
**refer** 72:16
147:24 149:7
**reference** 67:6
**referred** 74:6
89:16
**referring** 26:3
27:8 37:20
41:12 67:11
80:19 83:16
84:20,22 88:25
89:7 92:13
107:6 111:13
113:11 119:24
120:2 122:20
148:5 154:17
155:5 177:19
**refers** 58:18
121:15
**reflect** 139:10
**reflecting** 141:5
**reflects** 139:13
**regarding** 4:21
147:3
**region** 77:10
**registration**
132:3,10
184:21
**regular** 56:7

90:2 119:19
144:12,23
158:24 159:18
**reimbursement**
132:15,20
**relating** 152:23
180:10
**relationship**
49:3 85:5
137:11,16,19
137:20 145:4
156:20
**relationships**
12:17
**relatives** 12:15
**relevance** 13:3
**relevant** 13:7,11
15:12 21:14
172:25
**relief** 88:15
**remarkable**
17:16
**remember** 8:10
8:13 10:7
32:23 33:6,18
41:23 45:6
57:22 66:13,16
66:25 67:13,15
68:12 73:15,18
75:18,19,21
80:21,23 86:22
94:9 106:10,24
107:24 109:25
110:2,8 115:12
116:17 120:12
122:4 134:10
141:20 144:25
146:11 147:2
151:24 155:4
163:9 165:11
165:13 166:12
166:20 167:10
172:5,8 173:10
178:11 179:24
**repairs** 130:21
132:12,16
**rephrase** 5:4

137:5
**replaced** 80:13
**report** 77:23
78:3 79:5
83:24 104:24
105:4,15
114:22 136:17
161:17 162:20
**reporter** 4:24
82:24 119:11
**reporting** 79:7
105:16 108:11
108:16 109:20
110:11 115:6
**represent** 4:18
**represented**
185:11
**reprimanded**
84:5,18
**Republic** 18:25
**request** 13:12
22:16 49:24
50:2 118:7
132:5 140:14
**requested** 50:10
167:4 183:13
**REQUESTS**
184:18
**required** 77:23
164:13
**requirements**
105:9 106:20
109:10
**reserve** 16:13
**reserved** 3:13
**residence** 10:15
10:16,17 34:24
51:20 63:14
**residential** 44:4
**resolve** 49:15
**respect** 50:4
**respectful** 85:16
**respective** 3:7
**respond** 5:22 6:5
178:13
**responding** 5:16
**response** 69:20

144:2 153:5
178:2,4
**responses** 83:6
**responsibilities**
77:3 123:8
**responsible** 44:8
**rest** 136:8 137:7
137:8
**retail** 66:3
**retaliated** 20:12
51:25 55:12
169:9,14
**retaliation** 88:16
170:17
**return** 15:11
31:12,13 63:11
68:13 77:22,24
82:5 105:7
123:16 139:18
140:8,15
141:11,24
184:22
**returned** 62:16
78:19 123:20
123:24,25
**returning** 79:4
125:6
**returns** 93:21
140:25 141:2,3
141:4
**review** 6:7 19:17
135:14
**reviewed** 123:2
**Rica** 134:24
135:19,23
184:25
**ridiculous** 15:25
170:23
**right** 5:25 10:9
15:23 16:14
17:15,18 33:17
42:10,19 47:6
48:2 51:2 55:3
56:10,14 57:25
60:2 67:3,12
67:14,17 70:13
75:16,17 79:20

80:16 82:12,20
85:22 89:3
90:13,15,19
94:17 101:9
102:4 105:17
106:5,11,11
107:19 108:8
131:2 152:2,5
159:25 160:2
161:7
**right-hand**
57:11 82:14
**ring** 134:7
**road** 133:15
177:10
**Rodriguez** 51:19
**Rohan** 122:6
124:8
**room** 103:24
108:4
**route** 25:9 30:2
30:4,6,8,9 31:5
32:2,11,17
33:12,13,15,17
33:19,25 36:25
39:11,18,21
40:22,25 42:11
42:21 47:2
48:18 49:13
56:7,15 58:18
58:20,24 59:17
59:23,23,24
60:6,11,12,13
60:15 62:21
63:2 70:25
71:2,2 72:14
72:15 73:2,19
86:12 91:24,25
92:2,19,20
93:21 94:15,17
98:9 99:11
113:7,19 115:7
116:6,24 117:4
117:5 118:6
121:10,11,12
126:8 127:5,10
127:14,18,21

128:20 129:9
129:15 130:21
136:2 144:8,12
144:23,25
145:6,9,10,13
145:17,22
152:24 155:11
155:21 157:22
157:25 158:4
158:21,24
159:15,18,18
159:21,25
162:15,22
165:11,25
166:5,11,18,21
166:22,22
167:3 168:4,8
170:9,10,13,14
171:21 172:2
173:8,10,21,25
174:8 177:13
178:15,17,21
179:5,8,9,16
179:21 180:8
180:10,20
181:13 182:4
182:12,14,15
182:20,22,24
**routes** 29:25
37:4 52:11
54:14,18,19
73:10,11,15,20
74:7,15,17
77:7 97:17
114:21,23
123:16 136:13
168:13 181:20
**routinely** 119:17
**rules** 4:22 29:18
103:22,23
**rumors** 104:14
**runaround**
176:10
**running** 37:14
134:10
**rush** 63:18

