UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Fernando Hernandez et. al,                    :
                                              :
                                              :
                           Plaintiffs,        :
                                              :                12 CV 4339 (ALC)(JLC)
        -against-                             :
                                              :                **ORDER OF REFERENCE**
The Fresh Diet Inc., et al,                   :                **TO A MAGISTRATE JUDGE**
                                              :
                           Defendants.        :
------------------------------------------------------X

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 10-24-14]

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

All such motions: ____

SO ORDERED:

DATED: 10-24-14    New York, New York

Andrew L. Carter, Jr.
United States District Judge