UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FERNANDO HERNANDEZ, KENNETH CHOW,
BRIAN WHITE, DAVID WILLIAMS,
MARQUIS ACKLIN, CECILIA JACKSON,
TERESA JACKSON, MICHAEL LATTIMORE
and JUANY GUZMAN, Each Individually, And On Behalf Of
All Other Persons Similarly Situated,

Case No. 12 Civ. 4339
(ALC)(JLC)

**STATUS REPORT**

Plaintiffs,

-against-

THE FRESH DIET INC.,
SYED HUSSAIN, Individually,
JUDAH SCHLOSS, Individually,
and ZAIMI DUCHMAN, Individually

Defendants.
-----------------------------------------------------------------X

The parties to this matter, through undersigned counsel, respectfully submit this status report pursuant to the Court's January 15, 2015 Order. On January 21, 2015, the parties appeared for a settlement conference with Magistrate Cott. At the conclusion of the conference, Magistrate Cott provided his recommendation, and gave the parties until February 6, 2015 to advise whether they accept his proposal. If the parties are unable to settle the matter, it is our understanding that the remaining claims will proceed to trial.

Dated:   New York, New York
         January 23, 2015

_____
Walker G. Harman, Jr.
Ronnie L. Silverberg
The Harman Firm, PC
1776 Broadway, Suite 2030
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com
rsilverberg@theharmanfirm.com

*Attorneys for Plaintiffs*

         Woodbury, New York
         January 23, 2015

_____
Jeffery A. Meyer
Yale Pollack
Kaufman, Dolowich & Voluck LLP
135 Crossways Park Drive
Woodbury, NY 11797
(516)-681-1100
jmeyer@kdvlaw.com
ypollack@kdvlaw.com

*Attorneys for Defendants*