# THE HARMAN FIRM, PC
**Attorneys & Counselors At Law**
www.theharmanfirm.com

February 16, 2015

**VIA ECF and EMAIL [ALcarterNYSDChambers@nysd.uscourts.gov]**

Judge Andrew L. Carter, Jr.
United States District Judge
United States District Court
  Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Hernandez, et al. v. The Fresh Diet, Inc., et al.*
              12 CV 4339 (ALC)(JLC)

Dear Judge Carter:

      We represent the Plaintiffs in the above-referenced wage and hour action. We have received the Court's Order Setting Status Conference dated February 10, 2015 scheduling a status conference for February 26, 2015. I write to request that the conference be rescheduled for another date because I will be traveling from February 22, 2015 through March 3, 2015 to complete depositions in Colorado on another federal action. Defendant's counsel, Jeff Meyer, consents to this request. Mr. Meyer and I both are available any time on March 10, 12, 13, and 16.

                              Respectfully submitted,


                              Walker G. Harman, Jr.


cc:    Jeff Meyer, Esq. (via ECF and email [jmeyer@kdvlaw.com])
       Yale Pollack, Esq. (via ECF and email [ypollack@kdvlaw.com])

1776 Broadway, Suite 2030
New York, New York 10019
T 212 425 2600 F 212 202 3926