# KAUFMAN DOLOWICH VOLUCK
ATTORNEYS AT LAW

Jeffery A. Meyer, Esq.
jmeyer@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

March 13, 2015

**VIA ECF and ELECTRONIC MAIL (ALCarterNYSDChambers@nysd.uscourts.gov)**
The Honorable Andrew L. Carter, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17C
New York, New York 10007-1312

     Re: *Hernandez, et al. v. The Fresh Diet, Inc., et al.*
       **12 Civ. 4339 (ALC) (JLC)**

Dear Judge Carter:

  This firm represents the Defendants in the above-referenced matter. We write this letter with regard to the rescheduling of today's status conference. Defendants respectfully propose that the status conference be rescheduled for next Tuesday, March 17, 2015 at 11:30 a.m.

  We have contacted Plaintiffs' counsel, and they will advise the Court as to their availability for the above proposed date and time under separate cover.

  The court's continued courtesies are appreciated.

            Respectfully submitted,
            Kaufman Dolowich & Voluck, LLP

            Jeffery A. Meyer

cc: Walker Harman, Esq. (via email and ECF)
   Howard Rhine, Esq. (via email and ECF)

4846-3776-8226, v. 1