# THE HARMAN FIRM, PC
**Attorneys & Counselors At Law**
www.theharmanfirm.com

May 18, 2015

**VIA EMAIL and ECF(ALCarterNYSDChambers@nysd.uscourts.gov)**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re: *Hernandez v. The Fresh Diet et al.*
           12 CV 4339 (ALC)(JLC); 15 CV 1338 (ALC)

Dear Judge Carter:

    We represent the plaintiffs in the above-referenced actions. Pursuant to Your Honor's March 20, 2015 Mediation Referral Order, the parties are to submit a joint status report today. A mediation is scheduled for June 10, 2015.

    We contacted attorneys representing the defendants in the actions, and have spoken with Howard I. Rhine, Esq., and Aaron N. Solomon, Esq., regarding this matter. Due to attorneys' schedules, the parties have not reached final agreement on the substance of a status letter to the Court; accordingly, we request the Court's permission to submit a status letter by Wednesday, May 20, 2015.

                                Respectfully submitted,
                                THE HARMAN FIRM, PC

                                s/ Walker G. Harman, Jr.
                                Walker G. Harman, Jr.

cc:    Howard I. Rhine, Esq. (via email)
        David J. Sack, Esq. (via ECF)
        Jeffrey A. Meyer, Esq. (via ECF)
        Aaron N. Solomon, Esq. (via ECF)

1776 Broadway, Suite 2030
New York, New York 10019
T 212 425 2600 F 212 202 3926