# THE HARMAN FIRM, PC
**Attorneys & Counselors At Law**
www.theharmanfirm.com

May 20, 2015

**VIA EMAIL and ECF (ALCarterNYSDChambers@nysd.uscourts.gov)**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:    *Hernandez v. The Fresh Diet et al.,* **12 CV 4339 (ALC)(JLC)**

Dear Judge Carter:

      We represent the plaintiffs in the above-referenced actions. We write to request that this Court remove Peter J. Andrews from the docket. Peter J. Andrews is no longer associated with The Harman Firm, PC.

                            Respectfully submitted,

                            THE HARMAN FIRM, PC

                              s/   Walker G. Harman, Jr.
                            Walker G. Harman, Jr.

cc:      Howard I. Rhine, Esq. (via email [hrhine@fedkas.com])
          David J. Sack, Esq. (via ECF)
          Jeffrey A. Meyer, Esq. (via ECF)
          Aaron N. Solomon, Esq. (via ECF)