**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Jeffery A. Meyer, Esq.
jmeyer@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

May 21, 2015

**VIA ECF and ELECTRONIC MAIL (ALCarterNYSDChambers@nysd.uscourts.gov)**
The Honorable Andrew L. Carter, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17C
New York, New York 10007-1312

      Re: *Hernandez, et al. v. The Fresh Diet, Inc., et al.*
         **12 Civ. 4339 (ALC) (JLC)**

Dear Judge Carter:

  I am writing to inform the Court that Howard Rhine, Esq., while currently out of the office, is preparing a substantive response on behalf of all Defendants to Plaintiffs' letter dated May 20, 2015. We anticipate that Defendants' response will be filed by the end of the day.

  The court's continued courtesies are appreciated.

            Respectfully submitted,
            Kaufman Dolowich & Voluck, LLP

            Jeffery A. Meyer

cc: Walker Harman, Esq. (via email and ECF)
   Howard Rhine, Esq. (via email and ECF)

4846-3776-8226, v. 1