**THE HARMAN FIRM, PC**
Attorneys & Counselors At Law
www.theharmanfirm.com

MEMO ENDORSED

May 20, 2015

**VIA EMAIL and ECF (ALCarterNYSDChambers@nysd.uscourts.gov)**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

    Re:    *Hernandez v. The Fresh Diet et al.*, 12 CV 4339 (ALC)(JLC)

Dear Judge Carter:

    We represent the plaintiffs in the above-referenced actions. We write to request that this Court remove Peter J. Andrews from the docket. Peter J. Andrews is no longer associated with The Harman Firm, PC.

    Respectfully submitted,

    THE HARMAN FIRM, PC

    s/ Walker G. Harman, Jr.
    Walker G. Harman, Jr.

cc:    Howard I. Rhine, Esq. (via email [hrhine@fedkas.com])
    David J. Sack, Esq. (via ECF)
    Jeffrey A. Meyer, Esq. (via ECF)
    Aaron N. Solomon, Esq. (via ECF)

Application GRANTED.

So ORDERED
/s/ Andrew L. Carter
5-21-15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5-21-15

1776 Broadway, Suite 2030
New York, New York 10019
T 212 425 2600  F 212 202 3926