# FEDER KASZOVITZ LLP
ATTORNEYS AT LAW

845 THIRD AVENUE
NEW YORK, NY 10022-6601

E-MAIL:

TELEPHONE: (212) 888-8200

FACSIMILE: (212) 888-7776

May 22, 2015

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Centre Street
Room 435
New York, New York 10007

      Re:    **Hernandez v. The Fresh Diet, Inc., Case No.: 12-CV-4339 (ALC)(JLC)**
              **Hernandez v. The Fresh Diet, Inc., Case No.: 15-CV-1338 (ALC)**

Dear Judge Carter:

      We write to reply to Mr. Harman's letter of yesterday evening. We disagree with Mr. Harman that the results of the pending mediation are pre-ordained, and that there is no possibility of a global settlement in the event that Plaintiffs White and Jackson are represented by new counsel or *pro se*. Rather, we submit, it is impossible for either Mr. Harman or Defendants' counsel to know how the mediation will proceed until the parties are before the mediator, and their settlement positions presented. Our position with respect to the mediation was fully set forth in our letter of yesterday, and we will not repeat it herein.

                                          Respectfully submitted,

                                          FEDER KASZOVITZ LLP

                                          By: _____
                                                Howard I. Rhine
                                                David Sack

cc:      Walker G. Harman, Esq. (via ECF)
          Jeffrey A. Meyer, Esq. (via ECF)