UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Hernandez et al.,

                    Plaintiffs,

-against-

The Fresh Diet Inc. et al.,
                    Defendant.
-----------------------------------------------------------x

1:15-cv-1338 (ALC)
1:12-cv-4339 (ALC) (JLC)

**ORDER SETTING STATUS CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a status conference in this case on June 3, 2015 at 11:45 a.m. regarding counsel to plaintiffs' letters dated May 20, 2015 and May 21, 2015 requesting leave to withdraw as counsel for two plaintiffs in advance of a June 10, 2015 scheduled mediation session. The parties (and/or counsel) should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

SO ORDERED.

Dated: May 28, 2015
       New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge