UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Hernandez et al.,

                                  Plaintiffs,      1:12-cv-4339

        -against-                       **ORDER**

The Fresh Diet et al.,

                                  Defendants.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      By motion dated May 19, 2015, plaintiffs' counsel sought leave to withdraw as attorneys for plaintiffs Bryant White and Teresa Jackson. For the reasons discussed at the status conference on June 3, 2015, said motion is DENIED.

**SO ORDERED.**

Dated:   June 5, 2015
            New York, New York

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge