FEDER KASZOVITZ LLP
ATTORNEYS AT LAW

845 THIRD AVENUE
NEW YORK, NY 10022-6601

E-MAIL:    TELEPHONE: (212) 888-8200    FACSIMILE: (212) 888-7776

August 24, 2015

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Centre Street
Room 435
New York, New York 10007

      **Re:    Hernandez v. The Fresh Diet, Inc., Case No.: 12-CV-4339 (ALC)(JLC)**

Honorable Sir:

      We represent Defendant The Fresh Diet, Inc. ("Fresh"). On August 18, 2015, we wrote to the Court to express consent to Plaintiffs' counsel's request for additional time to reply to our letter requesting leave to file a motion for summary judgment dismissing the action as against Fresh, and requesting permission to briefly reply to Plaintiffs' submission, should such a reply be appropriate.

      While we are reluctant to impose upon the Court, we believe, upon review of Plaintiffs' submission, that a brief reply is appropriate, and we respectfully request leave to submit such a reply on or before August 28, 2015.

      We thank the Court in advance for its courtesies.

      Respectfully submitted,

      FEDER KASZOVITZ LLP

      By: _____
              Howard I. Rhine

cc:    Walker G. Harman, Jr., Esq.    (via ECF)
       Jeffery A. Meyer, Esq.    (via ECF)
       Aaron Solomon, Esq.    (via ECF)