UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Hernandez et al.,

                                              **ORDER**
                                              15-CV-1338 (ALC)(JLC)

              -against-                           12-CV-4339 (ALC)(JLC)

The Fresh Diet Inc., et al.,

                        Defendant(s)
--------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The telephone status conference set for September 11, 2015 will take place at **3:30 p.m.**

SO ORDERED.

Dated: New York, New York
         September 10, 2015

                                          ANDREW L. CARTER, JR.
                                          UNITED STATES DISTRICT JUDGE