# THE HARMAN FIRM, LLP

Attorneys & Counselors At Law
www.theharmanfirm.com

Walker G. Harman, Jr.
220 Fifth Avenue, Suite 900
New York, New York 10001
T: 212.425.2600 F: 212.202.3926
E: wharman@theharmanfirm.com

November 10, 2017

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Hernandez v. The Fresh Diet Inc.,* 12 CV 4339

Dear Judge Carter:

We represent Plaintiffs in the above-referenced action. As the Court has denied Plaintiffs' Motion to Enforce the Settlement Agreement (Docket No. 294), we now write to respectfully request a final pretrial conference for the purposes of setting a trial date. Per Your Honor's Individual Rules, the parties' joint pretrial order is due on November 24, 2017. As the key defendants in the action—Judah Schloss and Zaimi Duchman—are *pro se*, we believe that a conference before the Court is necessary to ensure that the joint pre-trial order is timely submitted.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

Walker G. Harman, Jr.

cc:     All Counsel of Record (via ECF)
        Defendant Judah Schloss (via first class mail and email)
        Defendant Zaimi Duchman (via first class mail and email)