MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/7/2020

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Attorneys at Law
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 697-6484
Fax (212) 697-7296

Peretz Bronstein
Edward (Chona) N. Gewirtz
Neil Grossman
Ezi Soloveichik
Yitzhak Greenberg (of counsel)

May 7, 2020

**VIA ECF AND EMAIL (ALCarterNYSDChambers@nysd.uscourts.gov)**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Hernandez v. The Fresh Diet, 12 CV 4339 (ALC) (JLC)**

Dear Judge Carter:

The Court has scheduled that the parties submit letters to the Court by May 8, 2020 arguing their positions on liquidated damages to Theresa Jackson under the FLSA. The parties are still engaged in meaningful settlement discussions and mutually request an additional 30 day extension of time, until June 8, 2020 to submit the above-mentioned letters, in the hope that this matter might be resolved prior thereto.

I conferred with Ed Rivera, Esq., counsel to Plaintiffs, who joins in this request.

Respectfully yours,
/s/ *Edward N. Gewirtz*

Edward N. Gewirtz (EG 6801)

cc: Ed Rivera, Esq.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
5/7/2020