# LIDDLE & ROBINSON, L.L.P.

1177 Avenue of the Americas
5th Floor
NEW YORK, N.Y. 10036

Tel: (646) 452-7211
www.liddlerobinson.com
Fax: (646) 452-7001

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/8/2020

EDGAR M. RIVERA
Direct Tel: (646) 400-2249
Email: erivera@liddlerobinson.com

June 5, 2020

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    *Hernandez et al v. The Fresh Diet Inc., et al,*
                12 CV 4339

Dear Judge Carter:

      We represent the Plaintiffs in the above-referenced action. We write to respectfully request a 30-day extension to submit a letter brief concerning the March 13, 2020 order.

      On March 13, 2020, the Court issued an order for the Parties to submit letter briefs constituting their positions on pre-judgment interest and addressing the amount of liquidated damages owed to Theresa Jackson under the Fair Labor Standards Act ("FLSA"). The Parties have been engaged in meaningful settlement discussions and believe we are close to a resolution.

      Defendants consent to this extension. This is Plaintiffs' second request for an extension of this deadline; the Court has previously extended this deadline twice. If the Court grants this extension, the parties' letters would be due by July 8, 2020. This extension will not impact any other dates.

      Thank you for Your Honor's time and attention to this matter.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: June 8, 2020

Very truly yours,

*/s/ Edgar Rivera*
Edgar M. Rivera

cc:      All Counsel of Record (via ECF)