**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**HERNANDEZ, ET AL.,**

                  **Plaintiffs,**

     -against-

**THE FRESH DIET INC., ET AL.,**

                  **Defendants.**

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/31/2020____

**12-cv-04339 (ALC) (JLC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court has reviewed the settlement agreement, as well as the accompanying fairness motion, ECF No. 410, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court concludes the settlement agreement is fair and reasonable, and approves the settlement agreement. Accordingly, this matter is hereby discontinued with prejudice and without costs or fees as to any party.

**SO ORDERED.**

**Dated:**      **August 31, 2020**
              **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**