**S**

**s** 2:2 3:4,4 59:18
77:5 184:6
**Salazar** 122:12
**sat** 32:13 58:10
58:12 69:15,19
70:14
**Saturday** 46:2,9
46:15,20
**saw** 37:10
106:13 107:20
109:2 170:4
**saying** 42:25
43:17,18 47:5
47:5,6 54:10
109:4 127:17
148:17
**says** 59:14 60:18
62:7 64:12,20
67:15 73:9
75:4 77:2,20
82:2 83:11,20
84:4 88:11
89:22 100:11
104:23 109:16
111:3 114:19
115:21 119:13
123:6 143:12
144:5 147:16
148:15 152:20
152:24 153:8
154:18 157:13
158:14 159:4
160:14,21
161:3,12,13,14
162:2,9 165:18
166:8,14
167:16,20,24
171:10,21,24
172:15 176:14
177:22 178:6
178:24 179:14
181:4
**scenario** 97:18
97:19 98:6
100:8,10
**schedule** 64:22

65:2 111:23
**scheduled**
102:11,13
157:6
**schedules** 111:5
111:13
**Schloss** 1:13
142:3
**school** 18:4
**sealing** 3:8
**search** 98:2,12
98:13 99:20
**searching** 23:18
99:17
**second** 79:22
83:10 89:15
**Security** 25:13
25:14,24 26:2
26:5 184:10
**see** 13:10 23:2
58:17 59:20
60:18,21 62:11
64:14,23 67:8
67:9 68:3
72:16 73:13
75:7 77:12,25
81:15,17,25
83:14 84:8,12
84:15 86:18,19
87:2 88:22
90:3 100:7,14
101:9,24 102:7
105:11,18,18
105:19 109:3,5
111:11 115:3
116:2,9 119:21
123:10 124:25
125:3 134:9
143:12,17
144:5,20
147:19 152:11
152:19 153:12
154:20 157:12
158:16,18,25
159:6 160:23
161:5 162:3
163:22 164:2

165:19 166:16
167:17 168:2
171:10,20
172:3,14,17
176:13 177:17
177:24 178:8
179:2,13,19,25
181:3,7 182:9
**seeing** 123:13
180:25
**seek** 51:12
132:15,20
**seeking** 17:12
**seen** 19:18,20
20:3,4 24:11
25:20 26:10,17
27:4 57:7,8
76:14 87:24,25
139:4 142:20
142:21 146:6
**semester** 18:5
**send** 79:7,9
105:20 135:20
162:24 163:14
169:5 173:18
173:18,19,20
**sense** 54:7 56:24
159:19 174:13
**sent** 143:17
152:6 177:12
**sentence** 60:21
77:20 83:11,17
84:3,11,14,21
88:25 89:16
172:23
**separate** 82:8
**September**
19:15 26:9,16
27:3 76:20
79:25 88:19
89:17
**series** 4:20
**served** 33:3,4
52:13 54:15,19
54:23 62:6
75:18,23
169:10,19

170:7
**services** 1:10
22:22 23:9
175:25
**set** 55:25 185:20
**seven** 40:24
41:11 73:7
93:6,14,17,17
94:6 95:19
169:3 171:5,7
**seventy** 33:21
41:8,25 62:25
93:12
**shakes** 71:11
**Shamsuzzoha**
122:13
**shared** 159:13
**sheet** 78:24
186:2
**she'll** 5:17 151:3
**shift** 104:25
133:6
**shifted** 52:9
**shifts** 105:3
**short** 40:22
**shortage** 163:8
**show** 19:12
21:20 26:6
30:9 35:10
36:4,9 53:4
54:3 56:25
76:3 87:19
96:10 103:4
114:9 138:25
142:14 148:21
148:24
**showed** 30:10,11
30:22,25 39:4
112:23 153:19
**shower** 137:9
**showing** 19:24
24:7 25:17
26:13,25 77:4
87:3 112:19
113:3,5 156:2
**shown** 24:17
**shows** 171:8

180:10
**sick** 136:14
167:2
**side** 44:9,12,13
44:17,18 57:11
82:14,15 170:3
**sign** 57:12,18
76:19 78:24
88:5
**signature** 57:9
76:16 88:2
**signed** 3:17,19
80:25 81:5,11
89:10
**significant** 16:22
**significantly**
89:23
**signing** 57:22
89:13
**sign-in** 78:24
**similar** 16:20
81:6 91:8
92:10 155:21
**similarly** 1:6
119:16,24
**simple** 15:4 91:3
145:14
**single** 30:13 63:9
93:9 98:8
130:5,6
**sisters** 16:11
17:5
**sit** 90:13 99:11
103:24 126:24
127:8 128:3
133:13 171:25
173:23 175:14
**sitting** 163:12
**situated** 1:6
119:16,24
**situation** 31:5
38:21 49:6,18
50:3 61:25
62:3 85:12
91:12 97:3
111:16 113:15
116:15,20

118:4 129:3
146:17 155:14
155:22 156:6
156:13 159:12
163:3 168:22
170:9 173:2
177:20 178:12
**six** 46:11 48:2,4
48:11 60:19
61:4,8,15
94:25 95:4
**sixty** 63:24 95:9
95:15 96:17
113:7
**sleep** 137:7
151:9 163:10
180:3
**slip** 56:14
**slot** 22:7
**slow** 93:3,3
**slower** 93:5
**smart** 54:8
**Social** 25:13,14
25:24 26:2,5
184:10
**somebody** 54:12
86:19 113:9,10
116:10 126:9
126:17 129:7
156:18 159:16
159:21
**somebody's** 54:8
**son** 11:2,6,12,17
12:2 13:5 49:6
49:9 51:8,16
51:18 149:4,9
149:13 151:4
151:10,22,23
**sons** 17:6
**son's** 12:8 49:7
151:13
**soon** 15:22 35:18
133:14
**sorry** 7:23 29:7
53:9,13 167:21
181:18
**sort** 37:19

**sorting** 99:8
**source** 136:22
**south** 42:24 43:3
43:11
**SOUTHERN**
1:2
**span** 41:22
**speak** 6:10 49:5
85:22 104:3
111:17 116:12
**speaking** 158:22
**specific** 30:6
40:21 105:13
106:10 111:4
111:15 113:3
113:15 114:5
116:15,20
146:7,8
**specifically**
32:14 52:6
53:7 73:9
79:11 83:19
103:12 115:18
118:13
**specifics** 101:25
102:10 105:17
121:12
**spell** 8:17,22
**spend** 98:7
100:9 157:24
**split** 158:8,10
159:12 165:15
**spoke** 87:7 121:6
121:8 135:4
**spouses** 16:10,22
17:4 51:11
**stable** 176:24
**staff** 82:4,9
**stamp** 25:19
142:16
**start** 12:15 35:18
35:20 37:24
42:21,22 43:10
43:11 51:10
69:2 93:20
124:20 125:18
128:10 133:6

**started** 9:10
  33:11 60:5
  62:3 65:11
  91:25 92:19
  126:22 130:14
  153:10 154:19
  168:18 170:4
  173:16
**starting** 47:2
**starts** 162:15
**state** 1:22 4:4,8
  4:10 60:12
  140:17 184:22
**stated** 180:5
**statement** 61:11
  68:5 109:9,14
  112:13 146:2
  180:24 181:23
**statements**
  81:11 109:7
**states** 1:1 18:20
  18:22 19:2
  103:12 165:4
**stay** 86:12 129:3
  151:23 157:2
**steady** 91:11
**stenographica...**
  185:9
**stepfather** 10:18
**STIPULATED**
  3:6,11,16
**stop** 22:5 31:7
  31:10 34:10,10
  34:14,17,23
  35:7 40:16,17
  42:11,15,16
  44:19 45:18
  52:15 74:23
  106:6 114:24
  117:11 121:4,7
  127:16 133:4
  145:18 160:6
  168:20 172:12
  175:3
**stopped** 133:3,8
  137:22
**stops** 21:24

33:18,21,22
35:3 39:22
40:23 41:10
43:5 44:17
52:14,15 54:19
54:20,20 56:23
56:23,24 58:25
59:6,7,11
60:10 62:24,25
64:17 73:6,7,7
73:21,23 74:4
74:6,8,9,12,20
75:13 93:12
99:8,9 104:19
105:6 110:11
113:7,9,16
114:4,6,8
116:9,10,24,25
116:25 117:3,6
117:15,15
118:19 121:2
143:13 144:16
144:21 145:9
146:20 148:18
152:24,25
153:2 155:15
155:21 157:13
157:22 158:7
158:11,15
159:5,10,13
160:9,13,22
161:4,9,17,23
162:2,5,21
163:24 164:4
165:4,10,12,14
165:16,18
166:9,14 167:4
167:8,16,24
168:9,21,24
169:4,4,15
170:16,21,25
171:2,4,11,15
174:19 179:16
180:10,19
181:6,13,20
182:5,13,20,24
**stored** 80:22

**stores** 66:3
**straight** 60:6
  137:10 170:2
**stranded** 177:9
**Street** 1:20 2:4
  4:12 32:6
  42:18 43:8,19
  43:23,25 51:21
  126:14,15,16
  126:17 127:15
  127:16 160:4,5
  160:7,7,8
**streets** 145:15,17
**stress** 82:24
**strong** 20:12
**struggle** 176:24
**stubs** 21:11
**studios** 66:4
**stuff** 25:12 37:4
  37:14 40:10
  65:4 69:4 72:9
  79:24 83:4
  85:13,20 86:23
  105:25 106:15
  110:20,23
  116:18 124:3
  126:20 130:22
  133:11 170:15
**subject** 105:9
  109:11,19,22
  111:7 114:24
  115:24
**submit** 136:16
**submitted** 24:19
  24:23 26:4
  131:23 132:2,2
  132:7,10
**subparagraph**
  104:22
**subpoena** 15:19
  16:5,9
**subpoenas** 51:10
**Subscribed**
  183:22
**subsequent**
  151:14
**sudden** 17:10

73:25
**sufficient** 83:9
**Suite** 1:20 2:4,9
**Sunday** 45:24
  46:7,14,16
  47:6,7,20
  59:10 91:21,21
  129:24
**Sundays** 91:24
  92:3
**super** 59:10
**supermarkets**
  66:2,18
**supervised**
  103:18
**supervision**
  83:13
**support** 64:21
  76:10 88:14,19
**supporting** 88:9
**supposed** 103:15
**sure** 7:21 14:7
  18:4 30:13
  35:23 43:6
  51:19 52:20
  56:2 57:2
  78:16,21 81:10
  83:24 98:13
  103:12,13
  110:20 142:23
  144:10 146:14
  146:19 148:12
  152:8 160:18
  162:8 164:13
  179:10 180:13
**switch** 130:19
**switched** 73:22
  79:18
**swore** 88:13,18
**sworn** 3:17,20
  4:3 88:12 89:2
  89:16 183:22
  185:7
**Syed** 1:12 22:13
  23:21 24:17
  26:4 28:19
  29:10,16 31:16

31:20 32:20,21
36:25 37:18
38:21 39:2
40:9 43:9 46:6
46:16 48:8,21
49:4,4,6,7,11
50:4 52:7
54:14,18 55:18
60:9 66:23
67:11 68:18,25
69:15,19 72:6
73:9 78:23
79:11 83:12,20
84:23 86:10,20
86:21 100:5
102:22 103:23
103:24 104:7
104:12,12,15
106:14 110:17
112:11 114:2
117:8,9,10
121:23 122:10
126:23 127:18
127:25 133:23
133:25 134:3
134:12 135:3
136:7,8,17
142:9 143:4
144:7,7 145:4
145:5 153:16
153:17 155:13
156:6,20
157:18 165:15
165:23 167:4
171:21 173:20
177:25 179:4
179:25
**Syed's** 83:19
  101:4,6 116:22
  120:3 142:22
**system** 126:2,17
  127:13 160:3

—————————
  **T**
—————————
**T** 3:4,4 184:6
  185:2,2
**take** 4:24 5:6,9

22:19 31:2,17
39:23 40:24
41:5,8,11,21
42:2,6 44:25
45:4,17 49:9
49:22 50:25
55:22 56:8,11
56:18 57:5
63:2,3,23 66:8
78:8,10,11,15
83:6 87:10,22
94:20 95:10,19
99:5,19 111:20
113:13,16
117:3,11,14
118:23,25
120:18 127:14
128:3 132:23
133:5 137:9
148:7 149:5
150:10 151:21
151:22 183:6
**taken** 1:17 48:25
51:3 73:2
87:13 119:7
138:18,21
148:9 183:9
185:9
**takes** 14:9 82:24
154:11
**talk** 5:16 68:19
103:25 107:3
**talked** 69:4
107:4
**talking** 39:20
68:21 69:3
96:5,16 123:19
167:22
**task** 123:8
**taught** 126:23
127:6,18
128:10
**tax** 25:10 139:18
140:7,14,24,25
141:3,4,11,24
184:22
**taxes** 72:9,11

138:18 139:7
139:19,21
140:5,9
**telephone** 143:5
**tell** 19:17 22:6
29:16,19 42:15
51:6,15 52:20
68:16 87:4
106:15 107:17
108:25 116:13
117:13 120:24
121:3,19
127:15 152:9
152:17 166:2,2
166:7,20
175:23,24
**teller** 149:16
**telling** 54:8
102:14,15
106:13 146:13
179:7
**tells** 154:10
174:15 175:20
**ten** 41:9,21 62:9
62:17 63:2
92:2 94:18,18
94:18 97:25
101:18 113:8
116:10 133:17
159:13 168:9
169:4 171:8
**TERESA** 1:4
**terminated** 84:6
85:10 115:15
138:5
**termination**
105:10 109:12
111:10 115:2
115:25
**testified** 4:5
23:12 58:24
61:14 91:7
110:4 138:17
142:7 145:23
169:8
**testify** 61:5
**testimony** 13:10

22:9 34:16
36:10 39:3
46:10 73:20
99:19 146:25
165:2 185:8,9
**text** 31:10 38:25
79:7,9 142:11
142:25 143:12
143:25 144:10
144:19 146:11
147:16 148:14
152:6 153:14
154:17 155:2,7
157:16,17
161:13,14,15
162:24 163:2,6
163:19 165:3
165:19 166:3
167:7 169:5
171:20,24
172:21 173:18
173:19 176:11
176:14 177:15
178:2,4,24
179:23 180:9
184:17
**texted** 172:22
173:17
**texting** 40:10
**texts** 79:15,17
80:18 161:16
165:7 176:9
181:13
**Thank** 183:14
183:16
**thing** 5:14 21:18
31:4 54:3
55:15 59:24
90:18 93:4,22
94:6 117:18
120:17 124:2
134:22 146:4
146:10,22
163:2 167:22
172:19 175:12
179:12
**things** 56:11

73:5 85:4
99:24 105:21
106:8 108:9,24
112:12 152:10
168:17
**think** 6:4 13:23
70:10 85:22
100:20,20
118:22 139:24
141:9 153:8,23
155:14 170:20
**third** 10:3,4
76:16
**thirty** 33:10
63:19,23 73:23
74:8,9 94:19
154:11 181:20
**thirty-one**
182:20
**thirty-seven**
158:6
**thought** 72:4
145:23 152:15
155:22
**three** 11:7 34:11
39:9 42:4 46:2
46:4,5,22
52:14 56:23
61:20 62:2
73:6,21 74:4
74:12 89:10
94:7 95:4
107:22 112:15
123:25 159:16
161:14,16
165:7 170:20
171:2
**throw** 78:13
**Thursday** 46:7
46:18 47:12,13
47:21 59:12
93:16 129:24
**Thursdays**
93:16,16
**tie** 30:14,16 85:3
107:8,19,21
**tied** 30:15 99:18

**ties** 98:14,18
**time** 3:13 5:6,17
8:12 9:23 10:4
14:17,19 15:10
15:11 17:3
20:11,20,20
21:21 22:3,7,7
24:24 27:24
28:3,20 30:15
31:2 33:11,12
35:10,12 36:13
36:14 37:23
38:17,20,22,25
38:25 39:8,10
39:22 40:11,21
41:12,14,15
42:2 43:13
44:22,22 46:3
48:18 49:8,18
50:8,19 51:4
53:16 54:13,24
55:22 56:7,15
56:18 59:22
60:19 61:23
62:5,8,15,15
63:6,7,9,10,15
65:8,15,20,24
66:3,5 67:16
68:23 69:9,12
70:23 71:2,6
71:15 72:12,13
75:11 78:18,25
79:10,12 80:17
86:13,23 87:14
90:20 91:10,25
91:25 92:19
93:12,19,24
94:2,11,16,21
94:25 95:4,11
98:7 100:23
101:14 102:3
102:12,17
103:16,22
105:24 110:9
110:16 111:25
112:9,10 113:3
113:4,5,23

114:5,14
116:16 117:19
123:23,23
125:10 130:16
130:25 131:9
132:24 133:12
133:23 134:14
134:17,18,23
135:25 136:2
136:11,12
141:16 143:20
143:24 144:13
146:14,15,21
147:6,12,13
148:10 149:14
149:17 150:3,5
150:9,23,25
151:11,16,18
151:19 152:6
152:10,15,16
152:18 153:9
153:18 154:7
154:14,16,18
154:18 155:4,9
155:12,18
156:7,7,12,23
156:25 157:6,8
158:13 159:11
159:14 162:8
162:14 164:19
168:20 169:18
169:19,20,21
170:22 171:3,5
171:6 172:9,16
172:16 173:22
174:7,7,24
175:6,10,15,17
175:21,22,22
176:5,7,20,24
177:8,21
178:11 183:10
183:17
**times** 38:2 39:6
39:9 41:24
63:16 89:25
98:15 99:23,23
101:22,23

102:6 110:17
111:4,7 119:19
133:25 134:13
145:12 181:19
182:2
**tire** 133:10,21
**titled** 76:9
**today** 4:19 5:20
6:5 17:10
19:18 20:3,4
24:12 25:21
26:10,17 27:5
52:21 53:8
57:7 76:13
87:24 139:4
147:2 183:13
**today's** 6:8,11
96:14
**told** 25:9 27:8
28:11 29:17,21
30:5,14 31:4
36:25 41:23
43:10 49:7,19
53:21 67:25
68:23 83:19,20
104:12 108:5
116:17 117:9
117:13 121:4,6
127:13 136:8
138:8 173:6,10
178:12 180:6
**tolls** 45:13 177:6
**tomorrow**
171:22 173:21
**tonight** 116:8
**top** 56:6 91:23
128:11 144:9
144:10 159:25
161:12 164:5
171:10
**total** 94:13 95:6
95:9
**tough** 146:9
**tougher** 146:25
**traffic** 40:25
41:5 42:24
44:24 53:19

63:22,25
134:12 153:24
**train** 150:10
151:9,11 154:9
**transcribed**
185:10
**transcript**
135:13 185:12
**Traverzo** 122:13
**treated** 84:23
**trial** 1:16 3:14
185:5,13
**tried** 65:22,24
85:15 118:14
**trip** 54:5 111:21
134:23 135:5,9
135:10,19,23
184:25
**tristate** 77:9
**trouble** 85:11,23
112:6 180:11
**trucks** 82:13
**true** 68:5 185:12
**truthfully** 5:21
6:5
**try** 35:20 82:10
90:21 118:6,10
133:14 158:11
167:10
**trying** 56:19
92:18 99:2,3
108:25 109:13
109:19 155:16
160:18 161:21
165:6 175:2
182:6
**Tuesday** 47:10
47:11,22,23,25
92:25 93:2
129:23 130:3
**tunnels** 45:8
**turn** 53:9,12
**twelve** 62:10,17
62:22
**twenty** 45:3
63:21 64:3
**twenty-five** 45:3

**twenty-four**
165:12
**twenty-nine**
182:24
**twenty-six** 162:5
**two** 14:16 24:2
34:21 38:17
39:9,13 42:4
52:14 54:9,9
54:19 57:21
63:3,3,16
74:12 75:21
88:12 106:3
107:22 112:15
112:23 114:12
117:16 127:14
136:5,6,9,14
141:21 146:5,9
160:13,21
161:13 170:8
171:20 182:2
**two-minute**
87:11
**type** 26:21
136:16 138:11
179:12
**typical** 40:15
103:18 104:9
104:11
**typically** 37:23
37:25 39:10,19
42:23,23 60:19
61:23 62:8
64:12 105:22
106:2 125:13
125:15,19
151:16 168:10

**U**

**U** 3:4 4:2,2
**uh-huh** 14:6
18:19 21:4
29:4,6 47:7
61:17 64:9
82:7 96:19,22
105:2 109:18
122:22 131:17

153:3 161:2
162:17 171:17
**ultimately**
127:21,24
**unavailable**
134:19,22
**uncle** 101:4,6,6
112:8 120:3
**unclear** 141:10
**underneath**
167:20
**understand** 5:2
5:12 12:23
20:5,14 47:3
57:15 71:8
82:11 109:13
109:19 126:3
139:6 165:3
179:4
**understanding**
5:5 20:8,10
76:22
**understood**
60:17 179:7,9
179:12
**undisclosed** 14:5
**United** 1:1 18:20
18:22 19:2
**University** 18:5
**unpacking**
124:18
**unsure** 17:9
**upset** 5:18 53:17
99:24 117:9
173:23
**use** 130:10
151:13
**usually** 36:10,12
36:17 52:24
68:15,16
101:13,13
152:9,9 157:8
158:2 167:5

**V**

**vacation** 128:25
**vague** 161:23

**varied** 33:20
  35:12,16 42:16
  62:21
**varies** 94:3
  129:8
**vary** 58:25 64:18
  165:14
**vehicle** 78:7
  132:10 134:9
**verbal** 69:20
  135:6 169:22
**verbalize** 83:5
**verbally** 4:23
  14:8 82:25
**verify** 13:9
**Virginia** 111:21
**visualize** 123:18
**Voluck** 1:19 2:8

------

**W**

**W** 9:19
**wage** 8:10 71:14
**wages** 8:8,9
  111:8
**wait** 4:25 14:7
  38:5 52:18
  93:23 100:7
  143:14 147:17
  149:2
**waited** 90:16
**waiting** 10:12
  171:25 173:14
  173:24
**waived** 3:9
**wake** 137:9
  146:23,24
**walk** 78:6
**Wall** 43:8,19,23
  43:24
**want** 11:9 12:13
  13:19 30:20
  32:25 39:13
  40:12 46:21
  49:20 53:11
  54:2,11 56:11
  56:13 58:4
  62:19,19 69:5

82:23 94:17
112:9 129:2
133:21 157:24
157:25 175:23
**wanted** 13:8
31:24 50:16,17
50:18 62:17
68:19 79:12,12
83:25 85:9
111:25 112:17
116:7,8,8,23
141:8 146:19
163:7,9,10,14
**wants** 60:10
**warehouse** 7:7
28:21 31:13
36:19 37:24
40:6 41:16
79:14 153:10
153:19 154:2
174:9,11
**warehouses** 7:6
**wasn't** 14:4 62:2
85:25 93:9,11
117:21 120:21
144:23 169:6
177:12 179:10
**waste** 172:15
174:6,19
175:21,21,22
**wasted** 174:16
**wasting** 174:9
174:10 175:15
175:15,17
**way** 21:20,25
30:23 31:21,24
36:25 43:11
56:11,14 61:13
69:3 71:25
72:4 74:14,19
83:25 84:22,24
85:8,22 99:14
99:15 102:13
103:8 106:4
120:16 126:7
126:23 127:9
127:10,12

128:10,11
133:7 138:8
145:19 151:6
154:5 159:20
167:13 168:23
172:23 175:18
177:3,4,8
**Wednesday** 41:4
47:17,20 59:10
93:2,5,10
129:23 130:4
**Wednesdays**
93:8
**week** 20:22 25:7
29:13,15 31:19
31:22 45:22
46:11,11,25
47:4 49:25
50:13 52:16
59:6,9 60:20
61:8 64:13,18
64:18 74:10
75:17 89:24
91:23 94:23
96:17,25
117:16 119:20
128:13 129:14
173:4 174:20
**Weekly** 136:21
**weeks** 20:25
54:9,9 62:5
75:21,22 86:10
102:23 127:8
176:25 177:5
**weird** 52:10 93:7
**Wells** 149:16
**went** 18:6 31:15
46:10,13,13,13
46:16 48:11
52:13 68:24
69:7,23 81:3
135:9,10
139:25 141:16
141:19 163:10
170:24
**weren't** 36:21
153:25

**west** 2:4 44:8,12
44:12,13,17,18
160:8
**we'll** 13:13 37:4
50:25 96:3
110:25
**we're** 16:17 17:3
96:4,16 151:12
175:11
**What'd** 132:7
**WHEREOF**
185:20
**whichever** 40:4
**White** 1:4
122:13
**wife** 34:21
143:14 144:25
144:25 146:18
147:18,21,22
147:25 148:22
149:2 153:20
154:9 168:22
168:23
**William** 1:20
127:16
**Williams** 1:4
44:2 122:14
126:14,15
**willing** 50:18
**wish** 15:18
**witness** 4:2 5:19
7:23 8:24 11:5
11:6,11 14:10
20:19 22:20
32:9 38:11,14
39:17 43:24
47:18 53:13
68:7,11 70:8
71:11 72:22
83:2 84:15
91:3 96:24
110:4 114:18
131:15,17
135:20 151:15
154:24 183:5
184:2 185:7,14
185:20

**wives** 16:10
**Woodbury** 2:9
**word** 85:19
**words** 69:4
114:3
**work** 6:25 7:4
10:6 15:11
20:23 21:10,19
27:17 29:3
34:4 38:18,19
38:22 39:25
40:2 41:3
49:13,24 50:4
50:7,16,17,18
52:6 53:4,6,8
56:9,10 61:3,8
63:6 70:24
71:24 72:14
75:5,9 83:25
84:2 85:8
90:11 98:21
111:4,6 113:3
114:9 118:8,9
123:13,14
128:11 137:10
137:23,25
140:20 149:15
149:19 150:5,6
150:12,13
151:22 155:17
156:3 157:7
172:6 174:16
174:20 175:4
175:23 176:2
180:16,22
**worked** 6:16 7:5
7:5,6,14 8:3,6
9:7,9,9 20:21
20:22,24,25
37:11 50:20
59:23 60:19
61:23,24 62:8
72:10 89:23
90:8 104:25
119:20 125:24
127:20 147:13
149:17 157:8

**working** 7:18
  9:11 14:18,22
  16:3 28:4 29:2
  39:8 45:11
  46:25 64:22
  65:5,11,14
  72:6 80:12,17
  104:13 113:23
  126:22
**works** 59:10
**worried** 164:16
**worse** 170:7
**wouldn't** 30:24
  65:7 98:20
  99:25 170:14
**write** 31:2 58:10
  90:23 91:15
  92:23,24 93:11
  93:20 162:24
  163:5 180:12
**writing** 13:13
  15:20 16:16
  91:14
**written** 78:17
  102:14
**wrote** 145:8
  173:23 174:6
  177:25 179:8
  179:25 180:3

——————
    **X**
——————
**x** 1:3,14 184:1,6

——————
    **Y**
——————
**Y** 4:2
**Yale** 2:10 4:18
  5:15 118:21
  128:22 140:24
  184:3
**Yale's** 70:5,11
**yeah** 4:17 6:24
  7:16,16 8:25
  9:21 15:3,9
  20:19 25:4
  28:25 32:9,10
  35:2,16 36:12
  38:14 39:5

43:21,24 44:14
46:24 47:18,18
48:4,16 50:17
59:2 61:25
64:7 67:20
68:11 73:4
74:24 75:16
81:2 90:17
91:10 98:23
99:22 101:13
101:18 109:15
110:6 113:4,13
125:18 126:2
126:15 129:5,9
129:19 135:20
137:23 142:10
149:8 153:17
158:25 159:24
163:23 164:12
169:17 171:5
172:21 174:18
175:12 176:7
177:13,20
180:25 182:2
**year** 6:22 10:8
  11:22 18:14
  27:14 28:15
  79:25 140:19
  140:25 147:2
**years** 14:16
  146:5,9
**Yesterday**
  160:15
**yestrday** 159:5
  160:14,20
**Yesturday** 161:4
  161:9 165:4
**York** 1:2,20,21
  1:23 2:4,4,9
  4:4 9:19 19:5
  23:17 28:12
  49:17 65:22
  77:9,10 104:16
  104:23 105:4,7
  111:3,24 112:2
  114:20 115:21
  145:14 174:14

178:17
**YS** 1:11,12

——————
    **Z**
——————
**Z** 4:2
**Zaimi** 1:13
  142:5
**Zapata** 122:14

——————
    **$**
——————
**$10** 8:12 56:5
**$15,082** 139:14
**$180** 65:6,8
**$200** 65:6
**$3** 34:8 74:20
  104:16 121:7
  158:3
**$4** 74:22,23
  104:15,18
  121:4,9 157:13
  157:23
**$50** 30:20 107:8
**$8** 66:15,17

——————
    **0**
——————
**000082** 164:7
**000092** 142:16
**055611-0002**
  2:11
**08** 18:15
**09** 11:23

——————
    **1**
——————
**1:37** 119:7
**10** 59:14 104:22
  167:16,24
**10C** 106:21
  109:11
**10D** 111:2
**10F** 114:19
**10K** 115:21
**10th** 173:5
**10:00** 112:4
**10:07** 1:21
**100** 1:20 126:14
  126:15
**10019** 2:4
**10038** 1:21

**1099** 138:22
  141:6 184:16
**11** 60:18 119:13
  119:22
**11:00** 52:25
  112:3
**11229** 9:19
**11797** 2:9
**12** 1:8 11:23
  62:7 121:14
  122:19
**12th** 11:20
**12:45** 119:7
**13** 19:14 64:10
  64:11
**132** 184:21
**134** 184:25
**135** 2:9
**138** 184:16
**140** 184:22
**142** 184:17
**17** 26:9,16
**18** 27:3 160:22
  162:3 163:22
  165:18
**18062** 4:13
**19** 184:8
**1990** 19:3
  130:14
**1991** 19:3
**1999** 130:15

——————
    **2**
——————
**2** 66:19,20 77:2
**20** 19:15 27:3
  32:5 64:20
**200** 2:4
**2000** 6:20 7:13
**2002** 130:16
  131:18
**2004** 19:7,8
**2005** 9:6
**2009** 7:13,13
**201** 2:9
**2011** 7:14 9:14
  10:13 65:17
**2012** 6:20,23

23:14 24:17
27:12 28:17
33:6 46:22,23
48:15 57:13
58:21,21 59:15
65:10,17 67:7
67:21 70:19
72:18 75:6,10
75:14 76:20
80:9,9 88:14
88:19 89:2,6
89:17 91:8,8
96:17,18,25
97:2,4 120:20
134:20 136:24
136:24 137:22
138:3,22
139:15,18
140:15,19,25
141:3,3,5,12
143:6,9 145:24
147:3,8 149:20
149:20 168:5,6
168:9 171:7,13
171:16 172:7
174:22 176:6
179:18,21
180:23 181:9
181:15 182:5
182:11,23
184:16,22
**2013** 1:21 19:15
  26:9,16 27:3
  48:14 88:5
  141:21 180:17
  183:23 185:7
  185:21
**21** 67:5
**215** 1:20
**22** 66:21 67:25
  158:15 163:23
  184:20
**22nd** 126:17
**23rd** 32:5 42:18
  42:25 126:16
  127:15 143:18
  151:24 152:4

153:18 155:23
160:4,5,8
**235rd** 160:7
**24** 76:20 88:19
89:17 161:4,9
165:4 184:9
**24th** 158:18
**25** 72:16 171:13
171:16 181:6
182:5,11
184:10
**25th** 172:11,13
**26** 72:16 75:6,10
88:14 89:2,6
137:25 138:2
160:22 162:2
165:18 180:23
**27** 158:15 172:7
176:6
**27th** 180:2
**28** 73:8 179:18
179:21 180:17
**28th** 160:7
182:19
**29** 181:6,9
182:23
**2975** 9:19

**3**

**3:00** 35:13,15
40:2,2 41:18
**3:04** 183:17
**3:30** 39:20
**30th** 159:8
161:15,15
162:13,13
165:8
**30-minute**
153:22,23
**31** 179:16
180:19
**31st** 160:25
161:7,12,12,13
161:14 162:2,9
162:12,14
165:7
**32** 75:4

**36** 157:14
163:22 166:9
166:15
**37** 157:13
**3760** 4:12 51:21

**4**

**4** 26:8 81:25
88:11 158:4
184:3
**4:00** 133:18
**41** 166:15
179:16
**43** 166:9 171:11
**4339** 1:8
**47** 152:20,25
153:5

**5**

**5** 26:15 153:9,9
154:19
**5C** 9:21
**5th** 166:10
**5:00** 31:6,7
35:13,13,13,15
35:24,25 36:5
36:9,19,21,23
38:7 39:19,23
42:7,8,9,9
102:19,21
103:13,14
111:19,25
112:14,19,23
155:11,16,24
157:8,9
**5:05** 39:24
**5:10** 39:24
**5:15** 42:8
**5:30** 35:14
**500-600** 98:4
**528** 130:15
**53** 159:5,10
**55** 171:11
184:11
**57th** 2:4

**6**

**6** 88:5

**6:00** 125:15,19
**61** 19:22 20:2
184:8
**62** 24:5,9 184:9
**63** 25:15,19
184:10
**64** 55:6 57:4
88:24 89:4,12
147:9 184:11
**646-393-6534**
143:6
**65** 75:25 76:9
89:12,18,19
184:12
**66** 87:17,21
89:12 119:12
121:15 184:13
**67** 96:8,12
184:14
**68** 138:23 139:3
141:7 184:16
**69** 142:12,15
148:13 157:12
184:17

**7**

**7** 1:21 83:10
84:3,10 167:16
167:25
**7th** 166:15
167:18,19,23
171:8 185:6,21
**7:00** 36:20,22,23
37:25 38:5,23
39:4,5,5 41:17
41:20 42:6
112:5
**7:30** 114:12
**75** 184:12

**8**

**8** 89:20,21
143:15 153:10
154:19 168:5,6
168:9 181:15
**8th** 167:15,20,23
172:10,12

173:3,4
**8:00** 125:12
147:18 153:21
153:22 154:10
155:10
**800** 64:13
**85** 172:18
**87** 178:23
184:13

**9**

**9** 57:13 58:15
100:11 172:2
173:24
**9th** 89:5
**9:00** 38:24 150:7
150:7
**9:30** 38:24 154:2
154:15
**900** 2:4
**930** 153:11
**96** 184:14